IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JORGE VALLE-RAMOS, | Case No. 6:24-CV-01276-CEM-DCI |
| *Plaintiff,* | |
| v. | |
| CITY OF ORLANDO, MICHAEL STANLEY, and UNKNOWN OFFICERS. | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT CITY OF ORLANDO'S MOTION TO DISMISS**

Under Federal Rule of Civil Procedure 6(b), Plaintiff Jorge Valle-Ramos respectfully requests a 14-day extension of time, through September 24, 2024, to file his response in opposition to Defendant City of Orlando's motion to dismiss. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed this lawsuit on July 12, 2024, naming as Defendants the City of Orlando, Michael Stanley, and other unknown police officers who Plaintiff alleges played a role in his wrongful arrest, prosecution, and conviction. ECF No. 1.

2. On August 20, 2024, Defendant City of Orlando moved to dismiss the complaint as to all claims against them for failure to state a claim. ECF No. 20.

3. Plaintiff's response in opposition is due September 10, 2024.

4. Plaintiff now wishes to extend that deadline by 14 days.

5. Federal Rule of Civil Procedure 6(b)(1)(A) authorizes the court, for good cause, to extend deadlines upon motion by a party before deadlines have passed.

6. Defendant's motion to dismiss is supported by a 13-page brief seeking judgment on all claims against the City of Orlando.

7. Plaintiff has been working diligently on his response to the motion to dismiss. At the same time, Plaintiff's counsel has been saddled with obligations in several other federal civil-rights cases in active stages of litigation, including traveling out of state for depositions, conducting written discovery, and briefing two separate summary judgment motions. In addition, one of Plaintiff's counsel has been in trial since August 26, 2024.

8. With these competing demands, Plaintiff's counsel will not be able to complete the work on the motion to dismiss opposition by the current deadline. Plaintiff therefore seeks another 14 days to file his response.

9. Plaintiff conferred with counsel for Defendant City of Orlando before filing this motion, and Defendant does not oppose the requested relief.

10. For those reasons, there is good cause to grant the requested extension.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court enter an order (a) extending his deadline to file his motion to dismiss opposition by 14 days to September 24, 2024; and (b) awarding any additional relief the Court deems just and proper.

Dated: September 4, 2024

Respectfully submitted,

/s/ Rosalind Dillon
Jon Loevy
Rosalind Dillon
LOEVY + LOEVY
311 N. Aberdeen Street, Floor 3
Chicago, IL 60607
t. 312.243.5900
jon@loevy.com

roz@loevy.com
www.loevy.com