UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE VALLE-RAMOS,  Case No.: 6:24-CV-1276

    Plaintiff,
v.

CITY OF ORLANDO, MICHAEL
STANLEY, and UNKNOWN OFFICERS,

    Defendants.
_____/

NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07 (c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court Or any other federal stat court, or administrative agency as indicated below:

- State of Florida v. Valle-Ramos, Case No.: 48-2013-CF-005146, in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

☐ **IS NOT r**elated to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

                                                    */s/ DEREK J. ANGELL*
                                                    DEREK J. ANGELL, Esq.
                                                    Florida Bar No.: 73449
                                                    O'Connor, Hafel & Angell PLLC
                                                    800 N Magnolia Ave, Ste 1350
                                                    Orlando, Florida 32803
                                                    Phone: 407-843-2100
                                                    Fax: 407-843-2061