6:24-cv-1276

JORGE VALLE-RAMOS,

**PLAINTIFF(S)**

V.

CITY OF ORLANDO, MICHAEL STANLEY, AND
DANIEL BRADY,

**DEFENDANT(S)**

_____/

# MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on January 12, 2026. The conference resulted in the following:

_____ The parties reached an agreement.
___✓___ The parties did not reach an agreement.
_____ The conference has been adjourned.
_____ Other

Dated: January 12, 2026

Respectfully submitted,
**Donna Doyle, Mediator**

Mediator # **5696R**

200 E. Robinson Street, Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Fax: 407-649-8698
Email: admin@mediatefirstinc.com
Website: www.mediatefirstinc.com

By: /s/ **Donna C. Doyle**

Florida Bar No. **371432**