# Orlando Police Department





1  2  3

4  5  6

**Lineup Identifier:**
**Printed Orlando PD:** 8/29/124 13:51

# Orlando Police Department





1  2  3

4  5  6

**Lineup Identifier:**
**Printed Orlando PD:** 8/29/124 13:52

# Orlando Police Department







1　　　　　　　　2　　　　　　　　3




4　　　　　　　　5　　　　　　　　6

**Lineup Identifier:**
**Printed Orlando PD:　7/24/124 9:32**