IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE VALLE-RAMOS,

    Plaintiff,

v.                                            Case No. 6:24-cv-1276

CITY OF ORLANDO, MICHAEL STANLEY,
and DANIEL BRADY,

    Defendants.
_____/

## **AFFIDAVIT OF NATOSHA FISHER**

STATE OF FLORIDA

COUNTY OF ORANGE

    BEFORE ME, the undersigned authority, personally appeared NATOSHA FISHER, who, after being duly sworn, deposes and says:

    1. My name is Natosha Fisher, and I am over the age of eighteen, of sound mind, and otherwise sui generis.

    2. I am a citizen of the United States and the State of Florida.

    3. I have personal knowledge of all facts testified to herein.

    4. I am a Risk Management Analyst/Public Records Request Custodian for the Orange County Corrections Department in Orlando, Florida.

    5. I have reviewed the Orange County Corrections mugshot database as to three (3) subjects: Amos Ortiz (arrest date of March 28, 2013); Jorge ValleRamos (arrest date of April 24, 2013) and Amos Ortiz (arrest date of October 3, 2013). The attached Orange County Corrections printouts (Exhibit "A") are from the mugshot database reviewed.

1

6. I have reviewed and compared the attached Orange County Corrections printouts to the Orlando Police Department (OPD) Information Sheets for these same individuals and dates of arrest (Exhibit "B") to that contained within the Orange County Corrections mugshot database and can confirm that each photo was taken on the actual arrest date.

FURTHER, AFFIANT SAYETH NOT.

Orange County Corrections Department

*Nat F*

NATOSHA FISHER
Risk Management Analyst
Public Records Request Custodian

BEFORE ME, the undersigned personally appeared, who is:
(CHECK ONE)
☑ personally known to me or
☐ has produced _____ for identification;

who did/did not take an oath; deposes and says that the above matters are true and correct to the best of her information and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the county and state last aforesaid, this 26 day of January, 2026.

_Michele Carpentiere_
Notary Public

_Michele Carpentiere_
Printed Name of Notary Public

8/14/2027
Date Commission Expires

MICHELE CARPENTIERE
MY COMMISSION # HH 428041
EXPIRES: August 14, 2027

EXHIBIT A




MUGSHOT HISTORY FOR INMATE
13010786 ORTIZ, AMOS MATTHEW
date of entered booking: **3/28/13  2:20**



DATE OF IMAGE: 10/03/2013



DATE OF IMAGE: 03/28/2013



MUGSHOT HISTORY FOR INMATE
13014205 VALLERAMOS, JORGE
date of entered booking: 4/24/13 17:23



DATE OF IMAGE: 05/22/2014



DATE OF IMAGE: 04/24/2013

EXHIBIT B

# Information Sheet



| | | | |
|---|---|---|---|
| Inmate#: | 13035340 | Case# | 482013CF0115820 |
| Jacket#: | 608525 | Name Key: | P00611503 |
| Name: | **AMOS ORTIZ** | Hair Color: | **BLACK** |
| | | Hair Length: | |
| Arrest Date: | 10/03/2013 | Hair Style: | |
| DOB: | 07/14/1994 | Eye Color: | **BROWN** |
| Height: | 506 | Facial Hair: | |
| Weight: | 160 | Facial Structure: | |
| Sex: | **MALE** | Complexion: | |
| Race: | **WHITE** | | |

### Charges:
**GRAND THEFT 3RD DEGREE-MOTOR VEHICLE**
**GRAND THEFT 3RD DEGREE-MOTOR VEHICLE**

Printed Orlando PD:

# Orlando Police Department



1    2    3

4    5    6

**Lineup Identifier:**
**Printed Orlando PD:** 8/29/124 13:52

# Orlando Police Department





1    2    3

4    5    6

**Lineup Identifier:**
**Printed Orlando PD:** 8/29/124 13:51