**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JORGE VALLE-RAMOS,

      **Plaintiff,**

v.                                     **Case No: 6:24-cv-1276-CEM-DCI**

CITY OF ORLANDO, et al.,

      **Defendants.**

---

**ORDER**

This matter comes before the Court following a hearing on Plaintiff's Motion to Reopen Discovery and Extend Plaintiff's Summary Judgment Response Deadline. Doc. 61 (the Motion). In the Motion, Plaintiff Jorge Valle-Ramos (Plaintiff) seeks an order: "(1) reopening discovery for limited purposes; (2) granting Plaintiff leave to conduct limited discovery until March 31, 2026; (3) extending Plaintiff's deadline to respond to Defendants' Daubert and summary judgment motions until April 28, 2026; and (4) granting any additional relief the Court deems just and proper." *Id.* at 5. The Motion is unopposed. *Id.*

On February 9, 2026, the Court held a hearing on the Motion. Doc. 68. During the hearing, the parties provided more details about the relief sought, their conferral on the Motion, and the need for a new case management and scheduling order—in the event the Court grants the instant Motion. Specifically, Plaintiff represents that he does not intend to file a motion for summary judgment or any *Daubert* motions, and that he would tailor any additional discovery to assessing

whether other documents were withheld.[1]  Defendants represent that they do not oppose the relief sought but would like the opportunity to file a new motion for summary judgment if the Court grants the additional discovery.

As stated on the record at the hearing, it is **ORDERED** that:

1.  The Motion (Doc. 61) is **GRANTED in part** such that:

    a.  discovery will be reopened through **March 31, 2026**;

    b.  Plaintiff may conduct **three (3)** depositions, each limited to four hours;

    c.  Plaintiff may serve **five (5)** interrogatories; and

    d.  **on or before April 14, 2026**, Defendants may file an amended motion for summary judgment.

2.  The Motion is otherwise **DENIED**.

**ORDERED** in Orlando, Florida on February 11, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] Plaintiff does not allege that Defendants' counsel intentionally withheld the belatedly produced documents.