407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

HON. CARLOS E. MENDOZA

CASE NO. 6:24-CV-01276-CEM-DCI

JORGE VALLE-RAMOS,

Plaintiff

V.

CITY OF ORLANDO, MICHAEL

STANLEY, AND UNKNOWN OFFICERS,

Defendants

DEPONENT:  BETHANY SZEWCZYK

DATE:      FEBUARY 27, 2025

REPORTER:  SHEYLA MENDOZA

**ORIGINAL**

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

368470 Szewczyk Bethany 02-27-2025

APPEARANCES

ON BEHALF OF THE PLAINTIFF, JORGE VALLE-RAMOS:
Roz Dillon, Esquire
Loevy & Loevy
311 North Aberdeen Street
3rd Floor
Chicago, Illinois 60607
Telephone No.: (312) 243-5900
E-mail: dillon@loevy.com
(Appeared via videoconference)

ON BEHALF OF THE DEFENDANTS, CITY OF ORLANDO, MICHAEL
STANLEY, AND UNKNOWN OFFICERS:
Stephen M. Mistoler, Esquire
O'Connor, Haftel & Angell, PLLC
800 North Magnolia Avenue
Suite 1350
Orlando, Florida 32803
Telephone No.: (407) 843-2100
E-mail: smistoler@ohalaw.com
(Appeared via videoconference)

ON BEHALF OF THE DEPONENT, BETHANY SZEWCZYK:
Eric J. Sorice, Esquire
Ponall Law, P.A.
253 North Orlando Avenue
Suite 200
Maitland, Florida 32751
Telephone No.: (407) 622-1144
E-mail: esorice@ponalllaw.com
(Appeared via videoconference)

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025   Page 3

                                INDEX

                                                        Page

PROCEEDINGS                                              5

DIRECT EXAMINATION BY MS. DILLON                         6

CROSS-EXAMINATION BY MR. MISTOLER                       60

REDIRECT EXAMINATION BY MS. DILLON                      74


                               EXHIBITS

Exhibit                                                 Page

15 - Orlando Police Department Statement

        of Bethany Szewczyk - Bate

        Stamp P000002                                   17

16 - 3 Pages Photo Line-Up Administration

        and Witness Instruction of Bethany

        Szewczyk - Bate Stamp P000529-531              27

17 - Group of Photographs - Bate

        Stamp P1413                                     31

4 - Photographs of Amos Ortiz and Jorge

        Valle-Ramos - Bate Stamp P000454               52

18 - Affidavit of Bethany Szewczyk -

        Bate Stamp P473                                 54



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

STIPULATION

The deposition of BETHANY SZEWCZYK  was taken MILESTONE

REPORTING COMPANY, 315 EAST ROBINSON STREET, SUITE 510,

ORLANDO, FLORIDA 32801, via videoconference in which all

participants attended remotely, on THURSDAY the 27th day

of FEBUARY 2025 at 1:33 p.m. (ET); said deposition was

taken pursuant to the FEDERAL Rules of Civil Procedure.

It is agreed that SHEYLA MENDOZA, being a Notary Public

and Court Reporter for the State of FLORIDA, may swear

the witness.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

PROCEEDINGS

THE REPORTER:  Okay, we're on record.  Will all parties except for the witness, please state your appearance, how you're attending, and your location, starting with Plaintiff's counsel?

MS. DILLON:  Roz Dillon, counsel for Plaintiff, Jorge Valle-Ramos.  I'm appearing remotely via Zoom from Santa Cruz, California.

MR. MISTOLER:  Stephen Mistoler on behalf of Defendants, appearing via Zoom from Orlando, Florida.

MR. SORICE:  And Eric Sorice on behalf of the witness, appearing via Zoom also in Orlando, Florida.

THE REPORTER:  Thank you.

And, Ms. Bethany, would you please state your full name for the record?

THE WITNESS:  Bethany Corinne Szewczyk.

THE REPORTER:  All right.  If counsels can please stipulate on behalf of the witness?

MS. DILLON:  Counsel for Plaintiff stipulates that this is the witness.

MR. MISTOLER:  Yep.  Counsel for Defendants agrees that this is the witness.

MR. SORICE:  Likewise, counsel for the witness,



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

Ms. Szewczyk, agrees that this is, in fact, Ms. Bethany Szewczyk.

THE REPORTER:  Thank you.

If you can just raise your right hand for me, ma'am.  Do you solemnly swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes, I do.

THE REPORTER:  Thank you.

You may proceed, Counsel.

DIRECT EXAMINATION

BY MS. DILLON:

Q.   Great.  Good morning, or good afternoon.  My name is Roz Dillon and I represent the plaintiff Jorge Valle-Ramos in this case.  Thanks so much for joining us this afternoon.  Can you just start by stating and spelling your name for the record please?

A.   My first name is Bethany, B-E-T-H-A-N-Y.  My last name is Szewczyk, S-Z-E-W-C-Z-Y-K.

Q.   Okay.  Thanks so much.  I'm going to be asking you some questions today about a burglary of your neighbor's home back in April of 2013 and the investigation that followed, okay?

A.   Okay.

Q.   And after I'm done, counsel for defendants

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

will probably also have some questions for you.  By the agreement of parties we're doing this deposition over Zoom.  Where are you this afternoon?

A.   I'm at my home in Orlando, Florida.

Q.   Okay.  And is there anybody with you?

A.   No.  Well, just my cat.

Q.   I accept that as someone with you.  Have you ever been deposed before?

A.   Yes.

Q.   How many times?

A.   Once.

Q.   And is that in the underlying criminal case against Mr. Valle-Ramos?

A.   Correct, in the appeal.

Q.   Okay.  Any other times?

A.   Well, actually, I'm sorry.  I guess -- I guess that would be twice.

Q.   Oh, okay.  So you were deposed once before the criminal trial; is that correct?

A.   Correct.

Q.   Okay.  And then you said you were deposed once more during the appeal?

A.   Correct.

Q.   Okay.  So you -- I'm sure you know how this goes, but I'm just going to lay a few ground rules so

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025    Page 8

that we're all on the same page this afternoon.  So I'm going to be asking you questions and you're giving answers under oath just as if you were in a courtroom in front of a judge and jury, understand?

A.   I understand.

Q.   Okay.  And if you don't understand a question, just say so and I'll rephrase or ask a new question.  If you answer, we're going to assume you understood; fair enough?

A.   Yes.

Q.   Okay.  So the court reporter is taking down your testimony today and so, for that reason, it's really important we don't talk over each other.  So I just ask you try to wait until I'm done asking my question to answer and I'll do the same for you, okay?

A.   Yes.

Q.   All right.  And for the same reason, it's important that you give verbal answers this afternoon.  Nodding your head or hand gestures won't allow the court reporter to take down your testimony, okay?

A.   Okay.

Q.   All right.  Next, there might be some times today where your lawyer or the lawyer for Defendants objects to one of my questions.  Since there's no judge here to rule on those objections, the rule is that



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2025   Page 9

you'll go ahead and answer the question, even if an attorney objects, okay?

A.   Yes.

THE REPORTER:  I'm sorry.  I didn't -- did you say yes?

THE WITNESS:  Yes.

THE REPORTER:  Okay.  Thank you.

BY MS. DILLON:

Q.   Okay.  Last, if you need a break, you can have one at any time, but if there's a question pending, you'll just need to answer the question before we go off the record, okay?

A.   Yes.

Q.   Okay.  Ms. Szewczyk, do you have any medical conditions that might affect your ability to testify today?

A.   No.

Q.   Okay.  Any other reason you can think of that you might not be able to give full and accurate testimony today?

A.   No.

Q.   Great.  Did you do anything to prepare for your deposition?

A.   No.

Q.   Okay.  Didn't review any documents?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023

A.    No.

Q.    None of your prior testimony?

A.    No.

Q.    Okay.  And were you contacted by anyone representing the City of Orlando or Orlando Police Department in this matter?

A.    Recently?

Q.    Yes.

A.    No.

Q.    Okay.  Did you have any conversations with any of the lawyers for Defendants in this case in relation to this deposition?

A.    No.

Q.    Okay.  And, Ms. Szewczyk, you're an attorney; is that right?

A.    Yes.

Q.    Okay.  What type of law do you practice?

A.    Family law and probate.

Q.    Okay.  Do you have any training or education in cognitive psychology?

A.    I have personal knowledge.  I don't think I have any training or education.  No.

Q.    Okay.  No formalized education or training?

A.    No.

Q.    Okay.  Do you have any training --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025

A.    Undergraduate --

Q.    Oh, sorry.  Go ahead.

A.    Undergraduate classes and that would be it.

Q.    Okay.  So you take -- you took some undergraduate classes in cognitive psychology, is that what you said?

A.    Correct.

Q.    Okay.  And do you have any training or education or understanding about eyewitness identifications?

A.    No.

Q.    Okay.  No formal training at all as it relates to eyewitness identifications or error rates and misidentifications?

A.    No.

Q.    Okay.  So I want to turn to the burglary of your neighbor's home back in April of 2013.  Did you live in Orlando in 2013?

A.    Yes.

Q.    Where did you live?

A.    2013?  I lived at 1716 Lafayette Court in Orlando, Florida.

Q.    Okay.  And was that some kind of complex?

A.    Yes, it's a condo community.

Q.    Okay.  At that point in time, how long had you



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023

lived there?

A.   Since July of 2008.

Q.   Okay.  So for, like, half a decade, you had lived there by 2013?

A.   About five years.  Yeah.

Q.   Okay.  I'm going to direct your attention back to April 9, 2013, the day that your neighbor's house was burglarized.  As you sit here today, do you have a good memory of that day?

A.   No.

Q.   Okay.  I'll -- all I ask is that you do the best you can as we chat about this.  If you don't know something, that's a perfectly acceptable answer as long as it's the truth, okay?

A.   Yes.

Q.   What were you doing that morning?

A.   Going to work.

Q.   Okay.  Were you inside your home or outside your home?

A.   I was inside my home and then I left.

Q.   Okay.  And when you left at some point that morning, after you left your home while you were standing outside, did you witness three young men running towards a vehicle?

A.   I don't remember.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

Q. Okay. So as you sit here today, you don't remember witnessing anyone running towards a vehicle outside your home?

A. I remember that I witnessed something and there was individuals. I don't remember how many.

Q. Okay. So you're aware that something happened, but you're not sure how many people you saw; is that right?

A. That's correct.

Q. Okay. Did you notice a vehicle parked outside of your home that morning?

A. Yes.

Q. Okay. Did you notice it before you saw any young men running towards that vehicle?

A. I don't remember.

Q. Okay. Do you remember what that vehicle looked like?

A. No, I do not.

Q. Okay. You don't know what color it was?

A. No.

Q. Whether it had tinted windows?

A. No, I don't recall.

Q. Okay. So at some point, I think you said you recall seeing people, but you don't remember how many; is that right?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

A. Correct.

Q. Okay. When did you first notice the people that you saw?

A. I don't remember.

Q. Okay. Do you remember how close they were to the car when you noticed them?

A. No, I don't.

Q. Do you remember how close they were to you when you noticed them?

A. I don't recall.

Q. Okay. Do you know recall what they were doing?

A. No.

Q. Were they running?

A. I have no clue.

Q. Okay. Did you hear them say anything?

A. I don't recall.

Q. Okay. At some point, did you see the boys get into a car?

A. I don't remember.

Q. Okay. You don't remember, as you sit here today, whether or not you saw anyone get into a vehicle on April 9th, 2013?

A. I don't recall.

Q. Okay. If you -- do you remember giving

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

testimony at the criminal trial in this lawsuit?

A.    Which one?

Q.    The underlying criminal trial in May of 2014.

A.    Vaguely.

Q.    Okay.  If you testified at that trial that you saw three boys run and get into a car, do you have any reason to think that that -- that's not correct?

A.    No.

Q.    Okay.  You just can't recall one way or the other; is that right?

A.    I can't recall.

Q.    Okay.  Do you -- okay.  Let's talk a little bit about what you remember about what those guys looked like.  Do you have any memory of what the people you saw running that morning looked like?

A.    They were male.

Q.    Okay.  They were all three were male?

A.    I don't know.

Q.    Okay.  Did you get a good look at any of them?

A.    At the time I probably did, yes, but I don't remember what they looked like.

Q.    Okay.  Do you remember what their races were?

A.    No.

Q.    Do you remember what their hair looked like?

A.    No.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**         www.**MILESTONEREPORTING**.com         **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2025

Q.   Okay.  Eye color?

A.   No.

Q.   Had you ever seen any of those people you saw on the morning of April 9th, 2013, before that morning?

A.   No, I don't think so.

Q.   Okay.  Do you recall the people you saw running that -- or the people you saw that morning getting into the vehicle and driving away?

A.   I -- I believe so, yes.  I believe they drove away and I only say I remember that because I remember that's what I testified to.  I don't --

Q.   Okay.  So you don't have an independent memory of them driving away.  You remember that you testified that they drove away.  Is that what you're saying?

A.   Correct.

Q.   Okay.  And if you testified that they drove away, is there any reason to think that that's not correct, that you didn't testify correctly?

A.   No.

Q.   Okay.  Do you remember calling the police after you witnessed this incident on April 9th, 2013?

A.   No.

Q.   Okay.  So no memory of talking to a dispatcher about the incident?

A.   No.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023    Page 17

Q.   Okay.  Do you have any memory between -- do you have any memory of talking to the police --

A.   No.

Q.   -- when they showed up?  Okay.  So I'm going to share with you what will be marked as Plaintiff's Exhibit 15.  Okay.  Can you see that on your screen?

(Exhibit 15 was marked for identification.)

A.   Yes.

MS. DILLON:  All right.  So for the record, this is a one-page document that's Bates numbered P2.

BY MS. DILLON:

Q.   Is it -- is this type large enough that you can see it well enough to read --

A.   Yes.

Q.   -- or do you want me to make it bigger?  It's an okay size?  Okay.  Do you see this in the middle of the -- what I'm showing you, do you see kind of a handwritten paragraph right there?

A.   Yes, that's my handwriting.

Q.   Okay.  That's your handwriting.  That's what I was going to ask you.  And then if you -- if I scroll down a little bit and direct your attention to the bottom right-hand corner, where it says signature, is that your signature?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany-02-27-2023    Page 18

A.    Yep.  Yes, that is.

Q.    Okay.  Why don't you take just a minute to read that paragraph, if you would, and let me know when you're done, okay?

A.    Okay.  Okay.

Q.    Okay.  So kind of near the top, you write that you saw three young Hispanic males rushing to get in their vehicle.  Do you -- does this do anything to refresh your memory about what you saw that morning?

A.    I remember the blue latex gloves in the next paragraph.

Q.    Okay.  The blue latex gloves that the driver was wearing; is that right?

A.    Correct.

Q.    Okay.  So what's -- scratch that.  I mean, strike that.

If you look a little bit further down, kind of in the middle, you say, "They were all dark hair with dark eyes."  Does that do anything to refresh your recollection about what they looked like?

A.    No.

Q.    Okay.  Do you have any reason to think that -- actually, strike that.

Do you recognize this as a statement you provided to the police who responded on April 9th, 2013?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

A.   I recognize that as my handwriting.

Q.   Okay.  Any reason to doubt that it's a statement that you wrote?

A.   No.

Q.   Okay.  And if you look up at the top left, where it says date of statement, all the way to the right, there's a timestamp and it says 8:40 a.m.  Do you see that?

A.   Yes.

Q.   Okay.  And then on -- next to date of the offense, a couple -- two lines down all the way to the right, it says, time 8:00 a.m.  So it's -- it seems you gave the statement about 40 minutes or so after you witnessed the event; do you agree?

A.   That's what it says, yes.

Q.   Okay.  Do you have any reason to believe that 40 minutes after the event you did not give the details that are included in this statement?

A.   I don't think I understand your question.

Q.   Okay.

A.   Are you asking if I believe that was the right time?  I don't remember what time it was.

Q.   I -- I'll ask a better question.  Do you have any reason to doubt that -- strike that.

        If you gave this statement 40 minutes after



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

you witnessed the event, would you agree that your memory at that time is better than your memory would be as we sit here today over a decade later?

A.   I don't have any reason to doubt that, no. I'm sure I gave an accurate statement at that time.

Q.   Okay.  A little bit further down in the statement you say that, "The boys were all shorter, no taller than 5'9" or 5'10" and they appeared very young, 16 to 20 years of age."  Does anything about that statement refresh your recollection about what the boys looked like?

A.   No.

Q.   Okay.  In the middle of the statement, you talk about the vehicle you saw and you say, "It was a newer model Toyota, gray in color and had four doors." Does that do anything to refresh your recollection about what the vehicle looked like?

A.   I think I remember it was gray.

Q.   Okay.  It helps you remember it was gray, but nothing else about that sentence helps you remember what the vehicle looked like; is that right?

A.   That's correct.

Q.   Okay.  Fair to say that the information in the statement that you gave to the police on April 9th, 2013, was correct?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023

A.    Yes.

        MR. MISTOLER:  Objection.

        BY MS. DILLON:

Q.    Is there anything not in your statement that you remember telling the police when they responded?

A.    I don't recall.

Q.    Okay.  Did any police officer take you to see a suspect on the day of the April 9th, 2013 incident?

A.    No.

Q.    Okay.  What happened after -- do you remember what -- anything that happened after you spoke to the police and gave the police your statement?

A.    That day?

Q.    That day.

A.    I probably went to work.

Q.    Okay.  Have you now told me everything you remember as you sit here today about what happened on the morning of April 9, 2013?

A.    Yes.

Q.    Okay.  Do you remember when was the next time you interacted with someone from the Orlando Police Department in connection with the April 9th incident?

A.    Do I remember when?

Q.    Yeah.

A.    No, I don't remember when.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023

Q. Okay. At some point you were asked to participate in a photo lineup; is that right?

A. I believe so.

Q. Okay. Do you remember when that was?

A. No.

Q. If the photo array said it was September 4th, 2013, do you have any reason to dispute that that's right?

A. If the what?

Q. If the photo lineup says that you conduct -- you -- if there's a photo lineup that says you viewed it on September 4th, 2013, do you have any reason to doubt that that's correct?

A. I don't think so, no.

Q. Okay. And that's about five months after the April incident, correct?

A. Correct.

Q. All right. And what I hear you saying is, between the April 9th incident and the photo array, you don't recall ever speaking with an officer with the Orlando Police Department?

A. I recall he called me and asked to come to my office when I was working at Siemens to conduct the photo lineup, yes.

Q. Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023    Page 23

A.    So I did have a conversation.  I don't know who it was or how many conversations we had.

Q.    Okay.  So you recall someone calling you about a lineup; is that right?

A.    Yes.

Q.    Do you recall whether that was a detective named Michael Stanley?

A.    I don't remember his name.

Q.    Okay.  Was the person who called you the same person that ultimately conducted the photo array with you?

A.    Yes.

Q.    Okay.  And so if the person that conducted the photo array with you was a detective named Michael Stanley, that would've been the person who called you; is that right?

A.    I believe so.  I would have no -- yeah, I believe it was.

Q.    Okay.  Do you remember anything else about the phone call you had with Detective Stanley before you participated in the lineup?

A.    No.

Q.    Okay.  He -- did he tell you that they had a suspect?

A.    I don't remember.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

Q.   Okay.  It's possible you just don't remember; fair enough?

A.   I don't recall.  I can't really see you anymore.  Do you still need this up?

Q.   Oh, I need it up for just one second.  I want to ask you --

A.   Okay.

Q.   -- a couple more questions about it.  So between -- actually, strike that.

Would the police have found you if they needed to find you between April 9th and September 4th?

A.   Say that again?

Q.   Would you agree that the police could have found you if they needed to find you at any point between April 9th and the photo array?

A.   I mean, they're the police.  I suppose they can find anybody.

Q.   Fair enough.  You gave them your contact information, correct?

A.   Yes.  Yeah.  They knew where I lived.  They had my phone number, so -- and I wasn't avoiding their calls, so.

Q.   Sure.  Sure.  And so you see, I just -- this is the last on -- last thing I'll say on this exhibit, you see where it says, address residence?  At the top

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

there, it says 1716 Lafayette?

A.   Yes.

Q.   That was your address at the time, correct?

A.   Correct.

Q.   Okay.  And do you see a little bit over to the right of that address there's a phone number --

A.   Yes.

Q.   -- starting with 315.  Was that your phone number at the time?

A.   Yes.  That phone number did not change until 2017.

Q.   Okay.  So they had your residence and they had your personal phone number; fair enough?

A.   Yes.

Q.   All right.  And do you see where it says, address business and there's a 3501 address listed there?

A.   Correct.

Q.   Okay.  Is that -- and that's where you worked at the time?

A.   That is where I worked until June of 2019, yes.

Q.   Okay.  And then you see there's a phone number kind of to the right of that business address.  Is -- was that your business phone number at the time?

MILESTONE │ REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023

A.    I believe so.  It's been a few years since I was there, so -- but I believe that was, yes.

Q.    Fair enough.  And do you see an e-mail address, bethanycs@mac.com?

A.    Yes.

Q.    Was that your e-mail address at the time?

A.    That is still my e-mail address, so yes.

Q.    Okay.  So you gave the police numerous methods by which they could have -- they could contact you; fair to say?

A.    Yes.

Q.    All right, I'm going to set that exhibit aside and I think you were saying that, you know, the -- someone called you about the photo array, the same person who ultimately conducted the photo array with you.  Where was the photo array conducted?

A.    At that address where it says business address, right in my office.

Q.    Okay.  It was conducted at your work?

A.    Correct.

Q.    Do you recall anything that the detective said to you when he arrived at your work with the photo array?

A.    No, I don't.

Q.    Okay.  He -- you can't recall if he talked to



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023                                    Page 27

you about the incident?

A.   I don't recall.

Q.   Okay.  And you don't recall if he asked you any more questions about the description of the people you saw that day?

A.   I don't recall.

Q.   Okay.  Eventually, you were shown photographs; is that correct?

A.   I don't recall.  I assume so.  That's what he was there to do.

MS. DILLON:  Okay.  I'm going to share with you what will be marked as Plaintiff's Exhibit 16.

(Exhibit 16 was marked for identification.)

BY MS. DILLON:

Q.   Okay.  Can you see that document on your screen?

A.   Yes.

MS. DILLON:  Okay.  For the record, this is a three-page document, Bates number P529 to 531.

BY MS. DILLON:

Q.   And up at the top next to witness name, do you recognize your name there?

A.   Yes.

Q.   Okay.  And you -- do you see right next to your name to the right of it it says administrator name

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2025 Page 28

and it -- and there's a name Stanley written there.  Do you see that?

A.   Yes.

Q.   Okay.  Does that do anything to refresh your recollection of the name of the detective?

A.   No.

Q.   Okay.  And do you see the date just above the administrator name, September 4th, 2013?

A.   Yes.

Q.   Okay.  And does that do anything to refresh your memory as to that being the date you viewed a photo lineup?

A.   No.

Q.   Okay.  So I'm going to scroll down a little bit.  And do you see where it says, witness initials near the bottom right-hand corner?

A.   Yes.

Q.   Okay.  Are those your initials?

A.   Yes.

Q.   And did -- is that your handwriting?

A.   Yes.

Q.   Okay.  I'm going to direct your attention to the next page of the document.  Do you see in the middle here where there's some handwriting, a little paragraph?

A.   Yes.  That is my handwriting.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023                    Page 29

Q.    That's your handwriting.  Okay.  That's what I
was going to ask.  And do you see where it says
signature of witness?

A.    Yes.

Q.    Is that your signature?

A.    Yes.

Q.    Okay.

A.    But I didn't put anything underneath there.

Q.    Yeah.  This -- you would agree that this
handwriting, the address and the name Michael Stanley,
that looks like different handwriting than yours; is
that right?

A.    Correct.  I did not write that.

Q.    Okay.  So you wrote your signature and you
wrote this little paragraph.  Is there anything else on
this document that you see that you wrote?

A.    I circled that box --

Q.    Okay.

A.    -- and I initialed next to it.

Q.    Okay.  Nothing -- aside from the box, the
initials, this handwritten paragraph and your signature,
anything else on this page that you wrote?

A.    Not that I can see.

Q.    Okay.  I'm going to direct your attention to
the final page of this document.  This is a set of six

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

photographs.  Do you recognize this as the group of photographs that you were shown in connection to the April 9th incident?

A.  No, I don't.  I don't remember it at all.

Q.  Okay.  You have no memory one way or the other about this group of photographs?

A.  No, I don't.

Q.  Okay.  Do you -- this is a black and white copy of photos.  Do you agree with that?

A.  Yes.

Q.  Were you shown a black and white photo array?

A.  I don't recall.

Q.  You don't recall.  Do you recall the quality of the photographs that you were presented?

A.  I don't recall.

Q.  Okay.  You testified at a hearing about Mr. Valle-Ramos's conviction back in March of 2023, correct?

A.  I don't recall the date, but yes, I did.

Q.  Okay.  At Plaintiff's 547, Line 14, you testified the pictures, number one, were all very poor quality and dark.  They were dark pictures.  Does that refresh your memory that the photos you viewed at the September 4th lineup were bad quality?

A.  No.

Q.  Okay.  So you couldn't say one way or the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900  www.MILESTONEREPORTING.com  Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

other if they were like the ones I'm showing you in

Exhibit

16?

A.   I don't recall.

Q.   Okay.  Do you recall Detective Stanley

commenting on the poor quality of the photos?

A.   No, I don't.

Q.   Okay.  So on the same page of your post --

your hearing testimony, the March 2023 hearing,

Plaintiff's 547, Line 18, you testified that Stanley

told you, "I'm sorry.  I know they're not the best

quality."  Does that do anything to refresh your memory

that Stanley told you the pictures were bad quality?

A.   No.

MS. DILLON:  Okay.  I'm going to set this

exhibit aside just for a minute and I'm going to

show you what will be Plaintiff's Exhibit 17.

(Exhibit 17 was marked for identification.)

BY MS. DILLON:

Q.   Okay.  Can you see that on your screen?

A.   Yes.

MS. DILLON:  Okay.  For the record, this is a

one-page document Bates labeled P1413.

BY MS. DILLON:

Q.   Do you recognize this document as a group of

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

photos you were shown on September 4, 2013?

A.   No.

Q.   Okay.  Would you agree with me that the quality of the photos in this exhibit are good?

MR. MISTOLER:  Objection.

BY MS. DILLON:

Q.   You can answer.

A.   My father is a professional photographer so the answer to that is definitely no.

Q.   Would you agree that these photographs are not blurry?

A.   One of them is.

Q.   Which one is blurry?

A.   Number 2.

Q.   Okay.  Would you agree -- actually, scratch that.

Do you think these photographs are dark?

A.   They're better quality than the one you just showed me.

Q.   Okay.  Does this refresh your memory one way or another -- way one way or another whether you were shown a color copy of a photo array -- photo array or a black and white copy?

A.   No.

Q.   Okay.  I'm going to set this aside.  Actually,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

let me just ask you a couple more questions about this photo array. This gentleman in box number 1, he does not have an Afro style haircut, correct?

MR. MISTOLER: Objection.

THE WITNESS: I'm not a barber.

BY MS. DILLON:

Q. Would you agree that the gentleman in box number 2 has an Afro style haircut?

MR. MISTOLER: Objection.

THE WITNESS: I don't know.

BY MS. DILLON:

Q. You don't know one way or the other?

A. No.

Q. Okay. If you testified at the March 2023 hearing that the gentleman in box 2 was the only person in the photo array with an Afro style haircut do you have any reason to doubt the truth of that testimony?

A. I have no reason to doubt that I said that --

Q. Okay.

A. -- if that's what I said.

Q. Okay. I'm going to set this exhibit aside. Okay. And I'm going to reopen or re-share for you Plaintiff's Exhibit 16. Okay. And do you see -- is the document visible to you on your screen?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023 Page 34

Q. Okay. Do you see the circle around the person in box number 2?

A. Yes.

Q. Okay. Did you draw that circle?

A. I don't recall. I probably -- those are my initials, so I assume I did.

Q. Okay.

A. I don't recall drawing it.

Q. Okay. And those initials are your handwriting?

A. Yes.

Q. Okay. Do you remember your reaction to seeing the photograph depicted in box number 2?

A. No.

Q. Okay. Did you say anything -- or strike that.

Actually, no. Did you say anything in response to noticing the photo?

A. No. I -- I don't recall.

Q. Before you selected the photograph in box number 2, did Detective Stanley say anything to you?

A. I don't remember.

Q. Once you selected box number 2, did Detective Stanley indicate he was satisfied with who you picked out?

A. I don't remember.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023   Page 35

Q.   Okay.  At your -- at the March 2023 hearing, Plaintiff's P549, you testified that, "He smiled and said that's him."  Does that do anything to refresh your memory about what Detective Stanley said to you after you selected the photo in box number 2?

A.   No.

Q.   Okay.  And on the same page, you testified, "He told me the victim, Mr. Gonzalez, had identified him also."  Does that do anything to refresh your memory that Detective Stanley told you that the victim had also identified box number 2?

A.   No, I don't recall.

Q.   Okay.  Did you ask the detective if you had selected the correct person?

A.   No, I did not.

Q.   Okay.  I'm going to set this exhibit aside.  Okay.  Do you remember any conversations that you had with Detective Stanley during the photo array?

A.   No, I don't.

Q.   Was anyone else present when Detective Stanley showed you the photo array?

A.   Not in my office.  There was two other offices next to mine, but we were in my office with the door closed.

Q.   Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023                    Page 36

A.    That's all I really remember.

Q.    Okay.  Was Detective Stanley taking notes when he met with you for the photo array?

A.    I don't recall.

Q.    Okay.  And did Detective Stanley show you any other photographs after you selected box number 2?

A.    I don't recall.

Q.    Okay.  Did you know Detective Stanley, or Detective Michael Stanley, before April 9th, 2023?

A.    No.

Q.    Would the photo array have been the first interaction you had with Detective Stanley?

A.    No.  No, because he -- he called me before we -- to schedule it, but I don't remember any other conversations, though.

Q.    Okay.  So you interacted him -- with -- you interacted with Detective Stanley when he called you about the photo array and then you interacted with him during the photo array.  Did you have any other interactions with Detective Stanley from the time of the photo array to the time you testified at the criminal trial?

A.    I don't remember.

Q.    Okay.  And you testified at -- I think you already mentioned that you testified at a hearing back



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**            www.**MILESTONEREPORTING**.com            **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023

in, I think you said you couldn't recall the date, but a

hearing on Mr. Valle-Ramos's conviction in 2023; is that

right?

    A.    Are you talking about the -- the appellate

hearing?

    Q.    The post-conviction hearing?

    A.    Right.  Yes, I did.

    Q.    Okay.  In between the time you testified at

the criminal trial and the time you testified at the

post- conviction hearing, did you have any interactions

with Detective Stanley?

    A.    No.

    Q.    Okay.  Did you have any interactions with

anyone from the Orlando Police Department?

    A.    You're talking --

    Q.    In relation to the --

    A.    The time frame again?  Can you restate the

time frame?

    Q.    Sure.  In between the time you testified at

trial and the time you testified at the post-conviction

hearing, did you have any conversations with anyone at

the Orlando Police Department in relation to Mr. Valle-

Ramos's case?

    A.    The -- there was a gentleman who came to my

home with the attorney on the post-conviction case.  They

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023    Page 38

showed up at my house, introduced themselves and wanted to speak to me.  I -- it was the first time I met this woman.  She introduced herself as the attorney for the State, and she had a -- there was a police officer with her, who I believe introduced himself as, like, the chief or somebody who was in charge, but representing the police department in some capacity.

Q.   Okay.  Do you remember --

A.   That was --

Q.   -- when that was?

A.   That was -- no, I don't remember when it was. It was before the hearing, obviously, the post-conviction hearing.

Q.   Okay.  Do you remember what year it was?

A.   No.

Q.   Okay.  So you said that the -- oh, sorry, go ahead.

A.   2022.  Because you said the post-conviction hearing was '23, so it was before then.

Q.   Okay.  So sometime before the hearing in 2023, but you're not really sure of the date; is that right?

A.   Correct.

Q.   Okay.  Do you remember the attorney for the State's name?

A.   No.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2025                                    Page 39

Q.   Okay.   And you said it was a female; is that correct?

A.   Yes.

Q.   Do you remember -- can you describe what she looked like?

A.   She was a -- a very professional looking and Black woman with like --

Q.   And you --

A.   -- long dark hair.

Q.   And long dark hair, is that what you said?

A.   I think so, yeah.

Q.   Okay.   And you said there was a police officer with her?

A.   Some -- yes.   Somebody from the police department.   I don't know that he was an officer.   He -- I can't remember.   He gave me his business card.   I -- and I just remember that his business card indicated he was from the police department.

Q.   Okay.   Do you still have that business card?

A.   I can go look right now.   I don't know. Because I know where I keep them all, but I don't know.

Q.   Maybe on a break we -- I might ask you if you can check and see if you still have that card.   Can you describe what the person with the attorney looked like?

A.   He was a man, an older man, late 40s, early

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

50s, scary looking.

Q.   What do you mean when you say scary looking?

A.   Just, I mean, intimidating.  You know, police officers can sometimes be a little intimidating looking --

Q.   Sure.

A.   But that's -- but he was nice.

Q.   What was his build like?

A.   He was jacked.

Q.   Do you remember how tall he was?

A.   5'11", 6'.

Q.   Okay.  And I think you said they introduced themselves and wanted to speak with you.  Did you end up speaking with the attorney and the gentleman that she had with him -- with her?

A.   No, they did not come in my house.  They indicated that they wanted to talk to me about this case.  I said it wasn't a good time and -- and that -- and he gave me his card and she probably gave -- I don't -- I actually don't remember.  I don't think she gave me hers, but I don't know.  She took my name and number.

Q.   Okay.

A.   And they said we would reschedule.  And then I contacted the attorney on the case who had initially contacted me to let her know what had happened.  And



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023

that was when I retained Counsel.

Q.    Okay.  And when you say you contacted the attorney that was initially on the case, do you mean the attorneys for Mr. Valle-Ramos?

A.    Correct.  This would be Elisabeth [sic] Fryer. I contacted her.

Q.    Okay.  And did you ever reschedule an interaction with the attorney and the -- whoever it was from the police that she had with her?

A.    No.  They scheduled a deposition instead.

Q.    Okay.

A.    And the officer was not there.

Q.    The officer that showed up at your house --

A.    Correct.

Q.    -- wasn't there?

A.    Correct.  He wasn't at the depo.  I never saw him again.

Q.    Okay.  But the attorney who was at your house, she was at the deposition?

A.    Yes.  She conducted the deposition as well as the post-conviction hearing on behalf of the State.

Q.    Okay.  Do you recall when that deposition took place?

A.    No.

Q.    Okay.  Do you have any idea the year it took



**MILESTONE | REPORTING  COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      www.**MILESTONEREPORTING**.com      **Toll Free 855-MYDEPOS**

place?

A. I -- I don't. It was obviously prior to the post-conviction hearing.

Q. Sure. So I'd like to talk a little bit about the post-conviction hearing and how you came to recant your identification of Mr. Valle-Ramos. I hear you say you were -- you were approached by some people from the State and the police about Mr. Valle-Ramos's case. Were you also approached by someone with an attorney for Mr. Valle-Ramos?

A. What do you mean? Yeah. I spoke with his attorney. I spoke with Ms. Fryer.

Q. Okay. And was that before the State approached you?

A. Yes.

Q. Okay. Can you -- do you remember the first conversation with -- that you had with Ms. Fryer?

A. Not really. Actually, I don't -- no. I don't know if I did speak with her first, actually. I don't remember.

Q. Okay. Okay. So you're not sure one way or the other the order in which you spoke for someone with this date and someone for Mr. Valle-Ramos, but --

A. Oh, no.

Q. -- you do --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

A.   I -- no, I definitely spoke with Ms. Fryer first as well as her private investigator.  I don't know who happened first because I spoke with Mr. Jerry Lyons.

Q.   Okay.  And so Mr. Jerry Lyons, was that the private investigator?

A.   Yes.  That is Attorney Elisabeth [sic] Fryer's private investigator, or at least the one she was working with at the time.

Q.   Okay.  And how did he approach you?

A.   He -- he -- I think he called -- or I can't remember.  He called or came to my house.  I think he called me.  Initially, he called me.

Q.   Okay.  Do you remember anything about that initial phone call with Mr. Lyons?

A.   He wanted to come here and talk to me.  That's all I remember.

Q.   Okay.  And did you agree to --

A.   He asked me if I remembered the case.

Q.   Do you -- did you agree to let Mr. Lyons come to your house and talk to you?

A.   Yes.

Q.   How many times did you meet with Mr. Lyons?

A.   Once.

Q.   Okay.  And that was at your house?

A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.   Okay.  As you sit here today, do you have a good memory of that meeting with Mr. Lyons?

A.   Yeah, I do.

Q.   Okay.  How did it start?

A.   We sat down in my dining room table and he showed me a picture of a young man and asked me if I remembered the case.

Q.   Okay.  Did he show you a picture of one person or more than one person?

A.   He showed me multiple pictures at the meeting, but initially he showed me picture of a young man he identified by the name of Amos.

Q.   Okay.  And that's how he started the meeting with you, is that what you're saying?

A.   I -- from my -- yes, that's what I remember.

Q.   Okay.  Did he ask you questions?

A.   Yes.

Q.   Okay.  Do you remember what he asked you?

A.   Not really.

Q.   Okay.  And I think you said he, at least on the phone call, had asked if you remembered the case. Do you remember him asking you that at the meeting in your home?

A.   Yes.

Q.   Okay.  How did you respond?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

A.    I said, yes, I remembered it.

Q.    Okay.  What was your reaction to being reached out to by the private investigator?

A.    Mixed feelings.

Q.    What do you -- when you say mixed feelings, what do you mean?

A.    I don't know.  It was like it just -- I don't know.  Just, I don't know.  I wasn't overly surprised.

Q.    Okay.  Why do you say you weren't overly surprised?

A.    Because I had always had a feeling that they had arrested the wrong gentleman.

Q.    Okay.  And when you say you always had a -- had that feeling, do you recall when that feeling started for you?

A.    Yeah, the day I walked into his hearing and saw him in the courtroom in 20 -- the first, first hearing

hearing ---

Q.    Okay.  The --

A.    -- for the trial -- for the trial.

Q.    -- the criminal trial back in 2014?

A.    Yes.

Q.    That's when some doubts -- when you had some doubts that they had the correct person?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

A.   Right.

Q.   Okay.  At some point -- I just want to ask you a couple of questions about your experience testifying at trial.  Do you remember coming into contact with the victim, Mr. George Gonzalez, at trial?

A.   Yes.

Q.   Okay.  How did you come to interact with him?

A.   I was waiting outside the courtroom and he came out of the courtroom.

Q.   Okay.  And you -- we -- we've been talking about the post-conviction hearing in 2023.  At Plaintiff's 551, Line 18, or 10 to 18, you testified that Detective Stanley introduced the two of you.  Do -- does that refresh your recollection that it was Detective Stanley who introduced you to Mr. Gonzalez?

A.   The same gentleman, the same detective who was doing the photo lineup and that I had been talking to about the case.  I don't personally know his name.  You've provided it, but yes, it was the same gentleman who introduced me to the other witness.

Q.   Okay.  And I think you said that was after the other witness testified and you were in the waiting room; is that correct?

A.   I was in the hall, like the lobby outside the courtroom.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023   Page 47

Q.   Okay.

A.   Yes.

Q.   Okay.  What did you two talk about?

A.   I just said hello to him.  He kind of went on this rant.  We didn't really talk.

Q.   Okay.  When you say he went on a rant, do you remember what he ranted about?

A.   What he had seen that day.

Q.   And do you mean at -- the day that his home was burglarized or at trial?

A.   The day his home was burglarized.

Q.   Okay.  Do you remember him telling you that he identified Mr. Valle-Ramos?

A.   I don't remember.

Q.   Okay.  Do you remember him being --

A.   Identified him -- sorry.  Identified him at trial or identified -- like, what do you -- what do you mean?

Q.   Yeah.  Do you remember Mr. Gonzalez telling you that he had identified Mr. Valle-Ramos at trial?

A.   No.

Q.   Okay.  If you testified at your -- at the March 2023 hearing, this at Plaintiff's P551, that he -- that Gonzalez told you he was certain he made the correct identification of Mr. Valle-Ramos, is there any



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2025

reason to doubt that that testimony was true?

A.    No.

Q.    Okay.  After you spoke to Mr. Gonzalez, you testified at the criminal trial, correct?

A.    Yes.

Q.    Okay.  How did you feel before you gave your trial testimony?

A.    Hungry?  I don't -- I don't -- I don't know. I don't remember.  I probably just -- I don't know. Mixed feelings, probably, nervous.

Q.    Okay.  Nervous, maybe hungry.  Do you recall anything else you were feeling before you testified?

A.    Before I went into the courtroom?

Q.    Yeah.  Before you went into the courtroom and gave your testimony?

A.    Just nervous.

Q.    Okay.  And you identified Mr. Valle-Ramos at trial; is that correct?

A.    Yes.

Q.    Okay.  How did you feel after you identified Mr. Valle-Ramos?

A.    Shitty.

Q.    And why did you feel?

A.    Excuse my language.  I didn't feel great.

Q.    Okay.  And why didn't you feel great?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

A.    Because I had doubts and didn't know what to do with them.

Q.    Okay.  Did your conversation with Mr. Gonzalez make you feel more confident?

A.    Yes.

MR. MISTOLER:  Objection.

BY MS. DILLON:

Q.    Okay.  Did anyone from the Orlando Police Department speak with you after you gave your testimony?

A.    I don't recall.

Q.    Okay.  Do you recall anyone from the prosecution speaking with you after you gave your testimony?

A.    Yes, actually.  They e-mailed me.

Q.    Okay.

A.    The prosecutor e-mailed me.

Q.    Was that -- how long after trial before you got that e-mail from the prosecutor?

A.    It was either the same day or the next day.  You're talking about the first trial?

Q.    Yes.  Yes.  The criminal trial back in 2014.

A.    Yeah.  So the same -- the same day or the next day.

Q.    Okay.  What did the e-mail say?

A.    I just remember she told me I did a great job.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900            www.MILESTONEREPORTING.com            Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025

Q. Okay. Said you did a great job, but you can't remember if the e-mail included anything else?

A. Something about she was looking for a new position and I don't know why we were discussing that, but she was looking for another job and that's all I really recall. And I don't remember her name.

Q. Okay. Do you still have that e-mail?

A. No, I'm sure not.

Q. Okay. Did you speak with anyone from the defense after you gave your testimony?

A. No. I don't think so.

Q. Okay. And did you -- at the criminal trial, did you have any interactions with any other witnesses besides Mr. Gonzalez?

A. No. I don't think there were any other, but if there were, no.

Q. Okay. So before we were chatting about your -- the testimony at the criminal trial, we were talking about Mr. Lyons and how he got in contact with you and you had had the, you know, mixed feelings that they had always gotten the wrong gentleman. Do you remember talking about that?

A. Yes.

Q. Okay. What did you -- at -- during your conversation at your home with Mr. Lyons, did you recant



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2025

your prior identification of Mr. Valle-Ramos?

A.   To Mr. Lyons?

Q.   Yes.

A.   I believe I did.  I don't remember exactly what I said, but I believe we agreed that the other gentleman was the guy that I remembered.

Q.   Okay.  Do you remember anything else specific about your conversation with Mr. Lyons?

A.   I remember he gave me some background about Amos and that he was deceased.  I believe he also gave me some information about what Mr. Valle-Ramos, what had -- what had happened with him subsequent to him being convicted.  We just generally talked about the case, but that's all I really -- he -- he made some jokes about his wife or ex-wife.  I think that's all I remember.

Q.   Do you remember any of the specific information he told you about Mr. Valle-Ramos and what had happened with him after the conviction?

A.   He went to prison for, I think, three years, has always -- had always maintained his innocence.  He had a lovely girlfriend who had been trying to advocate for him.  And that's how Attorney Fryer had come onto the case.  I believe that's all I remember.

Q.   Okay.  Did Mr. Lyons pressure you to recant your prior identification?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free **855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023   Page 52

A.   No.  Uh-uh.

Q.   You had had doubts over the years, correct?

A.   Yes.

MS. DILLON:  Okay.  I'm going to show you what we'll -- what has been previously marked as Plaintiff's Exhibit 4.

(Exhibit 4 was marked for identification.)

BY MS. DILLON:

Q.   Okay.  Ms. Szewczyk, do you see these photographs on your screen?

A.   Yes.

MS. DILLON:  Okay.  So for the record, this is a one-page document.  Bates number P454.

BY MS. DILLON:

Q.   Is -- are these the photographs that Mr. Lyons showed you when he met with you at your home?

A.   I don't recall.

Q.   Okay.

A.   I don't think so.

Q.   Okay.  You don't -- these don't seem familiar as the photos that he showed you of -- that he showed you when he met you at your house?

A.   They look familiar --

Q.   Okay.

A.   -- so I know at some point I've probably seen



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023  Page 53

them, but I don't think they were the ones that he showed me that day. I don't remember.

Q. Okay. I'll represent to you that this gentleman on the left is Amos Ortiz and the gentleman on the right is Mr. Valle-Ramos. Do you agree that these two men bear a striking resemblance to one another?

MR. MISTOLER: Objection.

THE WITNESS: Yeah, I would agree.

BY MS. DILLON:

Q. Can you describe what features look similar to you?

A. Their hair. I would say their head is kind of in a similar position. They both have full lips. The -- the shape -- the shape of their eyebrows is similar. Their eye shape is similar. Their nose shape is similar. The ears are even similar. I mean, their -- their jaw kind of looks similar, although there's a holograph over Mr. Valle-Ramos's face, but they just look very similar.

Q. Okay. If you had been presented a lineup with both of these men on September 4th, 2013, would you have selected either of them?

MR. MISTOLER: Objection.

THE WITNESS: Yes, I would've.

BY MS. DILLON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

Q.   Which one would you have selected?

MR. MISTOLER:  Objection.

THE WITNESS:  Amos, the one on the left.

BY MS. DILLON:

Q.   Okay.  The one on the left in the blue shirt; is that right?

A.   Yes.

Q.   Okay.  I'm going to set this exhibit aside.  I promise I'm getting pretty close.  At some point you executed an affidavit recanting your identification of Mr. Valle-Ramos; is that right?

A.   Yes, I did.

MS. DILLON:  Okay.  I'm going to share with you what will be Plaintiff's Exhibit 18.

(Exhibit 18 was marked for identification.)

BY MS. DILLON:

Q.   Okay.  Ms. Szewczyk, can you see that document on your screen?

A.   Yes.

MS. DILLON:  Okay.  For the record, this is a one-page document, Bates number P473.

BY MS. DILLON:

Q.   And do you see your name at the top here where it says Affidavit of Bethany Szewczyk?

A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.   Okay.  And do you see at the bottom here where it says affiant, is that your signature?

A.   Yes.

Q.   Okay.  And do you see the date, December 1, 2021?

A.   Yes.

Q.   All right.  So I'm just going to ask you a couple of questions about this document.  First, paragraph 3 says, "I selected Mr. Valle-Ramos's photographs because he was the only individual in the photographic lineup with an Afro style haircut."  Did I read that correctly?

A.   Yes.

Q.   Okay.  Is it true that you selected Mr. Valle-Ramos because he was the only person in the lineup with an Afro?

A.   I'm sure that was one of the reasons.  That was probably the primary reason.

Q.   Okay.  So one of the reasons maybe that -- one of the primary reasons that you selected, Mr. Valle-Ramos was his hairstyle in the lineup; is that fair?

A.   Correct.

Q.   Okay.  Now let's go to paragraph 4, which says, "During the photographic lineup process, Detective Michael Stanley told me that the homeowner, Mr. George

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023    Page 56

Gonzalez, had confidently identified Mr. Valle-Ramos as the individual who burglarized his home."

Did I read that correctly?

A.    Yes.

Q.    Is it true that Detective Stanley told you that Mr. Gonzalez confidently identified Mr. Valle-Ramos as the person who burglarized his home?

A.    I don't recall.  I remember him saying something -- I -- he -- he did not identify Mr. George Gonzalez by name, but that is who --

Q.    Okay.

A.    -- I assume he was referring to, and I remember him saying something along those lines, like he had already been identified.

Q.    Okay.  You don't remember him saying explicitly the name George Gonzalez?

A.    No.

Q.    Okay.  But he might have -- did he identify him by the victim of the crime or something like that?

A.    I don't remember what he said.

Q.    Okay.  Now, directing your attention to paragraph 7, it says, "During trial, after the victim, Mr. George Gonzalez, testified, but before I testified, Detective Michael Stanley introduced me to George Gonzalez."  Did I read that correctly?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023    Page 57

A.   Yes.

Q.   Okay.  Is it true that Detective Stanley introduced you to George Gonzalez before you testified at trial?

A.   Yes, he did.

Q.   Okay.  And then the second part of that paragraph says, "Mr.  Gonzalez then told me that he was certain that Mr. Valle-Ramos was one of the burglars before my testimony."  Did I read that correctly?

A.   Yes.

Q.   Okay.  And is it true that Mr. Gonzalez told you that he was certain that Mr. Valle-Ramos was one of the burglars before you gave your testimony?

A.   He told me that he had identified him.  He was certain that the man in the courtroom -- we didn't really use names.

Q.   Okay.

A.   But yes, that's what he based -- he said.

Q.   Okay.  Without saying names, Mr. Gonzalez conveyed to you that Mr. Valle-Ramos --

A.   Yes.

Q.   -- was one of the burglars?

A.   Yes.

Q.   Okay.

A.   And he told me the story of what he remembered

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

that morning.

Q.   At the time you executed this affidavit, did you have any reason to do Mr. Valle-Ramos a favor?

A.   No.

Q.   Did you know him?

A.   No.  I -- I've still never spoken a word to Mr. Valle-Ramos ever.

Q.   Okay.  Were you just telling the truth about what happened?

A.   Yes.

Q.   Okay.  I'm going to --

A.   That's what I'm always trying to do.

Q.   I'm going to set this exhibit aside.  Just a few more questions from me.  So we've established that you testified at a hearing about Mr. Valle-Ramos's conviction in March 2023, and you sort of tell the truth at that hearing, correct?

A.   I'm sorry, could you repeat the question?  I'm sorry.

Q.   That's okay.  You testified at a hearing about Mr. Valle-Ramos's conviction back in March of 2023, correct?

A.   The post-conviction hearing?  Yes.

Q.   Yes, the post-conviction hearing.  And you swore to tell the truth at that hearing, correct?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

A. Yes.

Q. Okay. At that hearing, did you recant your earlier identification of Mr. Valle-Ramos?

A. Yes.

Q. Okay. And at that time in March of 2023, did you have any reason to do Mr. Valle-Ramos a favor?

A. A favor? No.

Q. Okay. You -- I think you said just a minute ago that you've never talked to Mr. Valle-Ramos and that was true in March 2023, correct?

A. Correct.

Q. Okay. Were you just telling the truth about what happened?

A. Yes.

MS. DILLON: Okay. Okay. I think I'm done. I'm just going to ask for a quick two, three-minute break to make sure. Is that okay with folks?

MR. MISTOLER: Of course.

MS. DILLON: Okay. So let's go off the record for a quick break. People can use the bathroom and then we can come back.

THE REPORTER: One moment. Let me go off record.

(A recess was taken.)

THE REPORTER: Okay. We're back on record. You

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025

may proceed, Counsel.

MS. DILLON:  All right.  Ms. Szewczyk, thank you so much for your time.  I have no further questions for you.  So we'll pass it off to counsel for defendants.

THE WITNESS:  Okay.

CROSS-EXAMINATION

BY MR. MISTOLER:

Q.   Thanks for being here.  I know you'd rather do anything else on a Thursday afternoon than talk about this case, more so.  I know everyone here appreciates you.  I did have some follow-up questions for you.  And I wanted to start on -- start with talking about Mr. Jerry Lyons and the communications you had with him.

A.   Okay.

Q.   I think -- well, how many times did you say you spoke with Mr. Lyons?

A.   He called me.  He came to my home once and then he was present in Attorney Fryer's office when we executed my affidavit.  So those are the only three times I recall speaking to him.

Q.   How would you describe his demeanor?

A.   He's super nice.  He's super friendly.

Q.   Not an intimidating guy?

A.   No, I don't -- not to me at all.  No.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023    Page 61

Q.   No -- never harassed you or anything?

A.   No.

Q.   Did you ever feel like he -- it was his goal to get you to recant your testimony?

A.   Never.

Q.   And you mentioned he was in the office with Fryer when you signed the affidavit; is that correct?

A.   Correct.

Q.   Who prepared the affidavit?

A.   Ms. Fryer's associate attorney.  I can't think of her name.

Q.   You read it over before you signed it?

A.   In fact, I actually edited it myself a little bit while I was there, and yes.

Q.   Other than the attorneys you've retained to represent you here today, have you talked with anyone about your testimony here today?

A.   My boyfriend at the time.  That would be it.

Q.   Have you talked -- have you talked with Ms. Dillon at all about your testimony today?

A.   No.  This is the first time I think I've spoken to her and met her.

Q.   Have you talked with anyone from her office about your deposition testimony today?

A.   No.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023    Page 62

Q.   And without going into any discussions you've had with your attorney, has anyone coached you on how to respond to questions today?

A.   No.

Q.   Did you witness the burglary at Mr. Gonzalez's house?

A.   No.  I just would say I witnessed the getaway.

Q.   Could you see and you live in a different place than the location we discussed earlier, correct, today?

A.   Correct.

Q.   From that old house, the 1716 Lafayette Court, could you see where Mr. Gonzalez lived?

A.   No, I -- no.  I mean, I could see the apartment complex on the other side of the fence, but if you're asking me which -- if I knew where his apartment was or anything like that, no.

Q.   So again, really, you didn't see any of the -- Mr. Gonzalez coming home and the --

A.   No.

Q.   -- the pursuit after that on the day of the incident?

A.   No.

Q.   You didn't see how he got into a scuffle with a couple of individuals in his apartment?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025

A.   I don't even -- I don't even know those details, so no.

Q.   But you do know that Mr. Gonzalez has been -- always been pretty confident, 100 percent confident with his identification of Mr. Valle-Ramos?

MS. DILLON:  Objection.  Form.  Foundation.

You can answer.

THE WITNESS:  I -- I mean, I would say no because I haven't spoken to him since the day of the original trial.  So I don't know what he said or not said.  I do know that when Mr. Lyons was at my house, he told me that they had tried to contact Mr. Gonzalez and he had declined to speak to them.  And he said that he had -- something like he had blocked everything out. That's all I remember.  And that was something that Mr. Lyons told me, not -- I didn't get that information myself.

BY MR. MISTOLER:

Q.   You don't know if, after that conversation with Mr. Lyons, they were -- Lyons was able to get in contact with Gonzalez?

A.   No.  No clue.

Q.   Would it surprise you if you were to know that at no point has Mr. Gonzalez ever wavered from his identification of Mr. Valle-Ramos?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025

MS. DILLON: Objection. Form.

You can answer.

THE WITNESS: Would it surprise me?

BY MR. MISTOLER:

Q. Yeah, that he's never wavered on his identification of Valle-Ramos?

A. No, it wouldn't surprise me because they look similar, so.

Q. On that day, really, you saw maybe one or a few individuals coming and getting into a car that was near where your apartment condo house was, correct?

A. Yes. The car I believe was parked right behind my carport, so yeah.

Q. Is it possible that Mr. Gonzalez saw an individual that day that you did not see get into that car?

MS. DILLON: Objection. Form. Foundation.

You can answer.

THE WITNESS: Sure. I -- yeah, I suppose that's possible.

BY MR. MISTOLER:

Q. Are you 100 percent certain that the individual, and I understand your testimony today, but the individuals who got into the car near your house, right in front of your house, as you've previously

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023 Page 65

described it, are you confident that those were all the

individuals involved at the burglary of Mr. Gonzalez'

house?

        MS. DILLON:  Objection.  Form.  Calls for

speculation.

        Go ahead.

        THE WITNESS:  No.  All I -- I didn't witness

the actual burglary.  I just witnessed three

individuals on a getaway and one was wearing blue

latex gloves and holding something, which told me

that -- you know, when people are running like that,

they obviously weren't doing something great.

        BY MR. MISTOLER:

  Q.  How many individuals were involved in the

burglary of Mr. Gonzalez' house and any other burglaries

in the area that morning?

  A.  I have no idea.  I don't know because I don't

burglarize houses, so I wasn't hanging out with them.

  Q.  Did any of them have a -- like a jersey, a

basketball jersey or maybe a shirt with cutoff sleeves

that you can recall?

  A.  I don't recall.  What I recall is when they

were driving away, the driver, he had really long

eyelashes.  I'll never forget Mr. Amos's eyelashes.  And

when I saw him, I knew it was him because I like

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

Page 66

eyelashes, so.

Q.  But again, you're not certain if, in that moment, that was Mr. Amos?

A.  What I'm certain of is when Mr. Lyons showed me the picture of Amos, it confirmed what I had known for years, and suspected, was that I had misidentified somebody who looked similar, very similar to Amos.  But I was pretty confident that that probably wasn't the guy, but because he looked so similar, I doubted my own memory and other people had identified him as well, which I had been told.  And so I tried to just reassure myself that I was doing the right thing, but Mr. Valle-Ramos has darker skin and shorter eyelashes than what I saw that day.

Q.  And again, you know, we talk about people identifying this individual.  Are you 100 percent certain that you and Mr. Gonzalez are in fact talking about the same person, even?

A.  No.

MS. DILLON:  Objection.  Form.

Go ahead.

THE WITNESS:  No, I have no idea who he saw that day.  I just know who I saw that day.

BY MR. MISTOLER:

Q.  Oops.  Let me see.  I hope I'm sharing this.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023 Page 67

Can you see your affidavit here?

A. Yes, sir.

Q. So in Line 2, it says, "I am now recanting my testimony, identifying Jorge R. Valle-Ramos as the individual who entered the driver's side of the getaway vehicle"; is that correct?

A. Yes, that's correct.

Q. And in Line 8, it says, "I no longer identify Jorge R. Valle-Ramos as the individual who entered the driver's side of the getaway vehicle," correct?

A. Correct.

Q. But that's really all you are recanting is that the individual who's the driver was, according to you, not Valle-Ramos, correct?

A. Correct.

Q. This isn't a statement that Valle-Ramos could have been involved in the burglary, correct?

A. Correct.

Q. Because you didn't see the burglary, correct?

A. Correct.

Q. You talk about skin tone also at points. Individuals can become more tan or less tan; is that correct?

A. Sure. Yes.

Q. Do you recall if those individuals had any

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023                                    Page 66

items on them when they were in the car or the -- or the

one individual got into the car?

A.   I remember the driver had blue latex gloves

and he was carrying something, probably car keys, but I

-- it was small.  He was holding something in his hand.

Q.   Did any of them have backpacks?

A.   I don't recall.

Q.   Why didn't you talk a little bit -- why didn't

you speak up -- strike that.

Why didn't you speak up sooner if you had

these doubts about identification?

MS. DILLON:  Objection.  Form.

You can answer.

THE WITNESS:  Elaborate on sooner?

BY MR. MISTOLER:

Q.   Well, I mean, there's a period of, I think,

seven years in between the criminal trial when you

identify Valle-Ramos in the courtroom and when you

signed the affidavit here, recanting your testimony.  So

with that context, why did you not bring forth your

doubt sooner?

A.   To who?

MS. DILLON:  Same objection.

You can answer

THE WITNESS:  To who?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2023

BY MR. MISTOLER:

Q.   Anyone involved in the case on the day or even on the day to speak up sooner.  Why -- just what was your thought process there?

A.   My thought process was that I felt confident I had done the right thing and I was just trying to move on.

Q.   I think you also testified and, you know, perhaps rightfully so, that you were nervous on that day, right?

A.   Sure.  Yes.

Q.   Probably you would agree that it's natural for anyone to feel nervous in a situation like you were in where you were a witness called to identify someone and possibly send that individual to jail; would you agree?

A.   I would agree I was a little hard on myself, but you're probably right.

Q.   And you would agree that it's a serious situation to identify someone as you did, to possibly send them to jail, correct?

MS. DILLON:  Objection.  Form.

You can answer.

THE WITNESS:  Prison, actually, and yes.

BY MR. MISTOLER:

Q.   Thank you for the correction.  Would you feel,



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free **855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2025

and to use your words earlier, shitty just if you had to send anyone to prison in a similar fashion?

MS. DILLON:  Objection.  Form.

You can answer.

THE WITNESS:  No, not if they did it, no.

BY MR. MISTOLER:

Q.   Did anyone force you to provide the testimony identifying Valle-Ramos that -- in the criminal trial?

MS. DILLON:  Objection.  Form.  Foundation.

You can answer.

THE WITNESS:  Did anyone force me?  No, but I definitely did not feel like I had a choice at that point.  I was subpoenaed, so I -- I was forced by law. My -- my testimony was mandated.

BY MR. MISTOLER:

Q.   Do you agree you could have not performed the identification in that moment in the criminal trial?

MS. DILLON:  Objection.  Form.

Go ahead.

THE WITNESS:  Sure.  Yeah.  I -- no, I -- I wasn't forced when I was giving testimony to identify anyone in particular.  No.

BY MR. MISTOLER:

Q.   When you talked about Stanley introducing you to Mr. Gonzalez outside the courtroom, did you feel like

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

there was a vendetta there?

A.    No.

MS. DILLON:  Objection.  Foundation.

Go ahead.

BY MR. MISTOLER:

Q.    Was it perhaps simply just a friendly interaction?

A.    It was.

Q.    No one was trying to coach you in that moment of how to testify, correct?

A.    No.

MS. DILLON:  Objection.  Foundation.

Go ahead.

THE WITNESS:  No.

BY MR. MISTOLER:

Q.    And really, prior to that moment, no one from Orlando Police Department or Stanley had coerced you or coached you into giving that testimony?

MS. DILLON:  Objection.  Form.  Foundation.

Go ahead.

THE WITNESS:  No.  Detective Stanley always behaved professionally.  I never felt that he was ever trying to force or coerce me ever into anything.

BY MR. MISTOLER:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025

Q.   And lastly, you do agree that it is possible that Mr. Gonzalez saw an individual that you did not see on the day of the burglary?

A.   Sure.  It's entirely possible that he did.

Q.   Did Mr. Gonzalez, to your knowledge, ever indicate that the driver of the car that you saw was in fact Mr. Valle-Ramos, to your knowledge?

A.   Can you say that again?

Q.   Sure.

A.   Because I only had one -- that one interaction with him, so --

Q.   So it -- to the best of your knowledge, has Mr. Gonzalez ever indicated that Jorge Valle-Ramos, the individual he believed burgled his home, was the driver of the car that you saw in the getaway car on that day?

A.   No, because we never -- when I talked to him, he just ranted.  So he never asked me about my testimony or what I even saw.

Q.   And again, it's possible that you both saw a different individual that day?

MS. DILLON:  Objection.  Asked and answered.

Go ahead.

THE WITNESS:  Yes, it's possible.

BY MR. MISTOLER:

Q.   When you were working for Siemens, what time

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025

of day would you normally wake up?

A.   7:00, 7:30, 7:15.

Q.   I mean, it always takes me a little bit of time to get going in the morning.  Like, what time would you say you're fully awake and alert?

A.   10:00 a.m.

Q.   10:00 a.m.?

A.   I'm not a morning person, so.

Q.   Sharing your statement from the date of incident, and you saw this earlier, Counsel pointed this out to you, but the time of the offense, that reads 8:00 here, would you agree?

A.   Yes.  It was probably an estimate, but that would've been around the time.

Q.   And the time you gave the statement was at 8:40 a.m., correct?

A.   Correct.  According -- yes.

Q.   And so according to you, really, you're not fully alert and awake until 10:00 a.m., correct?

A.   I'm just not a morning person.  So I mean, I drink coffee all morning, but when you walk out and you see something like that, you wake up pretty quickly.

Q.   Okay.  Let me just look over my notes and I -- I'm going to wrap up here.  I'm just going to mute myself and hang out here.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2023

A.   Okay.

MR. MISTOLER:  I won't be long.  I don't think I have any more questions for you, ma'am.  I appreciate you very much.

THE WITNESS:  Okay.

REDIRECT EXAMINATION

BY MS. DILLON:

Q.   Based on that, I have one follow-up question. Ms. Szewczyk, did you trust Detective Michael Stanley?

MR. MISTOLER:  Objection.

THE WITNESS:  No, I didn't know him, so I mean, I trusted him to do his job.

BY MS. DILLON:

Q.   Okay.  You didn't know him, so you didn't personally trust him, but you trusted that he would do his job?

A.   Correct.  Personal trust, professional trust, those are two different things, so.

Q.   Okay.  So professionally, you trusted --

A.   Yes.

Q.   -- detective Stanley?  Okay.

MS. DILLON:  That's all I have.

MR. MISTOLER:  Thank you, ma'am.

THE REPORTER:  All right.  Would you like to read or waive, ma'am?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

THE WITNESS:  Are you talking to me?

THE REPORTER:  Yes.

THE WITNESS:  Do I need to what?

THE REPORTER:  Read or waive the transcript?

THE WITNESS:  Oh, I'll waive.  I don't need it.

THE REPORTER:  Okay.  And any orders at this time, counsels?

MS. DILLON:  Not at this time from Plaintiff.

MR. MISTOLER:  No, thank you.

THE WITNESS:  Eric, do you need a transcript, my attorney?

MR. SORICE:  We do not.

THE WITNESS:  Okay.

THE REPORTER:  Okay.  All right.  Give me one moment to get us off record.

(Deposition concluded at 3:03 p.m. ET)

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**

368470 Szewczyk Bethany 02-27-2025

CERTIFICATE OF OATH

I, the undersigned, certify that the witness in the foregoing transcript personally appeared before me and was duly sworn.

Identification:  Produced Identification



_____

SHEYLA MENDOZA

Court Reporter, Notary Public

Commission Expires: 12/07/2027

Commission Number: HH471346

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

368470 Szewczyk Bethany 02-27-2025

C E R T I F I C A T E

I, SHEYLA MENDOZA, Court Reporter and Notary Public for the State of Florida at Large, do hereby certify that I was authorized to and did report the foregoing proceeding, and that said transcript is a true record of the said proceeding.

I FURTHER CERTIFY that I am not of counsel for, related to, or employed by any of the parties or attorneys involved herein, nor am I financially interested in said action.

Submitted on: November 18, 2025.

_____

SHEYLA MENDOZA

Court Reporter, Notary Public



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

# ORLANDO POLICE DEPARTMENT

Case #: 2013-146382

## Statement
Please fill out in full detail

Date of Statement: Month: 04  Day: 09  Year: 2013  Time: 8:40A

Offense: Res Burglary

Date of Offense: Month: 04  Day: 09  Year: 2013  Time: 0800

Suspect (last, first, middle): UNK.

Location of Offense: 1625 Little Falls Cir    District: 16-2

Person Code: W

Name (last, first, middle): SZEWCZYK, BETHANY C.

Age: ___  DOB: 08-18-82  Race: W  Sex: F

Address Residence: 1716 LAFAYETTE CT  ORLANDO, FL.  Zip: 52807  Phone: (315) 416-1246

Address Business: 3501 QUADRANGLE BLVD. SUITE 175, ORLANDO, FL.  Zip: 32817  Phone: (407) 736-1418

Email Address: BETHANYCS@MAC.COM

Type of ID shown: FL DL

ID# if applicable: 5220-063-82-798-0

I, Bethany Szewczyk, do hereby voluntarily make the following statement without threat, coercion, offer of benefit, or favor by any persons whomsoever.

On April 4th at approx. 8:10AM, I left my unit # at 1716 Lafayette Court to witness 3 young hispanic males rushing to get in their vehicle. The driver was wearing blue interior. They were all dark hair with dark eyes and almost appeared to be brothers. The car was a newer model Toyota, gray in color and had 4 doors. There was a blank white license plate on the front. The car was clean. They all were shorter - no taller than 5'9" or 5'10" and appeared very young. 16-20 years old. They had a very small build. I could not see which direction they went when they left.

Sworn to and subscribed before me, this 9th day of APRIL 2013

Notary Public ☐  Law Enforcement Officer ☐  Name Key 5261

Personally Known ☐  Produced Identification ☐  Type___

My signature below means that I refuse to prosecute the person(s) named above for the alleged crime(s) that occurred to me or to the property under my control.

Signature___  Date___

[Departmental policy prohibits use of this section in domestic violence cases.]

I swear/affirm the above and/or attached statements are correct and true.

Signature: [signature]

Victim Rights Booklet provided?  Yes ☐  No ☑

I will testify in court and prosecute criminally.  Initials: ___

Miranda Warning Read?  Yes ☐  No ☑

Page 1 of 1

1113.9  6/7/11    White: State Attorney    Yellow: Records

EXHIBIT 15

P000002

EXHIBIT

*16*

# Photo Line-up Administration and Witness Instructions

Case Number: 2013 · 146382    Date/Time: 9/4/13   1600

Witness Name: SZEWCZYK, BETRAM    Administrator Name/ID: STANLEY #14767

Line-up Number: 02184    Line-up reviewed by: STANLEY #14767

Prior to presenting the photo line-up, the witness provided a written/audio recorded statement describing the suspect of this criminal investigation.

*UMDS*
_____
Administrator's Initials

Prior to presenting the photo line-up I read "verbatim" the witness instructions to the witness. The witness indicated he/she understood the instructions.

*UMDS*
_____
Administrator's Initials

## PHOTO LINE-UP INSTRUCTIONS TO THE WITNESS:

**"It is just as important to clear innocent persons from suspicion as it is to identify guilty parties. Regardless of whether you make an identification, we will continue to investigate this incident. With that in mind, I am going to show you six photos arranged so they may be simultaneously viewed. This group of photos may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hairstyles, beards, and moustaches may easily be changed. The photos may not always depict the true complexion of a person – it may be lighter or darker than shown in the photo. Pay no attention to the order of the photos or markings and/or numbers that may appear on the photos, or to any differences in the type or style of photographs. Take your time; when you have looked at all the photos, tell me whether or not you see the person who committed the crime. If you do identify someone, you will circle and initial that person on the line-up. Please remember this is an on-going investigation, you are not permitted to discuss this identification procedure with anyone other than law enforcement or legal counsel."**

I understand the photo line-up instructions and have been provided a copy of this form.

*BCS*
_____
Witness's Initials

After the photo lineup, the witness provided a written statement or an audio recorded statement describing his/her identification or non-identification.

*UMDS*
_____
Administrator's Initials

*This form is to be filed in the case package. If the witness refuses to provide a sworn statement, indicate so in the incident report.*

OPD P&P 1636.0 B Rev. 10/25/11        Original: State Attorney    Yellow: Records    Pink: Witness

**Exhibit H 1**

**P000529**

# WITNESS PHOTO DISPLAY IDENTIFICATION FORM

## ORLANDO POLICE DEPARTMENT

**PHOTO LINEUP #** 22184

| | | |
|---|---|---|
| UPPER LEFT 1 | UPPER CENTER 2 | UPPER RIGHT 3 |
| LOWER LEFT 4 | LOWER CENTER 5 | LOWER RIGHT 6 |

If you have previously seen one or more of the persons shown in the photos displayed, place an "X" in the box corresponding to the photograph of the person in the lineup.

The person in Box # 2 _____ was seen by me (state circumstances) early morning as he was getting into vehicle with blue latex gloves on and speeding away — also with 2 other. Incident took place at Hidden Creek apartments & I saw him as he exited.

I swear or affirm that the aforementioned is true and correct to the best of my knowledge.

Sworn to and subscribed before me

MICHAEL D. STANLEY
this 4ᵗʰ day of SEPT , 13 .

_____ 14767
**Notary Public**
or
**Law Enforcement Officer**
**Conducting Official Investigation**

_Bethany C Guarffe_
**Signature of Witness**

1716 LAFAYETTE CT.
**Witness' Street Address**

ORLANDO, FL 32807
**City, State, Zip Code**

315-416-1246
**Witness' Telephone Number(s)**

9/4/13    1000
**Time and Date of Witness' Signature**

**Exhibit H 2**

P000530

# Orlando Police Department



**Lineup Identifier:**

**Printed Orlando PD:** 8/26/2013 15:0

# Orlando Police Department





**1**



**2**



**3**



**4**

**5**



**6**

**Lineup Identifier:**
**Printed Orlando PD: 7/24/124 9:32**

EXHIBIT
*17*

**P001413**

use of diligence"; and (2) is "of such nature that it would probably produce an acquittal on retrial." *Jones v. State*, 709 So. 2d 512, 521 (Fla. 1998) (citations and quotations omitted). "To reach this conclusion the trial court is required to consider all newly discovered evidence which would be admissible at trial and then evaluate the weight of both the newly discovered evidence and the evidence which was introduced at the trial." *Id.*

The newly discovered evidence here concerns a sworn affidavit executed by Ms. Szewczyk. *See* Bethany Szewczyk Aff. 1, Dec. 1, 2021 ("Exhibit A"). Ms. Szewczyk's affidavit arose from the discovery of an individual named Amos Matthew Ortiz. Mr. Valle-Ramos and Mr. Ortiz bear a striking resemblance to one another. *See* Figure 1; *see also* Exhibit B.[1] Mr. Ortiz also has an afro-style haircut in his driver's license photograph. *See* Figure 1.



*Figure 1: Amos Matthew Ortiz (left), Jorge R. Valle-Ramos (right)*

Approximately two weeks before the burglary, Mr. Ortiz was for possession and purchase of cannabis at Lake Underhill Park—approximately 2.2 miles from Mr. Gonzalez's home. *See*

---

[1] Exhibit B consists of a composite of Mr. Ortiz's and Mr. Valle-Ramos' respective driver's license photograph.

EXHIBIT
4

9

P000454

## Affidavit of Bethany Szewczyk
### Regarding Case No. 1998-CF-000242 Valle-Ramos, Jorge R.

1. I, Bethany Szewczyk, testified at trial as a witness for the State of Florida in case number 1998-CF-000242.
2. I am now recanting my testimony identifying Jorge R. Valle-Ramos as the individual who entered the driver's side of the getaway vehicle.
3. I selected Mr. Valle-Ramos' photograph because he was the only individual in the photographic lineup with an afro-style haircut.
4. During the photographic line up identification process, Detective Michael Stanley told me that the homeowner, Mr. George Gonzalez had confidently identified Mr. Valle-Ramos as the individual who burglarized his home.
5. If I had been presented with a photographic lineup that included Amos Matthew Ortiz, I would have identified Mr. Ortiz as the individual who entered the driver's side of the getaway vehicle.
6. When I arrived in court for trial, I observed that Mr. Valle-Ramos had darker skin than the individual who entered the driver's side of the getaway vehicle.
7. During trial, after the victim Mr. George Gonzalez testified but before I testified, Detective Michael Stanley introduced me to, George Gonzalez. Mr. Gonzalez then told me that he was certain that Mr. Valle-Ramos was one of the burglars before my testimony.
8. I no longer identify Jorge R. Valle-Ramos as the individual who entered the driver's side of the getaway vehicle.

Under penalty of perjury, I swear or affirm that the above statements are true and correct.

December 1, 2021

_____
Affiant: Bethany Szewczyk

WITNESS my hand and official seal in the State of Florida and County of Seminole.

_____
NOTARY PUBLIC

TRINAISE L. MADDOX-SUDDITH
MY COMMISSION # GG 962071
EXPIRES: February 25, 2024
Bonded Thru Notary Public Underwriters

EXHIBIT
18

Exhibit A 1

P000473