**ORIGINAL**

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CASE NO.: 6:24-CV-1276

JORGE VALLE-RAMOS

V.

CITY OF ORLANDO, MICHAEL

STANLEY, AND UNKNOWN OFFICERS


DEPONENT:

JORGE VALLE-RAMOS


DATE:

MARCH 6, 2025

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 6:24-CV-1276

JORGE VALLE-RAMOS,

Plaintiff

V.

CITY OF ORLANDO, MICHAEL

STANLEY, AND UNKNOWN OFFICERS,

Defendants

DEPONENT:  JORGE VALLE-RAMOS

DATE:     MARCH 6, 2025

REPORTER:  LYNSI HERGERT

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

APPEARANCES

ON BEHALF OF THE PLAINTIFF, JORGE VALLE-RAMOS:

Roz Dillion, Esquire

Loevy and Loevy

311 North Aberdeen Street

Suite 3

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: dillion@loevy.com

ON BEHALF OF THE DEFENDANTS, CITY OF ORLANDO, MICHAEL

STANLEY, AND UNKNOWN OFFICERS:

Stephen Mistoler, Esquire

O'Connor, Haftel & Angell, PLLC

800 North Magnolia Avenue

Suite 1350

Orlando, Florida 32803

Telephone No.: (407) 843-2100

E-mail: smistoler@ohalaw.com

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900      www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

INDEX

Page

PROCEEDINGS                              5

DIRECT EXAMINATION BY MR. MISTOLER         6

CROSS-EXAMINATION BY MS. DILLON        168


EXHIBITS

Exhibit                              Page

1 - Criminal Information Bulletin, Dated

   April 15, 2013                 104

2 - Orlando Police Department Lineup

   Identifier                  125

3 - Google Maps Screenshot            134

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

STIPULATION

The deposition of JORGE VALLE-RAMOS was taken at O'CONNOR, HAFTEL AND ANGELL, 800 NORTH ORANGE AVENUE, SUITE 1350, ORLANDO, FLORIDA 32801 on THURSDAY the 6th day of MARCH 2025 at 1:19 p.m. (ET); said deposition was taken pursuant to the Federal Rules of Civil Procedure. It is agreed that LYNSI HERGERT, being a Notary Public and Court Reporter for the State of FLORIDA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

PROCEEDINGS

THE REPORTER:  We are now on record.  Will all parties, except for the witness, please state your appearance, how you are attending, and your location?

MS. DILLON:  Roz Dillon for Plaintiff Jorge Valle-Ramos.  I'm appearing in person.

MR. MISTOLER:  Stephen Mistoler on behalf of Defendants, also appearing in person at our office at O'Connor, Haftel & Angell.

THE REPORTER:  Thank you. Mr. Ramos, will you please state your full name for the record?

MR. RAMOS:  Jorge Valle-Ramos.

THE REPORTER:  Thank you.  You did verify your ID off record with your Florida driver's license.

Do you all parties agree that the witness is, in fact, Jorge Ramos?

MR. MISTOLER:  Yes.

MS. DILLON:  I do.

THE REPORTER:  Perfect.

Mr. Ramos, if you'll raise your right hand to be sworn in?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

THE REPORTER:  Thank you.

Counsel, you may begin.

DIRECT EXAMINATION

BY MR. MISTOLER:

Q.  First off, thanks so much for being here.  My name's Stephen Mistoler.  I know you have a fantastic attorney, and she's prepared you today, so I'm not going to go into so many of the, you know, details of this.  Really, today is my opportunity to talk with you, so again, thanks for coming.  I know you'd rather do anything else on a -- like we were saying, a nice day like this, so I appreciate you showing up.

A.  Appreciate that.

Q.  I have -- you know, I have a little outline I'm going to kind of look through, maybe use it as a template, but I just want to get to know you and kind of your story over, you know, maybe the afternoon and take it from there.

A.  Okay.

Q.  So I'm going to start at the beginning, at the -- what -- when were you born?

A.  April 21, 1993.

Q.  Right on.  Where were you born?

A.  Puerto Rico, San Juan.

Q.  San Juan.  When did you come to the United --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

407.423.9900   www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

well, come to Florida?

A. I moved here in the 3rd grade. I was, like, 9 years old, so that's, like, 2022. Sounds about right.

Q. Do you remember anything growing up in San Juan?

A. Just a small memory of my elementary school and living in a high-rise with my mom on the ninth floor. And that's about it.

Q. Was it your mom -- you lived with your mom there?

A. Yeah. It was just -- she was a single mom, and then she met my stepdad, and she got pregnant with my little sister, and that's when we moved to Florida.

Q. Okay. I'm -- you know, I may ask some questions this afternoon -- I'm not trying to upset you or anything.

A. Uh-huh.

Q. Like I said, I'm just trying to understand who Jorge Valle-Ramos is.

A. Yeah.

Q. Do you -- did you know your biological father?

A. I've never met him.

Q. Never met him.

A. And we have the same name.

Q. Growing up with your mom -- you said she got

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

remarried at some point?  Or --

A.  Uh-huh.

Q.  Well, was she married to begin with?

A.  Yeah, she was married to my father.  They got a divorce not long after I was born, and yeah, she remarried my stepfather when I was, like, 9, 10.

Q.  Do you know what your biological father is doing today?

A.  No.

Q.  No.  Do you know why he -- why your mom got divorced to him?

A.  Not really.  No.

Q.  She didn't talk about that, really?

A.  She didn't talk about it.  I didn't ask about it much.

Q.  Okay.

A.  I -- I had my stepdad as a father-figure, so I didn't really feel like I was missing --

Q.  Okay.

A.  -- a father, you know, so that kind of made up for that.

Q.  Sure.  Any grandparents in the area --

A.  No.

Q.  -- or in Puerto Rico, I guess?

A.  Yeah.  I have a grandma out there in Puerto

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Rico.

Q. How often would you see your grandmother growing up when you were living there?

A. Well, growing up in Puerto Rico, she used to babysit me all the time. I know that. Throughout the years of us living over here, she would come live with us maybe for like a year or two, go back. Then she would come again, back and forth. She always missed home, so she always wanted to go back.

Q. Okay. Any grandfather?

A. No. My grandfather passed away in a fire before I was born, so I never really met him.

Q. In Puerto Rico, what did your mother do for work?

A. I -- I'm pretty sure she was, like, a hair stylist or something like that. I was young, so I don't know much of what she was doing. I know she had, like, wigs around the house and stuff to practice, so I -- I know she was involved with that.

Q. My wife is from Colombia, and, like, her mom has a salon in the garage.

A. Yeah. Yeah.

Q. So I get. Did she -- so would she go and work at a salon or something or --

A. I think for a while, she was -- like I said, I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

was 9 years old, so I have, like, very little memory, but yeah. She would -- I remember her dyeing some people's hairs at times. She even dyed my hair at one point. Blonde.

Q. In your -- was it an apartment?

A. Yeah.

Q. Okay. Would clients come there to the apartment?

A. No. Never saw no clients come in the apartment or anything.

Q. Did she go to, like, a salon or anything?

A. Yes.

Q. Or have a spot, a chair or something?

A. Yeah. I think -- I think she worked at a -- at a shop for a short period of time. I remember, I think. Yeah.

Q. When she would be working, what would you be doing?

A. My aunt and my grandma would babysit me. Uh-huh.

Q. Okay. What -- what's your mom's name?

A. Lourdes Rios.

Q. How about your grandmother?

A. Her name is Carmen Ramos.

Q. And --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A. And we call her Lola. Uh-huh.

Q. Lola? Okay. And the (speaking Spanish), the aunt, you said?

A. Her name is Carmen, as well.

Q. Carmen. Okay. Your mother -- that's your mother's sister?

A. Uh-huh.

THE REPORTER: Is that a yes?

THE WITNESS: Yes. Is that --

BY MR. MISTOLER:

Q. And that's a good point. If you do say uh-huh --

A. Got you. Got you.

Q. I know your attorney has instructed you.

A. Yes.

Q. It's just easier for the court reporter here. Can you recall any friends growing up in San Juan?

A. No. Just cousins and family.

Q. Okay. What -- did you have, like, cousins come over to the house and stuff or --

A. Yeah. I usually just went over to their house.

Q. Okay.

A. Spend time with them.

Q. And you said about 9 years old, you came to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Florida, was it?

A. Yes.

Q. And have you kind of lived in Florida ever since?

A. Pretty much. Yep. I went to Massachusetts for a few months when I was in the 10th grade, but that was about it. Came back. We've been here since.

Q. Okay. I guess when you came to Florida, who did you come with?

A. My mom, my stepdad, and my sister. Oh, my mom was pregnant, so she was in -- my sister was in the belly.

Q. Okay.

A. So -- but yeah, it was just us three.

Q. What was the reason from moving from San Juan to Florida?

A. We had -- we had an uncle out here who we doing pretty good for himself at the time. Oh, I think he was. I think that's why we came. We had an -- we -- we had an uncle out here, which was her only brother. And once my mom got pregnant with my sister, she just wanted to try to have better opportunities for us growing up type of thing. I think that's -- that's what her mindset was. So we -- yeah, we came out here. We had a uncle out here, her brother, and --



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q. What did your uncle do for a living?

A. He was a chef. He was -- I don't know where he worked. He worked at a lot of different places, but that was, like, his main -- that was his career. He did -- he did, like, catering events and worked at -- I know he worked supposedly for the Celtics at one point when he was in Boston. I don't -- I wasn't there, so I don't know. But I just heard that through, like, family. But yeah, his -- he was a chef. He did a lot of catering.

Q. And he -- did he live in Massachusetts?

A. Yeah. So when we came out here, not -- not many years later, he ended up moving to Massachusetts. So then we were just -- it was just us here now.

Q. Okay. So he was initially here, but then he --

A. Yeah. He was here. Then we came, and then he left.

Q. Would you -- about how long was -- did he leave before -- strike that. Let me just say that again. About how long did you live here before he left for Massachusetts?

A. I was -- it was very -- I don't -- I have very little memory of him being here for that long. So I would say maybe like a year or two or three, something like that.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q. When you came here, did your mom continue to be a hairdresser?

A. No.

Q. What did she do?

A. She was working at Disney for a while, I remember. For the most part, though, she -- she was unemployed through -- through the years because she suffered an injury on her leg, and so she couldn't stand up for long periods of time. So then -- and then her language barrier, too. She didn't know much English. So between the injury and her language barrier, she didn't work much throughout the year. So she was just like a stay-at-home mom for the most part.

Q. What'd she do at Disney?

A. I think she was doing, like, some housekeeping stuff at the time.

Q. Can you recall, like, when she would go to work sometimes and you would you stay at home when she was at work?

A. Yeah. I mean, I was going to school. I don't remember her working for long at all, to be honest.

Q. How'd she injure her leg?

A. She fell at Publix, and she had to get an artificial artery, I think, on her leg, something like that. She had to get surgery. Yeah. She slipped and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

fell.

Q.   About how long was that after you came to Florida?

A.   Years after.  I was, like, 17 at the time when that happened, so, like, eight years after we moved to Florida.

Q.   What about your stepfather?  What did he do for a living?

A.   He's done --

Q.   And I guess, let me qualify it at, like, about that time.  You know, as you're -- you've moved here --

A.   Oh, okay.  I remember one of his first jobs being, like -- like, a warehouse door installer, like garage doors.  He used to install, like, a lot of garage doors.  I know he was wearing -- working for a company for a lot of years, and they were called American Roll Up Doors.  So I remember -- I remember that.  He was working installing garage doors.  Then he got into -- that's actually what he's doing now again.  I know he got into some other stuff.  He was doing, like, maintenance work at some apartments for a while.  But he eventually ended up going back to his original trade, which was installing garage doors.

Q.   Does he work for a company, or does he have his own company?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900        www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

A.   Yeah, he works for a company.

Q.   What company is it?

A.   I can't recall to be honest because I know he was working for DND Garage Doors, but that was, like, two or three years ago.  So I -- I know he just changed companies recently, like in the past couple years.  I don't know what it is.  Can't remember.

Q.   What's his name?

A.   Braulio Rios.

Q.   Could you spell his first name?

A.   Yeah.  B-R-A-U-L-I-O.

Q.   Okay.  And --

A.   And R-I-O-S last name.

Q.   Thank you.  When was your sister born?

A.   20 -- yeah.  That same year we moved, so 2022.  She's -- we're in 2025.  She turns 22 this year.  2022.  She turns 23 this year.  She got old fast.

Q.   So like, what, I guess --

A.   March 8, 2022, I'm pretty sure.

MR. MISTOLER:  Is her birthday -- 28 --

MS. DILLON:  You mean 2002, maybe?

BY MR. MISTOLER:

Q.   2002?

THE WITNESS:  Oh, yeah.  That's -- sorry.

MS. DILLON:  No, it's okay.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

BY MR. MISTOLER:

Q.   Not trying to trick you.  Say -- so say the date again.

A.   Yeah.  2002.  2002.

Q.   What was the -- I'm sorry.  It was March?

A.   March 8th.  Yeah.

Q.   That's a couple of days.  You got to --

A.   Yeah.  Yep.

Q.   Don't forget.

A.   (Audio cuts out) -- her birthday dinner is on Sunday.

Q.   Oh.  Where are you guys going?

A.   Actually, she wants to do brunch.  So I think the diner to go get some brunch.

Q.   You just -- you've -- all this time, you keep in contact with her?

A.   Yeah.  Yeah.  They -- they -- they're the only family I got out here, so we try to, like, link up for the holidays, and birthdays, and stuff.

Q.   What does she do for work, if she works?

A.   She works at -- she works for State Farm.  I'm not sure if she's an insurance agent or works at the -- I'm not really sure what her position is.

Q.   What's your sister's name?

A.   Shayra Rios, S-H-A-Y-R-A.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900      www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

Q. When you came to Florida, you were enrolled in school?

A. Uh-huh. Yes.

Q. What school did you attend?

A. Right away, I remember I went to McCoy Elementary, 3rd, 4th, and 5th grade.

Q. Where is McCoy Elementary?

A. It's on Semoran Boulevard by the airport.

Q. So really, your family moved to Orlando, initially?

A. Uh-huh. Yes.

Q. Okay. So you attended McCoy Elementary 3rd, 4th, and 5th grade?

A. Yes.

Q. As you were there, what were your interests? Did you participate in any extracurriculars or sports or anything?

A. Yeah. Yeah. Sports always been -- I was in a Little League baseball at the time, I remember. I did Little League baseball for, like, two or three years, maybe. Always trying to race the kids from school and trying to see who's the fastest. Yeah. That's -- sports -- we were always being outside and doing little boy stuff.

Q. Sure. You would go to -- would you go to,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Q. like, practice and stuff for baseball?

A. No. Yeah. Baseball? Yes. I didn't get to school sports.

Q. Okay.

A. That was, like, a separate Little League that I had got into because I was playing baseball in Puerto Rico, too. I was playing T-ball and stuff.

Q. Nice. What position do you like?

A. So I was -- they had me in the outfield.

Q. Is that the fast runners?

A. Yeah. So I was playing in the outfield. That's pretty much all I remember from that.

Q. Okay. When you would go to practice, how would you get there? Would your -- one of your parents take you?

A. Yeah. Yeah, definitely. My mom was always the one there getting me back and forth from anywhere I was going. She was always involved.

Q. When you were at McCoy, did you have any friends, that you can remember?

A. Yeah. I had my best friend, Christopher. He -- we ended up growing up together, and we were -- been friends for years.

Q. What's Christopher's last name?

A. Vargas.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q. What does he do for work?

A. He's actually deceased. Yeah.

Q. How did he pass?

A. He was found in his bed one morning. We never really got a response to what happened. Apparently it was some -- some type of overdose or -- but to be honest, I don't know if that was it. They just said they found drugs in his systems, but we don't really know what happened.

Q. That's --

A. I think it was just his heart stopped or something.

Q. I'm sorry to hear that.

A. Yeah.

Q. Did you know if, like, what -- Christopher used drugs or anything?

A. No. Because he kind of got into that stuff while I was incarcerated. I didn't really see him ever do that in front of me or do anything like that. When I got incarcerated, I'm not sure what he was going through or who he was hanging out with. I was gone for two years. And then when I got out, I was -- I was at my mom's house in Ocala for two years, so we also spent that time apart. And by the time I moved back to Orlando from the time I got arrested, it's been -- it

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

was like a five-year gap.  And by the time I moved back, I started, like, seeing him again.  When I first seen him again, he was in a rehab center, and so I still didn't see him behaving like that or anything.  So never -- never got to see him at his worst.  You know what I'm saying?  So I never really see him -- I never really saw that part of him.

Q.  Did he visit you while you were incarcerated?

A.  No.  I was -- I was far away, and he had -- he had a kid on the way and stuff like that.  And the only people who visited me was my -- my girlfriend and my mom.

Q.  I'll work into that definitely as we progress here.  Let's see.  Well, at McCoy, did you have a favorite subject?

A.  I was always good at math.  I always passed the FCAT math with flying colors.  It was easy to me.  So I guess that would probably be my favorite class.

Q.  Can -- after you -- and you completed 3rd, 4th, and 5th grade?

A.  Yes, sir.

Q.  Where'd you go after McCoy?

A.  I went to Odyssey Middle School, and I went to Dundee Middle School, and that was it.  Odyssey, 6th and 7th grade.  And I finished 8th grade at Dundee.

III  MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900        www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.  So let's start with Odyssey.  Where is Odyssey Middle?

A.  That's off of Lee Vista by the airport, also.

Q.  Okay.

A.  Close to the same area as McCoy.

Q.  Okay.  Kind of -- yeah.  Kind of close to McCoy.  And then where is Dundee?

A.  It's out there, like, between Poinciana and Haines City area, kind of out there.  I forgot what county that was.  Yeah.  I forgot what county that is.

Q.  How were you as a -- as a student as you transitioned to Odyssey Middle?

MS. DILLON:  Objection.  Form.

You can answer.

THE WITNESS:  Pretty normal.  I always passed my classes with above-average grades.  You talking about Odyssey Middle School?

BY MR. MISTOLER:

Q.  Yeah.  We -- we'll start with Odyssey.  Like, would you consider yourself like an A, B, C student or --

A.  Yeah, yeah.  I was definitely, like, a B student.  I -- I never really had issues in school, no.

Q.  Did you stay in contact at that point with your friend Christopher?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A. I -- yeah, not as much because we weren't in the same school anymore, but yeah. He -- he didn't live far, so we would try to see each other once in a while, and I -- I'll come over to his house, he'll come over to my house stuff type of thing.

Q. Did you make any new friends at Odyssey?

A. I was always making new friends. I was always going to a new school. Like, high school, I ended up going to, like, five different schools.

Q. Okay.

A. So --

Q. Can you recall any of the -- like, the friends you made in Odyssey?

A. I didn't make any long-term friends, to be honest. Nobody I talk to, to this day. It was 6th and 7th grade, and then after that, I never -- didn't keep much contact with those people.

Q. Why'd you move to Dundee Middle?

A. My mom -- we were living in apartments, and then she was able to get a house out there. And so just a better opportunity for us. She always wanted a home, you know?

Q. Kind of in a different district or something?

A. Uh-huh. Yeah.

Q. Can you recall any, like, disciplinary actions

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

and stuff at Odyssey?

A. No.

Q. No, like, detentions, or suspensions, or anything?

A. No.

Q. Okay. And Dundee Middle, you were only there for 8th grade, right?

A. Yes, sir.

Q. How were your grades at that point, too?

A. They were good. I never really had any issues of in the verge of getting held back or anything. School was pretty much, for the most part, easy to me. I think the hard part was just kind of always ending up in a new school.

Q. I mean, the question -- it, you know, may seem obvious to you, but why was it hard to transition to a different school like that?

A. You know, I was just always meeting new kids and getting accustomed to different classes, different teachers, different schedules and --

Q. Did you find that --

A. -- the different environments.

Q. Sorry. Did you find that difficult to acclimate to?

A. It got easy after a while. I didn't mind it.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

I was always meeting new friends. I was never really the type to kind of, like, make long-term friends. Like, I didn't want to -- like, it didn't really matter to me to have to move, you know?

Q. Were you still keeping up with, like, baseball practice and stuff at that time?

A. No. I gave up baseball at that time. And I never -- was never the most athletic, so I couldn't make the school team, so kind of just let that go.

Q. At the end of your days when school would end, can -- do you -- what would you do? Would you go home, or would you, like, hang out with friends or go to, like, a sports practice or something?

MS. DILLON: Objection. Form.

You can answer.

THE WITNESS: Those -- those days, I just remember playing video games a lot, outside stuff. Middle school, not really. I was still kind of shy. I mean, I -- recently, it took, what -- I didn't learn English until, like, 4th, 5th grade, you know? So my English was still a little choppy, so it was kind of, like, tricky to make a lot of friends. So I -- I stuck to myself a lot.

BY MR. MISTOLER:

Q. Would your mom pick you up and bring you home

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

from school?

A. Yeah. We used to -- or I think I took the school bus, yeah, for the most part.

Q. At this time, about how old was your little sister?

A. Middle school?

Q. Yeah.

A. When I was in middle school?

Q. Yeah. When you were in middle school, how old was she?

A. Yeah. So she was probably, like, 5.

Q. Did you interact with her and --

A. Yeah.

Q. -- kind of have a brother-sister relationship?

A. Yeah. Yeah. It was my only -- only sibling, so we were -- it was a nine-year gap, and she was a girl, so there wasn't much we could, you know, have in common but --

Q. And at this time, your stepfather is living with you, also?

A. Yeah. He's been with us always.

Q. And what was your relationship like with him as you, you know, continued to live together, all of you in the same household?

A. It was pretty good. I always respected him

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

for taking care of us so -- he was a very quiet person who goes to church. He's not the type of guy to raise his voice a lot, you know, anything like that. So I always had respect for him.

Q.   Okay. You mentioned video games. What kind of video games would you play?

A.   Yeah. Just, like, basketball games, racing games, stuff like that. Sports games a lot. That was a big thing back in the day.

Q.   Did you follow any basketball teams, like the Magic or anyone?

A.   Yeah. Yeah. I was -- grew up watching Tracy McGrady and --

Q.   T-Mac.

A.   -- seen LeBron's career and -- yeah, I've been a big basketball fan.

Q.   Okay.

A.   For the most part.

Q.   Who's your favorite team?

A.   Whichever one LeBron is in. But yeah, no, we -- we root for the Magic, though.

Q.   It doesn't matter to me.

A.   I go to Magic games all the time.

Q.   Did you ever have any, like, school discipline or anything at Dundee Middle, that you can recall?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A. No.

Q. No suspensions or anything?

A. No.

Q. Detentions?

A. No.

Q. I know some schools do, like, lunch detentions. I had to pick up trash on a couple occasions during lunch.

A. Yeah.

Q. Nothing like that?

A. Uh-uh.

Q. I think you said your grades were pretty good also during that time?

A. Yeah.

Q. So after 8th grade, where did you go to school?

A. After 8th grade, I went to Haines City High School. That was my freshman year.

Q. And I know you said you kind of changed schools a bit. This -- give me the rundown of the schools you were in, and then I'm going to go back and kind of ask some questions.

A. Yeah. So went to Haines City freshman year. Sophomore year, I went to Colonial High School for, like -- until February, and I finished the -- finished my

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

sophomore year in Massachusetts, Salem High School. Then I came back for my junior year, and I went to Boone High School junior year. And then senior year, I ended up going to Lake Nona and Aloma High School for my senior year. Yeah.

Q. Okay. For Haines City High School, do you remember what it was like at that school?

A. Yeah, I -- I'm -- you know, chill for the most part. I think it was a small school, I think. Yeah. Not -- not much went on. I lived -- I was only there for that year, and I left so --

Q. That's kind of when kids start getting into sports and stuff --

A. Uh-huh.

Q. Varsity sports. Did you do anything like that?

A. No. I -- I don't think I was aware that schools did sports until it was too late, you know? Like, I always saw, like, there was -- they had a basketball team, but I didn't know, like, I could try out for it stuff. You know, I was kind of uncultured with that stuff because we don't have that in Puerto Rico, you know? Like, they don't have school sports so --

Q. The schools wouldn't go around and be like,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

hey, we have tryouts, or anything for you, no?

A. Yeah. No. I was always interested in it, but I just never -- you know, I didn't know if you had to, like, know somebody or, like -- type of thing, you know?

Q. Not something you, like, sought out or went to the teacher --

A. Yeah. I didn't have my friends doing it or anything, so I never really, like, pursued it, you know? Maybe it was the shyness in me.

Q. Okay. Like, it sounds like you did have friends though there, right?

A. Uh-huh. Yeah, I have some friends.

Q. Can you recall any of the people you would hang out with?

A. Yeah. I mean, during school, I've had, like, a girlfriend at the time, but no. If -- I could probably remember some names, but not -- no -- no long-term friends or anything like that.

Q. Who was the girlfriend?

A. I think her name at the time was Tatianna.

Q. Can you remember her last name?

A. No.

Q. That's not someone you keep in touch with?

A. Uh-uh.

Q. Okay. And it --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

THE REPORTER: That's a no?

MR. MISTOLER: Yeah.

BY MR. MISTOLER:

Q. It's a no, right?

A. No. No. Sorry.

Q. Okay. So really, you know, you didn't have any friends doing any sports, so what would you do with your afternoons after school?

A. Not much but spend time at home because we lived in a place where it was -- you had to drive to get anywhere, you know, and we were in high school. We didn't have cars. So there wasn't much after-school activities, other than going home. It -- I just lived in one big neighborhood, and there's just houses around us.

Q. That's the same house that you moved to with your family that you mentioned earlier?

A. No. This was a different one. This was in Poinciana.

Q. What was the -- can you remember the address of where you first moved here when you first moved?

A. I can't. It -- it was somewhere around Semoran or -- or Conway. Definitely close to McCoy.

Q. And you mentioned at one point your mother was able to get a house?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

A. Yes.

Q. Do you recall the address there?

A. No. I just know it was in Poinciana.

Q. Okay. So now you're at a different house, right?

A. Uh-huh.

Q. When you're at -- what -- why did you move houses?

A. I'm not sure. I was a kid. Adult decisions were being made, and I wasn't involved, and I'm not sure what my parents were going through at the time. I was just kind of tagging along wherever they took us.

Q. Always. Your mother and your stepfather had a really good relationship?

A. Yep.

Q. And you said, like, kind of Poinciana area?

A. Uh-huh. Yes.

Q. I'm bad at catching it, too. I'm sorry.

A. Sorry.

Q. Especially when you're right here. Was the house bigger; can you recall?

A. Yeah. It was a nice house. I remember it being a nice house. Had a -- we had, like, a screened-in patio, backyard. I think it was, like, a two-car garage, maybe. Yeah, it was nice.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Q. We talked a little bit about your family members, your uncles, your aunts --

A. Uh-huh.

Q. -- the grandmother. Would they come and visit you and visit the family?

A. Every so often, we got -- we got a family visit. Yeah. My aunt has always come out here every so often. Her kids are out here now too, and her grandkids, so she still comes. And same thing with my grandma. She would live with us for a little bit and wanted -- wanted to go back home. Then she'll get tired of home, come over here, hang out with us, and that type of thing.

Q. When she would come, would she come to this Poinciana house ever?

A. She stayed with us at the Poinciana house. I remember her being there one time. Yeah.

Q. How about the other house on -- I can't recall where you said the other house was. I'm sorry.

A. Oh, Ocala? That was, like, later --

Q. Yeah. Ocala.

A. Yeah. That was, like, later on in high school --

Q. Before the Poinciana house, where -- you said you were in another house?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A. Oh, no. No. We just lived in apartments.

Q. Apartment. And then they bought the Poinciana house?

A. Yes.

Q. And then they moved to the Ocala house later?

A. Yep.

Q. Okay. Got it.

A. Yes.

Q. How many cousins do you have?

A. I have -- let's see. Five plus three -- eight. Eight.

Q. Do you have good relationships with any of them?

A. Yeah. I have two of them that live out here in Florida. We -- we see them, like, in the holidays. You know, we have, like, Thanksgiving dinner, and Christmas, and stuff like that. They live in Lakeland, so can't see them every weekend. And then I have my five other cousins from my uncle's side. They all live in Massachusetts. We stay in touch on the phone, and I'll go visit them. They'll come visit me. To them, I'm like their only cousin, so -- that they talk to. So that's -- they're -- they all kind of embrace me.

Q. Okay.

A. That's why I embrace them.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Q. Do you have a favorite cousin?

A. No. I -- I like all my cousins.

Q. What's one that you keep in touch with the most, maybe?

A. Probably my boy cousin Ruben. He's, like, one of the only male cousins I got, and they're all -- because everybody else is a girl. So I'm, like, the only -- he has five -- four sisters, so he looks to me as -- as his brother, you know, because he didn't get one.

Q. What's Ruben's last name?

A. Ramos.

Q. About how old is Ruben?

A. I think he's, like, 37 now.

Q. Today he's about 37?

A. I think he's, like, five years older than me, more or less.

Q. Five years older?

A. Yeah.

Q. Okay. What is -- what does Ruben do for work?

A. He's in the hospitality industry. I know he works for, like, hotels management. Not really sure what his position is, but yeah, some -- some -- he does management at the -- at a hotel in -- in Boston.

Q. So he lives in Boston?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A. Yeah, he lives in Boston.

Q. When you were at the Haines City High School, would you ride the bus to school?

A. Yes. School --

Q. In the morning?

A. School transportation. Yep.

Q. What -- how did, like, a lunch work? Would you get lunch at school, or would -- what -- would you pack one or --

A. Yeah. I would get school lunch.

Q. And then you'd take the bus back home?

A. Yes.

Q. Sometimes the high schools also -- in addition to sports, they have, like, clubs and stuff.

A. Correct.

Q. Did you participate in any clubs?

A. No. Since I was always moving and making new friends, I felt like I never really got the -- the chance to, like, settle and get into those type of things.

Q. Did you mention, like, a good friend that you had that you can recall in -- at Haines City?

A. I had just like classmate friends. Not -- nobody, like, long-term or anything.

Q. You mentioned -- that's when you kind of met

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Tatianna?

A. Yes.

Q. What would you and Tatianna do?

A. She'd -- go to her house and watch movies, or she would come to my house and do the same. At the time, there wasn't much to do. Like I said, we -- everything was far, and we lived in a big neighborhood, just houses around us. So yeah, we just kind of spending some time at each other's house, for the most part.

Q. You go to Colonial High School next, correct?

A. Yes.

Q. And that was for 10th grade, right?

A. Yes.

Q. Why was there the change from Haines City to Colonial High?

A. Let's see. I'm trying to figure out where we moved -- we moved. I don't know. I don't know what -- why my mom decided to move, but we ended up downgrading. We went from a house back to an apartment. I'm not sure why. I'm not sure what they were going through at the time.

Q. Can you recall what year that would've been? If you're in 9th grade to 10th grade?

A. I think I would have been, maybe, like, 2007,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

2008, sounds about right.

Q. But you didn't have to change schools for discipline reasons?

A. No.

Q. No -- again, no suspensions at Haines City? No --

A. No.

Q. -- detentions or anything?

A. No.

Q. How about at Colonial High School, any suspensions?

A. No.

Q. Detentions?

A. No.

Q. How were your grades at Colonial?

A. From what I remember, I think they were pretty good.

Q. Like an A, B, C, if you could put out an --

A. I've -- I've always -- I think I would just be a B student. I was never, like, below average, but I was never, like, a straight-A student.

Q. Okay. How was that transition from Haines City to Colonial?

A. I was actually happy about it because I came back to Orlando. And I was, you know, closer to a more

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

familiar area.  And, you know, it was much different in
the city than out in Poinciana.

Q.  Uh-huh.

A.  So I -- I was happy.  I was happy to move
back.

Q.  Did you keep in touch with your friend,
Christopher?

A.  Yeah, I kept in touch with Chris.  That was
kind of good.

Q.  Any other friends you can recall from that
time that you would hang out with?

A.  No, not really.  I met -- I met my other best
friend, like, my senior year.

Q.  Okay.

A.  Yeah.  That's about it.

Q.  Would you describe yourself kind of as a
loner?

MS. DILLON:  Objection.  Form.

You can answer.

THE WITNESS:  No, not really.  Just never stood
anywhere long enough to kind of, you know, make
those long-term relationships.  I think that's --
that's -- if anything, that was -- that was about
it.

BY MR. MISTOLER:

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.  You liked coming back to Colonial High because you were kind of more closer to Orlando, but was it -- would it take a toll on you when you would change the schools and, you know, you'd develop relationships, and then you would move; was that difficult?

MS. DILLON:  Objection.  Form.

You can answer.

THE WITNESS:  No, I -- sometimes it was.  After a while, it was -- became normal.  It didn't really bother me.  Plus I always kind of stayed central. If I was going to a school -- a new school, it was kind of, like, down the street so it's not like I moved too far anyways.

BY MR. MISTOLER:

Q.  Did you keep in touch with Tatianna?

A.  No.  After -- after 9th grade, no.

Q.  Kind of broke up?

A.  Went our separated ways.  Yeah.

Q.  Did you start dating anyone else?

A.  No, not at the time.

Q.  I kind of keep asking the same questions, but you know, it's different schools.  Did you participate in any sports or anything there?

A.  No.

Q.  No?  Any clubs?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A.  No.

Q.  Was math still one of your favorite subjects that you would participate in?

A.  It was just easy for me.  Like, I was always, like, one of the first ones to finish the test, you know, when -- when it was, like, a math test.  I never really had a problem understanding it.  Like, when we took the state exams, I always got a -- a 4, which was, like, the best score you can get.  So not necessarily it was my favorite, but it was, like, the easiest one for me.

Q.  Sometimes that's the favorite one.

A.  Yeah, exactly.

Q.  Well, which was your least favorite subject?

A.  Probably, like, a history class or something. Science.

Q.  Were those harder?

A.  Just less interesting, I -- I guess.

Q.  You left that school in February, correct?

A.  Which one?

Q.  Colonial High School?

A.  Yes.  I remember it being February because -- no, I came back to Colonial, like, in -- I went to Boston in February.  I remember that because I was in Haines City, and it was, like, Valentine's Day, and I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

was with Tatianna. That's -- that's really all I remember. I went to Massachusetts in February, 10th grade.

Q. Let me just try to make sure.

A. And I came back to Colonial for --

Q. Let me try to get -- I think I misunderstood. So you were -- for 9th grade, you went to Haines City, and you went the full year?

A. Yeah, I went to Haines City, and -- no. Okay. Yeah, you're right. I -- I started Colonial tenth grade. Finished in Boston. Yes, I went to -- I went to Boston around February.

Q. Okay. And why'd you go to Boston in February from Colonial High School?

A. My mom following her brother around again. She -- he was -- he was living out there. And I don't know. She -- she had her brother out there, and decided to move her family out there --

Q. Did your --

A. -- to just try it out. He was doing -- I don't know if he was doing well for himself, or I don't know if he sold her a dream, like, hey, come over here. Things are better. I -- I don't really know what the circumstances were, but yeah.

Q. Do you think he, like, sold her some sort of

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

dream?

A. I'm not sure. I'm not sure why she was, like -- decided up to move to a different state at the time. But it didn't work out so that's why we came back.

Q. You moved with your mother, and your stepfather, and your sister?

A. Yes, sir.

Q. Where'd you move to in Boston?

A. I went to -- we lived in Lynn. And I went to Salem High School. It was, like, between Lynn and Salem. I wasn't really sure. I don't remember.

Q. Did you --

A. I couldn't tell what city I was in. I knew they were next to each other.

Q. Did you like Boston?

A. It was a nice experience. I've never seen snow so -- and I hadn't seen my cousins for a while, so that -- that part was fun. But I wanted to come back home so --

Q. You were ready to come back home?

A. Yeah. It was too cold.

Q. Your cousin, Ruben, was there, right?

A. Yes.

Q. Did you spend time with him at all when you were in Boston?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A. No.

Q. Any reason why not?

A. No. At the time, he was incarcerated, so I didn't get to see him.

Q. Why was he incarcerated?

A. I'm not really sure what the -- I was young. Nobody really wanted to tell me what happened. He never really told me what happened. I never bothered to ask him.

Q. So for the duration of you being in Boston, really, you didn't --

A. No, I just hung out with the girls.

Q. Did you have an option to go visit him or anything?

A. No, because I was underage, so I couldn't do visitation. I know my mom went to go visit him.

Q. About how old is your sister at this point?

A. So if I was -- I was, like, 15, nine year difference, she was probably, like, 6.

Q. 6. Is she -- she's in elementary school at this time?

A. Yes.

Q. How was the Salem High School? Did you like it?

A. Yeah, it was nice. It was a nice school.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

They had, like, extracurricular classes that they didn't offer in Florida. Like, I remember, like, they had, like, photography class, and wood shop. Wood shop. What is it? Like, wood class. And, like, they have a big basketball gym in their basement. So it was, like, nice.

Q. Did you participate in any of those?

A. No, I wasn't there long enough. I was only there for, like, four or five months, I remember.

Q. No photography?

A. Yeah, I did the photography class. I made -- I remember making, like, a camera out of, like, a cardboard box. And going into, like, one of those -- those rooms that you do the film, like, the dark room. And you put the film through the water and stuff, and process it, and doing stuff like that. Pretty cool.

Q. I'm trying to -- you said that. You said the basketball court there. Did you play basketball there?

A. No, at the time, it was, like, super cold, super snowy. I didn't -- I wasn't -- like I said, I wasn't there long to, like, get involved in any, like, extracurricular activities at the time. So I kind of just went straight home, and with my cousins, and spent time with them.

Q. What would you guys do after school?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A. Not much. Kind of stay in the house. It was a snowy -- a snowy time, so we kind of just spent most of the time indoors.

Q. Okay. You mentioned wood shop. That was what it was.

A. Yeah.

Q. Did you participate in that at all?

A. I -- I remember very little bit of it, but yeah, I remember it -- that was -- that was one of my classes. Yeah.

Q. Were the cousins the female cousins, or did you have other male cousins?

A. Yeah, the -- the -- they were all females.

Q. And really, just, like, staying with the family? You guys would go home. You'd take the bus, and stuff?

A. I think I was -- I think I was getting picked up and dropped off. Yeah, I don't remember catching a bus out there.

Q. Who would pick you up and drop you off from school?

A. I think it was my mom. Yeah.

Q. She was still working at this time, or was she not working at this time?

A. No. That -- this was -- she wasn't working at

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

37241 Valle-Ramos Jorge 03-06-2025

47

this time, no.

Q. At -- I know you mentioned she did get injured, but at what point did she get injured and she was no longer working?

A. I think she got injured, like, after I got out of high school. Like, right after I got out of high school. I was, like, 17.

Q. Okay. So she's just not working at this point?

A. Uh-huh. Yes.

Q. You don't know why she wasn't working?

A. I think just, like, the language barrier had a big -- big reason for her to find, like, a steady job. I don't know if it was, like, scared her, or like, you know -- she -- I just know that her language never really got good. And I -- I would say that was her biggest reason for not finding, like, a steady job.

Q. Was she -- she was working at Disney?

A. Not that time.

Q. Well, not at that time but --

A. Yeah, a long time ago when I was, like, way younger.

Q. Why did she stop working at Disney?

A. Not sure.

Q. Was it just one day she was working there and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

then the next day she wasn't?

A. For -- for me, that's what it -- what it seemed like. I don't know what the adults were doing. But yeah, she -- she just didn't. I don't know if it didn't work out. I don't know if it was a transportation issue. I don't know. Not -- not really sure what it was.

Q. Why would it have been a transportation issue, if you know?

A. Oh, I -- I don't know. I don't know if we had a -- a vehicle at the time. I know -- I don't know if her and my dad were sharing a vehicle, and only he could -- you know, I -- I don't know.

Q. How many cars did you have at that point?

A. I don't remember -- I don't remember having more than one car ever so --

Q. Was your stepfather working at this point when you'd go to Massachusetts?

A. Yes.

Q. What was he doing?

A. When he was in Massachusetts, I don't know what he was doing. I don't know what kind of -- what kind of work he was doing. I know he was struggling to look for -- I think that's kind of why we came back. I think he couldn't find, like, a -- like, a steady job.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

So I think that's why we ended up coming back kind of just a few months after. It just didn't work out for him.

Q. Do you know what he was trying to do?

A. Probably something in the same field. I'm not really sure what -- what his -- what his goals were, or what his plan was at the time or -- it didn't really work out. I don't know if he was going out there to get a -- try to get a specific job, and he ended up not getting it. Not sure what happened.

Q. Were you living with your uncle out there?

A. Yes.

Q. All in the same house, apartment; what was it?

A. Yeah, I was -- I was living with my uncle and my cousins. And my mom was living in my cousin's house down the street because she had more room for them.

Q. So your mom was in a different house?

A. At the time, yes. Like, down the street.

Q. And did you -- were you ever given a reason why?

A. No. I just know -- because we came out there with nothing. You know, we came out there in a little rinky-dink car. We didn't have, obviously, jobs lined up. So we came out there. I guess the plan was to -- you know, for them to get settled, and we were going to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

get our own place. But it didn't really worked out that way, which is why we ended up coming back.

Q. Did you think it was strange that your mom was living at a different location?

A. No. Well, I just knew it was, like, the best situation at the time. Just because we didn't have anything, you know, so I knew she was -- I knew it was temporary, so I wasn't really, like, stressing it. And I was living with my cousins, so I didn't -- it was fun for me, and, like, hanging out with my cousins. You know, like, I didn't really mind it.

Q. Were you with your stepfather in this -- at this -- at that time?

A. Yes. So they were living -- my stepfather, my mom, and my sister were living with my cousin, and then I was living with my uncle.

Q. Okay. Was that a decision that you made?

A. No. No.

Q. The -- your mom made that, maybe?

A. Yeah. I think she did it to make me more comfortable, or just because they didn't have as much room over there at my cousin's house so --

Q. She wasn't trying to, like, shield you, or --

A. Yeah.

Q. -- protect you from anything --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A. Yeah.

Q. -- was she?

A. Yeah, exactly. No. I think she was just trying to make it more comfortable for me, if anything.

Q. Was it comfortable?

A. It wasn't bad. I didn't -- I didn't mind. I knew they were down the street, so I saw them every day and --

Q. Did you have, like, a nice room or anything?

A. No, I didn't have my own room. I think I was sharing a room with one of my cousins. They had an extra bed. But they had, like, a big apartment, so it was like -- it was comfortable. Like, big living room, and they had, like, two floors. So it was -- it was better than what I was used to.

Q. You finished 10th grade at Salem High School?

A. Yes.

Q. And then you moved back to Orlando?

A. Yes.

Q. Again, you -- you're not really sure what the reason was that you moved back?

A. Yeah. I think we just -- my dad couldn't get settled to an occupation. I think that was the main reason. It was hard to find work. It was cold. It was snowy. We didn't really have a reliable vehicle. And

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

372418 Valle-Ramos Jorge 03-06-2025

52

it just didn't work out, so we ended up coming back.

Q. How did that make you feel?

A. At the time, I was kind of happy to come back to Florida. I mean, this is -- this is what I grew up knowing, so I was happy to come back. Yeah.

Q. You mentioned you went to -- well, let me back up. Did -- can you recall any, like, suspensions, or discipline --

A. No.

Q. -- at the Salem High School?

A. No.

Q. Were your grades still okay at this point?

A. Yep. At the -- pretty sure.

Q. Still, like, a B student, you think?

A. Yes.

Q. When you came back, you went to Boone High School; is that correct?

A. Correct.

Q. And that was for the 11th grade?

A. Yes, sir.

Q. All the way through?

A. Yep.

Q. How was Boone High School?

A. Boone? It was -- it was nice. Very normal, nothing -- I was only there for a year, so didn't make

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

any, like, long-term friends again. It was just kind of like a normal school year at that point.

Q. Was it difficult not having long-term friends?

A. Not really. I feel like if, you know, if there was anybody that was a long-term friend, they'd still be here. I actually kind of like meeting new people. It was -- it was cool.

Q. Okay. Who'd you meet there?

A. Just classmates. I can't remember anybody long-term. I -- I became friends with one of my best buddies after -- after -- we went to school that whole time together, but we didn't become friends until after. But yeah, we went to school together.

Yeah, just -- I just had, like -- like, one friend that I spoke to every day because we had, like -- we both liked sneakers and stuff like that. We had, like, the same interests. And it was, like -- you know, I just had, like, one friend that I hung out with every day, and kind of like that.

Q. Do you recall their name?

A. Yeah. Marquis.

Q. Is that the same Marquis that you would -- you have an apartment, or you live with him later?

A. Yeah.

Q. Did you participate in any sports at Boone?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A. No.

Q. Clubs or anything?

A. No.

Q. The routine questions. Like, any discipline?

A. No. I think I did, like -- like, an after-school kind of detention thing one time. I had to stay for, like, an hour or something after school, just be quiet in the room for an hour and read, but that's about it. I don't remember what it was for.

Q. You don't remember what it was for?

A. No. Probably, like, a minor infraction or something. I don't know. I don't -- I can't remember. Maybe being late or interrupting the classroom or something.

Q. Were you late often?

A. No.

Q. No. Not for, like, grades or anything?

A. No.

Q. Any -- other than this, the after-school detention, any suspensions or anything?

A. No.

Q. For that after-school, did you feel like whatever you did you deserved the after-school detention?

A. No. I -- I don't -- I don't remember that. I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

don't think so.

Q. Take a minute. I just want you to think back and try to remember what the -- why you had to do the after-school.

A. Yeah, it was probably -- it had to be something silly. I can't -- I can't really remember. It was like I had to stay, like, for an hour after class or something like that. It wasn't, like, nothing severe or anything.

Q. Okay. Not like -- maybe, like, a buildup of absences or something like that or --

A. Yeah, no.

Q. Okay. Just can't recall?

A. Yeah.

But definitely nothing like that. No -- no skipping classes or missing school. I never really had those issues.

Q. Okay. Were you dating any girls at this time?

A. No.

Q. This is about the time that kids get their driver's license.

Would you -- did you have your driver's license?

A. No, I didn't get my driver's license until I was 18.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900      www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

Q.  Any reason for waiting?

A.  My mom was just, like, a -- very protective. And she just thought that you -- you shouldn't be driving until you're 18.  And if you want to go get a license, go get it yourself type of thing so --

Q.  Was she always very protective of you?

A.  Yeah.

Q.  What other situations can you recall where she's protective?

A.  She's always been protective.  But yeah, that was just one of those situations.  Yeah.  I can't really think of anything.

Q.  Do you all -- the family still had the one car?

A.  Yeah.

Q.  What kind of car did you have?

A.  At the time, when I -- when -- what -- when?

Q.  I guess at this time.  Boone High School time.

A.  Boone High School time?  I'm not sure.  Maybe they drove, like, a Pontiac.  I remember they had, like, a Pontiac GT at one point.

Q.  Would they --

A.  I remember -- I remember that car.

Q.  -- have different cars?

A.  I know we had, like, a van when I was, like,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

in sophomore year, and then they got the -- then they got the -- the Pontiac at some point.  But yeah, we always had, like, a single car in the family.

Q.  When you got back to Boone -- well, excuse me.  When you got back to Orlando, did your mother start working again?

A.  No, I don't remember her working.

Q.  Was she mostly a stay-at-home mom at that point?

A.  Yeah.  For the most part, yeah.

Q.  What do you recall her doing when she just maintained the home?

A.  Yeah, I know -- I know she spent some years babysitting.  Like, she used to babysit, like, one of her close friend's kids.  And there was, like, these -- these two other kids that she used to babysit, sometimes.  Other than that, I don't -- I don't remember her working.

Q.  Would she get paid for those babysitting jobs?

A.  Yes.

Q.  How about your father -- your stepfather?  Was he working again?

A.  Yeah, he was -- he was probably doing back the same thing, doing with installing garage doors and stuff like that.  I remember having, like, a work truck and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

stuff. So even though we had -- it was times where we had a single-family car, like, he had his work truck so --

Q. That's -- he would, like, take that to jobs and stuff, job sites?

A. Yeah. That was, like, his work vehicle with the company name on it and stuff.

Q. Okay. For 12th grade, you said you went to both Lake Nona and then Aloma High Schools, right?

A. Yes.

Q. So at what point did you kind of switch between the two?

A. I want to say maybe, like, somewhere right in the middle of the school year.

Q. Why did you switch from Boone High School to Lake Nona High School?

A. We just moved to a different, what do you call it? School -- school zone.

Q. Uh-huh. Where were you living when you came back to Orlando?

A. I was living in Conway.

Q. In Conway?

A. Yeah.

Q. So you'd go -- living in Conway, going to Boone High School?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

372415 Valle-Ramos Jorge 03-06-2025

59

A.  Correct.

Q.  What was the address at the Conway location?

A.  I --

Q.  And was it -- I'm sorry, was it an apartment, a house?

A.  Yeah, it was -- I remember the apartment name was Cornerstone.  I don't remember, like, the address.

Q.  Okay.  So for about a year, do you stay at the Cornerstone Apartments while you're going to Boone?

A.  Yes.

Q.  And then there was a decision.  Was it your parents decided they wanted to move?

A.  Yeah.  So we -- we were staying -- I came back from Boston.  Obviously we came back with nothing again. So we were living in a one-bedroom apartment at that time -- at that time, the time that I was in Boone.  So us going from Boone to Lake Nona, we actually upgraded to, like, a two or -- two or three bedroom apartment, I think it was.

I don't remember if it was three or two, but that was the reasoning for that move.  We actually -- you know, when we had to come back from Boston, we had to start out small, get back on our feet.  And a year later, you know, we were able to get a bigger apartment, and I was able to, like, get my own room and stuff like

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

that.

Q.  So the transition from Boone to Lake Nona, that was not for any reason, like, getting kicked out of school or anything?

A.  Right.  No, none of that.

Q.  And really none of the transitions you've indicated, you were never -- you didn't make the transition from one school to another because you're -- you were --

A.  Correct.

Q.  -- like, getting kicked out or anything?

A.  Correct.

Q.  Okay.  So you start at Lake Nona.  You're there for about half the year --

A.  Uh-huh.

Q.  -- and then you go to Aloma High School, right?

A.  Correct.

Q.  Again, what was the change?  Why did you change from Lake Nona to Aloma?

A.  Yeah.  So at that -- at that point, it was kind of -- that was -- that was the one transition that was my decision.  The school was, like -- it was the first year they opened.  I felt like it was a little bit of, like, inconsistencies with the learning and --

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900      www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.   And you -- you're meaning Lake Nona?

A.   Yeah, Lake Nona.  So that's where I -- that's where I really truly felt like I started slowing down in school.  Not grades-wise, but I felt like I wasn't being very productive, you know?  Just because it was, like, a new school and I was a new kid.  And I don't know. There was, like, no seniors.  We were -- the juniors were the seniors.  You know, I -- I just saw myself kind of becoming a little uninterested.

And that's when I had a friend who went to Aloma High School.  And she ended up graduating pretty fast because Aloma High School is like, you go, and then you sit down, and you take online classes.  So you come to school, but you sit down on a computer and do your classes online, which helps concentrate on that, you know, instead of other distractions.  So I saw that she was doing very well, and she graduated early and everything.

So I decided, hey, this school -- I'm kind of losing interest in school at this point.  This is, like, my fifth high school.  I'm not very interested in what's going on here.  I saw my friend did well in Aloma, so I decided, hey, you know, I'm going to give it a try.

Q.   So you really didn't like Lake Nona?

A.   Yeah.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q. Did -- were you getting okay grades at that point, or were your grades suffering?

A. Yeah. No, they were good. I just -- I just felt like it was, like, that -- that's the one school I felt I couldn't adjust to just because, like -- I don't know if it was because it was their first year open or -- or, you know, I just -- or maybe I didn't -- or maybe I got tired of moving at that point.

I don't know. It was like, all right. This is my fifth high school. I'm getting tired of this. Kind of just want to get it over with and graduate. I think that's what kind of was going on in my head.

Q. At that point, did you have, like, a vision of what you wanted to do after you graduated?

A. Not really. I mean, I knew I wanted to go to college, and I -- I wasn't sure for what, but I knew I wanted to get into something, you know? Just because that was -- it made sense to me. You know, I was -- I was only 17 years old when I graduated and can't -- you know, other than going to school, I couldn't really get too many jobs at that age, so I was like, yeah.

Q. So you did graduate from Aloma?

A. Uh-huh. Yes.

Q. Thank you. You liked it a lot more there?

A. It was -- it was, like, online classes, so it

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

wasn't much interaction going on with other people. You know, I kind of just went there, did my work online, and went home. I did like it. You know, it was -- it was a half day. So I'd get off school earlier, too, and I ended up catching up on some credits and ended up graduating ahead of time. I was supposed to be class of 2011, and I graduated in 2010. So it kind of benefited me. After going to all those schools, I still graduated early.

Q. Did you find the online classes were easier for you to do?

A. Yeah. Yeah.

Q. And you liked maybe not having the teacher in the room with you so much? It -- or was there a teacher?

A. Yeah.

Q. I don't even know.

A. Yeah. Yeah. They -- well, they would have, like, a teacher there, but just to, like, if you need -- if you had any questions about anything. But, like, they would take our phones in the -- in the beginning of the -- of the class, just so we can concentrate on our -- and we're not distracted on our online classes, which I think also benefited everybody, too. Because it gives you the time to concentrate on your -- on the work.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

Q. Did you keep in touch with your friend? Is it Marquis or --

A. Marquis. Yes.

Q. Marquis?

A. Yeah. He was actually going with me to Aloma at the time. That's when we actually got close.

Q. But it was a different friend who kind of convinced you to come to the school?

A. Right.

Q. Who was the other friend?

A. Her name was Michelle.

Q. Do you recall her last name?

A. No. She was, like, a friend of a friend.

Q. Okay. But she had already got --

A. Yeah.

Q. -- out of --

A. Yeah, she had. She was -- she had already graduated, so that's why I was -- got -- became interested.

Q. Who was the friend in between you?

A. I think his name was Anthony. Anthony. Yeah.

Q. What was his last name?

A. I think it was Siemer, S-I-E-M-E-R.

Q. S-I-E-M-E-R?

A. Yeah.

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.  Okay.

A.  That sounds about right.

Q.  How would you get to class when you went to Aloma?

A.  We -- the school would give us a -- a city bus pass -- a 30-day bus pass.  So we would just catch the city public transportation.

Q.  And your mom's not working at this time?

A.  No.

Q.  During the times when she's not working, she's not taking you to school, either?

A.  No.  I had the 30-day bus pass, so there was no need.

Q.  How about at, like, Lake Nona or even at Boone? She's not taking you to school then?

A.  No.  There was always a public -- or school transportation available so --

Q.  Would you eat lunch at the schools, like provided by the school?

A.  Yes.

Q.  Would you ever have a lunch that you would take with you?

A.  Maybe a couple times.  I'm sure I had the option to and I didn't.

Q.  Mom -- but your mom wasn't like, I packed your

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q. lunch for you?

A. Yeah.

Q. No, never?

A. No. I'm sure there was always -- there was always leftovers, but I wasn't the type to kind of carry stuff. Try to --

Q. Did you hang out with Anthony a lot at Aloma?

A. No, Anthony wasn't in Aloma.

Q. Oh, okay.

A. He -- his friend, Michelle, was.

Q. I see. But Marquis was?

A. Yeah, Marquis was.

Q. You hung out with Marquis?

A. Yeah, that's when we became close.

Q. What would you guys do?

A. Play a lot of basketball. We'll do -- watch YouTube videos at his house or -- yeah, stuff like that. Well, a lot of basketball, to be honest. That was, like, our -- our main thing.

Q. Where did he live?

A. He lived at the time on Curry Ford and Conway area.

Q. Was he working at all?

A. Not right away, but I do remember him applying for his first job and getting his first job while we



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

were in Aloma.

Q. Where did he work?

A. Universal Studios, Finnegan's Restaurant. I'm pretty sure his mom worked there, too. I think that's how he got the job. He was, like, one of the -- he was, like, one of the few of us that had jobs. You know, we were all young.

Q. What did he do there?

A. He was a busser.

Q. Throughout high school, did you work anywhere?

A. No. I got my first job after high school.

Q. Okay. Just looking over the notes here. At Lake Nona, did you have any discipline issues?

A. No.

Q. No suspensions?

A. No.

Q. Same questions for Aloma High School. Any discipline issues, or suspensions, or anything?

A. No.

Q. So really other than the one after-school, you didn't have any other issues with getting in trouble at school or anything?

A. No, not at all.

Q. And this one time you did, that doesn't stand out to you of what you --



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

A. No.

Q. -- what rule you broke or whatever?

A. No. The only thing I remember is being in a room, and I had to be quiet for an hour with everybody else. I really don't remember what the reasoning was.

Q. Okay. Was it -- were you at -- did you have friends in there with you when you were in the after-school detention?

A. No, not that I could recall.

Q. At the latter places, Lake Nona, Aloma, were you dating anyone at those points?

A. No.

Q. Did you ever take the SAT or ACT, those tests to get into college?

A. I went to -- I went to Valencia for one semester. I -- I don't recall taking those tests, though.

Q. Okay. What was your grade point average, if you can recall?

A. When I graduated?

Q. Uh-huh.

A. Like, 3-point-something. Pretty average.

Q. You don't have any children, do you?

A. No.

Q. Would you -- at this point, would your family,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

like, do any vacations, or trips, or anything?

A. Not really. If it was, it was something local that we can drive to, like a beach or a spring. My mom doesn't do airplanes so --

Q. Okay. And you would take the family car?

A. Yeah.

Q. Growing up, I know you said you had the van. You had maybe a Pontiac. Can you recall the other cars that you had growing up?

A. Yes.

Q. What cars can you recall that your family had?

A. I know they had a Saturn -- like a coupe Saturn. And we had a minivan, a Honda -- Hyundai Odyssey. Hyundai -- Hyundai Odyssey minivan at one point. The Pontiac. And that's pretty much all the cars I could remember.

Q. Did you think it was kind of cool that Marquis had the job at Universal?

A. Yeah, definitely. I saw him apply for it, and he was like, one of the first people I saw get a job, you know, growing -- when we were coming out of high school so --

Q. What did -- how did that make you feel?

A. Very proud and excited.

Q. Did he go to university or college?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A.  Yeah, me and him actually went -- did that first semester in Valencia together.

Q.  Okay.

A.  We actually took an English class together, also.

MR. MISTOLER:  We've been going about an hour. You want to take a break?

MS. DILLON:  Yeah.  Do you want to have a little back -- bathroom break, stretch?

THE WITNESS:  Yeah.  Yeah.

MR. MISTOLER:  It always helps to stretch.

MS. DILLON:  Yeah.

MR. MISTOLER:  We'll go off the record.

THE REPORTER:  We're off the record.

(A recess was taken.)

THE REPORTER:  All right.  We are back on.

You may continue.

BY MR. MISTOLER:

Q.  So you went to Valencia -- is it Valencia Community College?  Is that what it is?

A.  Yes.

Q.  After you graduated from Aloma High School?

A.  Yes.

Q.  Did you immediately go to college?

A.  No.  There was a -- a small gap in between,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

because I had finished high school, but I had failed my FCAT reading exam. So I had to -- like, I graduated with a Certificate of Completion until I took my FCAT retake, and I had to wait for the retake, which -- which took, like, four months. So after I graduated, waited for the retake, passed the retake, then I got my diploma, then I was able to go to college. So there was, like, a small gap in between, like, maybe, like, four months or something.

Q. Was it a certain point or, like, a certain subject on the FCAT?

A. Yeah, it was the reading.

Q. The reading?

A. I failed the reading by, like, very, very close. I remember it being very close. I was upset.

Q. What was your mom's reaction to that?

A. No -- no big deal. Just because, you know, I was going to be able to take the retake in a couple months and, you know, continue on what I was going to do. And also I had graduated early, so it was also not too big of a burden. I wasn't even 18 yet.

Q. What did your mom think about you graduating early?

A. Yeah, she was she was excited. She was happy, proud.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

Q. Did your stepfather ever show interest or was he proud of you?

A. Yeah, he was -- he was always -- he's always been there. He's not, like, a very in-his-feelings guy. He's pretty -- like, you know, he doesn't express himself much, but -- but he was there. He was always been there.

Q. Okay. How did he take the news that you failed the FCAT portion?

A. I don't -- I don't remember anybody being upset or anything about it.

Q. Just kind of doubling back, like, you know, would -- when you would hang out with your friends, would you guys ever, like, smoke cigarettes or anything?

A. No.

Q. Drink alcohol or anything like that?

A. No. Not -- not at -- not in that -- not in those times.

Q. Okay. When -- like, in high school?

A. Yeah.

Q. Nothing like that?

A. No.

Q. What about marijuana? Any marijuana use in high school?

A. Not in high school. I started smoking a



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

little bit after.

Q. Like Valencia times, now that we're getting into?

A. Maybe even after that, to be honest.

Q. Was it, like, with a medical marijuana card?

A. No, not at the time.

Q. In between graduating from Aloma and beginning Valencia, you're -- you need to take the FCAT. Kind of, what were you doing at that point?

A. I was actually -- I think I'm pretty sure I got, like, a part-time job at McDonald's at the airport while I was waiting. I had a friend that worked there, so I -- I'm pretty sure that I had, like, a part-time job at the airport during that time.

Q. What was your position there?

A. Just cooking -- cooking and cleaning type of thing.

Q. Is that in one of the terminals that --

A. Yeah, I was -- I remember having to take the train and the terminal and take -- all the way back there.

Q. Do you go through security every day or something?

A. Yeah. Yeah. I had to, like, take a shuttle, go through security, go -- I had to do all that. Just

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

to try -- just to get to work.

Q. That's a hassle.

A. Yeah.

Q. And you said you were part-time?

A. Yeah, I think I was part-time. Yep.

Q. Were you trying to find something full-time, or what was the decision to have part-time work?

A. I think that was all they had available. I was under age still, so I didn't really have any other work experience.

Q. Okay. So you're still 17 at this point?

A. Yeah. So I think that was just what was available at the time.

Q. And you had a plan to take the FCAT, retake the FCAT.

What was your plan after that?

A. Just start going to school and getting an Associate's degree, and try to figure out what I was going to do with my life.

Q. Were the -- was that something that you discussed with any family members?

A. No. Just figured it was the most beneficial thing to do and the smart thing to do. It was between that or go to military, and that didn't really interest me much so --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

Q. Okay. Did you apply to different colleges, or was Valencia the one that really stuck out to you?

A. Yeah. I went to Valencia just because I knew it was, like, what everybody else -- the school that everybody else was kind of going to, the local college. And I know they had, like, ties with UCF and stuff like that. So that's kind of why I made that decision.

Q. Were you still 17 when you began work -- or excuse me, when you began attending Valencia?

A. No, I was I was already 18. Yeah. I think I was actually -- like, I didn't go to Valencia right away. I think I was -- I think I ended up being out of school for, like, maybe, like, a year and then going to Valencia.

Q. Okay. So --

A. Yeah.

Q. -- maybe about four months to take the FCAT, and then you were --

A. Maybe, like, another six, seven months after. I don't -- I don't remember the -- that gap to be honest, too much. The -- the gap between high school and college. I knew I got a job at McDonald's for a little bit, and I was waiting for the FCAT retake, and maybe a short period of time after is when I ended up in Valencia. My family ended up moving again after high

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

school.

Q. Where'd they move to?

A. By Universal Studios. Like, Conroy area. Conroy and Vineland, after high school. Yeah, we moved. We moved to the other side of town.

Q. I think at one point you said your family lived in Ocala. At what point was that?

A. That was -- that was in, like, two years after high school.

Q. Okay.

A. My mom ended up getting a house in Ocala.

Q. So we're getting to that point?

A. Yeah.

Q. Okay. I understand. Did you move with your family when they moved over by --

A. Oh. No. So --

Q. -- Vineland and --

A. -- that's when -- that's actually when I ended up moving out with Marquis, because my mom got a house in Ocala, and I was going to school at Valencia at the time. Marquis was going to Valencia at the time. And I remember, like, my mom got a house in Ocala, and I didn't want to move to Ocala because I -- I was going to school. You know, I'm already kind of established over here. And so that's when I made the decision to -- to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

leave my parents' house and go get my own apartment with Marquis.

Q. Were you living in the -- I'll call it the Vineland house for a time?

A. Yeah. Yeah. We were there for, like, a year or so.

Q. Did -- you kind of said you don't really remember that year in between high school and attending Valencia so well?

A. Yeah. It was a blur. I just remember waiting for the FCAT retakes and waiting to apply for financial aid type of thing. Just kind of, like, a bunch of waiting around at that time. I'm still working at McDonald's. I ended up transferring to the McDonald's over there by Vineland and Conroy. So I was still working at McDonald's at the time.

Q. Were you still part-time at that time?

A. Part-time or maybe, like, 30 hours a week type of thing. I'm not really sure if I was working 40 or not. I can't remember.

Q. That was really your first job, though?

A. Yes.

Q. Was it a blur -- was that year a blur for any other reason?

A. No, it just -- there just wasn't much going on

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

at the time, you know?

Q. Did you -- have you ever used -- like, are you on medications, or prescription drugs, or anything like that?

A. At the time?

Q. Yeah.

A. No.

Q. Okay. Would you hang out with Marquis at that point in that year?

A. Yes. Because he ended up -- his mom also ended up moving to the same side of town. So we ended up being close to each other again. So we started spending a lot of time with each other. And when my mom made the decision to move, that's when me and him were, like, hey, you know. He had a -- I think he was, like, living with his sister and her lease was coming up. So he also needed to kind of find somewhere to stay. And then my mom was moving away, and I wanted to stay. So we made the decision to get an apartment together.

Q. So there's the year where you're waiting to take the FCAT, and working, and preparing for Valencia. And then at what point do you get a place with Marquis?

A. Well, when my mom decided to buy the house in Ocala. I remember it was, like, the beginning of the year, because I remember, like, the apartment complex

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

having, like, a -- like, a New Year sale type of thing going on.  So I remember, like, the flags being up.

Q.  So you were already in Valencia, attending Valencia at that point?

A.  Yeah.  I think I went to Valencia, like, after I moved in with Marquis.  Yeah.  Because we had took the English class together, I remember.  Well, I don't know if we were already enrolled and then moved in.  So it was very, like, close in time.

Q.  You took a class with him, you said?

A.  Yeah.  Yeah.  We took an English class together.

Q.  At Valencia?

A.  Yeah.

Q.  Do you have to choose a degree that you're working towards?

A.  At the time?  I don't remember doing that.  I think we were just kind of doing basic studies and stuff at the time.

Q.  What was your plan?  What kind of field did you want to work towards?

A.  At the time, I wasn't sure, because I was kind of, like, in between, like, healthcare stuff and then number -- I was between, like, you know, do I want to do, like, healthcare stuff, or do I want to be, like, an

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900   www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

accountant because I'm good with numbers type of thing. Like, I -- I wasn't really sure what my interest was -- was at. I just knew school seemed like a good idea.

Q. What -- healthcare is a pretty broad field.

A. Right.

Q. What kind of position in healthcare interests you?

A. Yeah. So I don't know, because I know I didn't want to be, like, a nurse or a doctor because I knew that was kind of, like, too intense for me. So I wasn't -- I wasn't really sure what path to take at the time. I was kind of, like -- I only got to do one semester in Valencia anyways. So, like, after that -- after that, I kind of stopped thinking about it. My mom had got her identity stolen, so I couldn't apply for, like, financial aid because I was a dependent, so I didn't get to go through, like, a second -- second semester in school, stuff like that. So stuff started happening, and plans started changing.

Q. What kind of classes did you take in that first semester?

A. Yeah, so I remember just taking, like, an algebra class and, like, an English class. That's pretty much all I took. I didn't get to do much else after that.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

Q.   Two classes?

A.   Yeah.  I think it was, like, two classes. Maybe I took like, a third and fourth, but it was probably, like, English 1 and English 2, and then, like, Algebra 1 and Algebra 2, something like that.

Q.   Were you still working at McDonald's at this time?

A.   I ended up getting another job.  I just don't remember if it was during the -- while I was going to school.  Yeah.  I think I was still at McDonald's at the time.

Q.   Where was the other job you had?

A.   I ended up working at BJ's Brewhouse after a while.  Yep.

Q.   What did you do at BJ's?

A.   I was a busser.  I was saw Marquis was doing pretty well with tips at his job.  And so I figured, you know, it might be something good for me too at the time.

Q.   Were you full-time, part-time at BJ's?

A.   It was -- well, it was -- it was in between both, just because, like, you would work depending on how busy it was.  So I mean, you can get sent home at any time or you -- unless you were the closer, you can work all night so --

Q.   Did you ever like to be the closer there?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A. I didn't mind. That's where the money -- that's what -- who -- who makes the most money is the one who's closing. So I didn't mind it.

Q. How did your mom's identity get stolen; do you know?

A. We never got any clarity on that, to be honest. I don't know what happened. They said it was someone out of New York or something like that, or somebody was trying to use her identity in another state.

Q. So her identity's stolen. What did -- they closed all her accounts, or, like, what -- how did -- what happened after that?

A. Yeah. So -- so because -- because I was a dependent and to -- and I had to apply for financial aid using her income, I think. I don't remember -- know how that works. I was young. I just knew I had to, like, show proof of, like, her tax returns and -- and her stuff to apply for financial aid. And it came back that somebody tried to use her identity in -- in another state. So therefore I wasn't able to apply for financial aid, and that's kind of why I kind of let that go at that time. So I ended up applying to go to a -- a technical college and doing an x-ray program, instead.

Q. Was -- were -- was your stepfather still in

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

the picture? Like, he still lived with your mom and everything?

A. Yeah, he always -- he's always been with us.

Q. And there was no thought to, like, okay, well, yeah. Mom's identity's stolen, but to go through your stepfather and apply for financial aid like that?

A. Yeah. It wasn't anything I -- I knew about. I didn't -- I didn't know if it was an option or not. I didn't really question it. I didn't really -- I don't know if he knew, either. I don't know if -- we weren't really educated on the -- on the circumstances, whatever the case may be. I just knew I had to figure out a plan B at the point -- at that point so --

Q. So it really wasn't something that you delved too deep into it?

A. Right.

Q. Okay. No -- like, not a lot of research, just, like --

A. Correct.

Q. -- this is the situation.

A. Yeah.

THE REPORTER: I'm so sorry. I can only take down one person talking at a time, if you'd just take a moment. Thank you.

MR. MISTOLER: We'll do better.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

BY MR. MISTOLER:

Q. So you applied to a technical college at some point?

A. Yes, sir.

Q. At what point after the first semester of Valencia did you apply to the technical college?

A. Not long after. Maybe it took me, like, a couple months to make that decision.

Q. Was that when you were not going to school at that point?

A. Yeah. I finished that one semester in Valencia. I couldn't get into a second semester, so at that point, Mom -- my mom was kind of, like, well, what are you going to do? So I did some research, and I found a technical college nearby, and I decided to give it a try.

Q. You were 18 by the time you were at Valencia?

A. Yes.

Q. Is -- was there any, like, ability to, because you're an adult, get your own financial aid and not go through your mom?

A. I'm not sure. I don't know if I've never looked into it, or I was uneducated about it, or --

Q. Just something you never looked into?

A. Yeah. After -- after that happened with my

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

mom, I was just kind of, like, figure something else out.

Q. How were your grades that first semester?

A. I think I did -- I remember doing good. I don't -- I -- I don't remember being concerned about failing or anything. I don't -- remember I wrote a bunch of essays, and I didn't really have any issues.

Q. Passed all your classes?

A. Yes. Algebra was easy.

Q. No disciplinary trouble or anything there?

A. No.

Q. No suspensions?

A. No.

Q. Stayed out of trouble?

A. Yes.

Q. Up until this point, have you -- had you ever been involved with any, like, legal actions against you?

A. Yes.

Q. What happened?

A. When I was -- what was it? Like, I think it was that time between high school, or graduating high school and -- and Valencia. I was arrested as a juvenile.

Q. Why'd they arrest you?

A. I was in the backseat of a stolen vehicle. I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

got charged with a trespassing.

Q. Who was driving the car?

A. Angel. Angel Cruz, I think was his name. Yeah. Angel Cruz.

Q. Who's Angel Cruz?

A. He was just a friend at the time.

Q. How'd you know Angel?

A. Mutual friends.

Q. Were you -- were there other people in the automobile?

A. Yeah. There was another guy named Jamian. He was in the passenger seat.

Q. So just you three in there?

A. Yes.

Q. What -- about what year was that?

A. I graduated 2010. So I'll say, like, 2011.

Q. And you were charged?

A. Yes. I got charged with trespassing that -- the vehicle.

Q. Were you aware that this vehicle had been stolen when you were in it?

A. Not at all. Not until after I got in it.

Q. Was Angel charged with anything?

A. I think so. I don't know what. I don't -- because he was -- he didn't do any jail time or


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

anything.  I don't know if he got, like, probation or anything.  I don't -- I don't know what his discipline was, but I know his charges were different than mine, just because he was, like, the driver and stuff.

Q.  And how did he -- how did you know Angel?

A.  Mutual friends.  I met him through a friend of a friend.

Q.  Who was the -- what was the chain?  What were those people?

A.  Just people -- I think, like, his sister knew some of my friends or something like that, and we would come around and, like, hang out with her, his sister, and, like, he was always around.  That kind of -- he -- just part of the friends group and he was, like, the -- the younger one out of everybody.  But his little sister always kept him around, and that's kind of how we got to know each other.

Q.  How about Jamian?  How did you know him?

A.  Same -- same situation.  He was part of the same friends group.  Met him through mutual friends.  Kind of just happened.

Q.  Were they guys that you had met in this period in between high school and Valencia, or did you know them before?

A.  Yeah.  No.  I met -- I met these guys after

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

high school and not long after, we got in trouble.

Q. Do you keep in contact with Angel?

A. No.

Q. How about Jamian?

A. Nope.

Q. What were you guys doing on that night -- or that day, I guess? What -- I don't even know what time -- what time was it where you pulled over?

A. It was -- I want to say it was, like, the middle of the day. Nothing -- I was on my -- I was riding my bicycle to his house to -- just to see what they were doing that day. And they -- I was crossing the gas station, and they pulled up on me in a car, and they're, like, hey, what are you doing? And I'm, like, I was on my way to your house. He's all, get in the car.

I'm thinking it's, like, his mom's car or something. I'm not -- I'm not thinking, like, he's in a stolen car. So I was, like, all right. And just jumped in the car with them. And after I got in the car, I realized it wasn't his car and --

Q. How -- how'd you realize that?

A. Just because I looked -- looked like it was broken stuff in the vehicle, like, by the key ignition and stuff. That's when I kind of realized it wasn't his car.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Q. What'd you do after you realized it wasn't his car?

A. Me being young and stupid, I stayed in the car. And not long after, we got pulled over.

Q. What did you do with your bike?

A. I had dropped it off at his apartment, I'm pretty sure. Something like that.

Q. Were these guys in, like, a gang or anything?

A. Not that I knew of.

Q. You've never been in a gang, have you?

A. No.

Q. Did you fight this trespassing charge?

A. I don't remember. I -- I don't even remember, like, going to court much about it. I think -- I think I -- I think I just paid some fines or something like that. I don't -- I don't remember, like, going -- going to jail or doing probation or anything.

Q. You were 18 at this point?

A. No. No. I went, because I remember going to juvenile jail, so I was, like, 17.

Q. How old was Angel?

A. He was a juvenile, too. I think he was, like, 16 or 15.

Q. And Jamian?

A. Jamian was actually 18.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

Q. Did he ever tell you, like, how he stole the car?

A. No.

Q. What -- was Jamian charged?

A. I don't know, because he ended up going to, like, adult jail, and we never -- we never really spoke about the situation after the fact.

Q. He -- and I'm sorry. You said he was older?

A. Yeah.

Q. He was not a minor?

A. Right.

Q. You didn't help them steal the car, did you?

A. No.

Q. So any other involvements with law enforcement like, you know, similar to this?

A. No.

Q. This -- so this is really the only time other than, you know, what we'll get in today later, where you had, like, a run-in with the police or anything?

A. Yeah.

Q. What did the police officers do? Did they just see the car --

A. Well, Angel drove right in front of the police station for some reason, and there was a cop next to us at the red light. And as soon as the light turned

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

green, they just pulled us over, and that was pretty much it. Yeah.

Q. What was your thought in that moment?

A. Never thought I'd be in this situation. Kind of scary.

Q. Were you surprised?

A. Very surprised. But then I felt, like, you know, I should have got out the car when I realized it was --

Q. Is that what you told the cops?

A. I don't remember what I told the cops. I think -- I think I took accountability for -- for the most part, you know, as far as, like, knowing that I should have got out the car and -- when I realized what was going on and stuff like that.

Q. You didn't get a lawyer in that moment?

A. No.

Q. You took accountability for -- you didn't even realize really you were in a stolen car, and maybe you did, but you went ahead and said, yeah, I was in the -- I was trespassing in the stolen car?

A. Correct.

Q. Was this -- was -- were you originally charged with something different, and then, like, the sentence was changed?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

A. I don't think so. I think my charges were the same from the beginning.

Q. What kind of penalty did you have to -- do you -- I think you mentioned fines?

A. Yeah. I did some -- I paid some fines, but I don't remember ever having to, like, do any probation or go to jail or anything like that. I -- I would've remembered that.

Q. Any sort of, like, community service or anything?

A. I don't remember doing that, either.

Q. Don't really remember what happened to Angel, you said?

A. No. He -- from my knowledge -- I ended up moving away to the other side of town. And to my knowledge, he kept being a troublemaker. He ended up going to prison and stuff so --

Q. What'd he go to prison for?

A. I'm not sure. I know he did, like, five years and he went in when he was, like, 15 and got out when he was, like, 19. He was an abused kid.

Q. Did you know he was kind of trouble when you were hanging out with him?

A. He was -- we knew he was a troublemaker, but he was also -- everybody liked him. Like, he was one of

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

those people, like -- like, he was liked by everybody, you know? Like, everybody looked at him as a little brother. Like, everybody just loved him, always smiles around him. For some reason, he was always getting into trouble. I don't know if it was who he grew up around, or his family, or not.

Q. At one point you -- at what point do you apply for the technical college?

A. Not long after I found out I couldn't do a second semester at Valencia. At that point, I kind of tried to figure out plan B as fast as possible.

Q. Was this incident -- well, I guess this was before you went to Valencia, right?

A. Yeah. That was way before. Yeah.

Q. Did you have to disclose this to Valencia?

A. No.

Q. Okay. So was this incident involved in any other reason of why you didn't do another semester there?

A. Yeah. No, it didn't have anything to do with it.

Q. What was the technical college you applied to?

A. It was Anthem -- Anthem College.

Q. Where is Anthem College?

A. It was behind Fashion Square Mall in Colonial.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

It's not there any longer.  They closed.

Q.  What was your plan there?  Like, what did you want to study?

A.  I was going to school to be an x-ray technician at the time.

Q.  Is that, like, the program you were in?

A.  Yeah.  They -- they had other programs there. I'm pretty sure they had, like, a medical assistant and dental -- dental hygiene programs.  They had a couple extra -- other programs in that school.

Q.  What does an x-ray technician do?

A.  Yeah.  We were just studying how to -- all -- learn all the bones in your body and how to take images of them and stuff like that.

Q.  Did you enjoy that?

A.  Yeah, it was -- it was not -- not that hard and a lot of studying, and reading, and terminology, but other than that, it was -- it was chill.

Q.  Did you pass the classes there?

A.  Yeah, I passed all my classes.

Q.  How long were you at Anthem for?

A.  I want to say at least, like, nine, ten months.

Q.  How long was the program supposed to be?

A.  Close to that.  I was almost done.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.  And then are we kind of getting into the incident here that prevented you from --

A.  Yes.  Yes.  While I was going to school is when I got arrested.  Yeah.

Q.  Okay.  So you --

A.  I think I had just started.  Either I had just started or I got arrested right before I started.

Q.  For the subject incident we're talking about?

A.  Uh-huh.  Yes.

Q.  So -- okay.  You had a plan to go to take the x-ray technician program or whatever, but when you started there -- a little bit after you started there is kind of when you were arrested for this situation?

A.  Yes.

Q.  So how -- about how long would you say you were even taking classes there?

A.  Before I got arrested or before I got --

Q.  Before you got --

A.  -- went to trial?

Q.  -- arrested?

A.  It was very close time frame.  It was -- I got arrested either right after I started or right before I started, and then I was out on bond for a whole year. And that time that I was out on bond is when I finished all my courses.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

Q.   Before that, did you have any -- like, some people do the GED.  That's, like, a test or whatever.  Did you think about doing anything like that?

A.   I didn't need it.  I had my diploma.

Q.   Okay.  So for here was really the idea you wanted to do an x-ray technician program and kind of pursue that area?

A.   Yes.

Q.   No longer wanting to do, I think you said accounting or something like that?

A.   Yes.  Correct.

Q.   Were you dating anyone at the -- at this time?

A.   At the time?  No.

Q.   No girlfriend; anything like that?

A.   I met Jasmine, like, a month before I got arrested.

Q.   And who is Jasmine?

A.   Jasmine is my girl now.  We've been together ever since.

Q.   Still together?

A.   Yes.

Q.   What's Jasmine's last name?

A.   Ortiz, O-R-T-I-Z.

Q.   Does she have any relation to the -- this guy we'll talk about, Amos Ortiz?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

A.   No.

Q.   Just similar last name?

A.   Oh, I -- I forgot they had the last name. Yeah, just similar last names.

Q.   Okay.  Was Jasmine working at this time about, you know, a month, you say, before you were arrested?

A.   Yeah, she was working.  She was -- she was always working since I've known her.

Q.   What does she do?  What did she do at this point?

A.   At -- at the time, she was -- when I got arrested?  I want to say she was working at a restaurant as a server, maybe.  I don't know.  She had, like, a Planet Smoothie job for a little bit while I was incarcerated.  So that was after.  Yeah.  I think she just worked at -- at a restaurant, and she was -- pretty sure she was, like, a full-time student too, at Valencia.

Q.   What restaurant did she work at?

A.   At the time, I know she -- when I met her -- she got the restaurant after.  I don't know where she was working at when I met her, exactly.  I know, like, shortly after we met, though, she started working at Cheddar's.

Q.   How'd you meet her?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A. We -- I met her at a -- at a party.

Q. What kind of party?

A. It was like an Airbnb, high-school-kids-just-graduated type of thing.

Q. Was that for your graduation or --

A. Well -- well --

Q. -- this was after?

A. It wasn't Airbnb because Airbnb didn't exist yet. It was like a -- like a -- but it was, like a resort-type, like villa, like a house type of thing.

Q. Can you remember where it was?

A. Yeah. It was in -- what was it called? It's all -- it was off I-Drive by TopGolf. I can't remember the place. I -- I can't think of it. It'll -- it'll pop up in my head, but yeah, it was like a -- it was like a villa.

Q. Was she younger than you or older?

A. Yeah. She's younger than me about, like, a year-and-a-half.

Q. So was it -- was she graduating high school, and you were already out?

A. Yeah, I was already out. She had just graduated.

Q. Was this kind of her graduation party there?

A. Yeah. This was, like, a bunch of, like, her

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

high school buddies.  And then I had a mutual friend who
brought me to the party.

Q.  Who was the friend?

A.  Karl.

Q.  What's Karl's last name?

A.  I don't know.

Q.  Is it Karl Jeudy?

A.  Yes.  Karl Jeudy.

Q.  How'd you meet Karl?

A.  Karl was Marquis's friend.

Q.  And you are living with Marquis at this time?

A.  Yes.

Q.  In that -- it was an apartment?

A.  We had just got our apartment in January, and
I -- I think the party was, like, February.

Q.  Before you had the apartment with Marquis, did
you know who Karl was?

A.  Yeah.  Just because he always hung out with
Marquis.  They were like -- they, like, lived next to
each other in high school.  And I was close with
Marquis, obviously, so -- he was close with Karl, and
that's kind of how I knew him.

Q.  What did Karl do for work?

A.  I'm not sure.  I think -- I know he worked at
Universal for a while.  I don't know how long or when.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

Q.  Do you know what he did?

A.  No.

Q.  Do you know if he was, like, going to school or anything?

A.  No.  I didn't really hang out with him much. He was kind of more of Marquis's friend than mine.

Q.  Was Marquis still working at Universal at this point?

A.  Yeah.  Marquis worked at Universal for, like, seven years.  Or he -- actually, he worked there his whole life, until he passed.

Q.  When did -- when did Marquis pass?

A.  He passed away -- I want to say it was, like, 2020.

Q.  Do you know how he died?

A.  Yeah.  He -- he had a heart condition, a cardiomyopathy.  And he was on -- he was on a treadmill at Planet Fitness, and his heart just stopped.

Q.  He was pretty young.

A.  Yeah.  He was 27.

Q.  There was no, like, drug abuse or anything that caused that?

A.  No.  He -- he was aware of his condition.  I think his dad passed away the same way.

Q.  What -- did you ever see him, like, using

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

medicine for the heart condition?

A. He was supposed to be, and he wasn't.

Q. How do you know that?

A. His mom.

Q. You talked with his mom?

A. Yeah.

Q. And she -- what did she tell you?

A. That he was supposed get a -- a defibrillator or be on medication, and he didn't want to do either.

Q. Is that something, when you were living with him, you kind of knew that he had the heart condition?

A. I actually didn't. He didn't really, like -- was open -- he wasn't very open about it, so I didn't know.

Q. Okay. So you kind of met Jasmine Ortiz at the party --

A. Uh-huh. Yes.

Q. -- and you hit it off from there, you guys liked each other?

A. Yes.

Q. Would you go on dates or anything?

A. Yeah. We -- we would go to Universal Studios. Because my buddy worked there, so he was able to give me some tickets. That was, like, one of our first dates, went to Universal. Dinner. She would come to the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

house. Yeah. Stuff like that.

Q. Is her family local?

A. Yes. Yes.

Q. Does she have any children?

A. No.

Q. Which buddy would help you get to Universal or get into Universal?

A. Marquis. He worked there.

Q. Okay. Okay. Let me just look here. How many people lived at the apartment where you and Marquis were?

A. Just me and him.

Q. How big was the apartment?

A. The apartment building or the apartment?

Q. The room that you -- or the unit that you had.

A. Oh. Yes. It was a two-bedroom, two-bath. I had a balcony. And it was, like, two stories. We lived on the second floor.

Q. Would you all have friends come over often?

A. Yes.

Q. Sometimes?

A. Sometimes.

Q. Can you recall any friends, other than Karl, who would come over?

A. Jasmine. I had a buddy that lived down the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

street who would come sometimes to play video games.

Q. What was his name?

A. Anthony also, but this is another Anthony.

Q. What's Anthony's last name?

A. Duran, D-U-R-A-N.

Q. Who was the other Anthony? We -- did we talk about another Anthony?

A. Yeah. Yeah. That was my high school buddy, Anthony Siemer.

Q. Got it. Okay. Do you know if Anthony did -- worked or anything?

A. At the time, he's -- he would mention, like, doing work, helping his dad do some handyman's type of work. I'm not really sure what it -- what it was. I just knew he, like, helped out his dad or work with his dad sometimes.

Q. Okay. So at this point, you're working at McDonald's and --

A. Yeah. So -- no. When I moved in with Marquis, I think I had already had got the BJ's Brewhouse job.

Q. Right. Okay. So you're working there, and Marquis is still working at Universal?

A. Correct.

MR. MISTOLER: Let's see here. I know you have

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

-- you have this one, Roz.

This is going to be Defendant's Exhibit number 1. I don't know. Do you want me to mark this up for you?

(Exhibit 1 was marked for identification.)

THE REPORTER:  Just throw a number on there.

MR. MISTOLER:  Okay.

THE REPORTER:  And I'll fill out the rest.

BY MR. MISTOLER:

Q.  I'm handing you Defendant's Exhibit number 1. Do you recognize this document I'm giving you?

A.  Yes.

Q.  What is this document?

A.  It's pictures of me and some of my friends.

Q.  You've seen this document before?

A.  Yes.  This was presented to me by Detective Stanley.

Q.  How did Detective Stanley give this to you?

A.  He showed this to me when I was being interrogated after my arrest.

Q.  Where did he interrogate you?

A.  Downtown Orlando.  I think it was, like, the headquarters.

Q.  Okay.

A.  Some room.



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.   I want you to take a minute and read this case info block here.  Just -- you can read it by -- to yourself.

A.   Okay.

Q.   Do you recall this -- the date here of April 3, 2013?

A.   This is the day we got pulled over.  Yes.

Q.   And it says, "An occupant of a silver four-door 2003 Volkswagen Jetta GLS, similar to the one pictured, bearing Florida tag M64-2EK was seen knocking on doors to different houses and then entering the backyard of 5075 Andrea Boulevard."  Were you in a car like this on that day?

A.   Later on in the day, I was in that car.

Q.   And was this car pulled over at some point?

A.   Yeah, we got pulled over.  It was already dark -- dark outside, so it was nighttime.  Yeah.  Just got done playing basketball.

Q.   Why did you guys get pulled over?

A.   I thought it was because we didn't put our turn signal on going into the gas station.  At least that's what the -- I think the cops told us at the time.

Q.   Okay.

A.   I don't remember.

Q.   Did they indicate that they had seen

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

individuals knocking on doors like this?

A. No.

Q. So is -- for these -- where it says, "knocking on doors," is that not you? Was it -- that they're talking about?

A. Not at all. No.

Q. You -- have you ever been to this area, 5075 Andrea Boulevard?

A. No. I don't even know where that's at.

Q. Do you recognize, like -- and I realize it says it's similar to this one, but do you recognize a car like that?

A. Dani had a silver Volkswagen. I don't know if it was the same model as this one. Hers looked actually a little newer than this.

Q. Okay. Was she driving when you all got pulled over?

A. Yes, she was driving. It was her car.

Q. Who kind of gave this description of, I guess, individuals in a car like this with the -- with the tag and fitting, I guess, the -- your images here? Do you know who, sort of, called this in to the police department?

MS. DILLON: Objection. Form.

You can answer.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

THE WITNESS: No.

BY MR. MISTOLER:

Q. But it's your testimony today that you were not, on April 3, 2013, knocking on doors and going from, kind of, house to house, and going into the backyard of different houses on Andrea Boulevard?

A. What -- what are you -- what are you asking me?

Q. It wasn't the best question.

A. Okay.

Q. So you -- you're saying that the description of individuals knocking on doors in different houses on Andrea Boulevard and entering the backyard of this particular residence, 5075 Andrea Boulevard, that was not you?

A. Correct. Not me.

Q. Why did they -- why was this bulletin generated, then?

MS. DILLON: Objection. Form. Foundation.

You can answer.

THE WITNESS: I have no idea.

BY MR. MISTOLER:

Q. Do you think it's kind of strange that a criminal information bulletin with your image and other individuals in the car was generated?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

A.  Do I think it's strange?  Yes.

Q.  But you have no idea why all of your images were put together like this?

A.  Well, the only reason I could think of was because we got pulled over, but other than that, I don't know why else our pictures would be together.

Q.  You weren't casing houses on April 3, 2013?

A.  No, sir.

Q.  Were you casing houses on any other day around this time?

A.  No.

Q.  This second photo is you, correct?

A.  Yes.

Q.  When was that photo taken?

A.  2011.  I'm not sure what the date was.  I just know that was the year my license was issued, and that's the picture out of my license.

Q.  Where were you during the day of April 3, 2013?

A.  April 3rd, when we got pulled over?

Q.  Before you got pulled over, what were you doing that day?

A.  Oh.  I'm pretty sure I slept in kind of late, maybe, like, until noon or 1:00.  I used to work late-night shift, so I used to wake up late.  And I was

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

getting ready for an evening shift, probably, like, around 5:30, 6:00, so I was probably just hanging out at the house, waiting to go to work soon.

Q.   If they pulled the tag and it was M64-2EK, and that was -- was that Dani's car?

A.   I don't know what her tag was, to be honest.

Q.   If somebody saw that car at this location and copied that tag -- strike that.

Why do you think someone gave this tag number matching Dani's car?

MS. DILLON:  Objection.  Form.  Foundation.

You can answer.

THE WITNESS:  I don't know.  I didn't even know or -- that somebody had done that.

BY MR. MISTOLER:

Q.   But this was definitely not you that -- whoever was knocking on doors on Andrea Boulevard?

A.   Correct.

Q.   Do you even know where Andrea Boulevard is?

A.   I have no idea.  No.

Q.   Where does -- where does Dani live?

A.   I don't know.

Q.   Where did -- at this time, where did Dani live?

A.   At the time, I don't know.  I never went to



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

her house before or anything.

Q. What's her connection to the rest of you all?

A. She was Karl's girlfriend at the time. And -- yeah. That was it. She was Karl's girlfriend. And Karl was Marquis's friend, and they would come over to the house and hang out sometimes.

Q. Are you aware of any involvement with law enforcement by any of these other individuals, not you?

A. No.

Q. Dani never had any troubles with the law, that you know of?

A. Not that I know of.

Q. What about Marquis?

A. Never.

Q. Karl, no problems?

A. No.

Q. None of them ever arrested, as far as you know?

A. I don't think so.

Q. Do you know if any of them would rob houses or anything?

A. No. I'm pretty sure they wouldn't.

Q. What makes you say that?

A. I've never seen them do anything like that. I've never seen them steal or anything like that, or

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

witnessed any type of criminal activity with them, so never really had reasons to think that way.

Q. Had you ever ridden with Dani before in her car?

A. If I did, maybe, like, one or two other times. I don't remember being in her car many times at all. That -- that probably was the only time I was in her car ever, to be honest. I don't remember ever getting in her car. I had my own car.

Q. What kind of car did you have?

A. I had a yellow Dodge Neon.

Q. It says the officers stopped the vehicle the same day and identified the four occupants below. So do you recall being pulled over?

A. Yes.

Q. What interaction did you have with the police?

A. It was very short. They searched the vehicle. Don't know why. They -- they told us that it -- it was because we didn't have our turn signal on. They -- they never told us it was because of anything else. They searched the vehicle. They didn't give us a ticket or anything. We kind of just went home after that.

Q. Where were you all going?

A. We were on our way back home. We were -- just got done playing basketball.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

Q.  And about where in town did they pull you over?

A.  It was on -- on Hoffner and Goldenrod at the Wawa.  We were turning into the Wawa, and they kind of just pulled in right behind us.  They were already behind us, apparently.  So we were -- I -- we -- I'm pretty sure we were stopping at the Wawa for -- for gas or something.  They just pulled in right behind us.

Q.  Did they indicate that they had seen a car with this tag or -- strike that. Did they indicate that somebody had seen this car with the tag, M64-2EK, earlier that day?

A.  Yeah.  No, they didn't mention anything about that.

Q.  Why do you think they generated this criminal information bulletin?

MS. DILLON:  Objection.  Form.  Foundation. Asked and answered.

You can answer.

THE WITNESS:  If I had to take a guess, it was because I had an Afro, and they were looking for somebody with an Afro.

BY MR. MISTOLER:

Q.  Do you think they were also looking for, like, a dude who looked like Marquis?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A.  No.  Because they were never questioned, or arrested, or -- or asked about anything.  It was just me.

Q.  They weren't looking for Karl?

A.  Nope.

Q.  They weren't looking for Dani, either?

A.  Nope.

Q.  So you think they put you in this picture only because you had an Afro?

MS. DILLON:  Objection.  Form.  Foundation.

You can answer.

THE WITNESS:  That's what I think.  Yes.

BY MR. MISTOLER:

Q.  Why would they put the other three in there?

MS. DILLON:  Objection.  Form.  Foundation.

You can answer.

THE WITNESS:  Just because we were all pulled over together.

BY MR. MISTOLER:

Q.  Okay.  Were you going to work that night?

A.  I was supposed to, and I didn't.

Q.  Why did you not go?

A.  Because I decided to go play basketball with my friends instead, and also because my work shift was, like, a three-hour rolling silverware shift that I



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900        www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

didn't mind skipping out on. Yeah. We had to just come in, like, once a week and roll silverware for, like, four hours at the restaurant. And that didn't pay much, so I didn't mind calling out that day.

Q. Did you call out often?

A. That was the only time I ever called out.

Q. That was at the BJ's job?

A. Yes.

Q. Did all of you play basketball that day?

A. Yes. Except Danielle.

Q. What was she doing?

A. I think she was just watching.

Q. What basketball court were you at?

A. Dover Shores Community Center.

Q. How many officers were involved in that incident where you were pulled over here?

A. I don't remember seeing, like, more than maybe three.

Q. Did they all talk with you?

A. I don't remember talking to more than one. I don't think so.

Q. Did they, like, ask you to get out of the car and --

A. Yeah. I remember getting out of the car and them searching the vehicle.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.   Okay.  But really, no, you don't -- you can't recall any discussions they had?

A.   No, not really.

Q.   What did you all think after that?

MS. DILLON:  Objection.  Form.  Foundation.
You can answer.

THE WITNESS:  We didn't really think anything of it.  We didn't get a traffic ticket.  I mean --

BY MR. MISTOLER:

Q.   You weren't like, oh, that was weird?

A.   Yeah.  We -- we didn't really think -- I just thought they -- I thought my -- I thought she forgot to put her blinker on, and I really thought that's all that was.

Q.   Did you think it was like, oof, we're lucky that -- didn't get a ticket or whatever?

A.   I was in the back seat, and it wasn't my car, so I -- I was never really concerned, to be honest.

Q.   What about the other guys, Marquis and Karl?

A.   No.  We weren't doing anything wrong, so we weren't really worried about anything.

Q.   Was Karl in the front-passenger side?

A.   Yes.

Q.   And Marquis was in the back-left -- or back with you?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A. Yeah. He was in the back seat with me.

Q. You went home after that incident?

A. Yes.

Q. And just sort of went on with your day and night?

A. Yes.

Q. When was the next time you would go to work?

A. I don't know if I had to work the next day or not, but -- yeah. I don't -- maybe the next day.

Q. Okay. You said it was, like, midday when you were pulled over?

A. No. We got pulled over, it was nighttime already.

Q. Did Dani have a car -- a Jetta like that?

A. She had --

MS. DILLON: Objection. Form.

You can answer.

THE WITNESS: She had a Jetta, yes. I remember her having a Jetta.

BY MR. MISTOLER:

Q. And you have no idea who would've indicated that there was a -- an occupant of that Jetta knocking on doors?

A. Nope.

Q. Okay. After this, what was the next sort of

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com
ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

involvement with this case?  Were you arrested later --
sometime later?

A.  After this traffic stop, yeah, I think -- I think I got arrested, like, two or three weeks after.

Q.  Were you also pulled over in a stop on a different night?

A.  I don't think so.

Q.  Not on April 9, 2013?

A.  Pulled over April 9th?  I don't remember.  I don't think so.

Q.  Just -- so, really, it was -- you just recall being pulled over on this one --

A.  Uh-huh.  Yes.

Q.  -- for this one incident?  Was this on -- were you pulled over on the 3rd?

A.  I don't remember the exact date, to be honest.

Q.  Okay.  Just recall that it was nighttime?

A.  Yeah.

Q.  What were you doing when you got arrested?

A.  I was in -- in my living room, waiting for the maintenance guy to come fix something in my bathroom.  I was at the house.

Q.  What was -- what needed fixing?

A.  I think it was, like, something with the floors or the sink.  I couldn't remember.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.  What time of day was it?

A.  It was -- it was early in the day.  It was, like, noon-ish, probably.  I was just waiting for the maintenance guy to come to the house.  And they -- U.S. Marshals came to the house, and they arrested me in my living room.

Q.  What went through your mind at that point?

A.  Very confused, upset, because they didn't want to tell me why I was being arrested at first.  Mostly confusion and -- yeah.  Just confusion and -- and upset.

Q.  Was Marquis also home on that day?

A.  Yes.

Q.  Did they -- somebody knocks at the door, and one of you goes and answers?

A.  Yes.  Marquis opened the door.

Q.  What did they -- could you hear them at the door on that day?

A.  No.  They just knocked, and we thought it was the maintenance guy, so we kind of just opened the door.

Q.  Do you recall the date of that arrest?

A.  The actual date?

Q.  Yeah.

A.  I know it was, like, April.  Maybe April 20-something.

Q.  I think I had April 24th.  I'm not trying to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

-- 

A. Yeah. That sounds -- that sounds close. Yeah. All right.

Q. So you were just at home. Were you planning on going to work at that -- on that day?

A. I don't. I'm -- I'm -- I don't think so just because Jasmine was also at the house, and -- so I don't -- I think I had the day off that day.

Q. Did you share with Jasmine this incident where you were pulled over at the Wawa?

A. Yes. She knew about it.

Q. Did she have any thoughts?

A. No. We didn't -- nobody really had a reaction to it. We just thought it was a regular traffic stop.

Q. How many officers showed up to arrest you on that day?

A. I want to say it was more than five. I was kind of blindsided by the whole situation. I couldn't really tell how many people were around me, but definitely more than a handful of -- of people.

Q. Can you remember what they told you?

A. I remember them saying there was a warrant out for my arrest, and it was something along of -- the lines of a burglary. And that was it. They put me in a back of the cop car, and I went downtown to talk to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Stanley.

Q. Did you talk to him shortly after that or on that same day?

A. Yeah. I remember going straight to the police station, and he -- I went to he came to talked to me in the room.

Q. Did you -- when these officers showed up and they're kind of, I guess, putting you in handcuffs, were you protesting, or do you recall saying anything to them?

A. Yeah. I was just telling them that they got the wrong guy and they're making a mistake, there's no way this could be happening. It wasn't a long conversation at all.

Q. Did you think back about this pullover incident at all and think that it could have been to related --

A. Tied to it?

Q. -- to it?

A. Nope, I didn't think about this incident at all until after they brought it up. I didn't think it had anything to do with it.

Q. Where did they take you?

A. Just an interrogation room somewhere downtown. I'm pretty sure it was at the police headquarters.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.  And what was -- what kind of -- what time of day was that?

A.  Afternoon.  It was already -- it was, like, early daytime, because I remember bonding out that night and coming out.  So -- yeah.  It was noon-ish, maybe.

Q.  You talked to Stanley at the --

A.  Yeah.  Probably, like, somewhere, like, in the afternoon.

Q.  What was the conversation that you and he had?

A.  He just showed me this lineup here and asked me if that's me, and I said yes.  And he told me, well, we have two people saying that you did this, so you might as well fess up to it.  And I had no information for him.  I didn't know what he was talking about, so kind of just went to jail that night and -- what -- kept waiting for court dates, and trials, and stuff like that.

Q.  In the interactions with him, did you protest or, you know, say that it wasn't you?

A.  Yeah.  I -- I always told -- I kept saying -- telling them that it wasn't me, they got the wrong guy, I don't -- I don't know who they're looking for.  He showing me a picture of me with an Afro, and I don't even have an Afro at the time.

Q.  Well, what did your hair look like at that

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

time?

A.   I had, like, a long ponytail at the time. Because it was in 2013.  This is 2011.  He's showing me a two-year-old picture of me.

Q.   Do you have photos of yourself around that time?

A.   I had some.  I'm pretty sure we submitted some to the Court at the time.  Right now, I might be able to -- to dig some up.  I can't -- I can't recall if I do or not.

Q.   How long did they keep you there that day?

A.   I was there for -- at their interrogation or at the jail?

Q.   Yeah.  Talking -- well, I guess --

A.   The interrogation room?  It was a -- it wasn't long at all.  Just -- I had no information for them so --

Q.   And just --

A.   It was --

Q.   How long were you there at the jail, just generally?

A.   Just a few hours.  I bonded out right away.  I would say maybe, like, six hours or something.

Q.   Was that something that you paid yourself?

A.   The bond?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900        www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.   Uh-huh.

A.   No.  Jasmine and Marquis helped.  They put -- they -- they both got me out.

Q.   How much was the bond?

A.   Oh, I think it was, like, a $5,000 bond.

Q.   Is that something that they -- that you were going to pay them back for?

A.   We didn't really discuss that.  Yeah.  Well, we paid a percentage of that, so it wasn't, like, a whole 5,000.  I think we paid, like, 500.  No.  We didn't -- nobody discussed it.  We kind of -- it was a -- like a no-hesitation type of decision.

Q.   Okay.  Did you kind of discuss, like, thanks so much.  I'll pay you guys back?

A.   I think we were all just young and -- and ignorant that we -- we knew I was innocent, and we came home.  And we were thinking we were going to go to court and win eventually, so there wasn't really much stress about it.

Q.   Did you get an attorney at any point at that time?

A.   No.  Just because I didn't feel the need to.  I knew I was innocent, and I thought the truth was going to speak for itself, so I never bothered to get an attorney -- a paid-attorney.  And until it was -- when I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

started looking for an attorney, it was kind of a little too late.  They were asking for money I didn't have.  So no, I never really got an attorney.

Q.  Well, did it concern you that Stanley indicated there were -- I think you said there were two witnesses that had identified you?

A.  I didn't think it was true.  I figured there was no way that two people could be identifying me when I didn't do anything, so I didn't think much of it.

Q.  Did they tell you -- did Stanley tell you much about the incident, and the burglary, and why you had been arrested?

A.  No.  He just told me that he has two eyewitnesses pointing at my picture, and that was it.

Q.  Was that your first time ever meeting Stanley?

A.  Yeah.

Q.  You didn't ever know him beforehand?

A.  No.

Q.  What did -- what was your impression of him?

A.  Not much of an impression.  I mean, I knew he had the wrong guy so -- I was just kind of upset that they could make a mistake like this.

Q.  Did you express all that to him?

A.  Yeah.  I told him that he had the wrong guy, and I told him that they're looking for an Afro that I

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900      www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

don't have, and I don't know what he was talking about, and I had no information for him.  And I kind of just stuck to that.

Q.  Did it seem like he had it out for you?

MS. DILLON:  Objection.  Form.  Foundation. You can answer

THE WITNESS:  A little bit.  Just because I was the only Afro in the lineup, I feel like I was being kind of singled out.

BY MR. MISTOLER:

Q.  When you say "lineup," you mean this information here?

A.  Just -- that and the other lineup.

Q.  Was it this one?  I got to put a number on it before I give it to you.  All right.  This has been marked as Defense Exhibit 2.  Do you recognize this photo?

(Exhibit 2 was marked for identification.)

A.  Yes.

BY MR. MISTOLER:

Q.  Or this document, I should say?

A.  Yes.

Q.  What is this document?

A.  This is the photo lineup for the witness identification.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.   And so you were just talking about a lineup. Is this what you are -- were referencing?

A.   Yeah.  Kind of both, really.

Q.   Did somebody -- both of them?  Of this and the other?

MR. MISTOLER:  Keep it close.  I'm sorry. We'll keep it just here.

THE WITNESS:  So Stanley showed you both of these documents?

No.  He only showed me this one.

BY MR. MISTOLER:

Q.   Okay.  So at what point -- you're referencing a lineup and you're saying, no, I'm the only guy in that lineup.  Is that -- you learned about this later?

A.   Yes.  And then this one.  Because he said that they were looking for somebody with a lineup.

Q.   What do you mean they were looking for somebody --

A.   Oh, somebody with a -- an Afro.

Q.   Okay.  When was -- this is your photo in number 2, correct?

A.   Yes.

Q.   And Exhibit number 2?

A.   Yes.

Q.   When was this photo taken?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A.   No idea.  Maybe that -- I think that might have been from my -- when I had my ID before my license, I think.

Q.   So an earlier photo than what we see in Exhibit 1?

A.   Correct.

Q.   And so when you look at this, you feel like you're the only person with an Afro style haircut in this lineup?

A.   Yes.

Q.   Okay.  And you kind of indicated that -- and I'm sorry.  I think -- how did you say -- did you think Stanley, he did have it out for you or what?

A.   Yeah.  Just because I'm the only person with an Afro and the victim was trying to say that it was somebody with an Afro in his house.

Q.   Did he convey that message to Stanley?

MS. DILLON:  Objection.  Asked and answered.

You can answer.

THE WITNESS:  Me and Stanley's conversation was very short, you know.  He just told me that if I would admit to the crime, it would be a lot less harsh on my -- on me.  And I might as well fess up to it.  I told him I didn't know what he was talking about.  And that was kind of it.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

BY MR. MISTOLER:

Q. Okay. So you bond out and you go home that night?

A. Yes.

MR. MISTOLER: Okay. We've been going for another hour -- an hour, so let's take a break.

(A recess was taken.)

THE REPORTER: We are back on record.

You may continue.

BY MR. MISTOLER:

Q. The date of incident that was involved in this issue was April 9, 2013. That's when Mr. Gonzalez has testified that he came home. He encountered some burglars. He testified that you were one of those individuals.

Were you there on that day? Were you were you one of the burglars in Mr. Gonzalez's house --

A. No, sir.

Q. -- or condo? Sorry.

A. No.

Q. Where were you on that day?

A. I don't know. Probably work, if I had to take a guess. It's a regular day. I don't know exactly what I was doing that day. A long time ago.

Q. That's not something like it. You haven't,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

like, thought about that, of lining up your story or anything for -- to, you know, say where you were on that day?

MS. DILLON:  Objection.  Form.

You can answer.

THE WITNESS:  I don't know anything about the burglary, or when it happened, or where it happened. So I'm pretty sure at the time, I -- I did line it up, and I came to the conclusion that it was a work day.  But just now I can't -- I don't remember.  But it was probably just a regular work day for me. Waking up late.  Going to work.

BY MR. MISTOLER:

Q.  At BJ's still?

A.  Yeah.  At BJ's.

Q.  Okay.  In between being released on bond and the next appearance at court, were you given information by the police department?

A.  No.

Q.  How did you know what to show up to next?

A.  I'm not sure.  Probably -- I -- I don't remember even meeting my public defender or anything.  I -- I'm pretty sure I got, like, a court date or something, and I just showed up.  Yeah.

Q.  In between that time, what did you do?  Were

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

you just working?

A.   Yeah.  I was going to school to do the x-ray stuff, and I was just working.  I just kind of went about -- I just went about my life.  I wasn't really too stressed out about it.  I thought my innocence was enough to, you know -- maybe all -- all this would just blow away eventually.  So I -- I didn't really give it much thought.

Q.   Were you worried?

A.   At first I wasn't worried because I was just relying on my innocence and my truth.  But when I started going to court, and they started actually having these witnesses saying it was me, and me realizing the severity of the situation, like, I -- I started to get a little nervous, just because I saw that they were already trying to pin this on me.

Q.   Were you surprised how adamant the witnesses were?

MS. DILLON:  Objection.  Form, foundation.

You can answer.

THE WITNESS:  Yeah.  Very surprised.  I've never seen him in my life.

BY MR. MISTOLER:

Q.   And specifically the victim has never recanted or changed his opinion of what happened that day.  Is --

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900       www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

do you find that surprising?

A. Yes. Well, he's the victim, so I -- I also don't expect him to change his story.

Q. Why do you say that?

A. Just because he's the victim in the case, and obviously he wants somebody to be held liable for the situation.

Q. Why do you think he chose you or selected you?

MS. DILLON: Objection. Form. You can answer.

THE WITNESS: Well, I think it's because he wasn't really given many other options to pick from.

BY MR. MISTOLER:

Q. Are you aware that he could have not chosen you from that lineup?

MS. DILLON: Objection. Form.

You can answer.

THE WITNESS: Yeah. I guess.

BY MR. MISTOLER:

Q. And that he was adamant that you, you know -- he saw your face and he thought that you were the individual who was -- he encountered during the burglary in his home?

A. What's the question?

Q. That's a -- that is a good question right there. I guess, does it surprise you that he's been

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

adamant so -- all this time that you were the individual in his home at the time of the burglary?

MS. DILLON: Objection. Asked and answered.

You can answer.

THE WITNESS: Yes. It's surprising me.

BY MR. MISTOLER:

Q. And not only that, it -- why do you think he -- when he saw the photo of you, and he could have said, no. None of the -- none of these individuals in this lineup where at my house, why do you think he was so certain that it was you?

MS. DILLON: Objection. Form. Foundation.

You can answer.

THE WITNESS: I'm not sure. Maybe because I was the only Afro in the lineup.

BY MR. MISTOLER:

Q. Mr. Gonzalez said that the individual he encountered, he had a pretty good look at that person. And based on that, based on as this individual ran away from him and that individual looked back, that, you know, he was kind of certain that it was you that's -- why do you think he was -- has never changed his testimony regarding that?

MS. DILLON: Objection. Form. Foundation.

You can answer.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

THE WITNESS: I just feel like he didn't really have any -- anybody else to point at. He was looking for somebody with a certain type of hairstyle, and he was presented with -- with a lineup that I only have that hairstyle. So I just feel like he wasn't really given any other options, or legit options at that.

BY MR. MISTOLER:

Q. Do you know whether he was presented other lineups of maybe some of the individuals we saw earlier in the criminal bulletin?

A. No.

Q. But as far as you know, or as far as you can recall, you were at work that day?

A. Yes.

Q. Have you ever turned over, like, time sheets or anything to show precisely that you were at work?

A. No.

Q. Why not?

MS. DILLON: Objection. Form. Foundation.

You can answer.

THE WITNESS: It was never really brought up. Like I said, I don't -- I'm not sure if I was at work or not. I'm -- I'm just assuming I was. If it was a regular day, then I was just thinking I was at

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

-- at work but --

BY MR. MISTOLER:

Q.   With a -- this -- with a situation like this, you didn't think to precisely pinpoint where you were on the 9th of April?

A.   Yeah.  I actually did give it some thought, but I didn't think it would do anything because I worked night shifts, and the burglary supposedly happened at 7:00 in the morning.  So me proving that I was at work at 6:00 in the afternoon wasn't really going to do anything for me.  That's -- maybe that's why.

Q.   Were there any individuals that vouched for you and said, oh, yeah.  I saw him that -- in the morning and --

A.   Yeah.  My -- my roommate, Marquis, he testified and said that I was home.

Q.   So -- okay.  So you were at home?

A.   Yeah.  Yeah.  I was -- definitely at the time of the burglary.  I never did anything at 7:00 in the morning.  I used to sleep, like, most -- to, like, noon every day because I worked the night shift.  So I'm not 100 percent sure, but I am, like, 80 percent sure, 90 percent sure that I was at home sleeping at that time.

MR. MISTOLER:  I had a little map here.  Madam Court Reporter, I'm sorry, I'm going to use your

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

stickers now. So I'm handing you Defense Exhibit 3.

(Exhibit 3 was marked for identification.)

BY MR. MISTOLER:

Q. Do you know what this is, sir?

A. I see Curry Ford and Semoran intersection. So I don't know where it is.

Q. Okay. I've taken this from Google Maps as you can see. Would you agree with that?

A. Yes.

Q. So as you look at this map, would you be able to point to, say, the residence of Mr. Gonzalez, the victim of the burglary that day?

A. Nope.

Q. How about the 5075 Andrea Boulevard address? Would you be able to pinpoint that on the -- on this map?

A. No.

Q. And is that because really you never were at both of those places on either March 3rd or -- excuse me, April 3rd or April 9th?

A. Correct.

MR. MISTOLER: Okay. I -- I'm going to hand it to the court reporter.

BY MR. MISTOLER:

Q. Do you recall the criminal trial?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A. For the most part.

Q. Do you recall Mr. Gonzalez giving his testimony that day?

A. Yeah. A little bit. It was a little -- just ten years ago, but I -- I remember.

Q. Sure. And a -- and a pandemic ago.

A. Yeah.

Q. Did he identify you that day in court?

A. I'm pretty sure he did.

Q. Like on -- like you see on TV where it's like, that's the guy. Like, did he do something like that?

A. Yeah. I think they asked him to, like, point at me and -- or point at the accused, and he pointed at me.

Q. And I think there was another witness, Ms. Bethany -- I'll call her Bethany S. I think her last name is Szenczyk. Do you recall that she identified you also that day?

A. Yes. Yes.

Q. Did Detective Stanley also give testimony that day?

A. If he did, I don't remember it, or it was short or something like that. I don't know.

Q. As the process was -- strike that. As the criminal trial was proceeding and these individuals were


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

giving their testimony, what was kind of going through your head?

A.   I was -- I was in shock.  I couldn't believe they were really -- I was really in a trial for something I didn't do.  I was just scared and confused.  And that was pretty much all I felt.  I -- I didn't know what was going on.  I -- I'm in a courtroom, and people are deciding my fate, people I've never seen before for something I've never done before.  So it was -- it was a little scary.

Q.   Did Marquis testify also on that day?

A.   Yeah.

Q.   What did he say?

A.   That I was at home sleeping that day, and that we spent, like, almost every day together.  And, you know, if -- he would've known if I had left the house or anything like that.  Yeah.  Something along those lines.

Q.   Do you know whether Karl Jeudy testified?

A.   No.  He -- he didn't.

Q.   What about Danielle, or -- we've been calling her Dani.  Dani -- how do I say her last name?  Colon?

A.   Yep.  Nope.  She wasn't there, either.

Q.   Were those individuals that you wanted to testify or give a statement or something?

A.   Well, they were -- they were just with me

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900      www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

during the traffic stop.  Other than that, I didn't really, like, spend time with -- too much time with them for them to, like, you know, know my routines or anything like that.  So no -- no.  I didn't really think they would've helped or -- or did damage to anything.  They were kind of useless.

Q.  In between the trial and the sentencing hearing, was there a bit of time in between those two dates?

A.  Yes.  From the time I lost trial to the sentencing?

Q.  Yes.

A.  Yes.  Three months.  I remember sitting in jail for three months, waiting to get sentenced.

Q.  What jail were you at?

A.  Orange County.

Q.  Is that, like, 33rd?

A.  Yes.

Q.  What kind of area were you staying in?

A.  I remember being in, like, a -- an area where they, like, allowed inmates to, like, work and be a little more free than the other -- it was, like, a low -- what do you call it?  Like, a low --

Q.  Security?

A.  -- low custody type of thing.  Like, you know,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

you have your different levels, you know?  People -- obviously, they separate people who commit murder versus the people who did, like, a petty theft or something. So I was, like, in the lower level of the inmates.

Q.  And you were there, I know you just said it, for two months?

A.  I think it was three months.  Yeah.

Q.  What was your day-to-day like there?

A.  I remember just working, just, like, feeding, like, the -- like, the handicapped inmates, you know? We had to go, like, feed them.  Like, that was one of my jobs.  Cleaning and -- very stressful.  And just knowing that I was about to get sentenced in three -- and in the next three months.  And knowing that I just got found guilty, not knowing how much time I'm going to get.  It was just a really -- really stressful time.

Q.  Is that a time -- did then -- excuse me.  Is that a time when you talked to other individuals at the -- is it -- it's a prison at that point, or is it the jail --

A.  No.  A jail.

Q.  How do we say it?  A jail?

A.  Yeah.  This is at the jail.

Q.  Did you talk with other individuals at the jail?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A. Not -- not much -- not much conversation other than probably somebody sleeping next to me or something, chitchat a little bit. But no.

Q. How was the sleeping arrangement set up there?

A. Yeah. It was like a -- half of the time I did, like, an open -- I was in an open-bay dorm, which is, like, just a big room with a bunch of bunk beds. And then I did some time at the other department where you actually spend most of your day inside a cell with somebody, and you come out for, like, an hour or two to watch TV. And -- and that was about it. So yeah.

Q. How did they determine what bunk you received at the jail?

A. I don't know. I think it just depends on your charges, to be honest. And that -- that depends, like, what side of the jail you're going to?

Q. Did you have any communication with your family at this time? And maybe I'll back you up to, you know, when you get arrested, did you communicate with your family?

A. Yeah. I think so. I mean, made some phone calls here and there.

Q. Yeah. When you were arrested, who did you call?

A. Probably -- probably like -- I don't know if

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

it was Marquis or Jasmine, or one of them two.  Who -- I don't remember which name -- which number I remembered by -- by heart.  But yeah.  It was one of them two.

Q.  And then you were released on bond.  And did you communicate with your family at that point?

A.  Yeah.

Q.  What was the message that you gave to your mom?

A.  Nothing.  I told her that I had got arrested.  And I told her what the charges were.  And I kind of just told her not to worry about it just because I felt like there was nothing to worry about.  So my mom kind of just took my word for it.  She -- she thought it was not -- not a big deal type of thing.  I didn't think it was a big deal type of thing.  And we kind of just went on with our lives, waiting for a court date, you know?  I continued to go to school, and I continued to go to work.  Yeah.  I was just -- I was just thinking that one day, this was all going to go away.  So that's kind of how I went about my day.

Q.  Was your mom scared for you at all?

A.  I think so.  Yeah.  She -- I don't think she knew the severity of the situation because I didn't, either.  Because I wasn't worried, she wasn't worried.  But, you know, obviously we ended up going to trial, and

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

people are pointing their fingers at me.  So that's when
we kind of started getting a little concerned.

Q.  Did your mom go to that criminal trial?

A.  No.  It was just Jasmine.

Q.  Why did your mom not go?

A.  I told her not to.  I told her I was going to
win, and I'll be home.  So I told her not to worry about
it.  I didn't really -- I thought I was going to win, so
I just told her, don't worry about it.  And I didn't
want her to be there.

Q.  What about your stepfather.  Did you want him
there?

A.  No.  I didn't want anybody there.  I honestly
thought I was going to win, which is why I, like, just
took Jasmine with me.  Yeah.

Q.  What was the reaction from your little sister
when she also learned of your arrest?

A.  Yeah.  She -- from what I heard, she fell into
a little bit of depression.  I went -- I got handcuffed
right when I lost trial and never came back home, so I
wasn't around for it.  But my mom told me she went
through some depression, you know, to the point where
she tried to hurt herself and stuff like that, you know?
My mom fell into depression, Jasmine, everybody.  Yeah.
Those type of things.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Q.   When you were at the jail waiting for the sentencing, did you get into any trouble at the jail?

A.   I had -- yeah.  I think they -- they put me in a box for, like, ten days.  I -- I -- something about me refusing to work or something like that.  That -- that's what -- that's their -- that was their reasoning, I think.  They were saying that I -- I was refusing to work or something like that.  So I don't remember that though, I think.

Q.   Why did they say you were refusing to work?

A.   I'm not sure.  I think it was just kind of a misunderstanding type of thing.

Q.   What was the situation?

A.   I don't remember.  I think the officer wanted me to do something, and I don't know if I told her I already did it, or -- it was, like, a misunderstanding type of thing.  And she didn't want to talk.  She was in a -- she looked like she was in a bad mood type of thing.  So next thing I know they came, and got me and put me in a box, and wrote me up for refusing to work.

Q.   Is that, like, solitary?

A.   Yeah.  It was, like, solitary for, like, ten days.

Q.   How did you -- how did that make you feel?

A.   Another depressing situation, you know?  It's

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

pretty much stuck in a closet for ten days.

Q. What -- is there, like, a bed in there, and it's just you alone?

A. Yeah. It's just a bunk bed and a toilet.

Q. No other person in there with you?

A. With another person in there.

Q. Another. Would you talk with that other person?

A. Yeah. We would play some chess games, and card games, and stuff like that to make time go by. And that was about it.

Q. So it's not, like, solitary?

A. Correct.

Q. You are with another person?

A. Right.

Q. In those situations, do you -- are you able to -- and I'm talking about in the box. Do you go outside at all or --

A. No.

Q. -- is it just in that room?

A. You are stuck in that room for ten days.

Q. And that was while you were in the jail?

A. Yeah.

Q. Did you make any friends while you were at that jail?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

A. No.

Q. Just mostly kept to yourself?

A. Yes.

Q. Can you recall people visiting you at that time?

A. Jasmine. I think Marquis came once or twice. That's about it. Yeah.

Q. Did your mom --

A. I think -- I think my mom showed up, too. I wasn't there for long, so, like, three months. I think my mom showed up. They only allowed, like, a certain amount of visits per week or something like that. And I know Jasmine took up most of them.

Q. Okay. How about any of your other family members? Did your dad visit?

A. No. They -- they all started to, like, visit me because in the jail, it's only, like, a video visit. So it was only, like, 45 minutes. So I started seeing them -- more visits from them when I went to prison.

Q. Okay. So you're there for a few months and you are brought back to the courtroom for sentencing?

A. Correct.

Q. And what did the Court tell you at that time?

A. I was going to be sentenced to 30 months in prison with five years of probation.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Q.  Did you have a reaction to that?

A.  Yeah.  I was -- I was -- I started crying.  I was upset.  I was sad, you know?  I was just -- I knew -- I had already got found guilty three months ago, so I kind of went through the whole devastation thing for the most part.  But yeah, I was just very upset.  I was actually scared that I was going to get, like, 20 years because that's what, like, the judge said that my charges carry.  So -- but no.  That was -- I was just --

Q.  So you're almost relieved that you didn't get 20 years?

A.  Not necessarily relieved, but the -- definitely not -- not relieved that I'm -- I'm not getting 20 years.  Do you know what I'm saying?

Q.  Uh-huh.  So after that sentencing hearing, you're taken to the -- well, where are you taken at that point?

A.  I was transferred to the Central Florida Reception Center.  And then from there, I spent, like, a couple -- like, maybe, like, a week or two there before I got sent to another prison, the Taylor Correctional Institute.

Q.  Where's Taylor?

A.  It's Perry, Florida.  The county is Taylor.

Q.  And so there, you had a room and you had a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

roommate?

A. No. That was also, like, an open-bay type of thing, a bunch of bunk beds in one big room.

Q. And was there any way that you were determined, oh, this is your bunk? Was it assigned, or how did that work?

A. Yeah. They would just tell you what room and bunk number to go to and --

Q. What was your day-to-day like at Taylor?

A. Just -- just long and hard -- hard time. You know, you got a lot of stuff going on around you. But they give us jobs. Everybody gets jobs. I was working in the kitchen for a while. I was the medical orderly for a little bit, too. Sometimes you get, like, landscaping jobs or stuff like that. So they'll give you, like, an occupation to, kind of, go do day-to-day stuff.

Q. What did you do in the kitchen?

A. I was just, like, washing dishes and stuff like that, and cooking.

Q. How about with the medical orderly? What does that involve?

A. Yeah, just keeping -- keeping the areas clean, taking out trash, cleaning up, stuff like that.

Q. You said there's a lot of stuff going on

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

around you at that point.  What do you mean by that?

A.  Just, like, being in an open-bay dorm with, like, all these people around you, you're not -- you don't have, like, your own room.  So, you know, you -- she -- everybody has, kind of, got their own thing going on.  Wait, what's the question?

Q.  Just there's a lot going on around you.

A.  Yeah.

Q.  And just I wanted you to elaborate on that.

A.  Yeah.  Just inmates with their own activities, you got, like, gang members and violence around you and stuff like that, that, you know, you really have no control of.  So it's, kind of, like, makes it a little uneasy to -- to relax, you know?

Q.  Did people try to get you to join a gang?

A.  No.

Q.  Did you join any gangs or groups in there?

A.  No.

Q.  And you -- I think you said earlier, but you were not in a gang before you went to --

A.  Correct.

Q.  -- where you were sentenced?

A.  Correct.

Q.  Did people just, like, mess with you sometimes?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.  Not necessarily, no.  I never really got picked on.

Q.  Just kept to yourself, mostly?

A.  Yeah.

Q.  Did you have any friends or acquaintances that you made in there?

A.  Not really.  I was just trying to, like, do my time and go home.  I knew that the guys around me had life sentences and 40, 50 years to do so, you know, kind of, just keep to yourself and -- and stay out the way type of mentality.

Q.  Did you have any disciplinary issues at the Taylor correction?

A.  No.

Q.  Nothing like the box you talked about, being put in the box or --

A.  No.

Q.  -- no solitary or anything like that?

A.  No.

Q.  When you were at Taylor, who would visit you?

A.  Just Jasmine, and my mom, and my sister, stepdad.  Marquis came to see me once.  And I think that was about it.

Q.  Were the visitation rights, or how many visits you could have a week or whatever, was that different

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

than at Orange County Jail?

A.   Yeah.  I think Orange County, you can get a visit, like, any day of the week.  In prison, you can only do visits on weekends.

Q.   About how often -- or well, strike that. About how frequent would your mom visit you?

A.   Not -- not too frequent because I was four or five hours away.  They would try to come see me, like, maybe once every couple weeks, maybe, like, once every other month type of thing.  Other than that, we just kept in contact with the phone.

Q.   How about Jasmine?  How often would she visit you?

A.   Maybe, like, once a month.

Q.   Were you able to call people at all, like use it -- a telephone or anything?

A.   Yeah.  We were able to use phones.

Q.   And who would you call?

A.   I would just talk to Jasmine and my mom.

Q.   Did you keep in touch with Marquis at that time?

A.   A little bit.  Not much.

Q.   Were you able to, like, read or do any pastimes like that?

A.   Yeah.  There was -- there was books available.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

Not -- not really, though, other than that. Just -- I don't know, enjoy TV time and maybe go outside for a little bit, but that wasn't very fun either so --

Q. But really you didn't talk with very many people there?

A. I -- I talked -- I talked to, like, the guys around me and stuff, you know? But definitely didn't, like, try to make friends with anybody. It was kind of hard to trust people, you know? You don't -- you -- you don't know what people are in here for. So you don't really want to -- it's not really the place to make too many friends, you know?

Q. Do you recall any individuals you did speak with?

A. Just whoever was, like, a neighbor of mine or any -- something like that.

Q. Do you recall any names of those people?

A. No, not really. I was -- I was moving around a lot in there, too. Like, sometimes they swap us to another dorm, or the guys next to me will get moved or transferred. So there was a lot of movement going on also so -- but yeah, no.

Q. For your entire sentence, were you at Taylor?

A. There was times where I was, like, transferring back to Orlando to go to outside court. So

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

I, like, stood in a -- a couple other places on the way back here. But yeah, most of my time was at Taylor.

Q. Okay. Were you up -- did you ever sustain any injuries, or were you hurt while you were in prison?

MS. DILLON: Objection. Form. Foundation. You can answer.

THE WITNESS: Yeah -- yeah. I had hurt my toe. I remember I had to go to -- I had got cut because of a rock while I was outside.

BY MR. MISTOLER:

Q. So you hurt your toe on a rock and --

A. Yeah.

Q. Okay. Okay.

A. I had to get -- I don't know. I almost had to get stitches, but I didn't.

Q. Was that just, like, you didn't see the rock and you stepped on the rock or something? Or what happened there?

A. Yeah -- yeah. It was -- it was something like that. I had, like, not the best shoes on. I had, like, Crocs on, and I think I was, like, jogging or something. And yeah, I had messed up my toe. And I had gotten to, like, a scuffle one time over a cell -- over the phone use. So some guys tried to put their hands on me about it and stuff like that. So I had to defend myself.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q. Was it a fight ensued after that?

A. It -- it -- yeah, pretty much. It was more of me defending myself.

Q. Were you hurt in that action?

A. Yeah. I was a little banged up.

Q. How were the other guys?

A. Probably not. It was probably not hurt that much.

Q. Was that something that, like, led to discipline, or that was just, like, something that happened and --

A. Yeah. No, it was -- it was something that happened, kind of, off the scene. And it was -- happened very quick. Yeah. It was just a misunderstanding about phone use. I guess I was using the phone when it was supposed to be his turn, and I didn't know. And he was upset about it. So I had to defend myself.

Q. Any other instances where you were -- got injured or anything?

A. I twisted my ankle playing basketball. I don't know if that counts or anything.

Q. Sure. That was just, like, a -- you stepped wrong, though. That wasn't --

A. Yeah. No, there was a pothole under the hoop.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

It wasn't even -- we weren't even supposed to be playing basketball under there.  Yeah, I twisted my ankle, and my ankle was swollen up for months after that.

Q.  How's your ankle now?

A.  It's never been the same.  I'll tell you that.

Q.  Did you ever have it looked at?

A.  No.

Q.  Even after you got out?

A.  Yeah, I never really got it looked at.

Q.  What about your toe?  Is your toe okay now?

A.  Yeah, it's fine now.

Q.  And really from -- with the incident over the phones, are you okay from that incident?

MS. DILLON:  Objection.  Form.

You can answer.

THE WITNESS:  I mean, I'm not okay about it. You know, I kind of have to go through it.  I mean, as far as, like, any injuries -- sustaining any injuries?

BY MR. MISTOLER:

Q.  Yes.  Physically?

A.  Yeah.  But mentally, it's definitely taken a toll.

Q.  Did you complete your full sentence?

A.  Yes.  I did two -- well, I was sentenced 30

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

months, and I ended up doing 24 months with the gain time privilege, whatever they call it.  And then I did five years of probation.

Q.  So you, kind of, got out a little bit early?

MS. DILLON:  Objection.  Form.  Foundation.

You can answer.

THE WITNESS:  I -- I guess, yeah, like, six months earlier than --

BY MR. MISTOLER:

Q.  Was that -- did you meet some requirements and you qualified to get out?

A.  Yeah.  Most people get that.

Q.  Okay.

A.  If you don't -- everybody gets that 85 percent, kind of, minimum type of thing.  Yeah.  You, kind of, have to earn that.

Q.  And then you were let out on probation?

A.  Yes.

Q.  And that was a five-year process?

A.  Yes.

Q.  Are you still on probation now?

A.  No.

Q.  No.  Did you have any trouble completing your probation?

A.  No.



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

Q.   Were there any violations or anything of your probation?

A.   No.

Q.   What was involved with that?  You -- do you move and you -- you're -- where did you live, I guess, after you got out of the prison?

A.   Yeah.  I lived in Ocala for two years.  And then after those two years, we moved down back to Orlando.

Q.   Who is "we"?

A.   My family, my mom, sister, dad.

Q.   And so you moved in with them?

A.   Yeah.  When I got out, I had to go move with them in Ocala.  I had nowhere else to go.

Q.   That -- okay.  And they had the house at this time in Ocala?

A.   Yes.

Q.   Was your family happy to have you home?

A.   Yes.

Q.   You're still dating Jasmine at this point when you get out, correct?

A.   Yes.

Q.   Where did she live at that point?

A.   Same place.  She always lived at Orlando over at there at Chickasaw Trail with her mom.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Q.  How about Marquis?

A.  Marquis, at the time, had got another apartment at the same place we used to live at.  He just got, like, a one-bedroom so --

Q.  Did you see him at all after you were out of prison?

A.  Yeah.  He came to spend the night at my mom's house the same night I got out.  And it was 4th of July, so we shot some fireworks and stuff and spent some time together.

Q.  How often would the probation officer come and make a visit or what -- whatever it --

A.  Yeah, I think -- I think they had -- I had -- think I had to see them at their office once a month, and they visited my house once a month.

Q.  But you never had any issues completing the probation period?

A.  No -- no.

Q.  At what point did you start working to overturn the conviction?

A.  I was always working to get my conviction overturned.  Right when I got found guilty, I filed a -- an appeal with my public defender at the time.  I think it was like a post-conviction relief type of paperwork. And then once that got denied, we hired Adam Pallock as

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

my appeal attorney.  He filed a motion.  That also got denied.

Then I filed my own motion from -- from prison, and that got denied.  When I got out, I wrote a letter to the Florida Innocence project.  They -- they were more focused on people who are currently incarcerated. So they didn't really want to put me at the top of their list.  So that didn't work.  And then after that, I, kind of -- I almost, kind of, gave up trying and yeah. It was one day, Jasmine came across an attorney who was willing to hear my story.

Q.   How did she find that attorney?

A.   Through her job.  She met somebody who worked at the Court.  And Jasmine would share my story with her coworkers.  And somebody that worked at the courthouse, I don't remember who it was, came to her job one day. And she -- Jasmine shared my story with her, and she referred us to -- to a lawyer.  And then that lawyer referred me to another lawyer.  And I called her, and I -- I told her my story.  And -- and she believed in us. She told us that, you know, there was -- there wasn't much she could do, unless there was, like, newly discovered evidence.

Q.   So how did -- I guess, from those calls, how did you find out or learn that Bethany recanted her

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

testimony, I guess?

A.  Yeah.  So once -- once my attorney told me that for us to get our case reopened, we needed, like, new evidence, stuff like that.  And Jasmine had ran into this picture of Amos.  You know, Amos, right?  Amos Ortiz.

Q.  Yeah.  I know that.

A.  Yeah.  So Jasmine, like, ran into a picture of him on Facebook, and she thought that he resembled me pretty well.  And she started doing some research on -- on him, and she put some pieces together that made sense.  We presented it to our lawyer.  She -- she thought it made sense, too.  And we dug -- they -- they ended up digging a little deeper, and -- and that's -- that's how they came about that.

Q.  Do you know what picture of Jasmine saw of Amos?

A.  Yeah, the picture of that was all over the news.

Q.  Like, was he arrested or something?

A.  No.  I think he was -- he was murdered, and that's why he was on the news.

Q.  So really, she saw a news bulletin or --

A.  Correct.

Q.  -- something, and it had Amos on there?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

A.   Uh-huh.

Q.   And she was like, oh, it kind of looks similar to --

A.   Correct.  Yeah.

Q.   -- to you?  Okay.  And from there, what happened?

A.   Well, at first, she ran into the picture of Amos while I was incarcerated.  But, you know, we never really thought anything about it.  We just thought it was crazy that he looked like me.  But later on, when I met my attorney and she told me we needed new evidence, Jasmine was like, well, let's -- let's look into this guy that looks like you.  Jasmine did her own research, found out about stuff that was going on.  And he had got arrested nearby, and he got murdered nearby, and all this stuff.  And we brought that discovery to -- to my attorney.  And she was able to do a little more digging of her own.  And that's how we came about the prior investigator, and Bethany's recanting, and stuff like that.

Q.   Okay.  But you never talked with Amos because he was -- he had passed?

A.   Yeah.

Q.   Do you know if Jasmine ever talked with Amos?

A.   No.  Jasmine just knew his girlfriend.  Like,

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900      www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

she had went to high school with his girlfriend.  So --
and she's -- and that's how she, kind of, saw the
Facebook post about him.  But yeah, that was about it.

Q.  Who was your attorney at that time?

A.  When I -- which time?  When I went to my
criminal trial or my --

Q.  No.  So it sounded like you were talking about
maybe Jasmine passed this information along to you --

A.  Uh-huh.

Q.  -- and you gave it to your attorney at that
time?  And then there was a private investigator?

A.  Yeah.  No.  So we -- I reached out to my
lawyer.  Amos had nothing to do with anything at the
time.  I was just, kind of, telling her my side of the
story.  And she was just like, okay.  Yeah.  Sounds like
you were in a bad situation, but there's nothing I can
do to help you, unless there's, like, new evidence
discovered.  So Jasmine did a little research on Amos.
And I guess that was enough evidence for my lawyer to
take my case, or at least become interested in taking my
case.  And she -- she decided to get the private
investigator, and approach Bethany, and stuff like that.
That was all on my attorney.

Q.  What law firm was that?

A.  That was Lisbeth Fryer.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q. Did you ever meet that guy Jerry Lyons, the private investigator?

A. No.

Q. No. You never had any interactions with him?

A. No.

Q. What about Jasmine? Do you know if she had any interactions with him?

A. No, she didn't with him, either.

Q. Do you know what kind of work he put in to assist in your case?

A. No. He was working directly with -- with Lisbeth. I'm not really sure how much I -- what conversation they had or stuff like that.

Q. Are you employed now?

A. Yes.

Q. What do you do?

A. I work with Telecom Innovations. I do, like, a lot of low voltage installations, so, like, deal with, like, phone lines, and cameras, and Wi-Fi. And I do a lot of work at the -- the new Epic Universe, stuff like that. Yeah.

Q. Is that Universal?

A. IT stuff. Yeah.

Q. I don't want to talk over you. I'm sorry. That's Universal?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A.  Yes.

Q.  How did you get that position?

A.  Yeah, so my -- my old boss from my last company started his own company.  And he -- he, kind of, just brought me along with him when he started his new -- new -- his new company.

Q.  What was the old company?

A.  Custom Cable.

Q.  And is that when you -- when you got out of prison, did you begin working with them?

A.  Not right away, maybe, like, four -- four years after I got out.

Q.  What did you do for work when -- or I guess what was the first work you did after you got out?

A.  I worked at a Pilot's Travel Center truck stop as a maintenance -- just, like, cleaning up fuel pumps and mopping, sweeping, taking out trash, stuff like that.

Q.  How long did you do that for?

A.  I did that for, like -- like, two years.

Q.  Which Pilot?

A.  In Ocala right off the exit.

Q.  After that, where did you work?

A.  After that, I moved to Orlando with Jasmine, and I got a job at a restaurant on I-Drive, BJ -- no,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

not BJ's. I forgot the name of this restaurant. I don't remember -- I don't remember. It was right in front of the Icon Park, though. And they -- they closed it down, and turned it into a -- a steakhouse. I don't remember the name of that restaurant. It wasn't long I had worked there.

Q. How long that -- was it?

A. I know it was for Landry's chain and restaurants. Probably, like, not even a year, maybe, like, eight months type of thing. They ended up closing, so I had to go get another job.

Q. What was the reason from switching to Pilot to this restaurant?

A. There was no Pilots out here in Orlando. And I know I didn't want to do that type of work anymore. So I figured going to go get a server job. I was also a convicted felon on probation. So my -- my options were limited. So I was just, kind of, going around applying everywhere, seeing who hires me first. And I ended up landing that job.

Q. After the restaurant job, where did you go?

A. That's when I started working with -- with this field, low voltage field. And I was working at the Margaritaville Resort on 192. They were building that resort brand new. and I started working out there with

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

one of my buddies, installing lights, and speakers, and -- and cameras, and chandeliers, and all type of stuff for the -- for the new resort.  And that's how I, kind of, got into the field.

Q.   How long were you at that position?

A.   Well, ever since then until now.  Obviously I switched companies, but still doing the same type of work.

Q.   And I'm sorry, what was first company?

A.   Custom Cable.

Q.   Custom Cable.  And then you switched to --

A.   Telecom Innovations.

Q.   And that's where you work now?

A.   Yes.

Q.   How is that job going?

A.   It's good.  They treat me well.  I have a company vehicle, work close to home.  I like it.

Q.   Have you thought about, you know, going back to any of the -- going back to school?

A.   I thought about it, but it didn't really make the most sense to me.  You know, it's been so long.  I would have to start all over and pay for -- pay for it again.  I just didn't think it was worth it.

Q.   How about, like, the x-ray technician?  Is that something that you could do?


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A.   Yeah.  Well, that -- that's what I meant.  I just felt, like, you know, it was a -- the school that I was going to was closed.  The student loans that I paid went down the drain.  So I just didn't want to go get another loan, do the classes again.  And especially after all this mental drainage I've been going through, I just didn't see myself studying for -- for that stuff again.  I thought about it, but it just didn't seem like the best idea.

Q.   Where do you live now?

A.   I live on Millenia Boulevard.

Q.   What's your address?

A.   11 -- 3544 Millenia Boulevard, Apartment 6207.

Q.   You live there with Jasmine?

A.   Yes.

Q.   Just you two?

A.   Yes, and two dogs.

Q.   What are your dogs' names?

A.   Yoda and Xena.

Q.   Do they like Star Wars?

A.   Yep.

Q.   Let me just look at my notes really quick.  I don't think I really have much left.  One second. What's your vision for the future right now? What do you plan to do?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.  I just have dreams of owning a home one day. My plan was to maybe take my field to the next level.  I see -- I see guys that were in my position at one point, and I see -- and I've seen them grow throughout the years and how successful they are.  So in this field -- so that's kind of made me a little optimistic about it. I was offered a really good job last year at Disney and with the IT department.  Obviously I couldn't take it because of -- of my background, but that gave me a little bit of hope knowing that, you know, there's -- there's a future in this field and people recognize my -- my work ethic.  So I was just hoping to take this as far as -- as I could, you know, and --

Q.  How did you get offered the job at Disney?

A.  It was another old boss of mine.  He ended up where he was -- he was at Custom Cable.  And he -- he ended up working for Disney.  And they were hiring and he reached out to me out -- out of nowhere.  He was like, hey, there's a spot over here, and I would love for you to fill it.  But after I told him about my -- my situation, there wasn't much he could do after that, you know, because he -- he can give me the job, but I still have to go through, like, Disney regulations and stuff. So conversation kind of ended after that and put on hold.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

Q.  Do you think that Detective Stanley tried to frame you?

MS. DILLON:  Objection.  Form.  Foundation.

You can answer.

THE WITNESS:  I think yes because just the body of work that was done didn't seem like there was much effort into him -- didn't seem like he was trying to look for anybody else.

BY MR. MISTOLER:

Q.  So do you think that rises to him trying to frame you or just not enough effort?

MS. DILLON:  Objection.  Form.  Foundation.

You can answer.

THE WITNESS:  Yeah.  I just feel like once he saw my picture, he had tunnel vision.  He didn't care to look for anybody else.  So, you know, he -- he kind of just stuck to me, and that's why I feel that way.

MR. MISTOLER:  I don't think I have any more questions for you.  I thank you so much.  Your counsel probably has --

CROSS-EXAMINATION

BY MS. DILLON:

Q.  Based on that, just a couple and just about this bulletin.  You testified that at some point in

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

April 2013, you're not really sure what day, but at some point you were pulled over in a vehicle with Dani, Marquis, and Karl; is that right?

A. Yes.

Q. And it was Dani's vehicle --

A. Yes.

Q. -- I think you said?  And you testified that you were going to play basketball and you were coming back from basketball when you got pulled over?

A. Yes.

Q. Do you know what time you went to play basketball?

A. It was in the evening.  I remember, like, the -- the Dover Community Shores Basketball Center, they didn't open basketball to the public until after, like, 6:00 in the afternoon.  So I knew -- I know it was, like, somewhere around that time.

Q. Okay.  Someone at -- somewhere in the later afternoon?

A. Yeah, late evening, that afternoon.

Q. Before you went to play basketball in the vehicle with Dani, Marquis, and Karl, were you in that -- in Dani's vehicle any other time that day?

A. No.  I was at home all day, all the way up to basketball time.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900       www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

MS. DILLON:  Okay.  No other questions.

THE REPORTER:  Any redirect?

MR. MISTOLER:  No.

THE REPORTER:  Read or waive?

MS. DILLON:  We'll read.

THE REPORTER:  Read?

MS. DILLON:  Yeah.

THE REPORTER:  Absolutely.

MR. RAMOS:  Sorry.  I didn't --

MS. DILLON:  No, that's not on you.  That's on me.

THE REPORTER:  And then very quickly, Stephen, would you like to order at this time?

MR. MISTOLER:  Not right now.

THE REPORTER:  Sounds good.  Ms. Dillon, would you like to order at this time?

MS. DILLON:  Not right now.

THE REPORTER:  Sounds good.  Please stand by. Let me get us off record.

(Deposition concluded at 4:43 p.m. ET)

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF ORANGE

I, the undersigned, certify that the witness in the foregoing transcript personally appeared before me and was duly sworn.

Identification:  Produced Identification

_____

LYNSI HERGERT

Court Reporter, Notary Public

State of Florida

Commission Expires: 11/15/2027

Commission Number: HH 464543

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

C E R T I F I C A T E

STATE OF FLORIDA

COUNTY OF ORANGE

I, LYNSI HERGERT, Court Reporter and Notary Public for the State of Florida at Large, do hereby certify that I was authorized to and did report the foregoing proceeding, and that said transcript is a true record of the said proceeding.

I FURTHER CERTIFY that I am not of counsel for, related to, or employed by any of the parties or attorneys involved herein, nor am I financially interested in said action.

Submitted on: November 25, 2025.

_____

LYNSI HERGERT

Court Reporter, Notary Public

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

 **CITY OF ORLANDO**    **POLICE DEPARTMENT**

# CRIMINAL INFORMATION BULLETIN
### APRIL 15, 2013    CAU #2013-0269
### SUSPICIOUS VEHICLE – INDIA SECTOR

**Case #:**    2013-137815
**Location:**    5075 Andrea Blvd.

**CASE INFO:**

ON 4/3/13, AN OCCUPANT OF A SILVER 4-DOOR 2003
VOLKSWAGEN JETTA GLS (SIMILAR TO THE ONE
PICTURED) BEARING FLORIDA TAG M64-2EK WAS
SEEN KNOCKING ON DOORS TO DIFFERENT HOUSES



AND THEN ENTERING THE BACK YARD OF 5075 ANDREA BLVD. TAC OFFICERS STOPPED THE
VEHICLE THE SAME DAY AND IDENTIFIED THE FOUR OCCUPANTS BELOW. PROBABLE CAUSE DOES
NOT EXIST AT THIS TIME; HOWEVER, BE ON THE LOOKOUT FOR THIS VEHICLE. IF YOU COME INTO
CONTACT WITH THE VEHICLE, PLEASE FIR ALL OCCUPANTS AND NOTIFY DETECTIVE OSSO.

  

**Danielle Colon**
DOB: 9/24/93

**Jorge Ruben Valle
Ramos**
DOB: 4/21/93

**Marquis Hickson**
DOB: 12/2/92

**Karl Jeudy**
DOB: 7-9-93

If you have or need any additional information about this suspect/case, please contact:

# CRIMINAL INVESTIGATIONS DIVISION
# PROPERTY SECTION—EAST PROPERTY UNIT
## DETECTIVE DAVID OSSO
david.osso@cityoforlando.net
### Phone: 407.246.4168
*Orlando Police Department*
## CONFIDENTIAL: For Law Enforcement Use Only



Exhibit ___1___
RAMOS
Date 3/6/26

7/24/24, 9:33 AM                                                        Lineup

# Orlando Police Department




1


2


3


4


5


6

Lineup Identifier:
Printed Orlando PD:  7/24/124 9:32

Exhibit  2
RAMOS
Date 3|6|25

10.242.64.66/webuniversalplus/UniversalPrintDisplay.aspx                                1/1