**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JORGE VALLE-RAMOS,                )
                                  )
    Plaintiff,                  )    Case No. 6:24-cv-1276
                                  )
v.                                )
                                  )
CITY OF ORLANDO et al.,           )
                                  )
    Defendants.                 )


**PLAINTIFF'S NOTICE OF FILING EXHIBITS IN SUPPORT OF HIS**
**OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff hereby provides notice of the filing of the attached exhibits in support of his

Opposition to Defendants' Motion for Summary Judgment:

1. Exhibit 1: Orlando Police Department investigative documents
2. Exhibit 2: Valle-Ramos's criminal trial transcripts and verdict
3. Exhibit 3: Officer Alfonso Tejeira's field report
4. Exhibit 4: Charlene Bloom's statement to police
5. Exhibit 5: Crime Scene Investigator Chantal Styer's field report
6. Exhibit 6: Jorge Valle-Ramos's civil deposition transcript
7. Exhibit 7: Detective Michael Stanley's investigative supplement
8. Exhibit 8: Assistant State Attorney file
9. Exhibit 9: Sergeant Daniel Brady's civil deposition transcript
10. Exhibit 10: Detective Michael Stanley's civil deposition transcript
11. Exhibit 11: Orlando Police Department bulletin
12. Exhibit 12: Jorge Valle-Ramos's 2011 driver's license photo
13. Exhibit 13: Officer Richard Gregg's field report
14. Exhibit 14: Officer Jimmie Toler's field report
15. Exhibit 15: Chief Kenneth Wallentine's civil deposition transcript (Volume II)

16. Exhibit 16: Six-pack lineup featuring Jorge Valle-Ramos

17. Exhibit 17: Dr. Brian S. Cahill's proffered expert report

18. Exhibit 18: George Gonzalez's criminal deposition transcript

19. Exhibit 19: Additional six-pack lineup featuring Jeudy and Hickson

20. Exhibit 20: Bethany Szewczyk's criminal deposition transcript

21. Exhibit 21: Valle-Ramos's post-conviction hearing transcript

22. Exhibit 22: Charlene Bloom's civil deposition transcript

23. Exhibit 23: Former ASA Natalia Scott's declaration

24. Exhibit 24: Criminal case records from Orange County Clerk of Court

25. Exhibit 25: Valle-Ramos's motion for post-conviction relief

26. Exhibit 26: Order granting Valle-Ramos's motion for post-conviction relief

27. Exhibit 27: State's motion for *nolle prosequi*

28. Exhibit 28: George Gonzalez's civil deposition transcript

Dated: May 5, 2026

Respectfully submitted,

**JORGE VALLE-RAMOS**

/s/ Aaditya Tolappa

*One of Plaintiff's Attorneys*

Jon Loevy
Aaditya Tolappa
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900