# ORLANDO POLICE DEPARTMENT

*8 45*

Case #: 2013-146382

## Statement

Please fill out in full detail

| | | | | | |
|---|---|---|---|---|---|
| Date of Statement: | Month: 4 | Day: 9 | Year: 13 | Time: 0825 | |
| Offense: Res Burglary | | | | | |
| Date of Offense: | Month: 4 | Day: 9 | Year: 13 | Time: 0800 | Suspect (last, first, middle): Unk |

Location of Offense: 1625 Little Falls Cir     District: K-2

| Person Code: | Name (last, first, middle): Gonzalez, George L | Age: | DOB: 4-4-56 | Race: W | Sex: M |
|---|---|---|---|---|---|
| ✓ | Address Residence: 1625 Little Falls Cir | | Zip: 32807 | Phone: 407-459-3282 cell | |
| | Address Business: | | Zip: | Phone: | |
| | Email Address: | | | | |

Type of ID shown: FL DL     ID# if applicable: G 524-312 56-124-0

I, _____, do hereby voluntarily make the following statement without threat, coercion, offer of benefit, or favor by any persons whomsoever.

OPEN FRONT DOOR SAW SPANISH INDIVIDUAL HAD A AFRO HE RAN OUT THE BACK DOOR I WENT OUT THE FRONT AND CHASED HIM. TOO FAST JUMP OVER FENCE BY LAKE. CAME BACK TWO MORE INDIVIDUALS CAME DOWN STARTED FIGHTING ONE HE HAD SHORT HAIR CUT BLUE SHIRT SPANISH. WE FOUGHT AND HE HIT ME AS MUCH AS HE COULD I WAS WORRIED ABOUT THE SECOND GUY SO TRYING TO FIGHT BOTH THE OTHER GUY I WAS FIGHTING BROKE CROSS AND MADE IT OUT THE FRONT DOOR THE TO PUNKS IN THE HOUSE WERE ABOUT 5.8 THIN 17-20 YRS OLD. TOOK GOLD RING-CROSS SKULL CROSS BONES ACCENTED WITH DIAMONDS. I CAND IDENTIFY THE TWO DOWN STAIRS. STERLING SILVER JEWELRY WITH BLUE TOPAZ, CITRINE BLACK ONYX ABOUT 30 - 35 PIECES. 7-8000 DOLLARS. RING 1200.00 I GAVE NO ONE PERMISSION TO ENTER APARTMENT. I WANT TO PRESS CHARGES

Sworn to and subscribed before me, this 9 day of April, 2013

*Alfonso Tejeria*

Notary Public ☐   Law Enforcement Officer ☑   Name Key 747

Personally Known ☑   Produced Identification ☑   Type FL DL

I swear/affirm the above and/or attached statements are correct and true.

Signature: X _____

My signature below means that I refuse to prosecute the person(s) named above for the alleged crime(s) that occurred to me or to the property under my control.

Signature _____   Date 4-9-13

(Departmental policy prohibits use in this section in domestic violence cases.)

Victim Rights Booklet provided?   Yes ☑   No ☐

I will testify in court and prosecute criminally.   Initials: _____

Miranda Warning Read?   Yes ☐   No ☑     Page 1 of ___

OPD P&P 1113.10 A Rev. 9/23/12     White: State Attorney     Yellow: Records

P000001

# ORLANDO POLICE DEPARTMENT

Case #: 2013-146382

## Statement
Please fill out in full detail

| Date of Statement: | Month: 04 | Day: 09 | Year: 2013 | Time: 8:40A |
|---|---|---|---|---|

Offense: Res Burglary

| Date of Offense: | Month: 04 | Day: 09 | Year: 2013 | Time: 0800 |
|---|---|---|---|---|

Suspect (last, first, middle): UNK-

Location of Offense: 1625 Little Falls Cir    District: M-2

| Person Code: W | Name (last, first, middle): SZEWCZYK, BETHANY C. | Age: | DOB: 08-18-82 | Race: W | Sex: F |
|---|---|---|---|---|---|

Address Residence: 1716 LAFAYETTE CT. ORLANDO, FL.   Zip: 52807   Phone: (315) 416-1246

Address Business: 3501 QUADRANGLE BLVD. SUITE 175, ORLANDO, FL.   Zip: 32817   Phone: (407) 736-1418

Email Address: BETHANYCS@MAC.COM

Type of ID shown: FL DL

ID# if applicable: 5220-063-82-798-0

I, Bethany Szewczyk, do hereby voluntarily make the following statement without threat, coercion, offer of benefit, or favor by any persons whomsoever.

On April 9th at approx. 8:10AM, I left my unit #at 1716 Lafayette Court to witness 3 young hispanic males rushing to get in their vehicle. The driver was wearing blue Latex gloves. They were all dark hair with dark eyes and almost appeared to be brothers. The car was a newer model Toyota, gray in color and had 4 doors. There was a blank white license plate on the front. The car was clean. They all were shorter- no taller than 5'9" or 5'10" and appeared very young. 16-20 year old. They had a very small build. I could not see which direction they went when they left.

Sworn to and subscribed before me, this 9th day of APRIL, 2013

OFC [signature] 000/160

Notary Public ☐   Law Enforcement Officer ☐   Name Key [5261]

Personally Known ☐   Produced Identification ☐   Type____

I swear/affirm the above and/or attached statements are correct and true.

Signature: [signature]

My signature below means that I refuse to prosecute the person(s) named above for the alleged crime(s) that occurred to me or to the property under my control.

Signature____ Date____

[Departmental policy prohibits use of this section in domestic violence cases.]

Victim Rights Booklet provided?   Yes ☐   No ☑

I will testify in court and prosecute criminally.   Initials:

Miranda Warning Read?   Yes ☐   No ☑

Page 1 of 1

1113.9   6/7/11   White: State Attorney   Yellow: Records

P000002

 # CITY OF ORLANDO   POLICE DEPARTMENT

# CRIMINAL INFORMATION BULLETIN
## APRIL 15, 2013    CAU #2013-0269
## SUSPICIOUS VEHICLE – INDIA SECTOR

**Case #:** 2013-137815
**Location:** 5075 Andrea Blvd.



**CASE INFO:**

ON 4/3/13, AN OCCUPANT OF A SILVER 4-DOOR 2003 VOLKSWAGEN JETTA GLS (SIMILAR TO THE ONE PICTURED) BEARING FLORIDA TAG M64-2EK WAS SEEN KNOCKING ON DOORS TO DIFFERENT HOUSES AND THEN ENTERING THE BACK YARD OF 5075 ANDREA BLVD. TAC OFFICERS STOPPED THE VEHICLE THE SAME DAY AND IDENTIFIED THE FOUR OCCUPANTS BELOW. PROBABLE CAUSE DOES NOT EXIST AT THIS TIME; HOWEVER, BE ON THE LOOKOUT FOR THIS VEHICLE. IF YOU COME INTO CONTACT WITH THE VEHICLE, PLEASE FIR ALL OCCUPANTS AND NOTIFY DETECTIVE OSSO.

   

| Danielle Colon | Jorge Ruben Valle Ramos | Marquis Hickson | Karl Jeudy |
|---|---|---|---|
| DOB: 9/24/93 | DOB: 4/21/93 | DOB: 12/2/92 | DOB: 7-9-93 |

If you have or need any additional information about this suspect/case, please contact:
# CRIMINAL INVESTIGATIONS DIVISION
# PROPERTY SECTION—EAST PROPERTY UNIT
## DETECTIVE DAVID OSSO
### david.osso@cityoforlando.net
### Phone:  407.246.4168
### *Orlando Police Department*
## CONFIDENTIAL:  For Law Enforcement Use Only

P000003

# Photo Line-up Administration and Witness Instructions

Case Number: 2013-146382  Date/Time: 4|18|13  1115 HRS

Witness Name: GONZALEZ, GEORGE  Administrator Name/ID: STANLEY #14767

Line-up Number: 22184  Line-up reviewed by: STANLEY #14767

Prior to presenting the photo line-up, the witness provided a written/audio recorded statement describing the suspect of this criminal investigation.

_MMDS_
Administrator's Initials

Prior to presenting the photo line-up I read "verbatim" the witness instructions to the witness. The witness indicated he/she understood the instructions.

_MMDS_
Administrator's Initials

## PHOTO LINE-UP INSTRUCTIONS TO THE WITNESS:

"**It is just as important to clear innocent persons from suspicion as it is to identify guilty parties. Regardless of whether you make an identification, we will continue to investigate this incident. With that in mind, I am going to show you six photos arranged so they may be simultaneously viewed. This group of photos may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hairstyles, beards, and moustaches may easily be changed. The photos may not always depict the true complexion of a person – it may be lighter or darker than shown in the photo. Pay no attention to the order of the photos or markings and/or numbers that may appear on the photos, or to any differences in the type or style of photographs. Take your time; when you have looked at all the photos, tell me whether or not you see the person who committed the crime. If you do identify someone, you will circle and initial that person on the line-up. Please remember this is an on-going investigation, you are not permitted to discuss this identification procedure with anyone other than law enforcement or legal counsel."**

I understand the photo line-up instructions and have been provided a copy of this form.

Witness's Initials

After the photo lineup, the witness provided a written statement or an audio recorded statement describing his/her identification or non-identification.

_MMDS_
Administrator's Initials

*This form is to be filed in the case package. If the witness refuses to provide a sworn statement, indicate so in the incident report.*

P000004

Case # 2013-146382

# WITNESS PHOTO DISPLAY IDENTIFICATION FORM

## ORLANDO POLICE DEPARTMENT

**PHOTO LINEUP #** 22184

| | | |
|---|---|---|
| UPPER LEFT 1 | UPPER CENTER 2 | UPPER RIGHT 3 |
| LOWER LEFT 4 | LOWER CENTER 5 | LOWER RIGHT 6 |

If you have previously seen one or more of the persons shown in the photos displayed, place an "X" in the box corresponding to the photograph of the person in the lineup.

OPEN DOOR TO CONDO TORNED AND LOOKED RIGHT AT ME AND TOOK OFF. THIS IS PERSON BOY No # 2. _____ was seen by me (state circumstances)

I swear or affirm that the aforementioned is true and correct to the best of my knowledge.

Sworn to and subscribed before me

MICHAEL D. STANLEY
this 18th day of APRIL , 2013 .

_____ 14767
Notary Public
or
Law Enforcement Officer
Conducting Official Investigation

_____
Signature of Witness

1625 LITTLE FALLS CIRCLE
Witness' Street Address

ORLANDO, FL 32807
City, State, Zip Code

407-509-3282
Witness' Telephone Number(s)

4/18/13    1115 HRS
Time and Date of Witness' Signature

P000005

# Orlando Police Department





| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | 5 | 6 |

**Lineup Identifier:**

**Printed Orlando PD:** 4/17/2013 11:14

**P000006**
4/17/2013

# ORLANDO POLICE DEPARTMENT
# INVESTIGATIVE COSTS EXPENSE REPORT

FILED IN OPEN COURT
By _____ D.C.

**Agency Case No.** 2013-146382
**Court Case No.** 2013-CF-5146-A/O-16
**Defendant's Name** VALLE RAMOS, JORGE, R

| Employee's Name/# | Investigative Activity | Hours | Hourly Rate | Expense Total |
|---|---|---|---|---|
| STANLEY # 14767 | INVESTIGATOR | 6.00 | $19.40 | $116.40 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| **TOTAL COST OF INVESTIGATION** | | | | $116.40 |

The above is a true account of the investigative hour expenses case number 2013-146382 involving <u>VALLE RAMOS, JORGE, R.</u>.

_____
Officer's Signature

| 14767 | 67535 |
|---|---|
| Employee # | 5 digit OPD program # |

**SWORN to and SUBSCRIBED before me this 19 day of April, 2013.**

_____
(Notary Public)   (Law Enforcement Officer)

_____
SUPERVISOR
Orlando Police Department

See OPD Online, Forms, for current Pay Rate Chart
or use the employee's actual pay rate.

OPD P&P 1408.3 A Rev. 7/28/12      Original-APS   ☐ Records Copy   ☐ Fiscal

<span style="color:red">**P000007**</span>

IN THE CIRCUIT/COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

COMPLAINT NO. 2013-CF-5146-AO

OPD CASE NO. 2013-146382

Florida Statute(s): 810.02(3)-19, 812.014(2)(C)(2) 16

Charge(s): Burglary Of Occupied Dwelling, Grand Theft 3rd Degree>$5,000<$10,000

STATE OF FLORIDA,
      Plaintiff,

v.

VALLE RAMOS, JORGE, R.
LKA: 4611 CASON COVE DRIVE # 622
      ORLANDO, FL, 32822
Race/Sex: W / M
Height/Weight: 5'10" / 150 lbs
DOB: 04/21/1993
Social Security Number: ▮▮▮▮▮▮



Defendant.

_____/

## AFFIDAVIT FOR ARREST WARRANT

THE STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned Judge, personally appeared your Affiant, Detective Michael Stanley #14767, a member of the Orlando Police Department, who, by me being first duly sworn, says that on the 9th day of April, 2013, in Orange County, Florida, the Defendant, VALLE RAMOS, JORGE, R., did in violation of section(s) 810.02(3)-19, 812.014(2)(C)(2) , Florida Statutes, unlawfully did commit Burglary Of Occupied Dwelling, Grand Theft 3rd Degree>$5,000<$10,000.

P000008

OPD Case Number: **2013-146382**

On 4/9/2013 at approximately 0845 hours, Ofc. A. Tejeira (7473), responded to 1625 Little Falls Circle in reference to an Occupied Residential Burglary. Upon arrival he met with the victim, George Gonzalez, who provided a sworn written statement.

Gonzalez stated he arrived at his above listed residence and entered through the ground level front door. Upon entering, Gonzalez stated he observed a Hispanic male (Suspect # 1) in his early 20's inside his residence on the ground floor. Gonzalez stated Suspect # 1 then ran out his residence through his rear sliding glass door, and Gonzalez was able to chase after Suspect # 1 who ran in a northern direction. After losing sight of Suspect # 1, Gonzalez stated he returned to his residence and encountered another Hispanic male (Suspect # 2), also in his early 20's, inside his residence and descending the stairs from the upper floor. Gonzalez stated he was then able to pepper spray Suspect # 2 at which time he then attempted to detain Suspect # 2. Gonzalez stated Suspect # 2 then punched him and during the struggle, Gonzalez stated he observed another Hispanic male (Suspect # 3), also in his early 20's and inside his residence descending the stairs from the upper floor. Gonzalez stated Suspect # 3 then ran back up the stairs, and Suspect # 2 ran out the front door. Gonzalez stated he was then able to notify the police about the incident and continued to chase after Suspect # 2. Gonzalez stated he then returned to his residence and noted Suspect # 3 had also exited his residence. Gonzalez stated one of the suspects did have a distinct Afro style hairdo. All efforts to locate the suspects met with negative results. Entry to Gonzalez's residence was determined to have been through his rear sliding glass door by smashing open the lock with a tire iron which was left behind by the suspects.

Gonzalez completed an inventory of his belongings and noted the suspects had taken numerous pieces of sterling silver jewelry valued at approximately $8,000, and a gold ring valued at approximately $1,200. Gonzalez stated the suspects did not have permission to enter his residence or to take his belongings, and prosecution is desired.

On 4/10/2013, I, Det. M. Stanley (14767), was assigned this incident for investigative follow-up. I reviewed the incident and noted the three suspects were described as Hispanic males in their early 20's. I reviewed an OPD Criminal Information Bulletin (CAU-2013-0269), in which three males and a female had been stopped and detained in reference to their possible involvement in a Residential Burglary on 4/3/2013 at 5075 Andrea Blvd. (reference OPD 2013-137815), which is in the same general area as Gonzalez's residence. One of the males in this bulletin was identified as Jorge R. Valle Ramos, W/M, DOB 4/21/93. A review of Valle Ramos's Driver and Vehicle Information Database (DAVID) photograph noted Valle Ramos to have a distinct Afro style hairdo.

Acting upon this possible investigative lead, I prepared a photographic line-up (ID # 22184) containing a photograph of Valle Ramos with a previous DAVID photograph in which he did not have a distinct Afro style hairdo. On 4/18/2013 I then met with Gonzalez and read him OPD's Photo Line-up Administration and Witness Instructions which Gonzalez initialed stating he understood the photo line-up instructions. I then presented Gonzalez the photo line-up containing a DAVID photograph of Valle Ramos, and Gonzalez immediately selected Valle Ramos in photograph # 2 who he stated was one of the suspects inside his residence. Gonzalez stated he looked directly at Valle Ramos who was inside his residence and who then ran out, exiting through his rear sliding glass door.

At this time, based upon the positive identification of Valle Ramos by Gonzalez, who he stated he observed uninvited inside his residence, and the theft of approximately $9,200 in jewelry, probable cause

exists to charge Valle Ramos with Burglary of Occupied Dwelling, and Grand Theft 3rd Degree >$5,000<$10,000.

Due to the above facts, it is your Affiant's belief that the defendant, **VALLE RAMOS, JORGE, R.**, has committed aforementioned violations of the laws of the State of Florida and that probable cause exists for the issuance of an arrest warrant.

_____
Detective  Michael Stanley #14767

**SWORN TO AND SUBSCRIBED** before me in the County and State aforesaid this 19 day of April, 2013.

_____
**Judge** Maureen Bell
P.O. Box 4934
Orlando, Florida 32802

Ninth Judicial
Circuit
Orange County

**P000010**

IN THE CIRCUIT/COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

COMPLAINT NO. 2013-CF-5146AO

OPD CASE NO.   2013-146382

Florida Statute(s): 810.02(3)-19, 812.014(2)(C)(2)

Charge(s):  Burglary Of Occupied Dwelling, Grand Theft 3rd Degree>$5,000<$10,000

STATE OF FLORIDA,
        Plaintiff,

v.

VALLE RAMOS, JORGE, R.

LKA: 4611 CASON COVE DRIVE # 622
        ORLANDO, FL 32822

Race/Sex: W / M

Height/Weight: 5'10"  / 150 lbs

DOB: 04/21/1993

Social Security Number: ▇▇▇▇▇



Defendant.

## ARREST WARRANT

TO:    ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA; SPECIAL AGENTS OF THE FLORIDA DEPARTMENT OF LAW ENFORCEMENT; AND/OR ANY INVESTIGATOR OF THE SEVERAL STATE ATTORNEYS' OFFICES; AND/OR ANY MUNICIPAL POLICE OFFICER, INCLUDING MEMBERS OF THE ORLANDO POLICE DEPARTMENT

An Affidavit or sworn Complaint having this day been presented to me as Committing Magistrate wherein it is alleged that on the 9th day of April, 2013, in Orange County, Florida, the Defendant, VALLE RAMOS, JORGE, R., did in violation of section(s) 810.02(3)-19, 812.014(2)(C)(2) , Florida Statutes, unlawfully did commit Burglary Of Occupied Dwelling, Grand Theft 3rd Degree>$5,000<$10,000.

P000011

OPD Case Number: **2013-146382**

The Court, based on said affidavit, finds probable cause to believe the defendant committed the offense listed herein.

**THEREFORE,** you are hereby commanded to arrest instanter the said Defendant if he/she be found within your jurisdiction, and bring said Defendant before the proper court to be dealt with according to law.

The said Defendant shall be admitted to bail in the sum of:

| | | |
|---|---|---|
| **(Count-1)** | **Burglary Of Occupied Dwelling** | - $5,000 |
| **(Count-2)** | **Grand Theft 3rd Degree>$5,000<$10,000** | - $ 150 |
| **(Count-3)** | | - $ |
| **(Count-4)** | | - $ |
| **(Count-5)** | | - $ |
| **(Count-6)** | | - $ |
| **(Count-7)** | | - $ |
| **(Count-8)** | | - $ |
| **(Count-9)** | | - $ |

**TOTAL BAIL - $5,150**   (5150)

and the court imposes the following special conditions of bail, bond, or other pretrial release:

_____

_____

_____may be modified by First Appearance Judge;
_____may *not* be modified by Appearance Judge

(COURT SEAL)

Judge North Judicial Circuit
Judge Maureen Bell
P.O. Box 4934
Orlando, Florida 32802
Orange County

P000012

OPD Case Number: **2013-146382**

## RETURN

Received the within original Warrant on the _____ day of _____, _____, and executed the same in _____ County, Florida, by arresting the within named Defendant, and at the same time informing him/her of the cause of arrest and the issuance of this warrant.

_____

**NAME**

_____

**TITLE**

**P000013**

# Photo Line-up Administration and Witness Instructions

Case Number: 2013 · 146382   Date/Time: 9/4/13  1000

Witness Name: SZEWCZYK, BERHAM   Administrator Name/ID: STANLEY #14767

Line-up Number: 02184   Line-up reviewed by: STANLEY #14767

Prior to presenting the photo line-up, the witness provided a written/audio recorded statement describing the suspect of this criminal investigation.

*AMSS*
Administrator's Initials

Prior to presenting the photo line-up I read "verbatim" the witness instructions to the witness. The witness indicated he/she understood the instructions.

*AMSS*
Administrator's Initials

## PHOTO LINE-UP INSTRUCTIONS TO THE WITNESS:

**"It is just as important to clear innocent persons from suspicion as it is to identify guilty parties. Regardless of whether you make an identification, we will continue to investigate this incident. With that in mind, I am going to show you six photos arranged so they may be simultaneously viewed. This group of photos may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hairstyles, beards, and moustaches may easily be changed. The photos may not always depict the true complexion of a person – it may be lighter or darker than shown in the photo. Pay no attention to the order of the photos or markings and/or numbers that may appear on the photos, or to any differences in the type or style of photographs. Take your time; when you have looked at all the photos, tell me whether or not you see the person who committed the crime. If you do identify someone, you will circle and initial that person on the line-up. Please remember this is an on-going investigation, you are not permitted to discuss this identification procedure with anyone other than law enforcement or legal counsel."**

I understand the photo line-up instructions and have been provided a copy of this form.

*BCJ*
Witness's Initials

After the photo lineup, the witness provided a written statement or an audio recorded statement describing his/her identification or non-identification.

*AMSS*
Administrator's Initials

*This form is to be filed in the case package. If the witness refuses to provide a sworn statement, indicate so in the incident report.*

**P000014**

OPD Case # _LO13 - 14638__

# WITNESS PHOTO DISPLAY IDENTIFICATION FORM

## ORLANDO POLICE DEPARTMENT

**PHOTO LINEUP #** _22184_____

| | | |
|---|---|---|
| UPPER LEFT 1 | UPPER CENTER 2 | UPPER RIGHT 3 |
| LOWER LEFT 4 | LOWER CENTER 5 | LOWER RIGHT 6 |

If you have previously seen one or more of the persons shown in the photos displayed, place an "X" in the box corresponding to the photograph of the person in the lineup.

The person in Box #2 _____ was seen by me (state circumstances) early morning as he was getting into vehicle with blue latex gloves on and speeding away—also with 2 others. Incident took place at Hidden Creek Apartments & I saw him as he exited.

I swear or affirm that the aforementioned is true and correct to the best of my knowledge.

Sworn to and subscribed before me

MICHAEL D. STANLEY

this 4th day of SEPT , 13 .

_____ Stanley 14767

Notary Public
or
Law Enforcement Officer
Conducting Official Investigation

Signature of Witness

1716 LAFAYETTE CT.
Witness' Street Address

ORLANDO, FL 32807
City, State, Zip Code

315-416-1246
Witness' Telephone Number(s)

9/4/13 1000
Time and Date of Witness' Signature

P000015

# Orlando Police Department



_BCS_

1

2

3

4

5

6

**Lineup Identifier:**

**Printed Orlando PD:** 8/26/2013 15:0

**P000016**
8/26/2013