ORLANDO POLICE DEPARTMENT 8.0.7                     Date: 04/10/2013
                                                    User: CASHTON
                                                    Page:        1

Case Description:                    Case Number: 2013-146382
Residential Burglary                 ID # 22184 - VALLE RAMOS
                                     ID # 22185 - HICKSON
Primary Victim:  GONZALEZ,GEORGE,L,  ID # 22188 - JEODY

Date/Time Reported: 04/09/13  8:09 Hrs.    Dispatch Incident Type:
Date/Time Occurred: 04/09/13  8:00 Hrs.    RES B&E
Date/Time Between : 04/09/13  8:09 Hrs.
Location Occurred : 1625 LITTLE FALLS CR
Common/Business . :
Grid: 1619          SubGrid: 1619A                  Dist: K2


Reporting Officer :     7473  TEJEIRA,ALFONSO,T,
Primary Unit Assigned to Investigate: E Property
Scene Processed by:     14857  STYER,CHANTAL,M,
Significant Event : Yes      Shots Fired: No    Apv Ofcr:      12146

Case Status: FW INV REV  Disposition:           Disp. Date:
No. of Offenses:    3    No. of Offenders:   4   No. of Victims:   1


-----------------------------------------------------------------------

CASE NARRATIVE 4/10/2013 5:11 AM
 On April 9, 2013 at approximately 0845 hours, I responded to 1625
 Little Falls Cir, Hidden Creek Condos, in reference to an occupied
 residential burglary. Upon arrival, I met with the victim who
 completed a sworn written statement.

 According to the victim, on today's date at approximately 0800 hours
 he arrived home. He entered his residence via the front door. Once
 inside, victim observed suspect #1, on the ground level. Suspect #1
 ran out the back sliding glass door. The victim chased suspect #1 who
 jumped the fence and ran northbound in an unknown direction. When the
 victim returned to his residence. Suspect #2 was coming down the
 apartment's stairs. The victim pepper sprayed suspect #2. The victim
 attempted to hold suspect #2. Suspect #2 began punching the victim.
 While the victim was fighting with suspect #2, Suspect #3 came down
 the stairs. Suspect #2 the ran out the front door northbound thru the
 condos. Suspect #3 was last seen by the victim going up the stairs.
 Suspect #2 jumped a fence north of the complex. When the victim
 returned to the apartment suspect #3 had left. Unknown if suspect #3
 jumped out the second story window or left via front or back door. A
 witness observed three suspects enter a gray possibly Toyota vehicle
 in the complex north of the victim's condo. The description given by
 the witnesses of the suspect's entering the vehicle and leaving in an
 unknown direction did not match suspect #1. It appears the victim
 only saw three suspects but there could have been four. The victim
 did not give anyone permission to enter his residence and steal his
 property, or batter him. The victim will press charges. The victim
 did not sustain any visible injuries and did not require medical
 attention. CST Styer, 14857, responded to the scene and processed for
 latent prints. One of the witnesses stated she believed the suspects
 were wearing gloves.

P001468

ORLANDO POLICE DEPARTMENT 8.0.7                    Date: 04/10/2013
                                                  User: CASHTON
                                                  Page:        2
Case Description:                          Case Number: 2013-146382
Residential Burglary

It appears, the suspects entered the residence via the rear sliding
glass door. The suspects used a tire iron to break the sliding glass
door lock. The tire iron was left at the scene. Estimated damage to
the door is $10.  Once inside the suspects stole approximately $8000
worth of sterling silver jewelry. The suspects also took a gold ring
valued at approximately $1200. The suspect attempted to steal
approximately $500 in U.S. coins and a folding knife valued at $40.
The knife and the coins were in a backpack the suspects brought with
them but left behind. The folding knife and the coins were returned
to the owner. The backpack was taken by the CST. Officer O`Day,
12153, found a Pop Tart bag in the area where the suspect`s car was
last seen.  It is unknown if the bag came from suspect`s car The bag
was turned over to the CST. The victim stated he can identify some of
the suspects.

---------------------------------------------------------------------
                          PRINCIPALS
---------------------------------------------------------------------
Victim . . : Present Information        Non Disclosure of Info: No
  Primary    GONZALEZ,GEORGE,L,                  Phone:    658-8242
  Adult      1625 LITTLE FALLS CR
             ORLANDO                         FL 32807

    Race : White       Sex: Male            D.O.B: 04/04/56  Age:   57
                                            Age at Occurrence :    57
    Build:             Complexion:            Ethnicity: Hispanic
    Dr Lic #: G524312561240         St:   FL  Soc Sec #: 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

    Additional Contact Information:
      CellPhone# 04/10/13   407-459-3282
      WorkPhone# 04/06/04      857-5700
      HomePhone# 08/05/96      658-8242

    School/Business Information:
       WORLD CHEVROLET                     Phone:      857-5700
       5600 LEE VISTA RD
       ORLANDO                          FL

      Residence Type  : Orlando      Residence Status : Full Year
      Disposition . . :              Vict Infrm Rights: Yes
      Extent of Injury: Unknown      Medical Treatment:
      Injury Type . . : Unknown      Injury Type  . . :
      Statement Type  : Written      Related Offenses :  1  2

   VICTIM OFFENDER RELATIONSHIPS:
   UNK,2013-00146382,,                               Undetermin

---------------------------------------------------------------------
Suspect  . : Present Information     Non Disclosure of Info: No
  Primary    UNK,2013-00146382,,              Phone:
  Suspect

P001469

ORLANDO POLICE DEPARTMENT 8.0.7

Date: 04/10/2013
User: CASHTON
Page:        3

Case Description:                          Case Number: 2013-146382
Residential Burglary


        Race : Unknown    Sex: Male            D.O.B:           Age:   18
        Hgt  : 5'10"   Wgt: 145   Hair:        Eyes . . . :
        Build: Thin/Small   Complexion: Medium       Ethnicity: Hispanic
        Dr Lic #:                    St:        Soc Sec #: 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
         Residence Type  : N/A       Residence Status : N/A
         Disposition . . :           Vict Infrm Rights: No
         Extent of Injury: Not Appli  Medical Treatment:
         Injury Type . . : NA         Injury Type . . :
         Statement Type  : None       Related Offenses :  1

CASE SUBJECT NOTE 4/10/2013 5:10 AM
 Suspect was about 18 years old, 5` 10` 145lbs, with an afro. Last
 seen wearing a tank top (possibly red)


-------------------------------------------------------------------------
Suspect  . : Present Information       Non Disclosure of Info: No
   Primary    UNK,2013-00146382,,              Phone:
   Suspect


        Race : Unknown    Sex: Male            D.O.B:           Age:   18
        Hgt  : 5'07"   Wgt: 150   Hair:        Eyes . . . :
        Build: Thin/Small   Complexion: Light        Ethnicity: Hispanic
        Dr Lic #:                    St:        Soc Sec #: 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
         Residence Type  : N/A       Residence Status : N/A
         Disposition . . :           Vict Infrm Rights: No
         Extent of Injury: Not Appli  Medical Treatment:
         Injury Type . . : NA         Injury Type . . :
         Statement Type  : None       Related Offenses :  1  2

CASE SUBJECT NOTE 4/10/2013 5:10 AM
 Suspect was approximately 18 years old, 5` 7` 150lbs, last seen
 wearing blue short sleeve shirt and shorts


-------------------------------------------------------------------------
Suspect  . : Present Information       Non Disclosure of Info: No
   Primary    UNK,2013-00146382,,              Phone:
   Suspect


        Race : Unknown    Sex: Male            D.O.B:           Age:   18
        Hgt  : 5'08"   Wgt: 140   Hair:        Eyes . . . :
        Build: Thin/Small   Complexion: Light        Ethnicity: Hispanic
        Dr Lic #:                    St:        Soc Sec #: 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
         Residence Type  : N/A       Residence Status : N/A
         Disposition . . :           Vict Infrm Rights: No
         Extent of Injury: Not Appli  Medical Treatment:
         Injury Type . . : NA         Injury Type . . :
         Statement Type  : None       Related Offenses :  1

P001470

ORLANDO POLICE DEPARTMENT 8.0.7                    Date: 04/10/2013
                                                   User: CASHTON
                                                   Page:        4
Case Description:                          Case Number: 2013-146382
Residential Burglary


CASE SUBJECT NOTE 4/10/2013 5:10 AM
 Suspect was approximately 18 years old, 5` 8` 140lbs,


------------------------------------------------------------------
Suspect  . : Present Information      Non Disclosure of Info: No
 Primary    UNK,2013-00146382,,                 Phone:
 Suspect

    Build:              Complexion:            Ethnicity: Hispanic
    Dr Lic #:                       St:      Soc Sec #: 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
     Residence Type  : N/A        Residence Status : N/A
     Disposition . . :            Vict Infrm Rights: No
     Extent of Injury: Not Appli  Medical Treatment:
     Injury Type . . : NA         Injury Type . . :
     Statement Type  : None       Related Offenses :  1

------------------------------------------------------------------
Witness  . : Present Information      Non Disclosure of Info: No
             BLOOM,CHARLENE,E,                  Phone:     249-2527
             1708 SILVER CREEK CT
             ORLANDO                      FL 32807

    Race : White      Sex: Female        D.O.B: 09/14/48  Age:    64
                                         Age at Occurrence :    64
    Dr Lic #:                      St:    Soc Sec #: 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

    Additional Contact Information:
      CellPhone# 04/10/13  407-273-4769
      HomePhone# 06/18/91      249-2527

    School/Business Information:
       WALT DISNEY WORLD               Phone: 407-824-2222
       LAKE BUENA VISTA             FL

     Residence Type  : N/A        Residence Status : N/A
     Disposition . . :            Vict Infrm Rights: No
     Extent of Injury: Not Appli  Medical Treatment:
     Injury Type . . : NA         Injury Type . . :
     Statement Type  : Written     Related Offenses :  1

------------------------------------------------------------------
Witness  . : Present Information      Non Disclosure of Info: No
             SZEWCZYK,BETHANY,,                 Phone:
             1716 LAFAYETTE CT
             ORLANDO                      FL 32807

    Race : White      Sex: Female        D.O.B: 08/18/82  Age:    30
                                         Age at Occurrence :    30
    Dr Lic #: S220063827980        St:    Soc Sec #: 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

    Additional Contact Information:

P001471

```
                    ORLANDO POLICE DEPARTMENT 8.0.7              Date: 04/10/2013
                                                                User: CASHTON
                                                                Page:        5
      Case Description:                      Case Number: 2013-146382
      Residential Burglary
```

CellPhone# 04/10/13  315-416-1246
```
       Residence Type  : N/A           Residence Status : N/A
       Disposition . . :               Vict Infrm Rights: No
       Extent of Injury: Not Appli     Medical Treatment:
       Injury Type . . : NA            Injury Type . . . :
       Statement Type  : Written       Related Offenses :  1
```

---

## PROPERTY RECAP

| No | Code | Type | | | Description | Value | Owner |
|----|------|------|------|------|-------------|-------|-------|
| 1) | D | P | 1.00 | EA | DAMAGE TO THE BACK DOOR SL | 10.00 | V 1 |
| 2) | S | J | 1.00 | EA | GOLD RING WITH SKULL CROSS | 1200.00 | V 1 |
| 3) | S | J | | | 30-35 PIECES OF STERLING S | 8000.00 | V 1 |
| 4) | SR | S | 500.00 | DR | $500 IN U.S. COINS | 500.00 | V 1 |
| 5) | SR | P | 1.00 | EA | BUCK FOLDING KNIFE | 40.00 | V 1 |

---

## PROPERTY DETAIL

---
```
Property: GONZALEZ,GEORGE,L,
     Item Number . :   1  Subject #:   1  Subject Type: Victim
     Property Code : Damaged         Property Type  : General
     Date Received : 04/09/13        Initial Value  :        10.00

     Year/Desc . :      DAMAGE TO THE BACK DOOR SLIDING GLASS DOOR LOCK
     Quantity  . :           1.000   EA  Model/Style:
     Registratn# :            State :              Expires  :
     Subjects  . : GONZALEZ,GEORGE,L,                 Reason: Owner
```
---
```
Property: GONZALEZ,GEORGE,L,
     Item Number . :   2  Subject #:   1  Subject Type: Victim
     Property Code : Stolen          Property Type  : Jewelry
     Property Class: Ring
     Date Received : 04/09/13        Initial Value  :     1,200.00

     Year/Desc . :      GOLD RING WITH SKULL CROSS BONES ACCENTED WITH
                        DIAMONDS
     Style . . . : Mans              OAN . . :
     Metal . . . : GOLD   Karats:    Value . :             .00
     Quantity  . :         1.000   EA  Model/Style:
     Subjects  . : GONZALEZ,GEORGE,L,                 Reason: Owner
```
---
```
Property: GONZALEZ,GEORGE,L,
     Item Number . :   3  Subject #:   1  Subject Type: Victim
     Property Code : Stolen          Property Type  : Jewelry
     Property Class: Other
     Date Received : 04/09/13        Initial Value  :     8,000.00
```

P001472

ORLANDO POLICE DEPARTMENT 8.0.7                    Date: 04/10/2013
                                                   User: CASHTON
                                                   Page:       6
      Case Description:                  Case Number: 2013-146382
      Residential Burglary


         Year/Desc . :      30-35 PIECES OF STERLING SILVER JEWELRY WITH BLU
                            TOPAZ, CITRINE, BLACK ONYX
         Metal . . . : SILV    Karats:        Value . :          .00
         Subjects  . : GONZALEZ,GEORGE,L,                   Reason: Owner


      ------------------------------------------------------------------------
      Property: GONZALEZ,GEORGE,L,
         Item Number . :    4  Subject #:   1  Subject Type: Victim
         Property Code : Stol/Recvd    Property Type  : Securities
         Property Class: Curr/Negot
         Date Received : 04/09/13      Initial Value  :       500.00

         Year/Desc . :      $500 IN U.S. COINS
         Quantity  . :      500.000   DR  Model/Style:
         Denomination:          Year Made:      Value:        500.00
         Subjects  . : GONZALEZ,GEORGE,L,                 Reason: Owner

      **** Recovered Information ****
         Date Recovered: 04/09/13 809  Recovered Value:       500.00
         Recovery Loc. : Other         Recovery Code  : Local All
         RFOJ?: N  Notify Owner Date: 04/09/13    Notified How?: Person
         Recovery Cond : FairCondn     Good Latents   : No
         Recovery Ofcr : TEJEIRA,ALFONSO,T,
         Recoverd By . : OWNER


      ------------------------------------------------------------------------
      Property: GONZALEZ,GEORGE,L,
         Item Number . :    5  Subject #:   1  Subject Type: Victim
         Property Code : Stol/Recvd    Property Type  : General
         Property Class: Miscellane
         Date Received : 04/09/13      Initial Value  :        40.00

         Year/Desc . :      BUCK FOLDING KNIFE
         Make  . . . : Buck       Model :           Style . :
         Quantity  . :      1.000   EA  Model/Style:
         Registratn# :          State :            Expires :
         Subjects  . : GONZALEZ,GEORGE,L,                 Reason: Owner

      **** Recovered Information ****
         Date Recovered: 04/09/13 809  Recovered Value:        40.00
         Recovery Loc. : Other         Recovery Code  : Local All
         RFOJ?: N  Notify Owner Date: 04/09/13    Notified How?: Person
         Recovery Cond : FairCondn     Good Latents   : No
         Recovery Ofcr : TEJEIRA,ALFONSO,T,
         Recoverd By . : OWNER

      ------------------------------------------------------------------------
                               Offense
      ------------------------------------------------------------------------

   Offense Number:    1                Attempted/Committed : Committed
   Crime Code: 02200 BURGLARY/BREAKING AND ENTERING

P001473

ORLANDO POLICE DEPARTMENT 8.0.7                      Date: 04/10/2013
                                                     User: CASHTON
                                                     Page:        7

Case Description:                      Case Number: 2013-146382
Residential Burglary


Statute . : 810.02 3
Stat Desc : BURGLARY TO STRUCTURE/CONVEYANCE-UNARMED
Location Type . : Apartment        Criminal Activity . : N/A
Occupancy Code  : Occupied         No. Premises Entered:    1
Type of Weapon  : N/A              Weapon Feature  . . :
Entry Method . : Pried             Entry Point . . . . . : SlidinDoor
Exit Method . . : InNarrativ       Exit Point . . . . . : InNarrativ
Alcohol Related : No               Drug Related . . . : No
Domestic Crime  : No               Hate Crime . . . . : No
Computer Related: NA               Just. Homicide Code :
Statute ORI/Group . : S            Agg Aslt/Homc Crcmst:
Counts  . . . . . . : 001          Larceny/Theft Offnse:
Offense Date . . . : 04/09/2013    Victim Drug Related :
Abandoned Structure : NO           Property Damage . .         10
Tool Used . . . . . : Pry Instru   Counterfeit Type . :
Gang Related . . . : No            Additional Subcode :

------------------------------------------------------------------------

CRIME SPECIFIC INFORMATION:


Type Information: Visibility From Street
None

Type Information: Outside Lighting
Good

Type Information: Suspect's Action
Used Tools
Ransacked

Type Information: Victim's Location
Present

Type Information: Location of Structure
Mid Block
Primarily Residential

Type Information: Type of Structure
Apartment

------------------------------------------------------------------------


Offense Number:    2               Attempted/Committed : Committed
Crime Code: 0130B SIMPLE ASSAULT
Statute . : 784.03
Stat Desc : BATTERY
Location Type . : Apartment        Criminal Activity . : N/A
Occupancy Code  : N/A              No. Premises Entered:
Type of Weapon  : Hands/Fist       Weapon Feature . . :
Entry Method . : NA                Entry Point . . . . :
Exit Method . . : NA               Exit Point . . . . :
Alcohol Related : No               Drug Related . . . : No

P001474

ORLANDO POLICE DEPARTMENT 8.0.7                    Date: 04/10/2013
                                                   User: CASHTON
                                                   Page:      8
Case Description:                        Case Number: 2013-146382
Residential Burglary

Domestic Crime  : No          Hate Crime  . . . . : No
Computer Related: NA          Just. Homicide Code :
Statute ORI/Group . : S       Agg Aslt/Homc Crcmst:
Counts  . . . . . . : 001     Larceny/Theft Offnse:
Offense Date  . . . : 04/09/2013   Victim Drug Related :
Abandoned Structure : NO      Property Damage . .

**************************************************************

| I Swear or affirm the above statements are correct and true. (Signature)_____ | Officer Name/ID#  (Print) |
|---|---|
| Sworn to and subscribed before me, the undersigned Authority, This_____day of _____,20_____. | |
| Notary Public \|_\|   Law Enforcement Officer \|_\|  Emp# _____ Orlando PD | |

P001475