# ORLANDO POLICE DEPARTMENT

Case #: 2013-146382

## Statement
Please fill out in full detail

| Date of Statement: | Month: 04 | Day: 09 | Year: 2013 | Time: 0870 |
|---|---|---|---|---|

Offense: Res Burglary

| Date of Offense: | Month: 04 | Day: 09 | Year: 2013 | Time: 0800 |
|---|---|---|---|---|

Suspect (last, first, middle): UNK.

Location of Offense: 1625 Little Falls Cir    District: T-2

Person Code: W

Name (last, first, middle): BLOOM, CHARLENE ELIZABETH
Age:    DOB: 03-14-48    Race: W    Sex: F

Address Residence: 1708 SILVER CREEK CT. ORLANDO, FL    Zip: 32807    Phone: 4072734969

Address Business:    Zip:    Phone:

Email Address: Cbloom1@fl.rr.com

Type of ID shown: FL DL

ID# if applicable: B450-105-48-834-0

I, CHARLENE BLOOM, do hereby voluntarily make the following statement without threat, coercion, offer of benefit, or favor by any persons whomsoever.

08:15 Looked out the window upstairs - saw 3 young guys running to their car, they were looking towards my neighbors talking to each other. Guys small built + height with dress shirts (long sleeved, dressed nicely like school or college guys. Car was gray compact maybe a Hundai or Datsun. They took off fast + speed off. Spoke to officers about I saw.

Sworn to and subscribed before me, this 9th day of APRIL 2013

OFF. _____ oen/LEO

Notary Public ☐    Law Enforcement Officer ☒    Name Key 5261

Personally Known ☐    Produced Identification ☐    Type _____

I swear/affirm the above and/or attached statements are correct and true.

Signature: x Charlene E Bloom

My signature below means that I refuse to prosecute the person(s) named above for the alleged crime(s) that occurred to me or to the property under my control.

Signature _____ Date _____
(Departmental policy prohibits use of this section in domestic violence cases.)

Victim Rights Booklet provided?    Yes ☐    No ☒

I will testify in court and prosecute criminally.    Initials:

Miranda Warning Read?    Yes ☐    No ☒    Page 1 of 1

1113.9  6/7/11    White: State Attorney    Yellow: Records

P001385