

**Orlando Police Department**
**Field Report – Narrative Supplement**

*100 S Hughey Ave  Orlando, FL  32802  (407)246-2470*

**NARRATIVE SUPPLEMENT**

Case Number: **2013-00146382**
Reporting Officer: 14857   STYER, CHANTAL
Approving Officer: 7276    BRENNAN, ANDREW

On April 9, 2013 at 0835 hours, I, CSI Styer (#14857) responded to 1625 Little Falls Circle, in reference to a residential burglary.  Upon my arrival, I met and was briefed by Officer Tejeira (#7473).  I took 38 digital color photographs, depicting gray card with date and case number, location, overall views of a second story window screen on the ground by the front door, overall views of the interior of the residence, with close up views of pepper spray on the walls by the front door.  I also photographed the open exterior patio gate, a tire iron on the ground by the sliding glass door, and a cigarette butt on the patio table.  I collected these items as evidence.

I then proceeded to photograph the second floor, with close up views of areas of disturbance in the bedrooms. A red and black backpack containing coins and a knife was located in the hallway.  The coins and knife were returned to the victim.  I collected the backpack as evidence, as it did not belong to the victim.

I processed the scene for latent prints with negative results.  I also collected a "Pop-Tarts" wrapper from Officer Tejeira.

I departed the scene at 0933 hours.  Upon my arrival at OPH, 38 photographs were downloaded and are on file with the Forensic Imaging Lab.  Evidence was secured in a locker in the Forensic Lab for processing and packaging on a later date.

On April 15, 2013, the collected items were processed for latent prints with positive results.  Five (5) latent prints were developed and lifted from the "Pop-Tarts" wrapper.  The prints were submitted to the Latent Print Examiners for evaluation.

All items were then packaged and entered into Evidence under #AE9209A.

| I swear or affirm the above statements are correct and true. | Officer Name/ID # (Print) |
|---|---|
| Signature_____ | |
| Sworn to and subscribed before me, the undersigned authority, | |
| This _____ day of _____, _____. _____ | |
| Notary Public [  ]   Law Enforcement Officer [  ]   Emp # _____   Orlando Police Department | |

Disclaimer:  This temporary field report should not be considered the final official police report on the incident described within.  This report is to be used only for proceedings requiring a report prior to the final report being completed.  Any information contained within is subject to verification and/or change.
Last Modified Date/Time    04/23/2013  14:34:26

P001417