

# Orlando Police Department
## Field Report – Investigative Supplement

100 S Hughey Ave  Orlando, FL  32802  (407)246-2470

Case Number: **2013-00146382**
Reporting Officer: 14767  STANLEY, MICHAEL
Approving Officer: 10322  BRADY, DANIEL

**NARRATIVE**

On 4/9/2013 at approximately 0845 hours, Ofc. A. Tejeira (7473), responded to 1625 Little Falls Circle in reference to an Occupied Residential Burglary.  Upon arrival he met with the victim, George Gonzalez, who provided a sworn written statement.

Gonzalez stated he arrived at his above listed residence and entered through the ground level front door.  Upon entering, Gonzalez stated he observed a Hispanic male (Suspect # 1) in his early 20s inside his residence on the ground floor.  Gonzalez stated Suspect # 1 then ran out his residence through his rear sliding glass door, and Gonzalez was able to chase after Suspect # 1 who ran in a northern direction.  After losing sight of Suspect # 1, Gonzalez stated he returned to his residence and encountered another Hispanic male (Suspect # 2), also in his early 20s, inside his residence and descending the stairs from the upper floor.  Gonzalez stated he was then able to pepper spray Suspect # 2 at which time he then attempted to detain Suspect # 2.  Gonzalez stated Suspect # 2 then punched him and during the struggle, Gonzalez stated he observed another Hispanic male (Suspect # 3), also in his early 20s and inside his residence descending the stairs from the upper floor.  Gonzalez stated Suspect # 3 then ran back up the stairs, and Suspect # 2 ran out the front door.  Gonzalez stated he was then able to notify the police about the incident and continued to chase after Suspect # 2.  Gonzalez stated he then returned to his residence and noted Suspect # 3 had also exited his residence.  Gonzalez stated one of the suspects did have a distinct Afro style hairdo.  All efforts to locate the suspects met with negative results.  Entry to Gonzalezs residence was determined to have been through his rear sliding glass door by smashing open the lock with a tire iron which was left behind by the suspects.

Gonzalez completed an inventory of his belongings and noted the suspects had taken numerous pieces of sterling silver jewelry valued at approximately $8,000, and a gold ring valued at approximately $1,200.  Gonzalez stated the suspects did not have permission to enter his residence or to take his belongings, and prosecution is desired.

On 4/10/2013, I, Det. M. Stanley (14767), was assigned this incident for investigative follow-up.  I reviewed the incident and noted the three suspects were described as Hispanic males in their early 20s.  I reviewed an OPD Criminal Information Bulletin (CAU-2013-0269), in which three males and a female had been stopped and detained in reference to their possible involvement in a Residential Burglary on 4/3/2013 at 5075 Andrea Blvd. (reference OPD 2013-137815), which is in the same general area as Gonzalezs residence.  One of the males in this bulletin was identified as Jorge R. Valle Ramos, W/M, DOB 4/21/93.  A review of Valle Ramoss Driver and Vehicle Information Database (DAVID) photograph noted Valle Ramos to have a distinct Afro style hairdo.

Acting upon this possible investigative lead, I prepared a photographic line-up (ID # 22184) containing a photograph of Valle Ramos with a previous DAVID photograph in which he did not have a distinct Afro style hairdo.  On 4/18/2013 I then met with Gonzalez and read him OPDs Photo Line-up Administration and Witness Instructions which Gonzalez initialed stating he understood the photo line-up instructions.  I then presented Gonzalez the photo line-up containing a DAVID photograph of Valle Ramos, and Gonzalez immediately selected Valle Ramos in photograph # 2 who he stated was one of the suspects inside his residence.  Gonzalez stated he looked directly at Valle Ramos who was inside his residence and who then ran out, exiting through his rear sliding glass door.

At this time, based upon the positive identification of Valle Ramos by Gonzalez, who he stated he observed uninvited inside his residence, and the theft of approximately $9,200 in jewelry, probable cause exists to charge Valle Ramos with Burglary of Occupied Dwelling, and Grand Theft 3rd Degree >$5,000<$10,000.

An arrest warrant for Valle Ramos has been obtained and signed by Judge Maureen Bell, and this incident should be considered inactive pending arrest.

Disclaimer:  This temporary field report should not be considered the final official police report on the incident described within.  This report is to be used only for proceedings requiring a report prior to the final report being completed.  Any information contained within is subject to verification and/or change.

Last Modified Date/Time 04/24/2013 13:33:46

**P001418**

# Orlando Police Department
## Field Report – Investigative Supplement

*100 S Hughey Ave   Orlando, FL  32802   (407)246-2470*

Case Number: **2013-00146382**
Reporting Officer: 14767   STANLEY, MICHAEL
Approving Officer: 10322   BRADY, DANIEL

## SUBJECTS

| Case Subject Type / Name / Hgt Wgt Hair Eyes  DL Number/State | Subtype | Street Address / City, State Zip / City of Birth | Cell Phone | Home Phone / Work Phone / State/Country of Birth | Sex Race | Age DOB Soc. Sec # |
|---|---|---|---|---|---|---|
| **Suspect** | Suspect | 4611 CASON COVE DR-Drive 622 | | | M W | 20 04/21/1993 |
| VALLE RAMOS, JORGE, RUBEN | | ORLANDO, FL, 32811 | | | | |
| 510  150  BRN  BRN   V465-436-93-141-0/FL | | | | | | 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 |
| **Victim** | Adult | 1625 LITTLE FALLS CR-Circle | | | M W | 57 04/04/1956 |
| GONZALEZ, GEORGE | | ORLANDO, FL  32807 | (407)509-3282 | | | -- |
| | G524-312-56-124-0/FL | | | | | |

## PROPERTY - GENERAL

| Date | Code / Property Type | Quantity | Units | Category / Style/Drug Type | Value / Serial Number | OAN |
|---|---|---|---|---|---|---|
| | | | | | | |

## PROPERTY - VEHICLE

| Date | Code / Property Type | Year Category/Make/Model/Model Desc / Color | Year/Plate/State | Value / VIN/Serial Number |
|---|---|---|---|---|
| | | | | |

## PROPERTY - GUNS

| Date | Code / Value | Type / Caliber | Make / Finish | Serial Number / OAN |
|---|---|---|---|---|
| | | | | |

| I swear or affirm the above statements are correct and true. Signature_____ | Officer Name/ID # {Print} |
|---|---|
| Sworn to and subscribed before me, the undersigned authority, This _____ day of _____,_____.  _____ | |
| Notary Public  ☐   Law Enforcement Officer  ☐   Emp # _____   Orlando Police Department | |

Disclaimer:  This temporary field report should not be considered the final official police report on the incident described within.  This report is to be used only for proceedings requiring a report prior to the final report being completed.  Any information contained within is subject to verification and/or change.

Last Modified Date/Time 04/24/2013  13:33:46

P001419