**Date**: November 18, 2021                                                        **County**: ORANGE

## CASE MANAGEMENT SCREENS

| | | | |
|---|---|---|---|
| **DEFENDANT:** | JORGE R. VALLE RAMOS | **R/S/DOB:** | W/M 04/21/1993 |
| **HOME ADDR:** | 1611 Cason Cove Dr / Apt # 622 | **HT/WT:** | 5' 10"/150 lbs. |
| | Orlando, FL 32811 | **HAIR/EYES:** | Unknown/Unknown |
| **PHONE:** | 407-412-1936 | **SS#:** | |
| **BUS ADDR:** | Taylor Correctional Isntitution, DC# X86075 | **DL NUMBER:** | Unknown |
| | 88501 Hampton Springs Rd | **DL NUMBER:** | |
| | Perry, FL 32348 | | |
| **BUS PHONE:** | | **ID NUMBER:** | |
| **CELL PHONE:** | | **ID NUMBER:** | |
| **AKA(s):** | | | |

| | | | |
|---|---|---|---|
| **CASE NO:** | 48-2013-CF-005146-O | **AGENCY:** | ORPD, 13-146382 |
| **OFFENSE DT:** | 04/09/2013 | **DOC #:** | |

| | | | | | |
|---|---|---|---|---|---|
| **DIVISION:** | 16 | 04/23/13 | **UNIT:** | | |
| **ASA:** | Ralph Seegobin | 04/13/17 | **DEF. ATTY:** | The Defendant/Business - (Pro se) | |
| | John Knutton | 09/15/14 | | | 09/11/15 |
| | Kenneth Lewis | 06/18/14 | | Adam Pollack | 07/16/14 |
| | Natalia Scott | 02/03/14 | | | 06/17/14 |
| | Raychel Garcia | 10/08/13 | | Carli Citraro | 02/03/14 |
| | Ryan Hillary | 09/10/13 | | Kirsten Blum | 07/09/13 |
| | Michael Barber | 07/29/13 | | Public Defender | 06/19/13 |
| | Ryan Hillary | 07/06/13 | | | |
| | Jenny Rossman | 05/28/13 | | | |
| **INTAKE:** | Frances Blair | 04/23/13 | **VWC:** | | |
| **JUDGE:** | A. James Craner | 04/13/17 | | | |
| | Greg Tynan | 02/04/14 | | | |
| | Margaret Schreiber | 04/23/13 | | | |

## CASE SYNOPSIS

On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home. The suspect ran out the back door. VT attempted to chase the suspect but he got away. VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene. W/Bloom observed three (3) males running from her neighbor's house to their car and left the area. W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area. LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects. The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings. VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
*Photos, photo line-up and Criminal info. Bulletin are attached.

---

## ARREST CHARGES

BURGLARY OF OCCUPIED DWELLING

P002939

GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

## CHARGES FILED

BURGLARY OF DWELLING W/ASSAULT OR BATTERY
GRAND THEFT 3RD DEGREE (>$300, <$5,000)

## CHARGES DISPOSED

BURGLARY OF DWELLING W/ASSAULT OR BATTERY - Jury Found Guilty
GRAND THEFT 3RD DEGREE (>$300, <$5,000) - Jury Found Guilty

The Defendant was sentenced as follows:

Ct. 1 -  07/18/2014
        Adjudicated Guilty
        30 Month(s) Department of Corrections
        5 Years Supervised Probation
        200 Hours Alternative Community Service
        Impulse Control Seminar
        $8,850.00 Restitution Ordered to Victim
        Court Costs
Ct. 2 -  07/18/2014
        Adjudicated Guilty
        30 Month(s) Department of Corrections Sentence Concurrent with Count 1

## COMMENTS TO LEO

## EVENTS

| | | | | | |
|---|---|---|---|---|---|
| 09/30/14 | CLD | | Closed | 12:00 | |
| 09/30/14 | HRG | | Hearing | 10:00 | |
| 07/18/14 | CLD | | Closed | 12:00 | |
| 07/18/14 | SNS | | Sentencing Set | 08:30 | |
| 07/17/14 | HRG | | Hearing-Mtn. New Trial | 10:15 | |
| 05/22/14 | JGY | 002 | Jury Found Guilty | | |
| 05/22/14 | JGY | 001 | Jury Found Guilty | | |
| 05/19/14 | TRL | | Trial Set | 08:30 | |
| 05/07/14 | PTC | | Pre-Trial Conference | | 08:30 |
| 04/14/14 | TRL | | Trial Set | 09:00 | |
| 04/02/14 | PTC | | Pre-Trial Conference | | 08:30 |
| 03/10/14 | TRL | | Trial Set | 08:30 | |
| 02/26/14 | PTC | | Pre-Trial Conference | | 08:30 |
| 02/10/14 | TRL | | Trial Set | 09:00 | |
| 02/03/14 | TRL | | Trial Set | 09:00 | |
| 01/22/14 | PTC | | Pre-Trial Conference | | 08:30 |

P002940

| | | | |
|---|---|---|---|
| 12/02/13 | TRL | Trial Set    09:00 | |
| 11/14/13 | SDS | State Depositions Scheduled | 03:30 |
| 11/13/13 | PTC | Pre-Trial Conference | 08:30 |
| 10/10/13 | DDS | Defense Depositions Scheduled | 01:30 |
| 09/16/13 | TRL | Trial Set    09:00 | |
| 09/04/13 | PTC | Pre-Trial Conference | 08:30 |
| 08/21/13 | AIF | Amended Information Filed | |
| 07/03/13 | DFD | Demand For Discovery | |
| 06/18/13 | ARN | Arraignment | |
| 05/21/13 | FID | Filed | |
| 04/24/13 | ARR | Arrest | |
| 04/23/13 | REC | Received | |
| 04/19/13 | CAP | Capias    12:00 | |
| 04/19/13 | AAW | Affidavit For Arrest Warrant | |
| 02/28/17 | ORD | Order Dismissing Motion For Post Conviction Relief | |

## **NOTES**

| | | |
|---|---|---|
| 10/29/21 | FT | File to: Austin Milford's Public Records Shelf |
| 10/28/21 | FCO | File Checked Out to Edmund Milford - PR |
| 10/22/21 | FOCF | File Ordered from Closed File Room |
| 10/21/21 | PRPR | PRR-Payment Received: $40.00 for Invoice 2021-10-P18 from Laura Cepero at Lisabeth Fryer Law Firm |
| 10/15/21 | | Public Records Invoice 2021-10-P18 for $40.00 sent to Laura@lisabethfryer.law |
| 10/15/21 | PRIE | PRR-Invoice_Estimate |
| 10/15/21 | PRRR | PRR-RECEIVED from Lisabeth Fryer's Law Office for any and all available public records in this case |
| 07/30/21 | | Closing Summary - filed 7/29/21 |
| 02/19/18 | FPW | Filed Packed for the Warehouse Box # 325 |
| 03/02/17 | MAP | Order Dismissing Motion For Post Conviction Relief |
| 09/11/15 | MAP | Motion For Post Conviction Relief |
| 12/08/14 | BF | Closed File - Bulk File:1 Medium |
| 12/08/14 | FBC | File Back to Closed File Room |
| 11/24/14 | FCF | File to Closed File Room |
| 10/01/14 | FCFD | File to Closed File Drawer-Division |
| 09/15/14 | FPF | File pulled for: ASA review & 9/30 Hrg |
| 09/02/14 | | Designation to Court Reporters |
| 08/26/14 | | REC: DCA Letter Notification of Appeal |
| 08/01/14 | FCFD | File to Closed File Drawer-Division |
| 07/18/14 | FT | File to: closed drawer by Julia |
| 07/18/14 | DPS | Disposition Letter Printed |
| 07/16/14 | SDI | Supplemental Discovery Form Issued |
| 07/16/14 | EMD | Email Supplemental Discovery Restitution Affidavit To:adam.pollack@orl-law.com |
| 07/10/14 | FTA | File pulled / To Attorneys stand-up |
| 06/23/14 | FT | File to: HOLD DRAWER |
| 06/12/14 | FTA | File pulled / To Attorneys stand-up |
| 05/23/14 | FT | File to: hold drawer |
| 05/22/14 | AD45 | Trial Completion Notification printed |
| 05/22/14 | EML | Email MS35 To:ccitraro@circuit9.org; ctjugt1@ocnjcc.org |
| 05/22/14 | EML | Email MS35 To:ccitraro@circuit9.org; ctjugt1@ocnjcc.org |

P002941

| | | |
|---|---|---|
| 05/21/14 | AIR | Additional Information Received – photos - sent to DIV 16 (given to Julia) |
| 05/21/14 | EMD | Email Supplemental Discovery photos To:Public Defender STAC System |
| 05/21/14 | EMD | Email Supplemental Discovery photos To:ccitraro@circuit9.org;Division16@circuit9.org |
| 05/21/14 | SDI | Supplemental Discovery Form Issued |
| 05/21/14 | AD1 | AD1 Form Created |
| 05/19/14 | AIN | Amended Information Typed |
| 05/19/14 | AFF | Approved for Filing |
| 05/16/14 | CISN | CIS4N/CIS4J (Standby Notification) Printed |
| 05/02/14 | WLI | Witness List Issued |
| 04/30/14 | FPBX | File Pulled and in Pre-Trial Box |
| 04/29/14 | FTD | File in Trial Drawer |
| 04/29/14 | SUI | Subpoena(s) Issued |
| 04/28/14 | FTA | File pulled / To Attorneys stand-up |
| 04/24/14 | AIR | Additional Information Received – photos - sent to DIV 16 |
| 04/22/14 | RPH | Request for Crime Scene Photos |
| 04/08/14 | WLI | Witness List Issued |
| 04/08/14 | SUI | Subpoena(s) Issued |
| 04/02/14 | CISN | CIS4N/CIS4J (Standby Notification) Printed |
| 03/11/14 | FTD | File in Trial Drawer |
| 03/04/14 | SUI | Subpoena(s) Issued |
| 02/14/14 | SUI | Subpoena(s) Issued |
| 02/14/14 | FPBX | File Pulled and in Pre-Trial Box |
| 02/03/14 | CISN | CIS4N/CIS4J (Standby Notification) Printed |
| 01/29/14 | CISN | CIS4N/CIS4J (Standby Notification) Printed |
| 01/13/14 | FPBX | File Pulled and in Pre-Trial Box |
| 11/14/13 | FTD | File in Trial Drawer |
| 11/14/13 | SUI | Subpoena(s) Issued |
| 10/29/13 | FPBX | File Pulled and in Pre-Trial Box |
| 10/11/13 | FT | File to: trial drawer |
| 10/11/13 | SUI | Subpoena(s) Issued |
| 09/17/13 | EMD | Email Supplemental Discovery 1-Supplement Report / Photo line-up. To:kblum@circuit9.org |
| 09/16/13 | FT | File to: trial drawer |
| 09/16/13 | WTC | Witness Contact |
| 09/16/13 | SUI | Subpoena(s) Issued |
| 09/16/13 | EML | Email Hickson, Marquis To:Public Defender STAC System |
| 09/16/13 | EML | Email Hickson, Marquis To:Public Defender STAC System |
| 09/16/13 | SDI | Supplemental Discovery Form Issued |
| 09/11/13 | WTC | Witness Contact: Went to the home of SW Szewczyk to obtain a sworn statement. She advised she gave a sworn statement and completed a photo line-up last week. |
| 09/06/13 | FT | File to: trial drawer |
| 09/06/13 | SUI | Subpoena(s) Issued |
| 08/27/13 | EML | Email Hickson, Marquis To:Public Defender STAC System |
| 08/27/13 | EML | Email Hickson, Marquis To:Public Defender STAC System |
| 08/27/13 | SUI | Subpoena(s) Issued |
| 08/26/13 | FPBX | File Pulled and in Pre-Trial Box (9/4) |
| 08/23/13 | FT | File to: trial drawer |
| 08/23/13 | EML | Email N11 To:Public Defender STAC System |
| 08/23/13 | EML | Email N15 To:Public Defender STAC System |
| 08/23/13 | EMD | Email Supplemental Discovery-Narrative To:Public Defender STAC System |

P002942

| | | | |
|---|---|---|---|
| 08/23/13 | TSO | Tasking Sheet to Officer |
| 08/21/13 | VLS | Victim Letter Sent |
| 08/21/13 | EML | Email W1 To:Public Defender STAC System |
| 08/21/13 | WLI | Witness List Issued |
| 08/21/13 | SUI | Subpoena(s) Issued |
| 08/21/13 | SDI | Supplemental Discovery Form Issued |
| 08/21/13 | SSE | Scoresheet Emailed To kblum@circuit9.org |
| 08/21/13 | AIN | Amended Information Typed |
| 08/21/13 | AFF | Approved for Filing |
| 08/21/13 | TSO | Tasking Sheet to Officer |
| 07/09/13 | EMD | Email Discovery Document To:Public Defender STAC System |
| 06/19/13 | FWA | Felony Workup Sheet to ASA for Case Workup |
| 06/17/13 | FT | File to: ARN DOCKET 6/18 |
| 05/28/13 | FWA | Felony Workup Sheet to ASA for Case Workup |
| 05/24/13 | CTLA | Case file to Lead Attorney for Assignment |
| 05/24/13 | DIF | Discovery Scanned - No Demand filed by Defense |
| 05/24/13 | DSNA | Discovery Scanned - No Attorney on Record |
| 05/24/13 | DHF | Division Has File |
| 05/22/13 | RFD | File Released to Division |
| 05/20/13 | SCK | Sent to Clerk's Office |
| 05/20/13 | CSTA | Case Cover Sheet to Law Enforcement Agency |
| 05/20/13 | INF | Information Typed |
| 05/20/13 | AFF | Approved for Filing |
| 05/20/13 | TSO | Tasking Sheet to Officer |
| 05/20/13 | CIA | Charged / To Intake Attorney |
| 05/17/13 | VCP | Victim Called - Wants to Prosecute/Gonzalez |
| 05/10/13 | VLSI | Victim Letter Sent (Intake) |
| 05/10/13 | LMC | Left Message on Victim's Cell Phone: Do you want to proceed with case? |
| 04/30/13 | FAP | File to Assigned Paralegal/Attorney |
| 04/30/13 | FAP | File to Assigned Paralegal/Attorney |
| 04/29/13 | CPR | Case Package Received from Agency |
| 04/24/13 | ATZ | Arrest report in A-Z |
| 04/24/13 | VINP | No Victim Information Provided |
| 04/23/13 | CIC | Case Input into Computer |

---

## ASA NOTES

---

## INVESTIGATOR NOTES

---

## PARTIES

05/19/14      SW      Bloom, Charlene
   (T)      HA:      1708 Silver Creek Ct  BA:
                Orlando, FL  32807-4242
                407-273-4769
       CP:      407-234-5379

P002943

has doctor appoinments three times a week

| 05/19/14 | VT | Gonzalez, George | |
| (T) | HA: | 1625 Little Falls Cir | BA: |
| | | Orlando, FL  32807-4240 | |
| | CP: | 407-459-3282 | |

| 11/14/13 | DW | Hickson, Marquis | |
| (D) | HA: | 4611 Cason Cove Dr | BA: |
| | | Apt 622 | |
| | | Orlando, FL  32811-6646 | |
| | CP: | 407-334-4384 | |

05/19/14    LE    Iverson, Sidney B.
sidney.iverson@CityofOrlando.net

(T)    HA:        BA:    PO Box 913
100 S Hughey Ave
Orlando, FL  32802-0913
Orlando Police Department
407-246-2470

05/19/14    LO    Stanley, Michael D.
michael.stanley@CityofOrlando.net

(T)    HA:        BA:    PO Box 913
100 S Hughey Ave
Orlando, FL  32802-0913
Orlando Police Department
407-246-2470

05/19/14    LE    Styer, Chantal M.
chantal.styer@CityofOrlando.net

(T)    HA:        BA:    PO Box 913
100 S Hughey Ave
Orlando, FL  32802-0913
Orlando Police Department
407-246-2470

05/19/14    SW    Szewczyk, Bethany
bethanycs@mac.com

(T)    HA:    1508 Regan Avenue    BA:
Orlando, FL  32807-4283
CP:    315-416-1246
See notes under Witness Logs, witness have a new address and claimed she wasn't
served there. Looking @ the subpoenas issued, the one for the 5/19/14 tp was sent to the old address.

05/19/14    LE    Tejeira, Alfonso T
alfonso.tejeira@CityofOrlando.net

(T)    HA:        BA:    PO Box 913
100 S Hughey Ave
Orlando, FL  32802-0913
Orlando Police Department

P002944

407-246-2470

CP:    407-579-5915

On vacation from 9/22/13 to 9/29/13

Will be out of town from 4/26-5/3/14

---

## WITNESS LOG

Gonzalez, George

    03/13/14  Received Subpoena/Called in/Verified Contact Information

Szewczyk, Bethany

    08/29/13  Received Subpoena/Called in/Verified Contact Information

    05/15/14  Misc.: Emailed response to Witness Coordinator for the 5/19/14 Trial Period : Hello, I will be on standby during the two week trial period below.  Please note that I called the office to update my mailing address, but was never served with a subpoena to my new home address.  My address is 1508 Regan Ave in Orlando, FL.  However, correspondence by email is preferable anyway.

Bloom, Charlene

    01/29/14  Received Subpoena/Called in/Verified Contact Information

    03/07/14  Received Subpoena/Called in/Verified Contact Information

    04/21/14  Received Subpoena/Called in/Verified Contact Information

Hickson, Marquis

    09/26/13  Received Subpoena/Called in/Verified Contact Information

---

## VOCA LOG

P002945

# Orange County

# ICJIS Warrant Arrest Affidavit

Writ ☐    VOP ☐    Fugitive ☐          Document #:    514931

FTA ☐    Other ☑

Division #:    16

Court Case #:    2013-CF-5146A0

| Document Date: | 4/24/2013 |
|---|---|

| Location of Defendant's Vehicle: | NONE | Date-Time Booked: | 04/24/2013 17:23 | Agency Case Number: | 201300169085 |
|---|---|---|---|---|---|

| (ORI): FL0480400 | Arresting Agency: ORLANDO POLICE DEPT | FCIC/NCIC Check: ☑ | Date-Time of Arrest: 04/24/2013 16:39 |
|---|---|---|---|

| Address of Arrest: 1611 CASON COVE DR | Total Bond Set At: $ |
|---|---|

| **DEFENDANT** | Adult ☑ | Juvenile ☐ | Jacket Number: | Inmate Number: 13014205 | Language: ENGLISH |
|---|---|---|---|---|---|

| NAME (L,F,M): VALLE RAMOS, JORGE | A.K.A: | Race: W | Sex: M | DOB: 04/21/1993 | Age: 20 |
|---|---|---|---|---|---|

| Height: 5'10" | Weight: 145 | Hair: BLK | Eyes: HAZ | POB City: PUERTO RICO | POB State: | POB Country: UNITED STATES OF AMERICA (USA |
|---|---|---|---|---|---|---|

| RES Street#: 1611 CASON COVE DR / APT # 622 | Citizenship: UNITED STATES |
|---|---|

| City: ORLANDO | State: FL | Zip: 32811 | Home Phone: 4074121936 | Other Phone: |
|---|---|---|---|---|

| Scars/Tattoos: | Ethnicity: HISPANIC OR LATINO |
|---|---|

| Driver's License/ State ID No: V465-436-93-141-0 | State: FL | Year Expires: 2020 | SSN #: ▮▮▮▮ |
|---|---|---|---|

| Next of Kin Name: | Address: FL | Phone: |
|---|---|---|

| Business and Occupation: |
|---|

| BUS Street#: |
|---|

| City: | State: FL | Zip: | Bus Phone: |
|---|---|---|---|

**Out of State Warrant Arrest: Book as Fugitive from Justice.  FSS 941.14,  JIT 941.02  NO BOND**

| **OFFENSES** | Felony ☑    Misd. ☐    ORD. ☐    Traffic ☐ | Out of County ☐ | Court Location: CIRCUIT | Domestic Violence: ☐ |
|---|---|---|---|---|

| Original Agency Name / ORI | Original Agency Case Number: 2013-146382 | | Originating State or County: ORANGE |
|---|---|---|---|
| | | BOND AMT $ | |
| # 1    BURGLARY OF OCCUPIED DWELLING | 810.02(3)-19 | 5,000.00 | FSS: 810.02.3A |
| # 2    GRAND THEFT 3RD DEGREE (>$5,000,<$10,000) | 812.014(2)(C)(2) | 150.00 | FSS: 812.014.2C2 |

CHECK IF OFFENSES ARE CONTINUED          ☐

## ORIGINAL OFFENSE IF KNOWN ON VOP, FUGITIVE, FTA ONLY

| # 1 | BURGLARY OF OCCUPIED DWELLING |
|---|---|
| # 2 | GRAND THEFT OF THE THIRD DEGREE |

☐    **I, being an Orange County Deputy, read and executed the above capias to the above named defendant.**

## NARRATIVE:

tele-type confirmed that Valle-Ramon has an active warrant out of orange County. Defendant was transported to BRC for processing.

| Sworn to and subscribed before me, this 24 day of April year 2013 | I swear or affirm the above statements are correct and true | 4072462470 |
|---|---|---|
| Notary Public ☑    Law Enforcement or Corrections Officer ☐ | Officer's Signature | Officer's Bus. Phone No. IVERSON, SIDNEY / 7591 |
| Personally Known ☑    Produced Identification ☐ Type of Identification: | | Officer's Name/Badge ID |

**Notice to Defendant Regarding Social Security Number:** This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill its lawful duties and responsibilities.

| Notary Signature | **NOTARY PUBLIC STATE OF FLORIDA** |
|---|---|

| GREEN , CONSETTA | EE835671 / 09/17/2016 |
|---|---|
| Notary Name | Notary Commission # / Exp. Date |

1001(05/08) **COURT COPY   RECORD COPY   STATE ATTORNEY COPY   INMATE RECORDS COPY   AGENCY/REPORT   REVIEW COPY   DEFENDANT COPY**

P002946

# Orange County  CJIS Warrant Arrest Affidavit

| Writ ☐ VOP ☐ Fugitive ☐ | Document #: 514931 | |
|---|---|---|
| FTA ☐ Other ☑ | | Division #: 16 |
| Document Date: 4/24/2013 | | Court Case #: 2013-CF-5146A0 |

| Location of Defendant's Vehicle: NONE | | Date-Time Booked: 04/24/2013 17:23 | Agency Case Number: 201300169085 |
|---|---|---|---|
| (ORI): FL0480400 | Arresting Agency: ORLANDO POLICE DEPT | FCIC/NCIC Check: ☑ | Date-Time of Arrest: 04/24/2013 16:39 |
| Address of Arrest: 1611 CASON COVE DR | | | Total Bond Set At: $ |

| DEFENDANT | Adult ☑ | Juvenile ☐ | Jacket Number: | Inmate Number: 13014205 | Language: ENGLISH |
|---|---|---|---|---|---|

| NAME (L,F,M): VALLE RAMOS, JORGE | A.K.A: | Race: W | Sex: M | DOB: 04/21/1993 | Age: 20 |
|---|---|---|---|---|---|

| Height: 5'10" | Weight: 145 | Hair: BLK | Eyes: HAZ | POB City: PUERTO RICO | POB State: | POB Country: UNITED STATES OF AMERICA (USA) |
|---|---|---|---|---|---|---|

| RES Street#: 1611 CASON COVE DR / APT # 622 | | | Citizenship: UNITED STATES |
|---|---|---|---|
| City: ORLANDO | State: FL | Zip: 32811 | Home Phone: 4074121936 | Other Phone: |
| Scars/Tattoos: | | Ethnicity: HISPANIC OR LATINO |
| Driver's License/State ID No: V465-436-93-141-0 | State: FL | Year Expires: 2020 | SSN #: ▮▮▮▮ |
| Next of Kin Name: | Address: FL | | Phone: |
| Business and Occupation: | | | |
| BUS Street#: | | | |
| City: | State: FL | Zip: | Bus Phone: |

**Out of State Warrant Arrest: Book as Fugitive from Justice. FSS 941.14, JIT 941.02  NO BOND**

| OFFENSES | Felony ☑ Misd. ☐ ORD. ☐ Traffic ☐ | Out of County ☐ | Court Location: CIRCUIT | Domestic Violence: ☐ |
|---|---|---|---|---|

| Original Agency Name / ORI: | | Original Agency Case Number: 2013-146382 | | Originating State or County: ORANGE |
|---|---|---|---|---|
| | | | BOND AMT $ | |
| # 1 | BURGLARY OF OCCUPIED DWELLING | 810.02(3)-19 | 5,000.00 | FSS: 810.02.3A |
| # 2 | GRAND THEFT 3RD DEGREE (>$5,000,<$10,000) | 812.014(2)(C)(2) | 150.00 | FSS: 812.014.2C2 |

| CHECK IF OFFENSES ARE CONTINUED | ☐ |
|---|---|

## ORIGINAL OFFENSE IF KNOWN ON VOP, FUGITIVE, FTA ONLY

| # 1 | BURGLARY OF OCCUPIED DWELLING |
|---|---|
| # 2 | GRAND THEFT OF THE THIRD DEGREE |

☐ **I, being an Orange County Deputy, read and executed the above capias to the above named defendant.**

## NARRATIVE:

tele-type confirmed that Valle-Ramon has an active warrant out of orange County. Defendant was transported to BRC for processing.

| Sworn to and subscribed before me, | I swear or affirm the above statements are correct and true | 4072462470 |
|---|---|---|
| this 24 day of April year 2013 | | Officer's Bus. Phone No. |
| Notary Public ☑   Law Enforcement or Corrections Officer ☐ | Officer's Signature | IVERSON, SIDNEY / 7591 |
| Personally Known ☑   Produced Identification ☐ | | Officer's Name/Badge ID |
| Type of Identification: | Notice to Defendant Regarding Social Security Number: ... | |
| Notary Signature *Consetta Green* | **NOTARY PUBLIC STATE OF FLORIDA** | GREEN, CONSETTA | EE835671 / 09/17/2016 |
| | | Notary Name | Notary Commission # / Exp. Date |

1001(05/08) COURT COPY  RECORD COPY  STATE ATTORNEY COPY  INMATE RECORDS COPY  AGENCY/REPORT  REVIEW COPY  DEFENDANT COPY

Page 1 of 1

P002947

4/19/2013 12:39 PM FILED IN OFFICE LYDIA GARDNER CLERK OF CIRCUIT COURT ORANGE COUNTY FL Page 1

IN THE CIRCUIT/COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

COMPLAINT NO. 2013-CF-5146-AO

OPD CASE NO. 2013-146382

Florida Statute(s): 810.02(3)-19, 812.014(2)(C)(2)  16

Charge(s): Burglary Of Occupied Dwelling, Grand Theft 3rd Degree>$5,000<$10,000

STATE OF FLORIDA,
    Plaintiff,

v.

VALLE RAMOS, JORGE, R.
LKA: 4611 CASON COVE DRIVE # 622
    ORLANDO, FL, 32822
Race/Sex: W / M
Height/Weight: 5'10" / 150 lbs
DOB: 04/21/1993
Social Security Number: ███████



Defendant.

## AFFIDAVIT FOR ARREST WARRANT

THE STATE OF FLORIDA
COUNTY OF ORANGE

    BEFORE ME, the undersigned Judge, personally appeared your Affiant, Detective Michael Stanley #14767, a member of the Orlando Police Department, who, by me being first duly sworn, says that on the 9th day of April, 2013, in Orange County, Florida, the Defendant, VALLE RAMOS, JORGE, R., did in violation of section(s) 810.02(3)-19, 812.014(2)(C)(2) , Florida Statutes, unlawfully did commit Burglary Of Occupied Dwelling, Grand Theft 3rd Degree>$5,000<$10,000.

P002948

4/19/2013 12:39 PM FILED IN OFFICE/YDIA GARDNER CLERK OF CIRCUIT COURT ORANGE COUNTY FL Page 2

OPD Case Number: **2013-146382**

On 4/9/2013 at approximately 0845 hours, Ofc. A. Tejeira (7473), responded to 1625 Little Falls Circle in reference to an Occupied Residential Burglary. Upon arrival he met with the victim, George Gonzalez, who provided a sworn written statement.

Gonzalez stated he arrived at his above listed residence and entered through the ground level front door. Upon entering, Gonzalez stated he observed a Hispanic male (Suspect # 1) in his early 20's inside his residence on the ground floor. Gonzalez stated Suspect # 1 then ran out his residence through his rear sliding glass door, and Gonzalez was able to chase after Suspect # 1 who ran in a northern direction. After losing sight of Suspect # 1, Gonzalez stated he returned to his residence and encountered another Hispanic male (Suspect # 2), also in his early 20's, inside his residence and descending the stairs from the upper floor. Gonzalez stated he was then able to pepper spray Suspect # 2 at which time he then attempted to detain Suspect # 2. Gonzalez stated Suspect # 2 then punched him and during the struggle, Gonzalez stated he observed another Hispanic male (Suspect # 3), also in his early 20's and inside his residence descending the stairs from the upper floor. Gonzalez stated Suspect # 3 then ran back up the stairs, and Suspect # 2 ran out the front door. Gonzalez stated he was then able to notify the police about the incident and continued to chase after Suspect # 2. Gonzalez stated he then returned to his residence and noted Suspect # 3 had also exited his residence. Gonzalez stated one of the suspects did have a distinct Afro style hairdo. All efforts to locate the suspects met with negative results. Entry to Gonzalez's residence was determined to have been through his rear sliding glass door by smashing open the lock with a tire iron which was left behind by the suspects.

Gonzalez completed an inventory of his belongings and noted the suspects had taken numerous pieces of sterling silver jewelry valued at approximately $8,000, and a gold ring valued at approximately $1,200. Gonzalez stated the suspects did not have permission to enter his residence or to take his belongings, and prosecution is desired.

On 4/10/2013, I, Det. M. Stanley (14767), was assigned this incident for investigative follow-up. I reviewed the incident and noted the three suspects were described as Hispanic males in their early 20's. I reviewed an OPD Criminal Information Bulletin (CAU-2013-0269), in which three males and a female had been stopped and detained in reference to their possible involvement in a Residential Burglary on 4/3/2013 at 5075 Andrea Blvd. (reference OPD 2013-137815), which is in the same general area as Gonzalez's residence. One of the males in this bulletin was identified as Jorge R. Valle Ramos, W/M, DOB 4/21/93. A review of Valle Ramos's Driver and Vehicle Information Database (DAVID) photograph noted Valle Ramos to have a distinct Afro style hairdo.

Acting upon this possible investigative lead, I prepared a photographic line-up (ID # 22184) containing a photograph of Valle Ramos with a previous DAVID photograph in which he did not have a distinct Afro style hairdo. On 4/18/2013 I then met with Gonzalez and read him OPD's Photo Line-up Administration and Witness Instructions which Gonzalez initialed stating he understood the photo line-up instructions. I then presented Gonzalez the photo line-up containing a DAVID photograph of Valle Ramos, and Gonzalez immediately selected Valle Ramos in photograph # 2 who he stated was one of the suspects inside his residence. Gonzalez stated he looked directly at Valle Ramos who was inside his residence and who then ran out, exiting through his rear sliding glass door.

At this time, based upon the positive identification of Valle Ramos by Gonzalez, who he stated he observed uninvited inside his residence, and the theft of approximately $9,200 in jewelry, probable cause

**P002949**

4/19/2013 12:39 PM FILED IN OFFICE LYDIA GARDNER CLERK OF CIRCUIT COURT ORANGE COUNTY FL Page 3

exists to charge Valle Ramos with Burglary of Occupied Dwelling, and Grand Theft 3rd Degree >$5,000<$10,000.

Due to the above facts, it is your Affiant's belief that the defendant, **VALLE RAMOS, JORGE, R.,** has committed aforementioned violations of the laws of the State of Florida and that probable cause exists for the issuance of an arrest warrant.

Detective  Michael Stanley #14767

**SWORN TO AND SUBSCRIBED** before me in the County and State aforesaid this 19 day of April, 2013.

Judge Maureen Bell
P.O. Box 4934
Orlando, Florida 32802

Ninth Judicial
Circuit
Orange County

**P002950**

4/19/2013 12:38 PM FILED IN OFFICE LYDIA GARDNER CLERK OF CIRCUIT COURT ORANGE COUNTY FL Page 1

IN THE CIRCUIT/COUNTY COURT OF THE NINTH
JUDICIAL CIRCUIT IN AND FOR ORANGE
COUNTY, FLORIDA

COMPLAINT NO. 2013-CF-5146AO
16
OPD CASE NO.  2013-146382
Florida Statute(s): 810.02(3)-19, 812.014(2)(C)(2)
Charge(s):  Burglary Of Occupied Dwelling, Grand Theft
3rd Degree>$5,000<$10,000

STATE OF FLORIDA,
    Plaintiff,

v.

VALLE RAMOS, JORGE, R.
LKA: 4611 CASON COVE DRIVE # 622
    ORLANDO, FL 32822
Race/Sex: W / M
Height/Weight: 5'10" / 150 lbs
DOB: 04/21/1993
Social Security Number: █████████



Defendant.

## ARREST WARRANT

TO:    ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA;
    SPECIAL AGENTS OF THE FLORIDA DEPARTMENT OF LAW
    ENFORCEMENT; AND/OR ANY INVESTIGATOR OF THE SEVERAL STATE
    ATTORNEYS' OFFICES; AND/OR ANY MUNICIPAL POLICE OFFICER,
    INCLUDING MEMBERS OF THE ORLANDO POLICE DEPARTMENT

An Affidavit or sworn Complaint having this day been presented to me as Committing Magistrate wherein it is alleged that on the 9th day of April, 2013, in Orange County, Florida, the Defendant, VALLE RAMOS, JORGE, R., did in violation of section(s) 810.02(3)-19, 812.014(2)(C)(2) , Florida Statutes, unlawfully did commit Burglary Of Occupied Dwelling, Grand Theft 3rd Degree>$5,000<$10,000.

P002951

4/19/2013 12:38 PM FILED IN OFFICE LYDIA GARDNER CLERK OF CIRCUIT COURT ORANGE COUNTY FL Page 2

OPD Case Number: **2013-146382**

The Court, based on said affidavit, finds probable cause to believe the defendant committed the offense listed herein.

**THEREFORE,** you are hereby commanded to arrest instanter the said Defendant if he/she be found within your jurisdiction, and bring said Defendant before the proper court to be dealt with according to law.

The said Defendant shall be admitted to bail in the sum of:

| | | |
|---|---|---|
| **(Count-1)** | **Burglary Of Occupied Dwelling** | - $5,000 |
| **(Count-2)** | **Grand Theft 3rd Degree>$5,000<$10,000** | - $ 150 |
| **(Count-3)** | | - $ |
| **(Count-4)** | | - $ |
| **(Count-5)** | | - $ |
| **(Count-6)** | | - $ |
| **(Count-7)** | | - $ |
| **(Count-8)** | | - $ |
| **(Count-9)** | | - $ |

**TOTAL BAIL - $5,150** (5150)

and the court imposes the following special conditions of bail, bond, or other pretrial release:

_____ may be modified by First Appearance Judge;
_____ may *not* be modified by Appearance Judge

(COURT SEAL)

Judge Ninth Judicial Circuit
Judge Maureen Bell
P.O. Box 4934
Orlando, Florida 32802
Orange County

P002952

4/19/2013 12:38 PM FILED IN OFFICE LYDIA GARDNER CLERK OF CIRCUIT COURT ORANGE COUNTY FL Page 3

OPD Case Number: **2013-146382**

## R E T U R N

     Received the within original Warrant on the _____ day of _____, _____, and executed the same in _____ County, Florida, by arresting the within named Defendant, and at the same time informing him/her of the cause of arrest and the issuance of this warrant.

_____
**NAME**

_____
**TITLE**

**P002953**

ORLANDO POLICE DEPARTMENT 8.0.7                    Date: 04/10/2013
                                                   User: CASHTON
                                                   Page:        1
Case Description:                          Case Number: 2013-146382
Residential Burglary                       *ID # 22184 - VALLE RAMOS*
                                           *ID # 22185 - HICKSON*
Primary Victim:  GONZALEZ,GEORGE,L,        *ID # 22188 - JEUDY*

Date/Time Reported: 04/09/13  8:09 Hrs.    Dispatch Incident Type:
Date/Time Occurred: 04/09/13  8:00 Hrs.    RES B&E
Date/Time Between : 04/09/13  8:09 Hrs.
Location Occurred : 1625 LITTLE FALLS CR
Common/Business . :
Grid: 1619          SubGrid: 1619A                   Dist: K2


Reporting Officer :       7473  TEJEIRA,ALFONSO,T,
Primary Unit Assigned to Investigate: E Property
Scene Processed by:     14857  STYER,CHANTAL,M,
Significant Event : Yes        Shots Fired: No   Apv Ofcr:      12146

Case Status: FW INV REV  Disposition:          Disp. Date:
No. of Offenses:   3    No. of Offenders:   4    No. of Victims:   1


------------------------------------------------------------------------

CASE NARRATIVE 4/10/2013 5:11 AM
On April 9, 2013 at approximately 0845 hours, I responded to 1625
Little Falls Cir, Hidden Creek Condos, in reference to an occupied
residential burglary. Upon arrival, I met with the victim who
completed a sworn written statement.

According to the victim, on today`s date at approximately 0800 hours
he arrived home. He entered his residence via the front door. Once
inside, victim observed suspect #1, on the ground level. Suspect #1
ran out the back sliding glass door. The victim chased suspect #1 who
jumped the fence and ran northbound in an unknown direction. When the
victim returned to his residence. Suspect #2 was coming down the
apartment`s stairs. The victim pepper sprayed suspect #2. The victim
attempted to hold suspect #2. Suspect #2 began punching the victim.
While the victim was fighting with suspect #2, Suspect #3 came down
the stairs. Suspect #2 the ran out the front door northbound thru the
condos. Suspect #3 was last seen by the victim going up the stairs.
Suspect #2 jumped a fence north of the complex. When the victim
returned to the apartment suspect #3 had left. Unknown if suspect #3
jumped out the second story window or left via front or back door. A
witness observed three suspects enter a gray possibly Toyota vehicle
in the complex north of the victim`s condo. The description given by
the witnesses of the suspect`s entering the vehicle and leaving in an
unknown direction did not match suspect #1. It appears the victim
only saw three suspects but there could have been four. The victim
did not give anyone permission to enter his residence and steal his
property, or batter him. The victim will press charges. The victim
did not sustain any visible injuries and did not require medical
attention. CST Styer, 14857, responded to the scene and processed for
latent prints. One of the witnesses stated she believed the suspects
were wearing gloves.

P002954

```
                     ORLANDO POLICE DEPARTMENT 8.0.7            Date: 04/10/2013
                                                               User: CASHTON
                                                               Page:        2
    Case Description:                              Case Number: 2013-146382
    Residential Burglary
```

It appears, the suspects entered the residence via the rear sliding glass door. The suspects used a tire iron to break the sliding glass door lock. The tire iron was left at the scene. Estimated damage to the door is $10.  Once inside the suspects stole approximately $8000 worth of sterling silver jewelry. The suspects also took a gold ring valued at approximately $1200. The suspect attempted to steal approximately $500 in U.S. coins and a folding knife valued at $40. The knife and the coins were in a backpack the suspects brought with them but left behind. The folding knife and the coins were returned to the owner. The backpack was taken by the CST. Officer O`Day, 12153, found a Pop Tart bag in the area where the suspect`s car was last seen.  It is unknown if the bag came from suspect`s car The bag was turned over to the CST. The victim stated he can identify some of the suspects.

```
-----------------------------------------------------------------------
                              PRINCIPALS
-----------------------------------------------------------------------
Victim . . : Present Information      Non Disclosure of Info: No
   Primary    GONZALEZ,GEORGE,L,                 Phone:     658-8242
   Adult      1625 LITTLE FALLS CR
              ORLANDO                    FL 32807

     Race : White       Sex: Male           D.O.B: 04/04/56  Age:   57
                                            Age at Occurrence :   57
     Build:             Complexion:            Ethnicity: Hispanic
     Dr Lic #: G524312561240        St:   FL  Soc Sec #: 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

  Additional Contact Information:
     CellPhone# 04/10/13   407-459-3282
     WorkPhone# 04/06/04       857-5700
     HomePhone# 08/05/96       658-8242

  School/Business Information:
        WORLD CHEVROLET                    Phone:     857-5700
        5600 LEE VISTA RD
        ORLANDO                    FL

     Residence Type  : Orlando     Residence Status : Full Year
     Disposition . . :             Vict Infrm Rights: Yes
     Extent of Injury: Unknown     Medical Treatment:
     Injury Type . . : Unknown     Injury Type  . . :
     Statement Type  : Written     Related Offenses :  1  2

  VICTIM OFFENDER RELATIONSHIPS:
  UNK,2013-00146382,,                                    Undetermin

-----------------------------------------------------------------------
Suspect  . : Present Information      Non Disclosure of Info: No
   Primary    UNK,2013-00146382,,               Phone:
   Suspect
```

P002955

```
                    ORLANDO POLICE DEPARTMENT 8.0.7          Date: 04/10/2013
                                                            User: CASHTON
                                                            Page:        3
            Case Description:                       Case Number: 2013-146382
            Residential Burglary


            Race : Unknown    Sex: Male              D.O.B:          Age:   18
            Hgt  : 5'10"   Wgt: 145   Hair:               Eyes . . :
            Build: Thin/Small   Complexion: Medium       Ethnicity: Hispanic
            Dr Lic #:                     St:       Soc Sec #: 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
             Residence Type   : N/A       Residence Status : N/A
             Disposition . . :            Vict Infrm Rights: No
             Extent of Injury: Not Appli  Medical Treatment:
             Injury Type . . : NA         Injury Type . . :
             Statement Type   : None      Related Offenses :  1

        CASE SUBJECT NOTE 4/10/2013 5:10 AM
         Suspect was about 18 years old, 5` 10` 145lbs, with an afro. Last
         seen wearing a tank top (possibly red)


        -----------------------------------------------------------------
        Suspect  . : Present Information      Non Disclosure of Info: No
          Primary    UNK,2013-00146382,,                  Phone:
          Suspect


            Race : Unknown    Sex: Male              D.O.B:          Age:   18
            Hgt  : 5'07"   Wgt: 150   Hair:               Eyes . . :
            Build: Thin/Small   Complexion: Light        Ethnicity: Hispanic
            Dr Lic #:                     St:       Soc Sec #: 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
             Residence Type   : N/A       Residence Status : N/A
             Disposition . . :            Vict Infrm Rights: No
             Extent of Injury: Not Appli  Medical Treatment:
             Injury Type . . : NA         Injury Type . . :
             Statement Type   : None      Related Offenses :  1  2

        CASE SUBJECT NOTE 4/10/2013 5:10 AM
         Suspect was approximately 18 years old, 5` 7` 150lbs, last seen
         wearing blue short sleeve shirt and shorts


        -----------------------------------------------------------------
        Suspect  . : Present Information      Non Disclosure of Info: No
          Primary    UNK,2013-00146382,,                  Phone:
          Suspect


            Race : Unknown    Sex: Male              D.O.B:          Age:   18
            Hgt  : 5'08"   Wgt: 140   Hair:               Eyes . . :
            Build: Thin/Small   Complexion: Light        Ethnicity: Hispanic
            Dr Lic #:                     St:       Soc Sec #: 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
             Residence Type   : N/A       Residence Status : N/A
             Disposition . . :            Vict Infrm Rights: No
             Extent of Injury: Not Appli  Medical Treatment:
             Injury Type . . : NA         Injury Type . . :
             Statement Type   : None      Related Offenses :  1
```

P002956

ORLANDO POLICE DEPARTMENT 8.0.7                Date: 04/10/2013
                                               User: CASHTON
                                               Page:        4
Case Description:                     Case Number: 2013-146382
Residential Burglary


CASE SUBJECT NOTE 4/10/2013 5:10 AM
 Suspect was approximately 18 years old, 5` 8` 140lbs,


------------------------------------------------------------------------
Suspect  . : Present Information      Non Disclosure of Info: No
  Primary    UNK,2013-00146382,,                  Phone:
  Suspect

    Build:              Complexion:            Ethnicity: Hispanic
    Dr Lic #:                        St:        Soc Sec #: 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
     Residence Type  : N/A           Residence Status : N/A
     Disposition . . :               Vict Infrm Rights: No
     Extent of Injury: Not Appli     Medical Treatment:
     Injury Type . . : NA            Injury Type . . :
     Statement Type  : None          Related Offenses :  1


------------------------------------------------------------------------
Witness   . : Present Information      Non Disclosure of Info: No
            BLOOM,CHARLENE,E,                    Phone:     249-2527
            1708 SILVER CREEK CT
            ORLANDO                    FL 32807

    Race : White       Sex: Female       D.O.B: 09/14/48  Age:    64
                                         Age at Occurrence :    64
    Dr Lic #:                        St:        Soc Sec #: 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

  Additional Contact Information:
    CellPhone# 04/10/13   407-273-4769
    HomePhone# 06/18/91       249-2527

  School/Business Information:
            WALT DISNEY WORLD                Phone: 407-824-2222
            LAKE BUENA VISTA            FL

     Residence Type  : N/A           Residence Status : N/A
     Disposition . . :               Vict Infrm Rights: No
     Extent of Injury: Not Appli     Medical Treatment:
     Injury Type . . : NA            Injury Type . . :
     Statement Type  : Written       Related Offenses :  1


------------------------------------------------------------------------
Witness   . : Present Information      Non Disclosure of Info: No
            SZEWCZYK,BETHANY,,                   Phone:
            1716 LAFAYETTE CT
            ORLANDO                    FL 32807

    Race : White       Sex: Female       D.O.B: 08/18/82  Age:    30
                                         Age at Occurrence :    30
    Dr Lic #: S220063827980          St:        Soc Sec #: 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

  Additional Contact Information:


P002957

```
                   ORLANDO POLICE DEPARTMENT 8.0.7              Date: 04/10/2013
                                                                User: CASHTON
                                                                Page:        5
      Case Description:                            Case Number: 2013-146382
      Residential Burglary

          CellPhone# 04/10/13  315-416-1246
           Residence Type  : N/A          Residence Status : N/A
           Disposition . . :              Vict Infrm Rights: No
           Extent of Injury: Not Appli    Medical Treatment:
           Injury Type . . : NA           Injury Type  . . :
           Statement Type  : Written      Related Offenses :  1

      -----------------------------------------------------------------------
                              PROPERTY RECAP
      -----------------------------------------------------------------------
      No Code Type                Description              Value Owner
      1)   D    P      1.00  EA DAMAGE TO THE BACK DOOR SL    10.00  V 1
      2)   S    J      1.00  EA GOLD RING WITH SKULL CROSS  1200.00  V 1
      3)   S    J             30-35 PIECES OF STERLING S    8000.00  V 1
      4)   SR   S    500.00  DR $500 IN U.S. COINS           500.00  V 1
      5)   SR   P      1.00  EA BUCK FOLDING KNIFE            40.00  V 1


      -----------------------------------------------------------------------
                              PROPERTY DETAIL
      -----------------------------------------------------------------------
      Property: GONZALEZ,GEORGE,L,
           Item Number . :   1  Subject #:   1  Subject Type: Victim
           Property Code : Damaged         Property Type  : General
           Date Received : 04/09/13        Initial Value  :      10.00

           Year/Desc . :      DAMAGE TO THE BACK DOOR SLIDING GLASS DOOR LOCK
           Quantity  . :        1.000   EA  Model/Style:
           Registratn# :            State :             Expires :
           Subjects  . : GONZALEZ,GEORGE,L,              Reason: Owner

      -----------------------------------------------------------------------
      Property: GONZALEZ,GEORGE,L,
           Item Number . :   2  Subject #:   1  Subject Type: Victim
           Property Code : Stolen          Property Type  : Jewelry
           Property Class: Ring
           Date Received : 04/09/13        Initial Value  :    1,200.00

           Year/Desc . :      GOLD RING WITH SKULL CROSS BONES ACCENTED WITH
                              DIAMONDS
           Style . . . : Mans              OAN . . :
           Metal . . . : GOLD    Karats:   Value . :          .00
           Quantity  . :        1.000   EA  Model/Style:
           Subjects  . : GONZALEZ,GEORGE,L,              Reason: Owner

      -----------------------------------------------------------------------
      Property: GONZALEZ,GEORGE,L,
           Item Number . :   3  Subject #:   1  Subject Type: Victim
           Property Code : Stolen          Property Type  : Jewelry
           Property Class: Other
           Date Received : 04/09/13        Initial Value  :    8,000.00
```

P002958

ORLANDO POLICE DEPARTMENT 8.0.7                    Date: 04/10/2013
                                                  User: CASHTON
                                                  Page:        6
Case Description:                          Case Number: 2013-146382
Residential Burglary


        Year/Desc . :      30-35 PIECES OF STERLING SILVER JEWELRY WITH BLU
                           TOPAZ, CITRINE, BLACK ONYX
        Metal . . . . : SILV     Karats:         Value . :              .00
        Subjects   . : GONZALEZ,GEORGE,L,                  Reason: Owner


------------------------------------------------------------------------
Property: GONZALEZ,GEORGE,L,
        Item Number . :    4  Subject #:   1  Subject Type: Victim
        Property Code : Stol/Recvd    Property Type  : Securities
        Property Class: Curr/Negot
        Date Received : 04/09/13      Initial Value  :       500.00

        Year/Desc . :      $500 IN U.S. COINS
        Quantity  . :       500.000   DR  Model/Style:
        Denomination:            Year Made:     Value:         500.00
        Subjects   . : GONZALEZ,GEORGE,L,                  Reason: Owner

**** Recovered Information  ****
        Date Recovered: 04/09/13 809  Recovered Value:        500.00
        Recovery Loc. : Other         Recovery Code  : Local All
        RFOJ?: N  Notify Owner Date: 04/09/13    Notified How?: Person
        Recovery Cond : FairCondn     Good Latents  : No
        Recovery Ofcr : TEJEIRA,ALFONSO,T,
        Recoverd By . : OWNER


------------------------------------------------------------------------
Property: GONZALEZ,GEORGE,L,
        Item Number . :    5  Subject #:   1  Subject Type: Victim
        Property Code : Stol/Recvd    Property Type  : General
        Property Class: Miscellane
        Date Received : 04/09/13      Initial Value  :        40.00

        Year/Desc . :      BUCK FOLDING KNIFE
        Make  . . . : Buck        Model :           Style . :
        Quantity  . :       1.000   EA  Model/Style:
        Registratn# :            State :           Expires :
        Subjects   . : GONZALEZ,GEORGE,L,                  Reason: Owner

**** Recovered Information  ****
        Date Recovered: 04/09/13 809  Recovered Value:         40.00
        Recovery Loc. : Other         Recovery Code  : Local All
        RFOJ?: N  Notify Owner Date: 04/09/13    Notified How?: Person
        Recovery Cond : FairCondn     Good Latents  : No
        Recovery Ofcr : TEJEIRA,ALFONSO,T,
        Recoverd By . : OWNER


------------------------------------------------------------------------
                               Offense
------------------------------------------------------------------------

Offense Number:    1                 Attempted/Committed : Committed
Crime Code: 02200 BURGLARY/BREAKING AND ENTERING

P002959

ORLANDO POLICE DEPARTMENT 8.0.7          Date: 04/10/2013
                                         User: CASHTON
                                         Page:       7
Case Description:                  Case Number: 2013-146382
Residential Burglary

Statute . : 810.02 3
Stat Desc : BURGLARY TO STRUCTURE/CONVEYANCE-UNARMED
Location Type . : Apartment      Criminal Activity . : N/A
Occupancy Code  : Occupied       No. Premises Entered:   1
Type of Weapon  : N/A            Weapon Feature   . . :
Entry Method  . : Pried          Entry Point . . . . : SlidinDoor
Exit Method . . : InNarrativ     Exit Point  . . . . : InNarrativ
Alcohol Related : No             Drug Related . . . . : No
Domestic Crime  : No             Hate Crime . . . . . : No
Computer Related: NA             Just. Homicide Code :
Statute ORI/Group . : S          Agg Aslt/Homc Crcmst:
Counts  . . . . . . : 001        Larceny/Theft Offnse:
Offense Date  . . . : 04/09/2013 Victim Drug Related :
Abandoned Structure : NO         Property Damage . .        10
Tool Used . . . . . : Pry Instru Counterfeit Type  . :
Gang Related . . . : No          Additional Subcode  :

------------------------------------------------------------------

CRIME SPECIFIC INFORMATION:

Type Information: Visibility From Street
None

Type Information: Outside Lighting
Good

Type Information: Suspect's Action
Used Tools
Ransacked

Type Information: Victim's Location
Present

Type Information: Location of Structure
Mid Block
Primarily Residential

Type Information: Type of Structure
Apartment

------------------------------------------------------------------

Offense Number:    2             Attempted/Committed : Committed
Crime Code: 0130B SIMPLE ASSAULT
Statute . : 784.03
Stat Desc : BATTERY
Location Type . : Apartment      Criminal Activity . : N/A
Occupancy Code  : N/A            No. Premises Entered:
Type of Weapon  : Hands/Fist     Weapon Feature  . . :
Entry Method  . : NA             Entry Point . . . . :
Exit Method . . : NA             Exit Point  . . . . :
Alcohol Related : No             Drug Related . . . : No

P002960

```
              ORLANDO POLICE DEPARTMENT 8.0.7              Date: 04/10/2013
                                                          User: CASHTON
                                                          Page:       8
     Case Description:                         Case Number: 2013-146382
     Residential Burglary

     Domestic Crime  : No            Hate Crime  . . . . : No
     Computer Related: NA            Just. Homicide Code :
     Statute ORI/Group . : S         Agg Aslt/Homc Crcmst:
     Counts . . . . . . . : 001      Larceny/Theft Offnse:
     Offense Date . . . : 04/09/2013 Victim Drug Related :
     Abandoned Structure : NO        Property Damage . .
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
┌──────────────────────────────────────────┬───────────────────────────┐
│I Swear or affirm the above statements     │Officer Name/ID# (Print)   │
│are correct and true.                      │                           │
│(Signature)_____│                           │
│_____│_____│
│Sworn to and subscribed before me, the undersigned Authority,          │
│                                                                       │
│This_____day of_____,20_____.                                   │
│Notary Public |_|  Law Enforcement Officer |_| Emp#_____ Orlando PD    │
│                                                                       │
└───────────────────────────────────────────────────────────────────────┘
```

P002961



# Orlando Police Department
## Field Report – Investigative Supplement

100 S Hughey Ave   Orlando, FL  32802   (407)246-2470

Case Number: **2013-00146382**
Reporting Officer: 14767  STANLEY, MICHAEL
Approving Officer:

### NARRATIVE

On 4/9/2013 at approximately 0845 hours, Ofc. A. Tejeira (7473), responded to 1625 Little Falls Circle in reference to an Occupied Residential Burglary.  Upon arrival he met with the victim, George Gonzalez, who provided a sworn written statement.

Gonzalez stated he arrived at his above listed residence and entered through the ground level front door.  Upon entering, Gonzalez stated he observed a Hispanic male (Suspect # 1) in his early 20s inside his residence on the ground floor.  Gonzalez stated Suspect # 1 then ran out his residence through his rear sliding glass door, and Gonzalez was able to chase after Suspect # 1 who ran in a northern direction.  After losing sight of Suspect # 1, Gonzalez stated he returned to his residence and encountered another Hispanic male (Suspect # 2), also in his early 20s, inside his residence and descending the stairs from the upper floor.  Gonzalez stated he was then able to pepper spray Suspect # 2 at which time he then attempted to detain Suspect # 2.  Gonzalez stated Suspect # 2 then punched him and during the struggle, Gonzalez stated he observed another Hispanic male (Suspect # 3), also in his early 20s and inside his residence descending the stairs from the upper floor.  Gonzalez stated Suspect # 3 then ran back up the stairs, and Suspect # 2 ran out the front door.  Gonzalez stated he was then able to notify the police about the incident and continued to chase after Suspect # 2.  Gonzalez stated he then returned to his residence and noted Suspect # 3 had also exited his residence.  Gonzalez stated one of the suspects did have a distinct Afro style hairdo.  All efforts to locate the suspects met with negative results.  Entry to Gonzalezs residence was determined to have been through his rear sliding glass door by smashing open the lock with a tire iron which was left behind by the suspects.

Gonzalez completed an inventory of his belongings and noted the suspects had taken numerous pieces of sterling silver jewelry valued at approximately $8,000, and a gold ring valued at approximately $1,200.  Gonzalez stated the suspects did not have permission to enter his residence or to take his belongings, and prosecution is desired.

On 4/10/2013, I, Det. M. Stanley (14767), was assigned this incident for investigative follow-up.  I reviewed the incident and noted the three suspects were described as Hispanic males in their early 20s.  I reviewed an OPD Criminal Information Bulletin (CAU-2013-0269), in which three males and a female had been stopped and detained in reference to their possible involvement in a Residential Burglary on 4/3/2013 at 5075 Andrea Blvd. (reference OPD 2013-137815), which is in the same general area as Gonzalezs residence.  One of the males in this bulletin was identified as Jorge R. Valle Ramos, W/M, DOB 4/21/93.  A review of Valle Ramoss Driver and Vehicle Information Database (DAVID) photograph noted Valle Ramos to have a distinct Afro style hairdo.

Acting upon this possible investigative lead, I prepared a photographic line-up (ID # 22184) containing a photograph of Valle Ramos with a previous DAVID photograph in which he did not have a distinct Afro style hairdo.  On 4/18/2013 I then met with Gonzalez and read him OPDs Photo Line-up Administration and Witness Instructions which Gonzalez initialed stating he understood the photo line-up instructions.  I then presented Gonzalez the photo line-up containing a DAVID photograph of Valle Ramos, and Gonzalez immediately selected Valle Ramos in photograph # 2 who he stated was one of the suspects inside his residence.  Gonzalez stated he looked directly at Valle Ramos who was inside his residence and who then ran out, exiting through his rear sliding glass door.

At this time, based upon the positive identification of Valle Ramos by Gonzalez, who he stated he observed uninvited inside his residence, and the theft of approximately $9,200 in jewelry, probable cause exists to charge Valle Ramos with Burglary of Occupied Dwelling, and Grand Theft 3rd Degree >$5,000<$10,000.

An arrest warrant for Valle Ramos has been obtained and signed by Judge Maureen Bell, and this incident should be considered inactive pending arrest.

---

Disclaimer:  This temporary field report should not be considered the final official police report on the incident described within.  This report is to be used only for proceedings requiring a report prior to the final report being completed.  Any information contained within is subject to verification and/or change.
Last Modified Date/Time 04/19/2013 13:32:16

**P002962**



# Orlando Police Department
## Field Report – Investigative Supplement

100 S Hughey Ave  Orlando, FL  32802  (407)246-2470

Case Number: **2013-00146382**
Reporting Officer: 14767  STANLEY, MICHAEL
Approving Officer:

**SUBJECTS**

| Case Subject Type<br>Name<br>Hgt  Wgt  Hair  Eyes  DL Number/State | Subtype | Street Address<br>City, State  Zip<br>City of Birth | Cell Phone | Home Phone<br>Work Phone<br>State/Country of Birth | Sex  Age<br>Race  DOB<br>Soc. Sec # |
|---|---|---|---|---|---|
| Suspect<br>VALLE RAMOS, JORGE, RUBEN<br>510  150  BRN  BRN  V465-436-93-141-0/FL | Suspect | 4611 CASON COVE DR-Drive 622<br>ORLANDO, FL, 32811 | | | M  19<br>W  04/21/1993 |
| Victim<br>GONZALEZ, GEORGE<br>G524-312-56-124-0/FL | Adult | 1625 LITTLE FALLS CR-Circle<br>ORLANDO, FL  32807 | (407)509-3282 | | M  57<br>W  04/04/1956<br>-- |

**PROPERTY - GENERAL**

| Date | Code<br>Property Type | Quantity | Units | Category<br>Style/Drug Type | Value<br>Serial Number | OAN |
|---|---|---|---|---|---|---|
| | | | | | | |

**PROPERTY - VEHICLE**

| Date | Code<br>Property Type | Year  Category/Make/Model/Model Desc<br>Color | Year/Plate/State | Value<br>VIN/Serial Number |
|---|---|---|---|---|
| | | | | |

**PROPERTY - GUNS**

| Date | Code<br>Value | Type<br>Caliber | Make<br>Finish | Serial Number<br>OAN |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| I swear or affirm the above statements are correct and true.<br>Signature _____ | Officer Name/ID # (Print)   # 14767<br>STANLEY, MICHAEL, D |
| Sworn to and subscribed before me, the undersigned authority,<br>This 19th day of April , 13 . | |
| Notary Public ☐   Law Enforcement Officer ☒  Emp # 15960  Orlando Police Department | |

Disclaimer: This temporary field report should not be considered the final official police report on the incident described within. This report is to be used only for proceedings requiring a report prior to the final report being completed. Any information contained within is subject to verification and/or change.
Last Modified Date/Time 04/19/2013 13:32:16

Investigative Supplement 2013-00146382 Page 2 OF 2

P002963

8 4 5

## ORLANDO POLICE DEPARTMENT

Case #: 2013-146382

## Statement
Please fill out in full detail

| Date of Statement: | Month: 4 | Day: 9 | Year: 13 | Time: 0825 |
|---|---|---|---|---|

Offense: Res Burglary

| Date of Offense: | Month: 4 | Day: 9 | Year: 13 | Time: 0800 | Suspect (last, first, middle): Unk |
|---|---|---|---|---|---|

Location of Offense: 1625 Little Falls Cir          District: K-2

| Person Code: | Name (last, first, middle): Gonzalez, George L | Age: | DOB: 4-4-56 | Race: W | Sex: M |
|---|---|---|---|---|---|

Address Residence: 1625 Little Falls Cir      Zip: 32807   Phone: 407-459-3282 cell

Address Business:      Zip:   Phone:

Email Address:

Type of ID shown: FL DL     ID# if applicable: G 524-312-56-124-0

I, _____, do hereby voluntarily make the following statement without threat, coercion, offer of benefit, or favor by any persons whomsoever.

OPEN FRONT DOOR SAW SPANISH INDIVIDUAL HAD A AFRO HE RAN OUT THE BACK DOOR I WENT OUT THE FRONT AND CHASED HIM. TOO FAST JUMP OVER FENCE BY LAKE. CAME BACK TWO MORE INDIVIDUALS CAME DOWN STARTED FIGHTING ONE HE HAD SHORT HAIR CUT BLUE SHIRT SPANISH. WE FOUGHT AND HE HIT ME AS MUCH AS HE COULD I WAS WORRIED ABOUT THE SECOND GUY SO TRYING TO FIGHT BOTH THE OTHER GUY I WAS FIGHTING BROKE CROSS AND MADE IT OUT THE FRONT DOOR THE 10 PUNKS IN THE HOUSE WERE ABOUT 5.8 THIN 17-20 YRS OLD. TOOK GOLD KING-CROSS SKULL CROSS BONES ACCENTED WITH DIAMONDS. I CAND IDENTIFY THE TWO DOWN STAIRS. STERLING SILVER JEWELRY WITH BLUE TOPAZ, CITRINE BLACK ONYX ABOUT 30-35 PIECES. $M - 8000 DOLLARS. RING $200. I GAVE NO ONE PERMISSION TO ENTER APARTMENT. I WANT TO PRESS CHARGES

Sworn to and subscribed before me, this 9 day of April, 2013

Alfonso Tejera

Notary Public ☐   Law Enforcement Officer ☑   Name Key 747
Personally Known ☑   Produced Identification ☐   Type FL DL

I swear/affirm the above and/or attached statements are correct and true.

Signature: X _____

My signature below means that I refuse to prosecute the person(s) named above for the alleged crime(s) that occurred to me or to the property under my control.

Signature _____   Date 4-9-13
(Departmental policy prohibits use of this section in domestic violence cases.)

| Victim Rights Booklet provided? | Yes ☑ No ☐ | |
|---|---|---|
| I will testify in court and prosecute criminally. | | Initials: |
| Miranda Warning Read? Yes ☐ No ☑ | | Page 1 of |

OPD P&P 1113.10 A Rev. 9/23/1?     White: State Attorney   Yellow: Records

P002964

# ORLANDO POLICE DEPARTMENT

Case #: 2013-146382

## Statement

Please fill out in full detail

| Date of Statement: | Month: 04 | Day: 09 | Year: 2013 | Time: 0870 |
| --- | --- | --- | --- | --- |

Offense: Res Burglary

| Date of Offense: | Month: 04 | Day: 09 | Year: 2013 | Time: 08 00 |
| --- | --- | --- | --- | --- |

Suspect (last, first, middle): UNK.

Location of Offense: 1625 Little Falls Cir          District: K-2

Person Code: W

Name (last, first, middle): BLOOM, CHARLENE ELIZABETH

Age: 
DOB: 09-14-48
Race: W
Sex: F

Address Residence: 1708 SILVER CREEK CT. ORLANDO, FL
Zip: 32807
Phone: 4072734769

Address Business:
Zip:
Phone:

Email Address: cbloom1@fl.rr.com

Type of ID shown: FL DL

ID# if applicable: B450-105-48-834-0

I, CHARLENE BLOOM, do hereby voluntarily make the following statement without threat, coercion, offer of benefit, or favor by any persons whomsoever.

08:15 Looked out the window UPSTAIRS - saw 3 young guys running to their car. They were looking towards my neighbors talking to each other. Guys small built + height with dress shirts (long sleeved), dressed nicely like school or college guys.
CAR was gray compact maybe a Hundai or Datsun. They took off fast + sped off.
Spoke to officers about I saw.

Sworn to and subscribed before me, this 9th day of APRIL 2013

ofc. Charles K Pace oen/LEO

Notary Public ☐    Law Enforcement Officer ☒    Name Key 5261

Personally Known ☐    Produced Identification ☐    Type_____

I swear/affirm the above and/or attached statements are correct and true.

Signature: x Charlene E Bloom

My signature below means that I refuse to prosecute the person(s) named above for the alleged crime(s) that occurred to me or to the property under my control.

Signature_____ Date_____
(Departmental policy prohibits use of this section in domestic violence cases.)

Victim Rights Booklet provided?    Yes ☐    No ☒

I will testify in court and prosecute criminally.    Initials:

Miranda Warning Read?    Yes ☐    No ☒

Page 1 of 1

1113.9    6/7/11          White: State Attorney    Yellow: Records

P002965

# ORLANDO POLICE DEPARTMENT

Case #: 2013-146382

## Statement
Please fill out in full detail

| Date of Statement: | Month: 04 | Day: 09 | Year: 2013 | Time: 8:40A |
| Offense: | Res Burglary | | | |

| Date of Offense: | Month: 04 | Day: 09 | Year: 2013 | Time: 0800 | Suspect (last, first, middle): UNK- |

Location of Offense: 1625 Little Falls Cir    District: 1(-2

Person Code: W

Name (last, first, middle): SZEWCZYK, BETHANY C.
Age:    DOB: 08-18-82    Race: W    Sex: F

Address Residence: 1716 LAFAYETTE CT   ORLANDO, FL.    Zip: 52807   Phone: (315) 416-1246

Address Business: 3501 QUADRANGLE BLVD. SUITE 175, ORLANDO, FL.    Zip: 32817   Phone: (407) 736-1418

Email Address: BETHANYCS@MAC.COM

Type of ID shown: FL DL

ID# if applicable: 5220-063-82-798-0

I, BETHANY SZEWCZYK, do hereby voluntarily make the following statement without threat, coercion, offer of benefit, or favor by any persons whomsoever.

On April 4th at approx. 8:10AM, I left my unit at 1716 Lafayette Court to witness 3 young hispanic males rushing to get in their vehicle. The driver was wearing blue Lakers hoodie. They were all dark hair with dark eyes and almost appeared to be brothers. The car was a newer model Toyota, gray in color and had 4 doors. There was a blank white license plate on the front. The car was clean. They all were shorter no taller than 5'9" or 5'10" and appeared very young. 16-20 years old. They had a very small build. I could not see which direction they went when they left.

Sworn to and subscribed before me, this 9th day of APRIL, 2013

OFC. [signature]   OPD/LEO

Notary Public ☐    Law Enforcement Officer ☐    Name Key 5261

Personally Known ☐    Produced Identification ☐    Type___

I swear/affirm the above and/or attached statements are correct and true.

Signature: X [signature]

My signature below means that I refuse to prosecute the person(s) named above for the alleged crime(s) that occurred to me or to the property under my control.

Signature_____ Date_____

[Departmental policy prohibits use of this section in domestic violence cases.]

Victim Rights Booklet provided?    Yes ☐    No ☑

I will testify in court and prosecute criminally.    Initials:

Miranda Warning Read?    Yes ☐    No ☑    Page 1 of 1

1113.9   6/7/11    White: State Attorney    Yellow: Records

P002966

# Photo Line-up Administration and Witness Instructions

Case Number: _2013 - 146382_    Date/Time: _4/18/13   1115 HRS_

Witness Name: _GONZALEZ, George_ Administrator Name/ID: _STANLEY #14767_

Line-up Number: _22184_    Line-up reviewed by: _STANLEY #14767_

Prior to presenting the photo line-up, the witness provided a written/audio recorded statement describing the suspect of this criminal investigation.

_MMDS_
Administrator's Initials

Prior to presenting the photo line-up I read "verbatim" the witness instructions to the witness. The witness indicated he/she understood the instructions.

_MMDS_
Administrator's Initials

## PHOTO LINE-UP INSTRUCTIONS TO THE WITNESS:

"It is just as important to clear innocent persons from suspicion as it is to identify guilty parties. Regardless of whether you make an identification, we will continue to investigate this incident. With that in mind, I am going to show you six photos arranged so they may be simultaneously viewed. This group of photos may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hairstyles, beards, and moustaches may easily be changed. The photos may not always depict the true complexion of a person – it may be lighter or darker than shown in the photo. Pay no attention to the order of the photos or markings and/or numbers that may appear on the photos, or to any differences in the type or style of photographs. Take your time; when you have looked at all the photos, tell me whether or not you see the person who committed the crime. If you do identify someone, you will circle and initial that person on the line-up. Please remember this is an on-going investigation, you are not permitted to discuss this identification procedure with anyone other than law enforcement or legal counsel."

I understand the photo line-up instructions and have been provided a copy of this form.

Witness's Initials

After the photo lineup, the witness provided a written statement or an audio recorded statement describing his/her identification or non-identification.

_MMDS_
Administrator's Initials

*This form is to be filed in the case package. If the witness refuses to provide a sworn statement, indicate so in the incident report.*

OPD P&P 1636.0 B Rev. 10/25/11        Original: State Attorney        Yellow: Records        Pink: Witness

P002967

Case # 2013-146382

# WITNESS PHOTO DISPLAY IDENTIFICATION FORM

## ORLANDO POLICE DEPARTMENT

**PHOTO LINEUP #** 22184

| | | |
|---|---|---|
| UPPER LEFT 1 | UPPER CENTER 2 | UPPER RIGHT 3 |
| LOWER LEFT 4 | LOWER CENTER 5 | LOWER RIGHT 6 |

If you have previously seen one or more of the persons shown in the photos displayed, place an "X" in the box corresponding to the photograph of the person in the lineup.

OPEN DOOR TO CONDO _____ was seen by me (state circumstances)
TORNED AND LOOKED RIGHT AT ME
AND TOOK OFF. THIS IS PERSON BOX
No#2.

I swear or affirm that the aforementioned is true and correct to the best of my knowledge.

Sworn to and subscribed before me

MICHAEL D. STANLEY

this 18th day of APRIL , 2013 .

_____ 14767
**Notary Public**
or
**Law Enforcement Officer**
**Conducting Official Investigation**

_____
**Signature of Witness**

1825 LITTLE FALLS CIRCLE
**Witness' Street Address**

ORLANDO, FL 32807
**City, State, Zip Code**

407-509-3282
**Witness' Telephone Number(s)**

4 18 13   1115 HRS
**Time and Date of Witness' Signature**

P002968

# Orlando Police Department





**Lineup Identifier:**

**Printed Orlando PD:** 4/17/2013 11:14

**P002969**



## CITY OF ORLANDO     POLICE DEPARTMENT



# CRIMINAL INFORMATION BULLETIN
### APRIL 15, 2013     CAU #2013-0269
### SUSPICIOUS VEHICLE – INDIA SECTOR

**Case #:**      2013-137815
**Location:**    5075 Andrea Blvd.

**CASE INFO:**



ON 4/3/13, AN OCCUPANT OF A SILVER 4-DOOR 2003 VOLKSWAGEN JETTA GLS (SIMILAR TO THE ONE PICTURED) BEARING FLORIDA TAG M64-2EK WAS SEEN KNOCKING ON DOORS TO DIFFERENT HOUSES AND THEN ENTERING THE BACK YARD OF 5075 ANDREA BLVD. TAC OFFICERS STOPPED THE VEHICLE THE SAME DAY AND IDENTIFIED THE FOUR OCCUPANTS BELOW. PROBABLE CAUSE DOES NOT EXIST AT THIS TIME; HOWEVER, BE ON THE LOOKOUT FOR THIS VEHICLE. IF YOU COME INTO CONTACT WITH THE VEHICLE, PLEASE FIR ALL OCCUPANTS AND NOTIFY DETECTIVE OSSO.

   

**Danielle Colon**
DOB: 9/24/93

**Jorge Ruben Valle Ramos**
DOB: 4/21/93

**Marquis Hickson**
DOB: 12/2/92

**Karl Jeudy**
DOB: 7-9-93

If you have or need any additional information about this suspect/case, please contact:
## CRIMINAL INVESTIGATIONS DIVISION
## PROPERTY SECTION—EAST PROPERTY UNIT
## DETECTIVE DAVID OSSO
### david.osso@cityoforlando.net
### Phone: 407.246.4168
### *Orlando Police Department*
### CONFIDENTIAL: For Law Enforcement Use Only

P002970

| | | |
|---|---|---|
| CADV SOMEONE JUST BROKE INTO HIS HOUSE | DESK3 | 8:10:35 |
| VICTIM SOUNDED OUT OF BREATHE | DESK3 | 8:10:54 |
| SOUNDED LIKE A STRUGGLE IN THE BACKGROUND | DESK3 | 8:11:02 |
| WHEN ASKED IF VICTIM WAS CHASING C STATED YES | DESK3 | 8:11:28 |
| SUSP  3 HMS  LSH TOWARDS OXALIS | DESK3 | 8:12:16 |
| 18-20 YO | DESK3 | 8:13:18 |
| VICTIM SPRAYED SUSP W/PEPPER SPRAY | DESK3 | 8:13:38 |
| OPEN LINE  VICTIM IS TALKING TO SOMEONE | DESK3 | 8:14:50 |
| OPEN LINE  VICTIM IS NOT ANSWERING | DESK3 | 8:15:42 |
| DESK | DESK3 | 8:15:48 |
| *** GRY TOYOTA 3 HMS  JUST LEFT... | DESK2 | 8:16:41 |
| 1 SUBJ HAD ON BLU LATEX CLOTHES... | DESK2 | 8:17:00 |
| C IS CALL 1716 LAFAYETTE CT | DESK2 | 8:17:24 |
| DESK NOT HEARING ANYTHING  C MAY HAVE S72'ED | DESK3 | 8:17:34 |
| WILL TRY TO CALL HIM BACK | DESK3 | 8:17:43 |
| YOUNG HM 18-20 YOA. | DESK2 | 8:18:11 |
| C ADV THAT SUBJS LOOKED LIKE BROTHERS... | DESK2 | 8:18:31 |
| C LIVES IN BACK OF LIBERTY SQUARE...ONLY SAW VEH | DESK2 | 8:19:03 |
| LL W/C GEORGE   C ADV HE CHASED THEM TO THE END | DESK3 | 8:19:14 |
| HEAD TO OXALIS...UNK WHICH DIRECTION ON OXALIS | DESK2 | 8:19:20 |
| OF THE COMPLEX   AND   3HMS  ONE HAS AN AFRO | DESK3 | 8:19:40 |
| W/BLU PACK | DESK3 | 8:19:44 |
| 4DR SEDAN...GRY OR BEIGE COLOR...BETHANY...315 | DESK2 | 8:19:49 |
| 416 1246.. | DESK2 | 8:19:55 |
| OTHER CARRYING A RED BACK PACK | DESK3 | 8:19:56 |
| C IS NOW BACK HOME | DESK3 | 8:20:11 |
| 10-39 OCSO | FIVE | 8:20:41 |
| C WILL = AT LAFAYETTE SQUARE... | DESK2 | 8:20:56 |
| CADV SUSP LEFT THE RED BACK PACK THERE | DESK3 | 8:21:07 |
| | FIVE | 8:21:08 |
| NO S/0 WAS TAKEN FROM THE RESD | DESK3 | 8:21:48 |
| C ADV HE CAN ID   NO LL | DESK3 | 8:22:01 |
| SORRY BLUE LATEX GLOVES | DESK2 | 8:23:05 |
| RUNNING NBO FROM PATIO | FIVE | 8:23:05 |
| ************************************ | FIVE | 8:23:40 |
| 4 DR GRY OR BGE SEDAN POSS TOYOTA OCCUPIED BY 3 | FIVE | 8:23:51 |
| HM'S   1-W/AFRO CARRYING BLU BACKPACK | FIVE | 8:24:00 |
| AND VEH IS POSS NISSAN OR CAMRY | FIVE | 8:25:24 |
| 10-39 CST | FIVE | 8:28:04 |
| SUSPECTS SHOULD BE IN POSS. OF SILVER/PINK/TOPAZ | FIVE | 8:29:40 |
| JEWLREY | FIVE | 8:29:42 |
| ARMED OCCUPIED BURGULARY W/A BATTERY | FIVE | 8:40:39 |
| 6038 NAVAJO WAY RD CREW ADV SUBJS HAVE BEEN | SEVEN | 8:52:03 |
| HANGING OUT THERE | SEVEN | 8:52:07 |
| 2 VEHS IN DRIVWAY FL TAG 544ILN/N072DA | SEVEN | 8:52:28 |

P002971

DATE 4-9-13 ony

**ORLANDO POLICE DEPARTMENT**
**PROPERTY RECEIPT**

TIME _____ PKG. backpack /46/8b/smB

| A | E | 9 | 2 | 0 | 9 | A |

EVIDENCE X    FOUND ____    DRUGS _____    ACCEPTED BY _Jamoth_

MISD ____    FELONY ____    CASE # 2013-146382    TYPE OFFENSE Burglary

INCIDENT REPORT    YES ____    NO ____    ARREST?  YES ____  NO

OWNER NOTIFIED    YES ____    NO ____    BY MAIL ____    PHONE ____    IN PERSON

OWNER _____    ADDRESS _____    PHONE

TAKEN FROM POSS. OF _____    RECOVERED LOCATION 1625 LiHU Falls Cir.

FOUND BY _____    ADDRESS _____    PHONE

STORAGE — ITEM NO. AE9209A    OFFICER Tejeira    EMP# 7473

CST Styer    EMP # 14F57    INVESTIGATOR _____    EMP #

ITEMS *(please number)*

① Red /black back pack - 7FLRE

② Black tire iron - F20 BX2

③ one(1) cigarette butt - I11 BX2

④ Pop tarts wrapper - B26 BX2

RELEASED TO #1 _____    RELEASED TO #2 _____

BY _____    EMP # _____    DATE _____    BY _____    EMP # _____    DATE _____

OPD P&P 1123.12 A Rev. 10/04/12

P002972

## ORLANDO POLICE DEPARTMENT
## INVESTIGATIVE COSTS EXPENSE REPORT

**Agency Case No.** 2013-146382
**Court Case No.** 2013-CF-5146-A/O-16
**Defendant's Name** VALLE RAMOS, JORGE, R.

| Employee's Name/# | Investigative Activity | Hours | Hourly Rate | Expense Total |
|---|---|---|---|---|
| STANLEY # 14767 | INVESTIGATOR | 6.00 | $19.40 | $116.40 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| **TOTAL COST OF INVESTIGATION** | | | | $116.40 |

The above is a true account of the investigative hour expenses case number 2013-146382 involving VALLE RAMOS, JORGE, R..

_____     _____14767_____     _____67535_____
Officer's Signature          Employee #          5 digit OPD program #

**SWORN to and SUBSCRIBED before me this 19 day of April, 2013.**

_____
(Notary Public)   (Law Enforcement Officer)

_____
SUPERVISOR
Orlando Police Department

| See OPD Online, Forms, for current Pay Rate Chart or use the employee's actual pay rate. |
|---|

OPD P&P 1408.3 A Rev. 7/28/12          Original-APS   ☐ Records Copy   ☐ Fiscal

**P002973**

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

Court Case: _____
Agency Case    2013-146382

STATE OF FLORIDA
    PLAINTIFF
        vs.

    VALLE RAMOS, JORGE, R.
DEFENDANT

## ORDER FOR REIMBURSEMENT OF INVESTIGATIVE COSTS

THIS CAUSE coming on to be heard on motion of the State of Florida, pursuant to **Florida Statute 938.27**, for repayment of $116.40 for the total **costs of investigation** incurred by the Orlando Police Department, and this Court having found that the Orlando Police Department has requested and documented such costs and that said reimbursement of costs should be ordered.

IT IS HEREBY ORDERED and ADJUDGED that Defendant shall reimburse such costs and pay the Orlando Police Department the sum of $ _____ , to be paid in full no later than _____ , 20____. Beginning on _____ , 20_____, the Defendant shall make payments at the rate of not less than $ _____ per month, directly to the Orlando Police Department Fiscal Management Section, P.O. Box 913, Orlando, Florida 32802-0913.

### FOR WHICH SUM, LET EXECUTION ISSUE.

DONE AND ORDERED this _____ day of _____, 20_____, at the Orange County Courthouse, in Orlando, Orange County, Florida.

_____
Circuit Court Judge

Copies to:        Defendant
                  Defense Counsel
                  Office of the State Attorney

OPD P&Ps 1408.3 C Rev. 7/28/12        Original-APS  ☐ Records Copy  ☐ Fiscal

P002974

## ORLANDO POLICE DEPARTMENT
## REQUEST FOR REIMBURSEMENT OF INVESTIGATIVE COSTS

April 19, 2013

**TO:**       Assigned Assistant State Attorney

**FROM:**       SUPERVISOR

**SUBJECT:**       Reimbursement for Cost of Investigation in the Case of Defendant:
VALLE RAMOS, JORGE, R.

Orlando Police Department Case No:    2013-146382

The Orlando Police Department has incurred costs in staff hours and other expenses to bring these defendants to justice. The taxpayers currently bear this financial burden. I would like to solicit your assistance in shifting this burden back to the defendants.

F.S. 938.27 now requires judges to order defendants to repay these costs upon conviction, Please consider this an official request pursuant to F.S. 938.27 that the defendants, after they are convicted, be ordered to reimburse the Orlando Police Department Cost of Investigation Fund $116.40 as part of their sentence. The documentation to support this amount is attached.

If the defendant(s) enter into please negotiations, please insist they fully reimburse our cost of investigation as part of any please agreement.

I sincerely appreciate your cooperation and assistance.

SUPERVISOR
Orlando Police Department

OPD P&P 1408.3 A Rev. 7/28/12          Original-APS  ☐ Records Copy  ☐ Fiscal

P002975

## CITY OF ORLANDO POLICE DEPARTMENT

April 19, 2013

# MEMORANDUM

**TO:**        Assigned Assistant State Attorney

☒ Felony       ☐ Misdemeanor       ☐ Juvenile Division

**FROM:**     STANLEY # 14767     ID #     14767        Orlando Police Department

**SUBJECT:**  Orlando Police Department Case #     2013-146382
State v.     VALLE RAMOS, JORGE, R.     R/S     W/M   DOB        4/21/93
§943.325, Florida Statutes: Blood Specimen Collection and Submission for DNA Testing

---

In accordance with the requirements of §943.325, Florida Statute (Chapter 95-283, §52, at 2106, Laws of Florida), *any* person convicted in this state of any felony or attempted felony offense, or any misdemeanor violation of Florida Statutes 784.048 (Stalking), 810.14 (Voyeurism), 847.011 (Prohibition of certain acts in connection with obscene, lewd, etc., materials), 847.013 (Exposing minors to harmful motion pictures, exhibitions, shows, presentations, or representations), 847.0135 (Computer pornography; traveling to meet minors),   877.26 (Direct observation, videotaping, or visual surveillance of customers in merchant's dressing room, etc.), or an offense that was found, pursuant to Florida Statute 874.04, to have been committed for the purpose of benefiting, promoting, or furthering the interests of a criminal gang as defined in Florida Statute 874.03 *must* submit a DNA sample to FDLE, where they will conduct DNA analysis and maintain the individual's DNA profile. For purposes of this section, "any person" means juveniles and adults who are committed to or under the supervision of the Department of Corrections or the Department of Juvenile Justice. Moreover, a "conviction" includes a formal adjudication of guilt or delinquency or the entry of a plea of nolo contendere or guilty, regardless of adjudication.

Pursuant to Florida Statute §943.325 the court shall include in the judgment of conviction an order stating that the blood specimens are required to be drawn by the appropriate agency and, unless the convicted person lacks the ability to pay, the person shall reimburse that agency for the cost of drawing and transmitting the blood specimens to FDLE.

This memorandum is to advise that, if a conviction is secured in this case, it is the desire of this Agency that the court comply with the mandates of §943.325, Florida Statute. Please remind the sentencing judge of those requirements. Our hope is to severely impact recidivism in the area of violent offenses.

It is our intention that this memorandum be made a permanent part of the case file.

We sincerely appreciate your cooperation and assistance.

OPD P&P 1202.5 B Rev. 7/28/11        Original-APS    ☐ Records Copy    ☐ Fiscal

**P002976**

ADULT ☒                    **ORLANDO POLICE DEPARTMENT**                    JUVENILE ☐
**FILING CASES CHECKLIST**

FELONY ☒   MISDEMEANOR ☐   CITY ORD. ☐   F.S. 810.02(3)-19, 812.014(2)(C)(2)
AT LARGE ☐   NTA ☐   WARRANT ☒   SUPPLEMENT ☐   F.S. Cont.

| OPD CASE NUMBER | 2013-146382 | DATE OF ARREST | | OFFICER STANLEY # 14767 |
|---|---|---|---|---|

DEFENDANT(S) NAME  VALLE RAMOS, JORGE, R.               Race/Sex W/M   DOB 4/21/93

LIST ALL CHARGES  BURGLARY OF OCCUPIED DWELLING, GRAND THEFT 3RD DEG.>$5,000<$10,000

CHARGES Cont.                                    DEFENSIVE TACTICS FORM? ☐ YES ☒ NO

VICTIM(S) NAME  GONZALEZ, GEORGE               DATE OF OFFENSE (AT LARGE ONLY)  9/13/13

| ALL FELONY ARREST PACKAGES WILL CONTAIN | ALL FELONY AT LARGE PACKAGES WILL CONTAIN |
|---|---|
| ☐ COPY OF CHARGING AFFIDAVIT | ☐ ORIGINAL CHARGING AFFIDAVIT |
| ☐ STATEMENTS (WHITE COPIES) | ☒ STATEMENTS (WHITE COPIES) |
| ☐ VICTIM ☐ WITNESS ☐ DEFENDANT ☐ OTHER | ☒ VICTIM ☒ WITNESS ☐ DEFENDANT ☐ OTHER |
| ☐ OFFENSE/PACE REPORT | ☒ OFFENSE/PACE REPORT |
| ☐ EVIDENCE INFO   ☐ EVIDENCE RECEIPTS | ☐ EVIDENCE INFO   ☒ EVIDENCE RECEIPTS |
| ☐ TEST FIRE RESULTS   ☐ CRIME SCENE PHOTOS | ☐ TEST FIRE RESULTS   ☒ CRIME SCENE PHOTOS |
| ☐ CRIMINAL HISTORY | ☒ CRIMINAL HISTORY |
| ☐ DEFENDANT PHOTO | ☒ DEFENDANT PHOTO |

| ALL MISDEMEANOR ARREST PACKAGES WILL CONTAIN | ALL MISDEMEANOR AT LARGE PACKAGES WILL CONTAIN |
|---|---|
| ☐ COPY OF CHARGING AFFIDAVIT | ☐ ORIGINAL CHARGING AFFIDAVIT **(ONLY REQUIRED IF DEFENDANT IS A JUVENILE.)** |
| ☐ STATEMENTS (WHITE COPIES) | ☐ STATEMENTS (WHITE COPIES) |
| ☐ VICTIM ☐ WITNESS ☐ DEFENDANT ☐ OTHER | ☐ VICTIM ☐ WITNESS ☐ DEFENDANT ☐ OTHER |
| ☐ OFFENSE/PACE REPORT | ☐ OFFENSE/PACE REPORT |
| ☐ CRIMINAL HISTORY | ☐ CRIMINAL HISTORY |
| ☐ DEFENDANT PHOTO | ☐ DEFENDANT PHOTO |

**ALL PACKAGES WILL ALSO CONTAIN APPLICABLE ATTACHMENTS**

☒ RECOVERING COST OF INVESTIGATIONS FORMS

☐ SUPPLEMENT REPORTS (i.e.: Narrative Supplements, PSRs, copy of original Trespass Warning, Juvenile Release Agreement, etc.)

☒ PHOTO LINE-UP        ☒ ARREST WARRANT        VIDEO? ☐ YES ☒NO: IF YES, INCLUDE COPY WITH PACKAGE

☐ SEARCH WARRANT (AFFIDAVIT, EXHIBIT and RETURN)

☐ CERTIFIED COPY OF JUDGMENT AND SENTENCE FOR CONVICTED FELON CHARGES (407.836.2056)

☒ DNA COURT ORDER FOR BLOOD SPECIMEN  re: FSS 943.325        ☐ NAME OF ATTENDING PHYSICIAN

A CHECKLIST SHALL BE COMPLETED ON **ALL** PACKAGES (FELONY/MISDEMEANORS/AT LARGE/ADULT/JUVENILE).

**Officers will submit packages to their supervisor within the following deadlines:**
Adult Felony - within 7 calendar days, including date of arrest.
Juvenile arrests - within 24 hours of the time of arrest.
Adult Misdemeanor - within 3 calendar days, including date of arrest.
At-large packages -- within 7 calendar days of established PC.
Warrant Packages - within 7 calendar days from the date court case number obtained.

_____
SUPERVISOR'S SIGNATURE

**Supervisors will review and submit packages within the following deadlines:**
Adult Felony – within 10 calendar days, including date of arrest.
Juvenile arrests – within 24 hours of the time of arrest.
Misdemeanor – within 5 calendar days, including date of arrest.
At-large packages -- within 10 calendar days of established PC.
Warrant Packages – within 10 calendar days from the date court case number obtained.

4/25/13
_____
DATE

OPD P&P 1202.5 A Rev. 07/28/2011

P002977

CASE COVER SHEET

4/29/2013            DEFENDANT(s):VALLE RAMOS, JORGE
2013-146382          OFFICER/DEPUTY: STANLEY, MICHAEL D
Agency Case #

CF13-5146            DETECTIVE:
Court Case #

Arrest Date _____

Charges: 810.02 3        1 BURGLARY TO STRUCTURE/CONVEYANCE-UNARMED
         812.014 2C1     1 GRAND THEFT OF PROP VALUED AT 300 TO 20000 DOLS

NON-ARREST _____    DECLINED TO FILE _____    FILED _____
                                        DATE                      DATE
REASON CASE NOT FILED:

#34 Other information filed          #35 Victim declines to prosecute

#36 Evidence submitted insufficient  [ ] Victim failed to respond to
    to prove beyond a reasonable doubt    State Attorney's letter

#37 Absence of Reports or evidence   [ ] Victim otherwise uncooperative
                                         or unavailable
   [ ]  No response to SAO request
        for additional information   [ ] Essential witness problems

#38 Released to another jurisdiction #19 See ASA/Paralegal comments

                    ASA/Paralegal_____

COMMENTS:

_____

_____

_____

_____

_____

_____

_____

_____

APPROVED:_____    AGENCY  : Orlando Police Dept.

DATE . .:_____    LIEUTENANT: _____

VICTIM .:

P002978

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

        Plaintiff,

vs.

JORGE R. VALLE RAMOS

        Defendant.

_____/

CASE NO:  48-2013-CF-005146-O

DIVISION:  16

## NOTICE OF PROVISION OF SUPPLEMENTAL DISCOVERY

COMES NOW, the State of Florida, by and through the undersigned Assistant State

Attorney and hereby makes the following information available to the defense and states as

follows:

Narrative

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum,

435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) (e-mail) on

_2 3_ day of August, 2013.

**COPY**

Michael David Barber
Assistant State Attorney
Florida Bar # 92252
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2416

P002979

Orlando Police Department 3.07
Supplement Report

Case Number  . . : 2013-146382                              Page:    1
Supplement Number:   2                    Date Of Supplement: 04/24/2013


Date/Time Reported:  4/09/13  8:09 Hrs.
Location Occurred : 1625 LITTLE FALLS CR
Reporting Officer :      7473  TEJEIRA,ALFONSO,T,
Primary Unit Assigned to Investigate: E Property
Assigned Investigators:
             14767      STANLEY,MICHAEL,D,


-----------------------------------------------------------------------

### EVIDENCE COLLECTED INFORMATION

**The following Evidence Information was added to this case.**
      Latent Prints Obtained

**The following Evidence Information was added to this case.**
      Photographs/Undeveloped Film


**Narrative Name:** NARRATIVE SUPPLEMENT 4/24/2013 6:16 AM
     On April 9, 2013 at 0835 hours, I, CSI Styer (#14857) responded to
     1625 Little Falls Circle, in reference to a residential burglary.
     Upon my arrival, I met and was briefed by Officer Tejeira (#7473). I
     took 38 digital color photographs, depicting gray card with date and
     case number, location, overall views of a second story window screen
     on the ground by the front door, overall views of the interior of the
     residence, with close up views of pepper spray on the walls by the
     front door.  I also photographed the open exterior patio gate, a tire
     iron on the ground by the sliding glass door, and a cigarette butt on
     the patio table.  I collected these items as evidence.

     I then proceeded to photograph the second floor, with close up views
     of areas of disturbance in the bedrooms. A red and black backpack
     containing coins and a knife was located in the hallway.  The coins
     and knife were returned to the victim.  I collected the backpack as
     evidence, as it did not belong to the victim.

     I processed the scene for latent prints with negative results.  I
     also collected a `Pop-Tarts` wrapper from Officer Tejeira.

     I departed the scene at 0933 hours.  Upon my arrival at OPH, 38
     photographs were downloaded and are on file with the Forensic Imaging
     Lab.  Evidence was secured in a locker in the Forensic Lab for
     processing and packaging on a later date.

     On April 15, 2013, the collected items were processed for latent
     prints with positive results.  Five (5) latent prints were developed
     and lifted from the `Pop-Tarts` wrapper.  The prints were submitted
     to the Latent Print Examiners for evaluation.

     All items were then packaged and entered into Evidence under #AE9209A.


P002980

Orlando Police Department 8.07
Supplement Report

Case Number . . : 2013-146382                          Page:      2
Supplement Number:   2              Date Of Supplement: 04/24/2013


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| I Swear or affirm the above statements are correct and true. (Signature)_____ | Officer Name/ID# (Print) |
|---|---|
| Sworn to and subscribed before me, the undersigned Authority, This_____Day of _____,20____. Notary Public \|_\|  Law Enforcement Officer \|_\| Emp# _____ Orlando PD | |


END OF SUPPLEMENT NUMBER    2

P002981

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                         CASE NO:   48-2013-CF-005146-O

           Plaintiff,                 DIVISION:   16

vs.

JORGE R. VALLE RAMOS

           Defendant.

_____/

### NOTICE OF PROVISION OF SUPPLEMENTAL DISCOVERY

COMES NOW, the State of Florida, by and through the undersigned Assistant State Attorney and hereby makes the following information available to the defense and states as follows:

Supplement Report dated April 24, 2013 / Photo line-up.

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) (e-mail) on _16_ day of September, 2013.

📑 COPY

Ryan Joseph Hillary
Assistant State Attorney
Florida Bar # 56028
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

P002982

```
                         Orlando Police Department 8.07
                              Supplement Report

Case Number   . . : 2013-146382                              Page:     1
Supplement Number:   2                        Date Of Supplement: 04/24/2013


         Date/Time Reported:  4/09/13  8:09 Hrs.
         Location Occurred : 1625 LITTLE FALLS CR
         Reporting Officer :     7473   TEJEIRA,ALFONSO,T,
         Primary Unit Assigned to Investigate: E Property
         Assigned Investigators:
                   14767      STANLEY,MICHAEL,D,


-----------------------------------------------------------------------------

                      EVIDENCE COLLECTED INFORMATION

     The following Evidence Information was added to this case.
          Latent Prints Obtained

     The following Evidence Information was added to this case.
          Photographs/Undeveloped Film


Narrative Name: NARRATIVE SUPPLEMENT 4/24/2013 6:16 AM
     On April 9, 2013 at 0835 hours, I, CSI Styer (#14857) responded to
     1625 Little Falls Circle, in reference to a residential burglary.
     Upon my arrival, I met and was briefed by Officer Tejeira (#7473).  I
     took 38 digital color photographs, depicting gray card with date and
     case number, location, overall views of a second story window screen
     on the ground by the front door, overall views of the interior of the
     residence, with close up views of pepper spray on the walls by the
     front door.  I also photographed the open exterior patio gate, a tire
     iron on the ground by the sliding glass door, and a cigarette butt on
     the patio table.  I collected these items as evidence.

     I then proceeded to photograph the second floor, with close up views
     of areas of disturbance in the bedrooms. A red and black backpack
     containing coins and a knife was located in the hallway.  The coins
     and knife were returned to the victim.  I collected the backpack as
     evidence, as it did not belong to the victim.

     I processed the scene for latent prints with negative results.  I
     also collected a `Pop-Tarts` wrapper from Officer Tejeira.

     I departed the scene at 0933 hours.  Upon my arrival at OPH, 38
     photographs were downloaded and are on file with the Forensic Imaging
     Lab.  Evidence was secured in a locker in the Forensic Lab for
     processing and packaging on a later date.

     On April 15, 2013, the collected items were processed for latent
     prints with positive results.  Five (5) latent prints were developed
     and lifted from the `Pop-Tarts` wrapper.  The prints were submitted
     to the Latent Print Examiners for evaluation.

     All items were then packaged and entered into Evidence under #AE9209A.
```

**P002983**

Orlando Police Department 8.07
Supplement Report

Case Number . . : 2013-146382                                    Page:    2
Supplement Number:   2                          Date Of Supplement: 04/24/2013


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| I Swear or affirm the above statements are correct and true. (Signature)_____ | Officer Name/ID# (Print) |
|---|---|
| Sworn to and subscribed before me, the undersigned Authority, This_____Day of _____,20____. Notary Public \|_\|   Law Enforcement Officer \|_\|   Emp# _____ Orlando PD | |


END OF SUPPLEMENT NUMBER    2

P002984

# Orlando Police Department



BCS

|   |   |   |
|---|---|---|
| 1 | 2 | 3 |
| 4 | 5 | 6 |

**Lineup Identifier:**

**Printed Orlando PD:** 8/26/2013 15:0

http://10.242.64.66/webuniversalplus/UniversalReport.aspx

8/26/2013

P002985

# Photo Line-up Administration and Witness Instructions

Case Number: _2013 - 146382_  Date/Time: _9/4/13   1600_

Witness Name: _SZEWCZYK, BETHANY_ Administrator Name/ID: _STANLEY #14767_

Line-up Number: _02184_  Line-up reviewed by: _STANLEY #14767_

Prior to presenting the photo line-up, the witness provided a written/audio recorded statement describing the suspect of this criminal investigation.

_uuss_
Administrator's Initials

Prior to presenting the photo line-up I read "verbatim" the witness instructions to the witness. The witness indicated he/she understood the instructions.

_uuss_
Administrator's Initials

## PHOTO LINE-UP INSTRUCTIONS TO THE WITNESS:

**"It is just as important to clear innocent persons from suspicion as it is to identify guilty parties. Regardless of whether you make an identification, we will continue to investigate this incident. With that in mind, I am going to show you six photos arranged so they may be simultaneously viewed. This group of photos may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hairstyles, beards, and moustaches may easily be changed. The photos may not always depict the true complexion of a person – it may be lighter or darker than shown in the photo. Pay no attention to the order of the photos or markings and/or numbers that may appear on the photos, or to any differences in the type or style of photographs. Take your time; when you have looked at all the photos, tell me whether or not you see the person who committed the crime. If you do identify someone, you will circle and initial that person on the line-up. Please remember this is an on-going investigation, you are not permitted to discuss this identification procedure with anyone other than law enforcement or legal counsel."**

I understand the photo line-up instructions and have been provided a copy of this form.

_BCU_
Witness's Initials

After the photo lineup, the witness provided a written statement or an audio recorded statement describing his/her identification or non-identification.

_uuss_
Administrator's Initials

*This form is to be filed in the case package. If the witness refuses
to provide a sworn statement, indicate so in the incident report.*

OPD P&P 1636.0 B Rev. 10/25/11          Original: State Attorney          Yellow: Records          Pink: Witness

**P002986**

OPD Case # _L013 - 146382_

# WITNESS PHOTO DISPLAY IDENTIFICATION FORM

## ORLANDO POLICE DEPARTMENT

PHOTO LINEUP # _22184_

| UPPER LEFT 1 | UPPER CENTER 2 | UPPER RIGHT 3 |
|---|---|---|
| LOWER LEFT 4 | LOWER CENTER 5 | LOWER RIGHT 6 |

If you have previously seen one or more of the persons shown in the photos displayed, place an "X" in the box corresponding to the photograph of the person in the lineup.

_The person in Box # 2_ _____ was seen by me (state circumstances) _early morning as he was getting into vehicle with blue latex gloves on and speeding away — also with 2 other. Incident took place at Hidden Creek Apartments & I saw him as he existed._

I swear or affirm that the aforementioned is true and correct to the best of my knowledge.

Sworn to and subscribed before me

MICHAEL D. STANLEY
this 4th day of SEPT , 13 .

_[signature]_ 14767
Notary Public
or
Law Enforcement Officer
Conducting Official Investigation

_[signature]_
Signature of Witness

1716 LAFAYETTE CT.
Witness' Street Address

ORLANDO, FL 32807
City, State, Zip Code

315-416-1246
Witness' Telephone Number(s)

9/4/13 1000
Time and Date of Witness' Signature

P002987



P002988



P002989



P002990



P002991



P002992



P002993



P002994



P002995



P002996



P002997



P002998



P002999



P003000



P003001



P003002



P003003



P003004



P003005



P003006



P003007



P003008



P003009



P003010



P003011



P003012



P003013



P003014



P003015



P003016



P003017



P003018



P003019



P003020



P003021



P003022



P003023



P003024



P003025

P 001/004

*Attn. Kenneth Lewis*
*Fax 407-836-2330*  KL02/GN
                                    07/18

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO:    48-2013-CF-005146-O

   Plaintiff,                    DIVISION:    16

vs.

JORGE R. VALLE RAMOS,

   Defendant.
_____/

## AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared George Gonzalez (person suffering loss), who being first duly sworn says as follows:

I suffered a loss of property, money or time by the actions of the above Defendant. For stolen and unrecovered property, please provide <u>fair market value</u>.
The monetary loss I suffered was:

*1 Gold WEDDING BAND #500°° Gold 3 Diamonds Small Pendent "475 Gold 14KT" Misc Regular watches + Plated Gold Chains APPX Value #200.°° $0PY in Receipts $8859.°°*

I have ___ have not ___ attached estimates of loss or appraisals on lost or damaged property, medical bills and proof of lost wages.

I have ___ have not $\times$ been compensated by an insurance company.

Name and address of insurance company:
*N/A*

Amount I was compensated: *N/A*
Policy Number *N/A*     Claim Number *N/A*

(Signature)

Sworn to and subscribed before me
this 11 day of July , 20 14 .

*Kathleen A Lynch*
(Notary Public)
My Commission Expires:
*Kathleen A. Lynch*

KATHLEEN A. LYNCH
Notary Public - State of Florida
My Comm. Expires Jun 7, 2015
Commission # EE 101193

**P003026**

JUL-11-2014(FRI) 14:09                                                                      P. 003/004

# Fantasia Designs

4345 Gunn Highway • Suite #167 • Tampa, Florida ~~30804~~ 33618
Office: (813) 968-6750 • Fax: (813) 968-6720 • E-Mail: fantasiafab@earthlink.net

## INVOICE

COMPANY NAME: JOGEO'S                          DATE: DEC. 2, 2008
YOUR NAME: GEORGE GONZALEZ
ADDRESS: 1357 YVONNE ST.                        SHIPPED VIA: _____
CITY, STATE, ZIP: APOPKA, FL 32712
PHONE: Cell (407) 443-3282                       TERMS: _____

(RETAIL)

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | BRPW15 19ST - (S) Garnet | | 270.00 |
| 1 | BRPW155 S - (M) ZIRCON | | 196.00 |
| 1 | BFCS 5993 21ST - (S) ZIRCON | | 300.00 |
| 1 | BFCS 9932 1ST - (M) ZIRCON | #180 | 300.00 |
| 1 | BSDN 500 - 9ST - (M) AMY | 162 | 270.00 |
| 1 | BFCS 9942 1ST - (M) ZIRCON | #174 | 290.00 |
| 1 | BSCF 814 1ST - (S) ZIRCON | 114 | 190.00 |
| 1 | BSTR 590 1ST - (M) BlueTopaz | | 290.00 |
| 1 | NS01 1ST - 16" Green Qtz. | #145.20 | 242.00 |
| 1 | NRTR 2448 ST - Green Qtz. | #180 | 300.00 |
| 1 | NCPR 812 2ST - PERIDOT | #120 | 200.00 |
| 1 | NSDN 500 - 9ST - 16" PERIDOT | #198 | 330.00 |
| 1 | NRPW155 S 18" ZIRCON | #114 | 190.00 |
| 1 | NCTN 840 5ST - ZIRCON | #114 | 190.00 |
| 1 | NSCF 19 5ST - 16" ZIRCON | #150 | 250.00 |
| 1 | NFCS 9941 1ST - ZIRCON | #156 | 260.00 |
| 1 | NSCF 814 1ST - ZIRCON | #156 | 260.00 |
| 1 | NSTR 590 1ST - 18" CITRINE | | 380.00 |
| 1 | NSP10 15 1ST - CITRINE | | 210.00 |
| 1 | NRPW1529 ST - CITRINE | | 290.00 |
| 1 | NCH 925 1ST - CITRINE | | 180.00 |
| 1 | NS 16 1ST - 16" CITRINE | | 318.00 |

| | | |
|---|---|---|
| SUB TOTAL | 5656.00 |
| TAX | |
| SHIPPING & INSURANCE | |
| TOTAL | $2262.40 |

Please inspect merchandise upon delivery.

Trade Show Sales and Clearance Items are final.

No refunds on other sales.

Exchange only within 10 days of purchase with receipt.

Pg. 1

60% Discount!

**P003027**

JUL-11-2014(FRI) 14:09

P.004/004

# Fantasia Designs

4345 Gunn Highway • Suite #167 • Tampa, Florida ~~33618~~ 33618
Office: (813) 968-6750 • Fax: (813) 968-6720 • E-Mail: fantasiafab@earthlink.net

Cecc 407-442-2282

## INVOICE

COMPANY NAME: Jorge's          DATE: 5/4/07
YOUR NAME: George I. Gonzalez
ADDRESS: 1957 Yvonne St          SHIPPED VIA: _____
CITY, STATE, ZIP: Apopka FL 32712
PHONE: 407-886-8166          TERMS: _____

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | NSFB/6/ST - Amethyst | | 180.00 |
| 1 | NSFB/6/ST - Blue Topaz | | 190.00 |
| 1 | NSDN4ST - 18" Black Onyx | | 140.00 |
| 1 | NSFK47/10ST - 18" Zircon | | 126.00 |
| 1 | NSBK4/6/ST - 16" Amethyst | | 150.00 |
| 1 | NSDN 500 - 9ST - 16" Citrine | | 170.00 |
| 1 | NRLC 1150 9ST - 16" Green Quartz | | |
| 1 | NSFB 666 9ST - 18" Peridot | | |
| 1 | NFFL 700 9ST - 16" Blue Topaz | | 200.00 |
| 1 | NOH 995 ST - Zircon | | 85.00 |
| 2 | NCA 3286L | 70.00 | 140.00 |
| 1 | BSDN500-9ST (S) Citrine | | 140.00 |
| 1 | BSAN4/33/0/ST (S) Peridot | | 180.00 |
| 1 | BFTM335/9ST (S) Blue Topaz | | 245.00 |
| 1 | BSIO 3ST (S) Blue Topaz | | 132.00 |
| 1 | BSTW/05/1P/ST (M) Amethyst | | 100.00 |
| 1 | BSTK/47-7/9ST (M) Zircon | | 100.00 |
| 1 | BSI/B/04ST 8IT Zircon | | 220.00 |
| 1 | BFS/14 | | 85.00 |
| 2 | BSFK47/4ST (M) Amethyst+Zircon | 95.00 | 190.00 |
| 1 | BSFK47/4ST &1= Blue Topaz | | 100.00 |
| | | | |

23 Pieces

| | SUB TOTAL | |
|---|---|---|
| | TAX | |
| | SHIPPING & INSURANCE | |
| | TOTAL | 3,09?.?? |

Please inspect merchandise upon delivery.

Trade Show Sales and Clearance Items are final.

No refunds on other sales.

Exchange only within 10 days of purchase with receipt.

**P003028**

Intake:      Frances Blair                                                VWC:

Case Number: 48-2013-CF-005146-O              Agency:   ORPD, 13-146382
                                              Sector:

Defendant:   JORGE R. VALLE RAMOS

**<span style="color:red">AAW</span>**

Charges:     BURGLARY OF OCCUPIED DWELLING
             GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

Arrest Cases -  Arrest Date
                15th day                 Date Received:   04/23/2013
                21st day
                33rd day


Case input by:   Veronica Tyson



CF13005146O

<span style="color:red">**P003029**</span>

# ARREST WARRANT

Arrest Date        In Jail?        15th Day        21st Day        33rd Day
                     **no**

Defendant's Name:                         Case No:              Agency/Case No.:

**JORGE R. VALLE RAMOS**        48-2013-CF-005146-O        ORPD / 13-146382

Co-Defendant(s):

Date Printed:  April 30, 2013                    Printed by:  Arleen Moreno-Morales

  File to PL: _____        PL:  Frances Blair

    CPR?  Yes

    TSO?

    CAPN?

VT wants to prosecute:      No _____     Yes _____

Victim Name / DOB:

Charges Received:    BURGLARY OF OCCUPIED DWELLING
                     GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

File to ASA: _____     ASA: _____

 CF13005146O

**P003030**

# ARREST WARRANT

| Arrest Date | In Jail? | 15th Day | 21st Day | 33rd Day |
|---|---|---|---|---|
| | **no** | | | |

Defendant's Name:                  Case No:                  Agency/Case No.:

**JORGE R. VALLE RAMOS**          48-2013-CF-005146-O          ORPD / 13-146382

Co-Defendant(s):

Date Printed:   April 30, 2013                Printed by:   Arleen Moreno-Morales

File to PL: _____          PL:   Frances Blair

CPR?   Yes

TSO?

CAPN?

VT wants to prosecute:        No _____        Yes _____

Victim Name / DOB:

Charges Received:   BURGLARY OF OCCUPIED DWELLING
                    GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

File to ASA: _____        ASA: _____

  CF13005146O

**P003031**



CF13005146O - - <u>Div</u>. 16

GEORGE GONZALEZ
1625 Little Falls Cir
Orlando, FL  32807

P003032

May 10, 2013

GEORGE GONZALEZ
1625 Little Falls Cir
Orlando, FL  32807

Defendant:  JORGE R. VALLE RAMOS
Case No.:  48-2013-CF-005146-O

I am reviewing a criminal complaint to determine whether to file formal criminal charges against JORGE R. VALLE RAMOS.  While there are many factors that I must consider before making a decision about this case, one essential factor is victim input.  Reports indicate that you may be a victim in this case.  Please call me at the phone number listed below immediately upon receiving this letter.  Most cases cannot be prosecuted without a cooperative victim, so if you do not contact me, I may not be able to file these charges.

If you suffered personal physical or psychological injury as a result of this crime, you may be entitled to benefits including lost wages, medical expenses, mental health counseling, or in the case of persons over the age of 60, reimbursement for property loss.  You must apply for these benefits within one year of the date of the crime and must fully cooperate with law enforcement, the State Attorney's Office, and the Attorney General's Office.  You may not have contributed to your own injuries.  If you would like further information about the Victim Compensation program please dial 407-836-1357.

Please contact my secretary at (407)836-2169 or by e-mail at VLResponseTeamB@sao9.org upon receipt of this letter to advise this office as to whether or not you would like to see this case prosecuted.  Please have available the case number listed above, your telephone number and your current address, if the address above is not accurate.

Please contact my office by 05/20/2013.

Sincerely,


Frances Blair
Paralegal
Criminal Intake Division

P003033

## CASE COVER SHEET

**SAO REC'D:**  04/23/2013

**DEFENDANT:**  JORGE R. VALLE RAMOS

**AGENCY:**  ORPD, 13-146382
**ZONE:**

**OFFICER:**  Michael D. Stanley

**CASE NO:**  48-2013-CF-005146-O

**VICTIM:**  GEORGE GONZALEZ

**CHARGE(s):**  **REC'D:**  BURGLARY OF OCCUPIED DWELLING
GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

**FILED:**  BURGLARY OF DWELLING (F2-L7)
GRAND THEFT THIRD DEGREE (F3-L2)

**OFFENSE DATE:**  04/09/2013
**ARREST DATE:**  04/24/2013

**APPR'D FOR FILING:**  05/20/2013
**DECLINED TO FILE:**

**REASON CASE NOT FILED:**

**COMMENTS:**

**PARALEGAL:**  Frances Blair

**DATE:**  May 20, 2013

**APPROVED BY ASA:**  Steve Kerestes
Assistant State Attorney

**DATE:**  May 20, 2013

**LAW ENFORCEMENT COPY**
**P003034**

## CASE COVER SHEET

**SAO REC'D:**  04/23/2013                           **DEFENDANT:**  JORGE R. VALLE RAMOS

**AGENCY:**  ORPD, 13-146382                    **OFFICER:**  Michael D. Stanley
**ZONE:**

**CASE NO:**  48-2013-CF-005146-O           **VICTIM:**  GEORGE GONZALEZ

**CHARGE(s):  REC'D:**  BURGLARY OF OCCUPIED DWELLING
GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

**FILED:**  BURGLARY OF DWELLING (F2-L7)
GRAND THEFT THIRD DEGREE (F3-L2)

**OFFENSE DATE:**  04/09/2013              **APPR'D FOR FILING:**  05/20/2013
**ARREST DATE:**  04/24/2013               **DECLINED TO FILE:**

**REASON CASE NOT FILED:**

**NOTES:**

On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home.  The suspect ran out the back door.  VT attempted to chase the suspect but he got away.  VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene.  W/Bloom observed three (3) males running from her neighbor's house to their car and left the area.  W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area.   LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects.  The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings.  VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
*Photos, photo line-up and Criminal info. Bulletin are attached.

**COMMENTS:**

**A copy of this document was sent to Law Enforcement Agency on May 20, 2013.**

**PARALEGAL:**  Frances Blair                      **DATE:**  May 20, 2013

**APPROVED BY ASA:**  Steve Kerestes          **DATE:**  May 20, 2013
Assistant State Attorney

   CF13005146O

**SAO COPY**
**P003035**

**CASE PROGRESS SHEET** - Page 2

Case Number: **48-2013-CF-005146-O**                                    Division 16

Defendant:    **JORGE R. VALLE RAMOS,** W/M, DOB: 04/21/1993

| DATE | ACTION TAKEN | ASA |
|------|--------------|-----|
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |

**Notes:**
On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home. The suspect ran out the back door. VT attempted to chase the suspect but he got away. VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene. W/Bloom observed three (3) males running from her neighbor's house to their car and left the area. W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area. LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects. The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings. VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
*Photos, photo line-up and Criminal info. Bulletin are attached.

                                                                Frances Blair

P003036

**CASE PROGRESS SHEET** - Page 3

Case Number: **48-2013-CF-005146-O**                                                Division 16

Defendant:    **JORGE R. VALLE RAMOS,** W/M, DOB: 04/21/1993

| DATE | ACTION TAKEN | ASA |
|------|--------------|-----|
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |

P003037

**CASE PROGRESS SHEET**

Case Number: **48-2013-CF-005146-O**                                          Division 16

Defendant:    **JORGE R. VALLE RAMOS,**   W/M,   DOB: 04/21/1993

Charge(s):       1.    BURGLARY OF DWELLING (F2-L7)
                 2.    GRAND THEFT THIRD DEGREE (F3-L2)

Arrested: 04/24/13                                    Speedy Trial: 10/15/13

Defense Attorney:                                     Phone Number:

☐ Discovery Scanned & Uploaded: _____/_____          ☐ Discovery Sent: _____/_____

| DATE | ACTION TAKEN | ASA |
|------|-------------|-----|
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |

Victim Name and Address:                                    SENTENCING CHECKLIST
                                                            [  ] **Discussed Plea with Victim**
_____                        [  ] **Scoresheet Filed**
                                                            [  ] **Victim Address Form Filed**
_____                        [  ] **Restitution Order Filed**
                                                            [  ] **Nolle Prosequi Filed**
_____                        [  ] **Juv. Receipt/Dispo. Filed**
Restitution Amount

**P003038**

IN THE CIRCUIT COURT OF ORANGE COUNTY, STATE OF FLORIDA

THE STATE OF FLORIDA               INFORMATION #    48-2013-CF-005146-O

VS.                                DIVISION - 16

JORGE R. VALLE RAMOS               1.    BURGLARY OF DWELLING (F2-L7)

                                   2.    GRAND THEFT THIRD DEGREE (F3-L2)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statutes 810.02(1)(b)1. and 810.02(3)(b), enter into a dwelling, located in the vicinity of 1625 Little Falls Circle, in the County and State aforesaid, the property of GEORGE GONZALEZ, as owner or custodian thereof, with the intent to commit an offense therein, at a time when the said premises were not open to the public, nor was the defendant licensed or invited to enter.

P003039

COUNT TWO

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statute 812.014(2)(c)(1), knowingly obtain or use, or endeavor to obtain or use jewelry or coin collection or knife, of a value of THREE HUNDRED DOLLARS ($300.00) or more, the property of another, to-wit: GEORGE GONZALEZ, as owner or custodian thereof, with the intent to temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or to appropriate the property to the defendant's own use or to the use of a person not entitled thereto.

**This information encompasses the transaction and all charges listed on Complaint Number 48-2013-CF-005146-O. The Orange County Sheriff's Office and the Orange County Corrections Department shall substitute the charge(s) indicated on the information for those on the above cited complaint.  The bond(s) shall remain the same as that last set on 48-2013-CF-005146-O.**

STATE OF  FLORIDA
COUNTY OF  ORANGE

   Personally appeared before me Steve Kerestes, Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he/she has received testimony under oath from the material witness or witnesses, which if true, would constitute the offense herein, and that he/she institutes the prosecution in good faith.
   The foregoing instrument was acknowledged before me this _____ day of _____, 20_____ by the aforementioned Assistant State Attorney who is personally known to me and who did take said oath.

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By _____
Steve Kerestes
Designated Assistant State Attorney
Florida Bar No. 26305

FB/SK

P003040

**M E M O R A N D U M**

**CASE NO.    48-2013-CF-005146-O**

Charge(s):     Ct.  1.    BURGLARY OF DWELLING (F2-L7)
                         Statute No.(s) 810.02(1)(b)1., 810.02(3)(b)
                         JIT No. 810.02(1)(B)(1)-4
               Ct.  2.    GRAND THEFT THIRD DEGREE (F3-L2)
                         Statute No.(s) 812.014(2)(c)(1)
                         JIT No. 812.014(2)(C)(1)-3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUMMONS          CAPIAS                                    **IN CUSTODY:**

**CASE NO:**          48-2013-CF-005146-O

**DEFENDANT:**      JORGE R. VALLE RAMOS

**ADDRESS/PHONE:** 1611 Cason Cove Dr / Apt # 622, Orlando, FL 32811  (407)412-1936

**SEX:**    Male          **RACE:**    White          **DOB:**  04/21/1993

**HEIGHT:** 5' 10"        **WEIGHT:** 150 lbs.         **HAIR:** Unknown     **EYES:** Unknown

**SS#:**    ████████      **DL#:**    Unknown         **ID#:**

**BUSINESS/PHONE:** Unknown

**ADDITIONAL ID:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INVESTIGATION OFFICER:**    Michael D. Stanley, ORPD 13-146382

**Arrest Date:** 04/24/13

**REMARKS:**

_____

**P003041**

## CASE WORK-UP SHEET

| PRR? | PCC? | PTD? | RDC? | CASE NUMBER | |
|------|------|------|------|-------------|--|
| NO | NO | NO | NO | 48-2013-CF-005146-O | JORGE R. VALLE RAMOS |

**CHARGES:**

Ct.  1.   810.BGDW-ENT  BURGLARY OF DWELLING (F2-L7)
<OFFENSE DATE> 04/09/13
<ADDRESS> 1625 Little Falls Circle
<VICTIM> GEORGE GONZALEZ

Ct.  2.   812.GT-L2  GRAND THEFT THIRD DEGREE (F3-L2)
<OFFENSE DATE> 04/09/13
<VICTIM> GEORGE GONZALEZ
<PROPERTY> jewelry or coin collection or knife

**SYNOPSIS:**

On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home.  The suspect ran out the back door.  VT attempted to chase the suspect but he got away.  VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene.  W/Bloom observed three (3) males running from her neighbor's house to their car and left the area.  W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area.   LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects.  The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings.  VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
*Photos, photo line-up and Criminal info. Bulletin are attached.

Frances Blair
May 20, 2013

P003042

## OFFICE OF THE STATE ATTORNEY, NINTH JUDICIAL CIRCUIT
## REQUEST FOR ADDITIONAL INFORMATION
## FROM LAW ENFORCEMENT AGENCY

**To Law Enforcement Officer:** Michael Stanley

| | | |
|---|---|---|
| **Request Date:** | May 20, 2013 | **Offense Date:** 04/09/2013 |
| **Agency Case No:** | ORPD, 13-146382 | **UTC Number:** |
| **Defendant(s):** | JORGE R. VALLE RAMOS | **Sector:** |
| **Court Case Number:** | 48-2013-CF-005146-O | **Trial Date:** |
| **Charge(s):** | BURGLARY OF OCCUPIED DWELLING GRAND THEFT 3RD DEGREE (>$5,000,<$10,000) | |

Please provide the following information, returning it with this form, NO LATER THAN 05/31/2013:

Please send me a copy of the crime scene technician's report

**Requested By:** George Steve Kerestes
PO Box 1673, 415 N Orange Ave
Orlando, FL 32802-1673
**Email:** skerestes@sao9.org

Division:  16

FOR USE OF LIAISON OFFICER
DELIVERED TO:_____
DATE:_____



CF13005146O

Emailed To opdintake@cityoforlando.net on 05/20/2013

**P003043**

## WORK-UP SHEET

**Defendant:** **JORGE R. VALLE RAMOS**      **Case #:** 48-2013-CF-005146-O    **ASA:** Jenny R. Rossman

**Arrest Dt:** 04/24/13      **Speedy Dt:** 10/15/13      **Trial Dt:** _____    **Work-up Dt:** _____

**Co-Defendants:** _____

**Agency:** ORPD _____    **Agency Case #:** 13-146382 _____

**Crime Lab Analyst:** _____      **Lab Case #:** _____

| | | |
|---|---|---|
| _____ RAP-Criminal History | _____ Finger print exemplars request | _____ HFO or Enhancement Notice |
| _____ Not. Of Other Crimes Evidence | _____ Business records cert. | _____ J&S (in state) request |
| _____ Victim Letter | _____ Motion in Limine needed | _____ J&S (out of state) request |
| _____ Florida DL or ID-request | _____ Handwriting Exemplars motion | _____ Drug Lab test request |
| _____ DNA Buccal Swab | _____ CST Report request | _____ Multiple Defendant Discovery Notice |
| _____ Fire Dept Run report | _____ Demand for Alibi | _____ Firearm test request |
| _____ 911 Audio recording | _____ Photo printing request | _____ Statement recording or transcript |

Priors: _____

Amend Information: _____

Task Leo for: _____

| **VICTIM**<br>**Name and Address** | | **PHONE** | **INVOLVEMENT - testimony** |
|---|---|---|---|
| **1.** | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |
| **2.** | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |
| **3.** | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |

| **EXPERT WITNESSES:**<br>(Lab analyst or other) | | **PHONE** | **INVOLVEMENT-Expertise**<br>(Lab or Case #) |
|---|---|---|---|
| **1.** | C) | | |
| Business Address or Agency: | B) | | |
| | | | Lab# |
| **2.** | C) | | |
| Business Address or Agency: | B) | | |
| | | | Lab# |

**P003044**

| Law Enforcement Officer: | | | | | INVOLVEMENT – testimony |
|---|---|---|---|---|---|
| **1.** Michael D. Stanley | | Ofc. Id # | Evidence Seized? | | |
| Agency: ORPD | Agency Case # 13-146382 | | Talked to Defendant | | |
| **2.** | | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | | Talked to Defendant | | |
| **3.** | | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | | Talked to Defendant | | |
| **4.** | | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | | Talked to Defendant | | |
| **5.** | | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | | Talked to Defendant | | |
| **6.** | | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | | Talked to Defendant | | |
| **7.** | | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | | Talked to Defendant | | |
| **8.** | | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | | Talked to Defendant | | |
| **9.** | | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | | Talked to Defendant | | |
| **10.** | | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | | Talked to Defendant | | |

Initials of prosecutor completing this page: _____

P003045

| CIVILIAN WITNESS(ES) Name and Address | | PHONE | | INVOLVEMENT - testimony |
|---|---|---|---|---|
| **1.** | C) | | | |
| Hm) | H) | | | |
| Wk) | B) | | | |
| **2.** | C) | | | |
| Hm) | H) | | | |
| Wk) | B) | | | |
| **3.** | C) | | | |
| Hm) | H) | | | |
| Wk) | B) | | | |
| **4.** | C) | | | |
| Hm) | H) | | | |
| Wk) | B) | | | |
| **5.** | C) | | | |
| Hm) | H) | | | |
| Wk) | B) | | | |
| **6.** | C) | | | |
| Hm) | H) | | | |
| Wk) | B) | | | |
| **7.** | C) | | | |
| Hm) | H) | | | |
| Wk) | B) | | | |

**Notes**: _____

_____

Initials of prosecutor completing this page: _____

P003046

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:**     48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**     Circuit Division 16
**ASA:**     Michael David Barber
**Agency Case No:**     ORPD, 13-146382

The following Trial subpoenas were printed on August 21, 2013:

| Issued For | Time | Courtroom |
|---|---|---|
| Monday, September 16, 2013 | 9:00 AM | 6D |

**Subpoenas Printed:**
 - None

**Out of County Subpoenas Sent:**
 - None

**Out of State Subpoenas Printed:**
 - None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807 (Orange County)

**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T. Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant:  JORGE R. VALLE RAMOS
Case No.:  48-2013-CF-005146-O

Page - 1 - of 1

**P003047**

IN THE CIRCUIT COURT, IN AND FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                    CASE NO:    48-2013-CF-005146-O

            Plaintiff,          DIVISION:    16

vs.

                               AGENCY:    ORPD, 13-146382

JORGE R. VALLE RAMOS

            Defendant.

_____/

## STATE WITNESS LIST

      COMES NOW the State of Florida, pursuant to Florida Rules of Criminal Procedure 3.220(b), and in response to the Defendant's Notice for Discovery discloses the following names and addresses of all persons known to the prosecutor to have information which may be relevant to any offense charged, or any defense, thereto, or to any similar fact evidence to be presented at trial under Section 90.404(2), Florida Statutes:

CATEGORY "A"
Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807

Ofc Sidney B. Iverson, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913

Michael D. Stanley, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807, 3501 Quadrangle Blvd., #175, Orlando, FL 32817

Ofc Alfonso T. Tejeira, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913


CATEGORY "B" - None

CATEGORY "C" - None

      **Pursuant to Florida Rules of Criminal Procedure 3.220(h) please contact the undersigned's office to coordinate the date, time and location of any depositions to be scheduled.**

Sent to PD STAC System on 08/21/2013

P003048

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) (e-mail) on _____ day of August, 2013.

JEFFREY L. ASHTON, State Attorney

_____

Michael David Barber
Assistant State Attorney
Florida Bar # 92252
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2416

Sent to PD STAC System on 08/21/2013

P003049

# The State of Florida
# Witness Subpoena

TO:   **Charlene Bloom**
      **1708 Silver Creek Ct**
      **Orlando, FL 32807**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**   48-2013-CF-005146-O

**Subpoena Type:**   Trial                            **Date Issued:**   August 21, 2013
**Division:**        16 <>                            **To Be Served In:**   ORANGE County (F2)

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2416**.

**The "On-Call" Period Begins**: **Monday, September 16, 2013**  and continues until **Friday, September 27, 2013**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. August 21, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Michael David Barber
Assistant State Attorney

*SA2013082100525*

| Return of Service |
| --- |
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF <u>ANY</u> KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL <u>NOT</u> BE RETURNED.

P003050

# The State of Florida
# Witness Subpoena

TO:    **George Gonzalez**
       **1625 Little Falls Cir**
       **Orlando, FL 32807**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**         **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | August 21, 2013 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F2) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2416**.

**The "On-Call" Period Begins**: **Monday, September 16, 2013**  and continues until **Friday, September 27, 2013**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. August 21, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Michael David Barber
Assistant State Attorney

*SA2013082100526*

| Return of Service | |
|---|---|
| ☐ Substitute Service    By Serving: _____ | |
| ☐ Non-Service        ☐ Mail          ☐ Posted | |
| Date: _____  Time of Service: _____ | |
| Jerry Demings, Sheriff, Orange County, Florida | |
| By: _____ | |
| ☐ Individual Service    _____ | |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF <u>ANY</u> KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL <u>NOT</u> BE RETURNED.

P003051

# The State of Florida
# Witness Subpoena

TO:    **Bethany Szewczyk**
      **1716 Lafayette Ct**
      **Orlando, FL 32807**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**    **Case Number:**   48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | August 21, 2013 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F2) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2416**.

**The "On-Call" Period Begins**: **Monday, September 16, 2013**  and continues until **Friday, September 27, 2013**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. August 21, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Michael David Barber
Assistant State Attorney

*SA2013082100529*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service      ☐ Mail      ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service  _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003052



CF13005146O - - <u>Div</u>. 16

George Gonzalez
1625 Little Falls Cir
Orlando, FL  32807

P003053

August 21, 2013

George Gonzalez
1625 Little Falls Cir
Orlando, FL  32807

RE:  State vs. JORGE R. VALLE RAMOS
      Court Case No.: 48-2013-CF-005146-O

Dear George Gonzalez:

I am the Assistant State Attorney (prosecutor) assigned by the State Attorney's Office (SAO) to handle the felony case in which you are listed as a victim or witness.  You should be receiving a witness subpoena shortly that requires you to appear in court.  Because the criminal justice system can be challenging, I want to inform you of the process that the prosecution of this case will follow.

This case is set for trial in local Circuit Court, Division  16 and the court case number is 48-2013-CF-005146-O.  You will need to refer to that division number, the Defendant's name, and the court case number throughout the process. The following information about the process should help you as this case progresses:

1. Subpoenas.  You should be receiving a witness subpoena from the Court that orders you to testify at trial.  You may also receive a subpoena for you to testify at a deposition (see below). These are court orders and should not be ignored.   If you ever receive a subpoena and are unclear of what to do, please contact our office at (407)836-2416.  If you do not receive a subpoena, please also contact our office to find out the status of the case.

2. Pre-trial hearing.  The court will usually hold a pretrial or scheduling hearing about 2 weeks before the trial period, at which negotiations for settlement (sometimes called "plea negotiations.") are encouraged.  The pretrial hearing in this case is set for September 4, 2013. Please contact us if you want input about any potential settlement before that hearing.  If we have not heard from you at least two weeks prior to the trial date, we will assume that you are leaving the resolution of these charges up to the prosecutor's best professional judgment.

3. Trial.  The trial is currently assigned to be held before Judge Margaret H. Schreiber whose courtroom is at room number 6D in the Orange County Courthouse in downtown Orlando. This trial is set for the trial period that begins on September 16, 2013.

P003054

4.  Trial Periods. Judge Margaret H. Schreiber schedules many cases for trial during each trial period.  Each trial period lasts for three weeks.  Due to the volume of cases, it is impossible to try all these cases at the same time, therefore, many of them will be set throughout the three weeks -- or continued (postponed) to another date.  We must be ready to try the case at any day or time during the three week period beginning September 16, 2013 and the Defendant may plead guilty or no contest on or before the pre-trial hearing date, any day of the trial period or at any other court hearing.  If we know of a plea enough time in advance, we will attempt to notify you. This will be assisted if you provide us an e-mail address.

5.  Stand-by for trial.  As a convenience to you, we ask you to give us a telephone number and e-mail address where you can be notified to come to court.  If you call in a few days prior to the trial date and confirm where you will be, we can usually put you on "standby" which means that you go to work or stay at home, rather than attend Court everyday of the three week trial period.  However, you will need to be at a location from which you can be in court within an hour after we notify you. If you want to be put on "standby," please call (407)836-2416 a few days before the trial date.  Unfortunately, the only other way to handle this need to have witnesses for trial is for you to wait in the courtroom until the case is called for trial.

6.  Depositions.  Florida law allows the attorney for the Defendant to take a recorded statement from witnesses called a "deposition."  If you receive a deposition subpoena, you must appear on the date and time in the subpoena.  If you have any questions, feel free to contact our office at (407)836-2416.   A deposition is an opportunity for the defense attorney to ask you questions under oath about what you know about the case. A recording will be made, a prosecutor from our office will be present with you and the defendant will not be there.   If at any time other than when you arrive for a deposition you receive a telephone call or visit from the defense attorney or an investigator from the defense attorney's office -- it is up to you to decide whether you want to talk to that person.  You are not obligated to talk to the defense attorney or their investigator unless you are testifying at a deposition or trial.   You may also refuse to speak to them, unless a prosecutor is present.   The decision of whether to speak to them is yours alone.

7.  Compensation Fund.  Victims who have suffered a physical injury as a direct result of a crime, and who cooperate in prosecution, may be eligible for compensation from a state fund for medical expenses, lost wages, or psychological counseling.  Please call **(407)836-1357** and ask to speak to a victim liaison officer to request an application.  The application has to be submitted within one year of the crime.

8.  Restitution.  If the defendant pleads or is convicted, victims are usually entitled to a hearing on restitution for an economic loss suffered as a result of the Defendant's crime -- including property damage or medical bills.  Accordingly, please now fill out the enclosed restitution affidavit and attach copies of all receipts, estimates, insurance forms or medical bills that show the amount of your loss.  The sooner you get this information back to us, the more likely we will be able to avoid a hearing on the matter and get this restitution ordered, if the defendant is convicted.  If there is a dispute over the amount of restitution, you may have to come to court and testify.

9.  Sentencing.  To obtain restitution, inform the court as to how you have been impacted by the crime (this can be done in writing) or recommend punishment you may need to attend the Sentencing hearing of the Defendant, at which you will need to be able to testify to the value of your loss.  Please inform us if you wish to be present – but if you are not seeking restitution – you can also submit a written victim impact statement in lieu of attending the court's sentencing hearing.

P003055

10.   <u>Evidence</u>.  The State Attorney's Office does not have possession of the items taken by the police or Sheriff as evidence relating to the case – or those items placed into evidence with the court at a trial or hearing.  If you want any of those items of evidence back -- you must request those from the police agency or court clerk, when the case is closed, as they are the agencies that maintain those items.

11.   <u>Please Update Contact Information</u>.  In order for us to keep you informed of all the proceedings, you must inform us of any change of address, employment, or telephone number.  Please also send us an e-mail address, if we may contact you by that means.  The more ways we have to get a message to you, the more likely we will be successful in keeping you informed of the status of the case.  We cannot successfully prosecute this case without your help in this regard.

12.   <u>Appeals</u>.  Any criminal case could end up in an appeal which is a lengthy process.  The Attorney General's Office (AGO) in Tallahassee also has a victim services division.  It provides general information on victim service programs; individual victim compensation claims; and, if the case is appealed, the status of the appeal.  You can reach that AGO's office by calling toll free 1-800-226-6667.

If you have any questions, which are not answered by this letter, call my Legal Assistant at (407)836-2416, who can usually check the file or our computer system and answer most questions. Please include the above Defendant's name and the court case # in any messages. Because I am a trial attorney, I spend most of my time in Court -- and I have a very limited amount of time to answer messages and return phone calls.  We want your questions answered the same day, if possible, and our staff can often do so.

Please be patient – and it may be difficult. We apologize for any inconvenience the judicial system may cause you while we prosecute this crime.  The present system is strained as a result of our population having grown rapidly which has created many new criminal cases.  Unfortunately, the number of prosecutors and judges has not been increased accordingly and has even been reduced in some cases.  Still, we are dedicated to this and intend to do our best on your case and on each case.

Your cooperation will be greatly appreciated.

With sincere regards;


Michael David Barber
Assistant State Attorney
(407)836-2416
mbarber@sao9.org


P003056

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                       CASE NO:   48-2013-CF-005146-O
      Plaintiff,
vs.                                    DIVISION:   16

JORGE R. VALLE RAMOS
      Defendant.
_____/

### AFFIDAVIT OF LOSS DUE TO CRIME

Before me, the undersigned Notary Public, personally appeared George Gonzalez (person suffering loss), who being first duly sworn says as follows:

I suffered a loss of property, money or time by the actions of the above Defendant.  For stolen and unrecovered property, please provide <u>fair market value</u>.

The monetary loss I suffered was:

_____

_____

_____

_____

I have _____   or   have not _____ attached estimates of loss or appraisals on lost or damaged property, Medical bills and proof of lost wages.

I have ____  or    have not ____ been compensated by an insurance company.

Name and address of insurance company:

_____

_____

Amount I was compensated: _____.
Policy Number _____. Claim Number _____.

_____
George Gonzalez
(Signature)

Sworn to and subscribed before me
this _____ day of _____, 20_____.

_____
(Notary Public)
My Commission Expires:

<span style="color:red">**P003057**</span>

August 21, 2013

George Gonzalez
1625 Little Falls Cir
Orlando, FL  32807

RE:  State vs. JORGE R. VALLE RAMOS
      Court Case No.: 48-2013-CF-005146-O

Dear George Gonzalez:

I am the Assistant State Attorney (prosecutor) assigned by the State Attorney's Office (SAO) to handle the felony case in which you are listed as a victim or witness.  You should be receiving a witness subpoena shortly that requires you to appear in court.  Because the criminal justice system can be challenging, I want to inform you of the process that the prosecution of this case will follow.

This case is set for trial in local Circuit Court, Division  16 and the court case number is 48-2013-CF-005146-O.  You will need to refer to that division number, the Defendant's name, and the court case number throughout the process. The following information about the process should help you as this case progresses:

1.  Subpoenas.  You should be receiving a witness subpoena from the Court that orders you to testify at trial.  You may also receive a subpoena for you to testify at a deposition (see below).  These are court orders and should not be ignored.   If you ever receive a subpoena and are unclear of what to do, please contact our office at (407)836-2416.  If you do not receive a subpoena, please also contact our office to find out the status of the case.

2.  Pre-trial hearing.  The court will usually hold a pretrial or scheduling hearing about 2 weeks before the trial period, at which negotiations for settlement (sometimes called "plea negotiations.") are encouraged.  The pretrial hearing in this case is set for September 4, 2013.  Please contact us if you want input about any potential settlement before that hearing.  If we have not heard from you at least two weeks prior to the trial date, we will assume that you are leaving the resolution of these charges up to the prosecutor's best professional judgment.

3.  Trial.  The trial is currently assigned to be held before Judge Margaret H. Schreiber whose courtroom is at room number 6D in the Orange County Courthouse in downtown Orlando.  This trial is set for the trial period that begins on September 16, 2013.

P003058

4.  <u>Trial Periods</u>. Judge Margaret H. Schreiber schedules many cases for trial during each trial period.   Each trial period lasts for three weeks.  Due to the volume of cases, it is impossible to try all these cases at the same time, therefore, many of them will be set throughout the three weeks -- or continued (postponed) to another date.   We must be ready to try the case at any day or time during the three week period beginning September 16, 2013 and the Defendant may plead guilty or no contest on or before the pre-trial hearing date, any day of the trial period or at any other court hearing.  If we know of a plea enough time in advance, we will attempt to notify you. This will be assisted if you provide us an e-mail address.

5.  <u>Stand-by for trial</u>.  As a convenience to you, we ask you to give us a telephone number and e-mail address where you can be notified to come to court.  If you call in a few days prior to the trial date and confirm where you will be, we can usually put you on "standby" which means that you go to work or stay at home, rather than attend Court everyday of the three week trial period.  However, you will need to be at a location from which you can be in court within an hour after we notify you. If you want to be put on "standby," please call (407)836-2416 a few days before the trial date.  Unfortunately, the only other way to handle this need to have witnesses for trial is for you to wait in the courtroom until the case is called for trial.

6.  <u>Depositions</u>.  Florida law allows the attorney for the Defendant to take a recorded statement from witnesses called a "deposition."  If you receive a deposition subpoena, you must appear on the date and time in the subpoena.  If you have any questions, feel free to contact our office at (407)836-2416.   A deposition is an opportunity for the defense attorney to ask you questions under oath about what you know about the case. A recording will be made, a prosecutor from our office will be present with you and the defendant will not be there.   If at any time other than when you arrive for a deposition you receive a telephone call or visit from the defense attorney or an investigator from the defense attorney's office -- it is up to you to decide whether you want to talk to that person.  You are not obligated to talk to the defense attorney or their investigator unless you are testifying at a deposition or trial.   You may also refuse to speak to them, unless a prosecutor is present.   The decision of whether to speak to them is yours alone.

7.  <u>Compensation Fund</u>.  Victims who have suffered a physical injury as a direct result of a crime, and who cooperate in prosecution, may be eligible for compensation from a state fund for medical expenses, lost wages, or psychological counseling.  Please call **(407)836-1357** and ask to speak to a victim liaison officer to request an application.  The application has to be submitted within one year of the crime.

8.  <u>Restitution</u>.  If the defendant pleads or is convicted, victims are usually entitled to a hearing on restitution for an economic loss suffered as a result of the Defendant's crime -- including property damage or medical bills.  Accordingly, please now fill out the enclosed restitution affidavit and attach copies of all receipts, estimates, insurance forms or medical bills that show the amount of your loss.  The sooner you get this information back to us, the more likely we will be able to avoid a hearing on the matter and get this restitution ordered, if the defendant is convicted.  If there is a dispute over the amount of restitution, you may have to come to court and testify.

9.  <u>Sentencing</u>.  To obtain restitution, inform the court as to how you have been impacted by the crime (this can be done in writing) or recommend punishment you may need to attend the Sentencing hearing of the Defendant, at which you will need to be able to testify to the value of your loss.  Please inform us if you wish to be present – but if you are not seeking restitution – you can also submit a written victim impact statement in lieu of attending the court's sentencing hearing.

P003059

10. <u>Evidence</u>.  The State Attorney's Office does not have possession of the items taken by the police or Sheriff as evidence relating to the case – or those items placed into evidence with the court at a trial or hearing.  If you want any of those items of evidence back -- you must request those from the police agency or court clerk, when the case is closed, as they are the agencies that maintain those items.

11. <u>Please Update Contact Information</u>.  In order for us to keep you informed of all the proceedings, you must inform us of any change of address, employment, or telephone number.  Please also send us an e-mail address, if we may contact you by that means.  The more ways we have to get a message to you, the more likely we will be successful in keeping you informed of the status of the case.  We cannot successfully prosecute this case without your help in this regard.

12. <u>Appeals</u>.  Any criminal case could end up in an appeal which is a lengthy process.  The Attorney General's Office (AGO) in Tallahassee also has a victim services division.  It provides general information on victim service programs; individual victim compensation claims; and, if the case is appealed, the status of the appeal.  You can reach that AGO's office by calling toll free 1-800-226-6667.

If you have any questions, which are not answered by this letter, call my Legal Assistant at (407)836-2416, who can usually check the file or our computer system and answer most questions. Please include the above Defendant's name and the court case # in any messages. Because I am a trial attorney, I spend most of my time in Court -- and I have a very limited amount of time to answer messages and return phone calls.  We want your questions answered the same day, if possible, and our staff can often do so.

Please be patient – and it may be difficult. We apologize for any inconvenience the judicial system may cause you while we prosecute this crime.  The present system is strained as a result of our population having grown rapidly which has created many new criminal cases.  Unfortunately, the number of prosecutors and judges has not been increased accordingly and has even been reduced in some cases.  Still, we are dedicated to this and intend to do our best on your case and on each case.

Your cooperation will be greatly appreciated.

With sincere regards;

Michael David Barber
Assistant State Attorney
(407)836-2416
mbarber@sao9.org

P003060

IN THE CIRCUIT COURT OF ORANGE COUNTY, STATE OF FLORIDA

|  |  |
|---|---|
| THE STATE OF FLORIDA | AMENDED<br>INFORMATION #   48-2013-CF-005146-O |
| VS. | DIVISION - 16 |
| JORGE R. VALLE RAMOS | 1.   BURGLARY OF A DWELLING WITH AN<br>     ASSAULT OR A BATTERY (F1 pbl-L8)<br><br>2.   GRAND THEFT THIRD DEGREE (F3-L2) |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statutes 810.02(1)(b)1. and 810.02(2)(a), enter into a dwelling, located in the vicinity of 1625 Little Falls Circle, in the County and State aforesaid, the property of GEORGE GONZALEZ, as owner or custodian thereof, with the intent to commit an offense therein, at a time when the said premises were not open to the public, nor was the defendant licensed or invited to enter, and in the course of committing said offense, JORGE R. VALLE RAMOS did make an assault or battery upon GEORGE GONZALEZ.

Page  1  of  2                                                S.T. 10/15/13

P003061

COUNT TWO

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statute 812.014(2)(c)(1), knowingly obtain or use, or endeavor to obtain or use jewelry or coin collection or knife, of a value of THREE HUNDRED DOLLARS ($300.00) or more, the property of another, to-wit: GEORGE GONZALEZ, as owner or custodian thereof, with the intent to temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or to appropriate the property to the defendant's own use or to the use of a person not entitled thereto.

**This information encompasses the transaction and all charges listed on Complaint Number 48-2013-CF-005146-O. The Orange County Sheriff's Office and the Orange County Corrections Department shall substitute the charge(s) indicated on the information for those on the above cited complaint. The bond(s) shall remain the same as that last set on 48-2013-CF-005146-O.**

STATE OF FLORIDA
COUNTY OF ORANGE

   Personally appeared before me Michael David Barber, Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he/she has received testimony under oath from the material witness or witnesses, which if true, would constitute the offense herein, and that he/she institutes the prosecution in good faith.
   The foregoing instrument was acknowledged before me this _____ day of _____, 20_____ by the aforementioned Assistant State Attorney who is personally known to me and who did take said oath.

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By _____
Michael David Barber
Designated Assistant State Attorney
Florida Bar No. 92252

FB/MB

S.T. 10/15/13

P003062

**AMENDED**
**M E M O R A N D U M**

**CASE NO.    48-2013-CF-005146-O**

Charge(s):    Ct.  1.    BURGLARY OF A DWELLING WITH AN ASSAULT OR A BATTERY (F1
pbl-L8)
Statute No.(s) 810.02(1)(b)1., 810.02(2)(a)
JIT No. 810.02(1)(B)(1)-9
Ct.  2.    GRAND THEFT THIRD DEGREE (F3-L2)
Statute No.(s) 812.014(2)(c)(1)
JIT No. 812.014(2)(C)(1)-3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUMMONS          CAPIAS                              **IN CUSTODY:**

**CASE NO:**          48-2013-CF-005146-O

**DEFENDANT:**          JORGE R. VALLE RAMOS

**ADDRESS/PHONE:** 1611 Cason Cove Dr / Apt # 622, Orlando, FL 32811  (407)412-1936

**SEX:**    Male          **RACE:**    White          **DOB:**  04/21/1993

**HEIGHT:** 5' 10"      **WEIGHT:**  150 lbs.          **HAIR:** Unknown    **EYES:** Unknown

**SS#:**    ████████          **DL#:**    Unknown          **ID#:**

**BUSINESS/PHONE:** Unknown

**ADDITIONAL ID:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INVESTIGATION OFFICER:**    Michael D. Stanley, ORPD 13-146382

**Arrest Date:** 04/24/13

**REMARKS:**

_____

**P003063**

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                              CASE NO:   48-2013-CF-005146-O

    Plaintiff,                              DIVISION:   16

vs.

JORGE R. VALLE RAMOS

    Defendant.

_____/

## **DEMAND FOR NOTICE OF INTENTION TO CLAIM ALIBI**

TO:   Kirsten Blum
    435 North Orange Avenue, Suite 400, Orlando, FL 32801

As particularly as is known to me, the place, date and time of the commission of the crime(s) charged in the above information are as follows:  1625 Little Falls Cir, Hidden Creek Condos, 9th day of April, 2013, on or about 0800 Hours.

Under Rule 3.200, Florida Rules of Criminal Procedure, if you intend to offer evidence of an alibi in your defense, you are hereby required to serve upon me, not less than ten (10) days before trial or at such time as the Court may direct, a notice in writing of your intention to claim such alibi. Said notice shall contain SPECIFIC INFORMATION as to the place at which you claim to have been at the time of the alleged offense and, as particularly as is known to you or to your attorney, the names and addresses of the witnesses by whom you propose to establish such alibi.  You are under continuing duty to disclose promptly to me the names and address of any additional such witness(es) which may come to your attention subsequent to the filing of your witness list.

If you fail in any way to comply with the provisions of said Rule 3.200, a motion will be made to exclude any and all evidence, except your own testimony, offered by you for the purpose of proving an alibi.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 on this _____ day of August, 2013.

_____
Michael David Barber
Assistant State Attorney
Florida Bar # 92252
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2416

P003064

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                          CASE NO:   48-2013-CF-005146-O

       Plaintiff,                          DIVISION:   16

vs.

JORGE R. VALLE RAMOS

       Defendant.

_____/

## STATE'S NOTICE OF MULTIPLE DEFENDANT DISCOVERY RULE

The State of Florida, by and through the undersigned Assistant State Attorney, hereby gives notice of the provisions of Florida Rule of Criminal Procedure 3.220(h)(1) applicable to multiple defendant cases:

"In any case, including multiple defendant or consolidated cases, no person shall be deposed more than once except by consent of the parties, or by order of the court issued upon good cause shown."

In order to avoid Court hearings concerning this matter, please consult counsel for the co-defendant or co-defendants herein when scheduling depositions.  The names of all attorneys involved in this case are set forth below.

    Co-Defendant: JORGE R. VALLE RAMOS, 48-2013-CF-005146-O
    Kirsten Blum, Counsel for Defendant, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 (407)836-4853

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) (e-mail) on _____ day of August, 2013.

_____
Michael David Barber
Assistant State Attorney
Florida Bar # 92252
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2416

P003065

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                         CASE NO:   48-2013-CF-005146-O

          Plaintiff,              DIVISION:   16

vs.

JORGE R. VALLE RAMOS

          Defendant.

_____/

### NOTICE OF PROVISION OF SUPPLEMENTAL DISCOVERY

COMES NOW, the State of Florida, by and through the undersigned Assistant State Attorney and hereby makes the following information available to the defense and states as follows:

Narrative

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) (e-mail) on _____ day of August, 2013.

_____

Michael David Barber
Assistant State Attorney
Florida Bar # 92252
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2416

P003066

# OFFICE OF THE STATE ATTORNEY, NINTH JUDICIAL CIRCUIT
# REQUEST FOR ADDITIONAL INFORMATION
# FROM LAW ENFORCEMENT AGENCY

**To Law Enforcement Officer:** Michael Stanley

| | | | |
|---|---|---|---|
| **Request Date:** | August 21, 2013 | **Offense Date:** | 04/09/2013 |
| **Agency Case No:** | ORPD, 13-146382 | **UTC Number:** | |
| **Defendant(s):** | JORGE R. VALLE RAMOS | **Sector:** | |
| **Court Case Number:** | 48-2013-CF-005146-O | **Trial Date:** | 09/16/2013 |
| **Charge(s):** | BURGLARY OF DWELLING<br>GRAND THEFT 3RD DEGREE (>$300, <$5,000) | | |

Please provide the following information, returning it with this form, NO LATER THAN 08/28/2013:

Please send me a copy of the crime scene technician's report

Please present a photo lineup to civilian witnesses Charlene Bloom and Bethany Szewczyk to see if they can identify the Defendant.


**Requested By:**  Michael Barber
PO Box 1673, 415 N Orange Ave
Orlando, FL 32802-1673
**Email:**  mbarber@sao9.org

_____
Michael David Barber
Assistant State Attorney
Division:  16
(407)836-2416


FOR USE OF LIAISON OFFICER
DELIVERED TO:_____
DATE:_____



CF13005146O

Emailed To opdintake@cityoforlando.net on 08/21/2013

**P003067**

## OFFICE OF THE STATE ATTORNEY, NINTH JUDICIAL CIRCUIT
## REQUEST FOR ADDITIONAL INFORMATION
## FROM LAW ENFORCEMENT AGENCY

**To Law Enforcement Officer:** Michael Stanley

| | | | |
|---|---|---|---|
| **Request Date:** | August 23, 2013 | **Offense Date:** | 04/09/2013 |
| **Agency Case No:** | ORPD, 13-146382 | **UTC Number:** | |
| **Defendant(s):** | JORGE R. VALLE RAMOS | **Sector:** | |
| **Court Case Number:** | 48-2013-CF-005146-O | **Trial Date:** | 09/16/2013 |
| **Charge(s):** | BURGLARY OF DWELLING | | |
| | GRAND THEFT 3RD DEGREE (>$300, <$5,000) | | |

Please provide the following information, returning it with this form, NO LATER THAN 08/30/2013:

Please send recording of Defendant's interview.

_____

**Requested By:**  Michael Barber                    Michael David Barber
PO Box 1673, 415 N Orange Ave        Assistant State Attorney
Orlando, FL 32802-1673                    Division:  16
**Email:**  mbarber@sao9.org                    (407)836-2416

FOR USE OF LIAISON OFFICER
DELIVERED TO:_____
DATE:_____



CF13005146O

Emailed To opdintake@cityoflorlando.net on 08/23/2013

**P003068**

# Rule 3.992(a) Criminal Punishment Code Scoresheet

| 1. Date of Sentence | 2. Preparer's Name <br> **Barber, Michael** | ☐ DC ☒ SAO | 3. County <br> **Orange** | 4. Sentencing Judge <br> **Margaret Schreiber** |
|---|---|---|---|---|

| 5. Name (Last, First, M.I.) <br> **VALLE RAMOS, JORGE R** | 6. DOB **04/21/1993** | 8. Race ☐ B ☒ W ☐ Other | 10. Primary Off. Date **04/09/2013** | 12. Plea ☐ |
|---|---|---|---|---|
| | 7. DC# | 9. Gender ☒ M ☐ F | 11. Primary Docket # **48-2013-CF-005146-O** | Trial ☐ |

## I. PRIMARY OFFENSE:
If Qualifier, please check _____ A _____ S _____ C _____ R  (A=Attempt S=Solicitation C=Conspiracy R=Reclassification)

| FEL DEGREE | F.S.# | DESCRIPTION | OFFENSE LEVEL | POINTS |
|---|---|---|---|---|
| **2** | **810.02(1)(B)(1)-4** | **BURGLARY OF DWELLING** / **7** / I. | **56.0** |

(Level = Pts: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=56, 8=74, 9=92, 10=116)

Prior capital felony triples Primary Offense points ☐

## II. ADDITIONAL OFFENSE(S):  Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| **48-2013-CF-005146-O** | **3** | **812.014(2)(C)(1)-3** | **2** | ☐☐☐☐ | **1** X | **1.2** = | **1.2** |

Description:   **GRAND THEFT 3RD DEGREE (>$300, <$5,000)**

| | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

(Level = Pts: M=0.2, 1=0.7, 2=1.2, 3=2.4, 4=3.6, 5=5.4, 6=18, 7=28, 8=37, 9=46, 10=58)          Supplemental page points **0.0**

Prior capital felony triples Additional Offense points ☐          II. **1.2**

## III. VICTIM INJURY:

| | Number | Total | | | Number | Total |
|---|---|---|---|---|---|---|
| 2nd Degree Murder 240 X | **0** | = **0** | | Slight 4 X | **0** | = **0** |
| Death 120 X | **0** | = **0** | | Sex Penetration 80 X | **0** | = **0** |
| Severe 40 X | **0** | = **0** | | Sex Contact 40 X | **0** | = **0** |
| Moderate 18 X | **0** | = **0** | | | | III. **0.0** |

## IV. PRIOR RECORD: Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

(Level = Pts: M=0.2, 1=0.5, 2=0.8, 3=1.6, 4=2.4, 5=3.6, 6=9, 7=14, 8=19, 9=23, 10=29)          Supplemental page points **0.0**

IV. **0.0**

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003069

## Rule 3.992(a) Criminal Punishment Code Scoresheet

| VALLE RAMOS, JORGE R | 48-2013-CF-005146-O |
|---|---|

**V. LEGAL STATUS VIOLATION =** ☐ 4 Points  **V.** 0.0

☐ Escape ☐ Fleeing ☐ Failure to Appear ☐ Supersedeas Bond ☐ Incarceration ☐ Pretrial Intervention or Diversion Program

☐ Court Imposed or Post Prison Release Community supervision resulting in Conviction

**VI. Community Sanction Violation before the court for sentencing**   # of violations   sub-total   **VI.** 0.0

☐ Probation ☐ Community Control ☐ Pretrial Intervention or Diversion

| | # of violations | | sub-total |
|---|---|---|---|
| ☐ 6 points for any violation other than new felony conviction x each successive violation OR | 0 | = | 0 |
| ☐ New Felony Conviction = 12 pts x each successive violation if new offense results in conviction before or at same time as sentence for violation of probation OR | 0 | = | 0 |
| ☐ 12 Pts X each such successive violation for a violent felony offender of special concern when the violation is not based on failure to pay costs, fines or restitution OR | 0 | = | 0 |
| ☐ New Felony Conviction = 24 Pts X each such successive violation for a violent felony offender of special concern if new offense results in a conviction before or at the same time for violation of probabtion | 0 | = | 0 |

**VII. Firearm/Semi-Automatic or Machine Gun =** ☐ 18 Points OR ☐ 25 Points   **VII.** 0.0

**VIII. Prior Serious Felony =** ☐ 30 Points   **VIII.** 0.0

**Subtotal Sentence Points** 57.2

**IX. Enhancements** (only if the primary offense qualifies for enhancement)

| Law Enforcement Protection | Drug Trafficker | Motor Vehicle Theft | Crimnal Gang Offense | Domestic Violence in the Presence of Related Child (Offenses committed on or after 03/12/07) |
|---|---|---|---|---|
| ☐ x 1.5 ☐ x 2.0 ☐ x 2.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 |

**Enhanced Subtotal Sentence Points IX.** 0.0

**TOTAL SENTENCE POINTS** 57.2

## SENTENCE COMPUTATION

If total sentence points are less than or equal to 44, the lowest permissible sentence is any non-state prison sanction. If the total sentence points are 22 points or less, see Section 775.082(10), Florida Statutes, to determine if the court must sentence the offender to a non-state prison sanction.

If total sentence points are greater than 44:

57.2 minus 28 = 29.2 x .75 = 21.9

total sentence points   lowest permissible prison sentence in months

If total sentence points are 60 points or less and court makes findings pursuant to both Florida Statutes 948.20 and 397.334(3), the court may place the defendant into a treatment-based drug court program.

The maximum sentence is up to the statutory maximum for the primary and any additional offenses as provided in s. 775.082, F.S., unless the lowest permissible sentence under the Code exceeds the statutory maximum. Such sentences may be imposed concurrently or consecutively. If total sentence points are greater than or equal to 363, a life sentence may be imposed.

20 Years

maximum sentence in years

## TOTAL SENTENCE IMPOSED

| | | Years | Months | Days |
|---|---|---|---|---|
| ☐ State Prison | ☐ Life | _____ | _____ | _____ |
| ☐ County Jail | ☐ Time Served | _____ | _____ | _____ |
| ☐ Community Control | | _____ | _____ | _____ |
| ☐ Probation | ☐ Modified | _____ | _____ | _____ |

Please check if sentenced as ☐ habitual offender, ☐ habitual violent offender, ☐ violent career criminal, ☐ Prison Release Reoffender, or a ☐ mandatory minimum applies.

☐ Mitigated Departure ☐ Plea Bargain ☐ Prison Diversion Program

Other Reason: _____

| JUDGE'S SIGNATURE | _____ |
|---|---|

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003070

| Name (Last, First, M.I.) | Docket # | Date of Sentence |
|---|---|---|
| **VALLE RAMOS, JORGE R** | **48-2013-CF-005146-O** | |

## REASONS FOR DEPARTURE - MITIGATING CIRCUMSTANCES

(reasons may be checked here or written on the scoresheet)

☐ Legitimate, uncoerced plea bargain.

☐ The Defendant was an accomplice to the offense and was a relatively minor participant in the criminal conduct.

☐ The capacity of the defendant to appreciate the criminal nature of the conduct or to conform that conduct to the requirements of the law was substantially impaired.

☐ The defendant requires specialized treatment for a mental disorder that is unrelated to substance abuse or addiction, or for a physical disability, and the defendant is amenable to treatment.

☐ The need for payment of restitution to the victim outweighs the need for a prison sentence.

☐ The victim was an initiator, willing participant, aggressor, or provoker of the incident.

☐ The defendant acted under extreme duress or under the domination of another person.

☐ Before the identity of the defendant was determined, the victim was substantially compensated.

☐ The defendant cooperated with the State to resolve the current offense or any other offense.

☐ The offense was committed in an unsophisticated manner and was isolated incident for which the defendant has shown remorse.

☐ At the time of the offense the defendant was too young to appreciate the consequences of the offense.

☐ The defendant is to be sentenced as a youthful offender.

Pursuant to 921.0026(3) the defendant's substance abuse or addiction does not justify a downward departure from the lowest possible sentence, except for provisions of s.921.0026(2)(m).

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003071

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA**

STATE OF FLORIDA                        CASE NUMBER:   48-2013-CF-005146-O

        vs.                                         DIVISION:   16

JORGE R. VALLE RAMOS

_____/

## Restitution and DNA Order

    This Cause, having come on to be heard, as required by law, regarding restitution, if any, the Defendant should be required to make pursuant to Sec. 775.089, Florida Statutes. Sections 775.089(5) and (10), Florida Statutes, provide that "an order of restitution may be enforced by the State or a victim named in the order in the same manner as a judgement in a civil action", and that default in payment of restitution may be collected by any means authorized by law for enforcement of a judgement.  Therefore it is

      **ORDERED AND ADJUDGED** as follows:

1. ☐ Restitution is not ordered, as it is not applicable.

2. ☐ Restitution is not ordered, due to the financial resources of the Defendant.

3. ☐ Restitution is ordered at this time, however, additional information is needed from the victim.  The Court retains jurisdiction to determine the correct amount of restitution at a later date.

4. ☐ Based either upon the preponderance of the evidence presented or the victim's claim and the Defendant's agreement, this Court finds that Defendant's offense directly, or indirectly, caused damage or loss to the victim. The Defendant shall pay to the victim, _____ (address listed below) as restitution the sum of $_____.

5. ☒ This defendant shall provide DNA samples as required by Florida Statute 943.325.

    DONE AND ORDERED in Chambers, at Orlando, ORANGE County, Florida this _____ day of

_____, 20_____

_____

                        **CIRCUIT JUDGE**

## NAME AND ADDRESS OF VICTIM

    As required by Florida Statute 944.605, the State Attorney hereby provides the Sheriff with the name and latest address of the victim to be delivered to the Department of Corrections (DOC) with other documents required by Florida Statute 944.17. Unless otherwise requested by the victim or the personal representative of the victim, the DOC will notify the victim or personal representative of the victim within six months before the inmate's release.

Victim's Name:    George   Gonzalez

Victim's Address: 1625 Little Falls Cir Orlando, FL 32807

☐ There is no identifiable victim in this case, other than the State of Florida

☐ This information is not available

Copies To:

    Probation Department:

    Office of the State Attorney

    Defense Counsel

    Defendant

    Victim (via State Attorney)

_____

Michael David Barber

Assistant State Attorney, Florida Bar Number: 92252

P.O. Box 1673

Orlando, FL 32801

Telephone: (407) 836-2416

**P003072**

# Rule 3.992(a) Criminal Punishment Code Scoresheet

| 1. Date of Sentence | 2. Preparer's Name  Barber, Michael | ☐ DC  ☒ SAO | 3. County  Orange | 4. Sentencing Judge  Margaret Schreiber |
|---|---|---|---|---|

| 5. Name (Last, First, M.I.)  **VALLE RAMOS, JORGE R** | 6. DOB  **04/21/1993** | 8. Race  ☐ B  ☒ W  ☐ Other | 10. Primary Off. Date  **04/09/2013** | 12.  Plea ☐ |
|---|---|---|---|---|
| | 7. DC# | 9. Gender  ☒ M  ☐ F | 11. Primary Docket #  **48-2013-CF-005146-O** | Trial ☐ |

**I. PRIMARY OFFENSE:** If Qualifier, please check _____ A _____ S _____ C _____ R  (A=Attempt S=Solicitation C=Conspiracy R=Reclassification)

| FEL DEGREE | F.S.# | DESCRIPTION | OFFENSE LEVEL | POINTS |
|---|---|---|---|---|
| **1PBL** | **810.02(1)(B)(1)-9** | **BURGLARY OF DWELLING W/ASSAULT OR BATTERY** / **8** | / I. | **74.0** |

(Level = Pts: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=56, 8=74, 9=92, 10=116)

Prior capital felony triples Primary Offense points ☐

**II. ADDITIONAL OFFENSE(S):** Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| **48-2013-CF-005146-O** | **3** | **812.014(2)(C)(1)-3** | **2** | ☐☐☐☐ | **1** X | **1.2** = | **1.2** |

Description: **GRAND THEFT 3RD DEGREE (>$300, <$5,000)** _____

| | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

(Level = Pts: M=0.2, 1=0.7, 2=1.2, 3=2.4, 4=3.6, 5=5.4, 6=18, 7=28, 8=37, 9=46, 10=58)    Supplemental page points __0.0__

Prior capital felony triples Additional Offense points ☐    **II.    1.2**

**III. VICTIM INJURY:**

| | Number | Total | | | Number | Total |
|---|---|---|---|---|---|---|
| 2nd Degree Murder | 240 X **0** | = **0** | Slight | 4 X **0** | = **0** | |
| Death | 120 X **0** | = **0** | Sex Penetration | 80 X **0** | = **0** | |
| Severe | 40 X **0** | = **0** | Sex Contact | 40 X **0** | = **0** | |
| Moderate | 18 X **0** | = **0** | | | | **III.    0.0** |

**IV. PRIOR RECORD:** Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

| _____ | | | | ☐☐☐☐ | _____ X | _____ = | _____ |

Description: _____

(Level = Pts: M=0.2, 1=0.5, 2=0.8, 3=1.6, 4=2.4, 5=3.6, 6=9, 7=14, 8=19, 9=23, 10=29)    Supplemental page points __0.0__

**IV.    0.0**

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003073

## Rule 3.992(a) Criminal Punishment Code Scoresheet

| VALLE RAMOS, JORGE R | 48-2013-CF-005146-O |
|---|---|

**V. LEGAL STATUS VIOLATION =** ☐ 4 Points                                                                          **V.** __0.0__

☐ Escape   ☐ Fleeing   ☐ Failure to Appear   ☐ Supersedeas Bond   ☐ Incarceration   ☐ Pretrial Intervention or Diversion Program

☐ Court Imposed or Post Prison Release Community supervision resulting in Conviction

**VI. Community Sanction Violation before the court for sentencing**          # of violations     sub-total     **VI.** __0.0__

☐ Probation   ☐ Community Control   ☐ Pretrial Intervention or Diversion

| | # of violations | | sub-total |
|---|---|---|---|
| ☐ 6 points for any violation other than new felony conviction x each successive violation OR | __0__ | = | __0__ |
| ☐ New Felony Conviction = 12 pts x each successive violation if new offense results in conviction before or at same time as sentence for violation of probation OR | __0__ | = | __0__ |
| ☐ 12 Pts X each such successive violation for a violent felony offender of special concern when the violation is not based on failure to pay costs, fines or restitution OR | __0__ | = | __0__ |
| ☐ New Felony Conviction = 24 Pts X each such successive violation for a violent felony offender of special concern if new offense results in a conviction before or at the same time for violation of probabtion | __0__ | = | __0__ |

**VII. Firearm/Semi-Automatic or Machine Gun =**   ☐ 18 Points OR   ☐ 25 Points                  **VII.** __0.0__

**VIII. Prior Serious Felony =**   ☐ 30 Points                                                                          **VIII.** __0.0__

                                                                              Subtotal Sentence Points __75.2__

**IX. Enhancements** (only if the primary offense qualifies for enhancement)

Law Enforcement Protection   Drug Trafficker   Motor Vehicle Theft   Crimnal Gang Offense   Domestic Violence in the Presence of Related Child (Offenses committed on or after 03/12/07)

☐ x 1.5  ☐ x 2.0  ☐ x 2.5    ☐ x 1.5              ☐ x 1.5                    ☐ x 1.5                     ☐ x 1.5

                                               Enhanced Subtotal Sentence Points IX. __0.0__

                                               **TOTAL SENTENCE POINTS** __75.2__

## SENTENCE COMPUTATION

If total sentence points are less than or equal to 44, the lowest permissible sentence is any non-state prison sanction.  If the total sentence points are 22 points or less, see Section 775.082(10), Florida Statutes, to determine if the court must sentence the offender to a non-state prison sanction.

If total sentence points are greater than 44:

__75.2__    minus 28 = __47.2__    x .75 = __35.4__

total sentence points                              lowest permissible prison sentence in months

If total sentence points are 60 points or less and court makes findings pursuant to both Florida Statutes 948.20 and 397.334(3), the court may place the defendant into a treatment-based drug court program.

The maximum sentence is up to the statutory maximum for the primary and any additional offenses as provided in s. 775.082, F.S., unless the lowest permissible sentence under the Code exceeds the statutory maximum.  Such sentences may be imposed concurrently or consecutively.  If total sentence points are greater than or equal to 363, a life sentence may be imposed.

__Life__
maximum sentence in years

## TOTAL SENTENCE IMPOSED

|  |  | Years | Months | Days |
|---|---|---|---|---|
| ☐ State Prison | ☐ Life | _____ | _____ | _____ |
| ☐ County Jail | ☐ Time Served | _____ | _____ | _____ |
| ☐ Community Control |  | _____ | _____ | _____ |
| ☐ Probation | ☐ Modified | _____ | _____ | _____ |

Please check if sentenced as ☐ habitual offender,   ☐ habitual violent offender,   ☐ violent career criminal,
☐ Prison Release Reoffender,   or a   ☐ mandatory minimum applies.

☐ Mitigated Departure   ☐ Plea Bargain   ☐ Prison Diversion Program

Other Reason: _____

| JUDGE'S SIGNATURE | _____ |
|---|---|

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003074

| Name (Last, First, M.I.) | Docket # | Date of Sentence |
|---|---|---|
| **VALLE RAMOS, JORGE R** | **48-2013-CF-005146-O** | |

## REASONS FOR DEPARTURE - MITIGATING CIRCUMSTANCES

(reasons may be checked here or written on the scoresheet)

☐ Legitimate, uncoerced plea bargain.

☐ The Defendant was an accomplice to the offense and was a relatively minor participant in the criminal conduct.

☐ The capacity of the defendant to appreciate the criminal nature of the conduct or to conform that conduct to the requirements of the law was substantially impaired.

☐ The defendant requires specialized treatment for a mental disorder that is unrelated to substance abuse or addiction, or for a physical disability, and the defendant is amenable to treatment.

☐ The need for payment of restitution to the victim outweighs the need for a prison sentence.

☐ The victim was an initiator, willing participant, aggressor, or provoker of the incident.

☐ The defendant acted under extreme duress or under the domination of another person.

☐ Before the identity of the defendant was determined, the victim was substantially compensated.

☐ The defendant cooperated with the State to resolve the current offense or any other offense.

☐ The offense was committed in an unsophisticated manner and was isolated incident for which the defendant has shown remorse.

☐ At the time of the offense the defendant was too young to appreciate the consequences of the offense.

☐ The defendant is to be sentenced as a youthful offender.

Pursuant to 921.0026(3) the defendant's substance abuse or addiction does not justify a downward departure from the lowest possible sentence, except for provisions of s.921.0026(2)(m).

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003075

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA**

STATE OF FLORIDA

    vs.

JORGE R. VALLE RAMOS

_____/

CASE NUMBER:  48-2013-CF-005146-O
DIVISION: __16_____

### Restitution and DNA Order

    This Cause, having come on to be heard, as required by law, regarding restitution, if any, the Defendant should be required to make pursuant to Sec. 775.089, Florida Statutes. Sections 775.089(5) and (10), Florida Statutes, provide that "an order of restitution may be enforced by the State or a victim named in the order in the same manner as a judgement in a civil action", and that default in payment of restitution may be collected by any means authorized by law for enforcement of a judgement.  Therefore it is

    **ORDERED AND ADJUDGED** as follows:

1. ☐ Restitution is not ordered, as it is not applicable.

2. ☐ Restitution is not ordered, due to the financial resources of the Defendant.

3. ☐ Restitution is ordered at this time, however, additional information is needed from the victim.  The Court retains jurisdiction to determine the correct amount of restitution at a later date.

4. ☐ Based either upon the preponderance of the evidence presented or the victim's claim and the Defendant's agreement, this Court finds that Defendant's offense directly, or indirectly, caused damage or loss to the victim. The Defendant shall pay to the victim, _____ (address listed below) as restitution the sum of $_____.

5. ☒ This defendant shall provide DNA samples as required by Florida Statute 943.325.

    DONE AND ORDERED in Chambers, at Orlando, ORANGE County, Florida this _____ day of

_____, 20_____

_____
         **CIRCUIT JUDGE**

### NAME AND ADDRESS OF VICTIM

    As required by Florida Statute 944.605, the State Attorney hereby provides the Sheriff with the name and latest address of the victim to be delivered to the Department of Corrections (DOC) with other documents required by Florida Statute 944.17. Unless otherwise requested by the victim or the personal representative of the victim, the DOC will notify the victim or personal representative of the victim within six months before the inmate's release.

Victim's Name:  George  Gonzalez _____

Victim's Address: 1625 Little Falls Cir Orlando, FL 32807 _____

☐ There is no identifiable victim in this case, other than the State of Florida
☐ This information is not available

Copies To:
    Probation Department:
    Office of the State Attorney
    Defense Counsel
    Defendant
    Victim (via State Attorney)

_____
Michael David Barber
Assistant State Attorney, Florida Bar Number: 92252
P.O. Box 1673
Orlando, FL 32801
Telephone: (407) 836-2416

**P003076**

# Rule 3.992(a) Criminal Punishment Code Scoresheet

| 1. Date of Sentence | 2. Preparer's Name <br> **Barber, Michael** | ☐ DC ☒ SAO | 3. County <br> **Orange** | 4. Sentencing Judge <br> **Margaret Schreiber** | |
|---|---|---|---|---|---|
| 5. Name (Last, First, M.I.) <br> **VALLE RAMOS, JORGE R** | 6. DOB **04/21/1993** | 8. Race ☐ B ☒ W ☐ Other | 10. Primary Off. Date **04/09/2013** | 12. Plea ☐ | |
| | 7. DC# | 9. Gender ☒ M ☐ F | 11. Primary Docket # **48-2013-CF-005146-O** | Trial ☐ | |

**I. PRIMARY OFFENSE:** If Qualifier, please check _____A _____S _____C _____R  (A=Attempt S=Solicitation C=Conspiracy R=Reclassification)

| FEL DEGREE | F.S.# | DESCRIPTION | OFFENSE LEVEL | POINTS |
|---|---|---|---|---|
| **1PBL** | **810.02(1)(B)(1)-9** | **BURGLARY OF DWELLING W/ASSAULT OR BATTERY** / **8** | / I. | **74.0** |

(Level = Pts: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=56, 8=74, 9=92, 10=116)

Prior capital felony triples Primary Offense points ☐

**II. ADDITIONAL OFFENSE(S):** Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| **48-2013-CF-005146-O** | **3** | **812.014(2)(C)(1)-3** | **2** | ☐☐☐☐ | **1** X | **1.2** = | **1.2** |

Description: **GRAND THEFT 3RD DEGREE (>$300, <$5,000)**

| | | | | ☐☐☐☐ | X | = | |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | X | = | |
|---|---|---|---|---|---|---|---|

Description: _____

(Level = Pts: M=0.2, 1=0.7, 2=1.2, 3=2.4, 4=3.6, 5=5.4, 6=18, 7=28, 8=37, 9=46, 10=58)     Supplemental page points **0.0**

Prior capital felony triples Additional Offense points ☐     **II. 1.2**

**III. VICTIM INJURY:**

| | Number | Total | | | Number | Total | |
|---|---|---|---|---|---|---|---|
| 2nd Degree Murder | 240 X **0** | = **0** | | Slight | 4 X **0** | = **0** | |
| Death | 120 X **0** | = **0** | | Sex Penetration | 80 X **0** | = **0** | |
| Severe | 40 X **0** | = **0** | | Sex Contact | 40 X **0** | = **0** | |
| Moderate | 18 X **0** | = **0** | | | | **III. 0.0** | |

**IV. PRIOR RECORD:** Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | ☐☐☐☐ | X | = | |

Description: _____

| | | | | ☐☐☐☐ | X | = | |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | X | = | |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | X | = | |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | X | = | |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | X | = | |
|---|---|---|---|---|---|---|---|

Description: _____

(Level = Pts: M=0.2, 1=0.5, 2=0.8, 3=1.6, 4=2.4, 5=3.6, 6=9, 7=14, 8=19, 9=23, 10=29)     Supplemental page points **0.0**

**IV. 0.0**

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003077

## Rule 3.992(a) Criminal Punishment Code Scoresheet

| VALLE RAMOS, JORGE R | 48-2013-CF-005146-O |
|---|---|

**V. LEGAL STATUS VIOLATION =** ☐ 4 Points                                          **V.** ___0.0___

☐ Escape  ☐ Fleeing  ☐ Failure to Appear  ☐ Supersedeas Bond  ☐ Incarceration  ☐ Pretrial Intervention or Diversion Program

☐ Court Imposed or Post Prison Release Community supervision resulting in Conviction

**VI. Community Sanction Violation before the court for sentencing**         # of violations    sub-total    **VI.** ___0.0___

☐ Probation  ☐ Community Control  ☐ Pretrial Intervention or Diversion

| | # of violations | | sub-total |
|---|---|---|---|
| ☐ 6 points for any violation other than new felony conviction x each successive violation OR | 0 | = | 0 |
| ☐ New Felony Conviction = 12 pts x each successive violation if new offense results in conviction before or at same time as sentence for violation of probation OR | 0 | = | 0 |
| ☐ 12 Pts X each such successive violation for a violent felony offender of special concern when the violation is not based on failure to pay costs, fines or restitution OR | 0 | = | 0 |
| ☐ New Felony Conviction = 24 Pts X each such successive violation for a violent felony offender of special concern if new offense results in a conviction before or at the same time for violation of probabtion | 0 | = | 0 |

**VII. Firearm/Semi-Automatic or Machine Gun =**    ☐ 18 Points OR    ☐ 25 Points    **VII.** ___0.0___

**VIII. Prior Serious Felony =**    ☐ 30 Points    **VIII.** ___0.0___

**Subtotal Sentence Points** ___75.2___

**IX. Enhancements** (only if the primary offense qualifies for enhancement)

| Law Enforcement Protection | Drug Trafficker | Motor Vehicle Theft | Crimnal Gang Offense | Domestic Violence in the Presence of Related Child (Offenses committed on or after 03/12/07) |
|---|---|---|---|---|
| ☐ x 1.5  ☐ x 2.0  ☐ x 2.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 |

**Enhanced Subtotal Sentence Points IX.** ___0.0___

**TOTAL SENTENCE POINTS** ___75.2___

## SENTENCE COMPUTATION

If total sentence points are less than or equal to 44, the lowest permissable sentence is any non-state prison sanction.  If the total sentence points are 22 points or less, see Section 775.082(10), Florida Statutes, to determine if the court must sentence the offender to a non-state prison sanction.

If total sentence points are greater than 44:

___75.2___ minus 28 = ___47.2___ x .75 = ___35.4___

total sentence points                              lowest permissable prison sentence in months

If total sentence points are 60 points or less and court makes findings pursuant to both Florida Statutes 948.20 and 397.334(3), the court may place the defendant into a treatment-based drug court program.

The maximum sentence is up to the statutory maximum for the primary and any additional offenses as provided in s. 775.082, F.S., unless the lowest permissible sentence under the Code exceeds the statutory maximum.  Such sentences may be imposed concurrently or consecutively.  If total sentence points are greater than or equal to 363, a life sentence may be imposed.

___Life___
maximum sentence in years

## TOTAL SENTENCE IMPOSED

| | | Years | Months | Days |
|---|---|---|---|---|
| ☐ State Prison | ☐ Life | _____ | _____ | _____ |
| ☐ County Jail | ☐ Time Served | _____ | _____ | _____ |
| ☐ Community Control | | _____ | _____ | _____ |
| ☐ Probation | ☐ Modified | _____ | _____ | _____ |

Please check if sentenced as ☐ habitual offender,  ☐ habitual violent offender,  ☐ violent career criminal,  ☐ Prison Release Reoffender,  or a  ☐ mandatory minimum applies.

☐ Mitigated Departure  ☐ Plea Bargain  ☐ Prison Diversion Program

Other Reason: _____

| JUDGE'S SIGNATURE | _____ |
|---|---|

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003078

| Name (Last, First, M.I.) | Docket # | Date of Sentence |
|---|---|---|
| **VALLE RAMOS, JORGE R** | **48-2013-CF-005146-O** | |

# REASONS FOR DEPARTURE - MITIGATING CIRCUMSTANCES

(reasons may be checked here or written on the scoresheet)

☐ Legitimate, uncoerced plea bargain.

☐ The Defendant was an accomplice to the offense and was a relatively minor participant in the criminal conduct.

☐ The capacity of the defendant to appreciate the criminal nature of the conduct or to conform that conduct to the requirements of the law was substantially impaired.

☐ The defendant requires specialized treatment for a mental disorder that is unrelated to substance abuse or addiction, or for a physical disability, and the defendant is amenable to treatment.

☐ The need for payment of restitution to the victim outweighs the need for a prison sentence.

☐ The victim was an initiator, willing participant, aggressor, or provoker of the incident.

☐ The defendant acted under extreme duress or under the domination of another person.

☐ Before the identity of the defendant was determined, the victim was substantially compensated.

☐ The defendant cooperated with the State to resolve the current offense or any other offense.

☐ The offense was committed in an unsophisticated manner and was isolated incident for which the defendant has shown remorse.

☐ At the time of the offense the defendant was too young to appreciate the consequences of the offense.

☐ The defendant is to be sentenced as a youthful offender.

Pursuant to 921.0026(3) the defendant's substance abuse or addiction does not justify a downward departure from the lowest possible sentence, except for provisions of s.921.0026(2)(m).

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003079

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA**

STATE OF FLORIDA                                    CASE NUMBER:  48-2013-CF-005146-O
         vs.                                        DIVISION:  16

JORGE R. VALLE RAMOS

_____/

## Restitution and DNA Order

     This Cause, having come on to be heard, as required by law, regarding restitution, if any, the Defendant should be required to make pursuant to Sec. 775.089, Florida Statutes. Sections 775.089(5) and (10), Florida Statutes, provide that "an order of restitution may be enforced by the State or a victim named in the order in the same manner as a judgement in a civil action", and that default in payment of restitution may be collected by any means authorized by law for enforcement of a judgement.  Therefore it is

          **ORDERED AND ADJUDGED** as follows:

1. ☐ Restitution is not ordered, as it is not applicable.

2. ☐ Restitution is not ordered, due to the financial resources of the Defendant.

3. ☐ Restitution is ordered at this time, however, additional information is needed from the victim.  The Court retains jurisdiction to determine the correct amount of restitution at a later date.

4. ☐ Based either upon the preponderance of the evidence presented or the victim's claim and the Defendant's agreement, this Court finds that Defendant's offense directly, or indirectly, caused damage or loss to the victim. The Defendant shall pay to the victim, _____ (address listed below) as restitution the sum of $_____.

5. ☒ This defendant shall provide DNA samples as required by Florida Statute 943.325.


     DONE AND ORDERED in Chambers, at Orlando, ORANGE County, Florida this _____ day of

_____, 20_____


                                        _____
                                             **CIRCUIT JUDGE**

## NAME AND ADDRESS OF VICTIM

     As required by Florida Statute 944.605, the State Attorney hereby provides the Sheriff with the name and latest address of the victim to be delivered to the Department of Corrections (DOC) with other documents required by Florida Statute 944.17. Unless otherwise requested by the victim or the personal representative of the victim, the DOC will notify the victim or personal representative of the victim within six months before the inmate's release.

Victim's Name:  George  Gonzalez _____

Victim's Address: 1625 Little Falls Cir Orlando, FL 32807 _____

☐ There is no identifiable victim in this case, other than the State of Florida
☐ This information is not available


Copies To:                                  _____
     Probation Department:                  Michael David Barber
     Office of the State Attorney           Assistant State Attorney, Florida Bar Number: 92252
     Defense Counsel                        P.O. Box 1673
     Defendant                              Orlando, FL 32801
     Victim (via State Attorney)            Telephone: (407) 836-2416

**P003080**

# The State of Florida
# Witness Subpoena

TO:    **Marquis Hickson**
       **4611 Cason Cove Drive, #622**
       **Orlando, FL 32811**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**        **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Deposition | **Date Issued:** | August 27, 2013 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F2) |

**GREETINGS**:  You are hereby directed to personally appear before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.

**Report Date and Time:  Friday, October 11, 2013 at 3:00 PM**

**Where to report:**        Office of the State Attorney
                            415 N. Orange Avenue, Room 3, Orlando, FL 32801

**Questions, Call**:        Division  16,  (407)836-2192

This is a **Mandatory Date and Time Appearance** and failure to appear as directed can result in contempt of court proceeding or an agency disciplinary proceeding. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney,  415  N.  Orange  Ave,  Orlando,  FL,  32801,  to  apply  for  later  reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. August 27, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Michael David Barber
Assistant State Attorney

*SA2013082700064*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE PROHIBITED FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003081

## SUBPOENAS ISSUED – SUMMARY SHEET

**Case Number:**        48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**            Circuit Division 16
**ASA:**               Michael David Barber
**Agency Case No:**     ORPD, 13-146382

The following Deposition subpoenas were printed on August 27, 2013:

| **Issued For** | **Courtroom** |
| --- | --- |
| Friday, October 11, 2013 | 3 |

**Subpoenas Printed:**
 - None


**Out of County Subpoenas Sent:**
 - None


**Out of State Subpoenas Printed:**
 - None


**Subpoenas Sent Electronically to OCSO:**

3:00 PM - Marquis Hickson, 4611 Cason Cove Drive, #622, Orlando, FL 32811 (Orange County)


**Subpoenas Emailed:**
 - None

Defendant:  JORGE R. VALLE RAMOS              Page 1 of 1
Case No.:  48-2013-CF-005146-O

P003082

IN THE CIRCUIT COURT, IN AND FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

        Plaintiff,

vs.

JORGE R. VALLE RAMOS

        Defendant.

_____/

CASE NO:  48-2013-CF-005146-O

DIVISION:  16

## NOTICE OF TAKING DEPOSITIONS

TO:  Kirsten Blum
     435 North Orange Avenue
     Suite 400
     Orlando, FL 32801

       PLEASE TAKE NOTICE that the State of Florida will take the oral depositions of the following persons on the date and at the hour indicated below:

DATE:  Friday, October 11, 2013

3:00 PM - Marquis Hickson , 4611 Cason Cove Drive, #622, Orlando, FL 32811

       Said depositions will be taken in Room 3, 415 N. Orange Avenue, Orlando, FL 32801, which office has heretofore been designated by the Court as a branch of the Court House for purposes of taking depositions or as agreed to by both parties.

       Said depositions will be taken before an official court reporter of the circuit or his designee.

       I DO CERTIFY that a good faith effort has been made to coordinate the date, time and location of said depositions to accommodate the schedules of the parties and witnesses and that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) (e-mail) on this 27th day of August, 2013

                 JEFFREY L. ASHTON, State Attorney
                 Ninth Judicial Circuit of Florida

P003083

Michael David Barber
Assistant State Attorney
Florida Bar # 92252
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

P003084

IN THE CIRCUIT COURT, IN AND FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

              Plaintiff,

vs.

JORGE R. VALLE RAMOS

              Defendant.

_____/

CASE NO:  48-2013-CF-005146-O

DIVISION:  16

### 2nd AMENDED NOTICE OF TAKING DEPOSITIONS

TO:   Kirsten Blum
       435 North Orange Avenue
       Suite 400
       Orlando, FL 32801

PLEASE TAKE NOTICE that the State of Florida will take the oral depositions of the following persons on the date and at the hour indicated below:

DATE:   Thursday, November 14, 2013

3:30 PM - Marquis Hickson , 4611 Cason Cove Drive, #622, Orlando, FL 32811

Said depositions will be taken in Room 3, 415 N. Orange Avenue, Orlando, FL 32801, which office has heretofore been designated by the Court as a branch of the Court House for purposes of taking depositions or as agreed to by both parties.

Said depositions will be taken before an official court reporter of the circuit or his designee.

I DO CERTIFY that a good faith effort has been made to coordinate the date, time and location of said depositions to accommodate the schedules of the parties and witnesses and that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) (e-mail) on this 16th day of September, 2013

                         JEFFREY L. ASHTON, State Attorney
                         Ninth Judicial Circuit of Florida

                         _____

                         Ryan Hillary
                         Assistant State Attorney
                         Florida Bar # 56028
                         PO Box 1673, 415 N Orange Ave
                         Suite 400
                         Orlando, FL 32802-1673
                         (407)836-2192

P003085

**SUBPOENAS ISSUED - SUMMARY SHEET**

**Case Number:**     48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**        Circuit Division 16
**ASA:**             Michael David Barber
**Agency Case No:**  ORPD, 13-146382

The following Trial subpoenas were printed on September 6, 2013:

| Issued For | Time | Courtroom |
|------------|------|-----------|
| Monday, December 2, 2013 | 9:00 AM | 6D |

**Subpoenas Printed:**
 - None

**Out of County Subpoenas Sent:**
 - None

**Out of State Subpoenas Printed:**
 - None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant:  JORGE R. VALLE RAMOS                                        Page - 1 - of 1
Case No.:  48-2013-CF-005146-O

**P003086**

# The State of Florida
# Witness Subpoena

TO:     **Charlene Bloom**
        **1708 Silver Creek Ct**
        **Orlando, FL 32807-4242**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**       48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | September 6, 2013 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, December 2, 2013**  and continues until **Friday, December 13, 2013**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. September 6, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Michael David Barber
Assistant State Attorney

*SA2013090600860*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving:  _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____    Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service  _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE PROHIBITED FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003087

# The State of Florida
# Witness Subpoena

TO:    **George Gonzalez**
       **1625 Little Falls Cir**
       **Orlando, FL 32807-4240**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**       **Case Number:**    48-2013-CF-005146-O

**Subpoena Type:**    Trial                          **Date Issued:**       September 6, 2013
**Division:**         16 <>                          **To Be Served In:**   ORANGE County (F1)

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, December 2, 2013**  and continues until **Friday, December 13, 2013**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above. **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. September 6, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Michael David Barber
Assistant State Attorney

*SA2013090600861*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service        ☐ Mail        ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003088

# The State of Florida
# Witness Subpoena

TO:    **Bethany Szewczyk**
       **1716 Lafayette Ct**
       **Orlando, FL 32807-4283**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | September 6, 2013 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, December 2, 2013**  and continues until **Friday, December 13, 2013**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the
State of Florida. September 6, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Michael David Barber
Assistant State Attorney

*SA2013090600864*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE PROHIBITED FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003089

### SUBPOENAS ISSUED – SUMMARY SHEET

**Case Number:**       48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**          Circuit Division 16
**ASA:**               Ryan Joseph Hillary
**Agency Case No:**    ORPD, 13-146382

The following Deposition subpoenas were printed on September 16, 2013:

**Issued For**                          **Courtroom**

Thursday, November 14, 2013             3

**Subpoenas Printed:**
 - None


**Out of County Subpoenas Sent:**
 - None


**Out of State Subpoenas Printed:**
 - None


**Subpoenas Sent Electronically to OCSO:**

3:30 PM - Marquis Hickson, 4611 Cason Cove Dr, Apt 622, Orlando, FL 32811-6646 (Orange County)


**Subpoenas Emailed:**
 - None

Defendant:  JORGE R. VALLE RAMOS                          Page 1 of 1
Case No.:  48-2013-CF-005146-O

**P003090**

# The State of Florida
# Witness Subpoena

TO:    **Marquis Hickson**
       **4611 Cason Cove Dr, Apt 622**
       **Orlando, FL 32811-6646**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Deposition | **Date Issued:** | September 16, 2013 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to personally appear before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.

**Report Date and Time**:  **Thursday, November 14, 2013 at 3:30 PM**

**Where to report:**        Office of the State Attorney
                            415 N. Orange Avenue, Room 3, Orlando, FL 32801

**Questions, Call**:        Division  16,  (407)836-2192

This is a **Mandatory Date and Time Appearance** and failure to appear as directed can result in contempt of court proceeding or an agency disciplinary proceeding. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney,    415    N.    Orange    Ave,    Orlando,    FL,    32801,    to    apply    for    later    reimbursement.

| | |
|---|---|
| In witness whereof, I have affixed the seal of the State of Florida. September 16, 2013<br><br>JEFFREY L. ASHTON, State Attorney<br>Ninth Judicial Circuit<br>By:  Ryan Joseph Hillary<br>Assistant State Attorney<br><br>*SA2013091600488* | **Return of Service**<br><br>☐ Substitute Service   By Serving: _____<br>☐ Non-Service        ☐ Mail        ☐ Posted<br><br>Date: _____   Time of Service: _____<br><br>Jerry Demings, Sheriff, Orange County, Florida<br><br>By: _____<br>☐ Individual Service _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE PROHIBITED FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003091

IN THE CIRCUIT COURT, IN AND FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

         Plaintiff,

vs.

JORGE R. VALLE RAMOS

         Defendant.

_____/

CASE NO:  48-2013-CF-005146-O

DIVISION:  16

## NOTICE OF TAKING DEPOSITIONS

TO:  Kirsten Blum
      435 North Orange Avenue
      Suite 400
      Orlando, FL 32801

      PLEASE TAKE NOTICE that the State of Florida will take the oral depositions of the following persons on the date and at the hour indicated below:

DATE:  Thursday, November 14, 2013

3:30 PM - Marquis Hickson , 4611 Cason Cove Dr, Apt 622, Orlando, FL 32811-6646

      Said depositions will be taken in Room 3, 415 N. Orange Avenue, Orlando, FL 32801, which office has heretofore been designated by the Court as a branch of the Court House for purposes of taking depositions or as agreed to by both parties.

      Said depositions will be taken before an official court reporter of the circuit or his designee.

      I DO CERTIFY that a good faith effort has been made to coordinate the date, time and location of said depositions to accommodate the schedules of the parties and witnesses and that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) (e-mail) on this 16th day of September, 2013

                      JEFFREY L. ASHTON, State Attorney
                      Ninth Judicial Circuit of Florida

**P003092**

Ryan Joseph Hillary
Assistant State Attorney
Florida Bar # 56028
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

P003093

September 16, 2013

Marquis Hickson
4611 Cason Cove Dr
Apt 622
Orlando, FL  32811-6646

Re:  State of Florida vs. JORGE R. VALLE RAMOS
     Case No: 48-2013-CF-005146-O

Dear Marquis Hickson,

This letter serves to inform you that your previously scheduled deposition in the above referenced matter has recently been re-scheduled to **November 14, 2013 at 3:30 p.m.** in our office located at **415 N. Orange Avenue, Orlando, FL 32801**.

In accordance with the Americans with Disabilities Act, if you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provisions of certain assistance.  Please contact Court Administration, at the Orange County Courthouse, 425 N. Orange Ave, Orlando, FL 32801, Telephone 407-836-2303, no later than two working days prior to the proceeding.  If hearing impaired, (TDD) 1-800-955-8771 or VOICE (V) 1-800-955-8770, via Florida Relay Service.


Should you have any questions or concerns, please do not hesitate to contact me at the number listed below.

Thank you,


Ryan Joseph Hillary
Assistant State Attorney
(407)836-2192, Division  16


P003094

September 16, 2013

Marquis Hickson
4611 Cason Cove Dr
Apt 622
Orlando, FL  32811-6646

Re:  State of Florida vs. JORGE R. VALLE RAMOS
     Case No: 48-2013-CF-005146-O

Dear Marquis Hickson,

This letter serves to inform you that your previously scheduled deposition in the above referenced matter has recently been re-scheduled to **November 14, 2013 at 3:30 p.m.** in our office located at **415 N. Orange Avenue, Orlando, FL 32801**.

In accordance with the Americans with Disabilities Act, if you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provisions of certain assistance.  Please contact Court Administration, at the Orange County Courthouse, 425 N. Orange Ave, Orlando, FL 32801, Telephone 407-836-2303, no later than two working days prior to the proceeding.  If hearing impaired, (TDD) 1-800-955-8771 or VOICE (V) 1-800-955-8770, via Florida Relay Service.

Should you have any questions or concerns, please do not hesitate to contact me at the number listed below.

Thank you,


Ryan Joseph Hillary
Assistant State Attorney
(407)836-2192, Division  16


P003095



CF13005146O - <u>Div</u>. 16

Marquis Hickson
4611 Cason Cove Dr
Apt 622
Orlando, FL 32811-6646

P003096

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                    CASE NO:   48-2013-CF-005146-O

      Plaintiff,                    DIVISION:   16

vs.

JORGE R. VALLE RAMOS

      Defendant.
_____/

### NOTICE OF PROVISION OF SUPPLEMENTAL DISCOVERY

COMES NOW, the State of Florida, by and through the undersigned Assistant State Attorney and hereby makes the following information available to the defense and states as follows:

Supplement Report dated April 24, 2013 / Photo line-up.

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) (e-mail) on _____ day of September, 2013.

 

_____
Ryan Joseph Hillary
Assistant State Attorney
Florida Bar # 56028
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

P003097



CF13005146O - <u>Div</u>. 16

Marquis Hickson
4611 Cason Cove Dr
Apt 622
Orlando, FL 32811-6646

P003098

**SUBPOENAS ISSUED - SUMMARY SHEET**

**Case Number:**     48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**        Circuit Division 16
**ASA:**             Raychel Garcia
**Agency Case No:**  ORPD, 13-146382

The following Trial subpoenas were printed on October 11, 2013:

| **Issued For** | **Time** | **Courtroom** |
|---|---|---|
| Monday, December 2, 2013 | 9:00 AM | 6D |

**Subpoenas Printed:**
 - None

**Out of County Subpoenas Sent:**
 - None

**Out of State Subpoenas Printed:**
 - None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant:  JORGE R. VALLE RAMOS                                    Page - 1 - of 1
Case No.:  48-2013-CF-005146-O

**P003099**

# The State of Florida
# Witness Subpoena

TO:    **Charlene Bloom**
       **1708 Silver Creek Ct**
       **Orlando, FL 32807-4242**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**    **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | October 11, 2013 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.    **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, December 2, 2013**  and continues until **Friday, December 13, 2013**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. October 11, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Raychel Garcia
Assistant State Attorney

*SA2013101100443*

| Return of Service |
|---|
| ☐ Substitute Service    By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____    Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service    _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF <u>ANY</u> KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL <u>NOT</u> BE RETURNED.

P003100

# The State of Florida
# Witness Subpoena

TO:  **George Gonzalez**
     **1625 Little Falls Cir**
     **Orlando, FL 32807-4240**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**      48-2013-CF-005146-O

| | | |
|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:**      October 11, 2013 |
| **Division:** | 16 <> | **To Be Served In:**  ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, December 2, 2013**  and continues until **Friday, December 13, 2013**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. October 11, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Raychel Garcia
Assistant State Attorney

*SA2013101100444*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail            ☐ Posted |
| Date: _____  Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service  _____ |

## AMERICANS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE PROHIBITED FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003101

# The State of Florida
# Witness Subpoena

TO:    **Bethany Szewczyk**
       **1716 Lafayette Ct**
       **Orlando, FL 32807-4283**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**      48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | October 11, 2013 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.    **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, December 2, 2013**  and continues until **Friday, December 13, 2013**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above. **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. October 11, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Raychel Garcia
Assistant State Attorney

*SA2013101100447*

**Return of Service**

☐ Substitute Service    By Serving:  _____

☐ Non-Service                ☐ Mail                    ☐ Posted

Date: _____    Time of Service: _____

Jerry Demings, Sheriff, Orange County, Florida

By: _____

☐ Individual Service    _____

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE PROHIBITED FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003102

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:**     48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**     Circuit Division 16
**ASA:**     Raychel Garcia
**Agency Case No:**     ORPD, 13-146382

The following Trial subpoenas were printed on November 14, 2013:

| **Issued For** | **Time** | **Courtroom** |
| --- | --- | --- |
| Monday, February 3, 2014 | 9:00 AM | 6D |

**Subpoenas Printed:**
 - None

**Out of County Subpoenas Sent:**
 - None

**Out of State Subpoenas Printed:**
 - None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

P003103

# The State of Florida
# Witness Subpoena

TO:    **Charlene Bloom**
       **1708 Silver Creek Ct**
       **Orlando, FL 32807-4242**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**    48-2013-CF-005146-O

**Subpoena Type:**    Trial                            **Date Issued:**    November 14, 2013
**Division:**          16  <>                           **To Be Served In:**  ORANGE County (F1)

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, February 3, 2014**  and continues until **Friday, February 14, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. November 14, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Raychel Garcia
Assistant State Attorney

*SA2013111400476*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

**P003104**

# The State of Florida
# Witness Subpoena

TO:    **George Gonzalez**
       **1625 Little Falls Cir**
       **Orlando, FL 32807-4240**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**    **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | November 14, 2013 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div. 16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, February 3, 2014**  and continues until **Friday, February 14, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above. **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. November 14, 2013

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Raychel Garcia
Assistant State Attorney

*SA2013111400477*

<table>
<tr><td colspan="2" align="center"><b>Return of Service</b></td></tr>
<tr><td colspan="2">☐ Substitute Service   By Serving: _____</td></tr>
<tr><td>☐ Non-Service</td><td>☐ Mail          ☐ Posted</td></tr>
<tr><td colspan="2">Date: _____   Time of Service: _____</td></tr>
<tr><td colspan="2">Jerry Demings, Sheriff, Orange County, Florida</td></tr>
<tr><td colspan="2">By: _____</td></tr>
<tr><td colspan="2">☐ Individual Service   _____</td></tr>
</table>

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF <u>ANY</u> KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL <u>NOT</u> BE RETURNED.

P003105

# The State of Florida
# Witness Subpoena

TO:     **Bethany Szewczyk**
        **1716 Lafayette Ct**
        **Orlando, FL 32807-4283**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**       **Case Number:**    48-2013-CF-005146-O

**Subpoena Type:**   Trial                          **Date Issued:**    November 14, 2013
**Division:**        16 <>                          **To Be Served In:**  ORANGE County (F1)

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, February 3, 2014**  and continues until **Friday, February 14, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

| | Return of Service |
|---|---|
| In witness whereof, I have affixed the seal of the State of Florida. November 14, 2013 | ☐ Substitute Service   By Serving: _____ |
| | ☐ Non-Service         ☐ Mail          ☐ Posted |
| JEFFREY L. ASHTON, State Attorney | Date: _____  Time of Service: _____ |
| Ninth Judicial Circuit | |
| By:  Raychel Garcia | Jerry Demings, Sheriff, Orange County, Florida |
| Assistant State Attorney | By: _____ |
| *SA2013111400480* | ☐ Individual Service  _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003106

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA
        Plaintiff,

CASE NO:  48-2013-CF-005146-O

DIVISION:   16

vs.

JORGE R. VALLE RAMOS
        Defendant.
_____/

### Notice of Unavailability

**COMES NOW,** the State of Florida and hereby gives notice of unavailability of the undersigned Assistant State Attorney from February 3, 2014- February 7, 2014.

1. The undersigned will be unavailable the week of February 3, 2014, the first week of a three week trial period.

2. The undersigned will be the only Assistant State Attorney familiar with the facts of her assigned cases that will be set for trial and respectfully requests that at the January 22, 2014 pretrial conference, all of her cases be set for the second and third weeks of the trial period.

3. It would not be proper for another Assistant State Attorney to represent the State in any trials or hearings that may be scheduled for this attorney that day, due to unfamiliarity with the case facts, victims, and witnesses.

**WHEREFORE,** the State of Florida prays that no trials be set on the above indicated day.

P003107

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Kirsten Blum, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) **(e-mail)** on this 13th day of January, 2014.

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By: _____

Raychel Garcia
Assistant State Attorney
Florida Bar # 91096
Division16@sao9.org
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

P003108

**Date**: January 29, 2014     **County**: ORANGE          Trial Date: 02/10/2014

## ***WORK PRODUCT, DO NOT DISCLOSE***

## CASE INFORMATION SHEET

| | | | |
|---|---|---|---|
| **DEFENDANT:** | JORGE R. VALLE RAMOS<br>1611 Cason Cove Dr / Apt # 622<br>Orlando, FL 32811 | **RACE/SEX:**<br>**DOB:**<br><br>**SS#:** | W/M<br>04/21/1993<br>████████ |

| | | | |
|---|---|---|---|
| **CASE NO:** | 48-2013-CF-005146-O | **AGENCY:** | ORPD, 13-146382 |
| **OFFENSE DT:** | 04/09/2013 | | |

| | | | |
|---|---|---|---|
| **DIVISION:** | 16 | **UNIT:** | |
| **JUDGE:** | Margaret H. Schreiber | **INTAKE:** | Frances Blair |
| **ASA:** | Raychel Garcia | **DEF. ATTY:** | Kirsten Blum |
| **COURTROOM:** | 6D | **VWC:** | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CHARGES FILED

BURGLARY OF DWELLING W/ASSAULT OR BATTERY
GRAND THEFT 3RD DEGREE (>$300, <$5,000)

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

## CASE SYNOPSIS

On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home. The suspect ran out the back door. VT attempted to chase the suspect but he got away. VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene. W/Bloom observed three (3) males running from her neighbor's house to their car and left the area. W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area. LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects. The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings. VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
*Photos, photo line-up and Criminal info. Bulletin are attached.

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

## PARTIES

**Last Sub:**
02/03/14     SW     Bloom, Charlene
   (T)     HA:     1708 Silver Creek Ct          BA:
              Orlando, FL  32807-4242

Defendant: **JORGE R. VALLE RAMOS**
Case No.: **48-2013-CF-005146-O**

**P003109**

|  |  |  | (407)273-4769 |
|--|--|--|---------------|
|  |  | CP: | (407)234-5379 |

| 02/03/14 | VT | Gonzalez, George | |
|----------|----|------------------|--|
| (T) | HA: | 1625 Little Falls Cir | BA: |
|  |  | Orlando, FL  32807-4240 | |
|  | CP: | (407)459-3282 | |

| 11/14/13 | DW | Hickson, Marquis | |
|----------|----|------------------|--|
| (D) | HA: | 4611 Cason Cove Dr | BA: |
|  |  | Apt 622 | |
|  |  | Orlando, FL  32811-6646 | |
|  | CP: | (407)334-4384 | |

| 02/03/14 | LE | Iverson, Sidney B. | |
|----------|----|-------------------|--|

sidney.iverson@CityofOrlando.net emailed on 01/29/2014

| (T) | HA: |  | BA: | PO Box 913 |
|-----|-----|--|-----|------------|
|  |  |  |  | 100 S Hughey Ave |
|  |  |  |  | Orlando, FL  32802-0913 |
|  |  |  |  | Orlando Police Department |
|  |  |  |  | (407)246-2470 |

| 02/03/14 | LO | Stanley, Michael D. | |
|----------|----|---------------------|--|

michael.stanley@CityofOrlando.net emailed on 01/29/2014

| (T) | HA: |  | BA: | PO Box 913 |
|-----|-----|--|-----|------------|
|  |  |  |  | 100 S Hughey Ave |
|  |  |  |  | Orlando, FL  32802-0913 |
|  |  |  |  | Orlando Police Department |
|  |  |  |  | (407)246-2470 |

| 02/03/14 | SW | Szewczyk, Bethany | |
|----------|----|-------------------|--|
|  |  | bethanycs@mac.com | |
| (T) | HA: | 1716 Lafayette Ct | BA: | 3501 Quadrangle Blvd. |
|  |  | Orlando, FL  32807-4283 |  | #175 |
|  |  |  |  | Orlando, FL  32817 |
|  |  |  |  | (407)736-1418 |
|  | CP: | (315)416-1246 | | |

| 02/03/14 | LE | Tejeira, Alfonso T | |
|----------|----|--------------------|--|

alfonso.tejeira@CityofOrlando.net emailed on 01/29/2014

| (T) | HA: |  | BA: | PO Box 913 |
|-----|-----|--|-----|------------|
|  |  |  |  | 100 S Hughey Ave |
|  |  |  |  | Orlando, FL  32802-0913 |
|  |  |  |  | Orlando Police Department |
|  |  |  |  | (407)246-2470 |

On vacation from 9/22/13 to 9/29/13

Defendant:  **JORGE R. VALLE RAMOS**
Case No.:  **48-2013-CF-005146-O**

<span style="color:red">**P003110**</span>

Defendant:  **JORGE R. VALLE RAMOS**
Case No**.:  48-2013-CF-005146-O**

P003111

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**              Ofc Sidney B. Iverson   (sidney.iverson@CityofOrlando.net)
**Agency Case Number:**   ORPD 13-146382

**Defendant:**            JORGE R. VALLE RAMOS
**Court Case Number:**    48-2013-CF-005146-O
**Charges Filed:**        BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                          GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**             16
**Attorney:**             Raychel Garcia
**Phone:**                (407)836-2192

**Judge:**                Margaret H. Schreiber
**Location:**             Orange County Courthouse
**Courtroom:**            6D
**Trial Period Beginning:** 02/10/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 02/10/2014, for the above specified criminal case.

The prosecuting attorney is Raychel Garcia, and the case will be heard before Judge Margaret H. Schreiber in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email. If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003112

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**                  Michael D. Stanley    (michael.stanley@CityofOrlando.net)
**Agency Case Number:**       ORPD 13-146382

**Defendant:**                JORGE R. VALLE RAMOS
**Court Case Number:**        48-2013-CF-005146-O
**Charges Filed:**            BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                              GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**                  16
**Attorney:**                 Raychel Garcia
**Phone:**                    (407)836-2192

**Judge:**                    Margaret H. Schreiber
**Location:**                 Orange County Courthouse
**Courtroom:**                6D
**Trial Period Beginning:**   02/10/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 02/10/2014, for the above specified criminal case.

The prosecuting attorney is Raychel Garcia, and the case will be heard before Judge Margaret H. Schreiber in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email. If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

**P003113**

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**                Ofc Alfonso T Tejeira   (alfonso.tejeira@CityofOrlando.net)
**Agency Case Number:**     ORPD 13-146382

**Defendant:**              JORGE R. VALLE RAMOS
**Court Case Number:**      48-2013-CF-005146-O
**Charges Filed:**          BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                            GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**               16
**Attorney:**               Raychel Garcia
**Phone:**                  (407)836-2192

**Judge:**                  Margaret H. Schreiber
**Location:**               Orange County Courthouse
**Courtroom:**              6D
**Trial Period Beginning:** 02/10/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 02/10/2014, for the above specified criminal case.

The prosecuting attorney is Raychel Garcia, and the case will be heard before Judge Margaret H. Schreiber in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email.  If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003114

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**            Ofc Sidney B. Iverson   (sidney.iverson@CityofOrlando.net)
**Agency Case Number:**   ORPD 13-146382

**Defendant:**          JORGE R. VALLE RAMOS
**Court Case Number:**    48-2013-CF-005146-O
**Charges Filed:**        BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                          GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**            16
**Attorney:**           Natalia Zofia Scott
**Phone:**              (407)836-2192

**Judge:**              Margaret H. Schreiber
**Location:**           Orange County Courthouse
**Courtroom:**          6D
**Trial Period Beginning:**  02/10/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 02/10/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Margaret H. Schreiber in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email.  If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003115

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

| | |
|---|---|
| **Officer:** | Michael D. Stanley   (michael.stanley@CityofOrlando.net) |
| **Agency Case Number:** | ORPD 13-146382 |
| | |
| **Defendant:** | JORGE R. VALLE RAMOS |
| **Court Case Number:** | 48-2013-CF-005146-O |
| **Charges Filed:** | BURGLARY OF DWELLING W/ASSAULT OR BATTERY |
| | GRAND THEFT 3RD DEGREE (>$300, <$5,000) |
| | |
| **Division:** | 16 |
| **Attorney:** | Natalia Zofia Scott |
| **Phone:** | (407)836-2192 |
| | |
| **Judge:** | Margaret H. Schreiber |
| **Location:** | Orange County Courthouse |
| **Courtroom:** | 6D |
| **Trial Period Beginning:** | 02/10/2014 |

Please be informed that I am placing you on standby for the Court's two week trial period commencing 02/10/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Margaret H. Schreiber in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email. If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003116

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**                Ofc Alfonso T Tejeira   (alfonso.tejeira@CityofOrlando.net)
**Agency Case Number:**     ORPD 13-146382

**Defendant:**              JORGE R. VALLE RAMOS
**Court Case Number:**      48-2013-CF-005146-O
**Charges Filed:**          BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                            GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**               16
**Attorney:**               Natalia Zofia Scott
**Phone:**                  (407)836-2192

**Judge:**                  Margaret H. Schreiber
**Location:**               Orange County Courthouse
**Courtroom:**              6D
**Trial Period Beginning:** 02/10/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 02/10/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Margaret H. Schreiber in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email.  If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003117

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:**      48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**         Circuit Division 16
**ASA:**              Natalia Zofia Scott
**Agency Case No:**   ORPD, 13-146382

The following Trial subpoenas were printed on February 14, 2014:

| **Issued For** | **Time** | **Courtroom** |
|---|---|---|
| Monday, March 10, 2014 | 8:30 AM | 6D |

**Subpoenas Printed:**
 - None

**Out of County Subpoenas Sent:**
 - None

**Out of State Subpoenas Printed:**
 - None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant:  JORGE R. VALLE RAMOS                                    Page - 1 - of 1
Case No.:  48-2013-CF-005146-O

**P003118**

# The State of Florida
# Witness Subpoena

TO:    **Charlene Bloom**
       **1708 Silver Creek Ct**
       **Orlando, FL 32807-4242**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**    48-2013-CF-005146-O

**Subpoena Type:**    Trial                    **Date Issued:**    February 14, 2014
**Division:**         16  <>                   **To Be Served In:**  ORANGE County (F1)

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.    **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, March 10, 2014**  and continues until **Friday, March 21, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above. **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the
State of Florida. February 14, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014021400925*

| Return of Service |
| --- |
| ☐ Substitute Service    By Serving: _____ |
| ☐ Non-Service        ☐ Mail        ☐ Posted |
| Date: _____    Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service    _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE PROHIBITED FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003119

# The State of Florida
# Witness Subpoena

TO:    **George Gonzalez**
       **1625 Little Falls Cir**
       **Orlando, FL 32807-4240**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**        **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | February 14, 2014 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.    **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, March 10, 2014**  and continues until **Friday, March 21, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. February 14, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014021400926*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service         ☐ Mail         ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003120

# The State of Florida
# Witness Subpoena

TO:  **Bethany Szewczyk**
**1716 Lafayette Ct**
**Orlando, FL 32807-4283**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | February 14, 2014 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.    **You are on call for this appearance and must follow future directions from State or Court Officials.**

<u>**Call Directions**</u>: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

<u>**The "On-Call" Period Begins**</u>: **Monday, March 10, 2014**  and continues until **Friday, March 21, 2014**.

<u>**When directed, you must report to**</u>: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above. **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. February 14, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014021400929*

**Return of Service**

☐ Substitute Service    By Serving:  _____
☐ Non-Service          ☐ Mail              ☐ Posted

Date: _____    Time of Service: _____

Jerry Demings, Sheriff, Orange County, Florida

By: _____

☐ Individual Service    _____

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE <u>PROHIBITED</u> FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF <u>ANY</u> KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL <u>NOT</u> BE RETURNED.

P003121

**SUBPOENAS ISSUED - SUMMARY SHEET**

**Case Number:**      48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**      Circuit Division 16
**ASA:**      Natalia Zofia Scott
**Agency Case No:**      ORPD, 13-146382

The following Trial subpoenas were printed on March 4, 2014:

| Issued For | Time | Courtroom |
|---|---|---|
| Monday, April 14, 2014 | 9:00 AM | 6D |

**Subpoenas Printed:**
 - None

**Out of County Subpoenas Sent:**
 - None

**Out of State Subpoenas Printed:**
 - None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

P003122

# The State of Florida
# Witness Subpoena

TO:     **Charlene Bloom**
**1708 Silver Creek Ct**
**Orlando, FL 32807-4242**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**      48-2013-CF-005146-O

**Subpoena Type:**   Trial                                               **Date Issued:**        March 4, 2014
**Division:**          16 <>                                             **To Be Served In:**   ORANGE County (F1)

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, April 14, 2014**  and continues until **Friday, April 25, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. March 4, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014030400215*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____  Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE PROHIBITED FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003123

# The State of Florida
# Witness Subpoena

TO:    **George Gonzalez**
       **1625 Little Falls Cir**
       **Orlando, FL 32807-4240**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**    48-2013-CF-005146-O

**Subpoena Type:**  Trial                              **Date Issued:**    March 4, 2014
**Division:**       16 <>                              **To Be Served In:** ORANGE County (F1)

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.    **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div. 16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, April 14, 2014**  and continues until **Friday, April 25, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. March 4, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014030400216*

| Return of Service |
| --- |
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003124

# The State of Florida
# Witness Subpoena

TO:  **Bethany Szewczyk**
**1716 Lafayette Ct**
**Orlando, FL 32807-4283**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**        **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | March 4, 2014 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.    **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, April 14, 2014**  and continues until **Friday, April 25, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. March 4, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014030400219*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003125

**Date**: April 2, 2014        **County**: ORANGE        Trial Date:  04/14/2014

**\*\*\*WORK PRODUCT, DO NOT DISCLOSE\*\*\***

## CASE INFORMATION SHEET

**DEFENDANT:**  JORGE R. VALLE RAMOS        **RACE/SEX:**  W/M
1611 Cason Cove Dr / Apt #        **DOB:**        04/21/1993
622
Orlando, FL 32811        **SS#:**        ██████████

**CASE NO:**  48-2013-CF-005146-O        **AGENCY:**  ORPD, 13-146382
**OFFENSE DT:**  04/09/2013

**DIVISION:**   16        **UNIT:**
**JUDGE:**  Greg A. Tynan        **INTAKE:**  Frances Blair
**ASA:**  Natalia Zofia Scott        **DEF. ATTY:**  Carli Citraro
**COURTROOM:**  6D        **VWC:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CHARGES FILED

BURGLARY OF DWELLING W/ASSAULT OR BATTERY
GRAND THEFT 3RD DEGREE (>$300, <$5,000)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CASE SYNOPSIS

On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home. The suspect ran out the back door.  VT attempted to chase the suspect but he got away.  VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene. W/Bloom observed three (3) males running from her neighbor's house to their car and left the area. W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area.   LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects.  The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings.  VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
\*Photos, photo line-up and Criminal info. Bulletin are attached.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PARTIES

**Last Sub:**
04/14/14    SW    Bloom, Charlene
 (T)    HA:    1708 Silver Creek Ct        BA:
            Orlando, FL  32807-4242

Defendant:  **JORGE R. VALLE RAMOS**
Case No<u>.</u>:  **48-2013-CF-005146-O**

<span style="color:red">**P003126**</span>

| | | | | |
|---|---|---|---|---|
| | | (407)273-4769 | | |
| | CP: | (407)234-5379 | | |

| | | | | |
|---|---|---|---|---|
| 04/14/14 | VT | Gonzalez, George | | |
| (T) | HA: | 1625 Little Falls Cir | BA: | |
| | | Orlando, FL  32807-4240 | | |
| | CP: | (407)459-3282 | | |

| | | | | |
|---|---|---|---|---|
| 11/14/13 | DW | Hickson, Marquis | | |
| (D) | HA: | 4611 Cason Cove Dr | BA: | |
| | | Apt 622 | | |
| | | Orlando, FL  32811-6646 | | |
| | CP: | (407)334-4384 | | |

| | | | | |
|---|---|---|---|---|
| 04/14/14 | LE | Iverson, Sidney B. | | |
| | | sidney.iverson@CityofOrlando.net emailed on 04/02/2014 | | |
| (T) | HA: | | BA: | PO Box 913 |
| | | | | 100 S Hughey Ave |
| | | | | Orlando, FL  32802-0913 |
| | | | | Orlando Police Department |
| | | | | (407)246-2470 |

| | | | | |
|---|---|---|---|---|
| 04/14/14 | LO | Stanley, Michael D. | | |
| | | michael.stanley@CityofOrlando.net emailed on 04/02/2014 | | |
| (T) | HA: | | BA: | PO Box 913 |
| | | | | 100 S Hughey Ave |
| | | | | Orlando, FL  32802-0913 |
| | | | | Orlando Police Department |
| | | | | (407)246-2470 |

| | | | | |
|---|---|---|---|---|
| 04/14/14 | SW | Szewczyk, Bethany | | |
| | | bethanycs@mac.com | | |
| (T) | HA: | 1716 Lafayette Ct | BA: | 3501 Quadrangle Blvd. |
| | | Orlando, FL  32807-4283 | | #175 |
| | | | | Orlando, FL  32817 |
| | | | | (407)736-1418 |
| | CP: | (315)416-1246 | | |

| | | | | |
|---|---|---|---|---|
| 04/14/14 | LE | Tejeira, Alfonso T | | |
| | | alfonso.tejeira@CityofOrlando.net emailed on 04/02/2014 | | |
| (T) | HA: | | BA: | PO Box 913 |
| | | | | 100 S Hughey Ave |
| | | | | Orlando, FL  32802-0913 |
| | | | | Orlando Police Department |
| | | | | (407)246-2470 |
| | | On vacation from 9/22/13 to 9/29/13 | | |

<u>Defendant</u>:  **JORGE R. VALLE RAMOS**
<u>Case No.</u>**:  48-2013-CF-005146-O**

**P003127**

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**                    Ofc Sidney B. Iverson   (sidney.iverson@CityofOrlando.net)
**Agency Case Number:**    ORPD 13-146382

**Defendant:**               JORGE R. VALLE RAMOS
**Court Case Number:**    48-2013-CF-005146-O
**Charges Filed:**           BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                               GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**                 16
**Attorney:**                Natalia Zofia Scott
**Phone:**                    (407)836-2192

**Judge:**                    Greg A. Tynan
**Location:**                Orange County Courthouse
**Courtroom:**               6D
**Trial Period Beginning:**  04/14/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 04/14/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Greg A. Tynan in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email.  If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003129

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

**Standby Notification**

**Officer:**                 Michael D. Stanley    (michael.stanley@CityofOrlando.net)
**Agency Case Number:**      ORPD 13-146382

**Defendant:**               JORGE R. VALLE RAMOS
**Court Case Number:**       48-2013-CF-005146-O
**Charges Filed:**           BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                             GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**                 16
**Attorney:**                Natalia Zofia Scott
**Phone:**                   (407)836-2192

**Judge:**                   Greg A. Tynan
**Location:**                Orange County Courthouse
**Courtroom:**               6D
**Trial Period Beginning:**  04/14/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 04/14/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Greg A. Tynan in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email. If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003130

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**              Ofc Alfonso T Tejeira   (alfonso.tejeira@CityofOrlando.net)
**Agency Case Number:**   ORPD 13-146382

**Defendant:**            JORGE R. VALLE RAMOS
**Court Case Number:**    48-2013-CF-005146-O
**Charges Filed:**        BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                          GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**             16
**Attorney:**             Natalia Zofia Scott
**Phone:**                (407)836-2192

**Judge:**                Greg A. Tynan
**Location:**             Orange County Courthouse
**Courtroom:**            6D
**Trial Period Beginning:** 04/14/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 04/14/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Greg A. Tynan in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email.  If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003131

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:**     48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**         Circuit Division 16
**ASA:**              Natalia Zofia Scott
**Agency Case No:**   ORPD, 13-146382

The following Trial subpoenas were printed on April 8, 2014:

| **Issued For** | **Time** | **Courtroom** |
|---|---|---|
| Monday, April 14, 2014 | 9:00 AM | 6D |

**Subpoenas Printed:**
 - None

**Out of County Subpoenas Sent:**
 - None

**Out of State Subpoenas Printed:**
 - None

**Subpoenas Sent Electronically to OCSO:**
 - None

**Subpoenas Emailed:**

CST Chantal M. Styer, chantal.styer@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant: JORGE R. VALLE RAMOS                                    Page - 1 - of 1
Case No.: 48-2013-CF-005146-O

**P003132**

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA
           Plaintiff,                CASE NO:  48-2013-CF-005146-O

vs.                            DIVISION:  16

JORGE R. VALLE RAMOS
           Defendant.
_____/

## SUPPLEMENTAL
## STATE WITNESS LIST

       COMES NOW the State of Florida, pursuant to Florida Rules of Criminal Procedure 3.220(b), and in response to the Defendant's Notice for Discovery, discloses the following supplemental information or name(s) added to the previously disclosed witness list of names and addresses of all persons known to the prosecutor to have information which may be relevant to any offense charged, or any defense, thereto, or to any similar fact evidence to be presented at trial under Section 90.404(2), Florida Statutes:

CATEGORY "A"
CST Chantal M. Styer, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913


CATEGORY "B" - None

CATEGORY "C" - None

       **Pursuant to Florida Rules of Criminal Procedure 3.220(h) please contact the undersigned's office to coordinate the date, time and location of any depositions to be scheduled.**

       I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Carli Citraro, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) **(e-mail)** on this 8th day of April, 2014.

_____

Natalia Zofia Scott
Assistant State Attorney
Florida Bar # 86237
Division16@sao9.org
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

<span style="color:red">**P003133**</span>

## OFFICE OF THE STATE ATTORNEY, NINTH JUDICIAL CIRCUIT
## REQUEST FOR CRIME SCENE PHOTOS

**Request Date:**        April 22, 2014

**Agency Case No:**      ORPD, 13-146382

**Defendant(s):**        JORGE R. VALLE RAMOS

**Court Case Number:**   48-2013-CF-005146-O

**Trial Date:**          04/14/2014

Please provide 5 x 7 crime scene photos for the case listed. We only received thumbnails on a few sheets of paper. I need the photos in a format that I can present at trial, so either already individually printed or electronic copies. Thank you!

 

 

_____

**Requested By:**  Natalia Scott                  Natalia Zofia Scott
PO Box 1673, 415 N Orange Ave      Assistant State Attorney
Orlando, FL 32802-1673             Division:  16
**Email:**  NScott@sao9.org               (407)836-2192



CF13005146O

Emailed To OPDPhotoLab@cityoflorlando.net on 04/22/2014

**P003134**

# The State of Florida
# Witness Subpoena

TO:    **Charlene Bloom**
       **1708 Silver Creek Ct**
       **Orlando, FL 32807-4242**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**        **Case Number:**    48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | April 29, 2014 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.    **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div. 16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, May 19, 2014**  and continues until **Friday, May 30, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above. **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida, April 29, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014042900756*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____  Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF <u>ANY</u> KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL <u>NOT</u> BE RETURNED.

**P003135**

# The State of Florida
# Witness Subpoena

TO:     **George Gonzalez**
        **1625 Little Falls Cir**
        **Orlando, FL 32807-4240**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**         **Case Number:**     48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | April 29, 2014 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div. 16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, May 19, 2014**  and continues until **Friday, May 30, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above. **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. April 29, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014042900757*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE PROHIBITED FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF ANY KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL NOT BE RETURNED.

P003136

# The State of Florida
# Witness Subpoena

TO:    **Ofc Sidney B. Iverson**
       **Orlando Police Department**
       **ORPD 13-146382, EID: 7591**
       **PO Box 913, 100 S Hughey Ave**
       **Orlando, FL 32802-0913**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**          **Case Number:**    48-2013-CF-005146-O

**Subpoena Type:**    Trial                          **Date Issued:**    April 29, 2014
**Division:**    16 <>                               **To Be Served In:**   ORANGE County (F1)

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, May 19, 2014**  and continues until **Friday, May 30, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the
State of Florida. April 29, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014042900758*

| Return of Service |
| --- |
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service          ☐ Mail          ☐ Posted |
| Date: _____   Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service   _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF <u>ANY</u> KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL <u>NOT</u> BE RETURNED.

P003137

# The State of Florida
# Witness Subpoena

TO:   **Bethany Szewczyk**
      **1716 Lafayette Ct**
      **Orlando, FL 32807-4283**

**STATE OF FLORIDA VS. JORGE R. VALLE RAMOS**   **Case Number:**   48-2013-CF-005146-O

| | | | |
|---|---|---|---|
| **Subpoena Type:** | Trial | **Date Issued:** | April 29, 2014 |
| **Division:** | 16 <> | **To Be Served In:** | ORANGE County (F1) |

**GREETINGS**:  You are hereby directed to be on call to personally appear, if needed, before the Circuit Court, Ninth Judicial Circuit, for the County of Orange, State of Florida to testify and speak the truth in a certain matter before said Court. This subpoena has been issued at the request of the **State**.   **You are on call for this appearance and must follow future directions from State or Court Officials.**

**Call Directions**: You are directed to **call** the following number between the hours of 8:30 AM and 5:00 PM, Monday through Friday, on the next business day after receiving this subpoena and provide State/Court Officials with your current phone number and address: **Please Call:  Div.  16,  (407)836-2192**.

**The "On-Call" Period Begins**: **Monday, May 19, 2014**  and continues until **Friday, May 30, 2014**.

**When directed, you must report to**: 425 N Orange Ave, Room 6D, Orlando, FL 32801-1515.

This is an **On Call Subpoena** and failure to call and appear as directed can result in a contempt of court proceeding or an agency disciplinary proceeding.  You must comply with Call Directions listed above.  **Do Not Report Until Directed by a State or Court Official**. If you appear on behalf of the State, you are entitled to be reimbursed $5.00/day or per diem, plus mileage.  You **must bring this subpoena** to the reception desk of the Office of the State Attorney, 415 N. Orange Ave, Orlando, FL, 32801, to apply for later reimbursement.

In witness whereof, I have affixed the seal of the State of Florida. April 29, 2014

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit
By:  Natalia Zofia Scott
Assistant State Attorney

*SA2014042900761*

| Return of Service |
|---|
| ☐ Substitute Service   By Serving: _____ |
| ☐ Non-Service      ☐ Mail      ☐ Posted |
| Date: _____  Time of Service: _____ |
| Jerry Demings, Sheriff, Orange County, Florida |
| By: _____ |
| ☐ Individual Service _____ |

## AMERICANS WITH DISABILITIES
**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance.  Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, FL, 32801, Telephone 407-836-2303 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired, call (TTD) 800-955-8771, (V) 800-955-8770 or 711.**

THE FOLLOWING ITEMS WILL BE **PROHIBITED** FROM COMING INTO THE COURTHOUSE : FIREARMS, BOX CUTTERS, PEPPER SPRAY, AEROSOL CANS, KNIVES OF <u>ANY</u> KIND, HANDCUFFS, HANDCUFF KEYS, SCISSORS, RAZORS TOOLS, TAPE MEASURES, CLAY OR PUTTY MATERIAL, CHAINS OVER 12" IN LENGTH, GLASS PERFUME BOTTLES OVER 4 OZ. OVERSIZED BELT BUCKLES.  THESE ITEMS MUST BE TAKEN BACK TO YOUR VEHICLE OR THEY WILL BE CONFISCATED AND DISPOSED OF.  THEY WILL <u>NOT</u> BE RETURNED.

P003138

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:**        48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**           Circuit Division 16
**ASA:**                Natalia Zofia Scott
**Agency Case No:**     ORPD, 13-146382

The following Trial subpoenas were printed on April 29, 2014:

| **Issued For** | **Time** | **Courtroom** |
|---|---|---|
| Monday, May 19, 2014 | 8:30 AM | 6D |

**Subpoenas Printed:**
 - None

**Out of County Subpoenas Sent:**
 - None

**Out of State Subpoenas Printed:**
 - None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Ofc Sidney B. Iverson, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

**Subpoenas Emailed:**

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

CST Chantal M. Styer, chantal.styer@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

P003139

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                     CASE NO:   48-2013-CF-005146-O
        Plaintiff,
vs.                                  DIVISION:   16

JORGE R. VALLE RAMOS
        Defendant.
_____/

### AMENDED
### STATE WITNESS LIST

COMES NOW the State of Florida, pursuant to Florida Rules of Criminal Procedure 3.220(b), and in response to the Defendant's Notice for Discovery, discloses the following amendment, change, addition or revision to the previously disclosed witness list of names and addresses of all persons known to the prosecutor to have information which may be relevant to any offense charged, or any defense, thereto, or to any similar fact evidence to be presented at trial under Section 90.404(2), Florida Statutes:

CATEGORY "A"
Bethany Szewczyk, 1508 Regan Avenue, Orlando, FL 32807-4283, 3501 Quadrangle Blvd., #175, Orlando, FL 32817


CATEGORY "B" - None

CATEGORY "C" - None

**Pursuant to Florida Rules of Criminal Procedure 3.220(h) please contact the undersigned's office to coordinate the date, time and location of any depositions to be scheduled.**

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Carli Citraro, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) **(e-mail)** on this 5th day of May, 2014.

JEFFREY L. ASHTON, State Attorney

_____
Natalia Zofia Scott
Assistant State Attorney
Florida Bar # 86237
Division16@sao9.org
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

**P003140**

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

             Plaintiff,

vs.

JORGE R. VALLE RAMOS

             Defendant.

_____/

CASE NO:    48-2013-CF-005146-O

DIVISION:    16

## NOTICE OF UNAVAILABILITY

NOTICE is hereby given to this Court and all parties that Assistant State Attorney Natalia

Z. Scott will be out of town and otherwise unavailable and unable to attend any hearings/trial in

the above matter on the dates beginning May 27, 2014 through May 30, 2014.

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Carli Citraro,

435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) **(e-mail)** on

this 13th day of May, 2014.

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By: _____
Natalia Zofia Scott
Assistant State Attorney
Florida Bar # 86237
Division16@sao9.org
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

P003141

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

               Plaintiff,

vs.

JORGE R. VALLE RAMOS

               Defendant.

_____/

CASE NO:   48-2013-CF-005146-O

DIVISION:   16

## NOTICE OF UNAVAILABILITY

NOTICE is hereby given to this Court and all parties that Assistant State Attorney Natalia

Z. Scott will be out of town and otherwise unavailable and unable to attend any hearings/trial in

the above matter on the dates beginning May 27, 2014 through May 30, 2014.

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Carli Citraro,

435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) **(e-mail)** on

this 13th day of May, 2014.

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By: _____
Natalia Zofia Scott
Assistant State Attorney
Florida Bar # 86237
Division16@sao9.org
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

**P003142**

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

              Plaintiff,

vs.

JORGE R. VALLE RAMOS

              Defendant.

_____/

CASE NO:   48-2013-CF-005146-O

DIVISION:   16

## NOTICE OF UNAVAILABILITY

NOTICE is hereby given to this Court and all parties that Assistant State Attorney Natalia Z. Scott will be out of town and otherwise unavailable and unable to attend any hearings/trial in the above matter on the dates beginning May 27, 2014 through May 30, 2014.

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Carli Citraro, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) **(e-mail)** on this 13th day of May, 2014.

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By: _____
Natalia Zofia Scott
Assistant State Attorney
Florida Bar # 86237
Division16@sao9.org
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

**P003143**

**Date**: May 16, 2014        **County**: ORANGE                    Trial Date: 05/19/2014

***WORK PRODUCT, DO NOT DISCLOSE***

## CASE INFORMATION SHEET

**DEFENDANT:**   JORGE R. VALLE RAMOS            **RACE/SEX:**   W/M
                 1611 Cason Cove Dr / Apt #      **DOB:**        04/21/1993
                 622
                 Orlando, FL 32811              **SS#:**        ██████████

**CASE NO:**     48-2013-CF-005146-O            **AGENCY:**     ORPD, 13-146382
**OFFENSE DT:**  04/09/2013

**DIVISION:**    16                             **UNIT:**
**JUDGE:**       Greg A. Tynan                  **INTAKE:**     Frances Blair
**ASA:**         Natalia Zofia Scott            **DEF. ATTY:**  Carli Citraro
**COURTROOM:**   6D                             **VWC:**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CHARGES FILED

BURGLARY OF DWELLING W/ASSAULT OR BATTERY
GRAND THEFT 3RD DEGREE (>$300, <$5,000)

## CASE SYNOPSIS

On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home. The suspect ran out the back door.  VT attempted to chase the suspect but he got away.  VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene. W/Bloom observed three (3) males running from her neighbor's house to their car and left the area. W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area.   LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects.  The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings.  VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
*Photos, photo line-up and Criminal info. Bulletin are attached.

## PARTIES

**Last Sub:**

05/19/14   SW   Bloom, Charlene
  (T)      HA:  1708 Silver Creek Ct              BA:
                Orlando, FL  32807-4242
                (407)273-4769
           CP:  (407)234-5379

**P003144**

has doctor appoinments three times a week

05/19/14    VT    Gonzalez, George
  (T)    HA:    1625 Little Falls Cir           BA:
                 Orlando, FL  32807-4240
         CP:    (407)459-3282

11/14/13    DW    Hickson, Marquis
  (D)    HA:    4611 Cason Cove Dr             BA:
                 Apt 622
                 Orlando, FL  32811-6646
         CP:    (407)334-4384

05/19/14    LE    Iverson, Sidney B.
                 sidney.iverson@CityofOrlando.net emailed on 05/16/2014
  (T)    HA:                                   BA:    PO Box 913
                                                      100 S Hughey Ave
                                                      Orlando, FL  32802-0913
                                                      Orlando Police Department
                                                      (407)246-2470

05/19/14    LO    Stanley, Michael D.
                 michael.stanley@CityofOrlando.net emailed on 05/16/2014
  (T)    HA:                                   BA:    PO Box 913
                                                      100 S Hughey Ave
                                                      Orlando, FL  32802-0913
                                                      Orlando Police Department
                                                      (407)246-2470

05/19/14    LE    Styer, Chantal M.
                 chantal.styer@CityofOrlando.net emailed on 05/16/2014
  (T)    HA:                                   BA:    PO Box 913
                                                      100 S Hughey Ave
                                                      Orlando, FL  32802-0913
                                                      Orlando Police Department
                                                      (407)246-2470

05/19/14    SW    Szewczyk, Bethany
                 bethanycs@mac.com
  (T)    HA:    1508 Regan Avenue              BA:
                 Orlando, FL  32807-4283
         CP:    (315)416-1246
                 See notes under Witness Logs, witness have a new address and claimed she wasn't
served there. Looking @ the subpoenas issued, the one for the 5/19/14 tp was sent to the old address.

05/19/14    LE    Tejeira, Alfonso T
                 alfonso.tejeira@CityofOrlando.net emailed on 05/16/2014
  (T)    HA:                                   BA:    PO Box 913
                                                      100 S Hughey Ave
                                                      Orlando, FL  32802-0913
                                                      Orlando Police Department
                                                      (407)246-2470

**P003145**

CP:    (407)579-5915
On vacation from 9/22/13 to 9/29/13
Will be out of town from 4/26-5/3/14

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**             Ofc Sidney B. Iverson   (sidney.iverson@CityofOrlando.net)
**Agency Case Number:**  ORPD 13-146382

**Defendant:**           JORGE R. VALLE RAMOS
**Court Case Number:**   48-2013-CF-005146-O
**Charges Filed:**       BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                         GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**            16
**Attorney:**            Natalia Zofia Scott
**Phone:**               (407)836-2192

**Judge:**               Greg A. Tynan
**Location:**            Orange County Courthouse
**Courtroom:**           6D
**Trial Period Beginning:** 05/19/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 05/19/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Greg A. Tynan in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email.  If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003147

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**                    Michael D. Stanley   (michael.stanley@CityofOrlando.net)
**Agency Case Number:**    ORPD 13-146382

**Defendant:**                 JORGE R. VALLE RAMOS
**Court Case Number:**     48-2013-CF-005146-O
**Charges Filed:**            BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                                     GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**                    16
**Attorney:**                  Natalia Zofia Scott
**Phone:**                      (407)836-2192

**Judge:**                      Greg A. Tynan
**Location:**                   Orange County Courthouse
**Courtroom:**               6D
**Trial Period Beginning:**  05/19/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 05/19/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Greg A. Tynan in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email.  If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003148

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

| | |
|---|---|
| **Officer:** | CST Chantal M. Styer   (chantal.styer@CityofOrlando.net) |
| **Agency Case Number:** | ORPD 13-146382 |
| | |
| **Defendant:** | JORGE R. VALLE RAMOS |
| **Court Case Number:** | 48-2013-CF-005146-O |
| **Charges Filed:** | BURGLARY OF DWELLING W/ASSAULT OR BATTERY |
| | GRAND THEFT 3RD DEGREE (>$300, <$5,000) |
| | |
| **Division:** | 16 |
| **Attorney:** | Natalia Zofia Scott |
| **Phone:** | (407)836-2192 |
| | |
| **Judge:** | Greg A. Tynan |
| **Location:** | Orange County Courthouse |
| **Courtroom:** | 6D |
| **Trial Period Beginning:** | 05/19/2014 |

Please be informed that I am placing you on standby for the Court's two week trial period commencing 05/19/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Greg A. Tynan in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email.  If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

P003149

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

## Standby Notification

**Officer:**                  Ofc Alfonso T Tejeira   (alfonso.tejeira@CityofOrlando.net)
**Agency Case Number:**       ORPD 13-146382

**Defendant:**                JORGE R. VALLE RAMOS
**Court Case Number:**        48-2013-CF-005146-O
**Charges Filed:**            BURGLARY OF DWELLING W/ASSAULT OR BATTERY
                              GRAND THEFT 3RD DEGREE (>$300, <$5,000)

**Division:**                 16
**Attorney:**                 Natalia Zofia Scott
**Phone:**                    (407)836-2192

**Judge:**                    Greg A. Tynan
**Location:**                 Orange County Courthouse
**Courtroom:**                6D
**Trial Period Beginning:**   05/19/2014

Please be informed that I am placing you on standby for the Court's two week trial period commencing 05/19/2014, for the above specified criminal case.

The prosecuting attorney is Natalia Zofia Scott, and the case will be heard before Judge Greg A. Tynan in Orange County courtroom 6D.

Please confirm your availability to appear, and give testimony by replying to this email.  If you have a scheduling conflict, please also contact us by calling the above listed telephone number.

Thank you, in advance, for your consideration and effort.

**P003150**

IN THE CIRCUIT COURT OF ORANGE COUNTY, STATE OF FLORIDA

THE STATE OF FLORIDA

VS.

JORGE R. VALLE RAMOS

AMENDED
INFORMATION #   48-2013-CF-005146-O

DIVISION - 16

1.   BURGLARY OF DWELLING (F2-L7)

2.   GRAND THEFT THIRD DEGREE (F3-L2)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statute 810.02(3)(b), enter or remain in a dwelling, located in the vicinity of 1625 Little Falls Circle, in the County and State aforesaid, the property of GEORGE GONZALEZ, as owner or custodian thereof, with the intent to commit an offense therein, at a time when the said premises were not open to the public, nor was the defendant licensed or invited to enter or remain.

S.T. 10/15/13

P003151

COUNT TWO

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statute 812.014(2)(c)(1), knowingly obtain or use, or endeavor to obtain or use jewelry or coin collection or knife, of a value of THREE HUNDRED DOLLARS ($300.00) or more, the property of another, to-wit: GEORGE GONZALEZ, as owner or custodian thereof, with the intent to temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or to appropriate the property to the defendant's own use or to the use of a person not entitled thereto.

**This information encompasses the transaction and all charges listed on Complaint Number 48-2013-CF-005146-O. The Orange County Sheriff's Office and the Orange County Corrections Department shall substitute the charge(s) indicated on the information for those on the above cited complaint. The bond(s) shall remain the same as that last set on 48-2013-CF-005146-O.**

**STATE OF FLORIDA**
**COUNTY OF ORANGE**

   Personally appeared before me Natalia Zofia Scott, Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he/she has received testimony under oath from the material witness or witnesses, which if true, would constitute the offense herein, and that he/she institutes the prosecution in good faith.
   The foregoing instrument was acknowledged before me this _____ day of _____, 20_____ by the aforementioned Assistant State Attorney who is personally known to me and who did take said oath.

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By _____
Natalia Zofia Scott
Designated Assistant State Attorney
Florida Bar No. 86237

FB/NS

S.T. 10/15/13

P003152

**AMENDED**
**M E M O R A N D U M**

**CASE NO.    48-2013-CF-005146-O**

Charge(s):    Ct.   1.    BURGLARY OF DWELLING (F2-L7)
                     Statute No.(s) 810.02(3)(b)
                     JIT No. 810.02(3)
              Ct.   2.    GRAND THEFT THIRD DEGREE (F3-L2)
                     Statute No.(s) 812.014(2)(c)(1)
                     JIT No. 812.014(2)(C)(1)-3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUMMONS          CAPIAS                              **IN CUSTODY:**

**CASE NO:**          48-2013-CF-005146-O

**DEFENDANT:**       JORGE R. VALLE RAMOS

**ADDRESS/PHONE:** 1611 Cason Cove Dr / Apt # 622, Orlando, FL 32811  (407)412-1936

**SEX:**    Male       **RACE:**    White          **DOB:**   04/21/1993

**HEIGHT:** 5' 10"     **WEIGHT:**  150 lbs.        **HAIR:** Unknown    **EYES:** Unknown

**SS#:**    ▮▮▮▮▮▮   **DL#:**    Unknown          **ID#:**

**BUSINESS/PHONE:** Unknown

**ADDITIONAL ID:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INVESTIGATION OFFICER:**    Michael D. Stanley, ORPD 13-146382

**Arrest Date:** 04/24/13

**REMARKS:**
_____

**P003153**

## NOTICE OF TRIAL COMMENCEMENT

Please be advised that the below listed case is now commencing for trial.

**ASA:** Natalia Zofia Scott    **Co-Chair:**
**Judge:** Greg A. Tynan    **Division:** 16
**Courtroom:** 6D    **Jury Selection Time:** Now

**Case Number:** 48-2013-CF-005146-O

| CO-DEF | DEFENDANT/CHARGES | DEFENSE ATTORNEY |
|---|---|---|
| | VALLE RAMOS, JORGE R. | Carli  Citraro |
| | BURGLARY OF DWELLING W/ASSAULT OR BATTERY | |
| | GRAND THEFT 3RD DEGREE (>$300, <$5,000) | |

**Notes:**

THIS COULD BE A HIGH PUBLICITY CASE

P003154

## TRIAL COMPLETION NOTIFICATION

Form has been automatically e-mailed to **Frank George**, Trial Unit Director.

**ASA:** **Natalia Zofia Scott**          **Co-Counsel:** **None**

**Defendant:** JORGE R. VALLE RAMOS          **Defense:** Carli Citraro

**Case No.:** 48-2013-CF-005146-O    **Division:** 16    **Judge:** Greg A. Tynan

**Charges:** BURGLARY OF DWELLING W/ASSAULT OR BATTERY
GRAND THEFT 3RD DEGREE (>$300, <$5,000)

1. Total days in trial:      **2**

2. List below any Pretrial Motions filed by State or Defense.
   **Motion in Limine; Motion for Special Jury Instructions**

3. Total number of witnesses who testified:      **8**      Number of LEO's who testified:      **1**
   If no LEO's, please explain why.

4. Did any law enforcement officer fail to appear?  **No**
   If Yes, do you plan on filing a failure to appear with officer's supervisor?
   If you are not planning on filing a failure to appear, why not?

5. Total number of evidence exhibits entered by the State:      **4**

6. Did an expert witness testify?      **No**      If yes, please list their area of expertise below.

7. Were there any issues with witnesses that impeded the trial?    **No**

8. Were there any support staff issues that impeded the trial?      **No**

9. Verdict:  **Guilty as charged**

10. Was/Is defendant eligible for sentencing enhancement (HFO/HVFO/PRR/etc.)?      **no**

11. List sentence given or the sentencing date (if not sentenced):
    **PSI, July 18th sentencing.**

12. Other:  **Defense was misidentification. Defendant broke into victim's home with his friends. Victim came home, gave chase to defendant, lost him, and physically fought with the friends. Everybody got away. No prints or DNA. Eye witness testminoy from victim and a neighbor only. Defendant testified at the end of the day yesterday indicating his hair length at the time of the offense was significantly longer than what witnesses described. I reopened my case this morning and entered in the booking photo.  Shockingly the hair issue was clarified. Jury was out about 3 hours. No priors.**

P003155

STATE OF FLORIDA                    IN THE CIRCUIT COURT OF THE
        Plaintiff,                    NINTH JUDICIAL CIRCUIT, IN AND FOR
                                   ORANGE COUNTY, FLORIDA

vs.                                CASE NO:    48-2013-CF-005146-O

JORGE R. VALLE RAMOS                DIVISION:  16
        Defendant.

**V E R D I C T**
(as to Count 1)

_____    WE, THE JURY, find the Defendant guilty of Burglary of a Dwelling as
            charged in the Information.

_____    WE, THE JURY, find the Defendant guilty of the lesser-included offense of
            Trespass in an Occupied Structure.

_____    WE, THE JURY, find the Defendant guilty of the lesser-included offense of
            Trespass in a Structure.

_____    WE, THE JURY, find the Defendant not guilty.


        SO SAY WE ALL.

        DATED at Orlando, Orange County, Florida, on this _____ day of

_____, 20___.


                                   _____
                                   FOREPERSON


P003156

STATE OF FLORIDA  
        Plaintiff,

vs.

JORGE R. VALLE RAMOS  
        Defendant.

IN THE CIRCUIT COURT OF THE  
NINTH JUDICIAL CIRCUIT, IN AND FOR  
ORANGE COUNTY, FLORIDA

CASE NO:   48-2013-CF-005146-O

DIVISION:  16

**V E R D I C T**  
(as to Count 2)

_____    WE, THE JURY, find the Defendant guilty of Grand Theft Third Degree as charged in the Information.

_____    WE, THE JURY, find the Defendant guilty of the lesser-included offense of Petit Theft of 100 dollars or more.

_____    WE, THE JURY, find the Defendant guilty of the lesser-included offense of Petit Theft.

_____    WE, THE JURY, find the Defendant not guilty.

SO SAY WE ALL.

DATED at Orlando, Orange County, Florida, on this _____ day of

_____, 20___.

_____  
FOREPERSON

P003157

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

               Plaintiff,

vs.

JORGE R. VALLE RAMOS

               Defendant.

_____/

CASE NO:   48-2013-CF-005146-O

DIVISION:   16

### NOTICE OF SUPPLEMENTAL DISCOVERY

COMES NOW, the State of Florida, by and through the undersigned Assistant State Attorney and hereby makes the following information available to the defense and states as follows:

Copy of 5x7 crime scene photos.

Copies of items listed will be provided under separate cover.

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to Carli Citraro, 435 North Orange Avenue, Suite 400, Orlando, FL 32801 by (delivery) (mail) (fax) **(e-mail)** on this 22nd day of May, 2014.

_____

Natalia Zofia Scott
Assistant State Attorney
Florida Bar # 86237
Division16@sao9.org
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

P003158

# Rule 3.992(a) Criminal Punishment Code Scoresheet

| 1. Date of Sentence | 2. Preparer's Name  ☐DC  ☒SAO<br>**Barber, Michael** | 3. County<br>**Orange** | 4. Sentencing Judge<br>**Greg Tynan** | |
|---|---|---|---|---|
| 5. Name (Last, First, M.I.)<br><br>**VALLE RAMOS, JORGE R** | 6. DOB<br>**04/21/1993** | 8. Race<br>☐B  ☒W  ☐Other | 10. Primary Off. Date<br>**04/09/2013** | 12.<br>Plea ☐ |
| | 7. DC# | 9. Gender<br>☒M  ☐F | 11. Primary Docket #<br>**48-2013-CF-005146-O** | Trial ☐ |

**I. PRIMARY OFFENSE:** If Qualifier, please check _____A _____S _____C _____R  (A=Attempt S=Solicitation C=Conspiracy R=Reclassification)

| FEL DEGREE | F.S.# | DESCRIPTION | OFFENSE LEVEL | POINTS |
|---|---|---|---|---|
| **2** | **810.02(1)(B)(1)-4** | **BURGLARY OF DWELLING** | / **7** | / I. **56.0** |

(Level = Pts: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=56, 8=74, 9=92, 10=116)

Prior capital felony triples Primary Offense points ☐

**II. ADDITIONAL OFFENSE(S):**  Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| **48-2013-CF-005146-O** | **3** | **812.014(2)(C)(1)-3** | **2** | ☐☐☐☐ | **1** | X **1.2** | = **1.2** |

Description: __**GRAND THEFT 3RD DEGREE (>$300, <$5,000)**_____

| | | | | ☐☐☐☐ | | X | = |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | | X | = |
|---|---|---|---|---|---|---|---|

Description: _____

(Level = Pts: M=0.2, 1=0.7, 2=1.2, 3=2.4, 4=3.6, 5=5.4, 6=18, 7=28, 8=37, 9=46, 10=58)       Supplemental page points **0.0**

Prior capital felony triples Additional Offense points ☐                                    II. **1.2**

**III. VICTIM INJURY:**

|  | Number | Total | |  | Number | Total |
|---|---|---|---|---|---|---|
| 2nd Degree Murder  240 X | **0** | = **0** | | Slight  4 X | **0** | = **0** |
| Death  120 X | **0** | = **0** | | Sex Penetration  80 X | **0** | = **0** |
| Severe  40 X | **0** | = **0** | | Sex Contact  40 X | **0** | = **0** |
| Moderate  18 X | **0** | = **0** | | | | III. **0.0** |

**IV. PRIOR RECORD:** Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | ☐☐☐☐ | | X | = |

Description: _____

| | | | | ☐☐☐☐ | | X | = |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | | X | = |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | | X | = |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | | X | = |
|---|---|---|---|---|---|---|---|

Description: _____

| | | | | ☐☐☐☐ | | X | = |
|---|---|---|---|---|---|---|---|

Description: _____

(Level = Pts: M=0.2, 1=0.5, 2=0.8, 3=1.6, 4=2.4, 5=3.6, 6=9, 7=14, 8=19, 9=23, 10=29)       Supplemental page points **0.0**

IV. **0.0**

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003159

## Rule 3.992(a) Criminal Punishment Code Scoresheet

| | |
|---|---|
| **VALLE RAMOS, JORGE R** | **48-2013-CF-005146-O** |

**V. LEGAL STATUS VIOLATION =** ☐ 4 Points                                              **V.** __0.0__

☐ Escape   ☐ Fleeing   ☐ Failure to Appear   ☐ Supersedeas Bond   ☐ Incarceration   ☐ Pretrial Intervention or Diversion Program

☐ Court Imposed or Post Prison Release Community supervision resulting in Conviction

**VI. Community Sanction Violation before the court for sentencing**            # of violations            sub-total            **VI.** __0.0__

☐ Probation   ☐ Community Control   ☐ Pretrial Intervention or Diversion

| | # of violations | | sub-total |
|---|---|---|---|
| ☐ 6 points for any violation other than new felony conviction x each successive violation OR | 0 | = | 0 |
| ☐ New Felony Conviction = 12 pts x each successive violation if new offense results in conviction before or at same time as sentence for violation of probation OR | 0 | = | 0 |
| ☐ 12 Pts X each such successive violation for a violent felony offender of special concern when the violation is not based on failure to pay costs, fines or restitution OR | 0 | = | 0 |
| ☐ New Felony Conviction = 24 Pts X each such successive violation for a violent felony offender of special concern if new offense results in a conviction before or at the same time for violation of probabtion | 0 | = | 0 |

**VII. Firearm/Semi-Automatic or Machine Gun =**   ☐ 18 Points OR   ☐ 25 Points                **VII.** __0.0__

**VIII. Prior Serious Felony =**   ☐ 30 Points                                              **VIII.** __0.0__

                                                                                          **Subtotal Sentence Points** __57.2__

**IX. Enhancements** (only if the primary offense qualifies for enhancement)

| Law Enforcement Protection | Drug Trafficker | Motor Vehicle Theft | Crimnal Gang Offense | Domestic Violence in the Presence of Related Child (Offenses committed on or after 03/12/07) |
|---|---|---|---|---|
| ☐ x 1.5  ☐ x 2.0  ☐ x 2.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 |

                                              **Enhanced Subtotal Sentence Points IX.** __0.0__

                                              **TOTAL SENTENCE POINTS** __57.2__

## SENTENCE COMPUTATION

If total sentence points are less than or equal to 44, the lowest permissible sentence is any non-state prison sanction.  If the total sentence points are 22 points or less, see Section 775.082(10), Florida Statutes, to determine if the court must sentence the offender to a non-state prison sanction.

If total sentence points are greater than 44:

__57.2__ minus 28 = __29.2__ x .75 = __21.9__

total sentence points                                      lowest permissible prison sentence in months

If total sentence points are 60 points or less and court makes findings pursuant to both Florida Statutes 948.20 and 397.334(3), the court may place the defendant into a treatment-based drug court program.

The maximum sentence is up to the statutory maximum for the primary and any additional offenses as provided in s. 775.082, F.S., unless the lowest permissible sentence under the Code exceeds the statutory maximum.  Such sentences may be imposed concurrently or consecutively.  If total sentence points are greater than or equal to 363, a life sentence may be imposed.

__20 Years__
maximum sentence in years

## TOTAL SENTENCE IMPOSED

| | | Years | Months | Days |
|---|---|---|---|---|
| ☐ State Prison | ☐ Life | _____ | _____ | _____ |
| ☐ County Jail | ☐ Time Served | _____ | _____ | _____ |
| ☐ Community Control | | _____ | _____ | _____ |
| ☐ Probation | ☐ Modified | _____ | _____ | _____ |

Please check if sentenced as  ☐ habitual offender,      ☐ habitual violent offender,      ☐ violent career criminal,
☐ Prison Release Reoffender,      or a      ☐ mandatory minimum applies.

☐ Mitigated Departure   ☐ Plea Bargain   ☐ Prison Diversion Program

Other Reason: _____

| | |
|---|---|
| **JUDGE'S SIGNATURE** | _____ |

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003160

| Name (Last, First, M.I.) | Docket # | Date of Sentence |
|---|---|---|
| **VALLE RAMOS, JORGE R** | **48-2013-CF-005146-O** | |

## REASONS FOR DEPARTURE - MITIGATING CIRCUMSTANCES

(reasons may be checked here or written on the scoresheet)

☐ Legitimate, uncoerced plea bargain.

☐ The Defendant was an accomplice to the offense and was a relatively minor participant in the criminal conduct.

☐ The capacity of the defendant to appreciate the criminal nature of the conduct or to conform that conduct to the requirements of the law was substantially impaired.

☐ The defendant requires specialized treatment for a mental disorder that is unrelated to substance abuse or addiction, or for a physical disability, and the defendant is amenable to treatment.

☐ The need for payment of restitution to the victim outweighs the need for a prison sentence.

☐ The victim was an initiator, willing participant, aggressor, or provoker of the incident.

☐ The defendant acted under extreme duress or under the domination of another person.

☐ Before the identity of the defendant was determined, the victim was substantially compensated.

☐ The defendant cooperated with the State to resolve the current offense or any other offense.

☐ The offense was committed in an unsophisticated manner and was isolated incident for which the defendant has shown remorse.

☐ At the time of the offense the defendant was too young to appreciate the consequences of the offense.

☐ The defendant is to be sentenced as a youthful offender.

Pursuant to 921.0026(3) the defendant's substance abuse or addiction does not justify a downward departure from the lowest possible sentence, except for provisions of s.921.0026(2)(m).

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

**P003161**

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA**

STATE OF FLORIDA

vs.

JORGE R. VALLE RAMOS

_____/

CASE NUMBER:  48-2013-CF-005146-O

DIVISION: __16_____

## Restitution and DNA Order

    This Cause, having come on to be heard, as required by law, regarding restitution, if any, the Defendant should be required to make pursuant to Sec. 775.089, Florida Statutes. Sections 775.089(5) and (10), Florida Statutes, provide that "an order of restitution may be enforced by the State or a victim named in the order in the same manner as a judgement in a civil action", and that default in payment of restitution may be collected by any means authorized by law for enforcement of a judgement.  Therefore it is

    **ORDERED AND ADJUDGED** as follows:

1. ☐ Restitution is not ordered, as it is not applicable.

2. ☐ Restitution is not ordered, due to the financial resources of the Defendant.

3. ☐ Restitution is ordered at this time, however, additional information is needed from the victim.  The Court retains jurisdiction to determine the correct amount of restitution at a later date.

4. ☐ Based either upon the preponderance of the evidence presented or the victim's claim and the Defendant's agreement, this Court finds that Defendant's offense directly, or indirectly, caused damage or loss to the victim. The Defendant shall pay to the victim, _____ (address listed below) as restitution the sum of $_____.

5. ☒ This defendant shall provide DNA samples as required by Florida Statute 943.325.

    DONE AND ORDERED in Chambers, at Orlando, ORANGE County, Florida this _____ day of

_____, 20_____

_____
**CIRCUIT JUDGE**

## NAME AND ADDRESS OF VICTIM

    As required by Florida Statute 944.605, the State Attorney hereby provides the Sheriff with the name and latest address of the victim to be delivered to the Department of Corrections (DOC) with other documents required by Florida Statute 944.17. Unless otherwise requested by the victim or the personal representative of the victim, the DOC will notify the victim or personal representative of the victim within six months before the inmate's release.

Victim's Name: George  Gonzalez

Victim's Address: 1625 Little Falls Cir Orlando, FL 328074240

☐ There is no identifiable victim in this case, other than the State of Florida
☐ This information is not available

Copies To:
     Probation Department:
     Office of the State Attorney
     Defense Counsel
     Defendant
     Victim (via State Attorney)

_____
Natalia Zofia Scott
Assistant State Attorney, Florida Bar Number: 86237
P.O. Box 1673
Orlando, FL 32801
Telephone: (407) 836-2192

**P003162**

May 21, 2014


    RE:   State of Florida vs. JORGE R. VALLE RAMOS
            Case No.:  48-2013-CF-005146-O

Dear Employer,

This letter is to inform you that your employee, **Bethany Szewczyk**, has been assisting us in the prosecution of a very important case.  His/Her absence from work on May 21, 2014 is due to his/her required appearance at the State Attorney's Office. His/Her attendance is absolutely necessary, in order to go forward with the case.

We appreciate your cooperation in this matter and I hope that Bethany Szewczyk will not be penalized for his/her absence.  We are grateful to you for providing this important service and welcome a call if you have any questions.

Sincerely,


Julia Perez
Legal Assistant to:
Natalia Zofia Scott, Assistant State Attorney
(407)836-2192
Division:  16


<span style="color:red">**P003163**</span>

May 21, 2014


   RE:   State of Florida vs. JORGE R. VALLE RAMOS
         Case No.:  48-2013-CF-005146-O

Dear Employer,

This letter is to inform you that your employee, **Bethany Szewczyk**, has been assisting us in the prosecution of a very important case.  His/Her absence from work on May 21, 2014 is due to his/her required appearance at the State Attorney's Office. His/Her attendance is absolutely necessary, in order to go forward with the case.

We appreciate your cooperation in this matter and I hope that Bethany Szewczyk will not be penalized for his/her absence.  We are grateful to you for providing this important service and welcome a call if you have any questions.

Sincerely,



Julia Perez
Legal Assistant to:
Natalia Zofia Scott, Assistant State Attorney
(407)836-2192
Division:  16


P003164



CF13005146O - - <u>Div</u>. 16

George Gonzalez
1625 Little Falls Cir
Orlando, FL  32807-4240

P003165

June 2, 2014


George Gonzalez
1625 Little Falls Cir
Orlando, FL  32807-4240

   Re:    State of Florida vs. JORGE R. VALLE RAMOS
          Case Number: 48-2013-CF-005146-O

Dear George Gonzalez,

I am the prosecuting attorney in this case.  On May 22, 2014, the above named defendant either entered a plea to or was found guilty of the charges in this case.  The sentencing hearing is scheduled for July 18, 2014 at 8:30 AM, in Courtroom 6D of the Orange County Courthouse at 425 N Orange Ave, Orlando, FL 32801-1515.

You have the absolute right to be present and speak at that hearing.  You also have the right to write a letter to the judge informing him of what impact this crime has had upon your life and what sentence you believe that the defendant should receive.

In addition, you have the right to have the Court order that the defendant, pay restitution to you for any loss caused directly or indirectly by his criminal conduct.  In order to receive restitution, however, you must provide me with a written list of items stolen, destroyed, damaged, etc., and copies of documents such as hospital bills, receipts, cancelled checks, bills, etc. All of this material must be provided to me before the sentencing date.

If an insurance company reimbursed you for part of your losses or damages please provide us written documentation with the name of the insurance company, amount paid to you and claim number so that we may get restitution ordered for them.

I will be waiting to hear from you concerning restitution.  Thank you for your cooperation in this matter.

Sincerely,


Natalia Zofia Scott
Assistant State Attorney
(407)836-2192

P003166

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA,                            CASE NO:    48-2013-CF-005146-O

        Plaintiff,                            DIVISION:    16

vs.

JORGE R. VALLE RAMOS,

        Defendant.
_____/

## **A F F I D A V I T**

Before me, the undersigned Notary Public, personally appeared George Gonzalez (person suffering loss), who being first duly sworn says as follows:

I suffered a loss of property, money or time by the actions of the above Defendant.  For stolen and unrecovered property, please provide <u>fair market value</u>.
The monetary loss I suffered was:

_____

_____

_____

_____

I have ___ have not ___ attached estimates of loss or appraisals on lost or damaged property, medical bills and proof of lost wages.

I have ___ have not ___ been compensated by an insurance company.

Name and address of insurance company:

_____

_____

Amount I was compensated: _____.
Policy Number _____. Claim Number _____.

                _____
                (Signature)

Sworn to and subscribed before me
this _____ day of _____, 20_____.

_____
(Notary Public)
My Commission Expires:

P003167

June 2, 2014


George Gonzalez
1625 Little Falls Cir
Orlando, FL  32807-4240


  Re:  State of Florida vs. JORGE R. VALLE RAMOS
       Case Number: 48-2013-CF-005146-O

Dear George Gonzalez,

I am the prosecuting attorney in this case.  On May 22, 2014, the above named defendant either entered a plea to or was found guilty of the charges in this case.  The sentencing hearing is scheduled for July 18, 2014 at 8:30 AM, in Courtroom 6D of the Orange County Courthouse at 425 N Orange Ave, Orlando, FL 32801-1515.

You have the absolute right to be present and speak at that hearing.  You also have the right to write a letter to the judge informing him of what impact this crime has had upon your life and what sentence you believe that the defendant should receive.

In addition, you have the right to have the Court order that the defendant, pay restitution to you for any loss caused directly or indirectly by his criminal conduct.  In order to receive restitution, however, you must provide me with a written list of items stolen, destroyed, damaged, etc., and copies of documents such as hospital bills, receipts, cancelled checks, bills, etc. All of this material must be provided to me before the sentencing date.

If an insurance company reimbursed you for part of your losses or damages please provide us written documentation with the name of the insurance company, amount paid to you and claim number so that we may get restitution ordered for them.

I will be waiting to hear from you concerning restitution.  Thank you for your cooperation in this matter.


Sincerely,



Natalia Zofia Scott
Assistant State Attorney
(407)836-2192


P003168

## CASE PROGRESS SHEET - Page 2

Our File Number:  48-2013-CF-005146-O                    **DIVISION**:  16

**DEFENDANT**:  JORGE R. VALLE RAMOS

| DATE | ACTION TAKEN | ASA |
|------|-------------|-----|
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |
|      |             |     |

**NOTES**

P003169

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

                Plaintiff,

vs.

JORGE R. VALLE RAMOS

                Defendant.

_____/

CASE NO:   48-2013-CF-005146-O

DIVISION:   16

## NOTICE OF SUPPLEMENTAL DISCOVERY

COMES NOW, the State of Florida, by and through the undersigned Assistant State Attorney and hereby makes the following information available to the defense and states as follows:

Restitution Affidavit with Attached Invoices.

Copies of items listed will be provided under separate cover.

I DO CERTIFY that a copy (copies) hereof (has) (have) been furnished to ,    by (delivery) (mail) (fax) **(e-mail)** on this 16th day of July, 2014.

Kenneth D. Lewis
Assistant State Attorney
Florida Bar # 969648
Division16@sao9.org
PO Box 1673, 415 N Orange Ave
Suite 400
Orlando, FL 32802-1673
(407)836-2192

P003170

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

**FINAL DISPOSITION REPORT SUMMARY FORM**

July 18, 2014

LO - Stanley, Michael D. (ORPD 14767), Orlando Police Department,
　　michael.stanley@CityofOrlando.net - Emailed
VT - Gonzalez, George, 1625 Little Falls Cir, Orlando, FL  32807-4240 - Printed

RE: STATE VS. JORGE R. VALLE RAMOS

COURT CASE NO:　48-2013-CF-005146-O
AGENCY NO:　　ORPD  13-146382
DATE OF OFFENSE: 04/09/2013

CHARGES:　BURGLARY OF DWELLING W/ASSAULT OR BATTERY
　　　　　　GRAND THEFT 3RD DEGREE (>$300, <$5,000)

The above-referenced case was disposed of on May 22, 2014 as follows:

　　　BURGLARY OF DWELLING W/ASSAULT OR BATTERY - Jury Found Guilty
　　　GRAND THEFT 3RD DEGREE (>$300, <$5,000) - Jury Found Guilty

The Defendant was sentenced on July 18, 2014 as follows:

Ct. 1 -　Adjudicated Guilty
　　　　　30 Months Department of Corrections
　　　　　5 Years Supervised Probation
　　　　　200 Hours Alternative Community Service
　　　　　Impulse Control Seminar
　　　　　$8,850.00 Restitution Ordered to Victim
　　　　　Court Costs
Ct. 2 -　Adjudicated Guilty
　　　　　30 Months Department of Corrections Sentence Concurrent with Count 1

　REMARKS:　_____

　　　　　　　_____

Property placed in evidence is usually held until all appeals have been resolved.  If you have property in the custody of the Court Clerk, which was used in evidence at a trial or hearing, contact the Assistant State Attorney for its return.  If you have property in the custody of a law enforcement agency, contact the officer in charge of the investigation, and make reference to the agency case number shown above.

　　　　　　　　　　　　　　　Jeffrey L. Ashton, State Attorney
　　　　　　　　　　　　　　　Ninth Judicial Circuit


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Kenneth D. Lewis
　　　　　　　　　　　　　　　Assistant State Attorney
　　　　　　　　　　　　　　　(407)836-2192,  Division  16

**P003171**

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

**FINAL DISPOSITION REPORT FORM**

July 18, 2014

George Gonzalez
1625 Little Falls Cir
Orlando, FL  32807-4240

COURT CASE NO:    48-2013-CF-005146-O
RE: STATE VS. JORGE R. VALLE RAMOS    AGENCY NO:    ORPD  13-146382
DATE OF OFFENSE:  04/09/2013

CHARGES:    BURGLARY OF DWELLING W/ASSAULT OR BATTERY
GRAND THEFT 3RD DEGREE (>$300, <$5,000)

The above-referenced case was disposed of on May 22, 2014 as follows:

BURGLARY OF DWELLING W/ASSAULT OR BATTERY - Jury Found Guilty
GRAND THEFT 3RD DEGREE (>$300, <$5,000) - Jury Found Guilty

The Defendant was sentenced on July 18, 2014 as follows:

Ct. 1 -    Adjudicated Guilty
30 Months Department of Corrections
5 Years Supervised Probation
200 Hours Alternative Community Service
Impulse Control Seminar
$8,850.00 Restitution Ordered to Victim
Court Costs
Ct. 2 -    Adjudicated Guilty
30 Months Department of Corrections Sentence Concurrent with Count 1

REMARKS:    _____

_____

Property placed in evidence is usually held until all appeals have been resolved.  If you have property in the custody of the Court Clerk, which was used in evidence at a trial or hearing, contact the Assistant State Attorney for its return.  If you have property in the custody of a law enforcement agency, contact the officer in charge of the investigation, and make reference to the agency case number shown above.

Jeffrey L. Ashton, State Attorney
Ninth Judicial Circuit

Kenneth D. Lewis
Assistant State Attorney
(407)836-2192,  Division  16

**P003172**

ORPD 13-146382

OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

**FINAL DISPOSITION REPORT FORM**

July 18, 2014

Michael D. Stanley
Orlando Police Department
PO Box 913
100 S Hughey Ave
Orlando, FL  32802-0913

|  |  |  |
|---|---|---|
|  | COURT CASE NO: | 48-2013-CF-005146-O |
| RE: STATE VS. JORGE R. VALLE RAMOS | AGENCY NO: | ORPD  13-146382 |
|  | DATE OF OFFENSE: | 04/09/2013 |

CHARGES:    BURGLARY OF DWELLING W/ASSAULT OR BATTERY
            GRAND THEFT 3RD DEGREE (>$300, <$5,000)

The above-referenced case was disposed of on May 22, 2014 as follows:

BURGLARY OF DWELLING W/ASSAULT OR BATTERY - Jury Found Guilty
GRAND THEFT 3RD DEGREE (>$300, <$5,000) - Jury Found Guilty

The Defendant was sentenced on July 18, 2014 as follows:

Ct. 1 -   Adjudicated Guilty
          30 Months Department of Corrections
          5 Years Supervised Probation
          200 Hours Alternative Community Service
          Impulse Control Seminar
          $8,850.00 Restitution Ordered to Victim
          Court Costs
Ct. 2 -   Adjudicated Guilty
          30 Months Department of Corrections Sentence Concurrent with Count 1

REMARKS:    _____

            _____

Property placed in evidence is usually held until all appeals have been resolved.  If you have property in the custody of the Court Clerk, which was used in evidence at a trial or hearing, contact the Assistant State Attorney for its return.  If you have property in the custody of a law enforcement agency, contact the officer in charge of the investigation, and make reference to the agency case number shown above.

Motor Vehicle used during commission?          Jeffrey L. Ashton, State Attorney
                                               Ninth Judicial Circuit

  ISSUE CITATION    ____  ____
                    yes   no          Kenneth D. Lewis
                                      Assistant State Attorney
                                      (407)836-2192,  Division  16

**P003173**

## CASE PROGRESS SHEET

Case Number: 48-2013-CF-005146-O                                    Division 16

Defendant:    **JORGE R. VALLE RAMOS,**  W/M,  DOB: 04/21/1993

Charge(s):    1.  BURGLARY OF DWELLING ~~(F2-L7)~~ w/an assault or battery (F1)
              2.  GRAND THEFT THIRD DEGREE (F3-L2)

Arrested: 04/24/13                                    Speedy Trial: 10/15/13

Defense Attorney: PD                                 Phone Number:

☒ Discovery Scanned & Uploaded: _____ / _____    ☐ Discovery Sent: _____ / _____

| DATE | ACTION TAKEN | ASA |
|---|---|---|
| 5/24/13 | No Disc Demand | SB |
| 5/28/13 | Assign to Jenny. | SB |
| 6/18/13 | Arr: PDA.  Δ PNG | MB |
| | PTC- 9/4/13 ✓  Trl- 9/16/13 ✓ | |
| 8/20/13 | Workup! ①WList ②Subpoena ③M. letter ④Auth Δ disco Notice ⑤ Demand alibi ⑥ Task LEO to do photo lineup of 2 civilian witnesses ✓  ⑦ Task for CST report. File amended information | MB |
| | offer = 51 weeks OCJ f/b 3yrs S/P, must give sworn statement ID'ng other suspects & testify truthfully in court. | |
| 8/20/13 | W/up complete | SB |
| 8/23/13 | Sent tasking for recorded interview. | SB |
| 8/29/13 | Vt Bloom called- can't ID Δ. Did not get a look @ any of the suspects faces. Says she has seen Δ back in the complex near the V's condo. | MB |
| | -Conveyed offer | MB |

Victim Name and Address:

_____

_____

_____

Restitution Amount

SENTENCING CHECKLIST
[  ] Discussed Plea with Victim
[  ] Scoresheet Filed
[  ] Victim Address Form Filed
[  ] Restitution Order Filed
[  ] Nolle Prosequi Filed
[  ] Juv. Receipt/Dispo. Filed

5/20

P003174



**CASE PROGRESS SHEET** - Page 2

Case Number: **48-2013-CF-005146-O**                                      Division 16

Defendant:   **JORGE R. VALLE RAMOS**, W/M, DOB: 04/21/1993

| DATE | ACTION TAKEN | ASA |
|------|-------------|-----|
| 8/29/13 | Investigative request - need to see if neighbor @ 1716 Lafayette Ct. Orlando, 32807 can ID △. W/ns Bloom may have called & said she saw △ + co-△s arrive @ scene. Need a statement. | MB |
| 9/16/13 | Amended information done and closed. △ MTL g, WST (△ie wanted 2 dockets will for PTC = 11/13/13 preparation) I = 12/2/13 | RH |
| 10/4/13 | Issued ℗ SUVQ. | ℗ |
| 10/11/13 | Spoke to VT @ depos - wants max. This D is not the one who punched him, though Ws gave very different accounts → could not call both @ trl | RG |
| 11/5/13 | Sent PTC off: AIG, 5 wks, CC, COP, COI, Rst-Plan to bring dwell | RG |
| 11/13/13 | PTC: PD said she just filed a notice of alibi, so I moved to continue to get alibi info. SFPTC 1/22/14 T 2/3/14 - sub Ws | RST |
| 1/14/14 | E-mailed PD to coordinate depo of DW Bloom. | ℗ |
| 4/8/14 | Realized CSI tech never put on ⓦ list. Emailed Julia to do amended & subpoena. Emailed CSI tech re: coming in w/ no subpoena + follow up re: 5 latent prints. | NJ |

**Notes:**

On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home. The suspect ran out the back door. VT attempted to chase the suspect but he got away. VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene. W/Bloom observed three (3) males running from her neighbor's house to their car and left the area. W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area. LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects. The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings. VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
*Photos, photo line-up and Criminal info. Bulletin are attached.

                                                            Frances Blair

P003175

RG

6/20/14 - Post-trial bond hearing: Denied
New trial motion 7/17/14
Sentencing 7/18/14

P003176

**CASE PROGRESS SHEET** - Page 3

Case Number: **48-2013-CF-005146-O**                                   Division 16

Defendant:    **JORGE R. VALLE RAMOS**, W/M, DOB: 04/21/1993

| DATE | ACTION TAKEN | ASA |
|------|-------------|-----|
| 4/29/14 | 5-Day Calendar call. Dse filed Demand. PTC 5/7, TRL 5/19. Pls resubpoena all. | NS |
| 5/21/14 | Trial: panel sworn. State wit: George Gonzalez, Bethany Szewczyk, Mike Stanley, Chantel Styer. State rested. Dse case: D & friend. Lots of testimony re: length of D's hair - "looked like Tarzan." Contacted Det Stanley after court for booking photo. LEO who arrested/booked | NS |
| 5/22/14 | D is retired. Called corrections to get custodian of records to testify. Dse recalled D about hair issue. Charlene Bloom too. Dse rest. JOA denied previously. State Rebuttal case: Joy Morelly from BCC. State rested. JOA denied again. Deliberations - out at 12:20. Portion of jury instructions omitted by judge unintentionally - jury brought back in to read additional language - sent back. Jury verdict: Ct. 1 - Guilty as charged Ct. 2 - Guilty as charged PSI Sentencing 7/18 830am 6D D remanded pending sentencing Pls send ltr to Ⓥ w/ sentencing date, time & courtroom. | NS |

7/17/14 - Motion for New trial Denied

P003177

## CASE PROGRESS SHEET - Page 2

Our File Number:  48-2013-CF-005146-O

**DIVISION**:  16

**DEFENDANT**:  JORGE R. VALLE RAMOS

| DATE | ACTION TAKEN | ASA |
|------|-------------|-----|
| 7/17/14 | LM to victim re restitue | |
| | Adj courts 1, 2 | |
| | ct, 30 months DOC | KL |
| | + 5 years of probation | |
| | 200 cwss | |
| | impulse control | |
| | 8,850 restitut* | |
| | | |
| 9/30/14 | Motion for Pretrial Release | JMK |
| | - judge to take under advisement and | |
| | to issue a written finding | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTES**

P003178

## CASE PROGRESS SHEET - Page 2

Our File Number: 48-2013-CF-005146-O                    **DIVISION**: 16

**DEFENDANT**: JORGE R. VALLE RAMOS

| DATE | ACTION TAKEN | ASA |
|------|--------------|-----|
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |

**NOTES**

**P003179**

## CASE PROGRESS SHEET - Page 2

Our File Number: 48-2013-CF-005146-O                 **DIVISION**: 16

**DEFENDANT**:  JORGE R. VALLE RAMOS

| DATE | ACTION TAKEN | ASA |
|------|--------------|-----|
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |
|      |              |     |

**NOTES**

**P003180**

IN THE CIRCUIT COURT OF ORANGE COUNTY, STATE OF FLORIDA

THE STATE OF FLORIDA

VS.

JORGE R. VALLE RAMOS

INFORMATION #   48-2013-CF-005146-O

DIVISION - 16

1.   BURGLARY OF DWELLING (F2-L7)

2.   GRAND THEFT THIRD DEGREE (F3-L2)

---

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statutes 810.02(1)(b)1. and 810.02(3)(b), enter into a dwelling, located in the vicinity of 1625 Little Falls Circle, in the County and State aforesaid, the property of GEORGE GONZALEZ, as owner or custodian thereof, with the intent to commit an offense therein, at a time when the said premises were not open to the public, nor was the defendant licensed or invited to enter.

Page 1 of 2                                                                    S.T. 10/15/13

P003181

## COUNT TWO

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statute 812.014(2)(c)(1), knowingly obtain or use, or endeavor to obtain or use jewelry or coin collection or knife, of a value of THREE HUNDRED DOLLARS ($300.00) or more, the property of another, to-wit: GEORGE GONZALEZ, as owner or custodian thereof, with the intent to temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or to appropriate the property to the defendant's own use or to the use of a person not entitled thereto.

This information encompasses the transaction and all charges listed on Complaint Number 48-2013-CF-005146-O. The Orange County Sheriff's Office and the Orange County Corrections Department shall substitute the charge(s) indicated on the information for those on the above cited complaint. The bond(s) shall remain the same as that last set on 48-2013-CF-005146-O.

STATE OF FLORIDA
COUNTY OF ORANGE

Personally appeared before me Steve Kerestes, Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he/she has received testimony under oath from the material witness or witnesses, which if true, would constitute the offense herein, and that he/she institutes the prosecution in good faith.

The foregoing instrument was acknowledged before me this _____ day of _____, 20_____ by the aforementioned Assistant State Attorney who is personally known to me and who did take said oath.

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By _____
Steve Kerestes
Designated Assistant State Attorney
Florida Bar No. 26305

FB/SK

S.T. 10/15/13

P003182

## MEMORANDUM

CASE NO.   48-2013-CF-005146-O

Charge(s):     Ct.  1.   BURGLARY OF DWELLING (F2-L7)
                         Statute No.(s) 810.02(1)(b)1., 810.02(3)(b)
                         JIT No. 810.02(1)(B)(1)-4
               Ct.  2.   GRAND THEFT THIRD DEGREE (F3-L2)
                         Statute No.(s) 812.014(2)(c)(1)
                         JIT No. 812.014(2)(C)(1)-3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUMMONS          CAPIAS                          IN CUSTODY:

CASE NO:         48-2013-CF-005146-O

DEFENDANT:       JORGE R. VALLE RAMOS

ADDRESS/PHONE:  1611 Cason Cove Dr / Apt # 622, Orlando, FL 32811  (407)412-1936

SEX:    Male        RACE:    White            DOB:  04/21/1993

HEIGHT: 5' 10"      WEIGHT:  150 lbs.          HAIR: Unknown    EYES: Unknown

SS#:    ██████      DL#:     Unknown           ID#:

BUSINESS/PHONE: Unknown

ADDITIONAL ID:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INVESTIGATION OFFICER:    Michael D. Stanley, ORPD 13-146382

**Arrest Date:** 04/24/13

REMARKS:

P003183

IN THE CIRCUIT COURT OF ORANGE COUNTY, STATE OF FLORIDA

MB99

THE STATE OF FLORIDA

VS.

JORGE R. VALLE RAMOS

AMENDED
INFORMATION #   48-2013-CF-005146-O

DIVISION - 16

1.   BURGLARY OF A DWELLING WITH AN
ASSAULT OR A BATTERY (F1 pbl-L8)

2.   GRAND THEFT THIRD DEGREE (F3-L2)

09/16/13

PT Box

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statutes 810.02(1)(b)1. and 810.02(2)(a), enter into a dwelling, located in the vicinity of 1625 Little Falls Circle, in the County and State aforesaid, the property of GEORGE GONZALEZ, as owner or custodian thereof, with the intent to commit an offense therein, at a time when the said premises were not open to the public, nor was the defendant licensed or invited to enter, and in the course of committing said offense, JORGE R. VALLE RAMOS did make an assault or battery upon GEORGE GONZALEZ.

2013 AUG 21 PM 3:01
CRIMINAL DIVISION
FILED IN OFFICE

S.T. 10/15/13

P003184

## COUNT TWO

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statute 812.014(2)(c)(1), knowingly obtain or use, or endeavor to obtain or use jewelry or coin collection or knife, of a value of THREE HUNDRED DOLLARS ($300.00) or more, the property of another, to-wit: GEORGE GONZALEZ, as owner or custodian thereof, with the intent to temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or to appropriate the property to the defendant's own use or to the use of a person not entitled thereto.

This information encompasses the transaction and all charges listed on Complaint Number 48-2013-CF-005146-O. The Orange County Sheriff's Office and the Orange County Corrections Department shall substitute the charge(s) indicated on the information for those on the above cited complaint. The bond(s) shall remain the same as that last set on 48-2013-CF-005146-O.

STATE OF FLORIDA
COUNTY OF ORANGE

  Personally appeared before me Michael David Barber, Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he/she has received testimony under oath from the material witness or witnesses, which if true, would constitute the offense herein, and that he/she institutes the prosecution in good faith.
  The foregoing instrument was acknowledged before me this _____ day of _____, 20_____ by the aforementioned Assistant State Attorney who is personally known to me and who did take said oath.

_____

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By _____
Michael David Barber
Designated Assistant State Attorney
Florida Bar No. 92252

FB/MB

S.T. 10/15/13

P003185

**AMENDED
MEMORANDUM**

**CASE NO.    48-2013-CF-005146-O**

Charge(s):    Ct.  1.    BURGLARY OF A DWELLING WITH AN ASSAULT OR A BATTERY (F1
pbl-L8)
Statute No.(s) 810.02(1)(b)1., 810.02(2)(a)
JIT No. 810.02(1)(B)(1)-9
Ct.  2.    GRAND THEFT THIRD DEGREE (F3-L2)
Statute No.(s) 812.014(2)(c)(1)
JIT No. 812.014(2)(C)(1)-3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUMMONS          CAPIAS                              IN CUSTODY:

**CASE NO:**          48-2013-CF-005146-O

**DEFENDANT:**      JORGE R. VALLE RAMOS

**ADDRESS/PHONE:** 1611 Cason Cove Dr / Apt # 622, Orlando, FL 32811  (407)412-1936

**SEX:**    Male          **RACE:**    White          **DOB:**  04/21/1993

**HEIGHT:** 5' 10"        **WEIGHT:** 150 lbs.          **HAIR:** Unknown    **EYES:** Unknown

**SS#:**    ███████      **DL#:**    Unknown          **ID#:**

**BUSINESS/PHONE:** Unknown

**ADDITIONAL ID:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INVESTIGATION OFFICER:**    Michael D. Stanley, ORPD 13-146382

**Arrest Date:** 04/24/13

**REMARKS:**

**P003186**

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                         CASE NUMBER: 48-2013-CF-005146-O
vs.                                      DIVISION: 16

JORGE R. VALLE RAMOS

_____/

### Restitution and DNA Order

This Cause, having come on to be heard, as required by law, regarding restitution, if any, the Defendant should be required to make pursuant to Sec. 775.089, Florida Statutes. Sections 775.089(5) and (10), Florida Statutes, provide that "an order of restitution may be enforced by the State or a victim named in the order in the same manner as a judgement in a civil action", and that default in payment of restitution may be collected by any means authorized by law for enforcement of a judgement. Therefore it is

**ORDERED AND ADJUDGED** as follows:

1. ☐ Restitution is not ordered, as it is not applicable.

2. ☐ Restitution is not ordered, due to the financial resources of the Defendant.

3. ☐ Restitution is ordered at this time, however, additional information is needed from the victim. The Court retains jurisdiction to determine the correct amount of restitution at a later date.

4. ☐ Based either upon the preponderance of the evidence presented or the victim's claim and the Defendant's agreement, this Court finds that Defendant's offense directly, or indirectly, caused damage or loss to the victim. The Defendant shall pay to the victim, _____ (address listed below) as restitution the sum of $_____.

5. ☒ This defendant shall provide DNA samples as required by Florida Statute 943.325.

DONE AND ORDERED in Chambers, at Orlando, ORANGE County, Florida this _____ day of

_____, 20_____

_____
**CIRCUIT JUDGE**

### NAME AND ADDRESS OF VICTIM

As required by Florida Statute 944.605, the State Attorney hereby provides the Sheriff with the name and latest address of the victim to be delivered to the Department of Corrections (DOC) with other documents required by Florida Statute 944.17. Unless otherwise requested by the victim or the personal representative of the victim, the DOC will notify the victim or personal representative of the victim within six months before the inmate's release.

Victim's Name:   George  Gonzalez

Victim's Address: 1625 Little Falls Cir Orlando, FL 328074240

☐ There is no identifiable victim in this case, other than the State of Florida

☐ This information is not available

Copies To:
      Probation Department:
      Office of the State Attorney
      Defense Counsel
      Defendant
      Victim (via State Attorney)

Natalia Zofia Scott
Assistant State Attorney, Florida Bar Number: 86237
P.O. Box 1673
Orlando, FL 32801
Telephone: (407) 836-2192

**P003187**

## Rule 3.992(a) Criminal Punishment Code Scoresheet

| 1. Date of Sentence | 2. Preparer Name <br> **Barber, Michael** | ☐ DC  ☒ SAO | 3. County <br> **Orange** | 4. Sentencing Judge <br> **Greg Tynan** |
|---|---|---|---|---|

| 5. Name (Last, First, M.I.) <br><br> **VALLE RAMOS, JORGE R** | 6. DOB <br> **04/21/1993** | 8. Race <br> ☐ B  ☒ W  ☐ Other | 10. Primary Off. Date <br> **04/09/2013** | 12. <br> Plea ☐ |
|---|---|---|---|---|
| | 7. DC# | 9. Gender <br> ☒ M  ☐ F | 11. Primary Docket # <br> **48-2013-CF-005146-O** | Trial ☐ |

**I. PRIMARY OFFENSE:** If Qualifier, please check _____ A _____ S _____ C _____ R  (A=Attempt S=Solicitation C=Conspiracy R=Reclassification)

| FEL DEGREE | F.S.# | DESCRIPTION | OFFENSE LEVEL | POINTS |
|---|---|---|---|---|
| **2** | **810.02(1)(B)(1)-4** | **BURGLARY OF DWELLING** | / **7** | / I. **56.0** |

(Level = Pts: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=56, 8=74, 9=92, 10=116)

Prior capital felony triples Primary Offense points  ☐

**II. ADDITIONAL OFFENSE(S):** Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| **48-2013-CF-005146-O** | **3** | **812.014(2)(C)(1)-3** | **2** | ☐☐☐☐ | **1** X **1.2** | | = **1.2** |

Description: **GRAND THEFT 3RD DEGREE (>$300, <$5,000)**

| | | | | ☐☐☐☐ | _____ X _____ | | = _____ |

Description: _____

| | | | | ☐☐☐☐ | _____ X _____ | | = _____ |

Description: _____

(Level = Pts: M=0.2, 1=0.7, 2=1.2, 3=2.4, 4=3.6, 5=5.4, 6=18, 7=28, 8=37, 9=46, 10=58)    Supplemental page points **0.0**

Prior capital felony triples Additional Offense points  ☐    II. **1.2**

**III. VICTIM INJURY:**

| | Number | Total | | | Number | Total |
|---|---|---|---|---|---|---|
| 2nd Degree Murder  240 X | **0** | = **0** | Slight | 4 X | **0** | = **0** |
| Death  120 X | **0** | = **0** | Sex Penetration | 80 X | **0** | = **0** |
| Severe  40 X | **0** | = **0** | Sex Contact | 40 X | **0** | = **0** |
| Moderate  18 X | **0** | = **0** | | | | |

III. **0.0**

**IV. PRIOR RECORD:** Supplemental page attached: ☐

| DOCKET # | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| _____ | | | | ☐☐☐☐ | _____ X _____ | | = _____ |

Description: _____

| | | | | ☐☐☐☐ | _____ X _____ | | = _____ |

Description: _____

| | | | | ☐☐☐☐ | _____ X _____ | | = _____ |

Description: _____

| | | | | ☐☐☐☐ | _____ X _____ | | = _____ |

Description: _____

| | | | | ☐☐☐☐ | _____ X _____ | | = _____ |

Description: _____

(Level = Pts: M=0.2, 1=0.5, 2=0.8, 3=1.6, 4=2.4, 5=3.6, 6=9, 7=14, 8=19, 9=23, 10=29)    Supplemental page points **0.0**

IV. **0.0**

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003188

## Rule 3.992(a) Criminal Punishment Code Scoresheet

| VALLE RAMOS, JORG. R | 48-2013-CF-005146-O |
|---|---|

**V. LEGAL STATUS VIOLATION =** ☐ 4 Points                                      V. __0.0__

☐ Escape  ☐ Fleeing  ☐ Failure to Appear  ☐ Supersedeas Bond  ☐ Incarceration  ☐ Pretrial Intervention or Diversion Program

☐ Court Imposed or Post Prison Release Community supervision resulting in Conviction

**VI. Community Sanction Violation before the court for sentencing**          # of violations          sub-total          VI. __0.0__

☐ Probation     ☐ Community Control     ☐ Pretrial Intervention or Diversion

| | # of violations | | sub-total |
|---|---|---|---|
| ☐ 6 points for any violation other than new felony conviction x each successive violation OR | 0 | = | 0 |
| ☐ New Felony Conviction = 12 pts x each successive violation if new offense results in conviction before or at same time as sentence for violation of probation OR | 0 | = | 0 |
| ☐ 12 Pts X each such successive violation for a violent felony offender of special concern when the violation is not based on failure to pay costs, fines or restitution OR | 0 | = | 0 |
| ☐ New Felony Conviction = 24 Pts X each such successive violation for a violent felony offender of special concern if new offense results in a conviction before or at the same time for violation of probabtion | 0 | = | 0 |

**VII. Firearm/Semi-Automatic or Machine Gun =**     ☐ 18 Points OR     ☐ 25 Points          VII. __0.0__

**VIII. Prior Serious Felony =**     ☐ 30 Points          VIII. __0.0__

Subtotal Sentence Points __57.2__

**IX. Enhancements** (only if the primary offense qualifies for enhancement)

| Law Enforcement Protection | Drug Trafficker | Motor Vehicle Theft | Crimnal Gang Offense | Domestic Violence in the Presence of Related Child (Offenses committed on or after 03/12/07) |
|---|---|---|---|---|
| ☐ x 1.5  ☐ x 2.0  ☐ x 2.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 |

Enhanced Subtotal Sentence Points IX. __0.0__

**TOTAL SENTENCE POINTS** __57.2__

## SENTENCE COMPUTATION

If total sentence points are less than or equal to 44, the lowest permissable sentence is any non-state prison sanction. If the total sentence points are 22 points or less, see Section 775.082(10), Florida Statutes, to determine if the court must sentence the offender to a non-state prison sanction.

If total sentence points are greater than 44:

__57.2__     minus 28 = __29.2__     x .75 = __21.9__

total sentence points          lowest permissable prison sentence in months

If total sentence points are 60 points or less and court makes findings pursuant to both Florida Statutes 948.20 and 397.334(3), the court may place the defendant into a treatment-based drug court program.

The maximum sentence is up to the statutory maximum for the primary and any additional offenses as provided in s. 775.082, F.S., unless the lowest permissable sentence under the Code exceeds the statutory maximum. Such sentences may be imposed concurrently or consecutively. If total sentence points are greater than or equal to 363, a life sentence may be imposed.

__20 Years__
maximum sentence in years

## TOTAL SENTENCE IMPOSED

| | | Years | Months | Days |
|---|---|---|---|---|
| ☐ State Prison | ☐ Life | _____ | _____ | _____ |
| ☐ County Jail | ☐ Time Served | _____ | _____ | _____ |
| ☐ Community Control | | _____ | _____ | _____ |
| ☐ Probation | ☐ Modified | _____ | _____ | _____ |

Please check if sentenced as ☐ habitual offender,     ☐ habitual violent offender,     ☐ violent career criminal,
☐ Prison Release Reoffender,     or a     ☐ mandatory minimum applies.

☐ Mitigated Departure     ☐ Plea Bargain     ☐ Prison Diversion Program

Other Reason: _____

| JUDGE'S SIGNATURE | |
|---|---|

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003189

| Name (Last, First, M.I.) | Docket # | Date of Sentence |
|---|---|---|
| **VALLE RAMOS, JORGE R** | **48-2013-CF-00514** | |

## REASONS FOR DEPARTURE - MITIGATING CIRCUMSTANCES

(reasons may be checked here or written on the scoresheet)

☐ Legitimate, uncoerced plea bargain.

☐ The Defendant was an accomplice to the offense and was a relatively minor participant in the criminal conduct.

☐ The capacity of the defendant to appreciate the criminal nature of the conduct or to conform that conduct to the requirements of the law was substantially impaired.

☐ The defendant requires specialized treatment for a mental disorder that is unrelated to substance abuse or addiction, or for a physical disability, and the defendant is amenable to treatment.

☐ The need for payment of restitution to the victim outweighs the need for a prison sentence.

☐ The victim was an initiator, willing participant, aggressor, or provoker of the incident.

☐ The defendant acted under extreme duress or under the domination of another person.

☐ Before the identity of the defendant was determined, the victim was substantially compensated.

☐ The defendant cooperated with the State to resolve the current offense or any other offense.

☐ The offense was committed in an unsophisticated manner and was isolated incident for which the defendant has shown remorse.

☐ At the time of the offense the defendant was too young to appreciate the consequences of the offense.

☐ The defendant is to be sentenced as a youthful offender.

Pursuant to 921.0026(3) the defendant's substance abuse or addiction does not justify a downward departure from the lowest possible sentence, except for provisions of s.921.0026(2)(m).

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

P003190

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA**

STATE OF FLORIDA

VS.

JORGE R. VALLE RAMOS

_____/

CASE NUMBER: 48-2013-CF-005146-O

DIVISION: 16

### Restitution and DNA Order

This Cause, having come on to be heard, as required by law, regarding restitution, if any, the Defendant should be required to make pursuant to Sec. 775.089, Florida Statutes. Sections 775.089(5) and (10), Florida Statutes, provide that "an order of restitution may be enforced by the State or a victim named in the order in the same manner as a judgement in a civil action", and that default in payment of restitution may be collected by any means authorized by law for enforcement of a judgement. Therefore it is

**ORDERED AND ADJUDGED** as follows:

1. ☐ Restitution is not ordered, as it is not applicable.

2. ☐ Restitution is not ordered, due to the financial resources of the Defendant.

3. ☐ Restitution is ordered at this time, however, additional information is needed from the victim. The Court retains jurisdiction to determine the correct amount of restitution at a later date.

4. ☐ Based either upon the preponderance of the evidence presented or the victim's claim and the Defendant's agreement, this Court finds that Defendant's offense directly, or indirectly, caused damage or loss to the victim. The Defendant shall pay to the victim, _____ (address listed below) as restitution the sum of $_____.

5. ☒ This defendant shall provide DNA samples as required by Florida Statute 943.325.

DONE AND ORDERED in Chambers, at Orlando, ORANGE County, Florida this _____ day of

_____, 20_____

_____
**CIRCUIT JUDGE**

### NAME AND ADDRESS OF VICTIM

As required by Florida Statute 944.605, the State Attorney hereby provides the Sheriff with the name and latest address of the victim to be delivered to the Department of Corrections (DOC) with other documents required by Florida Statute 944.17. Unless otherwise requested by the victim or the personal representative of the victim, the DOC will notify the victim or personal representative of the victim within six months before the inmate's release.

Victim's Name:  George  Gonzalez

Victim's Address: 1625 Little Falls Cir Orlando, FL 328074240

☐ There is no identifiable victim in this case, other than the State of Florida

☐ This information is not available

Copies To:
  Probation Department:
  Office of the State Attorney
  Defense Counsel
  Defendant
  Victim (via State Attorney)

_____
Natalia Zofia Scott
Assistant State Attorney, Florida Bar Number: 86237
P.O. Box 1673
Orlando, FL 32801
Telephone: (407) 836-2192

P003191

IN THE CIRCUIT COURT OF ORANGE COUNTY, STATE OF FLORIDA

THE STATE OF FLORIDA

VS.

JORGE R. VALLE RAMOS

AMENDED
INFORMATION #   48-2013-CF-005146-O

DIVISION - 16

1.   BURGLARY OF DWELLING (F2-L7)

2.   GRAND THEFT THIRD DEGREE (F3-L2)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statute 810.02(3)(b), enter or remain in a dwelling, located in the vicinity of 1625 Little Falls Circle, in the County and State aforesaid, the property of GEORGE GONZALEZ, as owner or custodian thereof, with the intent to commit an offense therein, at a time when the said premises were not open to the public, nor was the defendant licensed or invited to enter or remain.

S.T. 10/15/13

P003192

## COUNT TWO

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the

State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial

Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned

Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or

about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statute

812.014(2)(c)(1), knowingly obtain or use, or endeavor to obtain or use jewelry or coin collection or

knife, of a value of THREE HUNDRED DOLLARS ($300.00) or more, the property of another, to-wit:

GEORGE GONZALEZ, as owner or custodian thereof, with the intent to temporarily or permanently

deprive said owner or custodian of a right to the property or a benefit therefrom, or to appropriate the

property to the defendant's own use or to the use of a person not entitled thereto.

**This information encompasses the transaction and all charges listed on Complaint Number 48-2013-CF-005146-O. The Orange County Sheriff's Office and the Orange County Corrections Department shall substitute the charge(s) indicated on the information for those on the above cited complaint. The bond(s) shall remain the same as that last set on 48-2013-CF-005146-O.**

STATE OF FLORIDA
COUNTY OF ORANGE

Personally appeared before me Natalia Zofia Scott, Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he/she has received testimony under oath from the material witness or witnesses, which if true, would constitute the offense herein, and that he/she institutes the prosecution in good faith.
The foregoing instrument was acknowledged before me this _____ day of _____, 20_____ by the aforementioned Assistant State Attorney who is personally known to me and who did take said oath.

_____

JEFFREY L. ASHTON, State Attorney
Ninth Judicial Circuit of Florida

By _____
Natalia Zofia Scott
Designated Assistant State Attorney
Florida Bar No. 86237

FB/NS

S.T. 10/15/13

**P003193**

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:**    48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**    Circuit Division 16
**ASA:**    Natalia Zofia Scott
**Agency Case No:**    ORPD, 13-146382

The following Trial subpoenas were printed on April 29, 2014:

| Issued For | Time | Courtroom |
|---|---|---|
| Monday, May 19, 2014 | 8:30 AM | 6D |

**Subpoenas Printed:**
 - None

**Out of County Subpoenas Sent:**
 - None

**Out of State Subpoenas Printed:**
 - None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Ofc Sidney B. Iverson, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

**Subpoenas Emailed:**

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

CST Chantal M. Styer, chantal.styer@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant: JORGE R. VALLE RAMOS              Page - 1 - of 1
Case No.: 48-2013-CF-005146-O

**P003194**

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:**     48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**        Circuit Division 16
**ASA:**             Natalia Zofia Scott
**Agency Case No:**  ORPD, 13-146382

The following Trial subpoenas were printed on March 4, 2014:

| **Issued For** | **Time** | **Courtroom** |
|---|---|---|
| Monday, April 14, 2014 | 9:00 AM | 6D |

## Subpoenas Printed:
 - None

## Out of County Subpoenas Sent:
 - None

## Out of State Subpoenas Printed:
 - None

## Subpoenas Sent Electronically to OCSO:

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

## Subpoenas Emailed:

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant:  JORGE R. VALLE RAMOS                                    Page - 1 - of 1
Case No.:  48-2013-CF-005146-O

P003195

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:**    48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**    Circuit Division 16
**ASA:**    Natalia Zofia Scott
**Agency Case No:**    ORPD, 13-146382

The following Trial subpoenas were printed on February 14, 2014:

| Issued For | Time | Courtroom |
|---|---|---|
| Monday, March 10, 2014 | 8:30 AM | 6D |

### Subpoenas Printed:
 - None

### Out of County Subpoenas Sent:
 - None

### Out of State Subpoenas Printed:
 - None

### Subpoenas Sent Electronically to OCSO:

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

### Subpoenas Emailed:

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant: JORGE R. VALLE RAMOS
Case No.: 48-2013-CF-005146-O

Page - 1 - of 1

P003196

## SUBPOENAS ISSUED - SUMMARY SHEET

Case Number:      48-2013-CF-005146-O, JORGE R. VALLE RAMOS
Division:          Circuit Division 16
ASA:               Raychel Garcia
Agency Case No:    ORPD, 13-146382

The following Trial subpoenas were printed on November 14, 2013:

| Issued For | Time | Courtroom |
|---|---|---|
| Monday, February 3, 2014 | 9:00 AM | 6D |

**Subpoenas Printed:**
- None

**Out of County Subpoenas Sent:**
- None

**Out of State Subpoenas Printed:**
- None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant: JORGE R. VALLE RAMOS                    Page - 1 - of 1
Case No.: 48-2013-CF-005146-O

**P003197**

## SUBPOENAS ISSUED - SUMMARY SHEET

Case Number:       48-2013-CF-005146-O, JORGE R. VALLE RAMOS
Division:          Circuit Division 16
ASA:               Raychel Garcia
Agency Case No:    ORPD, 13-146382


The following Trial subpoenas were printed on October 11, 2013:

**Issued For**                    **Time**                    **Courtroom**

Monday, December 2, 2013          9:00 AM                     6D

**Subpoenas Printed:**
 - None


**Out of County Subpoenas Sent:**
 - None


**Out of State Subpoenas Printed:**
 - None


**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)


**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)


Defendant:  JORGE R. VALLE RAMOS                              Page - 1 - of 1
Case No.:   48-2013-CF-005146-O

**P003198**

## SUBPOENAS ISSUED – SUMMARY SHEET

Case Number:      48-2013-CF-005146-O, JORGE R. VALLE RAMOS
Division:         Circuit Division 16
ASA:              Ryan Joseph Hillary
Agency Case No:   ORPD, 13-146382

The following Deposition subpoenas were printed on September 16, 2013:

**Issued For**                          **Courtroom**

Thursday, November 14, 2013             3

**Subpoenas Printed:**
 - None


**Out of County Subpoenas Sent:**
 - None


**Out of State Subpoenas Printed:**
 - None


**Subpoenas Sent Electronically to OCSO:**

3:30 PM - Marquis Hickson, 4611 Cason Cove Dr, Apt 622, Orlando, FL 32811-6646 (Orange County)


**Subpoenas Emailed:**
 - None

Defendant: JORGE R. VALLE RAMOS                                    Page 1 of 1
Case No.: 48-2013-CF-005146-O

P003199

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:** 48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:** Circuit Division 16
**ASA:** Michael David Barber
**Agency Case No:** ORPD, 13-146382

The following Trial subpoenas were printed on September 6, 2013:

| Issued For | Time | Courtroom |
|---|---|---|
| Monday, December 2, 2013 | 9:00 AM | 6D |

**Subpoenas Printed:**
- None

**Out of County Subpoenas Sent:**
- None

**Out of State Subpoenas Printed:**
- None

**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807-4242 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807-4240 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807-4283 (Orange County)

**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Defendant: JORGE R. VALLE RAMOS
Case No.: 48-2013-CF-005146-O

Page - 1 - of 1

**P003200**

## SUBPOENAS ISSUED - SUMMARY SHEET

**Case Number:**      48-2013-CF-005146-O, JORGE R. VALLE RAMOS
**Division:**         Circuit Division 16
**ASA:**              Michael David Barber
**Agency Case No:**   ORPD, 13-146382

The following Trial subpoenas were printed on August 21, 2013:

| **Issued For** | **Time** | **Courtroom** |
|---|---|---|
| Monday, September 16, 2013 | 9:00 AM | 6D |

**Subpoenas Printed:**
 - None


**Out of County Subpoenas Sent:**
 - None


**Out of State Subpoenas Printed:**
 - None


**Subpoenas Sent Electronically to OCSO:**

Charlene Bloom, 1708 Silver Creek Ct, Orlando, FL 32807 (Orange County)

George Gonzalez, 1625 Little Falls Cir, Orlando, FL 32807 (Orange County)

Bethany Szewczyk, 1716 Lafayette Ct, Orlando, FL 32807 (Orange County)


**Subpoenas Emailed:**

Ofc Sidney B. Iverson, sidney.iverson@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Michael D. Stanley, michael.stanley@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)

Ofc Alfonso T. Tejeira, alfonso.tejeira@CityofOrlando.net, Orlando Police Department, PO Box 913, 100 S Hughey Ave, Orlando, FL 32802-0913 (Orange County)


Defendant:  JORGE R. VALLE RAMOS                                    Page - 1 - of 1
Case No.:  48-2013-CF-005146-O

**P003201**

IN THE CIRCUIT COURT OF ORANGE COUNTY, STATE OF FLORIDA

THE STATE OF FLORIDA

VS.

JORGE R. VALLE RAMOS

AMENDED
INFORMATION #   48-2013-CF-005146-O

DIVISION - 16

1.   BURGLARY OF A DWELLING WITH AN
     ASSAULT OR A BATTERY (F1 pbl-L8)

2.   GRAND THEFT THIRD DEGREE (F3-L2)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

JEFFREY L. ASHTON, State Attorney of the Ninth Judicial Circuit prosecuting for the

State of Florida in Orange County, or JEFFREY L. ASHTON, State Attorney of the Ninth Judicial

Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned

Designated Assistant State Attorney, under oath, CHARGES that JORGE R. VALLE RAMOS, on or

about the 9th day of April, 2013, in said County and State, did, in violation of Florida Statutes

810.02(1)(b)1. and 810.02(2)(a), enter into a dwelling, located in the vicinity of 1625 Little Falls Circle,

in the County and State aforesaid, the property of GEORGE GONZALEZ, as owner or custodian

thereof, with the intent to commit an offense therein, at a time when the said premises were not open to

the public, nor was the defendant licensed or invited to enter, and in the course of committing said

offense, JORGE R. VALLE RAMOS did make an assault or battery upon GEORGE GONZALEZ.

Page 1 of 2                                             S.T. 10/15/13

P003202

Office of Jeffrey L. Ashton, State Attorney
Defendant List

05/20/2013 8:24 AM
Ninth Circuit

## Name: VALLE RAMOS, JORGE*

| Case Number | Defendent | R/S | DOB | Div | ASA | Status/Date | Charge(s) | Action | Date |
|---|---|---|---|---|---|---|---|---|---|
| 48-2013-CF-005146-O | VALLE RAMOS, JORGE R. | W/M | 04/21/1993 | 16 | | ARR 04/24/2013 | BURGLARY OF OCCUPIED DWELLING | REC | 04/23/2013 |
| | | | | | | | GRAND THEFT 3RD DEGREE (>$5,000,<$10,000) | REC | 04/23/2013 |
| Count: 1 | | | | | | | | | |

Page 1 of 1

P003203

Intake:    Frances Blair                                                                  VWC:

Case Number:  48-2013-CF-005146-O              Agency:  ORPD, 13-146382
                                               Sector:
Defendant:    JORGE R. VALLE RAMOS
                                               **AAW**

Charges:    BURGLARY OF OCCUPIED DWELLING
            GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

Arrest Cases -  Arrest Date
                15th day                        Date Received:    04/23/2013
                21st day
                33rd day

Case input by:    Veronica Tyson

APR 2 4 2013



CF130051460

<span style="color:red">**P003204**</span>

**Office of Jeffrey L. Ashton, State Attorney**
**Defendant List**

04/23/2013 12:08 PM
**Ninth Circuit**

### Name: VALLE RAMOS, JORGE*

| Case Number | Defendent | R/S | DOB | Div | ASA | Status/Date | Charge(s) | Action | Date |
|---|---|---|---|---|---|---|---|---|---|
| 48-2013-CF-005146-O | VALLE RAMOS, JORGE R. | W/M | 04/21/1993 | 16 | | CAP 04/19/2013 | BURGLARY OF OCCUPIED DWELLING | REC | 04/23/2013 |
| | | | | | | | GRAND THEFT 3RD DEGREE (>$5,000,<$10,000) | REC | 04/23/2013 |
| Count: 1 | | | | | | | | | |

Page 1 of 1

P003205



OFFICE OF THE STATE ATTORNEY
NINTH JUDICIAL CIRCUIT OF FLORIDA

**FINAL DISPOSITION REPORT SUMMARY FORM**

July 18, 2014

LO - Stanley, Michael D. (ORPD 14767), Orlando Police Department,
    michael.stanley@CityofOrlando.net - Emailed
VT - Gonzalez, George, 1625 Little Falls Cir, Orlando, FL 32807-4240 - Printed


|  |  |  |
|---|---|---|
| RE: STATE VS. JORGE R. VALLE RAMOS | COURT CASE NO: | 48-2013-CF-005146-O |
|  | AGENCY NO: | ORPD 13-146382 |
|  | DATE OF OFFENSE: | 04/09/2013 |

CHARGES:   BURGLARY OF DWELLING W/ASSAULT OR BATTERY
               GRAND THEFT 3RD DEGREE (>$300, <$5,000)

The above-referenced case was disposed of on May 22, 2014 as follows:

        BURGLARY OF DWELLING W/ASSAULT OR BATTERY - Jury Found Guilty
        GRAND THEFT 3RD DEGREE (>$300, <$5,000) - Jury Found Guilty

The Defendant was sentenced on July 18, 2014 as follows:

Ct. 1 -   Adjudicated Guilty
        30 Months Department of Corrections
        5 Years Supervised Probation
        200 Hours Alternative Community Service
        Impulse Control Seminar
        $8,850.00 Restitution Ordered to Victim
        Court Costs
Ct. 2 -   Adjudicated Guilty
        30 Months Department of Corrections Sentence Concurrent with Count 1

REMARKS: _____

_____

Property placed in evidence is usually held until all appeals have been resolved. If you have property in the custody of the Court Clerk, which was used in evidence at a trial or hearing, contact the Assistant State Attorney for its return. If you have property in the custody of a law enforcement agency, contact the officer in charge of the investigation, and make reference to the agency case number shown above.

                         Jeffrey L. Ashton, State Attorney
                         Ninth Judicial Circuit

                         _____

                         Kenneth D. Lewis
                         Assistant State Attorney
                         (407)836-2192, Division 16

P003206

5/20/2014    Cityoforlando.net Mail - VALLE RAMOS, JORGE R./CF13-005146O//Request For Photos/ORPD (OCPASS)

CITY OF ORLANDO    *Please Call Julia Perez - 407-836·2126*

407-836-2126

## VALLE RAMOS, JORGE R./CF13-005146O//Request For Photos/ORPD (OCPASS)

**NScott@sao9.org** <NScott@sao9.org>    Tue, Apr 22, 2014 at 1:52 PM
To: OPDPhotoLab@cityoforlando.net
Cc: CrimeScenePhotoRequests@sao9.org

### REQUEST FOR CRIME SCENE PHOTOS

**Agency Case Number:**     ORPD, 13-146382
**Defendant(s):**           VALLE RAMOS, JORGE R.
**Court Case Number:**      CF13-005146O/
**Trial Date:**             04/14/14

Please provide 5 x 7 crime scene photos for the case listed. We only received thumbnails on a few sheets of paper. I need the photos in a format that I can present at trial, so either already individually printed or electronic copies. Thank you!

**Requested By:** Natalia Scott
415 N. Orange Ave., P.O.Box 1673
Orlando, FL 32802
**Email:** NScott@sao9.org

**Attorney:** Natalia Zofia Scott
**Division:** 16
**Phone:** (407)836-2192
**Fax:** (407)836-2371

_(38)_

---

**For use of Liaison Officer:**    Delivered To: _____    Date: _____

P003207

## WORK-UP SHEET

Defendant: **JORGE R. VALLE RAMOS**          Case #: 48-2013-CF-005146-O    ASA: Jenny R. Rossman

Arrest Dt: 04/24/13          Speedy Dt: 10/15/13          Trial Dt: _____          Work-up Dt: _____

Co-Defendants: _____

Agency: ORPD          Agency Case #: 13-146382

Crime Lab Analyst: _____          Lab Case #: _____

| | | | | | | |
|---|---|---|---|---|---|---|
| ___ | RAP-Criminal History | ___ | Finger print exemplars request | ___ | HFO or Enhancement Notice | |
| ___ | Not. Of Other Crimes Evidence | ___ | Business records cert. | ___ | J&S (in state) request | |
| ✓ | Victim Letter ✓ | ___ | Motion in Limine needed | ___ | J&S (out of state) request | |
| ___ | Florida DL or ID-request | ___ | Handwriting Exemplars motion | ___ | Drug Lab test request  *per MB* | |
| ___ | DNA Buccal Swab | ___ | CST Report request | ✗ | Multiple Defendant Discovery Notice | |
| ___ | Fire Dept Run report | ✓ | Demand for Alibi ✓ | ___ | Firearm test request | |
| ___ | 911 Audio recording | ___ | Photo printing request | ___ | Statement recording or transcript | |

Priors: _____

Amend Information: _____

Task Leo for: _____

| VICTIM<br>Name and Address | | PHONE | INVOLVEMENT - testimony |
|---|---|---|---|
| **1.** George Gonzalez ✓ | C) | 407-456-3282 | |
| Hm) 1623 Little Falls Circle ✓<br>Orlando, FL 32807 | H) | 407-658-8242 | |
| Wk) | B) | 407-857-5700 | |
| **2.** | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |
| **3.** | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |

| EXPERT WITNESSES:<br>(Lab analyst or other) | | PHONE | INVOLVEMENT-Expertise<br>(Lab or Case #) |
|---|---|---|---|
| **1.** | C) | | |
| Business Address or Agency: | B) | | |
| | | | Lab# |
| **2.** | C) | | |
| Business Address or Agency: | B) | | |
| | | | Lab# |

**P003208**

| Law Enforcement Officer: | | | INVOLVEMENT – testimony | |
|---|---|---|---|---|
| 1. Michael D. Stanley | Ofc. Id # 14767 | Evidence Seized? | | |
| Agency: ORPD | Agency Case # 13-146382 | Talked to Defendant | | |
| 2. Sidney Iverson | Ofc. Id # 7591 | Evidence Seized? | | |
| Agency: ORD | Agency Case # | Talked to Defendant | | |
| 3. A. Tejeira | Ofc. Id # 7473 | Evidence Seized? | | |
| Agency: ORD | Agency Case # | Talked to Defendant | | |
| 4. | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | Talked to Defendant | | |
| 5. | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | Talked to Defendant | | |
| 6. | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | Talked to Defendant | | |
| 7. | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | Talked to Defendant | | |
| 8. | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | Talked to Defendant | | |
| 9. | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | Talked to Defendant | | |
| 10. | Ofc. Id # | Evidence Seized? | | |
| Agency: | Agency Case # | Talked to Defendant | | |

Initials of prosecutor completing this page: _____

P003209

| CIVILIAN WITNESS(ES) Name and Address | | PHONE | INVOLVEMENT - testimony |
|---|---|---|---|
| 1. Charlene Bloom | C) | | |
| Hm) 1708 Silver Creek Cr. Orlando, FL 32807 | H) 407-273-4769 | | |
| Wk) | B) | | |
| 2. Bethany Szewczyk | C) | | |
| Hm) 1716 Lafayette Cir. Orlando, FL 32807 | H) 315-416-1246 | | |
| Wk) 3501 Quadrangle Blvd. #175 Orlando, FL 3287 | B) 407-736-1418 | | |
| 3. | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |
| 4. | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |
| 5. | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |
| 6. | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |
| 7. | C) | | |
| Hm) | H) | | |
| Wk) | B) | | |

Notes: _____

_____

_____

Initials of prosecutor completing this page: _____

P003210

Office of Jeffrey L. Ashton, State Attorney
Defendant List

05/24/2013 3:33 PM
Ninth Circuit

## Name: VALLE RAMOS, JORGE*

| Case Number | Defendent | R/S | DOB | Div | ASA | Status/Date | Charge(s) | Action | Date |
|---|---|---|---|---|---|---|---|---|---|
| 48-2013-CF-005146-O | VALLE RAMOS, JORGE R. | W/M | 04/21/1993 | 16 | | FID 05/21/2013 | BURGLARY OF DWELLING | FID | 05/21/2013 |
| | | | | | | | GRAND THEFT 3RD DEGREE (>$300, <$5,000) | FID | 05/21/2013 |
| Count: 1 | | | | | | | | | |

Page 1 of 1

**P003211**



FLORIDA
DEPARTMENT of
CORRECTIONS RECEIVED

2014 SEP 10 AM 8: 35

*Changing Lives to*
*Ensure a Safer Florida*

Governor
**RICK SCOTT**

Secretary
**MICHAEL D. CREWS**

501 South Calhoun Street, Tallahassee, FL 32399-2500        http://www.dc.state.fl.us
NINTH JUDICIAL CIRCUIT

September 8, 2014

Mr. Jeffrey L. Ashton, State Attorney
9th Judicial Circuit
415 North Orange Avenue
Orlando, Florida  32801

Re:  Ramos, Jorge                         DC#:  X86075
Court Case #:  1305146
County:  Orange

Dear Mr. Ashton:

The above referenced inmate may be classified a youthful offender under §958.11(4), F.S.  If classified a youthful offender, the inmate would be eligible to participate in the Basic Training Program for a minimum of 120 days pursuant to §958.045, F.S.  The purpose of this recommended placement is diversion from lengthy incarceration when a short "shock" incarceration could produce the same deterrent effect.

This notice is being made to your office as notification that the offender is being considered for placement in this program and approval is being requested from the sentencing court.  The State Attorney may, in accordance with §958.045(2), F.S. within 14 days after mailing of this notice, notify the sentencing court in writing of objections, if any, to the placement of the offender in the Basic Training Program.

Sincerely,

Rusty McLaughlin, Chief
Bureau of Classification Management

Julie Jean
Correctional Services Assistant Consultant
RM//jaj

c:      File

Trust ★ Respect ★ Accountability ★ Integrity ★ Leadership

**P003212**



**PAM BONDI
ATTORNEY GENERAL
STATE OF FLORIDA**



**OFFICE OF THE ATTORNEY GENERAL**
Daytona Beach Criminal Appeals

**444 Seabreeze Blvd., Suite 500**
Daytona Beach, Florida 32118
Telephone (386) 238-4990
Fax (386) 238-4997
*http://www.myfloridalegal.com*

August 22, 2014

Honorable Jeffrey L. Ashton, State Attorney
Ninth Judicial Circuit
415 N. Orange Avenue
Orlando, FL  32802

RE:  Jorge Valle-Ramos v. State of Florida
     Cir. Court Case No. 2013-CF-5146-A-O; Orange County;
     5th DCA Case No. 5D14-2873

Dear Mr. Ashton:

A notice of appeal has been lodged in the appellate court by the above-named defendant who was convicted in your jurisdiction.

While we do not have either the record or any briefs at this point, it is very important to hear from your office regarding any problems or concerns that might have occurred at any stage of the trial. If you or your staff have a particular interest in participating in the appeal, including suggesting or advancing legal or factual propositions or have any legal memoranda on a given topic, please let us know.

Although the appellate issues will not be identified until the appellant's initial brief has been filed, it is always helpful to have the trial lawyer's impressions and views as early as possible in an appeal since the appellate rules are very time sensitive. You will, however, be receiving additional correspondence from our office advising you of the issues raised in the initial brief by an assistant attorney general assigned to the case.

It is also imperative that this office receive copies of all notices, pleadings, transcripts, and appellate records filed in connection with this appeal. In the event that you are served with such documents, please forward them to this office so that we can timely process the appeal.



**P003213**

From time to time, this office will also request special assistance in identifying cases dealing with a discrete issue before the trial courts. I want to thank you in advance for all the help that you and your staff have and will provide this office. Naturally we all have the same goal, to ensure that the valid judgments and sentences imposed by the trial courts are upheld in the appellate court of this State.

Should you have any questions, please feel free to contact me at (386) 238-4990.

Sincerely,

Marjorie Vincent-Tripp
Assistant Attorney General

MVT/mw

**P003214**

P003215

RECEIVED

2014 AUG 25   AM 9: 09

STATE ATTORNEY
NINTH JUDICIAL CIRCUIT



LAW OFFICES OF

## ROBERT WESLEY

PUBLIC DEFENDER
NINTH JUDICIAL CIRCUIT OF FLORIDA

pubdef@circuit9.org
http://pd.circuit9.org

435 North Orange Avenue, Suite 400
Orlando, Florida 32801
(407) 836-4800

Kirsten Blum
(407) 836-4853
kblum@circuit9.org

RECEIVED
2013 AUG 13 AM 9: 32
NINTH JUDICIAL CIRCUIT

## MEMORANDUM

TO:        Office of the State Attorney

FROM:      Kirsten Blum, Assistant Public Defender

RE:        CD

DATE:      August 12, 2013

On the digital media provided for you, please copy the following video(s). Thank you for your assistance.

| NAME | CASE NUMBER(S) | VIDEO NUMBER(S) |
|------|----------------|-----------------|
| Valle-Ramos, Jorge R. | 13-CF-005146-A-OR | audio or video interrogation of client. |

P003216

 

## Garcia, Raychel

| | |
|---|---|
| **From:** | Michael Stanley <michael.stanley@cityoforlando.net> |
| **Sent:** | Tuesday, January 21, 2014 8:39 AM |
| **To:** | Garcia, Raychel |
| **Subject:** | Re: FW: Jorge Valle-Ramos 13cf5146 |

Raychel,

There was only one (1) photo line-up shown to the victim Gonzalez.  After the photo line-up was conducted and a statement was obtained, a current DAVID photograph of the suspect (which is different from the photograph utilized in the line-up) was provided and shown to Gonzalez.

Please advise if you have any additional questions or issues.

Mike


On Fri, Jan 17, 2014 at 3:39 PM, Garcia, Raychel <RGarcia@sao9.org> wrote:

ORPD  13-146382

Can you please let me know if there was more than one photo lineup used in this case?

Thanks, Raychel


**Raychel Garcia**

Assistant State Attorney

Division 16

415 North Orange Avenue

Orlando, FL 32801

Office: 407.836.2192


**From:** CCitraro@circuit9.org [mailto:CCitraro@circuit9.org]
**Sent:** Friday, January 17, 2014 2:57 PM

1

**P003217**

**To:** Garcia, Raychel
**Subject:** Jorge Valle-Ramos 13cf5146

Hey, when we did depos on 10/10, the Victim George Gonzalez said that he was shown additional photo lineups at his police interview – photos and lineups OTHER than the ones that we have in discovery. Can you check with OPD about this? If there were additional photos, we'll need to deal with it now rather than in the middle of trial. Thanks!

**Carli R. Citraro, Esq.**
Assistant Public Defender

Ninth Judicial Circuit

435 N. Orange Avenue, Suite 400

Orlando, FL 32801
(407) 836-4802

--
Det. Mike Stanley
Assault & Battery Unit
Orlando Police Department
100 S. Hughey Avenue
P.O. Box 913
Orlando FL 32802-0913
407-246-2423

Florida has a very broad public records law. As a result, any
written communication created or received by the City of
Orlando officials and employees will be made available to the
public and media, upon request, unless otherwise exempt.
Under Florida law, email addresses are public records.

If you do not want your email address released in response
to a public records request, do not send electronic mail to
this office. Instead, contact our office by phone or in writing.

2

P003218

Cityoforlando.net Mail - Fwd: VALLE RAMOS, JORGE R./CF13-005146O//Tasking Sh...    Page 1 of 1    RH

9/13/13

**CITY OF ORLANDO**

Michael Stanley <michael.stanley@cityoforlando.net>

Please distribute to
Die in
Supp Docs
N17

## Fwd: VALLE RAMOS, JORGE R./CF13-005146O//Tasking Sheet (OCPASS)

opd intake <opdintake@cityoforlando.net>                                    Wed, Aug 21, 2013 at 12:03 PM
To: Michael Stanley <michael.stanley@cityoforlando.net>, Daniel Brady <daniel.brady@cityoforlando.net>, Stanley Klem
<stanley.klem@cityoforlando.net>

---------- Forwarded message ----------
From: <mbarber@sao9.org>
Date: Wed, Aug 21, 2013 at 10:46 AM
Subject: VALLE RAMOS, JORGE R./CF13-005146O//Tasking Sheet (OCPASS)
To: opdintake@cityoforlando.net
Cc: Taskings-ORPD@sao9.org

**RECEIVED**

SEP 09 2013

BY: _____

### REQUEST FOR ADDITIONAL INFORMATION
### FROM LAW ENFORCEMENT AGENCY

| | | |
|---|---|---|
| **To Law Enforcement Officer:** | Michael Stanley | **Offense Date:** 04/09/13 |
| **Agency Case Number:** | ORPD, 13-146382 | **UTC Number:** |
| **Court Case Number:** | CF13-005146O/ | **Sector:** |
| **Defendant(s):** | VALLE RAMOS, JORGE R. | **Trial Date:** 09/16/13 |
| **Charge(s):** | BURGLARY OF DWELLING | |
| | GRAND THEFT 3RD DEGREE (>$300, <$5,000) | |

Please provide the following information, NO LATER THAN **08/28/2013**:

(1) Please send me a copy of the crime scene technician's report

(2) Please present a photo lineup to civilian witnesses Charlene Bloom and Bethany Szewczyk to see if they can identify
the Defendant.

| | | |
|---|---|---|
| **Requested By:** Michael Barber | **Attorney:** Michael David Barber | |
| 415 N. Orange Ave., P.O.Box 1673 | **Division:** 16 | |
| Orlando, FL 32802 | **Phone:** (407)836-2416 | |
| **Email:** mbarber@sao9.org | **Fax:** (407)836-2330 | |

**For use of Liaison Officer:**     Delivered To: _____     Date: _____

Florida has a very broad public records law. As a result, any
written communication created or received by the City of
Orlando officials and employees will be made available to the
public and media, upon request, unless otherwise exempt.
Under Florida law, email addresses are public records.

If you do not want your email address released in response
to a public records request, do not send electronic mail to
this office. Instead, contact our office by phone or in writing.

ACTION TAKEN:

(1) SEE ATTACHED

(2) BLOOM COULD NOT ID & NO
ATTEMPT MADE. SZEWCZYK
SHOWN LINE UP AS ATTACHED
WHICH MET W/ POSITIVE
RESULTS.

MDS
9/4/13

(3) NO RECORD OF
INTERVIEW

**P003219**

P003220

4/9/13

BLOOM:      407-273-4769

SZEWCZYK:   315-416-1246

ID ?

MSG on 8/22/13, NO ID — LOOKED @ SUSPECT'S PICTURE ONLINE

(Y) — 8/26/13 AFTER 4PM

September 16, 2013

Marquis Hickson
4611 Cason Cove Dr
Apt 622
Orlando, FL  32811-6646

Re:  State of Florida vs. JORGE R. VALLE RAMOS
     Case No: 48-2013-CF-005146-O

Dear Marquis Hickson,

This letter serves to inform you that your previously scheduled deposition in the above referenced matter has recently been re-scheduled to **November 14, 2013 at 3:30 p.m.** in our office located at **415 N. Orange Avenue, Orlando, FL 32801**.

In accordance with the Americans with Disabilities Act, if you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provisions of certain assistance.  Please contact Court Administration, at the Orange County Courthouse, 425 N. Orange Ave, Orlando, FL 32801, Telephone 407-836-2303, no later than two working days prior to the proceeding.  If hearing impaired, (TDD) 1-800-955-8771 or VOICE (V) 1-800-955-8770, via Florida Relay Service.

Should you have any questions or concerns, please do not hesitate to contact me at the number listed below.

Thank you,

Ryan Joseph Hillary
Assistant State Attorney
(407)836-2192, Division  16

**P003221**

**Perez, Julia**

| | |
|---|---|
| **Subject:** | 3-3:30 State Depo; Jorge Valle Ramos CF13-5146 |
| **Location:** | Rm 301.78 |
| | |
| **Start:** | Fri 10/11/2013 3:00 PM |
| **End:** | Fri 10/11/2013 3:30 PM |
| | |
| **Recurrence:** | (none) |

1

P003222

**Perez, Julia**

| | |
|---|---|
| **From:** | Barber, Michael |
| **Sent:** | Monday, August 26, 2013 11:37 AM |
| **To:** | Perez, Julia |
| **Subject:** | RE: Defendant: VALLE RAMOS, JORGE R., Court Case No: 48-2013-CF-005146-O, Agency Case No: ORPD 13-146382 |

I can't say for sure if someone can cover.  Everyone in the division is usually booked solid with depos.  I say just set it outside the trial period.  The Defense has depos scheduled for 10/10 so we're not going to trial in September anyways.  I see that I have office time blocked off on 10/10 immediately after the defense depos.  See if you can schedule the State depos immediately after the Defense depos and we'll knock them all out at once.  I say give 15 minutes in between so I can get back to our office and set up the recording device.

Thanks,

*Michael D. Barber*

Assistant State Attorney
Ninth Judicial Circuit
Felony Division 16
Phone: 407-836-2192
Fax: 407-836-2330

**From:** Perez, Julia
**Sent:** Monday, August 26, 2013 10:42 AM
**To:** Barber, Michael
**Subject:** FW: Defendant: VALLE RAMOS, JORGE R., Court Case No: 48-2013-CF-005146-O, Agency Case No: ORPD 13-146382

This is the only available time for defense and you're booked.  Is there someone that can cover this deposition for you or can I schedule outside of the trial period?

*Julia Perez,*
Felony Bureau, Legal Assistant
Office of the State Attorney
415 N. Orange Avenue
Orlando, Florida 32801
Direct: (407) 836-2410
Fax: (407) 836-2371
JPerez@sao9.org

**From:** PDADJT1@circuit9.org [mailto:PDADJT1@circuit9.org]
**Sent:** Monday, August 26, 2013 10:32 AM
**To:** Perez, Julia
**Subject:** RE: Defendant: VALLE RAMOS, JORGE R., Court Case No: 48-2013-CF-005146-O, Agency Case No: ORPD 13-146382

Yes, awesome vacation, thanks!
Atty is only avail On 9/9 from 2:15 to 2:45

1

P003223

**From:** Perez, Julia [mailto:JPerez@sao9.org]
**Sent:** Monday, August 26, 2013 10:15 AM
**To:** Taylor, Jeanette (PUBDEF)
**Subject:** Defendant: VALLE RAMOS, JORGE R., Court Case No: 48-2013-CF-005146-O, Agency Case No: ORPD 13-146382

Hi Jeanette,

I hope you had a good vacation.  I need to coordinate a half hour of depo time in the above referenced case.  Does your attorney have availability 9/12?

*Julia Perez,*
Felony Bureau, Legal Assistant
Office of the State Attorney
415 N. Orange Avenue
Orlando, Florida 32801
Direct: (407) 836-2410
Fax: (407) 836-2371
JPerez@sao9.org

P003224

**Perez, Julia**

| | |
|---|---|
| **From:** | PDADJT1@circuit9.org |
| **Sent:** | Monday, August 26, 2013 10:32 AM |
| **To:** | Perez, Julia |
| **Subject:** | RE: Defendant: VALLE RAMOS, JORGE R., Court Case No: 48-2013-CF-005146-O, Agency Case No: ORPD  13-146382 |

Yes, awesome vacation, thanks!
Atty is only avail 0n 9/9 from 2:15 to 2:45

**From:** Perez, Julia [mailto:JPerez@sao9.org]
**Sent:** Monday, August 26, 2013 10:15 AM
**To:** Taylor, Jeanette (PUBDEF)
**Subject:** Defendant: VALLE RAMOS, JORGE R., Court Case No: 48-2013-CF-005146-O, Agency Case No: ORPD 13-146382

Hi Jeanette,

I hope you had a good vacation.  I need to coordinate a half hour of depo time in the above referenced case.  Does your attorney have availability 9/12?

*Julia Perez,*
Felony Bureau, Legal Assistant
Office of the State Attorney
415 N. Orange Avenue
Orlando, Florida 32801
Direct: (407) 836-2410
Fax: (407) 836-2371
JPerez@sao9.org

1

**P003225**

**Perez, Julia**

| | |
|---|---|
| **From:** | Barber, Michael |
| **Sent:** | Friday, August 16, 2013 1:38 PM |
| **To:** | Perez, Julia |
| **Subject:** | RE: Defendant: VALLE RAMOS, JORGE R., Court Case No: 48-2013-CF-005146-O, Agency Case No: ORPD 13-146382, Status: TRL 09/16/2013 |

Please schedule a half hour depo.  Yes you can use some of the blocked off office time.  I block it off to keep the PD's from scheduling every minute of  every afternoon with depos.

Thanks,

*Michael D. Barber*

Assistant State Attorney
Ninth Judicial Circuit
Felony Division 16
Phone: 407-836-2192
Fax: 407-836-2330

*Lynn says looks like email e-mailed Jeanette*

*2:45 on 9/6*

**From:** Perez, Julia
**Sent:** Friday, August 16, 2013 10:29 AM
**To:** Barber, Michael
**Subject:** Defendant: VALLE RAMOS, JORGE R., Court Case No: 48-2013-CF-005146-O, Agency Case No: ORPD 13-146382, Status: TRL 09/16/2013

Click here to view case: http://wsprod1.sao9.org/cm/.cm/index.html?CasesSeq=2815134

Hi Michael, You wanted me to coordinate a deposition for the above referenced case.  How long do you need with the witness?  Can I schedule the depo on a day with some of your reserved office time?  You don't have much time available before the 9/16 trial period.

*2:45 / 10*
*2:55 /*
*3*

1

**P003226**

*MB99*

IN THE CIRCUIT, NINTH JUDICIAL
CIRCUIT, CRIMINAL JUSTICE DIVISION, IN
AND
FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA,
      Plaintiff,

      CASE NO. 13-CF-005146-A-OR
      DIVISION  16

JORGE R. VALLE-RAMOS,
      Defendant.

_____/

## DEFENSE WITNESS LIST

**COMES NOW** the Accused, Jorge R. Valle-Ramos, by and through the undersigned attorney and hereby furnishes to the prosecuting attorney a list of all witnesses whom the accused expects to call as defense witnesses at trial.

Marquis Hickson

4611 Cason Cove Drive #622

Orlando, FL 32811

## CERTIFICATE OF SERVICE

    **I CERTIFY** that this original document has been filed with the Clerk of Court by hand delivery and a copy hereof has been furnished by interoffice delivery to the Office of the State Attorney, 415 North Orange Ave., Orlando, Florida 32801, on the _____/7_____ day of August, 2013.

                  ROBERT WESLEY
                  PUBLIC DEFENDER

By:

                  Kirsten Blum
                  Florida Bar No. 85736
                  Assistant Public Defender
                  435 North Orange Avenue, Suite 400
                  Orlando, Florida 32801
                  (407) 836-4853

**P003227**

**Perez, Julia**

| | |
|---|---|
| **From:** | KBlum@circuit9.org |
| **Sent:** | Thursday, August 22, 2013 12:38 PM |
| **To:** | Perez, Julia |
| **Subject:** | Re: Defendant: VALLE RAMOS, JORGE R., Court Case No: 48-2013-CF-005146-O, Agency Case No: ORPD 13-146382 |

I'm not on this case anymore. It's carli Citraro

Sent from my iPhone

On Aug 22, 2013, at 11:53 AM, "Perez, Julia" <JPerez@sao9.org> wrote:

> Hello,
>
> I understand Jeanette is out this week.  I spoke to Lynn and she said I looks like you have availability on 9/6 at 2:45 -3:05.  Would it be okay if I scheduled a deposition for this time?
>
> Thank you,
>
> *Julia Perez,*
> Felony Bureau, Legal Assistant
> Office of the State Attorney
> 415 N. Orange Avenue
> Orlando, Florida 32801
> Direct: (407) 836-2410
> Fax: (407) 836-2371
> JPerez@sao9.org

P003228

# Order ID 2013-146382   Det Stanley


DSC_0001_0_0001.JPG


DSC_0002_0_0002.JPG


DSC_0003_0_0003.JPG


DSC_0004_0_0004.JPG


DSC_0005_0_0005.JPG


DSC_0006_0_0006.JPG


DSC_0007_0_0007.JPG


DSC_0008_0_0008.JPG


DSC_0009_0_0009.JPG


DSC_0010_0_0010.JPG


DSC_0011_0_0011.JPG


DSC_0012_0_0012.JPG

P003229

# Order ID 2013-146382   Det Stanley


DSC_0013_0_0013.JPG


DSC_0014_0_0014.JPG


DSC_0015_0_0015.JPG


DSC_0016_0_0016.JPG


DSC_0017_0_0017.JPG


DSC_0018_0_0018.JPG


DSC_0019_0_0019.JPG


DSC_0020_0_0020.JPG


DSC_0021_0_0021.JPG


DSC_0022_0_0022.JPG


DSC_0023_0_0023.JPG


DSC_0024_0_0024.JPG

P003230

# Order ID 2013-146382   Det Stanley


DSC_0025_0_0025.JPG


DSC_0026_0_0026.JPG


DSC_0027_0_0027.JPG


DSC_0028_0_0028.JPG



DSC_0029_0_0029.JPG



DSC_0030_0_0030.JPG


DSC_0031_0_0031.JPG


DSC_0032_0_0032.JPG


DSC_0033_0_0033.JPG


DSC_0034_0_0034.JPG


DSC_0035_0_0035.JPG


DSC_0036_0_0036.JPG

P003231

# Order ID 2013-146382   Det Stanley



DSC_0037_0_0037.JPG



DSC_0038_0_0038.JPG

P003232

August 21, 2013

George Gonzalez
1625 Little Falls Cir
Orlando, FL 32807

RE: State vs. JORGE R. VALLE RAMOS
    Court Case No.: 48-2013-CF-005146-O

Dear George Gonzalez:

I am the Assistant State Attorney (prosecutor) assigned by the State Attorney's Office (SAO) to handle the felony case in which you are listed as a victim or witness. You should be receiving a witness subpoena shortly that requires you to appear in court. Because the criminal justice system can be challenging, I want to inform you of the process that the prosecution of this case will follow.

This case is set for trial in local Circuit Court, Division 16 and the court case number is 48-2013-CF-005146-O. You will need to refer to that division number, the Defendant's name, and the court case number throughout the process. The following information about the process should help you as this case progresses:

1.  Subpoenas. You should be receiving a witness subpoena from the Court that orders you to testify at trial. You may also receive a subpoena for you to testify at a deposition (see below). These are court orders and should not be ignored. If you ever receive a subpoena and are unclear of what to do, please contact our office at (407)836-2416. If you do not receive a subpoena, please also contact our office to find out the status of the case.

2.  Pre-trial hearing. The court will usually hold a pretrial or scheduling hearing about 2 weeks before the trial period, at which negotiations for settlement (sometimes called "plea negotiations.") are encouraged. The pretrial hearing in this case is set for September 4, 2013. Please contact us if you want input about any potential settlement before that hearing. If we have not heard from you at least two weeks prior to the trial date, we will assume that you are leaving the resolution of these charges up to the prosecutor's best professional judgment.

3.  Trial. The trial is currently assigned to be held before Judge Margaret H. Schreiber whose courtroom is at room number 6D in the Orange County Courthouse in downtown Orlando. This trial is set for the trial period that begins on September 16, 2013.

P003233

4. <u>Trial Periods</u>. Judge Margaret H. Schreiber schedules many cases for trial during each trial period. Each trial period lasts for three weeks. Due to the volume of cases, it is impossible to try all these cases at the same time, therefore, many of them will be set throughout the three weeks -- or continued (postponed) to another date. We must be ready to try the case at any day or time during the three week period beginning September 16, 2013 and the Defendant may plead guilty or no contest on or before the pre-trial hearing date, any day of the trial period or at any other court hearing. If we know of a plea enough time in advance, we will attempt to notify you. This will be assisted if you provide us an e-mail address.

5. <u>Stand-by for trial</u>. As a convenience to you, we ask you to give us a telephone number and e-mail address where you can be notified to come to court. If you call in a few days prior to the trial date and confirm where you will be, we can usually put you on "standby" which means that you go to work or stay at home, rather than attend Court everyday of the three week trial period. However, you will need to be at a location from which you can be in court within an hour after we notify you. If you want to be put on "standby," please call (407)836-2416 a few days before the trial date. Unfortunately, the only other way to handle this need to have witnesses for trial is for you to wait in the courtroom until the case is called for trial.

6. <u>Depositions</u>. Florida law allows the attorney for the Defendant to take a recorded statement from witnesses called a "deposition." If you receive a deposition subpoena, you must appear on the date and time in the subpoena. If you have any questions, feel free to contact our office at (407)836-2416. A deposition is an opportunity for the defense attorney to ask you questions under oath about what you know about the case. A recording will be made, a prosecutor from our office will be present with you and the defendant will not be there. If at any time other than when you arrive for a deposition you receive a telephone call or visit from the defense attorney or an investigator from the defense attorney's office -- it is up to you to decide whether you want to talk to that person. You are not obligated to talk to the defense attorney or their investigator unless you are testifying at a deposition or trial. You may also refuse to speak to them, unless a prosecutor is present. The decision of whether to speak to them is yours alone.

7. <u>Compensation Fund</u>. Victims who have suffered a physical injury as a direct result of a crime, and who cooperate in prosecution, may be eligible for compensation from a state fund for medical expenses, lost wages, or psychological counseling. Please call **(407)836-1357** and ask to speak to a victim liaison officer to request an application. The application has to be submitted within one year of the crime.

8. <u>Restitution</u>. If the defendant pleads or is convicted, victims are usually entitled to a hearing on restitution for an economic loss suffered as a result of the Defendant's crime -- including property damage or medical bills. Accordingly, please now fill out the enclosed restitution affidavit and attach copies of all receipts, estimates, insurance forms or medical bills that show the amount of your loss. The sooner you get this information back to us, the more likely we will be able to avoid a hearing on the matter and get this restitution ordered, if the defendant is convicted. If there is a dispute over the amount of restitution, you may have to come to court and testify.

9. <u>Sentencing</u>. To obtain restitution, inform the court as to how you have been impacted by the crime (this can be done in writing) or recommend punishment you may need to attend the Sentencing hearing of the Defendant, at which you will need to be able to testify to the value of your loss. Please inform us if you wish to be present – but if you are not seeking restitution – you can also submit a written victim impact statement in lieu of attending the court's sentencing hearing.

P003234

10. <u>Evidence</u>. The State Attorney's Office does not have possession of the items taken by the police or Sheriff as evidence relating to the case – or those items placed into evidence with the court at a trial or hearing. If you want any of those items of evidence back -- you must request those from the police agency or court clerk, when the case is closed, as they are the agencies that maintain those items.

11. <u>Please Update Contact Information</u>. In order for us to keep you informed of all the proceedings, you must inform us of any change of address, employment, or telephone number. Please also send us an e-mail address, if we may contact you by that means. The more ways we have to get a message to you, the more likely we will be successful in keeping you informed of the status of the case. We cannot successfully prosecute this case without your help in this regard.

12. <u>Appeals</u>. Any criminal case could end up in an appeal which is a lengthy process. The Attorney General's Office (AGO) in Tallahassee also has a victim services division. It provides general information on victim service programs; individual victim compensation claims; and, if the case is appealed, the status of the appeal. You can reach that AGO's office by calling toll free 1-800-226-6667.

If you have any questions, which are not answered by this letter, call my Legal Assistant at (407)836-2416, who can usually check the file or our computer system and answer most questions. Please include the above Defendant's name and the court case # in any messages. Because I am a trial attorney, I spend most of my time in Court -- and I have a very limited amount of time to answer messages and return phone calls. We want your questions answered the same day, if possible, and our staff can often do so.

Please be patient – and it may be difficult. We apologize for any inconvenience the judicial system may cause you while we prosecute this crime. The present system is strained as a result of our population having grown rapidly which has created many new criminal cases. Unfortunately, the number of prosecutors and judges has not been increased accordingly and has even been reduced in some cases. Still, we are dedicated to this and intend to do our best on your case and on each case.

Your cooperation will be greatly appreciated.

With sincere regards;


Michael David Barber
Assistant State Attorney
(407)836-2416
mbarber@sao9.org

P003235

CITY OF ORLANDO                                     opd intake <opdintake@cityoforlando.net>

## VALLE RAMOS, JORGE R./CF13-005146O//Tasking Sheet (OCPASS)

**skerestes@sao9.org** <skerestes@sao9.org>                    Mon, May 20, 2013 at 11:45 AM
To: opdintake@cityoforlando.net
Cc: Taskings-ORPD@sao9.org

**REQUEST FOR ADDITIONAL INFORMATION
FROM LAW ENFORCEMENT AGENCY**

| | | |
|---|---|---|
| **To Law Enforcement Officer:** | Michael Stanley | **Offense Date:** 04/09/13 |
| **Agency Case Number:** | ORPD, 13-146382 | **UTC Number:** |
| **Court Case Number:** | CF13-005146O/ | **Sector:** |
| **Defendant(s):** | VALLE RAMOS, JORGE R. | **Trial Date:** |
| **Charge(s):** | BURGLARY OF OCCUPIED DWELLING | |
| | GRAND THEFT 3RD DEGREE (>$5,000,<$10,000) | |

Please provide the following information, NO LATER THAN **05/31/2013**:

Please send me a copy of the crime scene technician's report

| | | |
|---|---|---|
| **Requested By:** | George Steve Kerestes | **Attorney:** |
| | 415 N. Orange Ave., P.O.Box 1673 | **Division:** 16 |
| | Orlando, FL 32802 | **Phone:** (407)836-2416 |
| **Email:** | skerestes@sao9.org | **Fax:** (407)836-2330 |

**For use of Liaison Officer:**    Delivered To: _____    Date: _____

P003236

## CASE COVER SHEET

**SAO REC'D:** 04/23/2013                    **DEFENDANT:** JORGE R. VALLE RAMOS

**AGENCY:** ORPD, 13-146382                  **OFFICER:** Michael D. Stanley
**ZONE:**

**CASE NO:** 48-2013-CF-005146-O             **VICTIM:** GEORGE GONZALEZ

**CHARGE(s): REC'D:** BURGLARY OF OCCUPIED DWELLING
GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

**FILED:** BURGLARY OF DWELLING (F2-L7)
GRAND THEFT THIRD DEGREE (F3-L2)

**OFFENSE DATE:** 04/09/2013          **APPR'D FOR FILING:** 05/20/2013
**ARREST DATE:** 04/24/2013           **DECLINED TO FILE:**

**REASON CASE NOT FILED:**

**COMMENTS:**

**PARALEGAL:** Frances Blair                **DATE:** May 20, 2013
**APPROVED BY ASA:** Steve Kerestes          **DATE:** May 20, 2013
Assistant State Attorney

**LAW ENFORCEMENT COPY**

P003237

## CASE COVER SHEET

**SAO REC'D:** 04/23/2013

**AGENCY:** ORPD, 13-146382
**ZONE:**

**CASE NO:** 48-2013-CF-005146-O

**CHARGE(s): REC'D:** BURGLARY OF OCCUPIED DWELLING
GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

**FILED:** BURGLARY OF DWELLING (F2-L7)
GRAND THEFT THIRD DEGREE (F3-L2)

**DEFENDANT:** JORGE R. VALLE RAMOS

**OFFICER:** Michael D. Stanley

**VICTIM:** GEORGE GONZALEZ

**OFFENSE DATE:** 04/09/2013
**ARREST DATE:** 04/24/2013

**APPR'D FOR FILING:** 05/20/2013
**DECLINED TO FILE:**

**REASON CASE NOT FILED:**

**NOTES:**

On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home. The suspect ran out the back door. VT attempted to chase the suspect but he got away. VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene. W/Bloom observed three (3) males running from her neighbor's house to their car and left the area. W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area. LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects. The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings. VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
*Photos, photo line-up and Criminal info. Bulletin are attached.

**COMMENTS:**

**A copy of this document was sent to Law Enforcement Agency on May 20, 2013.**

**PARALEGAL:** Frances Blair

**APPROVED BY ASA:** Steve Kerestes
Assistant State Attorney

**DATE:** May 20, 2013

**DATE:** May 20, 2013

CF130051460

SAO COPY

**P003238**

## OFFICE OF THE STATE ATTORNEY, NINTH JUDICIAL CIRCUIT
## REQUEST FOR ADDITIONAL INFORMATION
## FROM LAW ENFORCEMENT AGENCY

**To Law Enforcement Officer:** Michael Stanley

| | | | |
|---|---|---|---|
| **Request Date:** | May 20, 2013 | **Offense Date:** | 04/09/2013 |
| **Agency Case No:** | ORPD, 13-146382 | **UTC Number:** | |
| **Defendant(s):** | JORGE R. VALLE RAMOS | **Sector:** | |
| **Court Case Number:** | 48-2013-CF-005146-O | **Trial Date:** | |
| **Charge(s):** | BURGLARY OF OCCUPIED DWELLING GRAND THEFT 3RD DEGREE (>$5,000,<$10,000) | | |

Please provide the following information, returning it with this form, NO LATER THAN 05/31/2013:

Please send me a copy of the crime scene technician's report

**Requested By:** George Steve Kerestes
PO Box 1673, 415 N Orange Ave
Orlando, FL 32802-1673
**Email:** skerestes@sao9.org

Division: 16

FOR USE OF LIAISON OFFICER
DELIVERED TO:_____
DATE:_____



CF130051460

Emailed To opdintake@cityoforlando.net on 05/20/2013

**P003239**

 <u>**CASE WORK-UP SHEET**</u>

J-5/27

| PRR? | PCC? | PTD? | RDC? | CASE NUMBER | |
|------|------|------|------|-------------|---|
| NO | NO | NO | NO | 48-2013-CF-005146-O | JORGE R. VALLE RAMOS |

**CHARGES:**

Ct.  1.  810.BGDW-ENT  BURGLARY OF DWELLING (F2-L7)
<OFFENSE DATE> 04/09/13
<ADDRESS> 1625 Little Falls Circle
<VICTIM> GEORGE GONZALEZ

Ct.  2.  812.GT-L2  GRAND THEFT THIRD DEGREE (F3-L2)
<OFFENSE DATE> 04/09/13
<VICTIM> GEORGE GONZALEZ
<PROPERTY> jewelry or coin collection or knife

**SYNOPSIS:**

On 4/9/13, VT came home and discovered his front door was opened and a suspect inside his home. The suspect ran out the back door. VT attempted to chase the suspect but he got away. VT went back inside his home and two more suspects were still inside. VT fought them then they left the scene. W/Bloom observed three (3) males running from her neighbor's house to their car and left the area. W/Szewczyk observed three (3) males rushing to get into a vehicle and left the area. LEO processed the scene and discovered the suspects used a tire iron to break the sliding glass door. The tire iron was left on the scene. The backpack containing VT's coin collection and knife were left on the scene by the suspects. The suspects took jewelry with a total estimate value of $9,200. VT did not give anyone permission to enter his apartment and take his belongings. VT identified D in a photo line-up as the suspect he first saw inside the house then fled the area.

OPD COI $116.40
*Photos, photo line-up and Criminal info. Bulletin are attached.

Frances Blair
May 20, 2013

**P003240**

# ARREST WARRANT

Arrest Date: 4/24/13    In Jail? yes    15th Day: ____    21st Day: ____    33rd Day: 5/27

Defendant's Name:    Case No:    Agency/Case No.:

**JORGE R. VALLE RAMOS**    48-2013-CF-005146-O    ORPD/13-146382

Co-Defendant(s):

Date Printed: April 30, 2013    Printed by: Arleen Moreno-Morales

File to PL: _____    PL: Frances Blair

CPR? Yes

TSO?

CAPN?

VT wants to prosecute:    No _____    Yes _____

Victim Name / DOB:

Charges Received:    BURGLARY OF OCCUPIED DWELLING
GRAND THEFT 3RD DEGREE (>$5,000,<$10,000)

File to ASA: _____    ASA: _____

CF13005146O

P003241

May 10, 2013

GEORGE GONZALEZ
1625 Little Falls Cir
Orlando, FL  32807

Defendant:  JORGE R. VALLE RAMOS
Case No.:  48-2013-CF-005146-O

I am reviewing a criminal complaint to determine whether to file formal criminal charges against JORGE R. VALLE RAMOS.  While there are many factors that I must consider before making a decision about this case, one essential factor is victim input. Reports indicate that you may be a victim in this case.  Please call me at the phone number listed below immediately upon receiving this letter.  Most cases cannot be prosecuted without a cooperative victim, so if you do not contact me, I may not be able to file these charges.

If you suffered personal physical or psychological injury as a result of this crime, you may be entitled to benefits including lost wages, medical expenses, mental health counseling, or in the case of persons over the age of 60, reimbursement for property loss.  You must apply for these benefits within one year of the date of the crime and must fully cooperate with law enforcement, the State Attorney's Office, and the Attorney General's Office.  You may not have contributed to your own injuries.  If you would like further information about the Victim Compensation program please dial 407-836-1357.

Please contact my secretary at (407)836-2169 or by e-mail at VLResponseTeamB@sao9.org upon receipt of this letter to advise this office as to whether or not you would like to see this case prosecuted.  Please have available the case number listed above, your telephone number and your current address, if the address above is not accurate.

Please contact my office by 05/20/2013.

Sincerely,


Frances Blair
Paralegal
Criminal Intake Division

P003242