**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

**COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.:  6:24-CV-01276-CEM-DCI

HON. CARLOS E. MENDOZA

JORGE VALLE-RAMOS,

Plaintiff

V.

CITY OF ORLANDO, MICHAEL

STANLEY, AND UNKNOWN OFFICERS,

Defendants

DEPONENT:   MICHAEL STANLEY

DATE:       MARCH 4, 2025

REPORTER:   SHEILA JONES

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

APPEARANCES


ON BEHALF OF THE PLAINTIFF, JORGE VALLE-RAMOS:

Roz Dillon, Esquire

Loevy & Loevy

311 North Aberdeen

3rd Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: dillon@loevy


ON BEHALF OF THE DEFENDANT, CITY OF ORLANDO, MICHAEL

STANLEY, AND UNKNOWN OFFICERS:

Stephen Mistoler, Esquire

O'Connor, Haftel & Angell, PLLC

800 North Magnolia Avenue

Suite 1350

Orlando, Florida 32803

Telephone No.: (407) 843-2100

E-mail: smistoler@ohalaw.com


Also Present: Evenicole Ortiz, Videographer

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

INDEX

                                                    Page

PROCEEDINGS                                          5

DIRECT EXAMINATION BY MS. DILLON                     6

CROSS-EXAMINATION BY MR. MISTOLER                    177


                    EXHIBITS

Exhibit                                             Page

  3        Statement of Charlene Bloom      158

 12        Statement of George Gonzalez     153

 13        Orlando Police Department Field  143

           Report

 15        Statement of Bethany Szewczyk    156

 16        Photo Line-Up Administration by   99

           Ms. Szewczyk

 17        Photo Array                       96

 19        Criminal Information Bulletin     76

 20        Supplemental Case Report         109

 21        Affidavit for Arrest Warrant     138

 22        ICJIS Warrant Arrest Affidavit   141

 23        Orlando Police Department Field  149

           Report (Original)

 24        CSI Styer's Field Report         160

 25        Investigative Costs Expense Report 163



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

STIPULATION

The VIDEO deposition of MICHAEL STANLEY was taken at O'CONNOR, HAFTEL & ANGELL, PLLC, 800 NORTH MAGNOLIA AVENUE, SUITE 1350, ORLANDO, FLORIDA 32803 on TUESDAY the 4th day of MARCH 2025 at 1:25 p.m. (ET); said deposition was taken pursuant to Rule 30 of the FEDERAL Rules of Civil Procedure.

It is agreed that SHEILA JONES, being a Notary Public and Court Reporter for the State of FLORIDA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

PROCEEDINGS

THE VIDEOGRAPHER:  We are now on the video record.  The time is 1:24 p.m.  My name is Eve, and Sheila is the court reporter.  Today is the 4th of March 2025, to the deposition of Michael Stanley in the matter of Jorge Valle-Ramos v. City of Orlando, Michael Stanley, and unknown officers, pending in the -- pending in the United States District Court for the Middle District of Florida.  Case number 6:24-CV-01276-CEM-DCI.

Will Counsels please identify themselves for the record, starting with the plaintiff.

MS. DILLON:  Roz Dillon for plaintiff, Jorge Valle-Ramos.

MR. MISTOLER:  Stephen Mistoler on behalf of Defendants.

THE VIDEOGRAPHER:  Thank you.  Madam Court Reporter, please now swear the witness.

THE REPORTER:  Mr. Stanley, will you raise your right hand?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes, I do.

THE VIDEOGRAPHER:  Okay.  We may begin.

DIRECT EXAMINATION



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

BY MS. DILLON:

Q.   Hi.   My name is Roz Dillon and I represent the plaintiff, Jorge Valle-Ramos in this case.   Can you please state and spell your name for the record?

A.   Michael Stanley, M-I-C-H-A-E-L, S-T-A-N-L-E-Y.

Q.   And I'm going to be deposing you this afternoon.   I assume you've been deposed before?

A.   I have.

Q.   Okay.   Approximately how many times?

A.   40 or 50.

Q.   Okay.   Are those all civil cases?

A.   No.   Maybe only two or three civil.

Q.   Okay.   Two or three civil.   Do you remember the names of any of the civil cases?

A.   I don't.   No.   They were premises liability cases for shootings.

Q.   Okay.   So you probably know how this goes, but I'm just going to lay a couple ground rules so that we're on the same page, okay?   So you understand that the oath you just took is the same as if you were in a courtroom in front of a judge and jury, correct?

A.   Yes.

Q.   Okay.   And the answers you give today are subject to the penalty of perjury, correct?

A.   Correct.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

Q.   All right.  If you don't understand a question I ask, please just say so and I'll rephrase it.  If you answer, everyone will assume you understood the question.  Fair enough?

A.   Fair.

Q.   All right.  And the court reporter is going to be taking down your testimony today.  So for that reason, it's really important that you give verbal answers.  Shaking your head, hand movements won't allow her to take down your testimony, okay?

A.   Sure thing.

Q.   So for the same reason, it's important that we try not to speak over each other.  So I'm going to do my best to let you finish answering a question before I jump in.  And I just ask that you do the same, okay?

A.   Deal.

Q.   All right.  So next, there might be some times today where your attorney objects to one of my questions, but since there's no judge here to rule on the objections, the rule is that you'll answer anyway, unless he explicitly directs you not to answer it, understood?

A.   I do.

Q.   Okay.  Finally, if you need a break at any time, you can ask for one, but if there's a question



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

367720 Stanley Michael 03-04-2025   Page 8

pending, you'll just need to answer it before we go off the record, okay?

A.   Sure thing.

Q.   All right.  And do you prefer Mr. Stanley, Detective Stanley?

A.   Mike -- Mike works.

Q.   Mike?

A.   Yeah, honestly.

Q.   All right.  Mike, do you have any medical conditions that might affect your ability to testify?

A.   I do not.

Q.   Okay.  Any other reason you can think of that you wouldn't be able to give full and accurate testimony today?

A.   None.

Q.   All right.  And without telling me what you discussed with your attorneys, can you tell me whether or not you met with your attorney to prepare for today?

A.   Yes.

Q.   Okay.  How many times?

A.   I'd say once.

Q.   All right.  How long was that meeting?

A.   I'd say maybe an hour.

Q.   All right.  And when was that?

A.   Last week.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

367720 Stanley Michael - 03-04-2025    Page 9

Q.   Was there anyone else present besides you and your attorney in that meeting?

A.   No.  There were two attorneys present in this office.

Q.   Okay.  Did you review any documents to prepare for your deposition?

A.   I did.

Q.   Okay.  What documents did you review?

A.   I reviewed the case reports that were submitted as -- as part of the criminal case for this incident.

Q.   Do you mean case reports written by you or case reports written by others?

A.   Both.

Q.   Okay.  Did you review any of your prior testimony before the deposition?

A.   I did.

Q.   Okay.  Which prior testimony did you review?

A.   I reviewed my deposition, I reviewed my testimony in the criminal case, and I reviewed my testimony in the motion for post-conviction relief.

Q.   Okay.  Did you review the photo lineups that were developed in this case?

A.   I did.

Q.   Okay.  Can you recall -- can you recall any

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 10

other documents you reviewed?

A.   I reviewed the testimony of the other people that had participated in this incident, Mr. Gonzalez and Ms. Bethany.

Q.   Okay.  And what testimony of theirs did you review?

A.   Their testimony from the criminal trial and from the motion for post-conviction.

Q.   Okay.  Did you review their deposition testimony?

A.   I did not have that.

Q.   Okay.  Anything else you can remember reviewing?

A.   No.

Q.   Did you read the complaint in this case?

A.   I have.

Q.   Okay.  Do you have an understanding about the allegations in this case?

A.   Yes, I do.

Q.   Okay.  What is your understanding?

A.   Just that there is a contention that Mr. Valle-Ramos was not responsible for this incident.

Q.   Okay.

A.   In summary.

Q.   And so just so that we're on the same page in

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

terminology, the civil case that we're here for involved a burglary that occurred at 1625 Little Falls -- little Falls Circle in Orlando, Florida on April 9, 2013.  Does that sound right to you?

A.   Yes, it does.

Q.   Okay.  And the gentleman whose home was burglarized was named George Gonzalez.  Does that sound right?

A.   Yes, it does.

Q.   Okay.  So when I talk about the Gonzalez burglary, unless I specify otherwise, that's the incident that I'm going to be referring to, okay?

A.   Okay.

Q.   And when you were reviewing those documents in preparation for your deposition, did you remember this investigation?

A.   No.

Q.   Okay.

A.   No.

Q.   They didn't spark any independent memory of the investigation?

A.   No, they did not.

Q.   All right.  What year did you join the Orlando Police Department?

A.   2005 in May.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

Q.   Okay.  And if I sometimes say, "OPD," will you understand me to be meaning --

A.   I -- I will.

Q.   Okay.  And did you have any employment in law enforcement or security before you started?

A.   No, I did not.

Q.   Okay.  Did you have any military service?

A.   Yes, I did.

Q.   Okay.  What branch?

A.   I was in the Marine Corps.

Q.   For how long?

A.   Five years.

Q.   And were you honorably discharged?

A.   Yes, I was.

Q.   All right.  Let's talk about your time with the Orlando Police Department.  Before you started at OPD, did you have to go through police academy?

A.   I did.

Q.   Okay.  What year did you go through the academy?

A.   January of 2005 through May of 2005.

Q.   Okay.  And what kinds of courses or training did you get in the academy?

A.   You certainly received training in all of the high liability areas to include defensive tactics,

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025          Page 13

firearms, driving, in addition to instruction on all of the other issues with which you might be forced to make a decision as a law enforcement officer.

Q.   Okay.  And when you say, "other issues you might be forced to make a decision on," can you give some examples?

A.   Let's say criminal law.  Let's say domestic violence.  Let's say drugs, DUI, Fourth and Fifth Amendment issues.  I'm -- I'm certain there's a -- a lot more, but --

Q.   Okay.  Any other kind of general training areas you recall getting training on at the police academy?

A.   At the police academy?  Not.  If -- if -- I'm certain if I saw my curriculum, they would jump out at me, but --

Q.   Okay.

A.   -- but no.

Q.   Not as you sit here today?

A.   Not as I sit here.  Yeah.

Q.   Were you trained on any OPD specific policies in the academy?

A.   No.

Q.   Okay.  All right.  So you finished academy May 20, 2005, correct?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael   03-04-2025   Page 14

A.   Correct.

Q.   And then did you start immediately at the Orlando Police Department?

A.   I did.

Q.   Okay.  What was your first job title?

A.   I would say underwent approximately six months of field training officer.

Q.   Okay.

A.   And going through training as a field training officer.

Q.   All right.  And after you went through training of -- as a field training officer, did you become a --

A.   I went solo.  Yes.

Q.   Okay.  Can you explain what that means?

A.   During -- you know, you receive training with another officer that is -- that is present with you through several phases until you have met and satisfied a criteria with which you're able to be a solo officer.

Q.   Okay.  Do you recall how long you were in the position of solo officer?  Is that a title?

A.   No.  No.  You just -- I guess you would say you -- you've completed field training.

Q.   Okay.  Did you have a title change over time from solo officer?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.    No.  No.

Q.    Okay.  So when you were -- when did you become a detective with --

A.    In May of 2012.

Q.    Okay.  And how long did you hold the title of detective?

A.    Until September of 2019.

Q.    So for about seven years?

A.    That sounds about accurate.  Yes.

Q.    Okay.  And was that a promotion from your time as a solo officer, or is it just a different --

A.    It's a -- it was -- it's a lateral move.

Q.    Okay.

A.    Yeah.  You're still an officer.

Q.    What were your responsibilities as a detective?

A.    To investigate crimes that have occurred that have not been resolved by an initial response by a patrol officer.

Q.    Okay.  Did you have a partner when you were working as a detective?

A.    No.

Q.    No?

A.    No, I did not.

Q.    Okay.  After -- you said you were a detective

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

until September 2019.  Did you assume a different role after that?

A.   I -- I did.

Q.   What role did you assume?

A.   I was an investigator in Internal Affairs.

Q.   Okay.  And how long did you hold that position?

A.   I held that position until December of 2021.

Q.   Okay.  And was that a promotion or another lateral transfer?

A.   To -- to Internal Affairs?

Q.   Yes.

A.   That's a lateral movement.  I was still an officer.

Q.   Okay.  And what was your -- what were your responsibilities as an Internal Affairs officer or an investigator in Internal Affairs?  Sorry.

A.   To investigate alleged officer misconduct.

Q.   Anything else?

A.   That probably encapsulates everything.

Q.   Okay.  And after December 2021, did you assume a different role at Orlando Police Department?

A.   Yes, I did.

Q.   Okay.  What role was that?

A.   I was promoted to sergeant at that time in

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 17

December of '22.

Q.   Okay.  And is that the role you hold today?

A.   It's the rank I hold today.

Q.   Okay.  How long -- did you retire from Orlando Police Department?

A.   I did not.  No.

Q.   Okay.  So you were promoted to sergeant, you said, December 2022?

A.   Yes.

Q.   Okay.  And what were your responsibilities as a sergeant?

A.   I was a patrol sergeant, and -- and the responsibilities there are to supervise a squad of officers in a specific geographic area within the city.

Q.   Okay.  All right.  Have you always been assigned to officers in the same geographic area, or has that changed?

A.   When I was a patrol sergeant, it was one specific area.

Q.   Okay.  What area was that?

A.   That was the India sector, which is kind of south of downtown, a little bit towards the east side of town.

Q.   Okay.  And you said you -- when you were a patrol sergeant, does that mean you changed roles as a



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

sergeant at some point?

A.   Yes.

Q.   Okay.  When was that?

A.   That would've been in September of 2022.

Q.   Okay.  And what sergeant role did you shift to?

A.   I shifted to a sergeant in the Violent Crimes Unit within the Criminal Investigations division.

Q.   Okay.  And in that role, what are your -- what were your responsibilities?

A.   To oversee violent crimes being investigated by officers by -- investigated by detectives that occurred in the city.

Q.   Okay.  The whole city?

A.   Correct.

Q.   And are you still a sergeant in the Violent Crimes Unit?

A.   No, I'm not.

Q.   Okay.  When did you shift from the Violent Crimes Unit?

A.   I shifted from the Violent Crimes Unit as a sergeant to the homicide unit as a sergeant in December of 2023.

Q.   Okay.  And you said that -- the homicide unit?

A.   Correct.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025    Page 19

Q.   And what were your duties as a homicide sergeant?

A.   To oversee the investigations of homicides occurring in the -- in the city in addition to officer-involved shootings, suicides, missing people.  That's -- that's about it.

Q.   Okay.  And are you a homicide sergeant today or --

A.   Yes, I am.

Q.   Okay.  So you still work at OPD.  In 2013, you were working as a detective; is that right?

A.   Yes, it is.

Q.   When you first became a detective, what was your assignment?

A.   My assignment was as a detective within the East Property Unit.

Q.   Okay.  And how long were you a detective in the East Property Unit?

A.   I would say from when I started in May of 2012 until approximately August of 2013.

Q.   Okay.  And what did you do in that assignment?

A.   We investigated property-related crimes, which occurred within the eastern section of the city.

Q.   Okay.  Same sector as when you were a sergeant at the India sector?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

367720 Stanley Michael  03-04-2025                    Page 20

A.   It would've.  I guess it would've included.
That would've been one area.  Yes.

Q.   Okay.  So it was multiple sectors?

A.   Correct.

Q.   All right.  Did your assignment change over
time?

A.   Within?

Q.   As a detective?

A.   Within the property unit?

Q.   No.  After you were -- in August of 2013.

A.   I went to the -- it was called the Assault and
Battery Unit at that time.

Q.   Okay.  And how long were you at the Assault
and Battery Unit?

A.   I would say until maybe March of 2016.

Q.   Okay.  And then after March of 2016, did --
what was your next assignment as a detective?

A.   In the Robbery unit.

Q.   And how long were you a detective in the
Robbery unit?

A.   I would say until May of 2019.

Q.   Okay.  Is that when you were promoted to -- or
the -- is that when you changed to an investigator?

A.   No.  No.  I was in the homicide unit as a
detective between the robbery unit and Internal Affairs.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                     Page 21

Q.   Okay.  And were you in the homicide unit until you became an investigator?

A.   Correct.

Q.   All right.  And so your assignment -- in 2013, you were in the East Property Unit; is that right?

A.   Yes, it is.

Q.   Who did you report directly to?

A.   I had a number of sergeants there in that unit at that time.  I recall Danny Schad, S-C-H-A-D, was a sergeant in that unit.  I remember Dan Brady.  And I remember Ian Berkman, B-E-R-K-M-A-N, in those units as -- that was the sergeant.

Q.   Okay.  How many sergeants would you say were in the East Property Unit in 2013?

A.   Well there was only one that would've been assigned there.  But as far as when they came and went, I'm not -- I don't remember.

Q.   Okay.  And as a detective in the six or so years you were a detective, did you ever have a partner?

A.   No.

Q.   Okay.  When you worked at the Orlando Police Department in the 2013 range, did you have a work e-mail address?

A.   I did.

Q.   Okay.  Do you -- did you use that e-mail in



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

relation to your ongoing investigations?

A.    Yes.

Q.    Okay.  How might you have used it?

A.    I -- I might have used it to reach out to a complainant.  I might have used it to reach out to a -- a victim.  I might have used it if those -- if phone call -- if I had an e-mail, if phone calls were not working.

Q.    Would you use it to communicate with other officers about ongoing investigations?

A.    I -- not that I remember, but I'm not -- I -- I don't know.

Q.    Not that you recall?  Is it possible that you used it with --

A.    Sure.  Sure, it is.

Q.    Okay.  Do you still have access to that e-mail?

A.    I don't know.

Q.    Okay.  Have you been asked to search it for e-mails related to the Gonzalez burglary or Mr. Valle-Ramos?

A.    Well I think that a request was made for those e-mails.  I think that information may have been provided to the city, but I don't have the ability to go back that far and look.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.   Okay.  So you couldn't -- even if you wanted to, you couldn't search that far back?

A.   I -- I don't believe so.

Q.   Okay.  Did you use -- did you type -- scratch that.  In 2013, did you do your reports on a computer?

A.   Yes.

Q.   Okay.  Were any officers still using handwritten reports in 2013?

A.   Handwritten reports?

Q.   Yeah.

A.   No.

Q.   Okay.  So it wasn't -- it wasn't your practice to do typewritten reports?  It just what happened in 2013?

A.   I would certainly type it out and then input it into the system that creates our reports.

Q.   Okay.  And in 2013, did you regularly type reports in connection with the investigations that you worked on?

A.   Yes.

Q.   Okay.  When would you write a report in connection with a criminal investigation?

A.   When you had made an arrest, or if the incident was unfounded, or if it was a certain level of a case in which a report was required and it had not

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

been resolved.  No other investigative leads for, you know, certain types of cases.

Q.   Okay.  Are there other events in a case that you can recall that you would be required to write a report after?

A.   No.

Q.   So if, during the course of an investigation, a detective performed an investigative task like talking to a witness, is that something you would expect to be documented in a report?

A.   You certainly should.  Yes.

Q.   Okay.  And you say, "you should."  Is that -- does that mean it's good practice to do so, or was it required policy?

A.   It is good practice.

Q.   Okay.  But no explicit policy requiring documentation of --

A.   I -- I guess it would have to be on the judgment of the detective that is conducting a -- an interview.

Q.   Okay.  Would you ever have a communication with a witness that you would not document in a report?

A.   Through maybe a phone call.

Q.   Okay.  What kinds of phone calls would you expect maybe wouldn't be documented in a report?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.    That would not?

Q.    Yes.

A.    If it didn't have any investigative value or if it was merely scheduling, if it was -- if they had some other -- if they had something -- I don't know. You wouldn't document necessarily every communication that you have.  I guess I would say only the important issues with which to -- that would lead the case along.

Q.    Okay.  And is it up to the discretion of the investigator or the detective to decide what important issues would lead the case along?

A.    Yeah, I -- I -- it would -- I think if I presented something to a state attorney and it said I spoke to so-and-so on the phone call and there was no answer or, you know, they confirmed they were going to meet at certain time, you know, you wouldn't include that.  It has no -- no investigative value.

Q.    Okay.  What about, like, a show-up identification with a witness or a victim?  Is that something you would expect to be documented in a report?

A.    Yes.

Q.    Even if the victim or witness did not identify someone?

A.    Yes.

Q.    All right.  And what about show -- after



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025          Page 26

showing a photo lineup to a witness?  Is that the kind of task you would expect to see a written report on?

A.    Yes.

Q.    All right.  What information did you include in your reports?

A.    I included an overall, I guess, description of what had transpired, what investigative leads had developed, the action taken, and a conclusion based upon the results obtained.

Q.    Okay.  And how did you know what to include in your reports?

A.    Common sense.

Q.    Okay.  Did you receive any training in report writing?

A.    No.  No.

Q.    Okay.  So you just learned how to write your reports through common sense?

A.    Yeah.

Q.    Okay.  As a detective, what did you do with your reports once you had written them?

A.    They were submitted as completed into the report writing system.  And then it would ultimately be reviewed, merged, completed.

Q.    Okay.  You said, "reviewed, merged, and completed?"

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025    Page 27

A.   I did.

Q.   Okay.  Who would review the reports?

A.   The sergeant would review those reports, or in his absence, the assistant squad leader.

Q.   Okay.  And you are a sergeant.  You are a sergeant, correct?

A.   Correct.

Q.   So as a sergeant, in your capacity as sergeant, do you act as a reviewing officer on reports?

A.   I do.

Q.   Okay.  What are the supervisor duties related to reviewing reports?

A.   Look for completeness.  You look for -- if it's an arrest warrant, you would look for -- you would want to make certain that probable cause has been established by the evidence that they're presenting.

Q.   Okay.  You'd be looking for completeness.  Would you be looking for accuracy?

A.   Absolutely.

Q.   Okay.  You'd be looking for probable cause, right?

A.   Yes.

Q.   Anything else you can think of that you would be reviewing a report for?

A.   Grammar, dates, times, people.  Yeah.

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025                 Page 28

Q.   Oh, a sergeant or a supervisor would never just sign off on a report without reviewing it carefully, correct?

A.   You shouldn't.  No.

Q.   Okay.  After sergeant reviews, did you say they're merged?  What does that mean?

A.   I don't really know.  It merged into the computer system with which they are, you know?

Q.   Okay.

A.   And in some capacity, in a report review unit within our department, I -- I have very little understanding of how that works.

Q.   Okay.  Is there -- was there a requirement in the 2013 era that the reports went into a case file related to the investigation?

A.   Into a -- I'm not sure I understand.

Q.   Did -- when you were working on an investigation as a detective, did you maintain a file for your investigation?

A.   I maintained some of the documents that I felt were important to have immediately available with which not to have to open up a computer to look at them.

Q.   Okay.  So there wasn't a specific case file that was created in each investigation?  Each detective just maintained a file --



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025     Page 29

A.    I'm sure --

Q.    -- with documents they thought were important?

A.    -- I'm -- I'm sure.  Yes.  You would have a case file for that specific case as you were working on it.

Q.    Okay.  Do you recall if as a detective in the 2013 timeframe you would ever make handwritten notes?

A.    I'm certain I might have scratched something down on a piece of paper related to a -- to a case if I was speaking to somebody on a phone.

Q.    What would happen to those notes?

A.    I have no clue.

Q.    Okay.  Would they go in the case file?

A.    They might if you did not complete the case, and you didn't think you were going to be around any longer, and there would be some notes for the next person if they picked up the case.

Q.    Okay.  So you would include your handwritten notes if you thought the case was going to be handed over to someone else; is that right?

A.    Yeah.

Q.    Okay.  But you wouldn't include them otherwise?

A.    No.

Q.    Okay.  As an OPD detective, did you receive



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900            www.MILESTONEREPORTING.com            Toll Free 855-MYDEPOS

training on interviewing witnesses in connection with

criminal investigations?

    A.   I took a 40-hour class at the Valencia

Criminal Justice Institute called Interviews and

Interrogations.

    Q.   That was Valencia Criminal Justice Institute?

    A.   Well that's correct, yes.

    Q.   Okay.  Is that something that was required or

something that you just did?

    A.   It was not required.  It was something I did.

    Q.   Okay.  And what did that 40-hour class cover?

    A.   I really don't remember specifically.  I

remember two detectives from somewhere in Orange County

presented the class.

    Q.   Okay.

    A.   But, you know, I -- I'm certain we -- we

talked about scenarios and interviews.

    Q.   Is it fair to say that interviewing witnesses

was something you had experience with in 2013?

    A.   I would say so.

    Q.   Okay.  In 2013, how often did you interview

witnesses in connection with ongoing criminal

investigations?

    A.   And you'd certainly want to speak to them

about every case that you would've been assigned.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.   Are there best practices for when to conduct witness interviews?

A.   Not that I'm aware of.

Q.   Okay.  Any rules about whether or not more than one officer should be present when interviewing witnesses?

A.   No.

Q.   Okay.  Would you ever interview a witness without taking notes or documenting that interview?

A.   Yeah, I -- I'd say so.

Q.   So you -- so you -- there would be scenarios where you wouldn't document a witness interview?

A.   I'm certain that there -- probably there could be.

Q.   In what scenarios would it be appropriate not to document a witness interview?

A.   If they told you something that you had already known, or they didn't have any other information to offer.

Q.   Any other scenario where you think it would be appropriate not to document a witness interview?

A.   I can't think of any as I sit right here now.

Q.   Were there any best practices for when you decided you were going to document an interview on how to do that?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

A.   I'm going to have to ask that again.  I --

Q.   Yeah, it was terribly worded.  Were there best practices for how to memorialize witness interviews in the 2013 timeframe?

A.   Not that I remember, no.

Q.   Okay.  So there wasn't a -- an official policy on how to document witness interviews?

A.   No.  No.

Q.   It would be up to the discretion of the detective on the case to document?

A.   Yes.

Q.   Okay.  Would you -- when you were working as a detective in 2013, did you ever audio record or video record your witness interviews?

A.   I never video recorded interviews.  Those would only be done in an interview room.  They would not be done out in the field or in a setting like we're in today.

Q.   Okay.  So you would -- you would never video record an interview unless it was an official something at the station in an interview room?

A.   That's correct.

Q.   Okay.  How about audio recording?

A.   Yes.  I forget.  I can't remember when I received an audio recorder.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Q.   Did you have an audio recorder in 2013?

A.   I don't believe so.

Q.   Okay.  Do -- and you can't remember when you got your audio recorder?

A.   I don't.  No.

Q.   Was there a policy or practice -- strike that. In your experience in 2013, how many detectives would typically be assigned to investigate a burglary?

A.   One.

Q.   Okay.  So it was common for one detective to be assigned to a burglary?

A.   Yes.

Q.   Do you know how it was determined what officer would -- or what detective would be selected to investigate a particular burglary?

A.   If it occurred in a specific district that you were assigned within a specific sector.

Q.   Okay.  So if it was -- you -- each detective was assigned a specific area.  And if something happened in that area, you would become the lead on that case?

A.   That's accurate, yes.

Q.   Okay.  Would a detective generally be called to the scene of a burglary?

MR. MISTOLER:  Object to form.

THE WITNESS:  Yes and no.  I might not have



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

even been aware of a -- a burglary that's occurring.
You might -- the patrol officers that are handling
it might not make a notification.

BY MS. DILLON:

Q.   Okay.  So it's not unlikely that a detective
who's later assigned to lead a burglary investigation
didn't respond to the scene?

A.   That's correct.

Q.   Okay.  If a detective didn't respond to the
crime scene, but was appointed later as a lead on the
investigation, how would he get the information he
needed to investigate the case?

A.   Excuse me.  You would look at the report that
was generated and any witness statements that are
available.

Q.   How would you get those reports?

A.   You would get the reports from the computer
program with which reports are archived.

Q.   Is that the same way you would get witness
statements?

A.   They would be scanned in with the report.

Q.   Okay.  How did the -- did you -- strike that.
When you were investigating burglaries as a detective,
would you reach out to the responding officers and speak
with them about their reports?

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

A. Only if I had a question or something was unclear.

Q. Okay. So it wasn't your practice to always speak to the officers who responded if it was a burglary when -- you were assigned to?

A. That's correct.

Q. Okay. When officers respond to the scene of the burglary and the case is assigned to a detective, do the responding officers stay on the investigation after the initial response?

A. No.

Q. Okay. Was it the lead detective's responsibility to follow up on any information in the officer's reports?

A. When you say, "follow up," what do you -- in reference to the reports, I mean --

Q. So if, for example, there were conflicting eyewitness descriptions of suspects in a report, would it be the detective's responsibility to take steps to reconcile those conflicting statements?

A. Well I think you would want to speak to the people that generated the conflict if those came from two different parties.

Q. So if there were discrepancies in eyewitness reports, you would want to speak with the individuals



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

367720 Stanley Michael  03-04-2025                    Page 36

who gave those reports to try and reconcile?

A.   Reconcile or to hear from them first-person what their recollection or what they saw would be.

Q.   Would it be appropriate to ignore discrepancies in eyewitness reports and take no steps to try and reconcile?

MR. MISTOLER:  Objection.

THE WITNESS:  I think it would be appropriate to speak to those people to find out what it -- exactly it was that they saw and what they recall. And historically, I found that people offer varying degrees of recollection in my history of investigating crimes. People see the same thing and can oftentimes provide a complete different description of an event.

BY MS. DILLON:

Q.   Okay.  So fair to say best practice would be to follow-up with the individuals who gave the conflicting statements?

A.   Yes.

Q.   After a case is closed, what happens to the reports or the case file that was being maintained?

A.   Well, the reports never go away.  Those are forever memorialized within the computer program that they are created and -- and stored in.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025                            Page 37

Q. Does that include, like, witness statements and photo arrays and things like that?

A. They should be scanned in -- in the -- in the best practice.

Q. Okay. In the best practice they should be scanned in, who is responsible for scanning those in?

A. The -- the detective would be responsible for scanning those in.

Q. And you said it's best practice. Does that mean there's no official policy on --

A. I -- I don't always -- I've sometimes not gotten witness statements for a case. And I've, you know, found out that the officer didn't scan them in. So I -- I didn't get it after I reviewed a report, and they make reference to a written statement. So then you begin to look for wherever that is.

So in a perfect situation, you know, each and every statement would be scanned in, and it would accompany the report that it's linked to. But I found that -- that does -- is a perfect world and -- and that this doesn't exist.

Q. Okay. So -- and ideally, every document related to a case would be scanned in. But sometimes, it doesn't happen because that's human error?

A. That's correct. Human error, yes.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.   When you were working as an OPD detective, did you work with photo lineups in your investigations?

A.   Yes, I did.

Q.   In the 2013 timeframe, did the Orlando Police Department have any explicit policy for what was required to conduct a photo array?

A.   Yes, they did.

Q.   Okay.  Do you remember how many times you saw that policy?

A.   I -- I don't.  I certainly know I would've signed off on it.  When it was sent to us, you would sign off on a policy.  Anytime there is a change or a revision, it would be resubmitted, and you would have to re-sign off on that policy to acknowledge the changes.

Q.   Okay.  When you say you signed off on it, what do you mean?

A.   I mean, in a -- there's a computer program that is utilized to archive all the policies, procedures, regulations, training bulletins, et cetera. And that's where you would go to look up those, not a paper copy.

Q.   Okay.  As a detective, you had access to that archive?

A.   I did.

Q.   How -- was there any training you received on



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025    Page 39

the appropriate way to conduct a photo array?

A.    No.  No.  I'd seen it done many times as a patrol officer.  I -- I knew how to use the system.

Q.    Okay.  So you say you saw it done a lot of times while you were a patrol officer.  Is that how you learned the proper way to conduct photo arrays?

A.    I -- I don't know if there was a -- a training syllabus or anything that was done to learn how to use that.  It -- it wasn't a complicated computer program.

Q.    Okay.  You said you -- you're not sure if there was a specific protocol or training you --

A.    I -- I don't know.  I -- I don't believe there was.

Q.    Okay.  But you don't remember?

A.    I don't.

Q.    Okay.

A.    No.

Q.    What is the proper way to conduct a photo array?

A.    I guess that's kind of a broad question.  I -- I don't know what you mean by that --

Q.    Sure.

A.    -- setting.  I mean --

Q.    At -- okay.  So in the -- thinking about in the 2013 timeframe, if you wanted to put together a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025          Page 40

photo array, how would you go about doing it?

A.   You would certainly look for a picture of your potential suspect, and you would look for five other people with similar physical characteristics.

Q.   Where did you get the photos that you would use to construct photo arrays?

A.   They were largely from arrest photographs maintained by the -- or taken by the Orange County Corrections.

Q.   Okay.  Any other database you pulled from --

A.   Yes.

Q.   -- for photo arrays?  What other places did you pull from for photo arrays?

A.   Florida Driver and Vehicle Information Database.

Q.   And is it totally up to the discretion of the detective who's constructing the photo array to select which photos to use?

A.   Yes, it is.

Q.   Okay.  Did you ever, as a -- as a detective, when you're putting together photo arrays, show your photo array to another OPD officer?

A.   From time to time, yeah.

Q.   Okay.  And did -- do -- did -- during your time as a detective, did other detectives show you photo

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free **855-MYDEPOS**

arrays they had constructed.

A.   Yes.

Q.   Okay.  What was the purpose of that?

A.   To see if they thought it was too suggestive, too similar.  Look for -- make sure you didn't have the person in there twice, you know, just a -- a kind of a proofread, so to speak.

Q.   Okay.  And what does it mean for a lineup to be suggestive?

A.   That a person's -- the background in the photograph or their -- something about the photograph is leading.

Q.   So if the lineup's put together in a way where the photo of the subject is distinct from the other photos, that would be a suggestive lineup?

        MR. MISTOLER:  Objection.

        THE WITNESS:  A -- a photograph that is distinct and stands out would likely be construed as suggestive.

        BY MS. DILLON:

Q.   Is it wrong for a lineup to be suggestive?

A.   It is.

Q.   Why is that wrong?

A.   It would lend itself to a suppression hearing in -- in trial.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Q.   Any other reason why it's wrong for a lineup to be suggestive?

A.   It is just not the best practice.

Q.   Okay.  If a witness selects a suspect from a suggestive lineup, it's not a useful identification, fair to say?

A.   I don't know.  I -- it would have to make certain that the lineup itself was suggestive.

Q.   Okay.  You wouldn't rely on a photo lineup you thought was suggestive; is that right?

A.   I wouldn't use a photo lineup that is suggestive.

Q.   Okay.  And in putting together a photo array, you would want the characteristics of all the fillers to match the suspect as closely as possible, correct?

MR. MISTOLER:  Object to form.

A.   Objection.  You would want them to have similar physical characteristics with which the person -- you are subject of interest.

Q.   What characteristics would you be trying to match?

A.   Obviously, sex, race.  You would want age. You would want the background of the photograph to match. You would look at the other physical characteristics to include a beard, any earrings, ears,



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                 Page 43

hair, clothing.

Q.   Anything else you can think of?

A.   I can't.

Q.   Okay.  And I -- as -- you as a detective, you put together photo arrays, correct?

A.   Yes, I have.

Q.   How many times?

A.   I -- in 2013 or -- or now?

Q.   Let's start with now.

A.   Easily well over 100.

Q.   Okay.  And in 2013?

A.   I'd say probably at that time, 25, maybe.

Q.   Okay.  Have you ever heard of any detective or officer at OPD facing discipline for improperly conducting a photo array procedure?

A.   No.

Q.   In terms of creating a fair photo array, would you agree that you'd want to use as up-to-date photo of the suspect as possible?

A.   Not necessarily.

Q.   Okay.  What do you mean by that?

A.   I mean, the photograph that you may have may not be usable.

Q.   When you say, "may not be usable," what does that mean?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 44

A.   You might not be able to find anybody that is comparable to that person in photographs that you have.

Q.   So there's scenarios where you can't find fillers that resemble the suspect close enough to use; is that right?

A.   Yes.

Q.   And in that case, it would be appropriate to use a photo from a different period in time that's easier to match?

A.   Yes.

Q.   Okay.  Any other scenarios you can think of where it would be appropriate to use a photo that's not up-to-date?

A.   Yeah.  If -- if the photo was -- you know, a lot of times, the backgrounds are -- are very different in -- in the terms of color that is used by either the jail.  I -- I just think that the main situation would be where you cannot find anybody that is -- any other photographs that are comparable.

Q.   Okay.  Fair to say matching the photographs is more important than the date with which the suspect photograph was taken?

A.   Yes.

Q.   Okay.  And you -- were you given any training in 2013 about how many fillers needed to be in a photo



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

367720 Stanley Michael 03-04-2025                        Page 45

array?

A.   Well I didn't receive any training, no.

Q.   Okay.  How -- what was your understanding in 2013 of how many fillers --

A.   Well there's --

Q.   -- needed to be in a photo array?

A.   -- six places for pictures.

Q.   And when you say, "there's six places for pictures," is there a standard form that you use when constructing photo arrays?

A.   It was a program, and it had places -- places for six pictures.

Q.   Do you recall what the program was called?

A.   Mugshots.

Q.   Okay.  And it's a program where you can put in your photos and then it spits out a lineup; is that --

A.   Yes.

Q.   Okay.  When conducting a photo array in 2013, was the practice to include all six photos on the same page, or show them one at a time?

A.   All six photos at the same time.

Q.   Okay.  And I know you mentioned you weren't given -- you can't recall any training on photo arrays, but how did you know what to say to a witness before showing them a photo array?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                        Page 46

A.    There was a standard form that was called a photo lineup administration and witness instructions. It was pre-printed.

Q.    Okay.  And the pre-printed form contained everything a detective was supposed to say to a witness during a photo array?

A.    Yes.

Q.    Okay.  You can't recall anything that wouldn't be on that form that you would say to folks who are doing photo arrays?

A.    No.

Q.    Was the administrator of a photo array supposed to ask the witness to provide a statement regarding the suspect -- a description in as much detail as possible?

A.    Yeah.  After -- if there had been a selection, they would provide a statement.

Q.    Okay.  If there'd been -- there was a selection, they were going to -- they should provide a statement.

A.    That's correct.

Q.    But before the photo array, was it your practice to ask suspects to -- or witnesses to give a statement involving the suspect?

A.    No, because I -- I would've already been aware



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 47

of what their statement likely was.

Q.   Okay.  And that would be from witness statements that --

A.   Correct.

Q.   -- were available to you?

A.   Correct.

Q.   Were you supposed to say anything to witnesses during photo arrays?

MR. MISTOLER:  Objection.

THE WITNESS:  I don't know what you mean. Anything specific --

BY MS. DILLON:

Q.   While a witness was looking at a photo array, are detectives supposed to say anything?

A.   No.

Q.   Okay.  How did you know that if you weren't given any training on that?

A.   Common sense.

Q.   Okay.  And had you -- in the 2013 timeframe, had you seen other detectives conducting photo arrays with witnesses?

A.   Yes.

Q.   Okay.  How can a detective tell if a witness has made a positive identification from a photo array?

A.   They would certainly -- if they do make a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025          Page 48

selection, sometimes it is the person that -- your -- your person of interest or it could be somebody else.

Q.   Okay.  When you say, "somebody else," you mean the -- someone who's not the suspect?

A.   Yeah, absolutely.  A filler photograph.

Q.   Okay.  So there's a -- have there been occasions in your work as a detective where a witness has selected a filler photograph instead of a suspect?

A.   Yes.

Q.   What do you do in that scenario?

A.   I have them complete a statement, and that -- that's done.

Q.   Okay.  Have you ever had a scenario where a witness identifies a suspect and then you later develop a better suspect for a criminal investigation?

A.   Not that I can remember.

Q.   Okay.  Is there any level of certainty required to decide whether a witness has positively identified a subject from a photo lineup?

A.   No.

Q.   Okay.  Are you required to document the level of certainty with which --

A.   No.

Q.   Do you agree that -- that's important information?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025      Page 49

MR. MISTOLER:  Objection.

THE WITNESS:  I just go by what our policy states, and I don't ask any question as to a percentage that they felt they were making their decision upon.

BY MS. DILLON:

Q.  Okay.  So OPD policy states it's not appropriate to ask a witness the percentage or they are in their identification?

A.  Yes.

Q.  Okay.  If a witness makes an identification in a photo lineup, how does a -- how does a detective use that information in the criminal investigation?

A.  Well you would certainly -- it depends on the scenario with which the photo lineup is -- is being used for.  Is it the person that you believe committed the crime?  Is it the person that you believed you saw driving a -- a car?  I mean, it would be kind of case specific.

Q.  Okay.  So are -- I -- what I hear you saying is that there's scenarios where you would do a photo lineup, not to identify a suspect of a crime, but to identify some other important person?

A.  Perhaps, yes.

Q.  Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 50

A.    Yeah.

Q.    When you were working as a detective, did you consider a positive identification from a photo lineup proof that the identified person was the right suspect?

A.    I think it would go to establishing probable cause.

Q.    Okay.  Why do you say that?

A.    When weighed in with any other facts and evidence that you may have, it goes to establish a probable cause when the person makes a positive identification from a photo lineup.  When you are attempting to identify somebody that may have been involved in a -- in a crime that this person may have intimate knowledge of.

Q.    Okay.  And you said, "when weighed with other facts and evidence, it can establish probable cause." What about when there aren't other facts and evidence?

A.    You would certainly want to have as strong a case a -- as you could, but with some other facts and evidence, but I -- I don't believe that you could not consider that weight of a photo lineup identification.

Q.    Would you stop investigating a case once you had a positive identification from a lineup?

A.    Yes and no.  It would have to depend upon the specific case.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 51

Q.   In what scenarios would you stop investigating a case with a positive photo lineup identification?

A.   If -- if you -- you know, you believe that -- that was the person that was responsible for the incident.

Q.   Okay.  Anything else?

A.   I can't think of anything as I'm sitting here right now.  No.

Q.   In what scenarios would you continue investigating a case once a photo identification had been made from a lineup?

A.   If you had multiple suspects, for example.

Q.   Anything else?

A.   I can't think of anything right now.

Q.   Okay.  Would it be proper for a detective to tell a witness that the person they selected from a photo array is the suspect?

MR. MISTOLER:  Objection.

THE WITNESS:  No.

BY MS. DILLON:

Q.   Why not?

A.   I think you should not provide them any other information about the incident and just conclude it with their statement.

Q.   Okay.  And is that official policy or personal

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

practice?

A.    Personal practice.  I -- I don't have the policy with me now.

Q.    Would it be proper for a detective to tell a witness that he identified the same photograph as another witness in a photo lineup?

MR. MISTOLER:  Objection.

THE WITNESS:  No.

BY MS. DILLON:

Q.    Why not?

A.    I think it speaks for itself in that you would want to keep their recollection of the incident and their participation in the photo lineup process distinctly separate from anyone else.

Q.    Is the concern that telling a witness that he identified the same photograph as another witness, that it would taint the identification?

A.    I don't know what the scenarios could be. That could certainly be one.  But, you know, you would want to maintain the integrity of the case by keeping that person's testimony and the action they took with a photo lineup specific to their own experience and interaction.

Q.    Is it appropriate for a detective to take any steps before, during, or after a photo lineup to suggest



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

to the witness which photograph belongs to the suspect?

A.   No, that's not appropriate.

Q.   Why not?

A.   I -- I again, I think it speaks for itself. It's suggestiveness, and it's just not proper.

Q.   Is it appropriate for a detective to show an eyewitness more than one photograph of a suspect when conducting a photo lineup?

A.   No.  You get one shot at it.

Q.   Okay.  So if you were to show a witness a photo array and you selected a suspect, would it ever be appropriate to then show the witness another photograph of the suspect?

A.   No.  You get one shot at it.

Q.   Okay.  Are there any other rules about what a detective should not do in connection with using a photo array lineup in a criminal investigation?

MR. MISTOLER:  Objection.

THE WITNESS:  I -- I don't know if there are any other rules per se, but I think you would just want to use common sense and know that you -- it's just not appropriate to speak to them about anything other than the purpose that you're there for.

BY MS. DILLON:

Q.   What kind of documentation were detectives



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

required to do in 2013 in relation to photo array lineups?

A.    As far as the create -- I -- I created it or --

Q.    Yeah.  Was there any kind of requirement to create a report after conducting a photo array lineup?

A.    You would have certainly wanted to include your actions taken within your report.

Q.    What do you mean by that?

A.    I met with Mr. Jones.  I read Mr. Jones' -- the -- our photo lineup administration, witness instructions, then what -- what you did next and then what the results were, you know, something as simple as that.

Q.    Okay.  Would that be in, like, a supplemental report?

A.    Yes.

Q.    Okay.  And was it your practice to create a supplementary report in connection to each photo array lineup you conducted?

A.    It -- it should be done.

Q.    Okay.  Was there any -- strike that.  What about with a show-up?  Was it standard practice to write a police report when a show-up identification procedure was used?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.   As detectives, we don't do really show-ups. Those are mainly done by patrol personnel.

Q.   Would it be standard practice for patrol to write a report documenting a show-up?

A.   It should, yes.

Q.   Okay.  If a detective showed a single photograph of a person of interest to a witness, would you expect that to be documented somewhere?

A.   If a patrol officer --

Q.   If a detective or patrol officer?

A.   Would I expect it to be documented?

Q.   Yes.

A.   You should certainly, yes, document that.

Q.   Okay.  If a photo was shown to a witness in any capacity, would you expect that to be documented?

MR. MISTOLER:  Objection.

THE WITNESS:  Yes.

BY MS. DILLON:

Q.   Okay.  And would you expect the photo to be inventoried?

A.   You would want to certainly make reference to what specific photo it was that you were showing to a person.

Q.   Okay.  And that was true in 2013?

A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Q. Are you familiar with the concept of blind administration of a photo lineup?

A. Yes, I am.

Q. Okay. What is your understanding of blind administration of photo lineups?

A. To have somebody else, excuse me, administer the photographic lineup that has no knowledge of -- of the person of interest that you have within the photo lineup.

Q. Is that important?

A. It is now, yes.

Q. When you say, "it is now," was there a time when that wasn't important?

A. Yes.

Q. When was that?

A. That law changed on October 1st of 2017 in the State of Florida.

Q. Okay. So prior to 2017, it wasn't important to have a blind administration of a photo lineup?

A. It -- not -- not that it wasn't important. It was not required.

Q. Okay. It wasn't officially required?

A. It was not officially required. It's not that it wasn't important. It was not required statutorily.

Q. Okay. Would it be best practice to have a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

blind administration of a photo lineup?

MR. MISTOLER:  Objection.

THE WITNESS:  It looks like it was as the statute was changed.

BY MS. DILLON:

Q.   Okay.  Is it important because if the administrator knows something about the case or they know who the suspect is, they might signal to the witness in some way who to pick even if subconsciously?

MR. MISTOLER:  Objection.

THE WITNESS:  No.

BY MS. DILLON:

Q.   Why do you say no?

A.   Because that's just not something that anyone would ever -- it's not something I would do or have done, but that is, I would imagine, something as to why -- I'm just speculating as to why they would've changed the statute.

Q.   So you think that could be a reason why they changed the statute?  But to you personally, it's not something that is important?

MR. MISTOLER:  Objection.

THE WITNESS:  No, I didn't say not important. I said, "it was not required."  I corrected myself.

BY MS. DILLON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.   Okay.

MR. MISTOLER:  Roz, we've been going about an hour.  Do you want to take a break?

MS. DILLON:  Sure.  I have just a couple more questions on photo lineups.  Can we close those out?  It'll take maybe five minutes.

MR. MISTOLER:  Okay.

MS. DILLON:  And then -- is that okay?

MR. MISTOLER:  Sure.  It is

MS. DILLON:  Right.  I -- actually, let's -- we can take a break now.

MR. MISTOLER:  Okay.

THE VIDEOGRAPHER:  Okay.  The time is 2:24 p.m.  We're going off record.

(A recess was taken.)

THE VIDEOGRAPHER:  We're back on record.  The time is 2:34 p.m.

BY MS. DILLON:

Q.   All right, Mike.  We were talking a little bit before we went off the record about blind eyewitness lineup administration.  Do you remember that?

A.   Yes, I do.

Q.   Okay.  And you had said the law changed in 2017 to require blind administration of lineups?

A.   Yes, I did.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 59

Q.   Okay.  Before 2017, did you have a personal practice of conducting lineups blind?

A.   No.  They -- they could have been administered either by yourself.  You could administer it by yourself.  You could have somebody else do it.  If there was a scheduling issue and you were not able to make the time when it -- lineup was going to be administered, so you would have someone else do it, but --

Q.   Okay.  So there's various reasons why maybe it would be administered by the creator of the lineup or someone who didn't create it, but it didn't have to do with the blind administration?

A.   Yes.

Q.   Okay.  Are you familiar with the concept of tunnel vision?

A.   In what context?

Q.   Just as a general concept?

A.   Yes.

Q.   Okay.  What is your understanding of that concept?

A.   Well --

     MR. MISTOLER:  Objection.

     THE WITNESS:  Yeah.  I'm trying to --

        BY MS. DILLON:

Q.   Are you familiar with that concept as it

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025                    Page 60

pertains to policing?

A.   Yes.  In multiple different scenarios.

Q.   Okay.  It's fair to say it's best to avoid tunnel vision in policing?

MR. MISTOLER:  Objection.

THE WITNESS:  Yes.

BY MS. DILLON:

Q.   Were you given any training on how to avoid tunnel vision as a detective?

A.   I'm -- I guess.  I -- I make certain I'm -- I -- again, like I said, there are many different scenarios with which I -- I can think of a use of force situation when somebody develops tunnel vision.

Q.   Okay.

A.   I -- I'm just trying to answer your question.

Q.   Sure.

A.   I think is it -- if it's appropriate for here.

Q.   Are there scenarios where you can think of tunnel vision occurring in policing?

A.   Sure.

Q.   What other scenarios can you think of where tunnel could occur as a detective?

A.   When you might only consider one person or one scenario as being in -- in existence for a -- a specific crime.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Q.   Okay.  So do you agree to -- that in order to avoid tunnel vision in that scenario, it's best to pursue all possible suspects?

MR. MISTOLER:  Objection.

THE WITNESS:  It'd be best to try to utilize all of the evidence that you have available with which to develop suspects.

BY MS. DILLON:

Q.   Okay.  So in a scenario -- to avoid a scenario where an officer has tunnel vision, considering only one person as a suspect, you agree it would be best to pursue all the evidence to try to develop any additional suspects?

A.   You would go the -- you would go where the evidence takes you.

Q.   Okay.  How do you determine as a detective whether or not to eliminate someone from consideration of being a suspect?

A.   If the evidence doesn't support them being included in as a suspect.

Q.   Okay.  So in general, if evidence pointed away from a suspect, that would cause you to stop pursuing a suspect; is that right?

MR. MISTOLER:  Objection.

THE WITNESS:  You -- if -- you're asking if --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025        Page 62

to rule somebody out?

BY MS. DILLON:

Q.   Yes.

A.   You know, if the evidence certainly ruled somebody out, then that would be it -- it for them as a suspect.

Q.   Okay.  Are you familiar with law enforcement's obligation to disclose evidence that could be exculpatory or impeaching?

A.   Yes.

Q.   Okay.  What do you understand that obligation to entail?

A.   If there is some piece of evidence that is in existence that could serve to exonerate somebody or otherwise eliminate them as being a suspect, law enforcement is required to disclose that information.

Q.   Okay.  And did detectives in 2013 generally have discretion to decide what they thought was exculpatory or exonerating that needed to be disclosed?

A.   No.

Q.   Okay.  How would it be determined what evidence was exonerating or --

A.   You would turn over any and all evidence with which you had uncovered and were in possession of related to a crime.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025        Page 63

Q.   Okay.  So the policy was to turn over everything in a case file pertaining to a crime?

A.   That's correct.  That's correct.

Q.   You wouldn't pick and choose what --

A.   No.

Q.   -- was exonerating or not to give to the prosecution?

A.   No.

Q.   Okay.  Did detectives have discretion about what went into the case file?

A.   And -- and when you say, "case file," what are you referring --

Q.   Whatever you would be turning over to the prosecution.

A.   No.  You would turn over everything that you had gathered and used with which to make your decision for -- to affect an arrest warrant or some other charging scenario.

Q.   And did you receive any training at OPD about the obligation to give prosecution all kinds of exculpatory evidence?

A.   Not that I directly recall.  Although we have a legal -- legal update annually, so I'd be surprised if -- if that topic was not covered at some point.

Q.   Okay.  What is the legal update annually?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025  Page 64

What format does that take?

A.  It takes place in a classroom.

Q.  So it's like an ongoing classroom-based update?

A.  Yes.

Q.  Okay.  Is it required?

A.  Yes, it is.

Q.  Okay.  And that happens every year?

A.  It does.

Q.  Is it required for all OPD officers, or just detectives?

A.  All officers.

Q.  Okay.  And you said you would be surprised if that didn't include information about exculpatory evidence, but you can't remember one way or the other?

A.  I -- I can't, no, but it's on a variety of topics.

Q.  So before -- now I'm going to direct us a little more towards the case that we're here for. Before April 9, 2013, did you know the name Jorge Valle- Ramos?

A.  No.

Q.  Had you ever heard a conversation about him at OPD?

A.  No.

Q.  Did you ever -- had you ever received any



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025       Page 65

correspondence, memo, or e-mail about him before the Gonzalez burglary?

A.   No.

Q.   Fair to say Mr. Valle-Ramos was not known to you at the time of the Gonzalez burglary?

A.   That's correct.

Q.   Before April 9, 2013, was Amos Ortiz (phonetic) a person that was known to you?

A.   No.

Q.   How about Marquis Hickson?

A.   No.

Q.   Karl Jeudy?

A.   No.

Q.   George Gonzalez?

A.   No.

Q.   Charlene Bloom?

A.   Nope.

Q.   Bethany Szewczyk?

A.   Nope.

Q.   I want to now ask about your participation in the investigation into the Gonzalez burglary that happened on April 9, 2013.  Were you working that day?

A.   I don't remember.

Q.   Okay.  Would you agree you were working at the Orlando Police Department at that time?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025          Page 66

A.   Yes.  Yes, I would.

Q.   Do you recall what shift you worked?

A.   I worked normally a day shift, and then there was an on-call rotation that cycled through amongst all of the office -- amongst all of the property detectives in which you worked later hours.

Q.   Okay.

A.   I don't remember.

Q.   That's okay.  It's not a memory test.  Was the day shift you worked, do you recall what days?

A.   You would work Monday through Friday.

Q.   Okay.  And your assignment was East Property Division; is that --

A.   East Property Unit.

Q.   Okay.  East Property Unit.  Do you recall when you got the assignment to head of the Gonzalez burglary investigation?

A.   From reviewing my report, I recall I was assigned it the next day.

Q.   Okay.  Do you have any independent recollection of being assigned?

A.   I don't.

Q.   Who -- do you know who gave you the assignment?

A.   Whoever the sergeant was would've received the



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

case and then sent it out to the appropriate detective, again, based on their geographic area.

Q.   If I -- if I said it could be Daniel Brady, does that jog your memory at all or just --

A.   I -- I don't remember when Dan Brady was our sergeant.

Q.   Would the assigning sergeant also become the supervisor on the case?

A.   I guess, technically, yes.

Q.   Okay.  When you say, "technically yes," what do you mean?

A.   They would not be doing any investigating --

Q.   Okay.

A.   -- per se.  But they would be merely assigning those cases.  They'd read them and then assign them to the detectives that would be under their supervision.

Q.   Would they sign off on the reports related to the investigation that they assigned?

A.   No.  They wouldn't sign off on a report.  No, the -- they would just merely assign it.

Q.   Okay.  Who would be -- if you were the detective -- you were the detective on the George Gonzalez burglary investigation.  Were you directly reporting to anybody?

A.   I would've been reporting directly to a -- a



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

367720 Stanley Michael 03-04-2025 Page 68

sergeant in that unit at the time.

Q. Okay. We're just not sure who that was?

A. That's correct.

Q. What information did you have about the burglary when you were assigned?

A. Well I would've had the case report that was generated by the initial officer and any statements that they obtained.

Q. Okay. And I think you said earlier, you would've got that information from a computer system; is that right?

A. That's correct.

Q. Would you take care to review all reports available to you in a case where you were assigned as lead detective?

A. Would I take care to --

Q. Would you be careful to review all the reports?

A. Oh, yes.

Q. Okay. That would include witness statements, correct?

A. Yes.

Q. Evidence reports?

A. Yes.

Q. Scene reports of responding officers?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025  Page 69

A.   Yes.

Q.   Okay.  Do you have any -- do you have any independent recollection of reviewing those reports when you were assigned the case?

A.   No.

Q.   Okay.  After you gathered that information, what did you do next?

A.   Looking at my report again, I contacted Mr. Gonzalez, spoke to him.  I don't remember if I spoke to Ms. Bloom or not.

Q.   Well let's take it step by step.  Let's talk about Mr. Gonzalez for a second.  You said you reached out to him.  Do you recall how many times you reached out to him?

A.   I don't.

Q.   And did you reach out to him via phone?

A.   I would have to defer to my report.  I don't remember if we met or if it was by phone.

Q.   Okay.  And do you remember anything about what you said to him?

A.   I don't.

Q.   Do you remember anything about what he said to you?

A.   I don't.

Q.   Do you remember if anyone else was present for



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025            Page 70

that conversation?

A.   No, I don't.

Q.   Okay.  Do you remember memorializing in any way your first interaction with Mr. Gonzalez?

A.   A -- any memorialization of my activity with him would've been documented in the case -- case report, and actually the supplemental report that I did.

Q.   Okay.  Do you remember showing him a lineup?

A.   Vaguely.

Q.   Okay.  And that wouldn't have been the first time -- interaction you had with him, would you have called him before that or talked to him before that?

A.   I probably would've had to have called somebody to arrange a time and a place.

Q.   Do you remember where you conducted the lineup with Mr. Gonzalez?

A.   I feel like it was at our station.

Q.   Okay.  And when you say you feel that, is that just where it would've been, or do you have an independent memory of showing him the lineup at the station?

A.   I -- I don't have an independent memory.

Q.   Okay.  Do you remember him selecting a suspect?

A.   I don't remember the process of being with him



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

that day.

Q.   Okay.  So you don't remember if he was confident in a selection?

A.   I don't remember, other than going back through my reports and noting that he did select a person that I believe was the suspect.

Q.   Okay.  Do you remember showing him any other photographs of Mr. Valle-Ramos the day you conducted the lineup?

A.   No, I don't.

Q.   Okay.  Would you have memorialized that if you had?

A.   Yes.

Q.   Did you show him a black and white photocopy of a lineup or a color copy of a lineup?

A.   I don't remember which.

Q.   Do you remember in 2013, if you were going to print out a photo array for a witness to view, whether it would've been printed in black and white or color?

A.   I certainly would've used color if the background of the photographs were all consistent.

Q.   Okay.  You would've tried to use a color lineup if you could have?

A.   Yes.

Q.   But it's possible you showed a black and white



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free **855-MYDEPOS**

367720 Stanley Michael  03-04-2025      Page 72

photo lineup?

A.   It's possible if the backgrounds didn't match.

Q.   Okay.

A.   Some were gray, some were white, some were blue, so.

Q.   Fair enough.  So you did the lineup with Mr. Gonzalez.  Do you remember the next investigative step you took as it relates to the case?

A.   I believe that I then created an arrest warrant for Mr. Valle-Ramos.

Q.   Okay.  And before you created the arrest warrant, do you remember talking to a lady named Charlene Bloom?

A.   I did, yes.

Q.   Okay.  And do you remember that conversation happening before you created the arrest warrant?

A.   I don't remember the order.

Q.   Okay.

A.   But I'm certain my report would've documented the timeframe --

Q.   Okay.

A.   -- when that occurred.

Q.   Do -- and so you say you remember talking to Ms. Bloom?

A.   I -- I remember -- I -- I remember looking at



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

367720 Stanley Michael  03-04-2025         Page 73

my report.

Q.   Okay.

A.   But I don't remember the actual conversation.

Q.   Right.  So you don't have any independent recollection of what she said to you during that conversation?

A.   I don't.

Q.   Do you remember talking with a woman named Bethany Szewczyk?

A.   I do.

Q.   Okay.  Do you remember how many times you talked with Ms. Szewczyk?

A.   I think once definitely on the phone to arrange the time for the photo lineup, and then another time in person.

Q.   Okay.  Do you remember any -- about the initial phone call, do you remember anything that Ms. Szewczyk said to you?

A.   I don't.

Q.   Anything you said to her?

A.   I don't.

Q.   Do you remember showing her a photo lineup?

A.   Vaguely.

Q.   What do you remember about showing her a lineup?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 74

A.    I feel like it was out by UCF.

Q.    Okay.  UCF is that a --

A.    It's at University Central Florida.

Q.    Do you remember her selecting a suspect?

A.    Yes, I do.

Q.    Do you remember whether she was confident in her selection?

A.    I remember not independently.  I remember in reviewing her testimony from the criminal trial, it shows that she made a selection.

Q.    Okay.  So you remember because you reviewed the report, you don't have an independent recollection?

A.    That's -- that's correct.

Q.    Did you show her any other photographs of Mr. Valle-Ramos?

A.    No.

Q.    And do you remember -- these might be the same answers for what I just asked you for Mr. Gonzalez, but do you remember whether you showed her a black and white photo array or a color copy?

A.    I don't remember.

Q.    Okay.  Was there any policy or practice about whether or not to show photo arrays in color or black and white?

A.    No, there was not.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 75

Q.   Okay.

A.   Again, you would come down to common sense.

Q.   Okay.  So there's scenarios where it would be appropriate to print something in black and -- a photo or in black and white and show it to a suspect.  Is that -- or a witness; is that right?

A.   Yes.

Q.   Okay.  Do you remember any other interactions with Bethany Szewczyk?

A.   I don't.

Q.   Okay.  Did you ever speak with any other witnesses in connection with the Gonzalez burglary?

A.   None other than the ones that we've discussed here today.

Q.   Yeah.  Other than the people we discussed --

A.   No.

Q.   -- you have no memory of talking to anybody else?

A.   No.

Q.   Okay.  So let's take a couple steps back.  At some point, you decided Mr. Valle-Ramos was a suspect in the Gonzalez burglary, correct?

A.   I did.

Q.   How did you develop Mr. Valle-Ramos as a suspect in the Gonzalez burglary?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A.   I saw his photograph in a criminal information bulletin.

MS. DILLON:  So I'm going to show you what will be Plaintiff's Exhibit 19.

(Exhibit 19 was marked for identification.)

THE WITNESS:  Okay.

MS. DILLON:  I'm sorry.  Oops.  I'll let you mark it before I -- okay.

BY MS. DILLON:

Q.   And for the record, this is a one-page document, Bates P1414.  Do you see at the top there where it says, "City of Orlando Police Department Criminal Information Bulletin?"

A.   Yes, I do.

Q.   Okay.  Do you recognize this?

A.   I do.

Q.   What is it?

A.   It is a criminal information bullet -- bulletin documenting a suspicious vehicle in the India sector.

Q.   Okay.  Is this a bulletin you were just referring to?

A.   It is.

Q.   And is this how you selected Mr. Valle-Ramos as a suspect?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025                    Page 77

A.   Not solely, no.

Q.   Okay.  What do you mean when you say that?

A.   Well it -- I looked at the background of what led up to this incident.

Q.   Okay.  So you took some further investigative steps to look into the underlying incident, and that's referred to in the bulletin?

A.   Yes, I did.

Q.   And what did you learn?

A.   I learned that these four individuals were stopped in a vehicle in a certain geographic area, and this vehicle had earlier on the day of April 3rd been seen essentially casing houses.

Q.   What do you mean, casing houses?

A.   Looking for houses with which to burglarize.

Q.   What were they doing to case houses to burglarize?

A.   The report that was generated stated that there was a homeowner who had seen some people go up and knock on a front door, and when there was not a response, they would go around to the back door.  And this woman observed them going up to houses when there were no cars in the driveway.

Q.   Okay.  And do you agree with me there are four pictures --

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                Page 78

A.   Yes, there --

Q.   -- in the middle of this --

A.   Yes there are.

Q.   -- document?  Why did you select Mr. Valle-Ramos as a suspect for the Gonzalez burglary investigation?

A.   It had been provided to me by Mr. Gonzalez that the -- one of the suspects in the burglary at his residence had a very distinct Afro haircut.

Q.   When did Mr. Gonzalez provide you that information?

A.   It was either on his statement in the report or in a conversation that I had with him.

Q.   Okay.  And a conversation related to the photo lineup; is that right?

A.   No.  No.  A conversation that I would've had with him as the -- reaching out to talk to him as he was the victim of the incident, and I would've introduced myself as the detective that would've been assigned to his case.

Q.   Okay.  And do you have any independent recollection of that conversation?

A.   I -- I don't, other than that's what I would do on cases that I would be assigned.

Q.   Okay.  And so it's possible you got



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

367720 Stanley Michael  03-04-2025    Page 79

information about an Afro, either from the witness statement or from a phone call with Mr. Gonzalez; is that right?

A.   Yes, it is.

Q.   If you had gotten it -- that information from a phone call, would you have documented that information?

A.   No, not necessarily.  I mean, I -- I would've remembered it at the time.

Q.   Okay.  Do you know how old the photograph in the bulletin was?

A.   I -- I don't know the date of that photograph. No.

Q.   Okay.  Would you agree a person's hair can change over time?

A.   Yes.

Q.   Did you check -- did you take any investigative steps to see if Mr. Valle-Ramos still had an Afro-style haircut before you decided to include him in a photo lineup?

A.   This was the most recent photograph of Mr. Valle-Ramos in his driver license summary, but I did not know the date of it, nor did I know -- recall -- nor do I recall if that was the -- when it was taken.

Q.   Okay.  So besides checking the driver's

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

license database and noticing this photograph was the most recent of Mr. Valle-Ramos, was there any other steps you took to check and see if Mr. Valle-Ramos still had an Afro?

A. No.

Q. Was there anything stopping you from taking such a step?

A. Other than going and -- and finding him.

Q. Okay. Could you have found him if you wanted to?

A. I -- I don't know. I don't know -- recall where his address -- if it looked like it was an accurate address. I -- I don't recall.

Q. Okay. And is there any other reason besides Mr. Valle-Ramos having an Afro that you selected him as a suspect for the Gonzalez burglary in this -- that you can point out in this bulletin?

A. Well the incident that is listed here, this location, 5075 Andrea Boulevard, was approximately two miles from Mr. Gonzalez's residence. The location where the officers stopped this vehicle was right outside their residence on Curry Ford Road. These individuals were located in a silver four-door vehicle, and a silver four-door vehicle was -- description was given by the people involved that had witnessed Mr. Gonzalez's

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                   Page 81

burglary.

Q.   Anything else?

A.   No.

Q.   Okay.  So one of the things you mentioned is that the four-door 2003 Volkswagen Jetta described in the bulletin matched witness descriptions of the vehicle seen fleeing the burglary?

A.   Of a silver vehicle.

Q.   Of a silver vehicle.  Okay.  But you agree this picture, the car in the bulletin, is described as a silver four-door 2003 Volkswagen Jetta?

A.   That's correct.

Q.   Okay.  If the eyewitness who was closest to the vehicle reported that it was a newer gray Toyota, do you believe that description matches the description of a silver 2003 Volkswagen Jetta?

MR. MISTOLER:  Objection.

THE WITNESS:  I -- I believe that from my history, a lot of people don't know cars and get them wrong.

BY MS. DILLON:

Q.   Okay.  Did you take any steps to try and see if the eyewitnesses recognized the vehicle depicted in the -- in the bulletin?

A.   No.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025         Page 82

Q.   Okay.  What about -- do you agree there's two other gentlemen depicted in this bulletin besides Mr. Valle-Ramos?

A.   Yes.

Q.   And were you aware that Mr. Gonzalez said that he had seen three perpetrators that broke into his house and that he could identify them?

A.   Yes.

Q.   Okay.  Did you present Mr. Gonzalez a lineup with Marquis Hickson in it?

A.   Yes.

Q.   You did present him a lineup --

A.   Yes, I did.

Q.   -- with Marquis Hickson?  When did you do that?

A.   The same day I did with Mr. Ramos.

Q.   The same day --

A.   That his photo lineup was presented

Q.   -- that you put up a photo lineup?  So did you show Mr. Gonzalez more than one photo lineup?

A.   Yes.  I also showed him a photo lineup containing one with Mr. Karl Jeudy.

Q.   If you had shown Mr. Gonzalez photo lineups with Mr. Hickson and Mr. Jeudy, would you have documented those photo lineups?

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.   They should have been.  Yes.  I don't recall if -- if they were.  Everything that I had done would've been presented to the State Attorney's office.

Q.   Okay.  And you said earlier that the detective who created the photo lineups would be responsible for uploading photo arrays so that they could be turned over eventually; is that right?

A.   Yes.

Q.   Okay.  Okay.  So based on this bulletin, did you ever try to find the 2003 Volkswagen Jetta?

A.   I did not.  The officers located it and generated this bulletin.

Q.   Okay.  But in connection with the Gonzalez Burglary investigation, did you try to locate the 2003 Volkswagen Jetta?

A.   I never located this vehicle.  No.

Q.   Did you take any steps to try to locate the vehicle?

A.   Not that I remember.  No.

Q.   Okay.  You were aware that the suspects had fled the scene in the vehicle described by the witnesses, correct?

A.   Yes.

MS. DILLON:  Okay.

MR. MISTOLER:  And object to that last

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025    Page 84

question.  I'm sorry.  I missed that one, Madam Court Reporter.

BY MS. DILLON:

Q.  And you believed this could be the same vehicle, this Volkswagen Jetta?

A.  Could be the same as the silver four-door?

Q.  As -- yes.

A.  Yes.

Q.  Did you think there could be evidence in the getaway vehicle?

MR. MISTOLER:  Objection.

THE WITNESS:  I don't know.

BY MS. DILLON:

Q.  Okay.  And you have a -- there's -- in the third sentence down in this case info, in the middle of the page, it says, "Florida tag M64-2EK;" is that right?

A.  That's what the detective put.  Yes.

Q.  Could you have located the vehicle's owner with that tag number?

MR. MISTOLER:  Objection.

THE WITNESS:  Potentially.

BY MS. DILLON:

Q.  Okay.  But you didn't take any steps to do so; is that right?

A.  No.  I -- not that I remember.

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

Q.   Okay.  Why not?

A.   Why don't I remember, or --

Q.   Why wouldn't you, if you did not take any steps to seek out this --

A.   I don't know.

Q.   -- four-door?  You don't know?

A.   I don't know.

Q.   Okay.  So we can set this exhibit aside. Actually, one more question.

A.   Yes.

Q.   Did you show Ms. Szewczyk a photo lineup with Marquis Hickson?

A.   I don't remember.

Q.   Okay.  Did you show her a photo lineup with Karl Jeudy?

A.   I don't remember.

Q.   If you had, you would've documented it, right?

A.   I -- I should have.  Yes.

Q.   Okay.  And if you had documented it, you would have taken care to upload it to the case file or wherever the reports were uploaded to?

A.   Yes.

Q.   Okay.  I want to talk about a little -- a little more about the lineup you used specifically in connection with the Gonzalez burglary.  And you were the

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                Page 86

only detective on the case; is that right?

A.   Yes.

Q.   So you created the lineup used for the Gonzalez burglary investigation?

A.   I did.  Yes, I did.

Q.   How many lineups did you create?

A.   One lineup.

Q.   Okay.  One lineup with Mr. Valle-Ramos?

A.   Yes.

Q.   And did you say just a minute ago you also created lineup with Marquis Hickson?

A.   Oh.  Yes.  So it would've been three.

Q.   Okay.  And how many pictures did you include in each lineup?

A.   Well six are required, so six.

Q.   Okay.  Did you select the photos that went into those lineups?

A.   Yes, I did.

Q.   Okay.  And how did you select those photographs?

A.   By similar physical characteristics.

Q.   Okay.  Did you show that lineup that you created to anyone else at OPD to assure yourself it wasn't suggestive?

A.   I don't remember.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025      Page 87

Q.   Okay.  What were you hoping to accomplish with the lineup with Mr. Valle-Ramos in it?

A.   To see if Mr. Gonzalez could identify the person.

Q.   And he did identify Mr. Valle-Ramos, correct?

A.   Yes, he did.

Q.   Okay.  And then what were you hoping to accomplish with the lineup that you said you showed Mr. Gonzalez with Marquis Hickson?

A.   Same.

Q.   Okay.  Did Mr. Gonzalez make an identification on that lineup?

A.   He did not.

Q.   Okay.  What about the lineup with Karl Jeudy?  What were you hoping to accomplish with that lineup?

A.   The same.

Q.   Okay.  And did Mr. Gonzalez make an identification off the lineup with Mr. Jeudy?

A.   No, he did not.

Q.   And even if a witness does not make an identification in a lineup, was it your practice to document a photo lineup?

A.   It should be.  Yes.

Q.   Okay.  And when you say, "it should be," what do you mean?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.   Human error.  You might have not -- you might've forgotten to do it.  You just didn't update it and -- and document that.  It -- it should be done.

Q.   If you had conducted three lineups at one time with a witness and one of those lineups you put into the system, would you --

A.   I guess I don't know what you -- when you say, "put it into the system."

Q.   So I think you said earlier, it's the responsibility of detectives to scan reports and case information into the computer at -- or a computer at OPD; is that right?

A.   Yes.  Yes.

Q.   Okay.  And so if you had scanned in a photo lineup that you conducted with a -- an eyewitness, is there any reason why two additional photo lineups that you conducted with that witness would not also have made it into the system?

A.   All three should certainly have been scanned in.

Q.   Okay.

A.   It certainly would've been provided to the State Attorney.

MS. DILLON:  I'm going to show you a document that was previously marked as Plaintiff's Exhibit 4.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025        Page 89

BY MS. DILLON:

Q.   This is the one document that did not print, so unfortunately I'm going to have to show it to you on my computer.  I'll just hand it to you, and I'm going to be asking you some questions about it, okay?

A.   Yep.

MS. DILLON:  So for the record --

MR. MISTOLER:  We can set this down to make it easier.

MS. DILLON:  Yeah.

BY MS. DILLON:

Q.   So for the record, this is a three-page document, Bates P532 to P534.  Do you recognize this as the -- or actually, I'm going to come stand next to you, because I have some questions about the --

THE VIDEOGRAPHER:  Be careful with --

MS. DILLON:  Oh.

THE VIDEOGRAPHER:  -- your mic.

MS. DILLON:  Oh.  Sorry.  Did I just run over you?  I'm sorry.

THE VIDEOGRAPHER:  Oh, you're good.

BY MS. DILLON:

Q.   Do you see at the top there where it says, "photo lineup and witness instructions?"

A.   I do.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

Q.   And do you see --

THE VIDEOGRAPHER:  Sorry.  I'm sorry.  I need to hear you.

MS. DILLON:  Will it reach?  Yeah.

THE VIDEOGRAPHER:  The mic only --

MR. MISTOLER:  Only the mic there.  The mic piece.  The little --

THE VIDEOGRAPHER:  The mic piece.  There we go.

BY MS. DILLON:

Q.   Do you see at the top there where it says, "Photo Lineup Administration and Witness Instructions?"

A.   I do.

Q.   And do you see where it says, "Witness Name: Gonzalez, George?"

A.   I do.

Q.   Do you see where it says, "Administrator Name: Stanley?"

A.   I do.

Q.   Do you see the date and time as April 18, 2013?

A.   Yes, I do.

Q.   Does reviewing any of that give you any independent recollection of conducting this exhibit -- or this lineup with Mr. Gonzalez on April 18th?

A.   It doesn't.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

Q.   Okay.  So I'll just point you down, just below the identifying information where it says, "Prior to presenting the photo lineup, the witness provided a written/audio recorded statement describing the suspect of this criminal investigation."  Did I read that right?

A.   You did.

Q.   And are those your initials next to administrator's initials?

A.   They are.

Q.   Okay.  If Mr. Gonzalez had provided a written/audio recorded statement -- actually, strike that.  Is it true that Mr. Gonzalez provided a written/recorded statement describing the suspect?

MR. MISTOLER:  Objection.  Not written/recorded, but --

BY MS. DILLON:

Q.   Written or audio recorded statement describing the suspect?

A.   He -- he did provide a written statement and that was in his initial statement to the patrol officers at the scene.

Q.   Okay.  So when you're administrating a photo lineup, if an eyewitness has provided a statement at the scene, you don't require them to provide another recorded statement at the time of the lineup?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.   No.  Because I would be doing it after the lineup.

Q.   Okay.  You would ask for a written or audio recorded statement describing the suspect after the lineup?

A.   After.  That -- that's right.  And I think I have such a document there.

Q.   Okay.  And where would -- where would that appear in your report of the photo lineup?

A.   Where would it appear in the --

Q.   Yeah.

A.   -- lineup?

Q.   Where would Mr. Gonzalez's written or audio recorded statement describing the suspect appear in a documentation?

A.   I -- I think it was in the initial report.

Q.   Okay.  So I'm going to scroll down just a little bit.  And can you just read this paragraph to yourself and let me know when you're done?

A.   Okay.

Q.   Okay.  Are these the only instructions given to a witness when conducting a photo lineup?

A.   Yes.

Q.   Okay.  So at the bottom where it says, "After the photo lineup, the witness provided a written

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

statement or audio recorded statement describing his or her identification or non-identification."  Did I read that right?

A.   You did.

Q.   Is it true that the witness provided a written statement or audio statement describing his or her identification, or non-identification?

A.   I believe if I see a document that would be able to --

Q.   Is --

A.   -- help me answer that, but it should be. Yes.

Q.   Is this the same statement you were referring to earlier where -- let me just scroll up.  Is the statement describing the identification or non-identification the same thing as the witness providing a written or audio recorded statement describing the suspect?

A.   I guess I'm not tracking what you're saying. Is there another page we could look at on this --

Q.   Yeah.

A.   -- says --

Q.   We're going to go to it.  Scroll down to Page 2.  Do you see your name at the bottom left-hand corner, Michael Stanley?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.    I do.

Q.    Is that your handwriting?

A.    It is.

Q.    Okay.  And is that your signature below your handwriting?

A.    It is.

Q.    And do you see in the middle where it says, "Opened door to condo, turned and looked right at me, and took off.  This is person Box number 2."  Is this the statement that Mr. Gonzalez gave after he selected Mr. Valle-Ramos from the lineup?

A.    Yes.

Q.    And does that include a detailed description of the suspect?

A.    It doesn't.  No.

Q.    Okay.  Last page of the lineup.  Do you recognize this page of six photos as one of the lineups you created to present to Mr. Gonzalez?

A.    Yes, I do.

Q.    Box 2 is circled; do you agree?

A.    Yes, I do.

Q.    What does that mean?

A.    Well in connection with Mr. Gonzalez's statement and his initials, if you scroll up, that person in Picture 2, Mr. Gonzalez is stating when he


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

opened the door to his condo, he turned and looked right at him, and then took off.

Q. Okay. And after Mr. Gonzalez identified Mr. Valle-Ramos, did you talk to him about who he selected?

A. I don't remember. No.

Q. Okay. Would that be proper to talk to him about who he selected?

A. No.

MR. MISTOLER: Objection.

BY MS. DILLON:

Q. Okay. Afterwards, what did you do with this specific photo lineup?

A. Probably sent it to the State Attorney along with the case package.

Q. Okay. After Mr. -- or strike that. Did you show Mr. Gonzalez the photo lineups, including Marquis Hickson and Karl Jeudy, before you showed him the photo lineup of Mr. Valle-Ramos, or after?

A. I don't remember --

Q. Okay.

A. -- the -- the order. I don't remember the order.

Q. I'm going to set this exhibit aside.

THE VIDEOGRAPHER: The mic.

MS. DILLON: Oh. The mic.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

THE VIDEOGRAPHER:  Thank you.

BY MS. DILLON:

Q.   Okay.  And I'm actually going to show you.

THE VIDEOGRAPHER:  Put it right there.

MS. DILLON:  Oh.  The mic.  Yeah.  You told me that.  I'll get it right next time maybe.

THE REPORTER:  And what is the title for Exhibit 4?

MS. DILLON:  Exhibit 4?

THE REPORTER:  That you just did.

MS. DILLON:  Oh.  George Gonzalez Photo Lineup.

THE REPORTER:  Okay.

MS. DILLON:  I am going to show you what's been previously marked as Plaintiff's Exhibit 17.

(Exhibit 17 was marked for identification.)

BY MS. DILLON:

Q.   Do you recognize this as --

A.   Is this mine?

THE REPORTER:  He doesn't have it yet.

MS. DILLON:  Oh, sorry.

THE REPORTER:  Sorry.

BY MS. DILLON:

Q.   Here you go.  Okay.  And for the record, this is a one-page document with Bates P1413.  Do you recognize this as the photo array you developed in the

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025    Page 97

Gonzalez burglary investigation?

A.   Well I -- I recognize it, but it looks much different.

Q.   Do you agree this is a better quality version --

A.   Well --

Q.   -- of the photo array that was shown in the report?

MR. MISTOLER:  Objection.

THE WITNESS:  I would have probably shown Mr. -- if I had the original, I would certainly say a color version, I think that we have here, is better. But this one --

BY MS. DILLON:

Q.   Yeah.  This should have been printed in color, actually, and I can show you the color version.

A.   I mean, it -- it just -- I have seen the one -- the black and white one from the filings and -- and the criminal trial.  But as far as compared to -- it's not the color one, and it's not copied one.

Q.   Sure.

A.   That's the only reason I'm saying it looks -- looks different.

Q.   Got it.  I just want to ask you a couple questions about --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.   But they are the -- they are the people that are depicted on the one that is in color.

Q.   And I just want to ask you a couple questions about the photographs.  Can you tell from looking at Exhibit 17 that the photo in Box number 2 depicts a person with an Afro style haircut?

A.   It is a small Afro.

Q.   Okay.  Can you tell whether the other photos that are in the lineup show suspects with Afros?

A.   I would say number 4 did, and I think number 6 did.

Q.   Okay.  Would you agree that the five filler photos, those that are not Mr. Valle-Ramos, have shorter haircuts than Mr. Valle-Ramos?

MR. MISTOLER:  Objection.

THE WITNESS:  They're a little bit shorter.

BY MS. DILLON:

Q.   Okay.  Would you agree that having five people in a lineup with short haircuts makes the person with longer hair stand out?

MR. MISTOLER:  Objection.

THE WITNESS:  Not necessarily.

BY MS. DILLON:

Q.   Okay.  Why do you say that?

A.   Because when you read the photo lineup and the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

witness instructions, they are instructed to disregard the hair, pay no attention.  I believe it says -- if we can revisit that, there's a section there where they are instructed and they sign, acknowledging that they understand that.

MS. DILLON:  Sure.  So I'm actually going to show you what was previously marked as Plaintiff's Exhibit 16.

(Exhibit 16 was marked for identification.)

BY MS. DILLON:

Q.  Okay.  And for the record, this is a three-page document, Bates 529 to 531.  And do you see at the top there where it says, "Witness Name," it says, "Bethany Szewczyk?"

A.  Yes, I do.

Q.  Okay.  And do you see your name next to administrator?

A.  Yes, I do.

Q.  Okay.  And do you see the date, September 4, 2013?

A.  Yes, I do.

Q.  Okay.  Does that refresh your recollection at all that you did a photo lineup with Ms. Szewczyk on September 4, 2013?

A.  It did -- it shows that we did that.  Yeah.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

That's all accurate.

Q.   Okay.  And the first -- pointing you to the first sentence of these witness instructions, again. This is prior to presenting the photo lineup.  "The witness provided a written/audio recorded statement describing the suspect of this criminal investigation." And are those your initials next to administrator's initials?

A.   Yes, they are.

Q.   Okay.  And is that true, did Ms. Szewczyk provide a written or audio recorded statement describing the suspect?

A.   I don't remember or if I remember seeing her. If -- if there -- if she had a written statement that is referred to in the initial case report, then it would likely have been on that document.

Q.   Okay.  So if she had provided a witness statement, that satisfies the requirement prior to presenting the photo lineup, that the witness provide a written or record -- or audio recorded statement describing the suspect?

A.   That's correct.

Q.   It doesn't have to happen simultaneously with the photo lineup?

A.   No, it does not.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Q.    Should it happen simultaneously with the photo lineup?

A.    I -- I don't know.

Q.    Do you know why it's -- this instruction is included on the photo lineup if you're not supposed to ask it at the time of the photo array?

MR. MISTOLER:  Objection.

THE WITNESS:  I -- I don't know why it's included in there.  It -- it doesn't address the timing of the -- obtaining that statement.

BY MS. DILLON:

Q.    Okay.  And I think you said the instructions that are given to the witness include an instruction not to look at the hair; is that right?

A.    Yeah.  It said, keep -- let me -- if I can find it.  "Keep in mind that hairstyles, beards, and mustaches may easily be changed.  May not -- the photos may not always depict the true complexion of a person, may be lighter or darker.  When shown a photo, pay no attention to the order of the photos or markings, and or numbers that may appear."  And that's what I was referencing to.

Q.    Okay.

A.    When -- when they mentioned the hairstyles, beards, and mustaches may easily be changed.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.   And it's that instruction that makes you say Mr. Valle-Ramos's longer hair does not make him stand out from the other five filler photographs?

A.   Well --

MR. MISTOLER:  Objection.

THE WITNESS:  I feel number 4 and I feel number 6 also have longer hair.

BY MS. DILLON:

Q.   Okay.  Do -- would you say they have -- their hair is as long or as poofy as the photo in Box number 2?

A.   It's a little bit longer.

Q.   Okay.  I'm going to direct your attention to the second page of this document.  Okay.  And do you see your signature again at the bottom left-hand corner of the page?

A.   Yes, I do.

Q.   And your handwriting that says, "Michael D. Stanley?"

A.   Correct.

Q.   All right.  Do you see the short description in the center of the page, "The person in Box number 2, early morning as he was getting into vehicle with blue latex gloves on, and speeding away.  Also, with two others.  Incident took place at Hidden Creek Apartments,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

and I saw him as he exited."

A.   Yes.  I see that.

Q.   Okay.  Is this the extent of with what Ms. Szewczyk said after the photo lineup?

A.   That's what she documented -- this document shows what she wrote down.

Q.   Okay.  If she had said anything else to you, would you have documented it?

A.   I would've had her write it down.

Q.   Okay.  I'm going to direct your attention. And if you -- strike that.  If you had -- had her write it down, what -- would you have had her write it down in this --

A.   Yes.

Q.   -- on Page 2?

A.   Yes.

Q.   Okay.  Let's turn our attention to Page 3.  It looks like Box number 2 is circled.  Does that mean Ms. Szewczyk picked Box number 2?

A.   Yes, it does.

Q.   Did you talk with Ms. Szewczyk about who she picked?

A.   No.  I don't remember anything about the incident other than it was someplace out by UCF.

Q.   Okay.  Did you tell her she selected the right

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                Page 104

person?

A.    I don't recall that at all.  And it wouldn't have been proper to do so.  It doesn't sound like anything I would do.

Q.    Okay.  Did you tell her that Mr. Gonzalez had also selected Mr. Valle-Ramos?

A.    Again, I -- I don't remember being out there, other than just it was out by UCF, but --

Q.    Okay.  Would it be proper to have told her that Mr. Gonzalez also selected -- Mr. Gonzalez also selected Mr. Valle-Ramos?

A.    No.

Q.    Okay.  After you conducted the lineup with Ms. Szewczyk, did you -- what did you do with this lineup form?

A.    I sent it to the State Attorney's office.

Q.    Okay.  Why did you send it?  Did you send it directly to the State Attorney's office?

A.    And that's -- it's the only way to send it.  I -- I --

Q.    Did you do anything else with it first?

A.    I -- I don't remember.

Q.    Okay.  Did you create a supplemental report documenting this lineup?

A.    I -- unfortunately, I did not.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                Page 105

Q.   Okay.  Why do you say, "unfortunately?"

A.   I -- I should have done one to memorialize that.  But in looking at the case number for this incident, it does not show that I did one.

Q.   Okay.  So I'm going to set that exhibit aside. Between April 18, 2013, which is the day you did the Gonzalez lineup and September 4, 2013, did you do anything to investigate the Gonzalez burglary?

A.   No, I did not.

Q.   Okay.  Why not?

A.   I believe Mr. Gonzalez -- excuse me, Mr. Valle- Ramos had been arrested sometime in April '22, '23, '24, in -- in that timeframe.

Q.   Okay.  Did you want to identify the other two suspects?

A.   It would've been nice.

Q.   Okay.  What steps did you take to try to identify the other suspects?

A.   I didn't do anything else to identify them. They had not been identified in the photographic lineup that was shown to Mr. Gonzalez.  I didn't think there was much else that we could do with that.

Q.   Okay.  And would you agree there's a five-month gap between the victim's photo lineup and the lineup with Ms. Szewczyk?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael   03-04-2025          Page 106

A.   Absolutely.

Q.   Does that strike you as unusual?

MR. MISTOLER:  Objection.

THE WITNESS:  I realized that I had never shown Ms. -- Ms. Szewczyk a photo lineup, and I needed to, so I went and did that.

BY MS. DILLON:

Q.   Why did you say you need -- why do you say you needed to?

A.   Because she was a witness who had not been shown a photo lineup.

Q.   Okay.  Did something prompt you to reach out to Ms. Szewczyk?  Did someone ask you to do it?

A.   I -- I don't remember.

Q.   Okay.

A.   I just know that it -- it should have been done.

Q.   Okay.  You were aware at the time you constructed the lineup, there were three eyewitnesses, correct?

A.   Yes.

Q.   Okay.  Did you reach out to the older or the other eyewitness, who is a little bit older, Ms. Charlene Bloom about a photo array?

A.   In looking at my report, it looks like I spoke

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025   Page 107

to her on the telephone.

Q.   Okay.  Do you -- and you don't have any recollection of what was said on the telephone?

A.   I don't.

Q.   Okay.  She didn't end up doing a photo array; is that right?

A.   That's what it worked out as.  Yes.

Q.   Why?

A.   I think my report indicated that she said she didn't feel she got a good enough look at the people with which to complete a -- she didn't think she would be able to identify anybody.

Q.   Okay.  Did she tell you she did not -- she had looked up Mr. Valle-Ramos on the Florida Department of Corrections website and that she did not recognize him as someone she had seen on April 9, 2013?

A.   That who?

Q.   That she had -- did she tell you that she had looked up Mr. Valle-Ramos's mugshot and had decided that he was not one of the people she'd seen that day?  Did she tell you that?

A.   No.  And I don't know that it was possible --

Q.   What do you mean?

A.   -- for her to do, because at the time of this incident, he did not have any arrest photographs.

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025                    Page 108

Q.    At the time of the incident, April 9, 2013. What about after his arrest?  Would his picture have shown up?

A.    I don't know where things show up.  I just --

Q.    Okay.

A.    I use the databases that I have access to.

Q.    Do you recall when your conversation with Ms. Bloom was?

A.    Does it say in the -- I -- I would have to defer to my report.

Q.    I don't -- I don't think it says.

A.    It sounds like it was -- would've certainly been before.

Q.    Before the arrest?

A.    Absolutely.

Q.    Okay.

A.    And then before the photo lineup, I would imagine, with Mr. Gonzalez.

Q.    Okay.  I believe she testified that she heard from you sometime in August.  Does that refresh your recollection about when?

A.    I don't remember that at all.

Q.    Okay.  If she recalls the conversation happening in August, could that be right?

A.    What is the --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 109

MR. MISTOLER:  Objection.

THE WITNESS:  What is the conversation?

BY MS. DILLON:

Q.   About conducting a photo array with her?

A.   Well I think I -- if I defer to my report, I feel like in there is when I documented the results of when she said she didn't believe she could make a photo identification.  So I feel like that would've been before, in April.

Q.   In April?  Yeah.  And do you mean your supplemental report?

A.   My supplemental report is -- is what it actually should be.

Q.   Okay.  So I'm going to jump ahead a little bit.

A.   My -- my case report.

MS. DILLON:  And this is what will be Plaintiff's Exhibit 20.

(Exhibit 20 was marked for identification.)

BY MS. DILLON:

Q.   Okay.  For the record, Exhibit 20 is a two-page document, Bates stamped P1418 to 1419.  Mr. -- or, Mike, do you recognize this document?

A.   Yes, I do.

Q.   Okay.  What is it?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

367720 Stanley Michael   03-04-2025                    Page 110

A.   It is the investigative supplement that I would have completed for this incident.

Q.   Okay.  Is this the only investigative supplement you recall completing for the Gonzalez burglary investigation?

A.   After reviewing the -- what was in the case file.  Yes.

Q.   Okay.  You can have a minute to read through this.  But I think you mentioned that you -- if you had talked to Ms. Bloom before Mr. -- Mr. Valle-Ramos's arrest, that you would've documented that conversation, correct?

A.   I thought that it was in here.

Q.   Okay.  Do you see it anywhere in here?

A.   I -- I don't.  No.

Q.   Okay.  Well let's just stay on this for a minute.

A.   I feel like it was in the case report that was done by the initial officer.  I think there is a reference to her saying that she didn't think she got a good view of him.  I thought it was documented someplace somewhere, but maybe not necessarily by myself.

Q.   Okay.  Let's stick on this for a while.  We'll come back to --

A.   All right.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025  Page 111

Q.   Okay.  Do you agree that you authored this report?

A.   Yes, I do.

Q.   Okay.  Why did you write this report?

A.   Well I'm required to.  And two, to sum up -- to summarize what had happened within this incident.

Q.   Okay.  And before writing this report, did you review the -- any other reports from OPD officers relation -- in relation to the case?

A.   I looked at the initial case report.  I would've -- I looked at -- the practice would've been to look at the case report, practice would be to look at the witness statements.  Practice would be to look at any other supplement reports done by any crime scene investigators.

Q.   Okay.  So the practice would've been to look at the crime scene investigator's report, the forensic investigator's report, responding officer's report, the witness statements; anything else?

A.   If there had been anything developed by a latent print examiner.

Q.   Okay.  Anything by latent print examiner. Before writing, did you discuss anything you put in this report with any other Orlando Police Department officers?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                Page 112

A.   No.

Q.   Okay.  How did you write it?  Did you type it yourself or did you dictate it?

A.   I typed it myself.

Q.   Okay.  And what did you do with it when you were done typing it?

A.   With this report?

Q.   This report.  Yes.

A.   I entered it into the system that these reports are created in.

Q.   Okay.  And then I think you said once it goes into that system, it would be reviewed by --

A.   It looks like in this --

Q.   -- a supervisor?

A.   -- incident, it says, "Approving Officer -- Daniel Brady."

Q.   Okay.  And does that mean Daniel Brady was your supervisor on the case?

A.   I -- I'd say he was the supervisor for the East Property Unit at the time.

Q.   Okay.  And does that mean he would be overseeing investigations on -- in relation to any crime occurring in that area -- any property crime?

A.   He would be overseeing his detectives that were assigned these cases.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

367720 Stanley Michael  03-04-2025      Page 113

Q.    Okay.  And you were one of his detectives assigned these cases; is that right?

A.    Yes, it is.

Q.    Were you asked to make any changes to this report?

A.    I don't remember.

Q.    Okay.  Do you remember if there were any other drafts of this report?

A.    I --

MR. MISTOLER:  Objection.

THE WITNESS:  I don't -- I don't remember.  But it's not, like, a thing where you make drafts.

BY MS. DILLON:

Q.    Okay.  So even if you had edited it, there wouldn't be, like, multiple versions of this report?

A.    No.

Q.    Okay.  Fair to say as a general rule, you took care to make sure the information in your reports was correct?

A.    At every attempt.  Yes.

Q.    Okay.  And fair to say you took your responsibilities for report writing seriously as a detective?

A.    Yes.  I do.

Q.    Okay.  You do your best to be thorough when

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                Page 114

creating reports?

A.   I do.

Q.   Do your best to be accurate when creating reports?

A.   Yes.

Q.   Would you ever leave information out of a report that you knew was important?

A.   No.

Q.   Okay.  When is the last time you saw this document?

A.   Well I -- I was asked earlier what I had reviewed.  And I had reviewed this.

Q.   So this is one of the reports you reviewed in preparation for the deposition?

A.   That's correct.  Yes.

Q.   Is there anything in this document that's incorrect?

A.   No.  It memorializes everything that was done.

Q.   Okay.  Do you agree with me that there's nothing about the other two eyewitnesses included in this supplement?

A.   Yes.

Q.   Okay.  Did you know there were at least two other potential eyewitnesses who gave statements when you created this report?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A.   I -- I was aware of -- is it Ms. Bloom?

Q.   Yes.

A.   And -- and Ms. Bethany.  Yes.

Q.   Okay.

A.   I don't know why.  Maybe they -- I -- I couldn't get in touch with them at the time.  I -- I don't know why.

Q.   Okay.  So it's possible you tried to reach out to them, but didn't get in touch?

A.   It -- it could very well be.

Q.   Okay.  Any other reason why you wouldn't have included them in the report?

A.   That maybe I hadn't been able to get in contact with them.

Q.   Okay.  As you -- that's the only reason as you sit here today you can think of that they would've been left out?

A.   I -- and again, I'm just speculating.  Yes.

Q.   Sure.  Would -- when you submitted this supplement -- supplemental report into the system where it went for approval, would you have submitted it by itself, or would you have included the additional reports with it?

A.   This was the only report that I did that would be -- was being submitted --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 116

Q.   Okay.

A.   -- for that --

Q.   So you wouldn't include -- for instance, you make a reference to a lineup.  You wouldn't include that with the report when you submitted it?

A.   No.

MS. DILLON:  Okay.  We can set that exhibit aside.  We've been going about another hour.  Folks okay or does anyone need --

MR. MISTOLER:  We can take a break.

THE WITNESS:  I'm going to take a quick bathroom --

MS. DILLON:  Yeah.  No problem.

THE VIDEOGRAPHER:  Okay.  The time is 3:34 p.m. We're going off record.

(A recess was taken.)

THE VIDEOGRAPHER:  We're back on record.  The time is 3:42 p.m.

BY MS. DILLON:

Q.   Okay.  Mike, before we went off the record, we were reviewing some reports that were created in connection with the Gonzalez burglary investigation.  Do you remember that?

A.   Yes, I do.

Q.   Okay.  Did you take any steps to try to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

connect Mr. Valle-Ramos to the crime scene physically?

A.   The -- I -- in looking at the crime scene investigator's report, I reviewed that, and it does not appear that I was able to make any connections to the -- anything that might have been left there at the scene.

Q.   Okay.  Do you recall what kinds of evidence was collected?

A.   I thought there was reference to a backpack and a tire iron.

Q.   And you didn't collect any evidence from the scene --

A.   I -- I did not.

Q.   -- is that fair to say?

A.   That is very accurate.  Yes.

Q.   Okay.  Did you ever search Mr. Valle-Ramos's home for evidence?

A.   No.

Q.   Did you ask anyone to?

A.   I did not obtain a search warrant for his residence.  No.

Q.   Okay.  Do you know if anyone searched Mr. Valle-Ramos's home for evidence?

A.   Not as -- as it relates to this case.  No.

Q.   Okay.  You agree with that Mr. Valle-Ramos was charged with the burglary of George Gonzalez's home,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

367720 Stanley Michael   03-04-2025   Page 118

correct?

A.   Yes, I do.

Q.   Can you think of any reason why it would be appropriate to not search Mr. Valle-Ramos's home?

MR. MISTOLER:  Objection.

THE WITNESS:  I don't know if I would've been able to establish that any evidence recovered would not have been stale through obtaining a search warrant for his residence --

BY MS. DILLON:

Q.   Okay.

A.   -- based on the --

Q.   When you say, "stale," what do you mean?

A.   Based on the length of time.

Q.   And when you say, "stale," do you mean, like, physical DNA evidence?

A.   I mean that if it had -- if this had happened a day later, I might have moved to get a search warrant for his residence.  The fact that it was now maybe two-and-a-half weeks, I believe, after the incident, I did not get a search warrant for his residence.

Q.   Did you think it was important to check and see if Mr. Valle-Ramos had clothes in his possession matching the witness' descriptions of the perpetrators?

MR. MISTOLER:  Objection.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

THE WITNESS:  Anything that you could add to a case would have been nice to have had.

BY MS. DILLON:

Q.   Okay.  Did you think it was important to check and see if Mr. Valle-Ramos was in possession of any of the items taken from the crime scene?

MR. MISTOLER:  Objection.

THE WITNESS:  Again, anything that you would be able to ever recover that would help to further connect a person to a crime would be beneficial.

BY MS. DILLON:

Q.   Did Mr. Valle-Ramos have a car?

A.   I don't remember.

Q.   Do you remember taking any steps to investigate whether or not Mr. Valle-Ramos had a car?

A.   Well I know I looked at his DAVID photograph, and that would've certainly listed his -- any vehicles that he would've had registered to him.  I don't remember if he had any registered to him.

Q.   Okay.  If Mr. Valle-Ramos did have a car, would it -- would it be important to search that car for evidence?

MR. MISTOLER:  Objection.

THE WITNESS:  Again, it would -- it would be beneficial if you would be able to search a vehicle

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 120

to see if there is any evidence inside, if you would be able to legally do so.

BY MS. DILLON:

Q.   Aside from the supplementary report, what other paperwork did you create related to the Gonzalez burglary investigation?

A.   I would've submitted everything that I had compiled and submitted it to the State Attorney's Office.

Q.   And when you say everything you compiled, you mean photo lineups?

A.   Yes.

Q.   Witness statements?

A.   Correct.

Q.   Responding officer reports?

A.   Yes.

Q.   Crime scene investigator reports?

A.   Yes.

Q.   Anything else you can think of?

A.   I think for this case, that sums up the involvement of the people that were involved.

Q.   What's the last thing you remember doing in connection with the Gonzalez burglary investigation?

A.   I vaguely remember testifying at the trial.

Q.   Okay.  You testified at the trial in 2014; is

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

that right?  The criminal trial?

A.  Yes.

Q.  You requested a warrant for Mr. Valle-Ramos's arrest, correct?

A.  Yes, I did.

Q.  What evidence supported Valle-Ramos's arrest for the Gonzalez burglary?

A.  His selection in a photographic lineup by Mr. Gonzalez.  A crime bulletin that shows he was in a vehicle 0.6 tenths of a mile from the location, in addition to the fact that he was -- a vehicle he was later seen on -- a vehicle he was located in later in the day was described previously in that same geographic area about two miles away, attempting to -- some individuals were attempting to burglarize a residence. It was also a silver vehicle in both incidents.  The timeframe was in the middle of the day, as was Mr. Gonzalez's burglary.  I felt strongly that he was one of the individuals that had been in Mr. Gonzalez's residence that day.

Q.  Okay.  You never found any fingerprints placing him at the crime scene, correct?

A.  Correct.

Q.  No DNA placing him at the crime scene?

A.  No DNA, but at that time, I do not believe the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael   03-04-2025                    Page 122

Florida Department of Law Enforcement would accept DNA

for a property crime.

Q.   Why do you say you believe that they weren't

accepting DNA for a property crime?

A.   They only accepted it for violent crimes at

the time when I remember -- if I remember back then.

Q.   Okay.  Was there ever a period of time where

the -- they accepted DNA for property crimes that you

recall?

A.   I recall incidents where blood was obtained or

left at a scene, and then it was later entered into

CODIS and it came back with a match for a potential

person, but here they would not take DNA from an object

unless there was a one-to-one comparison to be made with

a contributor to that DNA.

Q.   Okay.

A.   If any of that makes sense.

Q.   Yeah.  I think so.  Let me break it down a

little bit, though.

A.   Okay.

Q.   So if you had someone to compare the DNA to,

you could submit objects for a touch DNA sampling?

A.   If -- yes.  If there was DNA located on an

object.  In this case, I was not confident that there

would be any DNA, as they stated that they had seen



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

people wearing blue latex gloves, so I was not confident that there would be any DNA.

Q.  Okay.  So you did not submit -- you didn't request any DNA testing of any of the items that were collected from Mr. Gonzalez's home; is that right?

A.  I -- I did not as at that time, they -- they would not take it for a property case.

Q.  Okay.  And after Mr. Valle-Ramos was arrested for the Gonzalez burglary, did you submit the items recovered at Mr. Gonzalez's house for DNA testing?

A.  I did not get a warrant for a DNA standard from Mr. Valle-Ramos.  No.

Q.  Okay.  Did you -- you never found any evidence in Mr. Valle -- Valle-Ramos's home connecting to the -- him to the crime, correct?

MR. MISTOLER:  Objection.

THE WITNESS:  I did not search his home.

BY MS. DILLON:

Q.  Okay.  Were you present when Mr. Valle-Ramos was arrested?

A.  No, I was not.

Q.  Do you recall anything about his arrest?

A.  I don't.

Q.  Okay.  Do you know who arrested him?

A.  I don't.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Q.   Do you know who was present during his arrest?

A.   I -- I don't know who.  Typically, arrest warrants would be entered and activated in a teletype system, and I don't remember who it was that would've arrested him.

Q.   Okay.  Did you ever talk to Mr. Valle-Ramos in connection with this -- the Gonzalez burglary investigation?

A.   In reviewing my deposition testimony, it looks like he was brought to our agency, but I don't remember this incident.  That's the only recollection I have.

Q.   Okay.  So you have no independent recollection of interviewing Mr. Valle-Ramos?

A.   I -- I don't.  I do not.

Q.   Do you -- if you had interviewed Mr. Valle-Ramos, would there have been another officer present?

A.   Not necessarily.  No.

Q.   Okay.  If you had interviewed Mr. Valle-Ramos and there was another officer present, do you have any idea who that would've been?

A.   No, I don't.

Q.   Okay.  And so because you don't remember ever interviewing Mr. Valle-Ramos, you don't have any recollection of what you said to him?

A.   I don't.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.**MILESTONEREPORTING**.com        Toll Free 855-MYDEPOS

Q.   What he said to you?

A.   I don't.

Q.   If you had interviewed Mr. Valle-Ramos on the day of his arrest, would you have memorialized that interview?

A.   If I had spoken to him, I would've memorialized that.  Yes.

Q.   Okay.

A.   If I -- if -- if I had -- if I spoke to a person and -- and they offered something -- if -- historically, if somebody -- I spoke to somebody and they, you know, invoked their constitutional rights, then that -- that would be it and -- and I wouldn't memorialize anything.

Q.   Okay.

A.   And if they maybe did speak about it, I -- I would have.

Q.   You would have memorialized it?

A.   I -- I would have if they -- if they did agree to speak.

Q.   Was there a practice of audio or video recording interviews at the station with recently-arrested suspects in 2013?

A.   You would have requested -- I think they're always -- always recording.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                Page 126

Q.   Okay.

A.   You would've just requested the timeframe and the specific interview room that you were in --

Q.   Okay.

A.   -- that would've documented that.

Q.   So if you had interviewed Mr. Valle-Ramos, there would be some kind of recording of that interview; is that right?

A.   There -- there should have been.  Yes. Because they were always recording.

Q.   Okay.  What would happen with that recording, whether it's video or audio, after the interview?

A.   You would send it to the State Attorney.

Q.   Okay.  Would it go anywhere else?

A.   No.

Q.   Did you have any role in the decision to charge Mr. Valle-Ramos with burglary?

A.   I authored the arrest warrant.  Yes.

Q.   Okay.  Were you present when the decision was made to charge Mr. Valle-Ramos with burglary?

A.   I would kind of have to be.  I -- I made -- you know, made the decision and met the statutory definition of that crime.

Q.   Okay.  And I'm talking -- I think you're talking about the arrest warrant.  I'm talking about the

 MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

367720 Stanley Michael  03-04-2025              Page 127

prosecution's decision --

A.   About the -- about --

Q.   -- to charge.

A.   About the actual filing?

Q.   Yes.

A.   No.  Not at all.

Q.   Did you discuss the decision to charge Mr. Valle-Ramos with a crime to anyone at OPD?

A.   For my arrest warrant?

Q.   For anything.

A.   I didn't discuss it with anyone for my arrest warrant, and I didn't have any idea what -- the filing decision had been made likely until the trial.

Q.   Okay.  So as best as you can recall, you didn't talk about the decision to seek an arrest warrant, but - - on Mr. Valle-Ramos with anyone else at OPD?

A.   No.

Q.   While the prosecutor was preparing the case against Mr. Valle-Ramos, did you speak with anyone from the District Attorney's Office?

A.   No.

Q.   Okay.

A.   Not -- not that I remember.

Q.   Not that you recall?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.  No.  I -- certainly they would probably have been present at the deposition.

Q.  Okay.  If you had participated in the process of preparing the case against Mr. Valle-Ramos with the DA's office, would you have memorialized that in any way?

A.  It would've been a first.

Q.  Okay.  It would've -- it's not your practice to --

A.  We -- no, it's not.

Q.  Okay.  And that's across Orlando Police Department?

A.  For a property crime?  Yes.  For -- for a homicide, you know, you're very involved --

Q.  Okay.

A.  -- in that decision and working, you know, with somebody that's assigned immediately.  But for a property case?  No.  I never had that experience.

Q.  Okay.  So for some of the crimes you've investigated as a sergeant at -- homicides, violent crimes, you would be more participatory in the -- preparing the case, but not for property crimes?

A.  That's correct.

Q.  Okay.  Did you provide the prosecutor any information to use at trial that you recall?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A.   Just what was within the case reports, investigative supplement, photo lineups, the crime scene, investigator reports.

Q.   Okay.  But you don't remember talking to the prosecutor?

A.   I don't.

Q.   You testified at a deposition; is that right?

A.   Yes, I did.

Q.   Did you meet with the state's attorney to prepare for your deposition?

A.   I don't remember.  And I -- again, I would probably say no, because it's not very typical for them to speak before.

Q.   Okay.  It's unlikely that you --

A.   It's unlikely.  Yeah.

Q.   -- prepared with the state's attorney?

A.   Yeah.

Q.   Did you testify truthfully at your deposition?

A.   Yes, I did.

Q.   When did -- you said you reviewed a transcript of your deposition testimony in preparation for today; is that right?

A.   Yes, I did.

Q.   Is there anything you would change in your testimony?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A.    I -- I don't know.  I -- I -- it was accurate when I provided it, and I don't -- I think it sounds accurate as to what I remembered at -- at the time.

Q.    Okay.  As far as you can recall --

A.    As far as I can recall?  No.

Q.    -- everything in your deposition transcript is true?

A.    I -- I testified truthfully.

Q.    Okay.  And you testified at the criminal trial in 2014, correct?

A.    Yes.

Q.    Do you recall meeting with the state's attorney to prepare for your trial testimony or is that something that maybe wouldn't have happened with a property crime?

A.    I don't recall it ever happening with --

Q.    Okay.  Do you recall how you prepared for your trial testimony in the Gonzalez burglary investigation?

A.    I probably would've read the case report in my investigative supplement.

Q.    Okay.  And at the criminal trial, did you testify truthfully?

A.    Yes, I did.

Q.    And you reviewed a copy of the criminal trial transcript in advance of today's deposition; is that

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

right?

A.   Yes, I did.

Q.   Okay.  And everything in there was accurate?

A.   Yes.

Q.   Anything you would change?

A.   No.

Q.   And you're aware -- are you aware that in March 2024, Mr. Valle-Ramos -- the criminal case against Mr. Valle-Ramos was dismissed?

A.   Yes.

Q.   When did you first become aware that Mr. Valle- Ramos had filed a post-conviction petition?

A.   I was contacted by the State Attorney that handled that.

Q.   Okay.  Did you participate -- did you have any participation in helping the state's attorney defend against the post-conviction petition?

A.   No.

Q.   Okay.  You testified at the hearing on the post-conviction petition; is that right?

A.   Yes.

Q.   Back in March 2023?

A.   Yes.

Q.   Did you meet with anyone to prepare your testimony for that hearing?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.    No, I didn't.

Q.    Did you testify truthfully?

A.    Yes, I did.

Q.    And you reviewed a copy of that transcript in advance of today's deposition; is that right?

A.    Yes, I did.

Q.    And was it all accurate?

A.    Yes.

Q.    Anything you'd change?

A.    No.

Q.    Do you understand that Ms. Szewczyk recanted her identification of Mr. Valle-Ramos?

A.    Yes, I do.

Q.    Can you recall any other times in your career where -- as a detective where a witness where recanted an identification?

A.    I cannot for any cases that I have been involved in.  I've certainly been aware of some other cases where a witness intentionally lied to get somebody arrested, but not where they -- where the witness made the recantation.

Q.    Okay.  So none of the eyewitness identifications you've secured in your career can you recall a witness later recanting that identification; is that right?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael   03-04-2025                      Page 133

A.   Yes, that's correct.

Q.   Were you surprised that Ms. Szewczyk recanted her identification?

A.   Was I surprised?

Q.   Yes.

A.   Yes and no.

Q.   Okay.  Let's start with the yes.  Why were you surprised that she recanted her identification?

A.   Well because she was given the same instructions as Mr. Gonzalez.  She was never pressured or coerced to make a decision.  I think she was an educated person and could've certainly said something before the trial if she had any issues.

Q.   Okay.  Any other reason you were surprised at Ms. Szewczyk's recantation?

A.   No.  I mean, I -- I don't know.  I -- I just didn't -- that was -- that was my take on it.

Q.   Sure.  And I believe you said, "yes and no," so let's go to the no.

A.   Yeah.

Q.   Can you explain any reason why you weren't surprised that she recanted her identification?

A.   Yeah.  I think the manner in which she was approached by a private investigator and shown two pictures -- I believe, two pictures side by side, which



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

I think was very suggestive.

Q.   Okay.  Any other reason you're not surprised by --

A.   No.

Q.   -- Ms. Szewczyk's recantation?

A.   That's about all I thought about the -- about the issue.

Q.   Okay.  And do -- have you ever had experience with the private investigator who approached Ms. Szewczyk, last name Lyons?

A.   No, I have not.

Q.   Do you remember -- did you say you reviewed Ms. Szewczyk's post-conviction transcript testimony in advance of today's deposition?

A.   I've reviewed her trial testimony --

Q.   Yeah.

A.   -- prior to the post-conviction trial.

Q.   Okay.  Have you ever seen her post-conviction hearing testimony?

A.   I don't believe I have.  No.

Q.   Okay.  Do you know that she accused you of telling her during the photo lineup that she corrected -- she selected the correct person?

A.   I don't recall that at all.

Q.   Okay.  Do you have a reaction to hearing that?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

A.   That's surprising, and is not something that I would have done.

Q.   Okay.  Surprising because it's not something you would've done.  Any other reaction to hearing that Ms. Szewczyk said you told her she selected the right person during the photo lineup?

A.   No.

Q.   Okay.  Do you know that she also said -- she also testified that during her photo lineup -- or after her photo lineup, you told her Mr. Gonzalez had also selected Mr. Valle-Ramos?

A.   Yeah.  I don't remember that, and again, that doesn't sound like anything I would've done.

Q.   Okay.  And your -- so your reaction to that is the same as hearing she --

A.   Yes.

Q.   Do you know that she testified that you introduced her and Mr. Gonzalez at the trial despite an order of sequestration?

A.   Yeah.  I don't -- I don't remember that at all and I --

Q.   Same reaction?

A.   Same reaction.  Yeah.  I would just sit there and keep to myself in the meeting.

Q.   At the trial union?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                Page 136

A.   At the -- at the trial.  At the waiting area.  Yeah.

Q.   Okay.  So you don't have any recollection of an interaction between you, Mr. Gonzalez, and Ms. Szewczyk at the trial in the waiting area?

A.   No, I don't.

Q.   When did you first hear of Mr. Valle -- that Mr. Valle-Ramos's conviction was dismissed?

A.   I think I got a -- something from either the State Attorney that handled it.  I don't know if that was a phone call or an e-mail or -- or anything.

Q.   Okay.  So you're not sure how exactly you were told, but someone from the State's Attorney's Office let you know?

A.   I -- I feel like that.  Yes.

Q.   Okay.  Do you recall what was said in that either e-mail or phone call?

A.   No.  I just think that I was aware that there was a nolle pros filed in that.

Q.   Yeah.  That's correct.  Were you surprised to hear that Mr. Valle-Ramos's criminal conviction was dismissed -- or vacated and dismissed?

A.   Was I surprised?

Q.   Yeah.

A.   I don't know if I was surprised or not.  I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

just read the summation and accepted it.

Q.   So no strong feelings one way or the other?

A.   Like I said, I just accepted that that's what a judge made a determination of.

Q.   Between Mr. Valle-Ramos's conviction and the dismissal of his conviction, did you have any involvement in the criminal case against Mr. Valle-Ramos that you can recall?

A.   No.

Q.   Do you believe Mr. Valle-Ramos committed the burglary of Mr. Gonzalez's home?

A.   Yes, I do.

Q.   Okay.  Why do you say that?

A.   I felt the conviction with which Mr. Gonzalez made his identification back then that led me to create this report in conjunction with the other evidence that I had, a subsequent identification by Ms. Bethany.  It was not just one person, but a second person.  The fact that it went to a jury trial and -- and was tried.  I -- I feel that all those things added together led -- leads me to believe that he was the one that was responsible for this.

Q.   Okay.  You mentioned the two eyewitness identifications, the police bulletin, and the jury trial.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 138

A.   The -- the police bulletin that showed him in his car directly outside, you know, less than six-tenths of a mile from his residence, the earlier bulletin, again, with the similar description of a silver car, and also -- similar fact-based crimes in a similar geographic area was what I was referring to.

Q.   Okay.  When is the last time you spoke to anyone associated with OPD about the Gonzalez burglary investigation?

A.   At OPD?  I don't remember.  Even just back then, probably.

MS. DILLON:  Okay.  So I'm going to show you some documents now.  The first one will be Plaintiff's Exhibit 21.  Okay.  And for the record, this is a three- page document, Bates Plaintiff's 8 to 10.

(Exhibit 21 was marked for identification.)

BY MS. DILLON:

Q.   Do you see at -- kind of at the bottom it says, "affidavit for arrest warrant?"

A.   Yes, I do.

Q.   Okay.  And in the second line in the -- in the paragraph right below that, it says, "Michael Stanley -- Detective Michael Stanley"?

A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.   That -- is that you?

A.   Yes, it is.

Q.   Okay.  Do you recognize this document?

A.   Yes, I do.

Q.   Okay.  What is it?

A.   It is the arrest warrant for this case, issued for Mr. Valle-Ramos.

Q.   Okay.  What information were you supposed to include in an affidavit for arrest when you filed one?

A.   The applicable information.

Q.   And do you mean the applicable information that established probable cause?

A.   Yes.

Q.   Okay.  And you are the affiant in this affidavit, correct?

A.   Yes, I am.

Q.   Meaning you made the statement under oath?

A.   Yes, I did.

Q.   Did you tell the truth in your affidavit?

A.   Yes, I did.

Q.   Would you ever leave anything out of an affidavit for an arrest warrant that you thought was important?

A.   Not intentionally, no.

Q.   Okay.  Can you imagine any scenario you would

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025    Page 140

leave out evidence?

A.   No.  No.

Q.   Is there any evidence against Mr. Valle-Ramos that you failed to mention in your affidavit application?

MR. MISTOLER:  Objection.

THE WITNESS:  No.

BY MS. DILLON:

Q.   Okay.  I'm going to go to the second page, I think second paragraph from the bottom.  Actually, hold on.  Okay.  Sorry.  Second page, second paragraph, kind of near the bottom, and you say, "Gonzalez stated one of the suspects had a distinct Afro-style hairdo."  Do you see that?

A.   I do.

Q.   Okay.  Were those your words or Mr. Gonzalez's words?

A.   They would've been Mr. Gonzalez's words.

Q.   Okay.  And when would you have heard those words from Mr. Gonzalez?

A.   Either on a statement or in a phone conversation.

Q.   Okay.  And you mean the phone conversation where you called to introduce yourself?

A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 141

Q.   I'll direct your attention to the last page. I just want to confirm, do you see where it says, "Detective Michael Stanley," and there's a signature?

A.   Yes.

Q.   That's your signature, correct?

A.   Yes, it is.

Q.   Okay.  And do you see at the bottom, where it says, "April 19, 2013," just below that?

A.   Yes, I do.

Q.   Okay.  Is that the date you submitted this affidavit for arrest?

A.   Yes, it would've been.

MS. DILLON:  I'm going to set that exhibit aside.  And I'm going to show you what will be Plaintiff's Exhibit 22.  And just for the record, this is a three-page document, Bates P1420 to P1422.

(Exhibit 22 was marked for identification.)

BY MS. DILLON:

Q.   Do you see at the top, it says, "ICJIS Warrant Arrest Affidavit?"

A.   Yes, I do.

Q.   Do you know what ICJIS stands for?

A.   I've never thought to figure it out, honestly.

Q.   I'll ask a different question: Do you know what that is?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.    ICJIS is the computer program maintained by the Orange County Corrections Department to submit either a warrant arrest affidavit or an -- an arrest affidavit -- warrant arrest affidavit or arrest affidavit.  There's two different types.

Q.    Okay.  Can you explain -- that's what I wanted to ask you: What is the difference between those two things?

A.    One is if -- a warrant arrest, Mr. Valle-Ramos was arrested pursuant to an arrest warrant.

Q.    Okay.

A.    And the officer that made the physical arrest transport -- transported him to the jail and submitted this document to get him booked in.

Q.    Okay.  So this document is just saying that Mr. Valle-Ramos was arrested pursuant to the arrest warrant you secured for him; is that correct?

A.    Yes, it is.

Q.    Okay.  And do you see at the bottom where it says, "officer signature," there's an Officer Sidney Iverson?

A.    Oh, yes.

Q.    Do you know who that is?

A.    I don't think he works with us anymore, but I -- I've seen the name.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025  Page 143

Q.   Okay.  But you don't have any recollection of who -- do you have a recollection of who he is?

A.   I -- I don't, no.  I never worked with him.

Q.   Okay.  You didn't work with him, you didn't personally know him?  Is that fair to say?

A.   Yes.

Q.   Did you have anything to do with the preparation of this document?

A.   No.

Q.   Is it something you would've seen?

A.   No.

MS. DILLON:  Okay.  We can set this exhibit aside.  We already looked at your summary report. I'm going to show you what was previously marked as Plaintiff's Exhibit 13.  Okay.  And for the record, this is a two-page document, Bates P1 -- P1415 to P1416.

(Exhibit 13 was marked for identification.)

BY MS. DILLON:

Q.   And can you see at the top there it says, "Orlando Police Department Field Report?"

A.   Yes.

Q.   Okay.  And at -- under details on the left, it says, "Location: 1625 Little Falls Circle?"

A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025 Page 144

Q. And then it says, "Incident Type: residential burglary?"

A. Correct.

Q. Okay. Do you -- do you know what this is?

A. This is the case report for the incident.

Q. Okay. And do you remember seeing this report while you were working on the case?

A. Yes, I -- I would've looked at this.

Q. Okay. And you -- did you say you reviewed this in anticipation of your deposition today?

A. Yes, I did.

Q. All right. It says here at the top left under -- still under details, that the reporting officer is Alfonso Tejeira. Do you see that?

A. I do.

Q. Do you know who that is?

A. I knew who he was. He was a patrol officer on the east side of town, but I -- I never worked with him.

Q. Okay. So his role in 2013, was a patrol officer, and his role in the investigation was responding officer; is that right?

A. Yes, it is.

Q. Did he have any role in the investigation after authoring this report?

A. No.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Q.   Okay.  And do you see on the right, it says,
"Approving Officer: Jerry McCray?"

A.   Yes.

Q.   Do you know who that is?

A.   Yes.  I knew who Jerry McCray was.

Q.   Okay.  Who -- in 2013, what role did Jerry McCray have at OPD?

A.   In -- in looking at this, he would likely have been the sergeant that approved this report for this patrol unit.

Q.   Did you work with him often?

A.   I never worked with him, no.

Q.   Okay.  And did he -- do you recall Mr. McCray having any involvement in this investigation aside from approving Mr. Tejeira's report?

A.   No.  He -- I don't remember, but he would not have had -- a patrol supervisor would not have had any subsequent involvement.

Q.   Okay.  Now I just want to direct your attention to the second paragraph, and you can -- I know you've read this before, so you can skim it if you would like. But there is no mention of an Afro in this paragraph; is that right?

A.   That's correct.

Q.   Okay.  Does it strike you as odd that the



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

field report doesn't mention an Afro?

MR. MISTOLER:  Objection.

THE WITNESS:  Yes and no.

BY MS. DILLON:

Q.  Let's start with yes.

A.  Okay.  You would've liked -- you would've liked to have had that documented at the initial time of the report.  And no, because oftentimes, in my experience, people have been through a traumatic experience, they recall some things 24 hours later that they might not have recalled at the time when they were still dealing with the trauma associated with a -- with a crime.

Q.  And do you see kind of towards the bottom of this paragraph where it says, "The description given by the witnesses of suspects entering the vehicle and leaving in an unknown direction did not match suspect number 1?"

A.  At the end of what paragraph?

Q.  Sorry.  Yeah.  It -- it's at the end of the -- oh, sorry.  End of the second paragraph, kind of in the middle.

A.  Oh, second.  Witnesses of the suspects entering the vehicle and leaving in an unknown direction did not match suspect number 1.  Yes, I read that.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Q.   Okay.  Is this what you were referring to when you were saying that you got the idea that one of the eyewitnesses could not identify the suspects?

A.   Given by the witnesses.  I am just trying to --

Q.   Sure.  Take your time.

A.   Yes.  In looking at this document, I see that under subjects, there's four unknown suspects listed, and then only one victim, and nobody is listed as a witness, which tells me I would've probably had statements from Bethany and Ms. Bloom.

Q.   Yeah.

A.   I -- I -- in -- in a perfect world, you should have entered those people there.  Here, the officer that did this should have entered their names up there --

Q.   Okay.

A.   -- under subjects.  So I can only -- I just speculate that it was a -- either on a statement from them, where this officer got this information, or it was from direct testimony that was provided to the officer. I -- I'm just trying to --

Q.   Sure.  So what I'm asking is --

A.   I don't know.

Q.   -- is a little bit different.  What I'm asking is earlier we were talking about Ms. Bloom --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025  Page 148

A.    Okay.

Q.    -- and you had mentioned that, you know, you didn't do a photo lineup with her because you were under the impression she could not identify the suspects, and it wasn't in your report --

A.    Correct.

Q.    -- but then you speculated that it might be in this initial report.  And I'm just wondering if anything in this report --

A.    I -- I don't know.  I would like to see the -- if she provided a written statement.

Q.    Sure.  And I'll represent she did provide a written statement --

A.    And I --

Q.    -- and we'll look at that.

A.    Okay.

Q.    But anything in this?

A.    In this document, no.

Q.    Okay.

A.    And I don't know if it would've been from a review of her written statement and or a conversation with her.

MS. DILLON:  Okay.  I'm going to set this exhibit aside and show you what will be Plaintiff's 23.  Okay.  And for the record, this is an eight-page

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025                    Page 149

document, Bates P1468 to 1475.

(Exhibit 23 was marked for identification.)

BY MS. DILLON:

Q.   Do you recognize what this is?

A.   Yes.

Q.   Okay.  What is it?

A.   It is a -- it's this same report, but this would've been printed out probably recently, and this would've been printed out at -- at the time.  That's why the form looks different.

Q.   Okay.  Got it.  So these are the same thing?

A.   It's the same report, but we've subsequently updated our reporting software --

Q.   Okay.

A.   -- and it -- they print out differently.

Q.   Okay.

A.   And this looks like a document that I -- I see some holes here at the top.

Q.   Yeah.

A.   It looks like it probably would've been submitted in a case package --

Q.   Okay --

A.   -- and --

Q.   -- so this is just the older version of that report --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025 Page 150

A. Yes.

Q. -- is that right?

A. Yes.

Q. On the top right-hand corner, do you see some handwriting?

A. Yes, I do.

Q. Is that your handwriting?

A. Yes, it is.

Q. Okay. And you wrote, Valle-Ramos, Hickson, and Jeudy. Why did you write those names?

A. Those are the ID numbers for the photo lineups --

Q. Okay.

A. In which they would have been presented to Mr. Gonzalez.

Q. Okay. And would you have attached -- would those -- strike that. Why would you write that on this report specifically, instead of its own separate supplementary report?

A. I don't know.

Q. Okay. And do you agree those -- the names, Valle-Ramos, Hickson, and Jeudy do not appear in Plaintiff's Exhibit 22?

A. Which one is that?

Q. Or was it 21 -- 22?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A.    It was 22.

Q.    Sorry.  The last one we looked at, the field report.

A.    This one?

Q.    Yes.

A.    I think you said, "13."

Q.    Oh, yeah.  I'm sorry.  That was 13.

A.    Well this one looks like it was submitted to the State Attorney's Office.  And this one was just printed either recently or well subsequent to the date that this system was stopped being utilized.

Q.    Okay.  Have you seen this version of the report before?

A.    I probably did once --

Q.    Okay.

A.    -- when I submitted it to the State Attorney's Office.

Q.    Are you aware of anything in these reports that's inaccurate?

MR. MISTOLER:  Objection.

THE WITNESS:  The wording and the case narrative looks the same.

BY MS. DILLON:

Q.    I'm sorry, let me clarify my question.  You reviewed all of the case reports available when you were

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025      Page 152

assigned as lead detective on the Gonzalez burglary

investigation, correct?

 A.   Yes.

 Q.   If you'd seen any inaccuracies when you

reviewed the reports, would you have asked the

responding officers to fix them?

 A.   As far as inaccuracies, I don't know what your

-- what you mean, inaccuracy.

 Q.   Yeah.  Anything that you had reason to believe

was not accurate?

     MR. MISTOLER:  Objection.

     THE WITNESS:  I -- I don't -- I don't -- I

  don't know.  I -- I mean, I would go upon this

  officer as attesting and swearing that what he has

  submitted is correct.  I think if you somehow

  clarify that suspect one should have actually been

  suspect three, and suspect two should have been

  suspect one.  I -- I don't know if he mixed up any

  of that in his translation of what had been told to

  him by the witnesses and the victim.

     BY MS. DILLON:

 Q.   Sure.  And if you had seen anything in these

reports that directly contradicted what was written in

the witness statements, would you have identified that?

 A.   I think I would've clarified it in -- if

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 153

something like that existed, I would've clarified it in my supplement.

Q.   Okay.  It's not something you would've changed in the initial report, you just wouldn't?

A.   No, that's -- you -- you can't change that --

Q.   Okay.

A.   -- you know?  Yeah.

Q.   It's just something you would later document?

A.   Yeah.

MS. DILLON:  Okay.  I'm going to show you -- I'm going to set that exhibit aside.  I'm going to show you Plaintiff's -- it's previously been marked as Plaintiff's 12.  Okay.  For the record, it's a one-page document, Bates P1.

(Exhibit 12 was marked for identification.)

BY MS. DILLON:

Q.   Do you see at the top where it says, "Orlando Police Department Statement?"

A.   Yes, I do.

Q.   Is this a standard form that was used in 2013, to collect witness statements?

A.   Yes, it is.

Q.   All right.  And do you see at the top here where it says, "Residential burglary, 1625 Little Falls Circle, George Gonzalez?"

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael   03-04-2025                    Page 154

A.   Yes, I do.

Q.   Okay.  Do you recognize this as Mr. Gonzalez's statement that he gave in connection with the Gonzalez burglary?

A.   Yes, and it has his name up there and a signature, the responding officer's signature in the lower left.

Q.   Okay.  And were you familiar with this statement during your investigation of the Gonzalez burglary?

A.   I would've been, yes.

Q.   Okay.  Do you see at the top where -- top of the written statement, that was -- is that something that Mr. Gonzalez would have written?

A.   What -- what are you referring to?

Q.   The paragraph in the center of the --

A.   Oh.  Yes.

Q.   And do you see where at the very first sentence he writes, "Open front door, saw Spanish individual, had an Afro, he ran out the back."  Did I read that right?

A.   Yes.

Q.   Okay.  There's no specific information about size or color of the Afro in that statement; is that right?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A.   That's correct.

Q.   How did you know what kind of Afro you were looking for?

A.   I'm guessing after, when I spoke to him on the phone.

Q.   Okay.  And if Mr. Gonzalez had provided additional detail to you over the phone that he did not include in his statement, would you have documented that?

MR. MISTOLER:  Objection.

THE WITNESS:  I guess I did.

BY MS. DILLON:

Q.   What do you mean?

A.   In the form it said it was a large Afro -- distinct Afro.

Q.   It's a distinct Afro?

A.   Yeah.

Q.   You meant large when you said, "distinct Afro?"

A.   Well I'm -- I'm --

MR. MISTOLER:  Objection.

THE WITNESS:  -- I'm guessing.  You know, it said that he had an Afro.  I would probably -- typically, you would ask them questions, if they had any other information, any recollection.  But I'm --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

maybe that's where he came up with it or during our conversation.

MS. DILLON:  Okay.  We can set this exhibit aside.  I'm going to show you what was previously marked as Plaintiff's 15.  All right.  So for the record, Exhibit 15 is a one-page document Bates Plaintiff 2.

(Exhibit 15 was marked for identification.)

BY MS. DILLON:

Q.   And do you see it at the top, this is another witness statement?

A.   Yes, it is.

Q.   Okay.  And it says, "Location of offense: 1625 Little Falls Circle.  Name -- Bethany Szewczyk?"

A.   Yes.

Q.   Okay.  Do you recognize this as Ms. Szewczyk's statement she gave in connection with the Gonzalez burglary?

A.   It appears to be, yes.

Q.   Okay.  And were you familiar with this document when you were conducting the Gonzalez burglary investigation?

A.   I would've been, yes.

Q.   All right.  So I want to ask you just one more question about this.  In the bottom left, there's an

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

officer, presumably the officer who took her statement, correct?

A.   Yes.

Q.   Do you have any idea what that name says?

A.   I -- I don't.  Charles -- Officer --

Q.   It looks like Charles something.

A.   Something, and I can barely make out his employee number is a four digit number.

Q.   Yeah.  It's 5261.

A.   Then that's who it would be.

Q.   Okay.  And the -- and when you say that's who it would be, it's the officer associated with that badge number; is that right?

A.   It'd be their employee number.

Q.   Their employee number?

A.   Employee number, correct.

Q.   Can you figure out who an officer is from their employee number?

A.   Yes.

Q.   How would you do that?

A.   I access a program to -- to look out and figure out --

Q.   Okay.

A.   -- who it was.

Q.   And would it be able to access officers who

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

are no longer working at OPD?

A.   Oh, yes.

Q.   Okay.  And do you see after his -- this signature, there's something that says, "OPD/, is L-E-O."

A.   It would be law enforcement officer.

MS. DILLON:  Okay.  We can set that exhibit aside.  Two more.  I'm going to show you now what was previously marked as Plaintiff's 3 -- Plaintiff's Exhibit 3.  Okay.  For the record, it's a one-page document, Bates P1385.

(Exhibit 3 was marked for identification.)

BY MS. DILLON:

Q.   Do you recognize this as another witness statement?

A.   Yes, it is.

Q.   Okay.  And you see, "Location of offense: 1625 Little Falls Creek?"

A.   Yes.

Q.   "Witness -- Charlene Bloom?"

A.   Yes, I do.

Q.   Okay.  Do you recognize this as Ms. Bloom's witness statement in relation to the Gonzalez burglary investigation?

A.   Yes.  It's -- it would've been.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Q.    Okay.

A.    It looks like the statement she provided --
written statement.

Q.    And you were familiar with this document
during your investigation of the Gonzalez burglary?

A.    Yes, I would've had this.

Q.    Okay.  And can you just take a minute, and I
know her handwriting is a little tough to read, can you
try to read that --

A.    Yes.

Q.    -- to yourself and let me know when you're
done?

A.    Okay.

Q.    Do you see anything in this document -- or in
Ms. Bloom's statement that suggests she could not
identify the suspects?

A.    No, I don't.

MS. DILLON:  Okay.  We can set that exhibit
aside.  Well I actually have two more.  Are folks
okay to power through, or do people need a bathroom
break?

MR. MISTOLER:  I'm fine.  We're still ten
minutes away from, like, our hour marks.

THE WITNESS:  I'm good.

MS. DILLON:  Okay.  So I'm going to show you

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 160

what will be Plaintiff's 24.  Okay.  And for the record, this is a one-page document, Plaintiff's 1417.

(Exhibit 24 was marked for identification.)

BY MS. DILLON:

Q.  Mike, do you see at the top where it says, "Orlando Police Department Field Report Narrative Supplement?"

A.  Yes, I do.

Q.  And do you see on the right-hand side, there's reporting officer, Chantel Styer?

A.  Yes.

Q.  Do you know what this document is?

A.  This is -- it would've been CSI Styer's supplemental report for this incident.

Q.  Okay.  And after CSI Styer collected evidence and produced this report, did she have any further role in the Gonzalez burglary investigation?

A.  I think she testified at trial, but no.

Q.  Okay.  Aside from testifying at trial --

A.  No.

Q.  -- no distinct --

A.  No.

Q.  And do you see approving Officer Andrew Brennan?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025          Page 161

A.   Yes, I do.

Q.   Okay.  Do you know who that is?

A.   Yes, I do.

Q.   Okay.  Who's that?

A.   He is a retired -- currently retired officer that would've been in charge of the crime scene unit investigators at the time.

Q.   Okay.  And did you work with him often or at all?

A.   From time to time.

Q.   Okay.  Did Mr. -- or Sergeant Brennan have any role to play in the Gonzalez burglary investigation after approving this report?

A.   No.  No.

Q.   Okay.  And you were familiar with this report during your investigation; is that right?

A.   Yes, I was.

Q.   Okay.  Just a general question.  Once evidence collection is completed in a case at a crime scene, what responsibilities does a lead detective have in testing of the evidence?

A.   Some, I -- I guess follow-up with the testing of that evidence if it's sent to the Florida Department of Law Enforcement for further testing that is not done by our agency.

 MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free **855-MYDEPOS**

Q.   Okay.  Whose responsibility would it be to submit evidence for testing?

A.   To submit evidence for testing with --

Q.   Yes.

A.   -- with an outside --

Q.   With an outside organization?

A.   -- agency?

Q.   Yeah.

A.   It would probably be the lead detectives, and in conjunction with current practices, that would've been allowed to send evidence outside our agency for testing if it met -- met a certain criteria.

Q.   Okay.  What kinds of criteria would evidence -- or evidence need to meet to be sent outside?

A.   If it was for a violent crime.

Q.   Okay.  Not a property crime?

A.   Correct.

Q.   Okay.  So all the evidence testing in this case would've been done internally?

A.   That's what this indicates, yes.

Q.   Okay.  And were you responsible for deciding what testing would be done?

A.   Well they would have -- it says, "the collected items were" -- it says, "she processed for latent prints with positive results."  That would've

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                Page 163

been -- that's obviously done in-house, and you don't have to ask them.

Q.   Okay.  That's something that just happens?

A.   That just happens, yes.

Q.   Okay.  And we already talked about DNA testing not being available for latent touch DNA on objects for property crimes.  Was there any sort of other forensic evidence that was available to you in 2013?

A.   No, there wasn't.

Q.   Okay.  And as you sit here today, you're not aware of any of the physical evidence that was collected at the crime scene tying back to Mr. Valle-Ramos; is that right?

A.   No, I'm not.

MS. DILLON:  Okay.  We can set that exhibit aside.  I'm going to show you what will be Plaintiff's 25.  Okay.  For the record, this is a one-page document, Bates P7.

(Exhibit 25 was marked for identification.)

BY MS. DILLON:

Q.   Do you see on the top right corner it says, "Court case -- or Defendant's name -- Valle-Ramos, George?"

A.   Yes, I do.

Q.   Okay.  And do you see under employee's name,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

it says, "Stanley;" is that you?

A.   Yes, it is.

Q.   Okay.  And do you see at the bottom where it says, "Officer's signature," is that your signature?

A.   Yes, it is.

Q.   Okay.  Do you recognize what this is?

A.   Yes, I do.

Q.   What is it?

A.    It's an investigative costs expense report.

Q.   Okay.  When would you create an investigative cost expense report?

A.   When a case is sent to the State Attorney's Office, this document accompanies the case package.

Q.   Okay.  So it's one of the package of documents that you had sent to the State's Attorney's Office along with the documents you collected in relation to the Gonzalez burglary; is that right?

A.   That's correct.

Q.   Okay.  Do you see next to supervisor, there's a signature there?

A.   Yes, I do.

Q.   Do you know whose signature that is?

A.   I'm going to -- since --

Q.   Would it be Daniel Brady?

A.   Well that's where I'm -- I'm going, yeah.  As

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

he approved the -- as he approved the -- my investigative supplement, I'm going to say it was probably Sergeant Brady that signed that.

Q.   Okay.  That would be consistent with general practices?

A.   Yes.

Q.   Did you -- when you were working on the Gonzalez burglary investigation, did you speak with Mr. Brady -- or Sergeant Brady about the investigation?

A.   I don't recall.

Q.   Okay.  As the supervisor on the case, would he be responsible for signing off on an investigation?

A.   I want to make sure I know what you mean by when you say, "signing off."

Q.   Responsible for making sure that the investigation was conducted within the policies and practices of the Orlando Police Department?

A.   I -- I'd say so, yeah, in his review of the investigative supplement, yes.

Q.   Okay.  And would he have reviewed - he's -- he's assigned as the reviewing officer on the investigation supplement, correct?

A.   Yes.

Q.   Would he have also reviewed the other documents you had gathered in relation to the Gonzalez

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

burglary -- or burglary investigation --

A.   As --

Q.   -- as a supervising officer on the case?

A.   You have to specify, because I have just the investigative supplement and I have the arrest warrant.

Q.   Sure.  I -- let me ask you a different question: So you -- I think you mentioned earlier, that in your role as sergeant, you have acted as a supervisor in reviewing reports on cases.  In your -- in your capacity as supervisor on cases, are you responsible for reviewing all the documents that are gathered in an investigation?

A.   Ultimately, yes.  I would review and approve any arrest warrant prior to it going to a judge for signature --

Q.   Okay.

A.   -- in current practice.

Q.   Sure.

A.   And the same would go for a search warrant.

Q.   And do you know if that was the practice in 2013?

A.   I -- I'm guessing it probably was.  I -- I don't remember, but I -- I think that it was --

Q.   Okay.  And --

A.   -- but I --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025 Page 167

Q. -- the supervising officer on a case, how would he stay informed about what was going on in a case? Was that the lead detective's responsibility?

A. I guess he would -- just being present and asking.

Q. What do you mean?

A. Being involved in what your detective's cases, they currently are.

Q. And when you say, "being involved in the cases," what do you mean?

A. I mean being aware of he would've -- you know, he would certainly be aware of the cases that you've assigned out, and you would want to know the status of some of those cases.

Q. Okay. Would you expect a supervisor on a case to be aware, for example, of positive witness identifications and photo lineups?

A. Yes, as it would've been memorialized in the case report and the arrest affidavit.

Q. Okay. And you would expect them to be familiar with the supplement and the arrest warrant. Is that what you said?

A. Yes.

Q. Okay. Turning back to this investigative cost expense report, do you see at the top where it says,

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025                    Page 168

"hours?"

A. Yes.

Q. And it says, "six hours?"

A. Yes.

Q. Is -- does it strike you as unusual to spend six hours on an investigation?

MR. MISTOLER: Objection.

THE WITNESS: I -- I probably low-balled it, to be honest with you. I don't know why I --

BY MS. DILLON:

Q. Do you recall spending more than six hours on the --

A. I -- I don't recall --

Q. Okay.

A. -- the length of time that I did, but I don't know how accurate that is.

Q. Okay. You -- did you complete this report?

A. I did, yes.

MS. DILLON: Okay. You can set this exhibit aside. We could take a quick break if folks want. I don't have a ton left, but if people need a bathroom break, that's fine.

MR. MISTOLER: We can take a break. Yeah.

MS. DILLON: Okay.

THE VIDEOGRAPHER: Okay. This time is 4:42

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

p.m.  We're going off record.

(A recess was taken.)

THE VIDEOGRAPHER:  The time is 4:48 p.m.  Going back on record.

BY MS. DILLON:

Q.  Okay, Mike, just before we went and took our break, we were reviewing some documents in connection to the Gonzalez burglary investigation; is that right?

A.  Yes, it was.

Q.  Okay.  Now I just want to talk about any disciplinary or litigation history that you may have.

A.  Okay.

Q.  Are you aware of any citizen complaints filed against you, accusing you of misconduct?

A.  There have been, yes.

Q.  Okay.  Can you recall specific instances?

A.  No.  Although in preparing for this, I did obtain my complete discipline history, and I looked at some of those, and having worked in Internal Affairs, sometimes you've never made aware of certain complaints.

Q.  Okay.  So if you had -- if there had been citizen complaints against you, you might not have always heard about them?

A.  Correct.

Q.  In what instance would you hear about a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025 Page 170

citizen complaint, is -- are there any?

A.   There are none against me --

Q.   Sure.

A.   -- that rose to a level of a full investigative report initiated by the Chief of Police.

Q.   Okay.

A.   So I -- I --

Q.   So you would hear about a citizen complaint if it got escalated to investigation; is that correct?

A.   Correct.  The very top --

Q.   Okay.

A.   -- level of investigation.

Q.   But you weren't -- you wouldn't hear about them otherwise?

A.   Otherwise, they are -- they are frequently handled by the Internal Affairs investigators --

Q.   Okay.

A.   -- without sometimes the officer even being made aware.

Q.   Do you recall any -- the nature of any of the specific citizen complaints against you when you were viewing your history?

A.   I didn't remember them.  No, I didn't.

Q.   Okay.  Do you -- do you remember what they were about after having reviewed the disciplinary

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 171

history?

A.   I -- I -- some -- I don't even remember them, that some of them were so far -- so far back.

Q.   Okay.

A.   I remember some other ones, but not from complaints from the public, no.

Q.   Okay.  Did you -- have you -- in your time in Internal Affairs, have you ever heard about any OPD officer being disciplined in connection with a citizen complaint?

A.   Absolutely.

Q.   Okay.  Have you ever heard of an officer being disciplined in connection with a citizen complaint as it relates to a wrongful conviction?

A.   Yes.

Q.   Okay.  What specific instances have you heard about, or do you know about of an OPD officer being disciplined in connection with a wrongful conviction complaint?

A.   It wasn't conviction.  I'm sorry.  They were never convicted.

Q.   Okay.

A.   It would've been wrongful arrest.

Q.   Okay.  And for the wrongful arrest citizen complaints you're thinking of, do you -- what do you



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

recall about those incidents?

A.  A detective showed a single image to a witness and obtained an arrest warrant based upon that showing of a single image.

Q.  Oh, okay.  So a detective did a photo identification procedure with someone with a single photo?

A.  That's correct.

Q.  Okay.  And that -- is that something that got escalated to a higher tier investigation?

A.  Absolutely.  Absolutely.  Yes.

Q.  Were you the investigator on that?

A.  No, I was not.

Q.  Okay.  Do you know how it was resolved?

A.  I think the officer received a disciplinary action, some suspension of some hours.

Q.  Okay.  Do you recall any other -- hearing about any other OPD officer being disciplined in connection with a photo lineup, photo array citizen complaint?

A.  No.

Q.  Have you ever received a reprimand in your time at OPD?

A.  Yes.

Q.  Okay.  How many times?



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025          Page 173

A.   I crashed two cars.  I had an inadvertent discharge of a firearm that struck another officer's vehicle, and I accessed the driver information database for a purpose that was not authorized.

Q.   Okay.  So is that -- is that four?  Was the crashed cars two different incidents?

A.   Yes.

Q.   Okay.  Were you disciplined for any of those incidents?

A.   All of them.

Q.   Okay.  What discipline did you receive?

A.   For a vehicle crash, it would've been a verbal warning.

Q.   Okay.  What about for the inadvertent discharge of firearm?

A.   That would've been an eight-hour suspension.

Q.   And what about for the accessing driver incident database?

A.   Also eight hours.

Q.   Okay.  Do you recall when those incidents were?

A.   The crashes were sometime between 2005 and 2009, I'm guessing.

Q.   So somewhat early in your career?

A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025          Page 174

Q.   What about the inadvertent discharge?

A.   Maybe 2011, and the -- the other, accessing the information was maybe 2012 or '13.

Q.   Okay.  So all over a decade ago?

A.   Yes.

Q.   And what was the resolution on those, you just got your eight-hour suspension or verbal reprimand and that was it?

A.   Yes.

Q.   Okay.  Are you aware of any complaints made against you by coworkers?

A.   No.

Q.   Have you ever been a defendant in a lawsuit other than this one?

A.   No.

Q.   Have you ever been convicted of a crime?

A.   No.

Q.   Have you ever been arrested?

A.   No.

Q.   Okay.  And just a couple questions about your supervisor on the case, Mr. Brady -- or Sergeant Brady. Are you aware of any discipline he received in his capacity as an OPD officer?

A.   No, I'm not.

Q.   Okay.  Any citizen complaints that you're

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

aware of?

A. No, I'm not.

Q. Did he ever do anything you disagreed with in connection to an investigation?

A. No, not that I recall.

Q. Okay. Did you ever witness him -- anything that you considered to be misconduct?

A. No.

Q. To the best of your knowledge, what was Sergeant Brady's reputation at OPD while you worked with him?

A. Fantastic reputation. He ended up becoming the homicide sergeant, and he was promoted to lieutenant out there, and I believe he retired as a lieutenant.

Q. Okay. And are you -- are you in contact with Sergeant Brady -- or Lieutenant Brady?

A. No. No, I'm not.

Q. Okay. No socialization outside of work --

A. No.

Q. -- just a professional relationship?

A. Correct.

Q. Okay. Other than the documents we've looked at today, have you ever written anything about Mr. Valle-Ramos?

A. No, I haven't.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025        Page 176

Q.   Okay.  Have you ever written anything about the Gonzalez burglary investigation other than what we've looked at today?

A.   Other than what we've got here today, no.

Q.   Okay.  Have you written anything about this present lawsuit?

A.   No.

Q.   Have you given any statements about Mr. Valle-Ramos?

A.   No.

Q.   The Gonzalez investigation?

A.   No.

Q.   This lawsuit?

A.   No.

Q.   In the time since Mr. Valle-Ramos was convicted, have you had any communications about the Gonzalez burglary?

A.   With?

Q.   Anyone.

A.   No.

Q.   Okay.  As you sit here today, do you think anyone at the Orlando Police Department did anything wrong in connection with the Gonzalez burglary investigation?

A.   No.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025 Page 177

Q. Do you have any regrets about your involvement in the Gonzalez burglary investigation?

A. No, I don't.

Q. Anything you think you should have done differently?

A. Nothing specifically, as I'm sitting right here today.

MS. DILLON: Okay. I have no more questions.

CROSS-EXAMINATION

BY MR. MISTOLER:

Q. I have a few. I won't be three hours, so. Thanks so much for presenting, obviously, and taking the time to answer our questions here today. I just wanted to go back over a few things before we wrap up.

We looked at some of your reports today, and in making those reports, does it happen that information is left out of those reports?

MS. DILLON: Objection. Form.

THE WITNESS: These were done when there was not a subsequent body-worn camera recording, so it is very possible that oftentimes what is said to an officer in either a statement or verbally does not get encapsulated perfectly in their case report, so yes.

BY MR. MISTOLER:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 178

Q.   It's not a malicious thing that happens, though, right?

A.   No.  I think you would look then to the quality of the statement given, the capacity of the person giving the statement, the ability of the officer to articulate what was said, and -- and document that. I -- I guess there's a couple -- a lot of factors that go into just how good, and that's why it's important for -- for follow-up to --

Q.   It's probably --

A.   -- see what would -- had been missed or further recalled by a -- person.

Q.   It's probably impossible to capture every aspect in a narrative of all -- everything that's, you know, come into the case or that you know in the case at that time?

A.   Yes.  It's possible that you certainly would certainly try to get it as right as possible.

Q.   Okay.  Do you believe your interactions with the victim, Gonzalez, were in any way improper in this case?

A.   No.

Q.   Do you believe you engaged in any sort of coaching in any way, in any time for Gonzalez?

A.   No.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

Q.   Same question: Do you believe any of your interactions with Bethany were in any way improper at any point in your investigation of the case?

A.   No.

Q.   And -- well I'll move forward.  When you were making the photo arrays, the six-pack photos, did you do your best with trying to put those together?

A.   Yes.

Q.   What -- did you find it difficult when you were making some of those photo arrays?  I know we've heard about photo arrays for three of the possible suspects, but specifically with Valle-Ramos, was that difficult to put all those pictures together or find those pictures in the database?

A.   Yes, it was.

Q.   Why was that difficult?

A.   I remember I had to use a driver's license photograph for him.  An arrest photograph did not exist.  And the most recent one that he had was a -- one with a large Afro.  And as I began to search for other people with similar demographics, I didn't find any that would be suitable for comparison and an inclusion in a photo lineup.  So I went to an older photograph of his when his hair was much shorter and found comparable subjects to also include there.  It was -- it was too problematic

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael  03-04-2025                    Page 180

with his hairdo to have anything.  It would've been too suggestive.  There was no other comparative -- comparable dated photographs that I could locate.

Q.  So it's not like you had a group of six guys with Afros, and you kicked all the people with similar hairstyle, similar Afros out.  It was just a difficult process?

A.  I couldn't find --

MS. DILLON:  Objection.  Form.  You can answer.

THE WITNESS:  I was struggling to find anybody to include in there, so that forced me to go to a -- the photograph with a different hairstyle, to have in the same photographic lineup for Mr. Valle-Ramos.

BY MR. MISTOLER:

Q.  But in this whole process, your intent was to find the closest matches that you could?

A.  Yes.

Q.  You didn't try to get any of the suspects to choose Valle-Ramos in the -- or excuse me.  Strike that. You didn't try to get any of the witnesses when you were showing them the lineups, to choose Valle-Ramos specifically in the lineups?

A.  No, I did not.

Q.  I only have one more question and it is: Did you frame Valle-Ramos in this -- in this instance?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025 Page 181

A.   No, I did not.

MS. DILLON:  Based on that, I have nothing further.

THE REPORTER:  Okay.  Will our witness read or waive?

THE WITNESS:  Read, please.

THE REPORTER:  Sure.  And Counsel, will you be placing an order today?

MS. DILLON:  Not today.

THE REPORTER:  For you, either?

MR. MISTOLER:  No, ma'am.

THE REPORTER:  Okay.

THE VIDEOGRAPHER:  Okay.  Let me go off record. The time is 5:03 p.m.

(Deposition concluded at 5:03 p.m. ET)



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

CERTIFICATE OF OATH

I, the undersigned, certify that the witness in the foregoing transcript personally appeared before me and was duly sworn.

Identification:  Produced Identification


SHEILA JONES

Court Reporter, Notary Public

Commission Expires: 12/21/2027

Commission Number: HH475516

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

C E R T I F I C A T E

I, SHEILA JONES, Court Reporter and Notary Public for the State of Florida at Large, do hereby certify that I was authorized to and did report the foregoing proceeding, and that said transcript is a true record of the said proceeding.

I FURTHER CERTIFY that I am not of counsel for, related to, or employed by any of the parties or attorneys involved herein, nor am I financially interested in said action.

Submitted on: November 25, 2025.



_____

SHEILA JONES

Court Reporter, Notary Public

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

                              ERRATA

PAGE      LINE                        CHANGE      REASON

I have read the entire transcript of my deposition taken

in the captioned matter or the same has been read to

me.I request that the following changes be entered upon

the record for the reasons indicated. I have signed my

name to the Errata Sheet and authorize you to attach the

changes to the original transcript.

_____        _____
Date                           NAME



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

**MILESTONE I REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

**407.423.9900**
**Fax 407.841.2779**
**Toll Free 855-MYDEPOS**

**November 25, 2025**

**Michael Stanley**
1017 AUTUMN LEAF DRIVE
WINTER GARDEN, FL 34787

RE:     Deposition of **Michael Stanley** taken on 3/4/2025
        ***Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers***

Dear Mr. Stanley,

## IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN

It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter, as considered reasonable under Federal Rules*.

_____     **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

_____     **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

__x__     **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

_____     **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

_____     The errata sheet(s) and Notary Certificate(s) have not been received by our office in the allotted time period. The original transcript has been filed with the appropriate court or counsel.

Thank you for your attention to this matter.

No. 367720                                        Reporter: Sheila Jones

cc: Roz Dillon, Esquire
Stephen Mistoler, Esquire

Waiver:
I, Michael Stanley, hereby waive the reading and signing of my deposition transcript.

_____          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Deponent Signature                                                      Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)

400 North Ashley Drive, Suite 2600        315 East Robinson Street , Suite 510        4651 Salisbury Road, 4th Floor
**TAMPA, FL 33602**        **ORLANDO, FL 32801**        **JACKSONVILLE, FL 32256**
**CORPORATE**
**WWW.MILESTONEREPORTINGCOMPANY.COM**

### 0

**0.6** 121:10

### 1

**1** 146:18,25

**1:24** 5:3

**1:25** 4:6

**10** 138:16

**100** 43:10

**109** 3:18

**12** 3:10
153:13,15

**12/21/2027**
182:18

**13** 3:11
143:15,18
151:6,7 174:3

**1350** 2:17 4:5

**138** 3:19

**141** 3:20

**1417** 160:3

**1419** 109:22

**143** 3:11

**1475** 149:1

**149** 3:21

**15** 3:13
156:5,6,8

**153** 3:10

**156** 3:13

**158** 3:9

**16** 3:14 99:8,9

**160** 3:23

**1625** 11:2

143:24 153:24
156:13 158:17

**163** 3:24

**17** 3:16
96:14,15 98:5

**177** 3:5

**18** 90:20 105:6

**18th** 90:24

**19** 3:17 76:4,5
141:8

**1st** 56:16

### 2

**2** 93:24
94:9,20,25
98:5 102:11,22
103:15,18,19
156:7

**2:24** 58:13

**2:34** 58:17

**20** 3:18 13:25
109:18,19,21

**2003** 81:5,11,16
83:10,14

**2005** 11:25
12:21 13:25
173:22

**2009** 173:23

**2011** 174:2

**2012** 15:4 19:19
174:3

**2013** 11:3
19:10,20 20:10
21:4,14,22
23:5,8,14,17
28:14 29:7

30:19,21
32:4,13 33:1,7
38:4 39:25
43:8,11 44:25
45:4,18 47:19
54:1 55:24
62:17 64:20
65:7,22 71:17
90:20 99:20,24
105:6,7 107:16
108:1 125:23
141:8 144:19
145:6 153:20
163:8 166:21

**2014** 120:25
130:10

**2016** 20:15,16

**2017** 56:16,18
58:24 59:1

**2019** 15:7 16:1
20:21

**2021** 16:8,21

**2022** 17:8 18:4

**2023** 18:23
131:22

**2024** 131:8

**2025** 1:24 4:6
5:5 183:17

**21** 3:19
138:14,17
150:25

**22** 3:20 17:1
105:12
141:15,17
150:23,25
151:1

**23** 3:21 105:13

148:25 149:2

**24** 3:23 105:13
146:10 160:1,4

**243-5900** 2:9

**25** 3:24 43:12
163:17,19
183:17

### 3

**3** 3:9 103:17
158:9,10,12

**3:34** 116:14

**3:42** 116:18

**30** 4:7

**311** 2:6

**312** 2:9

**32803** 2:18 4:5

**3rd** 2:7 77:12

### 4

**4** 1:24 88:25
96:8,9 98:10
99:19,24 102:6
105:7

**4:42** 168:25

**4:48** 169:3

**40** 6:10

**407** 2:19

**40-hour** 30:3,11

**4th** 4:6 5:4

### 5

**5** 3:3

**5:03** 181:14,15



MILESTONE │ REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

**50** 6:10

**5075** 80:19

**5261** 157:9

**529** 99:12

**531** 99:12

---

### 6

**6** 3:4 98:10 102:7

**6:24-CV-01276-CEM-DCI** 1:4 5:10

**60607** 2:8

---

### 7

**76** 3:17

---

### 8

**8** 138:15

**800** 2:16 4:4

**843-2100** 2:19

---

### 9

**9** 11:3 64:20 65:7,22 107:16 108:1

**96** 3:16

**99** 3:14

---

### A

**Aberdeen** 2:6

**ability** 8:10 22:24 178:5

**able** 8:13 14:19 44:1 59:6 93:9 107:12 115:13

117:4 118:7 119:9,25 120:2 157:25

**absence** 27:4

**absolutely** 27:19 48:5 106:1 108:15 171:11 172:11

**academy** 12:17,20,23 13:13,14,22,24

**accept** 122:1

**accepted** 122:5,8 137:1,3

**accepting** 122:4

**access** 22:16 38:22 108:6 157:21,25

**accessed** 173:3

**accessing** 173:17 174:2

**accompanies** 164:13

**accompany** 37:19

**accomplish** 87:1,8,15

**accuracy** 27:18

**accurate** 8:13 15:9 33:21 80:13 100:1 114:3 117:14 130:1,3 131:3 132:7 152:10 168:16

**accused** 134:21

**accusing** 169:14

**acknowledge** 38:14

**acknowledging** 99:4

**across** 128:11

**act** 27:9

**acted** 166:8

**action** 26:8 52:21 172:16 183:15

**actions** 54:8

**activated** 124:3

**activity** 70:5

**actual** 73:3 127:4

**actually** 58:10 70:7 85:9 89:14 91:11 96:3 97:16 99:6 109:13 140:10 152:16 159:19

**add** 119:1

**added** 137:20

**addition** 13:1 19:4 121:11

**additional** 61:12 88:16 115:22 155:7

**address** 21:23 80:12,13 101:9

**administer** 56:6 59:4

**administered**

59:3,7,10

**administrating** 91:22

**administration** 3:14 46:2 54:11 56:2,5,19 57:1 58:21,24 59:12 90:11

**administrator** 46:12 57:7 90:16 99:17

**administrator's** 91:8 100:7

**advance** 130:25 132:5 134:14

**Affairs** 16:5,11,16,17 20:25 169:19 170:16 171:8

**affect** 8:10 63:17

**affiant** 139:14

**affidavit** 3:19,20 138:20 139:9,15,19,22 140:4 141:11,20 142:3,4,5 167:19

**affirm** 5:20

**Afro** 78:9 79:1 80:4,15 98:6,7 145:22 146:1 154:20,24 155:2,14,15,16,19,23 179:20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   www.**MILESTONEREPORTING**.com   **Toll Free 855-MYDEPOS**

**Afros** 98:9
180:5,6

**Afro-style**
79:19 140:13

**afternoon** 6:7

**Afterwards**
95:11

**against** 127:20
128:4 131:8,17
137:7 140:3
169:14,22
170:2,21
174:11

**age** 42:22

**agency** 124:10
161:25
162:7,11

**ago** 86:10 174:4

**agreed** 4:10

**ahead** 109:14

**Alfonso** 144:14

**allegations**
10:18

**alleged** 16:18

**allow** 7:9

**allowed** 162:11

**already** 31:18
46:25 143:13
163:5

**am** 19:9 56:3
96:13 139:16
147:4
183:12,14

**Amendment** 13:9

**amongst** 66:4,5

**Amos** 65:7

**and-a-half**
118:20

**Andrea** 80:19

**Andrew** 160:24

**Angell** 2:15 4:4

**annually**
63:23,25

**answer**
7:3,20,21 8:1
25:15 60:15
93:11 177:13
180:9

**answering** 7:14

**answers** 6:23
7:9 74:18

**anticipation**
144:10

**anybody** 44:1,18
67:24 75:17
107:12 180:10

**anymore** 142:24

**anyone** 9:1
52:14 57:14
69:25 86:23
116:9
117:18,21
127:8,11,16,20
131:24 138:8
176:19,22

**anything** 10:12
16:19 27:23
39:8 43:2 46:8
47:7,11,14
51:6,7,13,14
53:22 69:19,22
73:17,20 80:6

81:2 103:7,23
104:4,21
105:8,19
111:19,20,22,2
3 114:16 117:5
119:1,8 120:19
123:22 125:14
127:10 129:24
131:5 132:9
135:13 136:11
139:21 143:7
148:8,17
151:18
152:9,22
159:14
175:3,6,23
176:1,5,22
177:4 180:1

**Anytime** 38:12

**anyway** 7:20

**anywhere** 110:14
126:14

**Apartments**
102:25

**appear**
92:9,10,14
101:21 117:4
150:22

**APPEARANCES** 2:1

**appeared** 182:7

**appears** 156:19

**applicable**
139:10,11

**application**
140:5

**appointed** 34:10

**approached**

133:24 134:9

**appropriate**
31:15,21
36:4,8 39:1
44:7,12 49:8
52:24
53:2,6,12,22
60:17 67:1
75:4 118:4

**approval** 115:21

**approve** 166:13

**approved** 145:9
165:1

**approving**
112:15
145:2,15
160:24 161:13

**approximately**
6:9 14:6 19:20
80:19

**April** 11:3
64:20 65:7,22
77:12 90:20,24
105:6,12
107:16 108:1
109:9,10 141:8

**archive**
38:18,23

**archived** 34:18

**area**
17:14,16,19,20
20:2 33:19,20
67:2 77:11
112:23 121:14
136:1,5 138:6

**areas** 12:25
13:12


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   www.**MILESTONEREPORTING**.com   Toll Free 855-MYDEPOS

**aren't** 50:17

**arrange** 70:14 73:14

**array** 3:16 38:6 39:1,19 40:1,17,22 42:13 43:15,17 45:1,6,18,25 46:6,12,22 47:13,24 51:17 53:11,17 54:1,6,19 71:18 74:20 96:25 97:7 101:6 106:24 107:5 109:4 172:19

**arrays** 37:2 39:6 40:6,12,13,21 41:1 43:5 45:10,23 46:10 47:8,20 74:23 83:6 179:6,10,11

**arrest** 3:19,20 23:23 27:14 40:7 63:17 72:9,11,16 107:25 108:2,14 110:11 121:4,6 123:22 124:1,2 125:4 126:18,25 127:9,11,15 138:20 139:6,9,22 141:11,20 142:3,4,9,10,1

2,16 166:5,14 167:19,21 171:23,24 172:3 179:18

**arrested** 105:12 123:8,20,24 124:5 125:23 132:20 142:10,16 174:18

**articulate** 178:6

**aside** 85:8 95:23 105:5 116:8 120:4 141:14 143:13 145:14 148:24 153:11 156:4 158:8 159:19 160:20 163:16 168:20

**aspect** 178:14

**Assault** 20:11,13

**assign** 67:15,20

**assigned** 17:16 21:16 30:25 33:8,11,17,19 34:6 35:5,8 66:19,21 67:18 68:5,14 69:4 78:19,24 112:25 113:2 128:17 152:1 165:21 167:13

**assigning** 67:7,14

**assignment**

19:14,15,21 20:5,17 21:4 66:12,16,24

**assistant** 27:4

**associated** 138:8 146:12 157:12

**assume** 6:7 7:3 16:1,4,21

**assure** 86:23

**attach** 184:20

**attached** 150:16

**attempt** 113:20

**attempting** 50:12 121:14,15

**attention** 99:2 101:20 102:13 103:10,17 141:1 145:20

**attesting** 152:14

**attorney** 7:18 8:18 9:2 25:13 88:23 95:13 126:13 129:9,16 130:13 131:13,16 136:10

**attorneys** 8:17 9:3 183:14

**Attorney's** 83:3 104:16,18 120:8 127:21 136:13 151:9,16

164:12,15

**audio** 32:13,23,25 33:1,4 91:17 92:3,13 93:1,6,17 100:11,20 125:21 126:12

**August** 19:20 20:10 108:20,24

**authored** 111:1 126:18

**authoring** 144:24

**authorize** 184:20

**authorized** 173:4 183:8

**available** 28:21 34:15 47:5 61:6 68:14 151:25 163:6,8

**Avenue** 2:16 4:5

**avoid** 60:3,8 61:2,9

**aware** 31:3 34:1 46:25 82:5 83:20 106:18 115:1 131:7,11 132:18 136:18 151:18 163:11 167:11,12,16 169:13,20 170:19 174:10,22 175:1

**away** 36:23



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.**MILESTONEREPORTING**.com        Toll Free 855-MYDEPOS

61:21 102:24
121:14 159:23

---
B
---

**background**
41:10 42:23
71:21 77:3

**backgrounds**
44:15 72:2

**backpack** 117:8

**badge** 157:12

**barely** 157:7

**based** 26:8 67:2
83:9 118:12,14
172:3 181:2

**Bates** 76:11
89:13 96:24
99:12 109:22
138:15 141:16
143:16 149:1
153:14 156:6
158:11 163:18

**bathroom** 116:12
159:20 168:22

**Battery**
20:12,14

**beard** 42:25

**beards**
101:16,25

**became** 19:13
21:2

**become** 14:13
15:2 33:20
67:7 131:11

**becoming** 175:12

**begin** 5:24

37:16

**behalf** 2:3,12
5:15

**believe** 23:3
33:2 39:12
49:16 50:20
51:3 71:6 72:9
81:15,18 93:8
99:2 105:11
108:19 109:7
118:20 121:25
122:3
133:18,25
134:20
137:10,21
152:9 175:14
178:19,23
179:1

**believed** 49:17
84:4

**belongs** 53:1

**beneficial**
119:10,25

**Berkman** 21:11

**B-E-R-K-M-A-N**
21:11

**besides** 9:1
79:25 80:14
82:2

**best** 7:14
31:1,23 32:2
36:17 37:4,5,9
42:3 56:25
60:3 61:2,5,11
113:25 114:3
127:14 175:9
179:7

**Bethany** 3:13

10:4 65:18
73:9 75:9
99:14 115:3
137:17 147:11
156:14 179:2

**better** 48:15
97:4,12

**bit** 17:22 58:19
92:18 98:16
102:12 106:23
109:15 122:19
147:24

**black**
71:14,19,25
74:19,23
75:4,5 97:18

**blind** 56:1,4,19
57:1 58:20,24
59:2,12

**blood** 122:10

**Bloom** 3:9 65:16
69:10 72:13,24
106:24 108:8
110:10 115:1
147:11,25
158:20

**Bloom's** 158:22
159:15

**blue** 72:5
102:23 123:1

**body-worn**
177:20

**booked** 142:14

**bottom** 92:24
93:24 102:15
138:19
140:10,12
141:7 142:19

146:14 156:25
164:3

**Boulevard** 80:19

**Box** 94:9,20
98:5 102:10,22
103:18,19

**Brady** 21:10
67:3,5
112:16,17
164:24 165:3,9
174:21 175:16

**Brady's** 175:10

**branch** 12:9

**break** 7:24
58:3,11 116:10
122:18 159:21
168:20,22,23
169:7

**Brennan** 160:25
161:11

**broad** 39:20

**broke** 82:6

**brought** 124:10

**bullet** 76:18

**bulletin** 3:17
76:2,13,19,21
77:7 79:11
80:17
81:6,10,24
82:2 83:9,12
121:9 137:24
138:1,3

**bulletins** 38:19

**burglaries**
34:23

**burglarize**



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      www.**MILESTONEREPORTING**.com      Toll Free 855-MYDEPOS

77:15,17
121:15

**burglarized**
11:7

**burglary**
11:2,11 22:20
33:8,11,15,23
34:1,6 35:4,8
65:2,5,21
66:16 67:23
68:5
75:12,22,25
78:5,8 80:16
81:1,7 83:14
85:25 86:4
97:1 105:8
110:5 116:22
117:25
120:6,23
121:7,18 123:9
124:7
126:17,20
130:18 137:11
138:8 144:2
152:1 153:24
154:4,10
156:18,21
158:23 159:5
160:18 161:12
164:17 165:8
166:1 169:8
176:2,17,23
177:2

---

C

**camera** 177:20

**capacity** 27:8
28:10 55:15
166:10 174:23
178:4

**captioned**
184:17

**capture** 178:13

**car** 49:18 81:10
119:12,15,20,2
1 138:2,4

**care** 68:13,16
85:20 113:18

**career**
132:14,23
173:24

**careful** 68:17
89:16

**carefully** 28:3

**CARLOS** 1:5

**cars** 77:23
81:19 173:1,6

**case** 1:4 3:18
5:9 6:3
9:9,10,12,13,2
0,23 10:15,18
11:1 23:25
24:3 25:8,11
28:14,23
29:4,9,13,14,1
7,19 30:25
32:10 33:20
34:12 35:8
36:21,22
37:12,23 44:7
49:18
50:19,22,25
51:2,10 52:20
57:7
63:2,10,11
64:19 67:1,8
68:6,14 69:4
70:6 72:8

77:16 78:20
84:15 85:20
86:1 88:10
95:14 100:15
105:3 109:16
110:6,18
111:9,10,12
112:18 117:23
119:2 120:20
122:24 123:7
127:19
128:4,18,22
129:1 130:19
131:8 137:7
139:6 144:5,7
149:21
151:21,25
161:19 162:19
163:22
164:12,13
165:11 166:3
167:1,3,15,19
174:21 177:23
178:15,21
179:3

**cases**
6:11,14,16
24:2 67:15
78:24 112:25
113:2
132:17,19
166:9,10
167:7,10,12,14

**casing** 77:13,14

**cause** 27:15,20
50:6,10,16
61:22 139:12

**center** 102:22
154:16

**Central** 74:3

**certain** 13:9,15
23:24 24:2
25:16 27:15
29:8 30:16
31:13 42:8
60:10 72:19
77:11 162:12
169:20

**certainly** 12:24
23:15 24:11
30:24 38:10
40:2 47:25
49:14 50:18
52:19 54:7
55:13,21 62:4
71:20 88:19,22
97:11 108:12
119:17 128:1
132:18 133:12
167:12
178:17,18

**certainty**
48:17,22

**CERTIFICATE**
182:1

**certify** 182:6
183:7,12

**cetera** 38:19

**change** 14:24
20:5 38:12
79:15 129:24
131:5 132:9
153:5 184:3

**changed**
17:17,25 20:23
56:16
57:4,17,20
58:23

---


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025 Page 192

101:17,25
153:3

changes 38:14
113:4
184:18,21

Chantel 160:11

characteristics
40:4
42:14,18,20,25
86:21

charge
126:17,20
127:3,7 161:6

charged 117:25

charging 63:18

Charlene 3:9
65:16 72:13
106:24 158:20

Charles 157:5,6

check 79:17
80:3 118:22
119:4

checking 79:25

Chicago 2:8

Chief 170:5

choose 63:4
180:19,21

Circle 11:3
143:24 153:25
156:14

circled 94:20
103:18

citizen
169:13,22
170:1,8,21
171:9,13,24

172:19 174:25

city 1:12 2:12
5:6 17:14
18:13,14
19:4,23 22:24
76:12

civil 4:8
6:11,12,13,14
11:1

clarified
152:25 153:1

clarify 151:24
152:16

class
30:3,11,14

classroom 64:2

classroom-based
64:3

close 44:4 58:5

closed 36:21

closely 42:15

closest 81:13
180:16

clothes 118:23

clothing 43:1

clue 29:12

coaching 178:24

CODIS 122:12

coerced 133:11

collect 117:10
153:21

collected 117:7
123:5 160:16
162:24 163:11

164:16

collection
161:19

color 44:16
71:15,19,20,22
74:20,23
97:12,15,16,20
98:2 154:24

Commission
182:18,19

committed 49:16
137:10

common 26:12,17
33:10 47:18
53:21 75:2

communicate
22:9

communication
24:21 25:6

communications
176:16

comparable
44:2,19 179:24
180:3

comparative
180:2

compare 122:21

compared 97:19

comparison
122:14 179:22

compiled
120:8,10

complainant
22:5

complaint 10:15
170:1,8

171:10,13,19
172:20

complaints
169:13,20,22
170:21
171:6,25
174:10,25

complete 29:14
36:14 48:11
107:11 168:17
169:18

completed 4:13
14:23
26:21,23,25
110:2 161:19

completeness
27:13,17

completing
110:4

complexion
101:18

complicated
39:9

computer 23:5
28:8,22 34:17
36:24 38:17
39:9 68:10
88:11 89:4
142:1

concept 56:1
59:14,17,20,25

concern 52:15

conclude 51:23

concluded
181:15

conclusion 26:8



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**conditions** 8:10

**condo** 94:8 95:1

**conduct** 31:1 38:6 39:1,6,18

**conducted** 54:20 70:15 71:8 88:4,15,17 104:13 165:16

**conducting** 24:19 43:15 45:18 47:20 53:8 54:6 59:2 90:23 92:22 109:4 156:21

**confident** 71:3 74:6 122:24 123:1

**confirm** 141:2

**confirmed** 25:15

**conflict** 35:22

**conflicting** 35:17,20 36:19

**conjunction** 137:16 162:10

**connect** 117:1 119:10

**connecting** 123:14

**connection** 23:18,22 30:1,22 53:16 54:19 75:12 83:13 85:25 94:23 116:22 120:23 124:7 154:3 156:17 169:7

171:9,13,18 172:19 175:4 176:23

**connections** 117:4

**consider** 50:3,21 60:23

**consideration** 61:17

**considered** 175:7

**considering** 61:10

**consistent** 71:21 165:4

**constitutional** 125:12

**construct** 40:6

**constructed** 41:1 106:19

**constructing** 40:17 45:10

**construed** 41:18

**contact** 115:14 175:15

**contacted** 69:8 131:13

**contained** 46:4

**containing** 82:22

**contention** 10:21

**context** 59:16

**continue** 51:9

**contradicted**

152:23

**contributor** 122:15

**conversation** 64:22 70:1 72:15 73:3,6 78:13,14,16,22 108:7,23 109:2 110:11 140:22,23 148:21 156:2

**convicted** 171:21 174:16 176:16

**conviction** 136:8,21 137:5,6,14 171:14,18,20

**copied** 97:20

**copy** 38:21 71:15 74:20 130:24 132:4

**corner** 93:24 102:15 150:4 163:21

**Corps** 12:10

**correct** 6:21,24,25 13:25 14:1 18:15,25 20:4 21:3 27:6,7 28:3 30:7 32:22 34:8 35:6 37:25 42:15 43:5 46:21 47:4,6 63:3 65:6 68:3,12,21

74:13 75:22 81:12 83:22 87:5 100:22 102:20 106:20 110:12 113:19 114:15 118:1 120:14 121:4,22,23 123:15 128:23 130:10 133:1 134:23 136:20 139:15 141:5 142:17 144:3 145:24 148:6 152:2,15 155:1 157:2,16 162:17 164:18 165:22 169:24 170:9,10 172:8 175:21

**corrected** 57:24 134:22

**Corrections** 40:9 107:15 142:2

**correspondence** 65:1

**cost** 164:11 167:24

**costs** 3:24 164:9

**could've** 133:12

**counsel** 181:7 183:12

**Counsels** 5:11

**County** 30:13 40:8 142:2

**couple** 6:18



MILESTONE │ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

58:4 75:20 97:24 98:3 174:20 178:7

**course** 24:7

**courses** 12:22

**court** 1:1 4:11 5:4,8,17 7:6 84:2 163:22 182:17 183:6,24

**courtroom** 6:21

**cover** 30:11

**covered** 63:24

**coworkers** 174:11

**crash** 173:12

**crashed** 173:1,6

**crashes** 173:22

**create** 54:3,6,18 59:11 86:6 104:23 120:5 137:15 164:10

**created** 28:24 36:25 54:3 72:9,11,16 83:5 86:3,11,23 94:18 112:10 114:25 116:21

**creates** 23:16

**creating** 43:17 114:1,3

**creator** 59:10

**Creek** 102:25

158:18

**crime** 34:10 49:17,22 50:13 60:25 62:25 63:2 111:14,17 112:22,23 117:1,2 119:6,10 120:17 121:9,22,24 122:2,4 123:15 126:23 127:8 128:13 129:2 130:15 146:13 161:6,19 162:15,16 163:12 174:16

**crimes** 15:17 18:7,11,17,20, 21 19:22 36:13 122:5,8 128:19,21,22 138:5 163:7

**criminal** 3:17 9:10,20 10:7 13:7 18:8 23:22 30:2,4,6,22 48:15 49:13 53:17 74:9 76:1,13,18 91:5 97:19 100:6 121:1 130:9,21,24 131:8 136:21 137:7

**criteria** 14:19 162:12,13

**CROSS-EXAMINATION**

3:5 177:9

**CSI** 3:23 160:14,16

**current** 162:10 166:17

**currently** 161:5 167:8

**curriculum** 13:15

**Curry** 80:22

**cycled** 66:4

—————————

D

**Dan** 21:10 67:5

**Daniel** 67:3 112:16,17 164:24

**Danny** 21:9

**darker** 101:19

**DA's** 128:5

**database** 40:10,15 80:1 173:3,18 179:14

**databases** 108:6

**date** 1:24 44:21 79:12,23 90:19 99:19 141:10 151:10 184:25

**dated** 180:3

**dates** 27:25

**DAVID** 119:16

**day** 4:6 65:22 66:3,10,19 71:1,8 77:12

82:16,17 105:6 107:20 118:18 121:13,17,20 125:4

**days** 66:10

**Deal** 7:16

**dealing** 146:12

**decade** 174:4

**December** 16:8,21 17:1,8 18:22

**decide** 25:10 48:18 62:18

**decided** 31:24 75:21 79:19 107:19

**deciding** 162:21

**decision** 13:3,5 49:5 63:16 126:16,19,22 127:1,7,13,15 128:16 133:11

**defend** 131:16

**defendant** 2:12 174:13

**Defendants** 1:14 5:16

**Defendant's** 163:22

**defensive** 12:25

**defer** 69:17 108:10 109:5

**definitely** 73:13

**definition**



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

126:23

**degrees** 36:12

**demographics**
179:21

**department**
3:11,21 11:24
12:16 14:3
16:22 17:5
21:22 28:11
38:5 65:25
76:12 107:14
111:24 122:1
128:12 142:2
143:21 153:18
160:7 161:23
165:17 176:22

**depend** 50:24

**depends** 49:14

**depict** 101:18

**depicted** 81:23
82:2 98:2

**depicts** 98:5

**DEPONENT** 1:23

**deposed** 6:7

**deposing** 6:6

**deposition**
4:3,7 5:5
9:6,16,19 10:9
11:15 114:14
124:9 128:2
129:7,10,18,21
130:6,25 132:5
134:14 144:10
181:15 184:16

**described**
81:5,10 83:21
121:13

**describing**
91:4,13,17
92:4,14
93:1,6,15,17
100:6,11,21

**description**
26:6 36:15
46:14 80:24
81:15 94:13
102:21 138:4
146:15

**descriptions**
35:18 81:6
118:24

**despite** 135:18

**detail** 46:14
155:7

**detailed** 94:13

**details** 143:23
144:13

**detective** 8:5
15:3,6,16,21,25
19:11,13,15,17
20:8,17,19,25
21:18,19
24:8,19 25:10
26:19 28:18,24
29:6,25
32:10,13
33:10,14,18,22
34:5,9,23 35:8
37:7 38:1,22
40:17,20,25
43:4,13 46:5
47:23 48:7
49:12 50:2
51:15 52:4,24
53:6,16

55:6,10
60:9,22 61:16
67:1,22 68:15
78:19 83:4
84:17 86:1
113:23 132:15
138:24 141:3
152:1 161:20
172:2,5

**detectives**
18:12 30:13
33:7 40:25
47:14,20 53:25
55:1 62:17
63:9 64:11
66:5 67:16
88:10 112:24
113:1 162:9

**detective's**
35:12,19
167:3,7

**determination**
137:4

**determine** 61:16

**determined**
33:13 62:21

**develop** 48:14
61:7,12 75:24

**developed** 9:23
26:8 96:25
111:20

**develops** 60:13

**dictate** 112:3

**difference**
142:7

**different** 15:11
16:1,22 35:23
36:14 44:8,15

60:2,11
97:3,23 141:24
142:5 147:24
149:10 166:6
173:6 180:12

**differently**
149:15 177:5

**difficult**
179:9,13,16
180:6

**digit** 157:8

**Dillon** 2:4 3:4
5:13 6:1,2
34:4 36:16
41:20 47:12
49:6 51:20
52:9 53:24
55:18
57:5,12,25
58:4,8,10,18
59:24 60:7
61:8 62:2
76:3,7,9 81:21
83:24
84:3,13,22
88:24
89:1,7,10,11,1
7,19,22 90:4,9
91:16 95:10,25
96:2,5,9,11,13
,16,20,22
97:14 98:17,23
99:6,10 101:11
102:8 106:7
109:3,17,20
113:13
116:7,13,19
118:10
119:3,11 120:3
123:18



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

138:12,18
140:8
141:13,18
143:12,19
146:4 148:23
149:3 151:23
152:21
153:10,16
155:12 156:3,9
158:7,13
159:18,25
160:5
163:15,20
168:10,19,24
169:5 177:8,18
180:9 181:2,9

**dillon@loevy**
2:10

**direct** 3:4 5:25
64:18 102:13
103:10 141:1
145:19 147:20

**direction**
146:17,24

**directly** 21:7
63:22 67:23,25
104:18 138:2
152:23

**directs** 7:21

**disagreed** 175:3

**discharge**
173:2,15 174:1

**discharged**
12:13

**disciplinary**
169:11 170:25
172:15

**discipline**

43:14 169:18
173:11 174:22

**disciplined**
171:9,13,18
172:18 173:8

**disclose**
62:8,16

**disclosed** 62:19

**discrepancies**
35:24 36:5

**discretion** 25:9
32:9 40:16
62:18 63:9

**discuss** 111:23
127:7,11

**discussed** 8:17
75:13,15

**dismissal** 137:6

**dismissed** 131:9
136:8,22

**disregard** 99:1

**distinct**
41:14,18 78:9
140:13
155:15,16,18
160:22

**distinctly**
52:14

**district** 1:1,2
5:8,9 33:16
127:21

**division** 1:3
18:8 66:13

**DNA** 118:16
121:24,25
122:1,4,8,13,1

5,21,22,23,25
123:2,4,10,11
163:5,6

**document** 24:22
25:6
31:12,16,21,24
32:7,10 37:22
48:21 55:13
76:11 78:4
87:22 88:3,24
89:2,13 92:7
93:8 96:24
99:12 100:16
102:14 103:5
109:22,23
114:10,16
138:15 139:3
141:16
142:14,15
143:8,16 147:7
148:18
149:1,17
153:8,14
156:6,21
158:11
159:4,14
160:2,13
163:18 164:13
178:6

**documentation**
24:17 53:25
92:15

**documented**
24:10,25 25:20
55:8,11,15
70:6 72:19
79:6 82:25
85:17,19
103:5,8 109:6
110:11,21

126:5 146:7
155:8

**documenting**
31:9 55:4
76:19 104:24

**documents** 9:5,8
10:1 11:14
28:20 29:2
138:13
164:14,16
165:25 166:11
169:7 175:22

**domestic** 13:7

**done** 32:16,17
39:2,4,8 48:12
54:21 55:2
57:16 83:2
88:3 92:19
105:2 106:17
110:19 111:14
112:6 114:18
135:2,4,13
159:12 161:24
162:19,22
163:1 177:4,19

**door** 77:20,21
94:8 95:1
154:19

**downtown** 17:22

**drafts** 113:8,12

**driver** 40:14
79:22 173:3,17

**driver's** 79:25
179:17

**driveway** 77:23

**driving** 13:1
49:18



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

drugs 13:8

DUI 13:8

duly 182:8

during 14:16
24:7 40:24
46:6 47:8
52:25 73:5
124:1 134:22
135:6,9 154:9
156:1 159:5
161:16

duties 19:1
27:11

— E —

earlier 68:9
77:12 83:4
88:9 93:14
114:11 138:3
147:25 166:7

early 102:23
173:24

earrings 42:25

ears 42:25

easier 44:9
89:9

easily 43:10
101:17,25

east 17:22
19:16,18
21:5,14
66:12,14,15
112:20 144:18

eastern 19:23

edited 113:14

educated 133:12

eight 173:19

eight-hour
173:16 174:7

eight-page
148:25

either 44:16
59:4 78:12
79:1 136:9,17
140:21 142:3
147:18 151:10
177:22 181:10

eliminate 61:17
62:15

else 9:1 10:12
16:19 27:23
29:20 43:2
48:2,3 51:6,13
52:14 56:6
59:5,8 69:25
75:18 81:2
86:23 103:7
104:21
105:19,22
111:19 120:19
126:14 127:16

e-mail 2:10,20
21:22,25 22:7
65:1 136:11,17

e-mails 22:23

employed 183:13

employee
157:8,14,15,16
,18

employee's
163:25

employment 12:4

encapsulated

177:23

encapsulates
16:20

enforcement
12:5 13:3
62:16 122:1
158:6 161:24

enforcement's
62:7

engaged 178:23

entail 62:12

entered 112:9
122:11 124:3
147:14,15
184:18

entering
146:16,24

entire 184:16

era 28:14

Errata 184:1,20

error 37:24,25
88:1

escalated 170:9
172:10

Esquire 2:4,14

essentially
77:13

establish
50:9,16 118:7

established
27:16 139:12

establishing
50:5

et 4:6 38:19
181:15

Eve 5:3

Evenicole 2:22

event 36:15

events 24:3

eventually 83:7

everyone 7:3

everything
16:20 46:5
63:2,15 83:2
114:18
120:7,10 130:6
131:3 178:14

evidence 27:16
50:9,16,17,20
61:6,12,15,19,
21
62:4,8,13,22,2
3 63:21 64:15
68:23 84:9
117:6,10,16,22
118:7,16
119:22 120:1
121:6 123:13
137:16 140:1,3
160:16
161:18,21,23
162:2,3,11,13,
14,18 163:8,11

exactly 36:10
136:12

EXAMINATION 3:4
5:25

examiner
111:21,22

example 35:17
51:12 167:16

examples 13:6



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**exculpatory**
62:9,19 63:21
64:14

**excuse** 34:13
56:6 105:11
180:19

**exhibit** 3:8
76:4,5 85:8
88:25 90:23
95:23
96:8,9,14,15
98:5 99:8,9
105:5
109:18,19,21
116:7
138:14,17
141:13,15,17
143:12,15,18
148:24 149:2
150:23
153:11,15
156:3,6,8
158:7,10,12
159:18 160:4
163:15,19
168:19

**EXHIBITS** 3:7

**exist** 37:21
179:18

**existed** 153:1

**existence** 60:24
62:14

**exited** 103:1

**exonerate** 62:14

**exonerating**
62:19,22 63:6

**expect** 24:9,25
25:20 26:2

55:8,11,15,19
167:15,20

**expense** 3:24
164:9,11
167:25

**experience**
30:19 33:7
52:22 128:18
134:8 146:9,10

**Expires** 182:18

**explain** 14:15
133:21 142:6

**explicit** 24:16
38:5

**explicitly** 7:21

**extent** 103:3

**eyewitness**
35:18,24 36:5
53:7 58:20
81:13 88:15
91:23 106:23
132:22 137:23

**eyewitnesses**
81:23 106:19
114:20,24
147:3

---

F

**facing** 43:14

**fact** 118:19
121:11 137:18

**fact-based**
138:5

**factors** 178:7

**facts**
50:8,16,17,19

**failed** 140:4

**fair** 7:4,5
30:18 36:17
42:6 43:17
44:20 60:3
65:4 72:6
113:17,21
117:13 143:5

**Falls** 11:2,3
143:24 153:24
156:14 158:18

**familiar** 56:1
59:14,25 62:7
154:8 156:20
159:4 161:15
167:21

**Fantastic**
175:12

**FEDERAL** 4:7

**feel** 70:17,18
74:1 102:6
107:10 109:6,8
110:18 136:15
137:20

**feelings** 137:2

**felt** 28:20 49:4
121:18 137:14

**field**
3:11,21,23
14:7,9,12,23
32:17 143:21
146:1 151:2
160:7

**Fifth** 13:8

**figure** 141:23
157:17,22

**file**

28:14,18,23,25
29:4,13 36:22
63:2,10,11
85:20 110:7

**filed** 131:12
136:19 139:9
169:13

**filing** 127:4,12

**filings** 97:18

**filler** 48:5,8
98:12 102:3

**fillers** 42:14
44:4,25 45:4

**Finally** 7:24

**financially**
183:14

**finding** 80:8

**fine** 159:22
168:22

**fingerprints**
121:21

**finish** 7:14

**finished** 13:24

**firearm**
173:2,15

**firearms** 13:1

**first** 14:5
19:13 70:4,10
100:2,3 104:21
128:7 131:11
136:7 138:13
154:18

**first-person**
36:2

**five** 12:12 40:3



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   www.**MILESTONEREPORTING**.com   Toll Free 855-MYDEPOS

58:6 98:12,18
102:3 105:23

**fix** 152:6

**fled** 83:21

**fleeing** 81:7

**Floor** 2:7

**Florida** 1:2
2:18 4:5,11
5:9 11:3 40:14
56:17 74:3
84:16 107:14
122:1 161:23
183:7

**folks** 46:9
116:8 159:19
168:20

**follow-up** 36:18
161:22 178:9

**force** 60:12

**forced** 13:2,5
180:11

**Ford** 80:22

**foregoing** 182:7
183:8

**forensic** 111:17
163:7

**forever** 36:24

**forget** 32:24

**forgotten** 88:2

**form** 33:24
42:16 45:9
46:1,4,9
104:15 149:10
153:20 155:14
177:18 180:9

**format** 64:1

**forward** 179:5

**four-door**
80:23,24
81:5,11 84:6
85:6

**Fourth** 13:8

**frame** 180:25

**frequently**
170:15

**Friday** 66:11

**front** 6:21
77:20 154:19

**full** 8:13 170:4

---
G
---

**gap** 105:24

**gathered** 63:16
69:6 165:25
166:11

**general** 13:11
59:17 61:21
113:17 161:18
165:4

**generally** 33:22
62:17

**generated** 34:14
35:22 68:7
77:18 83:12

**gentleman** 11:6

**gentlemen** 82:2

**geographic**
17:14,16 67:2
77:11 121:13
138:6

**George** 3:10

11:7 65:14
67:22 90:14
96:11 117:25
153:25 163:23

**getaway** 84:10

**getting** 13:12
102:23

**given** 44:24
45:23 47:17
60:8 80:24
92:21 101:13
133:9 146:15
147:4 176:8
178:4

**giving** 178:5

**gloves** 102:24
123:1

**Gonzalez** 3:10
10:3 11:7,10
22:20
65:2,5,14,21
66:16 67:23
69:9,12
70:4,16 72:7
74:18
75:12,22,25
78:5,7,10 79:2
80:16
82:5,9,20,23
83:13 85:25
86:4
87:3,9,11,17
90:14,24
91:10,12
94:10,18,25
95:3,16 96:11
97:1 104:5,10
105:7,8,11,21
108:18 110:4

116:22
120:5,23
121:7,9 123:9
124:7 130:18
133:10
135:10,18
136:4 137:14
138:8
140:12,20
150:15 152:1
153:25
154:3,9,14
155:6
156:17,21
158:23 159:5
160:18 161:12
164:17
165:8,25 169:8
176:2,11,17,23
177:2
178:20,24

**Gonzalez's**
80:20,25 92:13
94:23 117:25
121:18,19
123:5,10
137:11
140:16,18
154:2

**gotten** 37:12
79:5

**Grammar** 27:25

**gray** 72:4 81:14

**ground** 6:18

**group** 180:4

**guess** 14:22
20:1 24:18
25:7 26:6
39:20 60:10



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

67:9 88:7
93:19 155:11
161:22 167:4
178:7

**guessing**
155:4,22
166:22 173:23

**guys** 180:4

---
H
---

**Haftel** 2:15 4:4

**hair** 43:1 79:14
98:20 99:2
101:14
102:2,7,10
179:24

**haircut** 78:9
79:19 98:6

**haircuts**
98:14,19

**hairdo** 140:13
180:1

**hairstyle**
180:6,12

**hairstyles**
101:16,24

**hand** 5:20 7:9
89:4

**handed** 29:19

**handled** 131:14
136:10 170:16

**handling** 34:2

**handwriting**
94:2,5 102:18
150:5,7 159:8

**handwritten**

23:8,9 29:7,18

**happen** 29:11
37:24 100:23
101:1 126:11
177:16

**happened** 23:13
33:19 65:22
111:6 118:17
130:14

**happens** 36:21
64:8 163:3,4
178:1

**haven't** 175:25

**having** 80:15
98:18 145:14
169:19 170:25

**head** 7:9 66:16

**hear** 36:2 49:20
90:3 136:7,21
169:25
170:8,13

**heard** 43:13
64:22 108:19
140:19 169:23
171:8,12,16
179:11

**hearing** 41:24
131:19,25
134:19,25
135:4,15
172:17

**held** 16:8

**help** 93:11
119:9

**helping** 131:16

**hereby** 183:7

**herein** 183:14

**he's** 165:20,21

**HH475516** 182:19

**Hi** 6:2

**Hickson** 65:10
82:10,14,24
85:12 86:11
87:9 95:17
150:9,22

**Hidden** 102:25

**high** 12:25

**higher** 172:10

**historically**
36:11 125:11

**history** 36:12
81:19
169:11,18
170:22 171:1

**hold** 15:5 16:6
17:2,3 140:10

**holes** 149:18

**home** 11:6
117:16,22,25
118:4
123:5,14,17
137:11

**homeowner** 77:19

**homicide**
18:22,24
19:1,7 20:24
21:1 128:14
175:13

**homicides** 19:3
128:20

**HON** 1:5

**honest** 168:9

**honestly** 8:8
141:23

**honorably** 12:13

**hoping**
87:1,7,15

**hour** 8:23 58:3
116:8 159:23

**hours** 66:6
146:10
168:1,3,6,11
172:16 173:19
177:11

**house** 82:6
123:10

**houses**
77:13,14,15,16
,22

**human** 37:24,25
88:1

---
I
---

**Ian** 21:11

**ICJIS** 3:20
141:19,22
142:1

**I'd** 8:21,23
31:10 39:2
43:12 63:23
112:19 165:18

**ID** 150:11

**idea** 124:20
127:12 147:2
157:4

**ideally** 37:22

**identification**



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

25:19 42:5
47:24 49:9,11
50:3,11,21,23
51:2,10 52:17
54:24 76:5
87:11,18,21
93:2,7,15,16
96:15 99:9
109:8,19
132:12,16,24
133:3,8,22
137:15,17
138:17 141:17
143:18 149:2
153:15 156:8
158:12 160:4
163:19 172:6
182:10

**identifications**
132:23 137:24
167:17

**identified**
48:19 50:4
52:5,16 95:3
105:20 152:24

**identifies**
48:14

**identify** 5:11
25:22 49:22,23
50:12 82:7
87:3,5
105:14,18,19
107:12 147:3
148:4 159:16

**identifying**
91:2

**ignore** 36:4

**I'll** 7:2 76:7
89:4 91:1 96:6

141:1,24
148:12 179:5

**Illinois** 2:8

**I'm** 6:6,18 7:13
11:12 13:9,14
18:18 21:17
22:11 28:16
29:1,3,8 30:16
31:3,13 32:1
51:7 57:17
59:23 60:10,15
64:18 72:19
76:3,7 84:1
88:24
89:3,4,14,20
90:2 92:17
93:19 95:23
96:3 97:22
99:6 102:13
103:10 105:5
109:14 111:5
115:18 116:11
126:24,25
138:12 140:9
141:13,14
143:14
147:21,22,24
148:8,23
151:7,24
153:10,11
155:4,20,22,25
156:4 158:8
159:22,24,25
163:14,16
164:23,25
165:2 166:22
171:20 173:23
174:24
175:2,17 177:6

**image** 172:2,4

**imagine** 57:16
108:18 139:25

**immediately**
14:2 28:21
128:17

**impeaching** 62:9

**important**
7:8,12 25:7,10
28:21 29:2
44:21 48:24
49:23
56:10,13,18,20
,24 57:6,21,23
114:7 118:22
119:4,21
139:23 178:8

**impossible**
178:13

**impression**
148:4

**improper** 178:20
179:2

**improperly**
43:14

**inaccuracies**
152:4,7

**inaccuracy**
152:8

**inaccurate**
151:19

**inadvertent**
173:1,14 174:1

**incident** 9:11
10:3,22 11:12
23:24 51:5,23
52:12 77:4,6
78:18 80:18

102:25 103:24
105:4 107:25
108:1 110:2
111:6 112:15
118:20 124:11
144:1,5 160:15
173:18

**incidents**
121:16 122:10
172:1
173:6,9,20

**include** 12:25
25:16 26:4,10
29:18,22 37:1
42:25 45:19
54:7 64:14
68:20 79:19
86:13 94:13
101:13 116:3,4
139:9 155:8
179:25 180:11

**included** 20:1
26:6 61:20
101:5,9 114:20
115:12,22

**including** 95:16

**inclusion**
179:22

**incorrect**
114:17

**independent**
11:20 66:20
69:3 70:20,22
73:4 74:12
78:21 90:23
124:12

**independently**
74:8



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

**INDEX** 3:1

**India** 17:21
19:25 76:19

**indicated** 107:9
184:19

**indicates**
162:20

**individual**
154:20

**individuals**
35:25 36:18
77:10 80:22
121:15,19

**info** 84:15

**information**
3:17 22:23
26:4 31:18
34:11 35:13
40:14 48:25
49:13 51:23
62:16 64:14
68:4,10 69:6
76:1,13,18
78:11 79:1,5,7
88:11 91:2
113:18 114:6
128:25
139:8,10,11
147:19 154:23
155:25 173:3
174:3 177:16

**informed** 167:2

**in-house** 163:1

**initial** 15:18
35:10 68:7
73:17 91:20
92:16 100:15
110:19 111:10

146:7 148:8
153:4

**initials** 91:7,8
94:24 100:7,8

**initiated** 170:5

**input** 23:15

**inside** 120:1

**instance** 116:3
169:25 180:25

**instances**
169:16 171:16

**instead** 48:8
150:18

**Institute**
30:4,6

**instructed**
99:1,4

**instruction**
13:1 101:4,13
102:1

**instructions**
46:2 54:12
89:24 90:11
92:21 99:1
100:3 101:12
133:10

**integrity** 52:20

**intent** 180:15

**intentionally**
132:19 139:24

**interaction**
52:23 70:4,11
136:4

**interactions**
75:8 178:19

179:2

**interest** 42:19
48:2 55:7 56:8

**interested**
183:15

**Internal**
16:5,11,16,17
20:25 169:19
170:16 171:8

**internally**
162:19

**Interrogations**
30:5

**interview** 24:20
30:21
31:8,9,12,16,2
1,24
32:16,20,21
125:5
126:3,7,12

**interviewed**
124:15,18
125:3 126:6

**interviewing**
30:1,18 31:5
124:13,23

**interviews**
30:4,17 31:2
32:3,7,14,15
125:22

**intimate** 50:14

**introduce**
140:24

**introduced**
78:18 135:18

**inventoried**
55:20

**investigate**
15:17 16:18
33:8,15 34:12
105:8 119:15

**investigated**
18:11,12 19:22
128:20

**investigating**
34:23 36:13
50:22 51:1,10
67:12

**investigation**
11:16,21 23:22
24:7
28:15,18,19,24
34:6,11 35:9
48:15 49:13
53:17 65:21
66:17 67:18,23
78:6 83:14
86:4 91:5 97:1
100:6 110:5
116:22
120:6,23 124:8
130:18 138:9
144:20,23
145:14 152:2
154:9 156:22
158:24 159:5
160:18
161:12,16
165:8,9,12,16,
22 166:1,12
168:6 169:8
170:9,12
172:10 175:4
176:2,11,24
177:2 179:3

**investigations**
18:8 19:3



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

22:1,10 23:18 30:2,23 38:2 112:22

**investigative** 3:24 24:1,8 25:3,17 26:7 72:7 77:5 79:18 110:1,3 129:2 130:20 164:9,10 165:2,19 166:5 167:24 170:5

**investigator** 16:5,17 20:23 21:2 25:10 120:17 129:3 133:24 134:9 172:12

**investigators** 111:15 161:7 170:16

**investigator's** 111:17,18 117:3

**invoked** 125:12

**involved** 11:1 19:5 50:13 80:25 120:21 128:14 132:18 167:7,9 183:14

**involvement** 120:21 137:7 145:14,18 177:1

**involving** 46:24

**iron** 117:9

**issue** 59:6 134:7

**issued** 139:6

**issues** 13:2,4,9 25:8,11 133:13

**It'd** 61:5 157:14

**items** 119:6 123:4,9 162:24

**It'll** 58:6

**I've** 37:11,12 132:18 134:15 141:23 142:25

**Iverson** 142:21

---
J

**jail** 44:17 142:13

**January** 12:21

**Jerry** 145:2,5,6

**Jetta** 81:5,11,16 83:10,15 84:5

**Jeudy** 65:12 82:22,24 85:15 87:14,18 95:17 150:10,22

**job** 14:5

**jog** 67:4

**join** 11:23

**Jones** 1:25 4:10 54:10 182:16 183:6,23

**Jorge** 1:7 2:3 5:6,13 6:3 64:20

**judge** 6:21 7:19

137:4 166:14

**judgment** 24:19

**jump** 7:15 13:15 109:14

**jury** 6:21 137:19,24

**Justice** 30:4,6

---
K

**Karl** 65:12 82:22 85:15 87:14 95:17

**kicked** 180:5

**kinds** 12:22 24:24 63:20 117:6 162:13

**knew** 39:3 114:7 144:17 145:5

**knock** 77:20

**knowledge** 50:14 56:7 175:9

**known** 31:18 65:4,8

---
L

**lady** 72:12

**large** 155:14,18 179:20 183:7

**largely** 40:7

**last** 8:25 83:25 94:16 114:9 120:22 134:10 138:7 141:1 151:2

**latent** 111:21,22

162:25 163:6

**later** 34:6,10 48:14 66:6 118:18 121:12 122:11 132:24 146:10 153:8

**lateral** 15:12 16:10,13

**latex** 102:24 123:1

**law** 12:4 13:3,7 56:16 58:23 62:7,15 122:1 158:6 161:24

**lawsuit** 174:13 176:6,13

**lay** 6:18

**L-E** 158:4

**lead** 25:8,11 33:20 34:6,10 35:12 68:15 152:1 161:20 162:9 167:3

**leader** 27:4

**leading** 41:12

**leads** 24:1 26:7 137:20

**learn** 39:8 77:9

**learned** 26:16 39:6 77:10

**least** 114:23

**leave** 114:6 139:21 140:1

**leaving** 146:17,24


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    Toll Free 855-MYDEPOS

led 77:4
137:15,20

left-hand 93:24
102:15

legal 63:23,25

legally 120:2

lend 41:24

length 118:14
168:15

less 138:2

let's 12:15
13:7,8 43:9
58:10 69:11
75:20 103:17
110:16,23
133:7,19 146:5

Letter 185:5

level 23:24
48:17,21
170:4,12

liability 6:15
12:25

license 79:22
80:1 179:17

lied 132:19

lieutenant
175:13,14,16

lighter 101:19

likely 41:18
47:1 100:16
127:13 145:8

line 138:22
184:3

lineup 26:1
41:8,15,21

42:1,5,8,9,11
45:16 46:2
48:19
49:12,15,22
50:3,11,21,23
51:2,11
52:6,13,22,25
53:8,17
54:6,11,20
56:2,7,9,19
57:1 58:21
59:7,10
70:8,15,20
71:9,15,23
72:1,6
73:14,22,25
78:15 79:20
82:9,12,18,19,
20,21
85:11,14,24
86:3,7,8,11,14
,22
87:2,8,12,14,1
5,18,21,22
88:15 89:24
90:11,24
91:3,23,25
92:2,5,9,12,22
,25 94:11,16
95:12,18 96:11
98:9,19,25
99:23
100:4,19,24
101:2,5 103:4
104:13,14,24
105:7,20,24,25
106:5,11,19
108:17 116:4
121:8 134:22
135:6,9,10
148:3 172:19

179:23 180:13

Line-Up 3:14

lineups 9:22
38:2 54:2 56:5
58:5,24 59:2
82:23,25 83:5
86:6,17
88:4,5,16
94:17 95:16
120:11 129:2
150:12 167:17
180:21,22

lineup's 41:13

linked 37:19

listed 80:18
119:17 147:8,9

litigation
169:11

little 11:2
17:22 28:11
58:19 64:19
85:23,24 90:7
92:18 98:16
102:12 106:23
109:14 122:19
143:24 147:24
153:24 156:14
158:18 159:8

locate 83:14,17
180:3

located 80:23
83:11,16 84:18
121:12 122:23

location
80:19,20
121:10 143:24
156:13 158:17

Loevy 2:5

long 8:22 12:11
14:20 15:5
16:6 17:4
19:17 20:13,19
102:10

longer 29:16
98:20
102:2,7,12
158:1

lot 13:9 39:4
44:15 81:19
178:7

low-balled
168:8

lower 154:7

Lyons 134:10

───────────
M
───────────

M64-2EK 84:16

ma'am 181:11

Madam 5:17 84:1

Magnolia 2:16
4:4

mail 22:17

mails 22:20

main 44:17

mainly 55:2

maintain 28:18
52:20

maintained
28:20,25 36:22
40:8 142:1

malicious 178:1

manner 133:23


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

**March** 1:24 4:6 5:5 20:15,16 131:8,22

**Marine** 12:10

**mark** 76:8

**marked** 76:5 88:25 96:14,15 99:7,9 109:19 138:17 141:17 143:14,18 149:2 153:12,15 156:5,8 158:9,12 160:4 163:19

**markings** 101:20

**marks** 159:23

**Marquis** 65:10 82:10,14 85:12 86:11 87:9 95:16

**match** 42:15,21,24 44:9 72:2 122:12 146:17,25

**matched** 81:6

**matches** 81:15 180:16

**matching** 44:20 118:24

**matter** 5:6 184:17

**may** 4:11 5:24 11:25 12:21 13:24 15:4 19:19 20:21

22:23 43:22,24 50:9,12,13 101:17,18,19,21,25 169:11

**maybe** 6:12 8:23 20:15 24:23,25 43:12 58:6 59:9 96:6 110:22 115:5,13 118:19 125:16 130:14 156:1 174:2,3

**McCray** 145:2,5,7,13

**me.I** 184:18

**mean** 9:12 17:25 24:13 28:6 35:16 37:10 38:16,17 39:21,23 41:8 43:21,22,25 47:10 48:3 49:18 54:9 67:11 77:2,14 79:8 87:25 94:22 97:17 103:18 107:23 109:10 112:17,21 118:13,15,17 120:11 133:16 139:11 140:23 152:8,13 155:13 165:13 167:6,10,11

**meaning** 12:2 139:17

**means** 14:15

**meant** 155:18

**medical** 8:9

**meet** 25:16 129:9 131:24 162:14

**meeting** 8:22 9:2 130:12 135:24

**memo** 65:1

**memorialization** 70:5

**memorialize** 32:3 105:2 125:14

**memorialized** 36:24 71:11 125:4,7,18 128:5 167:18

**memorializes** 114:18

**memorializing** 70:3

**memory** 11:20 66:9 67:4 70:20,22 75:17

**MENDOZA** 1:5

**mention** 140:4 145:22 146:1

**mentioned** 45:22 81:4 101:24 110:9 137:23 148:2 166:7

**merely** 25:4 67:14,20

**merged** 26:23,24 28:6,7

**met** 8:18 14:18 54:10 69:18 126:22 162:12

**mic** 89:18 90:5,6,8 95:24,25 96:5

**Michael** 1:12,23 2:12 4:3 5:5,7 6:5 93:25 102:18 138:23,24 141:3

**M-I-C-H-A-E-L** 6:5

**middle** 1:2 5:9 78:2 84:15 94:7 121:17 146:22

**might've** 88:2

**Mike** 8:6,7,9 58:19 109:23 116:20 160:6 169:6

**mile** 121:10 138:3

**miles** 80:20 121:14

**military** 12:7

**mind** 101:16

**mine** 96:18

**minute** 86:10 110:8,17 159:7

**minutes** 58:6 159:23

**misconduct** 16:18 169:14



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      www.**MILESTONEREPORTING**.com      **Toll Free 855-MYDEPOS**

175:7

**missed** 84:1
178:11

**missing** 19:5

**Mistoler** 2:14
3:5 5:15 33:24
36:7 41:16
42:16 47:9
49:1 51:18
52:7 53:18
55:16
57:2,10,22
58:2,7,9,12
59:22 60:5
61:4,24 81:17
83:25 84:11,20
89:8 90:6
91:14 95:9
97:9 98:15,21
101:7 102:5
106:3 109:1
113:10 116:10
118:5,25
119:7,23
123:16 140:6
146:2 151:20
152:11
155:10,21
159:22
168:7,23
177:10,25
180:14 181:11

**mixed** 152:18

**Monday** 66:11

**month** 105:24

**months** 14:6

**morning** 102:23

**motion** 9:21

10:8

**move** 15:12
179:5

**moved** 118:18

**movement** 16:13

**movements** 7:9

**mugshot** 107:19

**Mugshots** 45:14

**multiple** 20:3
51:12 60:2
113:15

**mustaches**
101:17,25

**myself** 57:24
78:19 110:22
112:4 135:24

———————————

N

**narrative**
151:22 160:7
178:14

**nature** 170:20

**necessarily**
25:6 43:20
79:8 98:22
110:22 124:17

**newer** 81:14

**nice** 105:16
119:2

**nobody** 147:9

**nolle** 136:19

**non** 93:15

**none** 8:15 75:13
132:22 170:2

**non-**

**identification**
93:2,7

**Nope** 65:17,19

**nor** 79:23
183:14

**normally** 66:3

**North** 2:6,16
4:4

**Notary** 4:10
182:17
183:6,24

**notes**
29:7,11,16,19
31:9

**nothing** 5:22
114:20 177:6
181:2

**noticing** 80:1

**notification**
34:3

**noting** 71:5

**November** 183:17

———————————

O

**oath** 6:20
139:17 182:1

**object** 33:24
42:16 83:25
122:13,24

**Objection** 36:7
41:16 42:17
47:9 49:1
51:18 52:7
53:18 55:16
57:2,10,22
59:22 60:5
61:4,24 81:17

84:11,20 91:14
95:9 97:9
98:15,21 101:7
102:5 106:3
109:1 113:10
118:5,25
119:7,23
123:16 140:6
146:2 151:20
152:11
155:10,21
168:7 177:18
180:9

**objections** 7:20

**objects** 7:18
122:22 163:6

**obligation**
62:8,11 63:20

**obtain** 117:19
169:18

**obtained** 26:9
68:8 122:10
172:3

**obtaining**
101:10 118:8

**obviously** 42:22
163:1 177:12

**occasions** 48:7

**occur** 60:22

**occurred** 11:2
15:17 18:13
19:23 33:16
72:22

**occurring** 19:4
34:1 60:19
112:23

**O'Connor** 2:15



MILESTONE │ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

4:4

**October** 56:16

**odd** 145:25

**offense** 156:13
158:17

**offer** 31:19
36:11

**offered** 125:10

**office** 9:4 66:5
83:3 104:16,18
120:9 127:21
128:5 136:13
151:9,17
164:13,15

**officer** 13:3
14:7,10,12,17,
19,21,25
15:11,14,19
16:14,16,18
19:4 27:9 31:5
33:13 37:13
39:3,5 40:22
43:14 55:9,10
61:10 68:7
110:19 112:15
120:15
124:16,19
142:12,20
144:13,17,20,2
1 145:2
147:14,19,20
152:14
157:1,5,12,17
158:6
160:11,24
161:5 165:21
166:3 167:1
170:18
171:9,12,17

172:15,18
174:23 177:22
178:5

**officers** 5:7
17:14,16 18:12
22:10 23:7
34:2,24
35:4,7,9
64:10,12 68:25
80:21 83:11
91:20 111:8,25
152:6 157:25

**officer's** 35:14
111:18 154:6
164:4 173:2

**OFFICERS** 1:13
2:13

**official**
32:6,20 37:10
51:25

**officially**
56:22,23

**oftentimes**
36:14 146:8
177:21

**oh** 28:1 68:19
86:12
89:17,19,21
95:25
96:5,11,20
142:22
146:21,23
151:7 154:17
158:2 172:5

**okay** 5:24
6:9,11,13,17,1
9,23
7:10,15,24
8:2,12,20

9:5,8,15,18,22
,25
10:5,9,12,17,2
0,23
11:6,10,12,13,
18
12:1,4,7,9,19,
22
13:4,11,17,24
14:5,8,15,20,2
4
15:2,5,10,13,2
0,25
16:6,9,15,21,2
4
17:2,4,7,10,15
,20,24
18:3,5,9,14,19
,24
19:7,10,17,21,
24
20:3,13,16,22
21:1,13,18,21,
25 22:3,16,19
23:1,4,7,12,17
,21
24:3,12,16,21,
24 25:9,18
26:10,13,16,19
,24
27:2,5,11,17,2
0 28:5,9,13,23
29:6,13,18,22,
25
30:8,11,15,21
31:4,8
32:6,12,19,23
33:3,10,18,22
34:5,9,22
35:3,7,12
36:17 37:5,22

38:8,15,22
39:4,10,14,16,
24 40:10,20,24
41:3,8
42:4,9,13
43:4,11,13,21
44:11,20,24
45:3,15,18,22
46:4,8,18
47:2,16,19,23
48:3,6,13,17,2
1
49:7,11,20,25
50:7,15
51:6,15,25
53:10,15
54:15,18,22
55:6,14,19,24
56:4,18,22,25
57:6
58:1,7,8,12,13
,23
59:1,9,14,19
60:3,14
61:1,9,16,21
62:7,11,17,21
63:1,9,25
64:6,8,13
65:24
66:7,9,12,15,2
0 67:10,13,21
68:2,9,20
69:2,6,19
70:3,8,10,18,2
3 71:2,7,11,22
72:3,11,15,18,
21 73:2,11,16
74:2,11,22
75:1,3,8,11,20
76:6,8,15,21
77:2,5,24


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**

78:14,21,25
79:10,14,25
80:9,14
81:4,9,13,22
82:1,9
83:4,9,13,20,24 84:14,23
85:1,8,14,19,23
86:8,13,16,19,22
87:1,7,11,14,17,24 88:14,21
89:5
91:1,10,22
92:3,8,17,20,21,24 94:4,16
95:3,6,11,15,20 96:3,12,23
98:8,12,18,24
99:11,16,19,22
100:2,10,17
101:12,23
102:9,13,14
103:3,7,10,17,25
104:5,9,13,17,23
105:1,5,10,14,17,23
106:12,15,18,22 107:2,5,13
108:5,16,19,23
109:14,21,25
110:3,8,14,16,23
111:1,4,7,16,22
112:2,5,11,17,21
113:1,7,14,17,

21,25
114:9,19,23
115:4,8,11,15
116:1,7,9,14,20,25
117:6,15,21,24
118:11
119:4,20
120:25 121:21
122:7,16,20
123:3,8,13,19,24
124:6,12,18,22
125:8,15
126:1,4,11,14,19,24
127:14,23
128:3,8,11,15,19,24 129:4,14
130:4,9,17,21
131:3,15,19
132:22
133:7,14
134:2,8,18,21,25 135:3,8,14
136:3,12,16
137:13,23
138:7,12,14,22
139:3,5,8,14,25
140:9,11,16,19,23 141:7,10
142:6,11,15,19
143:1,4,12,15,23
144:4,6,9,19
145:1,6,13,19,25 146:6
147:1,16
148:1,16,19,23,25

149:6,11,14,16,22
150:9,13,16,21
151:12,15
153:3,6,10,13
154:2,8,12,23
155:6
156:3,13,16,20
157:11,23
158:3,7,10,17,22
159:1,7,13,18,20,25
160:1,16,20
161:2,4,8,11,15,18
162:1,13,16,18,21
163:3,5,10,15,17,25
164:3,6,10,14,19 165:4,11,20
166:16,24
167:15,20,24
168:14,17,19,24,25
169:6,10,12,16,21
170:6,11,17,24
171:4,7,12,16,22,24
172:5,9,14,17,25
173:5,8,11,14,20
174:4,10,20,25
175:6,15,18,22
176:1,5,21
177:8 178:19
181:4,12,13

**old** 79:10

**older** 106:22,23
149:24 179:23

**on-call** 66:4

**one-page** 76:10
96:24 153:14
156:6 158:11
160:2 163:18

**ones** 75:13
171:5

**one-to-one**
122:14

**ongoing** 22:1,10
30:22 64:3

**Oops** 76:7

**OPD** 12:1,17
13:21 19:10
29:25 38:1
40:22 43:14
49:7 63:19
64:10,23 86:23
88:12 111:8
127:8,17
138:8,10 145:7
158:1,4
171:8,17
172:18,23
174:23 175:10

**open** 28:22
154:19

**opened** 94:8
95:1

**Orange** 30:13
40:8 142:2

**order** 61:1
72:17 95:21,22
101:20 135:19
181:8



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

organization 162:6

original 3:22 97:11 184:21

Orlando 1:3,12 2:12,18 3:11,21 4:5 5:6 11:3,23 12:16 14:3 16:22 17:4 21:21 38:4 65:25 76:12 111:24 128:11 143:21 153:17 160:7 165:17 176:22

Ortiz 2:22 65:7

others 9:13 102:25

otherwise 11:11 29:23 62:15 170:14,15

outside 80:21 138:2 162:5,6,11,14 175:18

overall 26:6

oversee 18:11 19:3

overseeing 112:22,24

owner 84:18

———————
P

p.m 4:6 5:3 58:13,17 116:14,18 169:1,3

181:14,15

P1 143:16 153:14

P1385 158:11

P1413 96:24

P1414 76:11

P1415 143:16

P1416 143:17

P1418 109:22

P1420 141:16

P1422 141:16

P1468 149:1

P532 89:13

P534 89:13

P7 163:18

package 95:14 149:21 164:13,14

page 3:2,8 6:19 10:25 45:20 84:16 93:20,23 94:16,17 99:12 102:14,16,22 103:15,17 109:22 138:15 140:9,11 141:1 184:3

paper 29:9 38:21

paperwork 120:5

paragraph 92:18 138:23 140:10,11 145:20,23 146:15,19,21

154:16

participate 131:15

participated 10:3 128:3

participation 52:13 65:20 131:16

participatory 128:21

particular 33:15

parties 35:23 183:13

partner 15:20 21:19

patrol 15:19 17:12,18,25 34:2 39:3,5 55:2,3,9,10 91:20 144:17,19 145:10,17

pay 99:2 101:19

penalty 6:24

pending 5:7,8 8:1

people 10:2 19:5 27:25 35:22 36:9,11,13 40:4 75:15 77:19 80:25 81:19 98:1,18 107:10,20 120:21 123:1 146:9 147:14

159:20 168:21 179:20 180:5

per 53:20 67:14

percentage 49:4,8

perfect 37:17,20 147:13

perfectly 177:23

performed 24:8

Perhaps 49:24

period 44:8 122:7

perjury 6:24

perpetrators 82:6 118:24

person 29:17 41:6 42:18 44:2 48:1,2 49:16,17,23 50:4,10,13 51:4,16 55:7,23 56:8 60:23 61:11 65:8 71:6 73:15 87:4 94:9,25 98:6,19 101:18 102:22 104:1 119:10 122:13 125:10 133:12 134:23 135:6 137:18 178:5,12

personal 51:25 52:2 59:1



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

367720 Stanley Michael 03-04-2025    Page 210

personally
57:20 143:5
182:7

personnel 55:2

person's 41:10
52:21 79:14

pertaining 63:2

pertains 60:1

petition
131:12,17,20

phases 14:18

phone 22:6,7
24:23,24 25:14
29:10 69:16,18
73:13,17
79:2,6
136:11,17
140:21,23
155:5,7

phonetic 65:8

photo 3:14,16
9:22 26:1 37:2
38:2,6
39:1,6,18
40:1,6,12,13,1
7,21,22,25
41:14
42:9,11,13
43:5,15,17,18
44:8,12,14,25
45:6,10,18,23,
25
46:2,6,10,12,2
2
47:8,13,20,24
48:19
49:12,15,21
50:3,11,21

51:2,10,17
52:6,13,22,25
53:8,11,16
54:1,6,11,19
55:14,19,22
56:2,5,8,19
57:1 58:5
71:18 72:1
73:14,22
74:20,23 75:4
78:14 79:20
82:18,19,20,21
,23,25 83:5,6
85:11,14 87:22
88:14,16 89:24
90:11 91:3,22
92:9,22,25
95:12,16,17
96:11,25 97:7
98:5,25 99:23
100:4,19,24
101:1,5,6,19
102:10 103:4
105:24
106:5,11,24
107:5 108:17
109:4,7 120:11
129:2 134:22
135:6,9,10
148:3 150:11
167:17
172:5,7,19
179:6,10,11,22

photocopy 71:14

photograph
41:11,17 42:23
43:22 44:22
48:5,8 52:5,16
53:1,7,12 55:7
76:1
79:10,12,21

80:1 119:16
179:18,23
180:12

photographic
56:7 105:20
121:8 180:13

photographs
40:7
44:2,19,20
71:8,21 74:14
86:20 98:4
102:3 107:25
180:3

photos 40:5,18
41:15
45:16,19,21
86:16 94:17
98:8,13
101:17,20
179:6

physical 40:4
42:18,24 86:21
118:16 142:12
163:11

physically
117:1

pick 57:9 63:4

picked 29:17
103:19,22

picture 40:2
81:10 94:25
108:2

pictures
45:7,9,12
77:25 86:13
133:25
179:13,14

piece 29:9

62:13 90:7,8

places 40:12
45:7,8,11

placing
121:22,24
181:8

plaintiff 1:8
2:3 5:12,13
6:3 156:7

Plaintiff's
76:4 88:25
96:14 99:7
109:18
138:14,15
141:15 143:15
148:24 150:23
153:12,13
156:5 158:9,10
160:1,3 163:17

play 161:12

please 5:11,18
6:4 7:2 181:6

PLLC 2:15 4:4

point 18:1
63:24 75:21
80:17 91:1
179:3

pointed 61:21

pointing 100:2

police 3:11,21
11:24 12:16,17
13:12,14 14:3
16:22 17:5
21:21 38:4
54:24 65:25
76:12 111:24
128:11 137:24
138:1 143:21



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**153:18 160:7**
**165:17 170:5**
**176:22**

**policies** 13:21
38:18 165:16

**policing**
60:1,4,19

**policy** 24:14,16
32:6 33:6
37:10
38:5,9,12,14
49:2,7 51:25
52:3 63:1
74:22

**poofy** 102:10

**position** 14:21
16:7,8

**positive** 47:24
50:3,10,23
51:2 162:25
167:16

**positively**
48:18

**possession**
62:24 118:23
119:5

**possible** 22:13
42:15 43:19
46:15 61:3
71:25 72:2
78:25 107:22
115:8 177:21
178:17,18
179:11

**post-conviction**
9:21 10:8
131:12,17,20
134:13,17,18

**potential** 40:3
114:24 122:12

**Potentially**
84:21

**power** 159:20

**practice** 23:12
24:13,15 33:6
35:3 36:17
37:4,5,9 42:3
45:19 46:23
52:1,2
54:18,23 55:3
56:25 59:2
74:22 87:21
111:11,12,13,1
6 125:21 128:8
166:17,20

**practices**
31:1,23 32:3
162:10
165:5,17

**prefer** 8:4

**premises** 6:15

**preparation**
11:15 114:14
129:21 143:8

**prepare** 8:18
9:5 129:10
130:13 131:24

**prepared** 129:16
130:17

**preparing**
127:19
128:4,22
169:17

**pre-printed**
46:3,4

**present** 2:22
9:1,3 14:17
31:5 69:25
82:9,12 94:18
123:19
124:1,16,19
126:19 128:2
167:4 176:6

**presented** 25:13
30:14 82:18
83:3 150:14

**presenting**
27:16 91:3
100:4,19
177:12

**pressured**
133:10

**presumably**
157:1

**previously**
88:25 96:14
99:7 121:13
143:14 153:12
156:4 158:9

**print** 71:18
75:4 89:2
111:21,22
149:15

**printed** 71:19
97:15 149:8,9
151:10

**prints** 162:25

**prior** 9:15,18
56:18 91:2
100:4,18
134:17 166:14

**private** 133:24
134:9

**probable**
27:15,20
50:5,10,16
139:12

**probably** 6:17
16:20 31:13
43:12 70:13
95:13 97:10
128:1 129:12
130:19 138:11
147:10
149:8,20
151:14 155:23
162:9 165:3
166:22 168:8
178:10,13

**problem** 116:13

**problematic**
179:25

**procedure** 4:8
43:15 54:24
172:6

**procedures**
38:19

**proceeding**
183:9,10

**PROCEEDINGS** 3:3
5:1

**process** 52:13
70:25 128:3
180:7,15

**processed**
162:24

**produced** 160:17
182:10

**professional**
175:20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**

**program** 34:18
36:24 38:17
39:9
45:11,13,15
142:1 157:21

**promoted** 16:25
17:7 20:22
175:13

**promotion** 15:10
16:9

**prompt** 106:12

**proof** 50:4

**proofread** 41:7

**proper** 39:6,18
51:15 52:4
53:5 95:6
104:3,9

**property**
19:16,18 20:9
21:5,14
66:5,12,14,15
112:20,23
122:2,4,8
123:7
128:13,18,22
130:15 162:16
163:7

**property-
related** 19:22

**pros** 136:19

**prosecution**
63:7,14,20

**prosecution's**
127:1

**prosecutor**
127:19 128:24
129:5

**protocol** 39:11

**provide** 36:14
46:13,17,19
51:22 78:10
91:19,24
100:11,19
128:24 148:12

**provided** 22:24
78:7 88:22
91:3,10,12,23
92:25 93:5
100:5,17 130:2
147:20 148:11
155:6 159:2

**providing** 93:16

**public** 4:10
171:6 182:17
183:6,24

**pull** 40:13

**pulled** 40:10

**purpose** 41:3
53:23 173:4

**pursuant** 4:7
142:10,16

**pursue** 61:3,12

**pursuing** 61:22

**putting** 40:21
42:13

---

Q

**quality** 97:4
178:4

**question**
7:1,4,14,25
35:1 39:20
49:3 60:15
84:1 85:9

141:24 151:24
156:25 161:18
166:7 179:1
180:24

**questions** 7:19
58:5 89:5,15
97:25 98:3
155:24 174:20
177:8,13

**quick** 116:11
168:20

---

R

**race** 42:22

**raise** 5:19

**Ramos** 22:21
64:20 78:5
82:16 105:12
124:16 131:12
176:9

**ran** 154:20

**range** 21:22

**rank** 17:3

**reach** 22:4,5
34:24 69:16
90:4 106:12,22
115:8

**reached**
69:12,13

**reaching** 78:17

**reaction** 134:25
135:4,14,22,23

**reading** 4:12

**realized** 106:4

**really** 7:8 28:7
30:12 55:1

**reason** 7:8,12
8:12 42:1
57:19 80:14
88:16 97:22
115:11,15
118:3
133:14,21
134:2 152:9
184:3

**reasons** 59:9
184:19

**recall** 9:25
13:12 14:20
21:9 22:13
24:4 29:6
36:10 45:13,23
46:8 63:22
66:2,10,15,18
69:13 79:23,24
80:11,13 83:1
104:2 108:7
110:4 117:6
122:9,10
123:22
127:14,25
128:25
130:4,5,12,16,
17 132:14,24
134:24 136:16
137:8 145:13
146:10 165:10
168:11,13
169:16 170:20
172:1,17
173:20 175:5

**recalled** 146:11
178:12

**recalls** 108:23

**recantation**
132:21 133:15



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**

134:5

**recanted**
132:11,15
133:2,8,22

**recanting**
132:24

**receive** 14:16
26:13 29:25
45:2 63:19
173:11

**received** 12:24
32:25 38:25
64:25 66:25
172:15,22
174:22

**recent** 79:21
80:2 179:19

**recently** 125:22
149:8 151:10

**recess** 58:15
116:16 169:2

**recognize** 76:15
89:13 94:17
96:17,25 97:2
107:15 109:23
139:3 149:4
154:2 156:16
158:14,22
164:6

**recognized**
81:23

**recollection**
36:3,12 52:12
66:21 69:3
73:5 74:12
78:22 90:23
99:22 107:3
108:21

124:11,12,24
136:3 143:1,2
155:25

**reconcile** 35:20
36:1,2,6

**record** 5:3,12
6:4 8:2
32:13,14,20
58:14,16,20
76:10 89:7,12
96:23 99:11
100:20 109:21
116:15,17,20
138:14 141:15
143:15 148:25
153:13 156:6
158:10 160:2
163:17 169:1,4
181:13 183:9
184:19

**recorded** 32:15
91:4,11,17,25
92:4,14
93:1,17
100:5,11,20

**recorder** 32:25
33:1,4

**recording** 32:23
125:22,25
126:7,10,11
177:20

**recover** 119:9

**recovered** 118:7
123:10

**reference** 35:16
37:15 55:21
110:20 116:4
117:8

**referencing**
101:22

**referred** 77:7
100:15

**referring** 11:12
63:12 76:22
93:13 138:6
147:1 154:15

**refresh** 99:22
108:20

**regarding** 46:14

**registered**
119:18,19

**regrets** 177:1

**regularly** 23:17

**regulations**
38:19

**related** 22:20
27:11 28:15
29:9 37:23
62:25 67:17
78:14 120:5
183:13

**relates** 72:8
117:23 171:14

**relation** 22:1
54:1 111:9
112:22 158:23
164:16 165:25

**relationship**
175:20

**relief** 9:21

**rely** 42:9

**remember** 6:13
10:12 11:15
21:10,11,17

22:11 30:12,13
32:5,24 33:3
38:8 39:14
48:16 58:21
64:15 65:23
66:8 67:5
69:9,18,19,22,
25
70:3,8,15,23,2
5
71:2,4,7,16,17
72:7,12,15,17,
23,25
73:3,8,11,16,1
7,22,24
74:4,6,8,11,17
,19,21 75:8
83:19 84:25
85:2,13,16
86:25
95:5,19,21
100:13 103:23
104:7,22
106:14 108:22
113:6,7,11
116:23
119:13,14,19
120:22,24
122:6
124:4,10,22
127:24
129:4,11
134:12
135:12,20
138:10 144:6
145:16 166:23
170:23,24
171:2,5 179:17

**remembered** 79:9
130:3



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

**rephrase** 7:2

**report**
3:12,18,22,23,
24 21:7
23:21,25
24:5,10,22,25
25:20
26:2,13,22
27:24 28:2,10
34:13,21 35:18
37:14,19
54:6,8,16,19,2
4 55:4 66:18
67:19 68:6
69:8,17 70:6,7
72:19 73:1
74:12 77:18
78:12 92:9,16
97:8 100:15
104:23 106:25
107:9 108:10
109:5,11,12,16
110:18
111:2,4,7,10,1
2,17,18,24
112:7,8
113:5,8,15,22
114:7,25
115:12,20,24
116:5 117:3
120:4 130:19
137:16
143:13,21
144:5,6,24
145:9,15
146:1,8
148:5,8,9
149:7,12,25
150:18,19
151:3,13 153:4
160:7,15,17

161:13,15
164:9,11
167:19,25
168:17 170:5
177:23 183:8

**reported** 81:14

**reporter** 1:25
4:11 5:4,18,19
7:6 84:2
96:7,10,12,19,
21
181:4,7,10,12
182:17
183:6,24

**reporting**
67:24,25
144:13 149:13
160:11

**reports**
9:9,12,13
23:5,8,9,13,16
,18
26:5,11,17,20
27:2,3,9,12
28:14
34:16,17,18,25
35:14,16,25
36:1,5,22,23
67:17
68:13,18,23,25
69:3 71:5
85:21 88:10
111:8,14
112:10 113:18
114:1,4,13
115:23 116:21
120:15,17
129:1,3
151:18,25
152:5,23 166:9

177:15,16,17

**represent** 6:2
148:12

**reprimand**
172:22 174:7

**reputation**
175:10,12

**request** 22:22
123:4 184:18

**requested** 121:3
125:24 126:2

**require** 58:24
91:24

**required** 23:25
24:4,14
30:8,10 38:6
48:18,21 54:1
56:21,22,23,24
57:24 62:16
64:6,10 86:15
111:5

**requirement**
28:13 54:5
100:18

**requiring** 24:16

**resemble** 44:4

**residence** 78:9
80:20,22
117:20
118:9,19,21
121:15,20
138:3

**residential**
144:1 153:24

**re-sign** 38:14

**resolution**

174:6

**resolved** 15:18
24:1 172:14

**respond** 34:7,9
35:7

**responded** 35:4

**responding**
34:24 35:9
68:25 111:18
120:15 144:21
152:6 154:6

**response** 15:18
35:10 77:21

**responsibilitie
s** 15:15 16:16
17:10,13 18:10
113:22 161:20

**responsibility**
35:13,19 88:10
162:1 167:3

**responsible**
10:22 37:6,7
51:4 83:5
137:21 162:21
165:12,15
166:10

**resubmitted**
38:13

**results** 26:9
54:13 109:6
162:25

**retire** 17:4

**retired** 161:5
175:14

**review**
9:5,8,15,18,22
10:6,9 27:2,3



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       **Toll Free 855-MYDEPOS**

28:10 68:13,17 111:8 148:21 165:18 166:13

**reviewed** 9:9,19,20 10:1,2 26:23,24 37:14 74:11 112:12 114:12,13 117:3 129:20 130:24 132:4 134:12,15 144:9 151:25 152:5 165:20,24 170:25

**reviewing** 10:13 11:14 27:9,12,24 28:2 66:18 69:3 74:9 90:22 110:6 116:21 124:9 165:21 166:9,11 169:7

**reviews** 28:5

**revision** 38:13

**revisit** 99:3

**right-hand** 150:4 160:10

**rights** 125:12

**Road** 80:22

**robbery** 20:18,20,25

**role** 16:1,4,22,24 17:2 18:5,9 126:16

144:19,20,23 145:6 160:17 161:12 166:8

**roles** 17:25

**room** 32:16,21 126:3

**rose** 170:4

**rotation** 66:4

**Roz** 2:4 5:13 6:2 58:2

**rule** 4:7 7:19,20 62:1 113:17

**ruled** 62:4

**rules** 4:8 6:18 31:4 53:15,20

**run** 89:19

---

S

**sampling** 122:22

**satisfied** 14:18

**satisfies** 100:18

**saw** 13:15 36:3,10 38:8 39:4 49:17 76:1 103:1 114:9 154:19

**scan** 37:13 88:10

**scanned** 34:21 37:3,6,18,23 88:14,19

**scanning** 37:6,8

**scenario** 31:20 48:10,13 49:15

60:24 61:2,9 63:18 139:25

**scenarios** 30:17 31:11,15 44:3,11 49:21 51:1,9 52:18 60:2,12,18,21 75:3

**scene** 33:23 34:7,10 35:7 68:25 83:21 91:21,24 111:14,17 117:1,2,5,11 119:6 120:17 121:22,24 122:11 129:3 161:6,19 163:12

**Schad** 21:9

**S-C-H-A-D** 21:9

**scheduling** 25:4 59:6

**scratch** 23:4

**scratched** 29:8

**scroll** 92:17 93:14,23 94:24

**se** 53:20 67:14

**search** 22:19 23:2 117:15,19 118:4,8,18,21 119:21,25 123:17 166:19 179:20

**searched** 117:21

**second** 69:12 102:14 137:18

138:22 140:9,10,11 145:20 146:21,23

**section** 19:23 99:3

**sector** 17:21 19:24,25 33:17 76:20

**sectors** 20:3

**secured** 132:23 142:17

**security** 12:5

**seeing** 100:13 144:6

**seek** 85:4 127:15

**seen** 39:2 47:20 77:13,19 81:7 82:6 97:17 107:16,20 121:12 122:25 134:18 142:25 143:10 151:12 152:4,22

**select** 40:17 71:5 78:4 86:16,19

**selected** 33:14 48:8 51:16 53:11 76:24 80:15 94:10 95:4,7 103:25 104:6,10,11 134:23 135:5,11

**selecting** 70:23



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

74:4

**selection** 46:16,19 48:1 71:3 74:7,10 121:8

**selects** 42:4

**send** 104:17,19 126:13 162:11

**sense** 26:12,17 47:18 53:21 75:2 122:17

**sent** 38:11 67:1 95:13 104:16 161:23 162:14 164:12,15

**sentence** 84:15 100:3 154:19

**separate** 52:14 150:18

**September** 15:7 16:1 18:4 99:19,24 105:7

**sequestration** 135:19

**sergeant** 16:25 17:7,11,12,18, 25 18:1,5,7,16,22 19:2,7,24 21:10,12 27:3,5,6,8,9 28:1,5 66:25 67:6,7 68:1 128:20 145:9 161:11 165:3,9 166:8 174:21 175:10,13,16

**sergeants**

21:8,13

**seriously** 113:22

**serve** 62:14

**service** 12:7

**setting** 32:17 39:23

**seven** 15:8

**several** 14:18

**sex** 42:22

**Shaking** 7:9

**she'd** 107:20

**Sheet** 184:20

**Sheila** 1:25 4:10 5:4 182:16 183:6,23

**shift** 18:5,19 66:2,3,10

**shifted** 18:7,21

**shootings** 6:16 19:5

**short** 98:19 102:21

**shorter** 98:13,16 179:24

**shot** 53:9,14

**showed** 55:6 71:25 74:19 82:21 87:8 95:17 138:1 172:2

**showing** 26:1 45:25 55:22

70:8,20 71:7 73:22,24 172:3 180:21

**shown** 55:14 82:23 97:7,10 101:19 105:21 106:4,11 108:3 133:24

**shows** 74:10 99:25 103:6 121:9

**show-up** 25:18 54:23,24 55:4

**show-ups** 55:1

**Sidney** 142:20

**sign** 28:2 38:12 67:17,19 99:4 185:5

**signal** 57:8

**signature** 94:4 102:15 141:3,5 142:20 154:6 158:4 164:4,20,22 166:15

**signed** 38:11,15 165:3 184:19

**signing** 4:12 165:12,14

**silver** 80:23 81:8,9,11,16 84:6 121:16 138:4

**similar** 40:4 41:5 42:18 86:21 138:4,5 179:21 180:5,6

**simple** 54:13

**simultaneously** 100:23 101:1

**single** 55:6 172:2,4,6

**sit** 13:19,20 31:22 115:16 135:23 163:10 176:21

**sitting** 51:7 177:6

**situation** 37:17 44:17 60:13

**six** 14:6 21:18 45:7,8,12,19,2 1 86:15 94:17 168:3,6,11 180:4

**six-pack** 179:6

**six-tenths** 138:2

**size** 154:24

**skim** 145:21

**small** 98:7

**smistoler@ohala w.com** 2:20

**so-and-so** 25:14

**socialization** 175:18

**software** 149:13

**solely** 77:1

**solemnly** 5:20

**solo** 14:14,19,21,25 15:11



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

**somebody** 29:10 48:2,3 50:12 56:6 59:5 60:13 62:1,5,14 70:14 125:11 128:17 132:19

**somehow** 152:15

**someone** 25:23 29:20 48:4 59:8,11 61:17 106:13 107:16 122:21 136:13 172:6

**someplace** 103:24 110:21

**sometime** 105:12 108:20 173:22

**somewhat** 173:24

**somewhere** 30:13 55:8 110:22

**sorry** 16:17 76:7 84:1 89:19,20 90:2 96:20,21 140:11 146:20,21 151:2,7,24 171:20

**sort** 163:7 178:23

**sound** 11:4,7 104:3 135:13

**sounds** 15:9 108:12 130:2

**south** 17:22

**Spanish** 154:19

**spark** 11:20

**speak** 7:13 30:24 34:24 35:4,21,25 36:9 41:7 53:22 75:11 125:16,20 127:20 129:13 165:8

**speaking** 29:10

**speaks** 52:11 53:4

**specific** 13:21 17:14,19 28:23 29:4 33:16,17,19 39:11 47:11 49:19 50:25 52:22 55:22 60:24 95:12 126:3 154:23 169:16 170:21 171:16

**specifically** 30:12 85:24 150:18 177:6 179:12 180:22

**specify** 11:11 166:4

**speculate** 147:18

**speculated** 148:7

**speculating** 57:17 115:18

**speeding** 102:24

**spell** 6:4

**spend** 168:5

**spending** 168:11

**spits** 45:16

**spoke** 25:14 69:9 106:25 125:9,11 138:7 155:4

**spoken** 125:6

**squad** 17:13 27:4

**stale** 118:8,13,15

**stamped** 109:22

**stand** 89:14 98:20 102:2

**standard** 45:9 46:1 54:23 55:3 123:11 153:20

**stands** 41:18 141:22

**Stanley** 1:13,23 2:13 4:3 5:5,7,19 6:5 8:4,5 90:17 93:25 102:19 138:23,24 141:3 164:1

**S-T-A-N-L-E-Y** 6:5

**start** 14:2 43:9 133:7 146:5

**started** 12:5,16 19:19

**starting** 5:12

**state** 4:11 6:4

25:13 56:17 83:3 88:23 95:13 104:16,18 120:8 126:13 131:13 136:10 151:9,16 164:12 183:7

**stated** 77:18 122:25 140:12

**statement** 3:9,10,13 37:15,18 46:13,17,20,24 47:1 48:11 51:24 78:12 79:2 91:4,11,13,17, 19,20,23,25 92:4,14 93:1,6,13,15,1 7 94:10,24 100:5,11,14,18 ,20 101:10 139:17 140:21 147:18 148:11,13,21 153:18 154:3,9,13,24 155:8 156:11,17 157:1 158:15,23 159:2,3,15 177:22 178:4,5

**statements** 34:14,20 35:20 36:19 37:1,12 47:3 68:7,20 111:13,19



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   www.**MILESTONEREPORTING**.com   **Toll Free 855-MYDEPOS**

114:24 120:13 147:11 152:24 153:21 176:8

**states** 49:3,7

**state's** 129:9,16 130:12 131:16

**States** 5:8

**State's** 136:13 164:15

**STATES** 1:1

**stating** 94:25

**station** 32:21 70:17,21 125:22

**status** 167:13

**statute** 57:4,18,20

**statutorily** 56:24

**statutory** 126:22

**stay** 35:9 110:16 167:2

**step** 69:11 72:7 80:7

**Stephen** 2:14 5:15

**steps** 35:19 36:5 52:25 75:20 77:6 79:18 80:3 81:22 83:17 84:23 85:4 105:17 116:25 119:14

**stick** 110:23

**STIPULATION** 4:1

**stop** 50:22 51:1 61:22

**stopped** 77:11 80:21 151:11

**stopping** 80:6

**stored** 36:25

**strike** 33:6 34:22 54:22 91:11 95:15 103:11 106:2 145:25 150:17 168:5 180:19

**strong** 50:18 137:2

**strongly** 121:18

**struck** 173:2

**struggling** 180:10

**Styer** 160:11,16

**Styer's** 3:23 160:14

**style** 98:6

**subconsciously** 57:9

**subject** 6:24 41:14 42:19 48:19

**subjects** 147:8,17 179:24

**submit** 122:22 123:3,9 142:2 162:2,3

**submitted** 9:10 26:21 115:19,21,25 116:5 120:7,8 141:10 142:13 149:21 151:8,16 152:15 183:17

**subsequent** 137:17 145:18 151:10 177:20

**subsequently** 149:12

**suggest** 52:25

**suggestive** 41:4,9,15,19,21 42:2,5,8,10,12 86:24 134:1 180:2

**suggestiveness** 53:5

**suggests** 159:15

**suicides** 19:5

**suitable** 179:22

**Suite** 2:17 4:5

**sum** 111:5

**summarize** 111:6

**summary** 10:24 79:22 143:13

**summation** 137:1

**sums** 120:20

**supervise** 17:13

**supervising** 166:3 167:1

**supervision** 67:16

**supervisor** 27:11 28:1 67:8 112:14,18,19 145:17 164:19 165:11 166:8,10 167:15 174:21

**supplement** 110:1,4 111:14 114:21 115:20 129:2 130:20 153:2 160:8 165:2,19,22 166:5 167:21

**supplemental** 3:18 54:15 70:7 104:23 109:11,12 115:20 160:15

**supplementary** 54:19 120:4 150:19

**support** 61:19

**supported** 121:6

**supposed** 46:5,13 47:7,14 101:5 139:8

**suppression** 41:24

**sure** 7:11 8:3 22:15 28:16 29:1,3 39:10,22 41:5 58:4,9



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   Toll Free 855-MYDEPOS

60:16,20 68:2
97:21 99:6
113:18 115:19
133:18 136:12
147:6,22
148:12 152:22
165:13,15
166:6,18 170:3
181:7

**surprised** 63:23
64:13
133:2,4,8,14,2
2 134:2
136:20,23,25

**surprising**
135:1,3

**suspect** 40:3
42:4,15 43:19
44:4,21
46:14,24
48:4,8,14,15
49:22 50:4
51:17
53:1,7,11,13
57:8
61:11,18,20,22
,23 62:6,15
70:24 71:6
74:4
75:5,21,25
76:25 78:5
80:16
91:4,13,18
92:4,14 93:18
94:14
100:6,12,21
146:17,25
152:16,17,18

**suspects** 35:18
46:23 51:12

61:3,7,13 78:8
83:20 98:9
105:15,18
125:23 140:13
146:16,23
147:3,8 148:4
159:16 179:12
180:18

**suspension**
172:16 173:16
174:7

**suspicious**
76:19

**swear** 4:11
5:18,20

**swearing** 152:14

**sworn** 182:8

**syllabus** 39:8

**system** 23:16
26:22 28:8
39:3 68:10
88:6,8,18
112:9,12
115:20 124:4
151:11

**Szewczyk**
3:13,15 65:18
73:9,12,18
75:9 85:11
99:14,23
100:10
103:4,19,21
104:14 105:25
106:5,13
132:11 133:2
134:10 135:5
136:5 156:14

**Szewczyk's**

133:15
134:5,13
156:16

———————
T
———————

**tactics** 12:25

**tag** 84:16,19

**taint** 52:17

**taking** 7:7 31:9
80:6 119:14
177:12

**talk** 11:10
12:15 69:11
78:17 85:23
95:4,6 103:21
124:6 127:15
169:10

**talked** 30:17
70:12 73:12
110:10 163:5

**talking** 24:8
58:19 72:12,23
73:8 75:17
126:24,25
129:4 147:25

**task** 24:8 26:2

**technically**
67:9,10

**Tejeira** 144:14

**Tejeira's**
145:15

**telephone**
2:9,19 107:1,3

**teletype** 124:3

**ten** 159:22

**tenths** 121:10

**terminology**
11:1

**terms** 43:17
44:16

**terribly** 32:2

**test** 66:9

**testified**
108:19 120:25
129:7 130:8,9
131:19
135:9,17
160:19

**testify** 8:10
129:18 130:22
132:2

**testifying**
120:24 160:20

**testimony** 5:21
7:7,10 8:13
9:16,18,20,21
10:2,5,7,10
52:21 74:9
124:9
129:21,25
130:13,18
131:25
134:13,15,19
147:20

**testing**
123:4,10
161:20,22,24
162:2,3,12,18,
22 163:5

**Thank** 5:17 96:1

**Thanks** 177:12

**theirs** 10:5

**themselves** 5:11



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      www.**MILESTONEREPORTING**.com      Toll Free **855-MYDEPOS**

**there'd** 46:18

**there's** 7:19,25
13:9 37:10
38:17 44:3
45:5,8 48:6
49:21 59:9
75:3 82:1
84:14 99:3
105:23 114:19
141:3 142:5,20
147:8 154:23
156:25 158:4
160:10 164:19
178:7

**They'd** 67:15

**they're** 27:16
28:6 98:16
125:24

**third** 84:15

**thorough** 113:25

**three-page**
89:12 141:16

**tier** 172:10

**timeframe** 29:7
32:4 38:4
39:25 47:19
72:20 105:13
121:17 126:2

**tire** 117:9

**title**
14:5,21,24
15:5 96:7

**today** 5:4 6:23
7:7,18 8:14,18
13:19 17:2,3
19:7 32:18
75:14 115:16

129:21 144:10
163:10 175:23
176:3,4,21
177:7,13,15
181:8,9

**today's** 130:25
132:5 134:14

**ton** 168:21

**top** 76:11 89:23
90:10 99:13
141:19 143:20
144:12 149:18
150:4
153:17,23
154:12 156:10
160:6 163:21
167:25 170:10

**topic** 63:24

**topics** 64:17

**totally** 40:16

**touch** 115:6,9
122:22 163:6

**tough** 159:8

**towards** 17:22
64:19 146:14

**town** 17:23
144:18

**Toyota** 81:14

**tracking** 93:19

**trained** 13:21

**training**
12:22,24
13:11,12
14:7,9,12,16,2
3 26:13 30:1
38:19,25

39:7,11 44:24
45:2,23 47:17
60:8 63:19

**transcript** 4:13
129:20
130:6,25 132:4
134:13 182:7
183:9
184:16,21

**transfer** 16:10

**translation**
152:19

**transpired** 26:7

**transport**
142:13

**transported**
142:13

**trauma** 146:12

**traumatic** 146:9

**trial** 10:7
41:25 74:9
97:19
120:24,25
121:1 127:13
128:25
130:9,13,18,21
,24 133:13
134:15,17
135:18,25
136:1,5
137:19,25
160:19,20

**tried** 71:22
115:8 137:19

**true** 55:24
91:12 93:5
100:10 101:18

130:7 183:9

**truth** 5:22
139:19

**truthfully**
129:18
130:8,22 132:2

**try** 7:13 36:1,6
61:5,12 81:22
83:10,14,17
105:17 116:25
159:9 178:18
180:18,20

**trying** 42:20
59:23 60:15
147:4,21 179:7

**TUESDAY** 4:5

**tunnel** 59:15
60:4,9,13,19,2
2 61:2,10

**turn** 62:23
63:1,15 103:17

**turned** 83:6
94:8 95:1

**turning** 63:13
167:24

**twice** 41:6

**two-page** 143:16

**tying** 163:12

**type** 23:4,15,17
112:2 144:1

**typed** 112:4

**types** 24:2
142:5

**typewritten**
23:13



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    Toll Free 855-MYDEPOS

**typical** 129:12

**typically** 33:8 124:2 155:24

**typing** 112:6

---
U
---

**UCF** 74:1,2 103:24 104:8

**ultimately** 26:22 166:13

**unclear** 35:2

**uncovered** 62:24

**underlying** 77:6

**undersigned** 182:6

**understand** 6:19 7:1 12:2 28:16 62:11 99:5 132:11

**understanding** 10:17,20 28:12 45:3 56:4 59:19

**understood** 7:3,22

**underwent** 14:6

**unfortunately** 89:3 104:25 105:1

**unfounded** 23:24

**union** 135:25

**unit** 18:8,17,20,21, 22,24 19:16,18 20:9,12,14,18, 20,24,25

21:1,5,8,10,14 28:10 66:14,15 68:1 112:20 145:10 161:6

**United** 1:1 5:8

**units** 21:11

**University** 74:3

**unknown** 1:13 2:13 5:7 146:17,24 147:8

**unless** 7:21 11:11 32:20 122:14

**unlikely** 34:5 129:14,15

**unusual** 106:2 168:5

**update** 63:23,25 64:4 88:2

**updated** 149:13

**upload** 85:20

**uploaded** 85:21

**uploading** 83:6

**upon** 26:8 49:5 50:24 152:13 172:3 184:18

**up-to-date** 43:18 44:13

**usable** 43:23,24

**useful** 42:5

**utilize** 61:5

**utilized** 38:18 151:11

---
V
---

**vacated** 136:22

**vaguely** 70:9 73:23 120:24

**Valencia** 30:3,6

**Valle** 22:20 64:20 78:4 105:12 123:14 124:15 131:12 136:7 176:8

**Valle-Ramos** 1:7 2:3 5:6,14 6:3 10:22 65:4 71:8 72:10 74:15 75:21,24 76:24 79:18,22 80:2,3,15 82:3 86:8 87:2,5 94:11 95:4,18 98:13,14 104:6,11 107:14 117:1,24 118:23 119:5,12,15,20 123:8,12,19 124:6,13,18,23 125:3 126:6,17,20 127:8,16,20 128:4 131:8,9 132:12 135:11 137:7,10 139:7 140:3 142:9,16 150:9,22 163:12,22 175:24 176:15 179:12 180:13,19,21,2

5

**Valle-Ramos's** 102:2 107:19 110:10 117:15,22 118:4 121:3,6 123:14 136:8,21 137:5

**value** 25:3,17

**variety** 64:16

**various** 59:9

**varying** 36:11

**vehicle** 40:14 76:19 77:11,12 80:21,23,24 81:6,8,9,14,23 83:16,18,21 84:5,10 102:23 119:25 121:10,11,12,1 6 146:16,24 173:3,12

**vehicles** 119:17

**vehicle's** 84:18

**verbal** 7:8 173:12 174:7

**verbally** 177:22

**version** 97:5,12,16 149:24 151:12

**versions** 113:15

**via** 69:16

**victim** 22:6 25:19,22 78:18 147:9 152:20 178:20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    Toll Free 855-MYDEPOS

**victim's** 105:24

**video** 4:3 5:2
32:13,15,19
125:21 126:12

**Videographer**
2:22 5:2,17,24
58:13,16
89:16,18,21
90:2,5,8 95:24
96:1,4
116:14,17
168:25 169:3
181:13

**view** 71:18
110:21

**viewing** 170:22

**violence** 13:8

**violent**
18:7,11,16,19,
21 122:5
128:20 162:15

**vision** 59:15
60:4,9,13,19
61:2,10

**Volkswagen**
81:5,11,16
83:10,15 84:5

----

**W**

----

**waiting** 136:1,5

**waive** 181:5

**waived** 4:13

**warning** 173:13

**warrant** 3:19,20
27:14 63:17
72:10,12,16
117:19

118:9,18,21
121:3 123:11
126:18,25
127:9,12,16
138:20
139:6,22
141:19
142:3,4,9,10,1
7 166:5,14,19
167:21 172:3

**warrants** 124:3

**wasn't** 23:12
28:23 32:6
35:3 39:9
56:13,18,20,22
,24 86:24
148:5 163:9
171:20

**wearing** 123:1

**website** 107:15

**week** 8:25

**weeks** 118:20

**weighed** 50:8,15

**weight** 50:21

**we'll** 110:23
148:15

**we're** 6:19
10:25 11:1
32:17 58:14,16
64:19 68:2
93:23
116:15,17
159:22 169:1

**we've** 58:2
75:13 116:8
149:12 175:22
176:3,4 179:10

**Whatever** 63:13

**wherever** 37:16
85:21

**whether** 8:17
31:4 48:18
61:17 71:18
74:6,19,23
98:8 119:15
126:12

**white**
71:14,19,25
72:4 74:19,24
75:5 97:18

**Whoever** 66:25

**whole** 5:22
18:14 180:15

**who's** 34:6
40:17 48:4
161:4

**whose** 11:6
162:1 164:22

**witness** 4:12,13
5:18,23
24:9,22
25:19,22 26:1
31:2,8,12,16,2
1 32:3,7,14
33:25 34:14,19
36:8 37:1,12
41:17 42:4
45:24
46:2,5,13
47:2,10,13,23
48:7,14,18
49:2,8,11
51:16,19
52:5,6,8,15,16
53:1,10,12,19
54:11

55:7,14,17
57:3,9,11,23
59:23 60:6
61:5,25 68:20
71:18 75:6
76:6 79:1
81:6,18
84:12,21 87:20
88:5,17 89:24
90:11,13 91:3
92:22,25
93:5,16 97:10
98:16,22
99:1,13
100:3,5,17,19
101:8,13 102:6
106:4,10 109:2
111:13,19
113:11 116:11
118:6,24
119:1,8,24
120:13 123:17
132:15,19,20,2
4 140:7 146:3
147:10 151:21
152:12,24
153:21
155:11,22
156:11
158:14,20,23
159:24 167:16
168:8 172:2
175:6 177:19
180:10 181:4,6
182:6

**witnessed** 80:25

**witnesses**
30:1,18,22
31:6 46:23
47:7,21 75:12
83:22



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       www.**MILESTONEREPORTING**.com       **Toll Free 855-MYDEPOS**

146:16,23
147:4 152:20
180:20

**woman** 73:8
77:22

**wondering** 148:8

**worded** 32:2

**wording** 151:21

**work** 19:10
21:22 38:2
48:7 66:11
143:4 145:11
161:8 175:18

**worked** 21:21
23:19
66:2,3,6,10
107:7 143:3
144:18 145:12
169:19 175:10

**working** 15:21
19:11 22:8
28:17 29:4
32:12 38:1
50:2 65:22,24
128:16 144:7
158:1 165:7

**works** 8:6 28:12
142:24

**world** 37:20
147:13

**would've** 18:4
20:1,2 21:15
30:25 38:10
46:25 57:17
66:25 67:25
68:6,10
70:6,13,19
71:19,20,22

72:19
78:16,18,19
79:8 83:2
85:17 86:12
88:22 103:9
105:16 108:12
109:8 110:11
111:11,16
115:16 118:6
119:17,18
120:7 124:4,20
125:6 126:2,5
128:7,8 130:19
135:4,13
140:18 141:12
143:10 144:8
146:6 147:10
148:20
149:8,9,20
152:25 153:1,3
154:11 156:23
158:25 159:6
160:14 161:6
162:10,19,25
167:11,18
171:23
173:12,16
180:1

**wrap** 177:14

**write** 23:21
24:4 26:16
54:23 55:4
103:9,11,12
111:4 112:2
150:10,17

**writes** 154:19

**writing**
26:14,22
111:7,23
113:22

**written** 9:12,13
26:2,20 37:15
91:17,19
92:3,13,25
93:5,17
100:11,14,20
148:11,13,21
152:23
154:13,14
159:3 175:23
176:1,5

**written/audio**
91:4,11 100:5

**written/
recorded**
91:13,15

**wrong** 41:21,23
42:1 81:20
176:23

**wrongful**
171:14,18,23,2
4

**wrote** 103:6
150:9

---

Y

**Yep** 89:6

**yet** 96:19

**you'll** 7:20 8:1

**yourself** 59:4,5
86:23 92:19
112:3 140:24
159:11

**you've** 6:7
14:23 128:19
132:23 145:21
167:12 169:20

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**