

# CITY OF ORLANDO    POLICE DEPARTMENT

# CRIMINAL INFORMATION BULLETIN
## APRIL 15, 2013    CAU #2013-0269
## SUSPICIOUS VEHICLE – INDIA SECTOR

Case #:       2013-137815
Location:     5075 Andrea Blvd.



**CASE INFO:**

ON 4/3/13, AN OCCUPANT OF A SILVER 4-DOOR 2003 VOLKSWAGEN JETTA GLS (SIMILAR TO THE ONE PICTURED) BEARING FLORIDA TAG M64-2EK WAS SEEN KNOCKING ON DOORS TO DIFFERENT HOUSES AND THEN ENTERING THE BACK YARD OF 5075 ANDREA BLVD. TAC OFFICERS STOPPED THE VEHICLE THE SAME DAY AND IDENTIFIED THE FOUR OCCUPANTS BELOW. PROBABLE CAUSE DOES NOT EXIST AT THIS TIME; HOWEVER, BE ON THE LOOKOUT FOR THIS VEHICLE. IF YOU COME INTO CONTACT WITH THE VEHICLE, PLEASE FIR ALL OCCUPANTS AND NOTIFY DETECTIVE OSSO.

   

| **Danielle Colon** DOB: 9/24/93 | **Jorge Ruben Valle Ramos** DOB: 4/21/93 | **Marquis Hickson** DOB: 12/2/92 | **Karl Jeudy** DOB: 7-9-93 |

---

If you have or need any additional information about this suspect/case, please contact:

# CRIMINAL INVESTIGATIONS DIVISION
# PROPERTY SECTION—EAST PROPERTY UNIT
# DETECTIVE DAVID OSSO
## david.osso@cityoforlando.net
## Phone:  407.246.4168
## *Orlando Police Department*
## CONFIDENTIAL:  For Law Enforcement Use Only

P001414