

P001381