# *Orlando Police Department*
## Field Report

*100 S Hughey Ave   Orlando, FL  32802   (407)246-2470*

Case Number: **2013-00137815**

## DETAILS

Location: 5075 ANDREA BLVD

Reporting Officer ID: 16535    GREGG, RICHARD

Incident Type:     Suspicious Incident/Person

Occurred From:  04/03/2013  12:20    Thru:  04/03/2013   12:20

Reporting Date:  04/03/2013  12:38

Approving Officer:  4984    STANALAND, STEVEN

## OFFENSES

| Counts | Attempt/Commit | Description | Dom. Violence | Location Type |
|---|---|---|---|---|
| 1 | Committed | OTHER - ANY NOT ALREADY LISTED | No | Residence/Other |

## NARRATIVE

On 04/03/2012 at approximately 1206 hours, I responded to the area of Hargill Dr and Aruba Dr in reference to a complain of suspicious activity.

An anonymous complainant advised that she had observed two black male suspects going door to door knocking on the doors of residences that did not have any vehicles in their driveways.  The complainant advised that the suspects were in a gray 2003 Volkswagen bearing FL tag M642EK.  Based on the recent increase in home burglaries in the area, the complainant believed the suspects were casing homes to burglarize.   OPD Patrol Tac units responded to the area but were not able to locate the suspects or their vehicle.

At approximately 1238 hours, the homeowner at 5075 Andrea Blvd called dispatched and advised that the same vehicle and suspects were just seen at her home.  The complainant advised that one of the black male suspects had walked around the rear of her home while she was inside.  Patrol Tac units responded to the area and were not able to located the suspects or their vehicle.

This report was written for informational purposes only.

Disclaimer:  This temporary field report should not be considered the final official police report on the incident described within.  This report is to be used only for proceedings requiring a report prior to the final report being completed.  Any information contained within is subject to verification and/or change.

Last Modified Date/Time 04/04/2013 16:25:32

# *Orlando Police Department*
## Field Report

*100 S Hughey Ave   Orlando, FL  32802   (407)246-2470*                    Case Number: **2013-00137815**

## SUBJECTS

| Case Subject Type<br>Name<br>Hgt  Wgt  Hair  Eyes | Subtype<br><br>DL Number/State | Street Address<br>City,  State  Zip<br>City of Birth | | Home Phone<br>Cell Phone          Work Phone<br>State/Country of Birth | Sex      Age<br>Race      DOB<br>Soc. Sec # |
|---|---|---|---|---|---|
| **Suspect**<br>UNK, 2013-00137815 | Suspect | | | | M<br>B |
| **Suspect**<br>UNK, 2013-00137815 | Suspect | | | | M<br>B |

## PROPERTY - GENERAL

| Date | Code<br>Property Type | Quantity | Units | Category<br>Style/Drug Type | Value<br>Serial Number | OAN |
|---|---|---|---|---|---|---|

## PROPERTY - VEHICLE

| Date | Code<br>Property Type | Year  Category/Make/Model/Model Desc<br>Color | Year/Plate/State | Value<br>VIN/Serial Number |
|---|---|---|---|---|
| 4/3/2013 | Registration<br>Vehicle | 2003   Auto\Volkswagen<br>Gray/Smoke/Charcoal/Taupe | 2013   m642ek/FL | $5000.00<br>3VWSK69MX3M087545 |

## PROPERTY - GUNS

| Date | Code<br>Value | Type<br>Caliber | Make<br>Finish | Serial Number<br>OAN |
|---|---|---|---|---|

| I swear or affirm the above statements are correct and true.<br>Signature_____ | Officer Name/ID #  (Print) |
|---|---|
| Sworn to and subscribed before me, the undersigned authority,<br>This _____ day of _____,_____.  _____<br>Notary Public  ☐   Law Enforcement Officer  ☐   Emp # _____   Orlando Police Department | |

Disclaimer:  This temporary field report should not be considered the final official police report on the incident described within.  This report is to be used only for proceedings requiring a report prior to the final report being completed.  Any information contained within is subject to verification and/or change.

Last Modified Date/Time 04/04/2013 16:25:32