# *Orlando Police Department*
## Field Report

*100 S Hughey Ave  Orlando, FL  32802  (407)246-2470*

Case Number: **2013-00138490**

## DETAILS

Location: HOFFNER AVE
S GOLDENROD  RD

Reporting Officer ID: 12868    TOLER, JIMMIE

Incident Type:  Drug Violation
Occurred From:  04/03/2013  20:02    Thru:  04/03/2013  20:02
Reporting Date:  04/03/2013  20:02
Approving Officer:  13080   BIGELOW, JONATHAN

## OFFENSES

| Counts | Attempt/Commit | Description | Dom. Violence | Location Type |
|---|---|---|---|---|
| 1 | Committed | DRUGS/NARCOTICS OFFENSES | No | Street/Roadway/Sidewalk |

## NARRATIVE

On 04-03-2013 at approximately 2000 hours Officer Hernandez #17445 and I Officer Toler #12868 were traveling eastbound in an unmarked patrol vehicle on Curry Ford Rd. approaching the intersection of Woodgate Blvd.  At this time we observed a grey Volkswagen Jetta bearing Florida tag #M64-2EK traveling directly in front of us.  The vehicle drew our attention as it was the vehicle used earlier today in a suspicious incident, see OPD case #2013-137815.  At approximately 1238 hours today OPD dispatch had received a call from a residence located at 5075 Andrea Blvd. who advised an unknown white male had knocked on her front door a couple times but when she did not answer the male left.  A few minutes later she saw an unknown black male enter her backyard.  When she confronted him he appeared to be surprise that someone was home and ran out of the backyard.  The male then jumped into the Volkswagen and left the scene traveling eastbound on Lido St.  The primary officer had dispatch BOLO the vehicle to all channels.  We conducted an area check of the vehicle but at that time we were unable to locate the vehicle.

As we were following behind the vehicle it made multiple lane changes, cutting other vehicle off as it proceed down the roadway.  The vehicle was being driven in an aggressive manner.  We followed the vehicle southbound on Goldenrod Rd. to the intersection of Hoffner Ave. as we waited for other units to respond.  The vehicle then pulled into the WAWA gas station located in the northwest corner of the intersection and pulled into a parking spot.  At this time Officer Hernandez activated our emergency lights and siren to conduct a traffic stop.  We exited our vehicle and made contact with the occupants in the suspect vehicle.  Officer Hernandez made contact with the driver who was a black male, later identified as Karl Jeudy Jr.  I made contact with the front seat passenger who was a white Hispanic female, later identified as Danielle Colon.  The vehicle was also occupied by two white Hispanic males in the back seat who were later identified as Jorge Valle Ramos and Marquis Hickson.  While I was standing at the front passenger window I observed Mrs. Colon messing with a glass jar in the glove box.  In the jar were multiple pieces of a green leafy substance that based on my training and experience I recognized as suspected cannabis.  At this time Officer Negron #16901 and Officer Ward #17715 arrived on scene to assist us.  At this time all the occupants were removed from the vehicle.

A search of the glove box I retrieved the glass jar that contained the suspected cannabis.  I later preformed a presumptive valtox test on the suspected cannabis with a positive result.  The approximate 3 grams of cannabis was placed into OPD evidence #CL3871A.  Talking to the individuals in the vehicle Mrs. Colon and Mr. Jeudy Jr. advised that they still live at the addresses on their license.  The two rear occupants advised that they used to live on this side of town but now live together in an apartment on the Westside of town off Cason Cove Dr.  After all the occupants were positively identified via Florida Drivers license/identification cards they were released.  Charges are pending at this time.

Disclaimer:  This temporary field report should not be considered the final official police report on the incident described within.  This report is to be used only for proceedings requiring a report prior to the final report being completed.  Any information contained within is subject to verification and/or change.

Last Modified Date/Time 04/04/2013 16:03:12

# *Orlando Police Department*
## Field Report

*100 S Hughey Ave   Orlando, FL  32802   (407)246-2470*

Case Number: **2013-00138490**

## SUBJECTS

| Case Subject Type / Name / Hgt Wgt Hair Eyes DL Number/State | Subtype | Street Address / City, State Zip / City of Birth | Cell Phone | Home Phone / Work Phone / State/Country of Birth | Sex Race Soc. Sec # | Age DOB |
|---|---|---|---|---|---|---|
| **Suspect**<br>Colon, Danielle, Elisa<br>504   BLO   BRN   C450-165-93-844-0/FL | Suspect | 1301  Montego LN-Lane<br>Orlando, FL, 32807 | | | F<br>W<br>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 | 19<br>09/24/1993 |
| **Victim**<br>State of Florida Soc, | Government | | | | -- | |
| **Informational**<br>Jeudy Jr., Karl Henry<br>601   BLK   BRN   J300-508-93-249-0/FL | | 3806 Edland DR-Drive<br>Orlando, FL  32812 | | | M<br>B<br>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 | 19<br>07/09/1993 |
| **Informational**<br>Hickson, Marquis Lamour<br>602   BRN   BRN   H250-552-92-442-0/FL | | 4611 Cason Cove DR-Drive 622<br>Orlando, FL  32811 | | | M<br>W<br>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 | 20<br>12/02/1992 |
| **Informational**<br>Valle Ramos, Jorge Ruben<br>510   BRN   UK   V465-436-93-141-0/FL | | 4611 Cason Cove DR-Drive 622<br>Orlando, FL  32822 | | | M<br>W<br>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 | 19<br>04/21/1993 |

## PROPERTY - GENERAL

| Date | Code / Property Type | Quantity | Units | Category / Style/Drug Type | Value / Serial Number | OAN |
|---|---|---|---|---|---|---|
| 4/3/2013 | Evidence<br>Drug | 3 | Grams | Drugs | $1.00 | |

CL3871A apprx. 3 grams of cannabis;

## PROPERTY - VEHICLE

| Date | Code / Property Type | Year  Category/Make/Model/Model Desc / Color | Year/Plate/State | Value / VIN/Serial Number |
|---|---|---|---|---|
| 4/3/2013 | Other - Not Arson<br>Vehicle | 2003   Auto\Volkswagen\ JET\JETTA<br>Gray/Smoke/Charcoal/Taupe | 2013   M64-2EK/FL | $1.00<br>3VWSK69MX3M087545 |

## PROPERTY - GUNS

| Date | Code / Value | Type / Caliber | Make / Finish | Serial Number / OAN |
|---|---|---|---|---|

I swear or affirm the above statements are correct and true.   |   Officer Name/ID #  (Print)

Signature_____

Sworn to and subscribed before me, the undersigned authority,

This _____ day of _____,_____.  _____

Notary Public [   ]   Law Enforcement Officer  [   ]   Emp # _____   Orlando Police Department

Disclaimer:  This temporary field report should not be considered the final official police report on the incident described within.  This report is to be used only for proceedings requiring a report prior to the final report being completed.  Any information contained within is subject to verification and/or change.

Last Modified Date/Time 04/04/2013 16:03:12