# Orlando Police Department





**1**



**2**



**3**



**4**



**5**

**6**

**Lineup Identifier:**
**Printed Orlando PD:   7/24/124 9:32**

**P001413**