4/9/24, 2:46 PM

# Orlando Police Department



THIS IS A OLD PICTURE
TAKEN IN 2011

MISTAKEN Identity



1          2          3

        

4          5          6

**P001257**

https://mail.google.com/mail/u/0/#starred?projector=1&messagePartId=0.1

Filing # 193965051 E-Filed 03/13/2024 04:36:48 PM

IN THE CIRCUIT COURT OF THE
NINE JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA                              CASE NO:   48-2013-CF-005146-O

vs.                                          DIVISION: 16

JORGE R. VALLE RAMOS
_____/

## NOLLE PROSEQUI

THE STATE OF FLORIDA, by the undersigned State Attorney, enters a Nolle Prosequi

in the above-entitled action as to:

COUNT 1: BURGLARY OF A DWELLING WITH AN ASSAULT OR A BATTERY
(F1 pbl-L8)

COUNT 2: GRAND THEFT THIRD DEGREE (F3-L2)

I CERTIFY that a copy hereof has been furnished to Lisabeth J. Fryer,

lisabeth@lisabethfryer.law, 247 San Marcos Ave., Sanford, FL 32771 and Laura Cepero,

laura@lisabethfryer.law, 247 San Marcos Avenue, Sanford, FL 32771 by e-mail on this 13th day

of March, 2024.

ANDREW ASHER BAIN, State Attorney
Ninth Judicial Circuit of Florida

By: _____
Ralph Vivanand Seegobin
Assistant State Attorney
Florida Bar # 98115
PCF@sao9.org
PO Box 1673, 415 N Orange Ave
Suite 200
Orlando, FL 32802-1673
407-836-2406

**P001258**