**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JORGE VALLE-RAMOS,

      *Plaintiff*,

      *v.*

CITY OF ORLANDO, *et al.*,

      *Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:24-CV-1276

Hon. Carlos E. Mendoza

**PLAINTIFF'S UNOPPOSED AMENDED
MOTION TO EXCEED PAGE LIMITS**

Plaintiff hereby requests leave to file one consolidated brief, not to exceed fifty pages, in response to Defendants' motion for summary judgment. In support of this motion, Plaintiff states:

1.      Local Rule 3.01(c) allows a three-page motion to request leave to file a response to a motion in excess of the default 20 pages.

2.      On April 14, Defendants Michael Stanley and Daniel Brady filed their motion for summary judgment. Dkt. 71.

3.      Along with their motion for summary judgment, Defendants filed an unopposed motion to exceed the standard 25-page limit.

4.      Defendants' motion for summary judgment was 42 pages long, and contained complex arguments of law and fact.

1

5.      Plaintiff requires more than the standard 20 pages to respond effectively to Defendants' arguments and preserve all issues.

6.      Plaintiff intends to file a response to Defendants' motion for summary judgment that will be 28 pages long.

7.      Plaintiff's counsel conferred with Defendants' counsel by email on May 4, 2026, and Defendants do not oppose this motion.

Wherefore, Plaintiff requests leave to file a response of 28 pages in response to Defendants' motion for summary judgment.

**Local Rule 3.01(g) Certification**
I hereby certify that I conferred with opposing counsel on May 4, 2026, and opposing counsel did not object to the relief sought herein.

Dated: May 5, 2026                        Respectfully submitted,

                                          /s/ Aaditya Tolappa

Jon Loevy
Aaditya Tolappa
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900

*Counsel for Plaintiff*

2