EXHIBIT "A"

[THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

# I N V O I C E

1 of 2

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 335149 | 3/19/2025 | 372415 |
| **Job Date** | **Case No.** | |
| 3/6/2025 | 6:24-CV-01276-CEM-DCI | |
| **Case Name** | | |
| Jorge Valle-Ramos v City of Orlando, Michael Stanley and Unknown Officers | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stephen M. Mistoler, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

DEPOSITION OF:

Jorge Valle-Ramos               ssutton@circuit5.org

| | | | | |
|---|---|---|---|---|
| Transcript deferred | 1.00 | @ | 0.000 | 0.00 |
| Reporter Attendance - First Hour | 1.00 Hours | @ | 75.000 | 75.00 |
| Reporter Attendance - Additional Hour | 3.00 Hours | @ | 55.000 | 165.00 |
| **TOTAL DUE  >>>** | | | | **$240.00** |

Location of Job    : O'Connor, Haftel & Angell, PLLC
                     800 N Magnolia Ave
                     Ste 1350
                     Orlando, FL 32803

1:00 pm - 4:43 pm

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

|  |  |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Stephen M. Mistoler, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

Invoice No.    : 335149
Invoice Date   : 3/19/2025
**Total Due**     : **$240.00**

Remit To: **Milestone Reporting Company**
          **P.O. Box 3426**
          **Orlando, FL 32802**

Job No.      : 372415
BU ID        : MRC
Case No.     : 6:24-CV-01276-CEM-DCI
Case Name    : Jorge Valle-Ramos v City of Orlando, Michael Stanley and Unknown Officers

# I N V O I C E

1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 363783 | 9/18/2025 | 392196 |

| Job Date | Case No. | |
|---|---|---|
| 9/16/2025 | 6:24-CV-01276-CEM-DCI | |

| Case Name | | |
|---|---|---|
| Jorge Valle-Ramos v City of Orlando, Michael Stanley and Unknown Officers | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Zachary Glenn Phipps, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

DEPOSITION OF:

Jeremiah Lyons

| | | | | | |
|---|---|---|---|---|---|
| Transcript deferred | 1.00 | @ | 0.000 | 0.00 |
| 2-Hour Minimum Appearance Fee | 1.00 | @ | 130.000 | 130.00 |
| Zoom/WebEx | 1.00 | @ | 75.000 | 75.00 |

**TOTAL DUE  >>>**  **$205.00**

Location of Job   : ALL PARTIES APPEARING REMOTELY
No set address
Remote Location, FL

12:30p.m. - 2:17p.m.

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

| ( - ) **Payments/Credits:** | 0.00 |
|---|---|
| (+) **Finance Charges/Debits:** | 0.00 |
| (=) **New Balance:** | **$205.00** |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Zachary Glenn Phipps, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

| | |
|---|---|
| Invoice No. | : 363783 |
| Invoice Date | : 9/18/2025 |
| **Total Due** | : **$205.00** |

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

| | |
|---|---|
| Job No. | : 392196 |
| BU ID | : MRC |
| Case No. | : 6:24-CV-01276-CEM-DCI |
| Case Name | : Jorge Valle-Ramos v City of Orlando, Michael Stanley and Unknown Officers |

# I N V O I C E

1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 373172 | 11/19/2025 | 393247 |
| **Job Date** | **Case No.** | |
| 6/20/2025 | 6:24-CV-01276-CEM-DCI | |
| **Case Name** | | |
| Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Daniel Brady | 175.00 Pages | @ | 4.350 | 761.25 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Transcript Formatting and Cloud Archiving | 1.00 | @ | 15.000 | 15.00 |
| AI Deposition Summary | 1.00 | @ | 50.000 | 50.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$861.25** |

Location of Job    : ALL PARTIES APPEARING REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

---

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

Invoice No.    : 373172
Invoice Date   : 11/19/2025
**Total Due**    : **$861.25**

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.      : 393247
BU ID        : MRC
Case No.     : 6:24-CV-01276-CEM-DCI
Case Name    : Jorge Valle-Ramos v. City of Orlando,
Michael Stanley and Unknown Officers

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 373346 | 11/20/2025 | 392196 |

| Job Date | Case No. |
|---|---|
| 9/16/2025 | 6:24-CV-01276-CEM-DCI |

| Case Name |
|---|
| Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers |

| Payment Terms |
|---|
| Due upon receipt |

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

Zachary Glenn Phipps, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jeremiah Lyons | 64.00 Pages | @ | 4.350 | 278.40 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Transcript Formatting and Cloud Archiving | 1.00 | @ | 15.000 | 15.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 1.00 Pages | @ | 0.350 | 0.35 |
| AI Deposition Summary | 1.00 | @ | 50.000 | 50.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |

TOTAL DUE   >>>    **$378.75**

Location of Job   : ALL PARTIES APPEARING REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

**(-) Payments/Credits:**    0.00

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Zachary Glenn Phipps, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

| | |
|---|---|
| Invoice No. | : 373346 |
| Invoice Date | : 11/20/2025 |
| **Total Due** | : **$378.75** |

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

| | |
|---|---|
| Job No. | : 392196 |
| BU ID | : MRC |
| Case No. | : 6:24-CV-01276-CEM-DCI |
| Case Name | : Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers |

# I N V O I C E

1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 373552 | 11/21/2025 | 362552 |
| **Job Date** | **Case No.** | |
| 2/17/2025 | 6:24-CV-01276-CEM-DCI | |
| **Case Name** | | |
| Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Charlene Bloom | 88.00  Pages | @ | 4.350 | 382.80 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Transcript Formatting and Cloud Archiving | 1.00 | @ | 15.000 | 15.00 |
| AI Deposition Summary | 1.00 | @ | 50.000 | 50.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$482.80** |

Location of Job   : Milestone | Reporting Company
Landmark Center One
315 East Robinson Street
Suite 510
Orlando, FL 32801

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

| | |
|---|---|
| Invoice No. | : 373552 |
| Invoice Date | : 11/21/2025 |
| **Total Due** | : **$482.80** |

Remit To:  **Milestone Reporting Company**
        **P.O. Box 3426**
        **Orlando, FL 32802**

| | |
|---|---|
| Job No. | : 362552 |
| BU ID | : MRC |
| Case No. | : 6:24-CV-01276-CEM-DCI |
| Case Name | : Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers |

# INVOICE

1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 373934 | 11/25/2025 | 362553 |
| **Job Date** | **Case No.** | |
| 2/24/2025 | 6:24-CV-01276-CEM-DCI | |
| **Case Name** | | |
| Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| George Gonzalez | 141.00 Pages | @ | 4.350 | 613.35 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Transcript Formatting and Cloud Archiving | 1.00 | @ | 15.000 | 15.00 |
| AI Deposition Summary | 1.00 | @ | 50.000 | 50.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$713.35** |

Location of Job    : ALL PARTIES APPEARING REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

| | |
|---|---|
| Invoice No. | : 373934 |
| Invoice Date | : 11/25/2025 |
| **Total Due** | **: $713.35** |

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

| | |
|---|---|
| Job No. | : 362553 |
| BU ID | : MRC |
| Case No. | : 6:24-CV-01276-CEM-DCI |
| Case Name | : Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers |

# I N V O I C E

1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 374062 | 11/25/2025 | 372415 |
| **Job Date** | **Case No.** | |
| 3/6/2025 | 6:24-CV-01276-CEM-DCI | |
| **Case Name** | | |
| Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jorge Valle-Ramos | 192.00 Pages | @ | 4.350 | 835.20 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Color Exhibits - Copied/Scanned/Hyperlinked | 3.00 Pages | @ | 0.550 | 1.65 |
| Transcript Formatting and Cloud Archiving | 1.00 | @ | 15.000 | 15.00 |
| AI Deposition Summary | 1.00 | @ | 50.000 | 50.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$936.85** |

Client Matter No. : 1030.176
Location of Job   : O'Connor, Haftel & Angell, PLLC
                    800 N Magnolia Ave
                    Ste 1350
                    Orlando, FL 32803

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

Invoice No.    : 374062
Invoice Date   : 11/25/2025
**Total Due**     : **$936.85**

Remit To: **Milestone Reporting Company**
          **P.O. Box 3426**
          **Orlando, FL 32802**

Job No.     : 372415
BU ID       : MRC
Case No.    : 6:24-CV-01276-CEM-DCI
Case Name   : Jorge Valle-Ramos v. City of Orlando,
              Michael Stanley and Unknown Officers

# I N V O I C E
1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 374065 | 11/25/2025 | 367720 |
| **Job Date** | **Case No.** | |
| 3/4/2025 | 6:24-CV-01276-CEM-DCI | |
| **Case Name** | | |
| Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Michael Stanley | 223.00 Pages | @ | 4.350 | 970.05 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 28.00 Pages | @ | 0.350 | 9.80 |
| Transcript Formatting and Cloud Archiving | 1.00 | @ | 15.000 | 15.00 |
| AI Deposition Summary | 1.00 | @ | 50.000 | 50.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | **$1,079.85** |

Client Matter No. : 1030.176
Location of Job    : O'Connor, Haftel & Angell PLLC
800 N Magnolia Ave, Ste 1350
Orlando, FL 32803

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

Invoice No.    : 374065
Invoice Date   : 11/25/2025
**Total Due**    : **$1,079.85**

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.       : 367720
BU ID         : MRC
Case No.      : 6:24-CV-01276-CEM-DCI
Case Name     : Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers

# INVOICE

1 of 2

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 378295 | 1/2/2026 | 418613 |
| **Job Date** | **Case No.** | |
| 12/17/2025 | 6:24-CV-01276-CEM-DCI | |
| **Case Name** | | |
| Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Brian S. Cahill, Ph.D. | 181.00 Pages | @ | 4.700 | 850.70 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Conference Room Rental Charge | 1.00 | @ | 100.000 | 100.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 68.00 Pages | @ | 0.350 | 23.80 |
| Color Exhibits - Copied/Scanned/Hyperlinked | 2.00 Pages | @ | 0.550 | 1.10 |
| Transcript Formatting and Cloud Archiving | 1.00 | @ | 15.000 | 15.00 |
| AI Deposition Summary | 1.00 | @ | 50.000 | 50.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | **$1,075.60** |

Location of Job    : Gainesville Executive Center
309 NE 1st Street
(Keypad on Door. Outside Code: 6453; To enter room: 6153.)
Gainesville, FL 32601

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Derek Angell, Esquire
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

Invoice No.    : 378295
Invoice Date   : 1/2/2026
**Total Due**    : **$1,075.60**

Remit To:  **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.     : 418613
BU ID       : MRC
Case No.    : 6:24-CV-01276-CEM-DCI
Case Name   : Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers

# INVOICE

1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 382050 | 2/2/2026 | 430237 |
| **Job Date** | **Case No.** | |
| 1/1/2026 | 6:24-CV-01276-CEM-DCI | |
| **Case Name** | | |
| Jorge Valle-Ramos v. City of Orlando, Michael Stanley and Unknown Officers | | |
| **Payment Terms** | | |
| Due upon receipt | | |

O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Audio Transcript | 43.00 | Pages | @ | 5.750 | 247.25 |
| Five-Day Expedite | | | | | 148.35 |

**TOTAL DUE >>>**                    **$395.60**

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Kristi Chui
O'Connor, Haftel & Angell, PLLC
800 N Magnolia Ave
Ste 1350
Orlando, FL 32803

Invoice No.    : 382050
Invoice Date  : 2/2/2026
**Total Due**    :**$395.60**

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.        : 430237
BU ID          : MRC
Case No.       : 6:24-CV-01276-CEM-DCI
Case Name   : Jorge Valle-Ramos v. City of Orlando,
                        Michael Stanley and Unknown Officers